**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6890**

In the Matter of　　　　　　　　　　　　　　　　　　　　　Case Number:

HUNTAIR, INC.,
　　　v.
CLIMATECRAFT, INC.

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUNTAIR, INC., Plaintiff

| |
|---|
| NAME (Type or print)<br>Richard T. McCaulley, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard T. McCaulley, Jr. |
| FIRM<br>Sidley Austin LLP |
| STREET ADDRESS<br>One South Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 62255586 | (312) 853-7000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