AEE

**FILED**

**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**07 C 6890**

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| CLIMATECRAFT, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

**PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS**

Pursuant to Local Rule 3.4, Plaintiff, Huntair, Inc., provides the following information to

be utilized by the Clerk of the Court, as required by 35 U.S.C. § 290:

1.  Name and address of Plaintiff

    Huntair, Inc.
    11555 S.W. Myslony St.
    Tualatin, Oregon, 97602

2.  Name and address of Defendant

    ClimateCraft, Inc.
    518 N. Indiana Ave.
    Oklahoma City, Oklahoma, 73106

3.  Name of Inventor:

    Lawrence G. Hopkins

4.  Relevant Patent Numbers

    United States Patent No. 7,137,775 B2

    United States Patent No. 7,179,046 B2

                                        Respectfully Submitted,


                                        By: s/ Richard T. McCaulley, Jr.
                                            One of its Attorneys


Richard T. McCaulley, Jr.
David T. Pritikin
Stephanie P. Koh
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000