AEE

FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. |
| CLIMATECRAFT, INC., | ) ) | |
| Defendant | ) ) | |

**07 C 6890**

**JUDGE COAR
MAGISTRATE JUDGE DENLOW**

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE
3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

COMES NOW the Plaintiff, Huntair, Inc., by its attorneys, and states as follows for its disclosure statement pursuant to L.R. 3.2 and Fed. R. Civ. P. 7.1: Huntair, Inc., is a subsidiary of the CES Group, Inc., which is a subsidiary of Nordyne Inc. Nordyne Inc., is a subsidiary of Nortek, Inc., which is a subsidiary of Nortek Holdings, Inc. Nortek Holdings, Inc., is a subsidiary of NTK Holdings, Inc., which is a subsidiary of THL-Nortek Investors, LLC, which is privately held.

December 6, 2007

Respectfully Submitted

HUNTAIR, INC.

By     s/ Richard T. McCaulley, Jr.
       One of its Attorneys

Richard T. McCaulley, Jr.
David T. Pritikin
Stephanie P. Koh
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000