AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 6890**

SUMMONS IN A CIVIL CASE

HUNTAIR, INC.

v.

CLIMATECRAFT, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE COAR
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

CLIMATECRAFT, INC.
DAVID M. SHEAR
16 S PENNSYLVANIA
OKLAHOMA CITY, OK 73107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David T. Pritikin
Richard T. McCaulley, Jr.
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_
(By) DEPUTY CLERK

December 6, 2007
Date



# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102
Oklahoma City OK 73102

Office # : (405) 232-8432
Fax Line: (405) 232-8442
Toll Free: (888) 232-8432

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

Huntair, Inc.

VS

Climatecraft, Inc.

Date Received  13-Dec-07

Case #:  07 C 6890

Court Date

Court  Northern District of Illinois

Under Penalty of Perjury Affiant Certifies the Following:

**DOCUMENTS SERVED:**

SUMMONS AND COMPLAINT  DISCLOSURE STATEMENT  RULE 3.4 NOTICE

Climatecraft, Inc. served by serving David Shear, the Registered Agent of said entity on the date of 12/13/07 at the address of 16 S. Pennsylvania Avenue within Oklahoma County at the time of 1:25:00 PM.

Affiant further States:  Naught

AFFIANT / Lancaster, Larry L. / PSS 2005-21

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On  Thursday, December 13, 2007

Notary Public

SUSAN ALONGI
Notary Public
State of Oklahoma
Commission # 01015311 Expires 10/17/05