## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing APPEARANCE OF CHARLES C. KINNE was served upon:

>David T. Pritikin
>Richard T. McCaulley
>Stephanie Pauline Smith Koh
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, Illinois 60603
>(312) 853-7000

via electronic filing with the Court, this 21st day of December 2007.

                                                    s/Charles C. Kinne
                                                  *Attorney for Defendant Climatecraft, Inc.*