IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | Civil Action No. 07 C 6890 |
| Plaintiff, | ) ) | The Honorable David H. Coar |
| v. | ) ) | Magistrate Judge Morton Denlow |
| CLIMATECRAFT, INC. | ) ) | |
| Defendant. | ) ) | |

**AGREED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Climatecraft, Inc. ("Climatecraft"), hereby moves this Court for a thirty-day extension of time to answer or otherwise plead in response to the Complaint herein, and in support thereof states:

1. Climatecraft was served with the Complaint on December 13, 2007;

2. Climatecraft and the undersigned counsel require more time to investigate Huntair, Inc.'s claims and the circumstances surrounding this dispute;

3. The undersigned will be on vacation from December 24, 2007 through January 7, 2008; and

4. Plaintiff has agreed to the relief sought by this Motion.

WHEREFORE, Defendant Climatecraft respectfully requests that the date to answer, move, or otherwise plead in this case be extended from January 2, 2008 until February 1, 2008.

Respectfully submitted,

Date:   December 21, 2007

s/Charles C. Kinne
Charles C. Kinne
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone 312.577.7000
Facsimile 312.577.7007

*Attorneys for Defendant Climatecraft, Inc.*