## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing AGREED MOTION FOR THIRTY-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD was served upon:

> David T. Pritikin
> Richard T. McCaulley
> Stephanie Pauline Smith Koh
> Sidley Austin LLP
> One South Dearborn Street
> Chicago, Illinois 60603
> (312) 853-7000

via electronic filing with the Court, this 21st day of December 2007.

                                                    s/Charles C. Kinne
                                         *Attorney for Defendant Climatecraft, Inc.*