IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | Civil Action No. 07 C 6890 |
| | ) | |
| Plaintiff, | ) | The Honorable David H. Coar |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| CLIMATECRAFT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: David T. Pritikin, Richard T. McCaulley, and Stephanie Pauline Smith Koh
Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on Wednesday, January 9, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in Courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present an AGREED MOTION FOR THIRTY-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD, a copy of which accompanies this Notice.

Respectfully submitted,

Date: December 21, 2007

    s/Charles C. Kinne
Charles C. Kinne
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone 312.577.7000
Facsimile 312.577.7007

*Attorneys for Defendant Climatecraft, Inc.*