<u>**CERTIFICATE OF SERVICE**</u>

    The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served upon:

David T. Pritikin
Richard T. McCaulley
Stephanie Pauline Smith Koh
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

via electronic filing with the Court, this 21st day of December 2007.


                                                                                      s/Charles C. Kinne
                                                                         *Attorney for Defendant Climatecraft, Inc.*