**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Huntair, Inc.
      Plaintiff,

v.             Case No.: 1:07−cv−06890
             Honorable David H. Coar

Climatecraft, Inc.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

  MINUTE entry before Judge David H. Coar :MOTION by Defendant Climatecraft, Inc. for extension of time to file answer or otherwise plead [12] is granted. The defendant Climatecraft, to answer or plead on or before 2/1/2007, this is a final extension and there will be no further extensions. Parties need not appear on the noticed motion date of 1/9/2008.Mailed & Telephone notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.