## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CLIMATECRAFT, INC.'S ANSWER TO HUNTAIR, INC.'S COMPLAINT, COUNTERCLAIMS AND JURY DEMAND** was served upon:

> David T. Pritikin
> Richard T. McCaulley
> Stephanie Pauline Smith Koh
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, Illinois 60603
> (312) 853-7000

via electronic filing with the Court, this 1st day of February, 2008.

    /s/ Charles C. Kinne
    *Attorney for Defendant ClimateCraft, Inc.*