# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | Civil Action No. 07 C 6890 |
| | ) | |
| Plaintiff, | ) | The Honorable David H. Coar |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| CLIMATECRAFT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CLIMATECRAFT, INC.'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

COMES NOW the Defendant, ClimateCraft, Inc., by its attorneys, and states as follows for its disclosure statement pursuant to L.R. 3.2 and Fed.R.Civ.P. 7.1:  ClimateCraft, Inc. is a subsidiary of ThermaClime, Inc., which is a subsidiary of LSB Industries, Inc.  ClimateCraft, Inc. and ThermaClime, Inc. are Oklahoma corporations.  LSB Industries, Inc. is a Delaware corporation.  LSB Industries, Inc is publicly traded on the American Stock Exchange.  ThermaClime, Inc. and ClimateCraft, Inc. are wholly owned subsidiaries of LSB, and are not separately publicly traded.

Respectfully submitted,

/s/ Charles C. Kinne
Charles C. Kinne
FITCH EVEN TABIN & FLANNERY
120 S. LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312.577.7000
Facsimile: 312.577.7007
ckinne@fitcheven.com

*Attorney for ClimateCraft, Inc.*

Dated: February 8, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **CLIMATECRAFT, INC.'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** was served upon:

David T. Pritikin
Richard T. McCaulley
Stephanie Pauline Smith Koh
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

via electronic filing with the Court, this 8th day of February, 2008.

/s/ Charles C. Kinne
*Attorney for Defendant ClimateCraft, Inc.*