UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Huntair, Inc.
                        Plaintiff,

v.                                          Case No.: 1:07−cv−06890
                                              Honorable David H. Coar

Climatecraft, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge David H. Coar : Rule 16(b) Scheduling Conference held on 2/21/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 2/15/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 4/30/2008. The patent holder shall disclose asserted claims and infringement contentions by 3/15/2008. The accused infringer shall disclose any invalidity contentions by 4/7/2008. Both parties shall exchange their respective versions of proposed terms and claim elements for construction in the form of jury instructions by 5/15/2008. Both parties shall disclose any extrinsic evidence in support of their respective claim constructions by 6/13/2008, including dictionary definitions. Any modification to the proposed terms and claim elements for constructions shall be filed by 6/20/2008. Both parties shall file their memoranda in support of their respective versions of claim construction along with any exhibits to be offered during the Markman hearing and a list of witnesses who will be called to testify at the hearing by 7/3/2008. Markman Hearing set for 8/19/2008 at 10:00 a.m. Discovery ordered closed by 7/31/2008. The parties shall disclose any other expert testimony pursuant to Rule 26(a)(2) on or before 8/29/2008. The parties may depose the other side' s expert at any time prior to 9/29/2008. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2) at any time prior to 10/16/2008. The parties may depose the opposing party's rebuttal expert by 10/30/2008. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 9/24/2008. (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 1/23/2009. Final Pretrial Conference set for 2/20/2009 at 11:00 AM. Jury Trial set for 3/9/2009 at 10:00 AM. The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.