UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Huntair, Inc.
                Plaintiff,

v.                                  Case No.: 1:07−cv−06890
                                  Honorable David H. Coar

Climatecraft, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge David H. Coar :In Court Markman hearing set for 8/19/2008 at 10:00 AM. The Court's scheduling order reflects correctly that the trial will commence on Monday, March 9, 2009 and not Wednesday, March 11, 2009 as stated on the record.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.