# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | Civil Action No. 07 C 6890 |
| Plaintiff, | ) | The Honorable David H. Coar |
| v. | ) | Magistrate Judge Morton Denlow |
| CLIMATECRAFT, INC. | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: David T. Pritikin, Richard T. McCaulley, and Stephanie Pauline Smith Koh
Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on Thursday, March 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in Courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present CLIMATECRAFT'S MOTION FOR THIRTY-DAY EXTENSION OF DEADLINE TO SERVE INVALIDITY CONTENTIONS, a copy of which accompanies this Notice.

Respectfully submitted,

Date: March 24, 2008

s/Charles C. Kinne
Charles C. Kinne
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone 312.577.7000
Facsimile 312.577.7007

*Attorney for Defendant, Climatecraft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served upon:

David T. Pritikin
Richard T. McCaulley
Stephanie Pauline Smith Koh
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

via electronic filing with the Court, this 24th day of March 2008.

                                              s/Charles C. Kinne
                                        *Attorney for Defendant, Climatecraft, Inc.*