# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Huntair, Inc.
                Plaintiff,

v.
                                            Case No.: 1:07–cv–06890
                                            Honorable David H. Coar

Climatecraft, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/27/2008 regarding extension of time[25] MOTION by Defendant Climatecraft, Inc. for Thirty–Day Extension of Deadline to Serve Invalidity Contentions [25] is granted to the extent that the accused infringer shall disclose any invalidity contentions by 5/7/2008. Further, time is extended to 5/22/2008 for the parties to exchange their respective versions of proposed terms and claim elements for construction in the form of a jury instruction. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.