**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HUNTAIR, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6890 |
| vs. | ) ) | The Honorable David H. Coar |
| CLIMATECRAFT, INC. | ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Huntair, Inc. hereby moves this Court for entry of the attached protective order. The parties have agreed to the attached order for dealing with confidential documents and information that may be produced in the course of this litigation. This protective order is not intended to in any way alter this Court's procedure, nor the applicable local rules, governing the filing of confidential documents.

WHEREFORE, Huntair, Inc. requests that the Court enter the attached protective order.

Dated: April 25, 2008

Respectfully submitted,

/s/ Richard T. McCaulley Jr.
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone     (415) 772-1200
Facsimile     (415) 772-7400
ccotter@sidley.com

*Attorneys for Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2008, I caused a copy of the foregoing document to be served by ECF upon:

> Charles C. Kinne
> KINNE IP GROUP
> 1240 Iroquois Avenue
> Suite 204
> Naperville, IL  60563
> Telephone:     (630) 904-0940
> Facsimile:     (888) 887-7158
> ckinne@kinnelaw.com
>
> *Attorney for Defendants*

/s/ Richard T. McCaulley Jr.
Attorney for Plaintiff