## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To:    Charles C. Kinne (ckinne@kinnelaw.com)
       KINNE IP GROUP
       1240 Iroquois Avenue, Suite 204
       Naperville, Illinois  60563

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m., at the

scheduled time for the Court to hear motions, we shall appear before the Honorable Judge

David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South

Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for

Entry of Protective Order which is hereby served upon you.

Dated: April 25, 2008                    Respectfully submitted,


                                         /s/ Richard T. McCaulley Jr.
                                         David T. Pritikin
                                         Richard T. McCaulley Jr.
                                         Stephanie P. Koh
                                         Nicole E. Kopinski
                                         SIDLEY AUSTIN LLP
                                         One South Dearborn Street
                                         Chicago, IL 60603
                                         Telephone:    (312) 853-7000
                                         Facsimile:    (312) 853-7036

dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone     (415) 772-1200
Facsimile      (415) 772-7400
ccotter@sidley.com

*Attorneys for Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2008, I caused a copy of the

foregoing document to be served by ECF upon:

> Charles C. Kinne
> KINNE IP GROUP
> 1240 Iroquois Avenue
> Suite 204
> Naperville, IL  60563
> Telephone:     (630) 904-0940
> Facsimile:     (888) 887-7158
> ckinne@kinnelaw.com
>
> *Attorney for Defendants*

> /s/ Richard T. McCaulley Jr.
> Attorney for Plaintiff