**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

　　PLEASE TAKE NOTICE that the attached Proposed Protective Order, which relates to and is an Exhibit to the Agreed Motion for Entry of Protective Order (Doc. 28), was served upon all parties and Judge Coar via email on Friday, April 25, 2008.

Dated: April 29, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Richard T. McCaulley Jr.
　　　　　　　　　　　　　　　　　　　　David T. Pritikin
　　　　　　　　　　　　　　　　　　　　Richard T. McCaulley Jr.
　　　　　　　　　　　　　　　　　　　Stephanie P. Koh
　　　　　　　　　　　　　　　　　　　　Nicole E. Kopinski
　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　One South Dearborn Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　Telephone:　(312) 853-7000
　　　　　　　　　　　　　　　　　　　　Facsimile:　(312) 853-7036
　　　　　　　　　　　　　　　　　　　　dpritikin@sidley.com
　　　　　　　　　　　　　　　　　　　　rmccaulley@sidley.com
　　　　　　　　　　　　　　　　　　　　skoh@sidley.com
　　　　　　　　　　　　　　　　　　　　nkopinski@sidley.com

　　　　　　　　　　　　　　　　　　　　Carrie W. Cotter
　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, Suite 2000
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Telephone　(415) 772-1200
　　　　　　　　　　　　　　　　　　　　Facsimile　(415) 772-7400
　　　　　　　　　　　　　　　　　　　　ccotter@sidley.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2008, I caused a copy of the foregoing document to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:    (630) 904-0940
>Facsimile:    (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendant ClimateCraft, Inc.*

>/s/ Richard T. McCaulley Jr.
>Attorney for Plaintiff