# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | Civil Action No. 07 C 6890 |
| | ) | |
| Plaintiff, | ) | The Honorable David H. Coar |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| CLIMATECRAFT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CLIMATECRAFT, INC.'S NOTICE OF MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER AND COUNTERCLAIMS

To:  David T. Pritikin
     Richard T. McCaulley Jr.
     Stephanie P. Koh
     Nicole E. Kopinski
     SIDLEY AUSTIN LLP
     One South Dearborn Street
     Chicago, IL 60603
     (312) 853-7000
     dpritikin@sidley.com
     rmccaulley@sidley.com
     skoh@sidley.com
     nkopinski@sidley.com

     and

     Carrie W. Cotter
     SIDLEY AUSTIN LLP
     555 California Street, Suite 2000
     San Francisco, CA 94104
     (415) 772-1200
     ccotter@sidley.com

2

PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the **CLIMATECRAFT, INC.'S MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER AND COUNTERCLAIMS,** which is hereby served upon you.

Respectfully submitted,

Dated: April 30, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

and

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
ccotter@sidley.com

this 30th day of April, 2008.

/s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*