

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | Charles C. Kinne |
| FIRM: | Kinne IP Group |
| STREET ADDRESS: | 1240 Iroquois Ave., Suite 204 |
| CITY/STATE/ZIP: | Naperville, IL  60563 |
| PHONE NUMBER: | 630.904.0940 |
| ARDC NO. (If Member of Illinois State Bar): | 6188708 |

☑   I am a member of the General Bar for the Northern District of Illinois.

☐   Have you filed an appearance with this Court using a different name?  If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 6890 | Huntair, Inc. v. ClimateCraft, Inc. | Hon. David H. Coar |
| | | |
| | | |
| | | |
| | | |

**Charles C Kinne**
Digitally signed by Charles C Kinne
DN: cn=Charles C Kinne, o=Kinne IP Group, ou, email=ckinne@kinnelaw.com, c=US
Date: 2008.04.05 14:23:31 -05'00'

Attorney's Signature

April 5, 2008

Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**