UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

**HUNTAIR, INC.'S MOTION TO STRIKE CLIMATECRAFT, INC.'S FOURTH AFFIRMATIVE DEFENSE AND TO DISMISS CLIMATECRAFT, INC.'S THIRD <u>COUNTERCLAIM</u>**

Plaintiff Huntair, Inc. ("Huntair") hereby moves this Court to strike ClimateCraft, Inc.'s ("ClimateCraft") Fourth Affirmative Defense concerning inequitable conduct and to dismiss ClimateCraft's Third Counterclaim concerning inequitable conduct under Fed.R.Civ.P. 9(b), 12(b)(6) and 12(f). In support of this motion, Huntair submits a Memorandum of Law which is incorporated herein by reference.

WHEREFORE, Huntair respectfully requests that this Court strike ClimateCraft's Fourth Affirmative Defense and dismiss ClimateCraft's Third Counterclaim.


Dated: May 20, 2008

Respectfully submitted,

/s/ Richard T. McCaulley Jr.
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036

dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone    (415) 772-1200
Facsimile    (415) 772-7400
ccotter@sidley.com

*Attorneys for Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2008, I caused a copy of the foregoing document to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:     (630) 904-0940
>Facsimile:     (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendants*

>/s/ Richard T. McCaulley Jr.
>Attorney for Plaintiff

CH1 4262149v.2