# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| HUNTAIR, INC.,  ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Charles C. Kinne (ckinne@kinnelaw.com)
     KINNE IP GROUP
     1240 Iroquois Avenue, Suite 204
     Naperville, Illinois 60563

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present Huntair, Inc.'s Motion to Strike ClimateCraft, Inc.'s Fourth Affirmative Defense and to Dismiss ClimateCraft, Inc.'s Third Counterclaim which is hereby served upon you.

Dated: May 20, 2008                     Respectfully submitted,

                                        /s/ Richard T. McCaulley Jr.
                                        David T. Pritikin
                                        Richard T. McCaulley Jr.
                                        Stephanie P. Koh
                                        Nicole E. Kopinski
                                        SIDLEY AUSTIN LLP
                                        One South Dearborn Street
                                        Chicago, IL 60603
                                        Telephone:  (312) 853-7000
                                        Facsimile:   (312) 853-7036

dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone     (415) 772-1200
Facsimile     (415) 772-7400
ccotter@sidley.com

*Attorneys for Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2008, I caused a copy of the foregoing document to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:    (630) 904-0940
>Facsimile:     (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendants*

>/s/ Richard T. McCaulley Jr.
>Attorney for Plaintiff

CH1 4262149v.2