**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Huntair, Inc.
                    Plaintiff,

v.
                                            Case No.: 1:07−cv−06890
                                            Honorable David H. Coar

Climatecraft, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to strike,, motion to dismiss,, motion for relief,,, [39] : Defendant to file a Response by 5/28/2008. MOTION by Plaintiff Huntair, Inc. to strike amended answer to complaint,, counterclaim, 38 (to Strike Climatecraft Inc.'s Fourth Affirmative Defense), MOTION by Plaintiff Huntair, Inc. to dismiss Climatecraft Inc.'s Third Counterclaim[39] is reset to 5/30/2008 at 9:30 a.m. Mailed & Telephone notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.