# EXHIBIT D

**(part 2 of 2 due to file size)**

**AAON**
**Heating & Cooling Products**

*marketing memo*

To: All AAON Sales Representatives                                    October 1, 2001

# NEW PROMOTIONAL LITERATURE

# The RL Series
# 40 to 230 Tons for Air Cooled,
# Evaporative Cooled or Water Cooled

Enclosed with this memo are 50 copies of the new RL Series full color promotional literature. Read this over completely. Get ready for the two RL product sessions that will be held here in Tulsa this month to answer all your questions.

Notice the photo on page 2 is an air cooled unit being built in the West Tulsa plant. The centerfold of product features also shows those taken of evaporative cooled models, as well as, many of the common features of all the models.

### RL Product Hi-Lites
In this session you will see a complete evaporative cooled unit. All of the features will be reviewed in a unique manner that you will be able to "take home with you" in your pocket. You will not forget this presentation.

### RL Software
The RL product has many of the features that you always expect from AAON. It also will have new and unrivaled features that you must learn how to select and use to our best advantage. The RL software will be extensively demonstrated in this session. With the RL Series you have fan options that will be presented to you by the software, with the corresponding sound levels.

The Unit Rating sheet gives you all the performance information you need including sound information.

The overall dimensional drawing of the selection will also be an output of the software. No guessing or waiting to get information back from the factory to get the customer the dimensional data they always want immediately.

Get your questions ready - Don't miss any of the RL sessions. We look forward to seeing you at the Sales meeting.

Jim Parro
Marketing Manager



PLAN VIEW

ELEVATION VIEW

UNIT TAG RTU# 1

Configurator RL-045-3-0-0A02-133A000-D00-EBF-A00-0000000-00-0000000B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

SERIAL NO:

DATE: 02/04/2002

PURCHASER:

PURCHASE ORDER:

Engineer:

Rep Contact: NOT FOR JOB USE

Ordered By: USE ECAT PROGRAM

AAON inc.

TULSA OKLAHOMA

Total Weight: 13353 / Shipping Weight: 13353



UNIT TAG: RTUM 2

DATE: 02/04/2002

SERIAL NO:

Engineer:

Configurator: RL-045-3-0-AA02-00CCCCF-D00-EBF-A00-0000000-00-000000008

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:

PURCHASE ORDER:

Rep Contact: NOT FOR JOB USE

Ordered By: USE ECAT PROGRAM

AAON inc.

TULSA OKLAHOMA

Total Weight: 16051 / Shipping Weight: 16051



AAON inc.

TULSA OKLAHOMA

Total Weight: 17812 / Shipping Weight: 17812

Configurator: RL-095-3-0-AAO2-131:BDAO-DOO-EAE-A00-0000000-00-00000000B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:                           PURCHASE ORDER:

Rep Contact: NOT FOR JOB USE         Ordered By: USE ECAT PROGRAM

UNIT TAG: RTU# 3

SERIAL NO:                           DATE: 02/04/2002

Engineer:



PLAN VIEW

ELEVATION VIEW

AIR FLOW Rc=5302 lbs
AIR FLOW Ra=4900 lbs
EXHAUST FANS (QTY 1-2)
EXHAUST
HEATWHEEL
RETURN AIR
ECONOMIZER    ECONOMIZER
SUPPLY BLOWER QTY 1-4
HEAT EXCHANGER
SUPPLY AIR
CONTROL PANEL
ELECTRICAL ENTRY
Ro=5603 lbs
Ra=5178 lbs

AIR FLOW
COOLING SECTION
AIR FLOW

AAON inc.

TULSA OKLAHOMA

Total Weight: 20983 / Shipping Weight: 20983

Configurator: RL-095-3-0-AA02-222DCCG-D00-FAE-A00-0000000-00-00000000B
JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:
PURCHASE ORDER:
Rep Contact: NOT FOR JOB USE    Ordered By: USE ECAT PROGRAM

UNIT TAG RTU# 4
SERIAL NO.:    DATE: 02/04/2002
Engineer:





PLAN VIEW

ELEVATION VIEW

AAON inc.

TULSA OKLAHOMA

Total Weight: 29442 / Shipping Weight: 25042

Configurator: RL-135-3-0-AF02-223CDCF-D00-FAY-DNC-F0AB000-00-ED000DA0B    UNIT TAG: RTUM 6

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

| PURCHASER: | PURCHASE ORDER: | SERIAL NO: | DATE: 02/04/2002 |
| Rep Contact: NOT FOR JOB USE | Ordered By: USE ECAT PROGRAM | Engineer: | |



PLAN VIEW

ELEVATION VIEW

AAON inc.

TULSA OKLAHOMA

Total Weight: 30816 / Shipping Weight: 30816

Configurator: RL-170-3-0-0A02-233-JCDN-D00-EC2-000-000C000-00-00000A00B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:

PURCHASE ORDER:

Rep Contact: NOT FOR JOB USE

Ordered By: USE ECAT PROGRAM

UNIT TAG: RTUW 7

SERIAL NO:

Engineer:

DATE: 02/04/2002





## Cooling Coil Psychrometrics (normal air conditioning range)

**AAON, Inc.**
2545 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266    Fax: 918 583 6094

$WB_{entering}=67.00$ [F]

$T_1=80.00$ [F]    $wb_1=67.00$ [F]    $T_2=55.00$ [F]    $WB_2=54.00$ [F]

$dp_1=60.31$ [F]    $w_1=0.011167$ [lbw/lba]    $dp_2=53.29$ [F]    $w_2=0.008632$ [lbw/lba]

$cfm_1=77788.0$ [ft³/min]    $\rho_1=0.072$ [lba/ft³]    $cfm_2=73887.5$ [ft³/min]    $\rho_2=0.076$ [lba/ft³]

$RH_1=51.1$ [%]    $RH_2=94.0$ [%]

$WB_{Leaving}=54.00$ [F]
If the coil is dry, the wet bulb leaving is based on
the leaving dry bulb temperature and entering humidity ratio.

