# EXHIBIT E

MAR 2 1 2005

Application No. 10/806,775
Information Disclosure Statement dated March 15, 2005

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Hopkins | Group Art Unit: | 3745 |
| Serial No.: | 10/806,775 | Examiner: | Nguyen, Ninh H. |
| Filed: | March 22, 2004 | Docket No: | Hunt:FanArr1 |
| Title: | Fan Array Fan Section in Air-Handling Systems | | |

INFORMATION DISCLOSURE STATEMENT
IN ACCORDANCE WITH 37 CFR §1.98

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR 97035
March 15, 2005

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Applicant submits herewith copies of patents and other art of which he is aware and which he desires to have considered by the Patent Office in accordance with 37 CFR §1.97. In accordance with 37 CFR §1.97(c), this Information Disclosure Statement is being submitted before the mailing date of any of a final action under §1.1113, a notice of allowance under §1.311, or an action that otherwise closes prosecution in the application. This Information Disclosure Statement is accompanied by the fee set forth in §1.17(p).

In accordance with 37 CFR §1.97(h), the filing of this Information Disclosure Statement will not be regarded as an admission that any art referred to herein is, or is considered to be, material to patentability under 37 CFR §1.56(b).

03/22/2005 EABUBAK1 00000072 10806775

03 FC:1806                   180.00 OP

1

Application No. 10/806,775
Information Disclosure Statement dated March 15, 2005

Applicant was provided this information by Ms. Molly D. McKay, Attorney for AAON. AAON is a competitor of the assignee of the present invention. It is applicant's understanding that a Protest Under 37 CFR 1.291(a) was filed by Ms. McKay. In that Protest, Ms. McKay set forth a description of the art submitted herewith. Applicant makes no admission with respect to the accuracy of the description. Applicant makes no admission with respect to the dates of the art.

A list of the patents enclosed herewith is set forth on the attached single page of Form PTO/SB/08B.

The person making this statement is the attorney who signs below on the basis of the information supplied by the inventor and the information in the file.

Please charge Deposit Account No. 50-2115 for any additional fees which may be required.

Respectfully submitted,

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel: (503) 810-2560

2

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | | **Complete If Known** |
|---|---|---|---|---|
| | | | *Application Number* | 10/806,775 |
| | | | *Filing Date* | March 22, 2004 |
| | | | *First Named Inventor* | Hopkins |
| | | | *Art Unit* | 3745 |
| | | | *Examiner Name* | Nguyen, Ninh H. |
| Sheet | 1 | of | 1 | *Attorney Docket Number* | Hunt:FanArr1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | | AAON, RL Series Rooftop Conditioners, 09/01 | |
| | | Jim Parro (Marketing Mananager for AAON) New Promotional Literature The RL Series | |
| | | AAON, RL Series 45 to 230 tons Packaged Rooftop Conditioners & Air Handlers | |
| | | AAON, Invoice No. 265184, 2/28/02 | |
| | | AAON, Order Form and Associated Documents, 11/14/01 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

OIPE
JC113
MAR 2 1 2005
PATENT & TRADEMARK OFFICE

CL 000175

# EXHIBIT F

**MOLLY D. MCKAY, P. C.**
Molly D. McKay
Patent, Trademark & Copyright Attorney
3207 East 22nd Street
Tulsa, Oklahoma  74114-1823
http://www.mckaypatents.com

Telephone (918) 742-5900                                    Facsimile (918) 742-5901

July 28, 2005

LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO OR 97035

Re:    2nd Protest filed on U.S. Patent Application No. 10/806,775

Dear Ms. Oster:

Enclosed is a copy of the above referenced protest that was filed today with the U.S. Patent Office.

Although this protest is being filed after the subject application has been published and therefore the Patent Office will not institute the protest, we understand that because of Applicant's ongoing duty of disclosure to the Patent Office, the Applicant will be required to submit this information to the Patent Examiner as a part of the prosecution of this patent application.

Enclosed is a second set of references cited in the protest for your convenience in submitting this information to the Patent Office.

Very truly yours,

Molly D. McKay

MDM:mdm
Enclosures

[F:\Linda's Docs\AAON\L to attorney for Applicant accompanying service of Protest]

Law Office of
Karen Dana Oster, LLC
Received

AUG 0 3 2005

H 001896

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Name of Applicant: Lawrence G. Hopkins

Application No:    10/806,775

Filing Date:    03/22/2004

Title of Invention:    FAN ARRAY FAN SECTION
IN AIR-HANDLING SYSTEMS

Group Art Unit No:  3745

Examiner:    Ninh H. Nguyen

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL UNDER 37 CFR 1.8 ON THE DATE INDICATED BELOW AND IS ADDRESSED TO: ATTN: OFFICE OF PETITIONS, ASSISTANT COMMISSIONER FOR PATENTS, PO Box 1450, Alexandria VA 22313-1450.

DATE OF DEPOSIT July 28, 2005
Molly D. McKay, Reg. 35,609
TYPED OR PRINTED NAME OF PERSON MAILING

SIGNATURE OF PERSON MAILING FEE OR PAPER

Current status and location: Published in the U.S. on Sept. 23, 2004 as Publication
No. U.S. 2004/0185771 A1; Request for Continued
Examination (RCE) and Amendment filed on June 14, 2005

### PROTEST UNDER 37 CFR 1.291(a)

ATTN: Office of Petitions
Assistant Commissioner for Patents
PO Box 1450
Alexandria VA 22313-1450

Dear Sirs:

Enclosed is a self addressed postcard for an acknowledgement by the Patent

Office that this protest has been received.

This protest under 37 CFR 1.291(a) is being filed on the above referenced

patent application, serial number 10/806,775. Attached is form PTO-1449 with a

listing of the pertinent references provided with this protest. Copies of each of the

listed references are also attached. These references are being submitted to show

that the invention which is the subject of U.S. patent application no. 10/806,775, as

1

H 001897

currently amended, was, under 35 U.S.C. 102(b), in public use or on sale in this country more than one year prior to the date of the application for patent in the United States.   The filing date for U.S. patent application no. 10/806,775 was the filing date of provisional application no. 60/456,413, filed on March 20, 2003. Thus, the critical date for purposes of the one year prior use date is March 20 2002. A concise explanation of the relevance of each of the listed references appears below.

The first reference is a worksheet and drawing by AAON, Inc. in Tulsa, Oklahoma that was prepared for its customer, Borders Group, Inc. under the job name of Borders East Towers. The worksheet is dated February 26, 2001 and the drawing is dated 02/06/2001. This reference shows 1) the use of multiple plenum fans, i.e. four fans; 2) airway path less than 72 inches; and 3) spacing between fan units that is less than 60% of the fan wheel diameter.

