# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HUNTAIR, INC. )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CLIMATECRAFT, INC. )<br>)<br>    Defendant. ) | Case No. 07 C 6890<br><br>The Honorable David H. Coar<br><br>Magistrate Judge Morton Denlow |

**[Proposed] STIPULATED REVISED SCHEDULING ORDER**

**1.    Discovery**

The following time limits and deadlines shall be applicable.

A.    All disclosures required by Rule 26(a)(1) shall be made on or before <u>February 15, 2008.</u> (completed)

B.    Any amendments to pleadings or actions to join other parties shall be filed on or before <u>April 30, 2008</u>. (completed)

C.    Claim Construction and Invalidity

    1.    The patent holder shall disclose asserted claims and infringement contentions by <u>March 15, 2008</u>. (completed)

    2.    The accused infringer shall disclose any invalidity contentions by <u>May 7, 2008</u>. (completed)

    3.    Both parties shall exchange their respective versions of proposed terms and claim elements for construction in the form of jury instructions by <u>May ~~22~~ 27, 2008</u>. (completed)

    4.    Both parties shall disclose any extrinsic evidence in support of their respective claim constructions by <u>June ~~13~~ 18, 2008</u>.  As to any experts so disclosed, a Rule 26(a)(2) report shall be includes as part of the disclosure.  Discovery as to extrinsic evidence shall be on an expedited basis.

    5.    Any modification to the proposed terms and claim elements for construction shall be ~~filed~~ served <u>June ~~20~~ 24, 2008</u> (*note, "filed" was changed to "served" to reflect counsel's understanding of the Court's intent.  If this is erroneous, counsel requests clarification*).

    6.    Both parties shall file their memoranda in support of their respective versions of claim construction along with any exhibits to be offered during the *Markman* hearing and a list of witnesses who will be called to testify at the hearing by <u>July 3, 2008</u>.

    7.    Both parties shall file any responsive memoranda in support of their respective versions of claim construction along with any additional exhibits to be offered during the *Markman* hearing by <u>July 18, 2008</u> (*note, this date was not entered in the Court's initial scheduling order, but it was discussed at the Scheduling Conference and the parties believe its omission was inadvertent*).

    8.    The Hearing on claim construction will be held on <u>August 19, 2008</u> at 10:00 a.m.  The parties are limited to one expert per side at the hearing.

D.    The cutoff of any other fact discovery is ~~July 31~~ <u>September 19, 2008</u>.

2

E. The parties shall disclose any expert testimony pursuant to Rule 26(a)(2) on or before ~~August~~ September 29, 2008.

F. The parties may depose the other side's expert at any time prior to ~~September 29~~ October 17, 2008.

G. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(C) at any time prior to October ~~16~~ 30, 2008.

H. The parties shall have until ~~October 30~~ November 14, 2008 to depose the opposing party's rebuttal expert.

**2.     Motions**

Any dispositive motions to be filed on or before ~~September 24~~ October 14, 2008.

**3.     Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before January 23, 2009.  (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on February 20, 2009 at 11:00 a.m.

**4.     Trial**

Trial is set in this matter on March 11, 2009 at 10:00 a.m.


Dated:  June ____, 2008

_____
Hon. David H. Coar
U.S. District Judge

3