# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., | ) Civil Action No. 07 C 6890 |
| Plaintiff, | ) The Honorable David H. Coar |
| v. | ) Magistrate Judge Morton Denlow |
| CLIMATECRAFT, INC., | ) |
| Defendant. | ) |

**NOTICE OF JOINT MOTION FOR ENTRY OF REVISED STIPULATED SCHEDULING ORDER**

To:   David T. Pritikin
      Richard T. McCaulley Jr.
      Stephanie P. Koh
      Nicole E. Kopinski
      SIDLEY AUSTIN LLP
      One South Dearborn Street
      Chicago, IL 60603
      (312) 853-7000
      dpritikin@sidley.com
      rmccaulley@sidley.com
      skoh@sidley.com
      nkopinski@sidley.com

      and

      Carrie W. Cotter
      SIDLEY AUSTIN LLP
      555 California Street, Suite 2000
      San Francisco, CA 94104
      (415) 772-1200
      ccotter@sidley.com

2

PLEASE TAKE NOTICE that on Thursday, June 19, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Hon. David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying **JOINT MOTION FOR ENTRY OF STIPULATED REVISED SCHEDULING ORDER,** which is hereby served upon you.

Respectfully submitted,

Dated: June 16, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com

and

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
ccotter@sidley.com

this 16th day of June, 2008.

　　　　/s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*