$Q_{total}=2993698.5$ [Btu/hr]    249.47 [tons]

$Q_{sensible}=2057327.8$ [Btu/hr]    171.44 [tons]

$Q_{latent}=936370.7$ [Btu/hr]    78.03 [tons]

$SCFM=74892.6$ [ft³/min]

$mfr_{air}=337016.6$ [lba/hr]

$mfr_{condensate}=854.28$ [lbw/hr]

$SHR=0.687$

ALTITUDE= 0 [ft]    PB=14.696 [psia]

AltitudeStandardCfm= 75000.00 [ft³/min]

$K_{sens}=1.0997$    $K_{lat}=4835$

AltStdDen=0.075 [lbₘ/ft³]

**Chilled Water Flow Calculator**
EWT= 44.00 [F]    LWT= 56.00 [F]
$GPM_{CHW}=498.9$

Calculate    Psych sea level    ☒Psych 3900 ft    Psych 5300 ft    Psych 7500 ft



## Adiabatic Mixing

*Altitude=* 0 *[ft]*    PB=14.696 [psia]    AltStdDen=0.075 [ft³/lba]

**AAON, Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266    Fax: 918 583 6094

$T_1=75.000$ [F]    $WB_1=60.000$ [F]

$RH_1=41.2$ [%]    $W_1=0.007592$ [lbw/lba]

$CFM_1=24011.4$ [ft³/min]

$h_{a,1}=26.329$ [Btu/lba]

$M_{a,1}=105598.5$ [lba/hr]

$v_{a,1}=13.6$ [ft³/lba]

$CFM_{std,1}=$ 23500 [ft³/min]

**1**

$T_2=92.000$ [F]    $WB_2=75.000$ [F]

$RH_2=45.8$ [%]    $W_2=0.01476$ [lbw/lba]

$CFM_2=20258.8$ [ft³/min]

$h_{a,2}=38.368$ [Btu/lba]

$M_{a,2}=85377.5$ [lba/hr]

$v_{a,2}=14.2$ [ft³/lba]

$CFM_{std,2}=$ 19000 [ft³/min]

**2**

$T_3=82.600$ [F]

$WB_3=67.316$ [F]

$W_3=0.01079$ [lbw/lba]

$RH_3=45.4$ [%]

$CFM_3=44266.3$ [ft³/min]

$h_{a,3}=31.698$ [Btu/lba]

$M_{a,3}=190976.1$ [lba/hr]

$v_{a,3}=13.9$ [ft³/lba]

$CFM_{std,3}=42500$ [ft³/min]

**3**

All CFM Input are actual air conditions CFMstd Output are Altitude Standard Air Conditions

Calculate    Sea Level    3900 ft    5300 ft    7500 ft

## MIXED AIR CONDITIONS

**AAON, Inc.**
2425 South Yukon Ave
Tulsa, oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

### Purpose:

Use this routine to determine the Mixed Air Conditions
for Blow Through Systems when the Cooling Coil Entering
Conditions and CFM$_{SA}$ are known.

CCEADB= 84.11 [F]

CCEAWB= 67.58 [F]

MADB=80.99 [F]

CFM$_{SA}$= 18500.0 [ASCFM]

MAWB=66.59 [F]





Qty= 3   BHP= 7.44 [bhp]

η$_{Motor}$= 89.5 [%]

🖩 Calculate   ALTITUDE= 0 [ft]   PB=14.7 [psia]

---

**AAON, INC.**
Tulsa, Oklahoma 74107
2545 South Yukon Ave
Phone: 918 583 2266  Fax: 918 583 6094

## Fan Law Calculator

| | | | |
|---|---|---|---|
| RPM$_{base}$= 1200.0 | NewRpm$_1$=1200.0 | NewRpm$_2$= 1200.0 | NewRpm$_3$=1200.0 |
| cfm$_{base}$= 10000.0 [cfm] | NewFanCFM$_1$=8750.0 [cfm] | NewFanCFM$_2$=8750.0 [cfm] | NewFanCFM$_3$=8750.0 [cfm] |
| SP$_{base}$= 4.000 [in.wg.] | NewFanSP$_1$=4.000 [in.wg.] | NewFanSP$_2$=4.000 [in.wg.] | NewFanSP$_3$= 4.000 [in.wg.] |
| BHP$_{base}$= 10.0 [hp] | NewFanBhp$_1$=8.7 [bhp] | NewFanBhp$_2$=8.8 [bhp] | NewFanBhp$_3$=8.7 [bhp] |
| η$_{base}$=63.0 [%] | NewFan$_{ETA,1}$=63.032 [%] | NewFan$_{ETA,2}$=63.032 [%] | NewFan$_{ETA,3}$=63.032 [%] |
| Dia$_{base}$= 27.00 [in.] | NewDiameter$_1$= 27.0 [in.] | NewDiameter$_2$= 27.0 [in.] | NewDiameter$_3$= 27.0 [in.] |
| Width$_{base}$= 8.0 [in.] | NewWidth$_1$= 7.0 [in.] | NewWidth$_2$= 7.0 [in.] | NewWidth$_3$= 7.0 [in.] |

🖩 Calculate



**Single Zone Blow Through System Psychrometrics**

CCEADB=88.4 [F]    CCLADB=50.0 [F]
CCEAWB=67.5 [F]    CCLAWB=49.2 [F]