The second reference an order form, estimating worksheet, and facsimile transmission from AAON to its customer, Bovis Construction Company under the job name of The Commons.  The order form is dated 9/15/98, the estimating worksheet is dated 9/30/98, and the facsimile is dated 6/30/98. Each sheet of this reference shows that this job would include perforated liners or perf. liners. These perforated liners are acoustically absorptive insulation surface provided on the fan unit chamber.                **REDACTED**

The third reference is wiring diagram assignment and verification by AAON for its customer Frey Lutz Corporation under job name Farm Show Arena. Although the reference is dated 01 Apr 2002, it indicates a lead date of 12/27/01 for this job. This reference shows use of backdraft dampers with fan units.

REDACTED

2

The fourth reference is worksheet and associated drawing by AAON for its customer Jacco Associates under job name Harrison Hills. The worksheet is dated February 26, 2002 and the drawing is dated 02/26/2002. The reference shows a blow through design where the air handling system conditions the air within the unit and the fans push the air through the unit.

The fifth reference is an AAON document entitled RL Feature Master-Feature Number showing different options available to customers from AAON. The reference is shown with an update date of 10/17/01. Under 1st Feature –Return Outside Air Options, B Feature-R/A Blower Config., options E, F, and G show fans that can be operated independently with separate variable frequency drives (VFDs).

The sixth and final reference is a Mammoth Selection Guide for Custom Penthouse (200-410 Tons, Cooling-only VAV configurations). This reference bears a copyright date on the back page of 1992. On page 8 of the reference, a unit having six (6) fans is offered for sale. On page 11 of the reference, a unit having three (3) vertical fans is offered for sale.

Respectfully submitted,

Molly D. McKay, Reg. No. 35,609
3207 East 22nd Street
Tulsa, Oklahoma 74114-1823
(918) 742-5900
Attorney for AAON, Inc.

Enclosures:  self addressed postcard
PTO-1449 with 6 references
Proof of Service on Applicant's Attorney

3

H 001899

## CERTIFICATE OF SERVICE

A copy of this Protest with attachments was served according to 37 CFR 1.291(a)(2) and 37 CFR 1.248(a)(4) on the attorney for Applicant Lawrence G. Hopkins via U.S. first class mail on July 28, 2005, at the following address:

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Road #9
Lake Oswego, OR 97035

Molly D. McKay, Reg. No. 35,609
3207 East 22nd Street
Tulsa, Oklahoma  74114-1823
(918) 742-5900
Attorney for AAON

[F:\Linda's Docs\AAON\Huntain\ 2nd Protest]

4

H 001900

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/806,775 |
| | Filing Date | 03/22/2004 |
| | First Named Inventor | Hopkins, Lawrence G. |
| | Art Unit | 3745 |
| | Examiner Name | Ninh H. Nguyen |
| Sheet | 1 | of | 2 | Attorney Docket Number | Hunt.FanArt1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number<br>Number–Kind Code² (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document<br>Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Hopkins, Lawrence G. |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | Hunt:FanArr1 |

Sheet | 2 | of | 2

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | AAON worksheet and drawing regarding Borders East Towers job for customer Borders Group; Dated 2/26/2001 and 2/6/2001; Tulsa, OK | |
| | | AAON order form, estimated worksheet and facsimile transmission regarding The Commons job for customer Bovis Construction Company; Dated 9/15/98; 9/30/98, and 6/30/98; Tulsa, OK | |
| | | AAON wiring diagram assignment and verification regarding Farm Show Arena job for customer Frey Lutz Corporation; Dated 4/1/02 and bearing a lead date of 12/27/01; Tulsa, OK | |
| | | AAON worksheet and drawing regarding Harrison Hills job for customer Jacco Associates; Dated 2/26/02 and 2/26/02; Tulsa, OK | |
| | | AAON RL Feature Master-Feature Number sheet; Dated 10/17/01; Tulsa, OK | |
| | | MAMMOTH Selection Guide for Custom Penthouse (200-410 Tons, Cooling-only VAV configurations); 1992; Minneapolis, MN | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

H 001902

# AAON, Inc.

**Worksheet**

2425 South Yukon Ave - Tulsa, Oklahoma 74107-2728 - Ph. (918) 583-2266 Fax (918) 583-6094

AAONEcn32 Ver. 4.08 Beta

RL - 075 - 3 - 0 - AA04 - 000 : A000 - E00 - JAZ - A0A - GA0ADBJ - 00 - 00000000X

Tag: 3 West

| Job Name: | | Borders East Tower | Worksheet For: | Borders Group Inc |
| Job Number: | | Job #2 | Worksheet Date: | February 26, 2001 |

| | Base Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|
| R | Series | Roof Top Unit | | | |
| L | Generation | Eighth Generation | | | |
| 075 | Size | Seventy Five | | | |
| 3 | Voltage | 460V/3Ø/60Hz | | | |
| 0 | Interior Protection | Standard | | | |
| A | Cooling Style | Draw Thru - R22 Dual Circuited Compressors | | | |
| A | Cooling Configuration | Air Cooled Cond w/ 4R Coil High CFM | | | |
| 0 | Cooling Coating | Std | | | |
| 4 | Cooling Stages | 4 Stage | | | |
| 0 | Heating Type | No Heat | | | |
| 0 | Heating Designation | No Heat | | | |
| U | Heating Stages | No Heat | | | |

| | Feature Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|
| A | 1A.Outside Air Options | Economizer | | | |
| 0 | 1B.RA Blower Configuration | Std (No return or exhaust blower) | | | |
| 0 | 1C.RA Blower | Std (No return or exhaust blower) | | | |
| 0 | 1D.RA Motor | Std (No Motor) | | | |
| E | 2.Outside Air Controls | DDC Econ Control | | | |
| 0 | 3.Discharge Location | Bottom Discharge | | | |
| 0 | 4.Return Location | Bottom Return | | | |
| J | 5A.SA Blower Configuration | 2 Blowers w/(Prem eff mtr) w/1-VFD | | | |
| A | 5B.SA Blower | Blower A (27" Diameter) | | | |
| Z | 5C.SA Motor | 20.0 hp (1769 rpm) | | | |
| A | 6A.Pre-Filter | 4" Pleated | | | |
| 0 | 6B.Final Filter | Std | | | |
| A | 6C.Filter Options | CPS Pre Filter | | | |
| G | 7.Refrigeration Controls | 6 MTDF On & Off + 115V Outlet Factory Wired | | | |
| A | 8.Refrigeration Options | Hot Gas Bypass Lead Stage (HGB) | | | |
| 0 | 9.Refrigeration Accessories | Std | | | |
| A | 10.Power Options | 225 Amps Power Switch | | | |
| D | 11.Safety options | R/A & S/A Smoke Detector | | | |
| B | 12.Controls | Phase & Brown Out Protection | | | |
| J | 13.Special Controls | Factory Installed DDC Controls by Others | | | |
| 0 | 14A.Pre-Heat Configuration | Std (No Preheat) | | | |
| 0 | 14B.Pre-Heat Sizing | Std (No Preheat) | | | |
| 0 | 15.Option Boxes | Std | | | |
| 0 | 16.Cabinet Options | Std | | | |
| 0 | 17.Cabinet Options | Std | | | |
| 0 | 18.Customer Code | Std | | | |
| 0 | 19.Code Options | Std ETL USA Listing | | | |
| 0 | 20.Unit Splits | Std (One Piece Unit) | | | |
| 0 | 21.Evap & Water Condenser | Std (No Evap or Water Condenser) | | | |
| 0 | 22.Blank | Std | | | |
| X | 23.Trim | Special Price Authorization & Gray Paint | | | |
| | | Subtotal | | | |
| | | Quantity | | | |
| | | Total | | | |