**AAON, Inc.**
2545 South Yukon Ave
Tulsa, Ok 74107
Phone: 918 583 2266    Fax: 918 583 6094

Fan
CFMOA=5000 [cfm]    MADB=85.2 [F]
MAWB=66.5 [F]

SDHG%=-0.0

CCTH=48.9 [tons]    586820 [Btu/hr]
CCSH=38.4 [tons]    461156 [Btu/hr]
CCLH=10.5 [tons]    125665 [Btu/hr]

OA
OADB= 95.0 [F]    Cooling Coil    DTDUCT= 0.0 [F]
OAWB= 72.0 [F]    TRADB=77.00 [F]    SA
CFMSA=10965 [cfm]

RADB=77.0 [F]    DTRA= 2.0 [F]
EA
CFMEA= 4000 [cfm]    RAHG%=7.3    SADB= 50.0 [F]    CFMZEA= 1000 [cfm]
RA    RMDB= 75.0 [F]
CFMRA=9965 [cfm]    Room
RAHG=21811.2 [Btu/hr]    RSH,RLH    RMRH=43.4 [%]

**Supply Fan**    **RETURN FAN**    $CFM_{inf}= 0$
FAN_EFF= 0.55    RFAN_EFF= 0.55
MOTOR_EFF= 0.93    RMOTOR_EFF= 0.9    RSH_sub= 300000.0 [Btu/hr]    RSH=300000 [Btu/hr]    $RSH_{infiltration}=0$ [Btu/hr]
FAN_DP= 4.5 [in. wg.]    RFAN_DP= 0    RLH_sub= 40000 [Btu/hr]    RLH=40000.0 [Btu/hr]    $RLH_{infiltration}=0$ [Btu/hr]

SFHG%=12.89    RFHG%=0
DTFAN=3.2 [F]    RDTFAN=0.00 [F]    ALTITUDE= 0 [ft]
FNPWR=11.32 [kW]    RFNPWR=0.00 [kW]    PB=14.696 [psia]
HP_fan=14.12 [hp]    RHP_fan=0.00 [hp]    All CFM based on
AltStdDen=0.075 [lba/ft³]

Psych Sea Level    Psych 3900 ft    Psych 5000 ft    Psych 5300 ft    Psych 7500 ft    Psych 10000 ft    $K_{sens}$=1.09
Calculate    $K_{lat}$=4835



**Single Zone Draw Through System Psychrometrics**

CCEADB=85.2 [F]    CCLADB=46.8 [F]
CCEAWB=65.9 [F]    CCLAWB=46.1 [F]

**AAON, Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

MADB=85.2 [F]
CFMOA=5000 [cfm]    MAWB=65.9 [F]    SDHG%=-0.0

CCTH=50.6 [tons]    606919 [Btu/hr]
CCSH=38.4 [tons]    461065 [Btu/hr]
CCLH=12.2 [tons]    145855 [Btu/hr]

OADB= 95.0 [F]    DTDUCT= 0.0 [F]
OAWB= 72.0 [F]    TRADB=77.0 [F]
RADB=77.0 [F]  DTRA= 2.0 [F]    CFMSA=10982 [cfm]  CFMZEA= 1000 [cfm]

CFMEA= 4000 [cfm]    RAHG%=7.3    SADB= 50.0 [F]
CFMRA=9982 [cfm]    RMDB= 75.0 [F]
RAHG=21814.5 [Btu/hr]    RMRH=38.9 [%]
$CFM_{inf}= 0$ [cfm]

**Supply Fan**    **Return Fan**    RSH_sub= 300000 [Btu/hr]    $RSH_{infiltration}=0$ [Btu/hr]    RSH=300000.0 [Btu/hr]
FAN_EFF= 0.55    RFAN_EFF= 0.550    RLH_sub= 40000 [Btu/hr]    $RLH_{infiltration}=0$ [Btu/hr]    RLH=40000 [Btu/hr]
MOTOR_EFF= 0.93    RMOTOR_EFF= 0.9    RSHR=0.8824
FAN_DP= 4.5 [in.wg.]    RFAN_DP= 0.0 [in.wg.]
SFHG%=12.91    RFHG%=0.00    ALTITUDE= 0 [ft]
DTFAN=3.2 [F]    RDTFAN=0.000 [F]    PB=14.696 [psia]
FNPWR=11.34 [kW]    RFNPWR=0.00 [kW]    AltStdDen=0.075 [ft³/lba]
HP_fan=14.14 [hp]    RHP_fan=0.0 [hp]    $K_{sens}$=1.09
$K_{lat}$=4835

Calculate    Psych Sea Level    Psych 3900 ft    Psych 5300 ft    Psych 7500 ft

# humidifier



AAON, Inc.
2545 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266 Fax: 918 583 6094

$T_1$=13.00 [F]
$WB_1$=10.16 [F]
$RH_1$=0.500 [fraction]
$grains_1$=5.32 [gr]
$W_1$=0.000760 [lbw/lba]

$T_2$=44.43 [F]
$wb_2$=30.47 [F]
$RH_2$=0.124 [fraction]
$grains_2$=5.32 [gr]
$W_2$=0.000760 [lbw/lba]

$T_3$=46.00 [F]
$RH_3$=0.950 [fraction]
$wb_3$=45.30 [F]

$dp_3$=44.7 [F]
$grains_3$=43.57 [gr]
$W_3$=0.006224 [lbw/lba]

$CFM_1$=17017.15 [ft³/min]
$\rho_1$=0.084 [lb/ft³]
MA=85584.237 [lba/hr]

$\rho_2$=0.079 [lb/ft³]
$CFM_2$=18148.78 [ft³/min]