H 001903



H 001904

SHIP ON  1/8/99

**AAON, Inc.**
2425 S. Yukon • Tulsa, OK 74107 • Ph(918) 583-2266 • Fax(918) 583-6094

DATE: 9/15/98    PAGE ___ of ___    **Order Form**

SOLD TO:
Bovis Construction Corp
Princeton Forrestal Village
100-200 Village Blvd.
Princeton, N.J. 08540

SHIP TO:
(Will advise)

CUSTOMER P.O. No. _____
JOB No. _____
JOB NAME: THE COMMONS
CUSTOMER No. 194639    AAON CONTACT: J. Pandera
SHOP ORDER No. 757    CUST. CONTACT: K. Gardner
REP. #1 _____   REP. #2 _____
REQ. SHIP DATE: _____   HOLD FOR APPROVAL ☐   RELEASE TO PRODUCTION ☐
SHIP VIA: Fat Kellowes
ALLOWED ☑   PPD & ADD ACTUAL ☐   COLLECT ☐
NOTIFY: RICK
46 HOURS BEFORE DELIVERY @ PHONE No. 609/419-1380

MARKETING CODE: (30)   SHIP ZONE: _____

| QTY | PART No. | DESCRIPTION | Unit Net Ea. | EXT. |
|---|---|---|---|---|
| 6 | | RF 110-3-F0-1D1 NLLLJT4DIGIQIJ1 1QIQIAIX | | |
| | | CFM    ESP    NOTE' (1) TAG# 1A 2A 3A 4A 1B 4 7B | | |
| | | (2) 46,500 CFM @ 2.75 ESP (3) SEE NOTES | | |
| | | (4) 7.5 HP VFD ON PROP EXHAUST | | |
| | | R( )    CFM    ESP    (5) WIRE ALL ANNALOGUE | | |
| | | SIGNALS TO LVTB (6) LEAVE 12 INCH X | | |
| | | 12 INCH AREA IN CONTROL BOX FOR FIELD CONTROL | | |
| 2 | | RF 130-3-F0-1D1 NLLLJQIQIJ T1 1Q1Q1A1X | | |
| | | CFM    ESP    NOTE' (1) TAG# 5A + 5B (2) 46,500 CFM | | |
| | | @ 2.75 ESP (3) SEE NOTES (4) WIRE ALL | | |
| | | ANNALOGUE SIGNALS TO LVTB (5) LEAVE | | |
| | | R( )    CFM    ESP    12 INCH X 12 INCH AREA IN CONTROL | | |
| | | BOX FOR FIELD CONTROLLER | | |
| | | R( )    CFM    ESP | | |

TAG RTU:

1200 FT  P # 1980    N/C

✱ → NOTE' (1) SPECIAL EVAP COILS (SEE 90%)
→ (2) PERFORATED LINERS IN SUPPLY AIR
(3) INSTALL CUSTOMER FURNISHED
TEMP SENSORS - O/A - R/A - MIXED AIR
(4) PER NORM. SHIP BY 1/8/98.
(5) FURNISH + INSTALL DP SWITCH
FOR SUPPLY FAN STATUS
(6) FURNISH + INSTALL ISOLATION

REP. CONTACT: _____

ORDERED BY: _____

Multiplier .35

| | |
|---|---|
| TOTAL NET (Rep. Cost) $ | |
| FREIGHT $ | 16,000.00 |
| COMMISSION $ | |
| TOTAL BILLING $ | |

NO PO ON PO# RELAYS FOR CH, & N/C STYLE

H 001905

10/01/1998  08:12  7329810939                    GIL BAR SALES                    PAGE 02

# AAON, Inc.

Tulsa, Oklahoma • Ph: (918) 583-2268 • Fax: (918) 583-6094    DATE: REVISION  9/30/98

**Estimating Worksheet**    PAGE 2 of 9

NOTE: THIS WORKSHEET IS FOR ESTIMATING PURPOSES ONLY AND IS NOT INTENDED FOR ORDER PROCESSING.

| MARK • RTU No. 1A.... | MARK • RTU No. 5A.... | MARK • RTU No. | MARK • RTU No. |
|---|---|---|---|
| **MODEL NUMBER** R F 1 1 Q 3 E O 1 0 1 | **MODEL NUMBER** R F 1 2 Q 3 F O 1 0 1 | **MODEL NUMBER** R | **MODEL NUMBER** R |
| SERIES F / UNIT SIZE 110 / VOLTAGE 3 / COOLING EO | SERIES F / UNIT SIZE 120 / VOLTAGE 3 / COOLING FO | SERIES R | SERIES R |
| BASE UNIT PRICE $ ▮ | BASE UNIT PRICE $ ▮ | BASE UNIT PRICE $ | BASE UNIT PRICE $ |
| HEATING 101 | HEATING 101 | HEATING | HEATING |
| HEATING PRICE $ ▮ | HEATING PRICE $ ▮ | HEATING PRICE $ | HEATING PRICE $ |

**FEATURE NUMBER**

| OPTION | LIST PRICE | OPTION | LIST PRICE | OPTION | LIST PRICE | OPTION | LIST PRICE |
|---|---|---|---|---|---|---|---|
| 1. OUTSIDE AIR N | ▮ | N | ▮ | | | | |
| 2. BLOWER MTR. L | ▮ | L | ▮ | | | | |
| 3. FILTER OPT. L | ▮ | L | ▮ | | | | |
| 4. REFRIG. CTL. J | ▮ | J | ▮ | | | | |
| 5. REFRIG. OPT. O | - | O | ▮ | | | | |
| 6. POWER EXH. H | ▮ | H | ▮ | | | | |
| 7. SAFETY OPT. G | ▮ | G | ▮ | | | | |
| 8. CONTROL OPT. A | - | A | - | | | | |
| 9. SPECIAL CTL. J | - | J | - | | | | |
| 10. OPEN Ø | - | Ø | - | | | | |
| 11. CODE OPT. O | - | O | | | | | |
| 12. CABINET OPT. O | | O | | | | | |
| 13. SYSTEM PKG. A | ▮ | A | ▮ | | | | |
| 14. TYPE B | - | B | - | | | | |

| TOTAL UNIT LIST PRICE $ ▮ | TOTAL UNIT LIST PRICE $ ▮ | TOTAL UNIT LIST PRICE $ | TOTAL UNIT LIST PRICE $ |
|---|---|---|---|
| CURB / TYPE KD $ | CURB / TYPE KD $ | CURB / TYPE KD $ | CURB / TYPE KD $ |
| SB $ | SB $ | SB $ | SB $ |