$\rho_3$=0.078 [lb/ft³]
$CFM_3$=18364.97 [ft³/min]
CFMaltStd= 19046

QH=647359.183 [Btu/hr]    HW=1150.4 [Btu/lb]

# heating coil

TW= 212.0 [F] To be steam humidifier TW must be > SST
MW=467.632 [lbw/hr]
$GPM_{water}$=0.9356
$Makeup_{waterTemp}$= 75.0 [F]
$Q_{water}$=517817.7 [Btu/hr]

Altitude= 0 [ft]    SST=211.95 [F] Saturated Steam Temperature at Altitude
PB=14.696 [lb/in² absolute]
AltStdDen=0.075 [ft³/lba]

Calculate    Psych Sea Level    Psych Chart 5300 ft    Psych Chart 7500 ft

---



# HeatWheel    Heat Wheel Model # ERC-81146  Quantity of Heat Wheels 2

AAON Inc.
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266 Fax 918 583 6094

CFMsa= 60000 [ft³/min]
77.6 [F DB]   64.1 [F WB]   98.43 [gr/lba]
0.009707 [lbw/lba]

0.0 [ft³/min]

HEAT WHEEL
81.22 [F DB]
0.01088 [lbw/lba]
76.15 [gr/lba]

0.0 [ft³/min]

25000 [ft³/min]

25000 [ft³/min]

OUTSIDE AIR
25000 [ft³/min]
95 [F DB]   75 [F WB]
0.398 [RH]   98.43 [gr/lba]
0.01406 [lbw/lba]

81.22 [F DB]
66.99 [F WB]
76.15 [gr/lba]

APDoa=0.880 [in.wg.]

APDex=0.880 [in. wg.]

Exhaust
25000 [ft³/min]

35000 [ft³/min]    25000 [ft³/min]

88.78 [F DB]
70.84 [F WB]
0.01205 [lbw/lba]
84.37 [gr/lba]

MIXED AIR DAMPERS    60000 [ft³/min]

0.0 [ft³/min]

Calculate

RL_Model$= 230
CABINETS$=E

RETURN AIR
60000 [ft³/min]
75 [F DB]
62.00 [F WB]
0.00887 [lbw/lba]
62.09 [gr/lba]
0.48036 [RH]

Cooling/Dehumidification
Qc=766452.5 [Btu/hr]
Qcs=380544.6 [Btu/hr]
Qcl=385907.8 [Btu/hr]

Heating/Humidification  All CFM are altitude standard cfm
Qh=0.0 [Btu/hr]
Qhs=0 [Btu/hr]
Qhl=0.0 [Btu/hr]

ALTITUDE= 0 [ft]

Heat Wheel Type

Total



## Langelier Saturation Index Calculator

$T=$ 101.7 [F]   38.7 [C]

$pH=$ 7.100

$TDS=$ 660.0 [mg/L]

$Calcium=$ 392.0 [mg/L as $CaCO_3$]

$Alkalinity=$ 76.0 [mg/L as $CaCO_3$]

$Conductivity_{Approximate}=$1453 [micro-mho/cm]

$LSI=-0.1396$

**Border Line Scale Potential**

[ 🗋 LSI Calculator ]

[ 🖰Internet Link to Information on Corrosion ]



AAON Inc.
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

Desuperheating Coil
Eliminators
Condensing Coil
Subcooling Coil

Sump

## Sensible Heating

AAON Inc.
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266  FX: 918 583 6094

**ALTITUDE=** 0 [ft]   PB=14.70 [psia]

$T_1=$ 80.0 [F]

$WB_1=$ 67.0 [F]  MaxWB=67 [F]

$CFM_1=$20743.5 [ft$^3$/min]

$RH_1=$0.511 [fraction]

$\rho_1=$0.072 [lba/ft$^3$]

$DP_1=$60.31 [F]

$W_1=$0.01117 [lbw/lba]

QS=50900.0 [Btu/hr]

MFA=89871.1 [lba/hr]

**altstdcfm=** 20000.0 [ft$^3$/min]

$T_2=$82.3 [F]

$wb_2=$67.7 [F]

$CFM_2=$20832.2 [ft$^3$/min]

$RH_2=$0.474 [fraction]

$\rho_2=$0.072 [lba/ft$^3$]

$DP_2=$60.31 [F]

$W_2=$0.01117 [lbw/lba]

$K_{sens}=$1.102

AltStdDen=0.075 [lab/ft$^3$]

$Q_{SENSIBLE}=$ 0.0 [Btu/hr]   **BHP=** 20.000 [hp]   **WATTS=** 0.0 [watts]

[ Calculate ]

65

## Sensible Heating 2

**AAON Inc.**
2424 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266 FX: 918 583 6094

**ALTITUDE=** 0 [ft]    PB=14.70 [psia]

$T_1$= 60.0 [F]

$WB_1$= 55.0 [F]  MaxWB=55 [F]

$CFM_1$=19876.3 [ft$^3$/min]

$RH_1$=0.732 [fraction]

$\rho_1$=0.075 [lba/ft$^3$]

$DP_1$=51.42 [F]

$W_1$=0.00805 [lbw/lba]

QS=438441.1 [Btu/hr]

MFA=89871.1 [lba/hr]

$T_2$= 80.0 [F]

$wb_2$=62.5 [F]

$CFM_2$=20641.3 [ft$^3$/min]

$RH_2$=0.370 [fraction]

$\rho_2$=0.073 [lba/ft$^3$]

$DP_2$=51.42 [F]

$W_2$=0.00805 [lbw/lba]

$K_{sens}$=1.096

AltStdDen=0.075 [lab/ft$^3$]