A  6/14  91.25# DX COIL        6/14  91.25# DX COIL
C  PERF LINERS-SUPPL    PERF. LINER-SUPPLY   INCL.
C                                                #3600
E  MOUNT DDC             MOUNT DDC              1450
S  49" SUPPLY FAN                               750  (RTU -1A... ONLY)
S  EXH. VFD - 7.5HP      EXH. VFD - 7.5HP      2750

| LIST PRICE EA. ▮ .35 WT. EA. | LIST PRICE EA. ▮ .35 WT. EA. | LIST PRICE EA. WT. EA. | LIST PRICE EA. WT. EA. |
|---|---|---|---|

98

H 001906

10/01/1998  08:12    7329810939                    GIL BAR SALES                    PAGE  07
                         AAON  INC.

**7/9**

AAON, INC.
2425 South Yukon
Tulsa, Oklahoma 74107
Phone: (918) 583-2266
Fax:  (918) 583-6094

## AAON, INC.

# FAX

TO: Kevin Gabinelli                    FROM:  Natalie Neilson
    Gil-Bar
                                       DATE:  6-30-98

FAX NO: 732-981-0939                   PAGES: 1

SUBJECT: RF-130 Special Pricing -- SPA#89008

Kevin.

To provide the RF-150 with perforated liners on the supply section is $3,600 list add.
~~To provide the RF-150 with perforated liners on the return section is $3,100 list add.~~

I do not have the pricing for the entire unit, so I will have to research this and get back
with you.

Also, I don't know what to tell you on the "Sharing ?" job. you really need to discuss this
matter with Steve pagetter. Sorry!!!!

*This pricing is valid for use within 30 days of this transmission. Please send in a copy of
this letter or the SPA number to expedite the process.*

Thank you,

Natalie Neilson
Ext. 293

H 001907

```
BM03L5   AC  AAON, INC.     WIRING DIAGRAM ASSIGNMENT              01 Apr 2002   PAGE   1
                                 & VERIFICATION
REQUESTED BY  ccox-eng  /dev/pts/29

      REQUISITION NUMBER:  256816

ORDER INFORMATION
CUSTOMER: FREY LUTZ CORPORATION
SHIP-TO : HARRISBURG, PA  17110
JOB NAME: FARM SHOW ARENA

LEAD DTE: 12/27/01   SHIP ON : 06/30/02

CONTACT : B. SMITH

SEQ PART NBR.      QTY DESCRIPTION                     DISPOSITION
---------------------------------------------------------------------------
001 @              0  RL-135-3-0-FZ0Q-344:             --no-ENG
                      A000B00KB2CF0D00A00J000GB00000X
002 @              9  RL-230-3-0-OF08-354:             EEfrnE 04/01/02 by CCOX-EN
                      BGBE00DKELCF0DACB00J000GR00OA0X
003 @FREIGHT       1                                   --no-ENG
004 @REP 780       1                                   --no-ENG
```

**Sales and Engineering text lines for entire order**

```
----------------SALES HEADER INFO------
NOTE ON JOB SAYS "HOLD FOR
APPROVAL" (WRITTEN BY JIM
PARRO)
REVISED OPTION #15 FROM [0] TO
[A] PER J. PARRO 1/4/02 DS
3/5 PER BRETT S.-SHIP APPROX.
6/30.  JL
PER BUCK NYE SHIP UNITS END OF
JUNE IF POSSIBLE!!
----------------ENG HEADER INFO------
----------------SALES LINE ITEM # 001-----
1] 38000 CFM @ 1.5 ESP
2] SUPPLY FAN BACK DRAFT
DAMPER
3] SPA #101255
4] TAG #1
----------------SALES LINE ITEM # 002-----
1] 42500 CFM @ 2.25 ESP
2] SUPPLY FAN BACK DRAFT
DAMPER
3] RA FAN PITCH 40"
4] TAG #1 THRU 9
5] SPA #101255
6] 8 ROW DX COILS
7] (4) COPELAND SCREW
COMPRESSORS
8] STAINLESS STEEL CONDENSER
FAN MOTOR SHAFT
9] 14 GA. BASE SHEETS
10] BURGLAR BARS ON 3" CENTERS
11] FACTORY INSTALL CUSTOMER
PROVIDED CONTROLS
12] MAKE-UP WATER BACKFLOW
PREVENTER
```

H 001908

3. 26. 2002 10:53AM    JACCO & ASSOCIATES                    NO. 9062    P. 7

# AAON, Inc.                                    Worksheet

2426 South Yukon Ave - Tulsa, OKlahoma 74107-2728 - Ph. (918) 583-2266 Fax (918) 583-6094

AAONEcat33 Ver. 4.08 Beta

RL - 0 7 5 - 8 - 0 - 0B 0 4 - 0 0 0 : BCBD - DAF - EAE - 0 0 0 - G 0 0B 0 0 0 - 0 0 - 0 0 0 0 0 0 0 0B
Tag: RTU#1

| Job Name: | HARRISON HILLS | Worksheet For: | Jacco Associates |
| Job Number: | Job #1 | Worksheet Date: | February 26, 2002 |

| | Base Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|
| R | Series | Roof Top Unit | | | |
| L | Generation | Eighth Generation | | | |
| 075 | Size | Seventy Five | | | |
| 8 | Voltage | 208V3Ø/60Hz | | | |
| 0 | Interior Protection | Standard | | | |
| 0 | Cooling Style | Blow Thru - R22 Dual Circuited Compressors | | | |
| B | Cooling Configuration | Air Cooled Cond w/ 8R Coil High CFM | | | |
| 0 | Cooling Coating | Std | | | |
| 4 | Cooling Stages | 4 Stage | | | |
| 0 | Heating Type | No Heat | | | |
| 0 | Heating Designation | No Heat | | | |
| 0 | Heating Stages | No Heat | | | |