**altstdcfm=** 20000.0 [ft$^3$/min]

Calculate

## Pressure Drop Steam Piping

**AAON Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone 918 583 2266  Fax 918 583 6094

**AtmosphericPressure=** 14.7 [psia]

$\varepsilon$=0.00015000 [Pipe Roughness]

**Material$=** Commercial Steel

Calculate

$Vel_{steam,fpm}$=9569.4 [ft/min]

id=2.067 [inch]

### Pipe Size Schedule 40

**Nominal$=** 2 inch

**LbperHr=** 2000 [lb/hr]

**SteamPressure=** 50.000 [psig]

SSP=64.70 [psia]

length= 100.0 [Eq. ft]

Pd=4.702 [psi]

66

# Pressure Drop  **Water Piping**

P= 80.000 [psia]

t= 60.000 [F]

$\varepsilon$=0.00015000 [pipe roughness]

Material$= Commercial Steel

Calculate

**AAON Inc.**
2424 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266 Fx: 918 583 6094

vel$_{water}$=10.08 [ft/sec]

id=4.026 [inch]

**Schedule 40 Nominal Diameter**

Nominal$= 4 inch

gpm= 400.0 [gal/min]

Length= 100.0 [Eq. ft]

Pd=3.677 [psi]

$FT_{H2O}$=8.47 [Ft-Fluid at (T,P)]

# Duct Pressure  Drop

Altitude= 0

PB=14.70 [psia]

DB= 70.000 [F]

RH= 0.000 [%]

$\rho_{air}$=0.075 [lb/ft$^3$]

ACFM= 10000.0 [Actual cfm at (PB,DB,RH)]

SCFM=10000.0 [Sea Lvl Standard cfm (70F,0RH)]

AltSCFM=10000.000 [Alt Std cfm (PB,70F,0RH)]

**AAON Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 7407 Fax: 918 583 6094

$D_E$=32.6 [inch]

Vel=1727.0 [ft/min]

DP= 0.1000 [in. wg./100ft]

## Le

L= 200.0 [ft]

DP$_{Section}$=0.200 [in. wg.]

Roughness    $\varepsilon$=0.000300

DuctMaterial$= Galvanized Steel Medium Smooth

Calculate

**Round To Rectangular Conversion**

b

a

a= 20.0 [inch]

b=46.4 [inch]

Vel$_{actual}$=1552.7 [ft/min]



# RL Series
# 45 to 230 tons
# Packaged Rooftop Conditioners
# & Air Handlers

# Engineering Specifications
# and Selection Procedures



2425 South Yukon
Tulsa, Oklahoma 74107
Ph: (918) 583-2266
Fax: (918) 583-6094

*"AAON" & "AAONAIRE" ARE REGISTERED TRADEMARKS OF AAON, Inc., TULSA, OK.*




R02330 • RL 45 - 230 • 1-03

# AAON INC.

2425 S. YUKON, TULSA, OK 74107 918-583-2266

# INVOICE

PLEASE REMIT TO:
AAON, INC. DEPT 563 TULSA, OK 74182

### INVOICE NO. 265184

| CUSTOMER NO. | 848635 | INV. DATE 02/28/02 | PAGE 1 |
| --- | --- | --- | --- |

CUST. P. O. NO.   A-0440

| SOLD TO | SHIP TO |
| --- | --- |
| TOBEY-KARG SALES AGENCY<br>4640 CAMPBELLS RUN ROAD<br><br>PITTSBURGH, PA 15205<br>USA | WEIRTON MED CTR<br>C/O SCALISE INDUSTRIES<br>601 COLLIERS WAY<br>WEIRTON, WV 26062<br>USA |

| SALES ORDER NO. | TERMS | CUSTOMER JOB NO. | SHIP ZONE |
| --- | --- | --- | --- |
| 254862 | NET 30 DAYS | WEIRTON MED CTR. | WV |

| SHIP VIA | F. O. B. POINT | SHIP DATE | VENDOR# 0 CUSTOMER |
| --- | --- | --- | --- |
| MELTON | TULSA OK | 02/28/02 | |

| BILL OF LADING NO. | FINAL DESTINATION |
| --- | --- |
| 244341 - 244555 | 414 |

| ITEM NO. | QUANTITY SHIPPED | DESCRIPTION | UNIT | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| | | 2/5 PER REP(DEBBIE) OK TO SHIP<br>2/19. JL<br>TAX %'s SUBJECT TO CHANGE | | | |
| 1 | 2 | 38221 | EA | ▬▬▬ | ▬▬▬ |
| | | RL-155-3-0-AB06-000: HGC1E00GB10B0JAAC00H000A000000X | | | |
| 2 | 1 | @FREIGHT | EA | ▬▬▬ | ▬▬▬ |

SUBTOTAL                                                                    ▬▬▬

TAX         ( 0. 000%)                                              0. 00

DISCOUNT- 20 DAYS
PAYMENTS RECEIVED 20 DAYS FROM INVOICE DATE    ▬▬▬

INTEREST-1. 5% PER MONTH
CHARGED BEGINNING 30 DAYS AFTER INVOICE DATE   ▬▬▬

>>> PAYMENT IN U. S. DOLLARS <<<

TOTAL     ▬▬▬▬

REPRINT OF ORIGINAL

11:39/01  13:31 FAX 412 787 8878    TOBEY KARG SALES & SERV. → AAON    ☎001/008

SHIP ON 2/11/02    254862



# AAON, Inc.

## Order Form

**Sold To**
Tobey Karg Sales Agency
4840 Campbells Run Rd
Pittsburgh, Pa. 15205
USA

**Ship To**
Weirton Medical Center c/o Scalise Industries
601 Colliers Way
Weirton, WVa. 26062
USA

Date: 11/19/2001
Job Name: Weirton Medical
Customer P.O. #:
Customer #:
Shop Order #:
Action: Release To Production
Ship: Allow LTD
Notify: Joe Scalise, 48 Hours Before Delivery @ Phone No. 1-731-775-3103

| Qty | Part # | Description | Unit Net No. | Net Price |
|-----|--------|-------------|--------------|-----------|
| 2 | RL-16-1-0-AD06-000:HGC1-E00-QN1-000-JAAC00H | | | |
| | RTU#13   CFM: 5000    ESP: 2.0" | | | |