| | Feature Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|
| B | 1A: Outside Air Options | Power Exhaust | | | |
| C | 1B: RA Blower Configuration | 1 Blower (Prem eff mtr) | | | |
| B | 1C: RA Blower | Blower B (42" Dia 9 Blade) | | | |
| D | 1D: RA Motor | 3.0 hp (1170 rpm) | | | |
| D | 2. Outside Air Controls | Full Mod Enthalpy Econ | | | |
| A | 3. Discharge Location | Front Discharge | | | |
| F | 4. Return Location | Front Return High CFM (w/ ers or pwr ex) | | | |
| E | 5A: SA Blower Configuration | 2 Blower w/(Prem eff mtr) | | | |
| A | 5B: SA Blower | Blower A (27" Diameter) | | | |
| E | 5C: SA Motor | 5.0 hp (1170 rpm) | | | |
| 0 | 6A: Pre-Filter | 2" Pleated | | | |
| 0 | 6B: Final Filter | Std | | | |
| 0 | 6C: Filter Options | Std | | | |
| G | 7. Refrigeration Controls | 5 MTDR On & Off - 115V Outlet Factory Wired | | | |
| 0 | 8. Refrigeration Options | Std | | | |
| 0 | 9. Refrigeration Accessories | Std | | | |
| B | 10. Power Options | 400 Amps Power Switch | | | |
| 0 | 11. Safety options | Std | | | |
| 0 | 12. Controls | Std | | | |
| 0 | 13. Special Controls | Std | | | |
| 0 | 14A: Pre-Heat Configuration | Std (No Preheat) | | | |
| 0 | 14B: Pre-Heat Sizing | Std (No Preheat) | | | |
| 0 | 15. Option Boxes | Std | | | |
| 0 | 16. Cabinet Options | Std | | | |
| 0 | 17. Cabinet Options | Std | | | |
| 0 | 18. Customer Code | Std | | | |
| 0 | 19. Code Options | Std RTL USA Listing | | | |
| 0 | 20. Unit Splits | Std (One Piece Unit) | | | |
| 0 | 21. Evap & Water Condenser | Std (No Evap or Water Condenser) | | | |
| 0 | 22. Blank | Std | | | |
| B | 23. Type | Std (Includes 'Gray Paint') | | | |
| | | Subtotal | | | |
| | | Quantity | | | |
| | | Total | | | |

H 001909



H 001910



H 001911

# Custom Penthouse

## 200 – 410 Tons
## Cooling-only VAV configurations



## Selection Guide

H 001912

# Look into a Mammoth Custom Penthouse for flexibility, efficiency, and reliability



For your next HVAC design, take advantage of lower first costs, shorter construction cycles and time-proven performance. Enjoy complete system flexibility, without the design, procurement and labor costs normally associated with field-built systems.

### Specify a Mammoth Custom Penthouse

Mammoth has engineered the Custom Penthouse to meet the conditioning needs of office buildings, retail establishments and warehouse/industrial facilities with cooling requirements from 200 to 600 tons.

The following data provides an overview of Custom Penthouse configurations and performance characteristics available for variable air volume (VAV), cooling-only applications. If your project requires additional capacity or mechanical equipment, the Custom Penthouse can be engineered to satisfy those requisites. After all, the number of possible options ends only when you are satisfied.









H 001913

3

# Custom Penthouse standard features

- Evaporative condenser with staging/unloading capability
- York semi-hermetic reciprocating compressors
- Supply and return fan staging
- DX cooling and fan redundancy
- Custom exterior color (air dry)
- Walk-in service vestibule
- Full interior service lighting
- Factory-wired 15-amp GFI convenience outlet
- Remote unit status monitoring panel
- Vari-Cone® air modulator
- Four-inch 30% efficiency filters
- Low-leakage outside/return air dampers
- Full economizer control
- Water treatment interface for condenser
- Single point main and temperature control
- Factory certified start-up
- ETL labeled



# Optional features

- Screw compressors
- Factory fabricated, field installed curbing
- Direct digital control (DDC) interface or complete DDC unit controls
- Acoustical inner liner panels
- Access stairways
- Custom-sized DX coils and supply air openings (requires factory confirmation)
- Fire and smoke sequence of operation
- Custom remote control panel
- Factory-certified final field piping/ electrical connections

This is just a sampling of options available for the Mammoth Custom Penthouse. For more information, consult your Mammoth Representative.

H 001914

## UNIT PHYSICAL AND NOMINAL PERFORMANCE DATA

| MODEL | Propeller Exhaust | | | | | | Power Return | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2102 | 2602 | 3002 | 3502 | 4203 | 4403 | 2102 | 2602 | 3002 | 3502 | 4203 | 4403 |
| Condenser KW | 164.7 | 199.8 | 225.0 | 275.5 | 315.0 | 340.4 | 164.7 | 199.8 | 225.0 | 275.5 | 315.0 | 340.4 |
| Unit Total Full Load Amps (460/3/60) | 427.0 | 555.2 | 591.6 | 777.8 | 856.0 | 890.0 | 474.0 | 579.2 | 627.8 | 803.8 | 892.0 | 944.0 |
| DX Cooling Capacity MBH/Tons  Total | 2400/200 | 2940/245 | 3300/275 | 3960/330 | 4560/380 | 4920/410 | 2400/200 | 2940/245 | 3300/275 | 3960/330 | 4560/380 | 4920/410 |
| Sensible | 1825/152 | 2215/184 | 2485/207 | 2985/248 | 3405/283 | 3740/311 | 1825/152 | 2215/184 | 2485/207 | 2985/248 | 3405/283 | 3740/311 |
| DX Coil  Rows/Fins per Inch | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 |
| Square Feet | 132 | 157 | 177 | 211 | 241 | 271 | 132 | 157 | 177 | 211 | 241 | 271 |
| Main Supply Fan Data  Supply Air CFM | 76,000 | 93,100 | 104,500 | 125,400 | 144,400 | 155,800 | 76,000 | 93,100 | 104,500 | 125,400 | 144,400 | 155,800 |
| Supply Air TSP (WC) | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| Supply Air Brake HP/Actual HP | 112/120 | 128/160 | 148/160 | 171/240 | 204/240 | 222/240 | 112/120 | 128/160 | 148/160 | 171/240 | 204/240 | 222/240 |
| Power Return Air/Exhaust Air Fan Data  Return Air CFM | N/A | N/A | N/A | N/A | N/A | N/A | 68,400 | 83,700 | 94,000 | 112,800 | 129,000 | 140,200 |
| Return Air ESP (WC) | N/A | N/A | N/A | N/A | N/A | N/A | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| Return Air Brake HP/Actual HP | N/A | N/A | N/A | N/A | N/A | N/A | 68/60 | 45/50 | 55/60 | 57/60 | 72/75 | 83/90 |
| Prop Exhaust Fan Data  Exhaust Air CFM | 68,400 | 83,700 | 94,000 | 112,800 | 129,000 | 140,200 | N/A | N/A | N/A | N/A | N/A | N/A |
| Exhaust Air ESP (WC) | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | N/A | N/A | N/A | N/A | N/A | N/A |
| Actual HP | 22.5 | 30.0 | 30.0 | 37.5 | 45.0 | 45.0 | N/A | N/A | N/A | N/A | N/A | N/A |
| Filters (4") 35% Eff. – Square Feet | 167.0 | 208.0 | 208.0 | 267.0 | 267.0 | 333.0 | 167.0 | 208.0 | 208.0 | 267.0 | 267.0 | 333.0 |
| Louver/Damper Data  Outside Air Louver Sq. Ft. | 104.0 | 184.0 | 184.0 | 184.0 | 184.0 | 184.0 | 104.0 | 184.0 | 184.0 | 184.0 | 184.0 | 184.0 |
| Outside Air Motorized Damper Sq. Ft. | 68.0 | 93.0 | 93.0 | 160.0 | 160.0 | 160.0 | 68.0 | 93.0 | 93.0 | 160.0 | 160.0 | 160.0 |
| Return Air Motorized Damper Sq. Ft. | 86.0 | 103.0 | 103.0 | 163.0 | 163.0 | 163.0 | 86.0 | 103.0 | 103.0 | 163.0 | 163.0 | 163.0 |
| Exhaust Air Non-Motorized Damper Sq. Ft. | 52.0 | 69.0 | 69.0 | 86.0 | 104.0 | 104.0 | 68.0 | 75.0 | 75.0 | 101.0 | 101.0 | 101.0 |
| Size - Length x Width | 30'x25' | 37½'x30 | 37½'x30 | 37½'x45 | 37½'x45 | 37½'x45 | 30'x25' | 37½'x30 | 37½'x30 | 37½'x45 | 37½'x45 | 37½'x45 |
| Operating Weight (lbs) | 43,967 | 59,352 | 59,680 | 80,216 | 83,208 | 84,057 | 44,924 | 60,405 | 61,039 | 81,935 | 84,742 | 85,591 |