Rep Content: Creed Hess
Ordered By: Creed Hess

Total Billing $:

ENTERED
NOV 14 2001

# AAON, Inc.

A-0440

# Worksheet

AAONEst32 Ver 4.00 Beta

## RL - 155 - 3 - 0 - AB06 - 000 : HGC1 - E00 - QB1 - 0B0 - JAAC00H - 00 - 0A000000B
Tag: RTU# 1.2

| | | | |
|---|---|---|---|
| Job Name | Winton Medical Center | Worksheet For: | Tobey-Karg Sales Agency |
| Job Number | Job #: | Worksheet Date: | November 19, 200 |

| | Base | Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|---|
| R | | Series | Roof Top Unit | | | |
| L | | Generation | Eighty Generation | | | |
| 155 | | Size | One Hundred and Fifty Five | | | |
| 3 | | Voltage | 460V/3/60Hz | | | |
| 0 | | Interior Protection | Standard | | | |
| A | | Cooling Style | Draw Thru-R22 Dual Circuited Compressors | | | |
| B | | Cooling Configuration | Air Cooled Cond w/ 8R and High CFM | | | |
| 0 | | Cooling Coating | Std | | | |
| 6 | | Cooling Stages | 6 Stage | | | |
| 0 | | Heating Type | No Heat | | | |
| 0 | | Heating Designation | No Heat | | | |
| 0 | | Heating Stages | No Heat | | | |

| | Feature | Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|---|
| H | 1A. | Outside Air Options | Heat Wheel Small (S) (1-14 inch wheel) | | | |
| G | 1B. | SA Blower Configuration | 2 Blowers (Prem eff motor) 2 motors + VFD | | | |
| C | 1C. | SA Blower | Blower C (42" Dia 15 Blade) | | | |
| 1 | 1D. | SA Motor | 25.0 hp (1763 rpm) | | | |
| E | 2. | Outside Air Controls | DDC Econ Control | | | |
| 0 | 3. | Discharge Location | Bottom Discharge | | | |
| 0 | 4. | Return Location | Bottom Return | | | |
| Q | 5A. | SA Blower Configuration | 4 Blowers w/(Prem eff mtr) w/4-VFDs | | | |
| B | 5B. | SA Blower | Blower B (30" Diameter) | | | |
| 1 | 5C. | SA Motor | 25.0 hp (1760 rpm) | | | |
| 0 | 6A. | Pre-Filter | 2" Pleated | | | |
| B | 6B. | Final Filter | 12" Cartridge 85% Eff-Filter Box B | | | |
| 0 | 6C. | Filter Options | Std | | | |
| J | 7. | Refrigeration Controls | 6 MTP'S On 6 CO + 42 STDS + 115V Outlet Factory | | | |
| A | 8. | Refrigeration Options | Hot Gas Bypass Lead Stage (R22) | | | |
| A | 9. | Refrigeration Accessories | Sight Glass | | | |
| C | 10. | Power Options | Ckt Brk - Thermal Magnetic | | | |
| 0 | 11. | Safety options | Std | | | |
| 6 | 12. | Closures | Std | | | |
| H | 13. | Special Controls | Field Installed DDC Controls by Others | | | |
| 0 | 13A. | Pre Heat Components | Std (No Preheat) | | | |
| | 14B. | | | | | |
| 0 | 14. | Pre Heat Sizing | Std (No Preheat) | | | |
| 0 | 15. | Special Piping | | | | |
| A | 16. | Control Options | | | | |
| 0 | 17. | Airout Options | | | | |
| 0 | 18. | Sound Options | | | | |
| 0 | 19. | Acceptance | ETL/cETL USA Listed | | | |
| U | 20. | Tags | Std Single Point Unit | | | |
| 0 | 21. | Freight Options | STD ship at loc w/o freight option | | | |
| C | 22. | | | | | |
| B | 23. | Trim | Std Galvalume (Grey Finish) | | | |
| | | | Subtotal | | | |
| | | | Quantity | | | |
| | | | Total | | | |

# AAON, Inc.

A-0440

**Submittal**

2425 South Yukon Ave - Tulsa, Oklahoma 74107-2725 - Ph. (918) 583-2266 Fax (918) 583-8004

AAONBeast2 Ver. 4.00 Beta

## RL-155-3-0-AB06-000:HGC1-E00-QB1-0B0-JAAC00H-00-0A000000B
### Tag: RTU# 1,2

| Job Name: | Weirton Medical Center | Submittal For: | Tobey-Karg Sales Agency |
|---|---|---|---|
| Job Number: | Job #1 | Submittal Date: | November 19, 2001 |

|  | Base Option | Description |
|---|---|---|
| R | Series | Roof Top Unit |
| L | Generation | Eighth Generation |
| 155 | Size | One Hundred and Fifty Five |
| 3 | Voltage | 460V/3Ø/60Hz |
| 0 | Interior Protection | Standard |
| A | Cooling Style | Draw Thru-R22 Dual Circuited Compressors |
| B | Cooling Configuration | Air Cooled Cond w/ 6R coil High CFM |
| 0 | Cooling Coating | Std |
| 6 | Cooling Stages | 6 Stage |
| 0 | Heating Type | No Heat |
| 0 | Heating Designation | No Heat |
| 0 | Heating Stages | No Heat |