### DESIGN CRITERIA

1) All data measured at sea level.
2) Cooling loads based on 80°/67°F entering air temperature to DX cooling coil.
3) DX cooling capacity based on DX saturated suction temperature of 45°F and 78°F entering wet bulb design temperature.
4) All data based upon a Custom Penthouse unit height of 10 feet 4 inches only.
5) For smaller/larger capacity units, please consult your Mammoth representative.

**H 001915**

5

REFERENCE

Propeller Exhaust –
Model 2102

# Mammoth®



ELEVATION C



ELEVATION D



ELEVATION A

| ITEM | DESCRIPTION |
|------|-------------|
| 1 | Sump access |
| 2 | 10" x 10" Supply and drain water chase |
| 3 | Condenser fans |
| 4 | Fluorescent lights |
| 5 | Compressors |
| 6 | Control box |
| 7 | 6" x 12" Electrical chase |
| 8 | Evaporator coils |
| 9 | Outside air louvers |
| 10 | Bar grate |
| 11 | 4" filters |
| 12 | Main supply fans |
| 13 | Prop exhaust fans |
| 14 | Return opening |
| 15 | Exhaust louvers |
| 16 | Incandescent vapor proof lights |
| 17 | Outside air dampers |
| 18 | Return air dampers |
| 19 | Supply opening |
| 20 | Sump intake |



ELEVATION A



ELEVATION B

6

H 001916



**REFERENCE**

Propeller Exhaust —
Model 2602
Model 3002

**Mammoth**

| ITEM | DESCRIPTION |
|------|-------------|
| 1 | Sump access |
| 2 | 10" x 10" Supply and drain water chase |
| 3 | Condenser fans |
| 4 | Supply opening |
| 5 | Compressors |
| 6 | Control box |
| 7 | 6" x 12" Electrical chase |
| 8 | Fluorescent lights |
| 9 | Evaporator coils |
| 10 | Bar grate |
| 11 | 4" filters |
| 12 | Outside air louvers |
| 13 | Outside air dampers |
| 14 | Return air dampers |
| 15 | Supply fans |
| 16 | Return opening |
| 17 | Prop exhaust fans |
| 18 | Exhaust louvers |
| 19 | Incandescent vapor proof lights |
| 20 | Sump intake |



REFERENCE
Propeller Exhaust –
Model 3502
Model 4203
Model 4403

**Mammoth**

| ITEM | DESCRIPTION |
|---|---|
| 1 | 6"x12" Electrical chase |
| 2 | Control box |
| 3 | Sump access |
| 4 | Condenser fans |
| 5 | 10"x10" Supply and drain water chase |
| 6 | Compressors |
| 7 | Evaporator coils |
| 8 | 4" Filters |
| 9 | Supply fans |
| 10 | Prop exhaust fans |
| 11 | Outside air louvers |
| 12 | Fluorescent lights |
| 13 | Return air dampers |
| 14 | Bar grate |
| 15 | Exhaust louvers |
| 16 | Supply opening |
| 17 | Return opening |
| 18 | Incandescent vapor proof lights |
| 19 | Outside air dampers |
| 20 | Sump intake |

H 001918



REFERENCE

Power Return –
Model 2102

**Mammoth**®

ELEVATION C

ELEVATION D

ELEVATION B

ELEVATION A

ELEVATION B

| ITEM | DESCRIPTION |
|---|---|
| 1 | Sump access |
| 2 | 10" x 10" Supply and drain water chase |
| 3 | Condenser fans |
| 4 | Fluorescent lights |
| 5 | Compressors |
| 6 | Control box |
| 7 | 6" x 12" Electrical chase |
| 8 | Evaporator coils |
| 9 | Outside air louvers |
| 10 | Bar grate |
| 11 | 4" filters |
| 12 | Supply fans |
| 13 | Power return fans |
| 14 | Return opening |
| 15 | Relief panel |
| 16 | Incandescent vapor proof lights |
| 17 | Outside air dampers |
| 18 | Return air dampers |
| 19 | Supply opening |
| 20 | Sump intake |

H 001919

9



REFERENCE

Power Return —
Model 2602
Model 3002

**Mammoth**

| ITEM | DESCRIPTION |
|------|-------------|
| 1 | Sump access |
| 2 | 10" x 10" Supply and drain water chase |
| 3 | Condenser fans |
| 4 | Supply opening |
| 5 | Compressors |
| 6 | Control box |
| 7 | 6" x 12" Electrical chase |
| 8 | Fluorescent lights |
| 9 | Evaporator coils |
| 10 | Bar grate |
| 11 | 4" filters |
| 12 | Outside air louvers |
| 13 | Outside air dampers |
| 14 | Return air dampers |
| 15 | Supply fans |
| 16 | Return opening |
| 17 | Power return fans |
| 18 | Relief panel |
| 19 | Incandescent vapor proof lights |
| 20 | Sump intake |

H 001920



REFERENCE

Power Return
Model 3502
Model 4203
Model 4403

**Mammoth**

ELEVATION A

ELEVATION D

ELEVATION D

ELEVATION B

ELEVATION C

ELEVATION A

ELEVATION B

ELEVATION C

| ITEM | DESCRIPTION |
|------|-------------|
| 1 | 6" x 12" Electrical chase |
| 2 | Control box |
| 3 | Sump access |
| 4 | Condenser fans |
| 5 | 10" x 10" Supply and drain water chase |
| 6 | Compressors |
| 7 | Evaporator coils |
| 8 | 4" Filters |
| 9 | Supply fans |
| 10 | Power return fans |
| 11 | Outside air louvers |
| 12 | Fluorescent lights |
| 13 | Return air dampers |
| 14 | Bar grate |
| 15 | Relief panel |
| 16 | Supply opening |
| 17 | Return opening |
| 18 | Incandescent vapor proof lights |
| 19 | Outside air dampers |
| 20 | Sump intake |

H 001921



# UNIT SPECIFICATIONS

The Penthouse unit shall be Mammoth Custom Penthouse unit of the type, size, and capacity as required and listed in the equipment schedule. Each unit shall include the pre-assembled components in accordance with the following detailed specifications.