|  | Feature Option | Description |
|---|---|---|
| H | 1A. Outside Air Options | Heat Wheel Small (S) (1-74 inch wheel)¹ |
| G | 1B. RA Blower Configuration | 2 Blowers (Prem eff mtr) w/ 2-motors 2-VFD |
| C | 1C. RA Blower | Blower C (42" Dia 12 Blade) |
| 1 | 1D. RA Motor | 25.0 hp (1760 rpm) |
| E | 2. Outside Air Controls | DDC Econ Control |
| 0 | 3. Discharge Location | Bottom Discharge |
| 0 | 4. Return Location | Bottom Return |
| Q | 5A. SA Blower Configuration | 4 Blowers w/(Prem eff mtr) w/4-VFO's |
| B | 5B. SA Blower | Blower B (30" Diameter) |
| 1 | 5C. SA Motor | 25.0 hp (1760 rpm) |
| 0 | 6A. Pre-Filter | 2" Pleated |
| B | 6B. Final Filter | 12" Cartridge 85% Eff-Filter Box B |
| 0 | 6C. Filter Options | Std |
| J | 7. Refrigeration Controls | 5 MTDR On & Off + 20 STDR + 115V Outlet Factory Wired |
| A | 8. Refrigeration Options | Hot Gas Bypass Lead Stage [HGB] |
| A | 9. Refrigeration Accessories | Sight Glass |
| C | 10. Power Options | 600 Amps Power Switch |
| 0 | 11. Safety options | Std |
| 0 | 12. Controls | Std |
| H | 13. Special Controls | Field Installed DDC Controls by Others |
| 0 | 14A. Pre-Heat Configuration | Std (No Preheat) |
| 0 | 14B. Pre-Heat Sizing | Std (No Preheat) |
| 0 | 15. Option Boxes | Std |
| A | 16. Cabinet Options | Stainless Steel Drain Pans |
| 0 | 17. Cabinet Options | Std |
| 0 | 18. Customer Code | Std |
| 0 | 19. Code Options | Std ETL USA Listing |
| 0 | 20. Unit Splits | Std (One Piece Unit) |
| 0 | 21. Evap & Water Condenser | Std (No Evap or Water Condenser) |
| 0 | 22. Blank | Std |
| B | 23. Type | Std (Includes "Gray Paint") |

# AAON, Inc.

3425 South Yukon Ave · Tulsa, Oklahoma 74107-2728 · Ph. (918) 583-2266 Fax (918) 583-6094

A-0440

# Unit Rating

AAONZcat32 Ver. 4.00 Beta

## RL-155-3-0-AB06-000 : HGC1-E00-QB1-0B0-JAAC00H-00-0A000000B
### Tag: RTU# 1,2

### Job Information

| | |
|---|---|
| Job Name: | Weirton Medical Center |
| Job Number: | Job #1 |
| Site Altitude: | 0 ft |

### Unit Information

| | |
|---|---|
| Unit Size: | One forty five tons — |
| Cabinet Size: | D |
| Approx. Op./Ship Weights: | 31356 / 31184 lbs. |
| Supply CFM/ESP: | 52000 / 2.5 in. wg. |
| Exhaust CFM/ESP/TSP: | 41000 / 1.30 / 2.78 in. wg. |
| Outside CFM: | 11500 |
| Ambient Temperature: | 92 °F DB / 75 °F WB |

### Static Pressure

| | |
|---|---|
| External: | 2.50 in. wg. |
| Evaporator: | 0.94 in. wg. |
| Filters Clean: | 0.63 in. wg. |
| Dirt Allowance | 0.35 in. wg. |

| | |
|---|---|
| Economizer: | 0.21 in. wg. |
| Heating: | 0.00 in. wg. |
| Cabinet: | 0.59 in. wg. |
| Heatwheel: | 1.30 in. wg. |
| Total: | 6.57 in. wg. |

### Cooling Section

| | Gross | Net |
|---|---|---|
| Total Capacity: | 1585.76 | 1369.62 MBH |
| Sensible Capacity: | 1209.04 | 992.90 MBH |
| Latent Capacity: | 376.72 MBH | |
| HW Total Cooling Capacity: | 6.87 °F MBH | |
| Mixed Air Temp: | 75.00 °F DB | 64.00 °F WB |
| Entering Air Temp: | 75.00 °F DB | 64.00 °F WB |
| Lv Air Temp (Coil): | 53.71 °F DB | 53.64 °F WB |
| Lv Air Temp (Unit): | 57.54 °F DB | 55.20 °F WB |
| Supply Air Fan: | DT - 4 x 300 @ 19.93 BHP Ea. | |
| SA Fan RPM / Width: | 1580 / 99% | |
| Exhaust Air Fan: | 2 x MW4212-35 @ 19.19 BHP Ea. | |
| EA Fan RPM: | 1500 | |
| Evaporator Coil: | 86.8 ft² / 6 Rows / 12 FPI | |
| Evaporator Face Velocity: | 599.0 fpm | |
| Energy Recovery Wheel: | 1 x ERC-7490 | |

### Heating Section

| | |
|---|---|
| PreHeat Type: | Std (No Preheat) |
| Heating Type: | No Heat |

### EER - ARI Listing Information

No ARI Rating Program Exists for Units Over 250 MBH
All AAON Units Are Tested in Accordance With ARI Standards

| | | | |
|---|---|---|---|
| EER @ ARI Conditions: | 9.2 | EER Compressor Only @ ARI Conditions: | 12.0 |
| Application EER @ Op. Conditions: | 5.8 | Condensing Unit EER @ Op. Conditions: | 11.1 |