## Construction

### Cabinet

Each Penthouse unit shall be fabricated in one (1) or more sections ready for field installation. Each section shall be fabricated with a structural steel base reinforced and braced to permit the shipping and general handling of the completed section without damage to the section or internal components. The section base shall be fabricated with an 8-inch, 11.5 lb. per foot, structural member perimeter and 14-gauge formed structural cross members at 30" centers maximum. Additional cross members or reinforcements shall be placed at critical locations to support internal components. The base section shall have a floor of 14-gauge galvanized steel, insulated with 4-inch, 1½ lb. density fiberglass insulation and a 1/2" blanket type, dual-density construction. Insulation providing acoustical sound absorption capabilities. The insulation shall be retained on the underside by hardware cloth. Lifting points for the section shall be part of the section base.

The section exterior wall structure shall be fabricated of formed 11 and 14-gauge members. The exterior siding shall be 22-gauge pre-painted galvanized steel fabricated and assembled to provide an embossed exterior surface. The wall shall be insulated with 4-inch, 1½ lb. fiberglass insulation for minimum "R" value of 16.3. The interior surface of the wall shall form the air seal and shall be fabricated from 20-gauge galvanized steel. No exposed insulation shall be permitted in the air stream. Foil back or rigid board exposed stick-on insulation will not be permitted.

The top frame structure shall be fabricated of 11- and 14-gauge steel. The interior surface shall form the air seal and shall be fabricated from 20-gauge galvanized steel. The roof shall be insulated with 4-inch, 1½ lb. density fiberglass for minimum "R" value of 16.3. The roof exterior shall be constructed of 18"-wide roll-formed panel, of 24-gauge galvalume material with 2¼" standing seams. The roof shall be sloped a minimum of 2".

Sections shall be designed to be joined together by bolting through mating frame structure. The section frame shall be completely prime painted after fabrication to prevent rusting.

### Service Vestibule

Each unit shall be provided with a full-height, internal walk-in service corridor. A double-wall insulated partition shall be used to separate the airflow equipment from the service corridor. The partition shall be fabricated with a 2" structural frame of 14-gauge galvanized steel, 20-gauge galvanized steel skins, and insulated with 2-inch, 1½ lb. fiberglass insulation. The service corridor floor shall be constructed of 12-gauge treadplate.

### Doors

The external access door(s), and service corridor access door(s) shall be fabricated with an outer skin of 18-gauge galvanized steel, an inner skin of 20-gauge galvanized steel and insulated with 2-inch, 1½ lb. fiberglass insulation. The door shall have a continuous hinge mounted to a 12-gauge door frame. A continuous vinyl bulb gasket shall seal between the door and frame. The access door(s) shall be secured with latches which are operable from both sides. External vestibule access door(s) shall be 36" x 75¾". Other access door(s) shall be 24" x 75¾". Internal access door(s) serving the airstream shall be provided with 6" x 6" sight ports.

## DX Cooling

### Compressors

The compressors shall be of the semi-hermetic, reciprocating type, operating at no more than 1750 RPM, refrigerant gas-cooled, with three-phase inherent overload protection, with voltage available at 460-480 Volts, and "UL" listed.

Lubrication is force-fed by a self-priming reversible, gear-type oil pump to all crankcase surfaces through a fine mesh stainless steel oil strainer, with relief internal to housing conforming to ASHRAE/ANSI Code. A 350-Watt crankcase oil heater shall be supplied to maintain oil temperature during shutdown periods. Tight-seating suction and discharge stop valves are seal cap-type with pressure taps and sweat-type flanged adapters.

Capacity-reduction is accomplished by an oil pressure-actuated cylinder unloading solenoid valve located on compressor crankcase cover plate. Solenoids are controlled by Mammoth factory controls with all compressors capable of four steps of capacity control.

Compressors are tested at 330 PSI with the discharge side further tested to 450 PSI and charged with oil and R-22 to assure a sealed and dry system before final field connections are made.



### Evaporative Condenser

The evaporative condenser coils shall have all prime surface staggered copper tubes, copper headers, and ABS tube sheets to allow for expansion and contraction while avoiding galvanic corrosion. A subcooler integral to the condenser coil shall provide a minimum of 10° F. liquid subcooling. The coils shall be factory leak tested at 400 PSIG nitrogen under water.

The sump shall be constructed of welded 14-gauge type 304L stainless steel below water level and 20-gauge type 430 stainless steel above water line. The sump shall be equipped with a non-mechanical electronic water level control with a brass solenoid valve in the fill line for positive shutoff. A manual 2" brass drain valve, and electric pipe heating cable shall be provided.

The water circulating pump shall be a close coupled, bronze fitted centrifugal type with mechanical seal. Pump suction and discharge lines shall have flexible connections. A type 304 stainless steel pump suction strainer shall be provided which is easily removed for cleaning. The spray header shall be PVC with non-clogging brass spray nozzles, which thoroughly wet all coil surfaces to give maximum heat transfer and minimum scaling. An automatic, factory-set, field-adjustable sump water bleed shall be provided. Units shall be factory piped and tested, ready for 1¼" supply water and 2" drain line hookup.

12


H 001922

## Evaporator

The direct expansion evaporator coils shall be fabricated from staggered 1/2" O.D. x .017 wall seamless copper tubing expanded into plate-type aluminum fins to form a positive mechanical and thermal bond. The fins shall have full drawn collars to completely cover the copper tubes. They shall be factory leak tested at a minimum of 400 PSIG under water. Evaporator coils shall be provided with thermostatic expansion valves equipped with external equalizer lines and adjustable for superheat. Refrigerant shall be fed to the coil circuits by brass distributors.

Each evaporator coil shall be provided with a drain pan which shall be fabricated of galvanized sheet steel and coated with corrosion resistant mastic material, which shall be fire resistant (shall meet wet flammability per ASTM D93-73 and dry flammability per ASTM E84-70), provide vibration dampening and thermal insulation. The drain pan(s) shall extend beyond the leaving side of the coil and underneath the cooling coil connections and shall have a common threaded condensate drain connection extending through the unit base frame.