### Electrical Data

| | | | |
|---|---|---|---|
| Rating: | 460/3/60 | Minimum Circuit Amp: | 492 |
| Unit FLA: | 481 | Maximum Overcurrent: | 500 |

### Motors

| | Qty | HP | VAC | Phase | RPM | FLA | RLA |
|---|---|---|---|---|---|---|---|
| Compressor 1: | 2 | | 460 | 3 | | | 26.96 |
| Compressor 2: | 4 | | 460 | 3 | | | 46.15 |
| Condenser Fans: | 5 | 5.00 | 460 | 2 | 1170 | 7.6 | |
| Supply Fan: | 4 | 25.00 | 460 | 3 | 1760 | 34.0 | |
| Exhaust Fan: | 2 | 25.00 | 460 | 3 | 1760 | 34.0 | |
| Heatwheel: | 1 | 0.25 | 230 | 1 | 1760 | 0.0 | |

### Cabinet Sound Power Levels*

| Octave Bands: | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| Discharge LW(dB): | 100 | 99 | 99 | 101 | 99 | 95 | 92 | 85 |
| Return LW(dB): | 96 | 91 | 85 | 77 | 67 | 67 | 72 | 74 |

*Sound power levels are given for informational purposes only. The sound levels are not guaranteed.

06:40am    F-507    JACN FHR

F-390



RL 155
DX COOLING, NO HEAT
HEAT RECOVERY,
85% CARTRIDGE FILTERS

7080 LBS

7044 LBS

280"

ELECTRICAL ENTRY

CONTROL PANEL

(6) SCROLL COMPRESSORS

SUPPLY AIR

S/F & E/F VFDs

12" CARTRIDGE FILTERS

73"

SUPPLY BLOWER QTY (4)

(4) DIRECT DRIVE SUPPLY FAN MTRS

SUPPLY AIR FLOW

594

UPSTREAM LOADED FILTER BANK
DX COOLING

COOLING SECTION

278

ECONOMIZER    ECONOMIZER

RETURN AIR

2" PLEATED FILTERS

HEATWHEEL

AIR FLOW FROM SPACE.

EAC

OSA

O/A DAMPERS

HEAT WHEEL
O/A FILTERS

O/A AIR FLOW

6308 LBS

EXHAUST QTY (1-2)

AIR FLOW 6330 LBS

A-0440

# SOI Tracking Form

## Sales

MUST BE COMPLETE BY: 11/14/01

SOLD TO: YORFY/KARG
AAON CONTACT:
DSO NUMBER:
COMMENTS:

JOB NAME:
REQUESTED SHIP DATE: 7/11/02   (4)
PROJECTED SHIP DATE: 11/14/01

## Engineering

MUST BE COMPLETE BY:

SOI REQUIRED ?: _____ ☐ YES ☐ NO
AEN / ECN No.: _____ ☐ N/A
BILL WORK REQ. ON STD. BILLS ?: ☐ YES ☐ NO
ALL UNITS CONFIGURED ?: _____ ☐ YES ☐ NO

WIRING DIAGRAMS COMPLETE ?: _____ ☐ YES ☐ NO
SPECIAL NAMEPLATE INFORMATION: ☐ YES ☐ NO
SPECIAL ORDER PARTS REQ. ?: _____ ☐ YES ☐ NO
AGENCY APPROVED ? _____ ☐ YES ☐ NO
IF NO AGENCY APPROVAL, EXPLAIN:

COMMENTS:

PREPARED BY:
DATE GIVEN TO PROD. / INV. CNTL.:

## Production / Inventory Control  MUST BE COMPLETE BY:

SPECIAL PARTS ON ORDER ?: _____ ☐ YES ☐ NO
SPECIAL BILL WORK COMPLETE ?: ☐ YES ☐ NO
ALL WORK ORDERS ENTERED ?: ☐ YES ☐ NO
PREPARED BY:

SOI INFO. CORRECT TO ENTER ?: _____ ☐ YES ☐ NO
COST ROLL-UP COMPLETE ?: _____ ☐ YES ☐ NO
DATE GIVEN TO MANUFACTURING?:
DATE GIVEN TO SALES:

## Manufacturing

MUST BE COMPLETE BY:

SOI COMPLETE ?: _____ ☐ YES ☐ NO
NAMEPLATE INFO COMPLETE ?: _____ ☐ YES ☐ NO
COMMENTS:

WIRING DIAGRAM COMPLETE ?: _____ ☐ YES ☐ NO
SPECIAL INSTRUCTIONS COMPLETE ?: ☐ YES ☐ NO

PREPARED BY:
DATE GIVEN TO PROD. / INV. CNTL.:

SPECIAL COMMENTS:

7-11-95

# AAON, Inc.

## Memorandum
### via Datafax

To:    **Creed Hess**                **From:**  Jim Parro
          **Tobey Karg**

Date:    November 19, 2001

Subject:  RL Selection for Weirton Medical Center

           cc:  B. Pohl           R. Schoonover        B. Smith
                 D. Schwartz     S. Hammoud         D. Knebel
                 M. Roark

Confirming our telephone conversation today, I review the following.

We have received and will be entering the subject order for 2 of the RL-155s. As I mentioned to you, we will be adding the net freight amount to the order of ▮▮▮▮▮

## Program Error to be Corrected
While you were using the new program, you were able to key the state name directly as "W. Va." rather than using the dropdown box to point and click on "WV".

This disabled the automatic calculation of the freight amount and your printout that was sent to us indicated Zero $ for freight.

.n111901.doc