## Refrigerant Circuits

The refrigerant circuits shall be multiple independent circuits which shall be factory piped, tested, dehydrated and fully charged with oil and refrigerant R-22 (holding charge only). Field connections are required between sections. Each refrigerant circuit shall include liquid line service and charging valves, removable core filter drier, sight glass, liquid line solenoid valve, suction and discharge line check valves and compressor service valves.

## Supply Air Fans

### Airfoil Fans

The fan wheels shall be multiple airfoil, single width/single inlet-SAS type, secured to a machined, ground and polished solid steel shaft. The shaft shall be coated with a rust inhibitor and shall be supported by two outboard bearings. The fan assembly shall be dynamically balanced. Bearings shall be of the self-aligning ball bearing pillow block type and shall be designed for a minimum of 200,000 hours average life. Drive shall be by means of multiple V-belts. Motor and fan assembly shall be mounted on a heavy-duty steel frame supported by springs with 1-inch deflection (2-inch deflection available).

### Variable Air Volume – Varicone®

The unit shall be capable of delivering a variable air volume by means of a conical spun-steel disk which slides through each fan inlet cone to modulate air flow from 100% open to a tight shut off. The disk is mounted on a rigid stainless steel sleeve with graphite impregnated bearings between it and the fan wheel shaft. Neither the sleeve assembly nor the control disk rotate. Position control is attained by the use of a non-binding ball-and-screw activator.

## Outside And Return Air Dampers

Dampers are mounted within a 14-gauge galvanized die-formed channel. The construction of the airfoil shaped blade is of extruded aluminum double wall, with a 1/2 inch, 16-gauge plated square tube axle, keyed into the 12-gauge screw compression pivot arms. Cross linkage rails are fabricated from

12-gauge galvanized 1¼ x ¼ inch angle. Pivot bearings 3/4 x 3/16 inch plated steel. The axle bushings shall be injected molded from delrin. All blade edges are extruded with inflatable lip, fully operational in ambient conditions ranging from -50° F to 275° F. The leakage rate shall be 1.90 CFM at 1.0 (inches WC) to 5.2 CFM per each square foot of damper area at 4.0 (inches WC) static pressure across blade surface.

## Outside Air Intake Louvers

Outside air louvers shall be of a storm-proof design and shall be provided with 1/2" x 1/2" galvanized bird screen. A fully insulated divider shall be provided to separate outside air from return air.

## Power Return/Exhaust Fans

### Airfoil Fans

The fan wheels shall be multiple airfoil, single width/single inlet-SAS type secured to a machined, ground and polished solid steel shaft. The shaft shall be coated with a rust inhibitor and shall be supported by two outboard bearings. The fan assembly shall be dynamically balanced. Bearings shall be of the self-aligning ball bearing pillow block type and shall be designed for a minimum of 200,000 hours average life. Drive shall be by means of multiple V-belts. Motors shall be heavy-duty open drip-proof, three-phase, 1800 RPM, mounted on a heavy-duty sliding base. Motor and fan assembly shall be mounted on a heavy-duty steel frame supported by springs with 1-inch deflection (2-inch deflection available). Exhaust air discharge through a non-motorized, fully-insulated gravity relief panel.

## Propeller Exhaust Air

Propeller exhaust fans shall each have six die- formed blades welded to a steel hub assembly. Gussets which extend three-quarters of the blade length are welded to the blades to reinforce, strengthen and prevent twisting and loss of shape under load. Each fan shall be belt-drive. Shaft bearings are pillow block type. An exhaust air non-motorized backdraft damper shall be supplied with each fan.

## Filters

The units shall be provided with filters installed in a galvanized steel filter rack. The filters shall be 4-inch 30% efficiency (ASHRAE 52-76 Standards) throwaway type. The filters shall be provided with easy access for insertion and removal.

## Unit Main Disconnect Switch

The unit shall be furnished with a molded case switch (non-automatic circuit breaker) to disconnect the power supply. The design shall incorporate a switch handle to permit unit disconnect without opening the control panel doors.

13

## Main Control Panel

The main control panel shall have an access door for direct access to the controls. The panel shall be equivalent to NEMA type 3R (rainproof) and shall contain a single, externally operated, molded case switch (non-automatic circuit breaker) suitable for copper wire up to and including 3-inch conduit. Wire and conduit entrance shall be inside of unit curbing. The main control panel shall include the following:

1. A power terminal block.

2. A power transformer with 115-Volt secondary transformer and 115-Volt circuit breakers.

3. A 24-Volt control transformer and circuit breakers.

4. Necessary relays.

5. A 115-Volt terminal strip.

6. A 24-Volt terminal strip which shall contain wired terminals for all controls, numbered in accordance with the wiring diagram.

7. An isolated 24-Volt field wiring terminal strip.

8. An electric print pocket which in addition to the electric print shall contain a pre-startup form, a startup form and maintenance instructions.

The above components shall be in addition to electrical components associated with other sections, which shall be incorporated in the main control panel to facilitate maintenance and trouble-shooting. All components shall be identified with name tags and wired in accordance with National Electric Code.

## Temperature SST Controls, Variable Air Volume (VAV) Cooling

Each unit shall be furnished complete with all operational controls. All controls in the basic control package shall be factory installed and wired. The control system shall be a solid state integrated system consisting of a master control sequencer, a discharge air temperature sensor, and a 24-Volt control transformer. The discharge air sensor shall have a

platinum resistance-type element which shall sense average discharge air temperature and send a ramp signal to the master control sequencer. The master control sequencer shall accept the signal and initiate stages cooling in proper sequence to maintain a constant discharge air temperature. The master control sequencer shall provide a variable time delay between cooling stages to prevent compressor short cycling.

The economizer control system shall include a modulating spring return, outside air/return air damper actuators, and an enthalpy/sensible changeover control. The enthalpy/sensible changeover control shall determine the capability of the outdoor air to provide free cooling. On a call for cooling, the master control sequencer shall modulate the economizer damper actuators to maintain the discharge air temperature at the effective set point. If this does not meet the space demand, the discharge air sensor shall cause the master control sequencer to energize the required amount of mechanical cooling. The economizer cycle shall allow only enough outside air to maintain the discharge air conditions. If the ambient conditions rise above the enthalpy/sensible changeover control set point, the economizer shall return to the minimum outside air position. The economizer shall have a minimum position potentiometer mounted in the economizer damper actuator.

## Remote Status Panel

A remote light indication room panel shall be supplied with each unit. The remote panel shall be supplied complete with the following:

1. Fan-on light
2. Cooling-on light
3. High head pressure failure light
4. Low suction pressure failure light
5. Oil pressure failure light
6. Service (change out) filter light



H 001924

ES-3-CPH-292
©1992, Mammoth

Mammoth/A Nortek Company is committed to
a policy of continuous product improvements,
and thus reserves the right to change specifi-
cations and design without notice.

13210 County Rd 6   Minneapolis, MN 55441   (612) 559-2711
FAX: (612) 559-0608



H 001926

REDACTED

H 001928