UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07 C 6890 ) ) Honorable David H. Coar |
| CLIMATECRAFT, INC. | ) ) |
| Defendant. | ) |

**PLAINTIFF HUNTAIR, INC.'S AMENDED PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION IN THE FORM OF JURY INSTRUCTIONS**

Pursuant to the Court's Scheduling Order entered in this matter, Plaintiff hereby submits its amended proposed terms and claim elements for construction in the form of jury instructions.

In deciding whether or not the ClimateCraft products infringe the claims of the patent, you must first understand the meaning of the words in the claims. It is my job as Judge to determine what certain terms in the claims mean and to instruct you about their meaning. These definitions are to be used when determining whether the claims are infringed and whether or not the claim is valid.

The meaning of many of the terms in the claim is not in dispute, and you should give those words and phrases their ordinary English language meaning.

I. **U.S. PATENT NO. 7,179,046**

1. The term "fan array" means "multiple fan units arranged in a grid, a spaced pattern, a checkerboard, rows slightly offset, columns slightly offset, or a staggered array configuration."

2.     The term "efficiency" means "the ratio of power delivered by the fans to the electrical power consumed by the fans."

3.     The term "air handling compartment" means "the inlet plenum, fan section and discharge plenum."

4.     The term "a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units" means "operating the fan units at nearly peak efficiency by strategically turning on and off selective ones of the fan units by using a manual or automatic control."

5.     The term "a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency" means "operating the fan units at speeds achieving nearly peak efficiency by using a manual or automatic control."

6.     The term "backdraft dampener" means "apparatus that at least partially blocks airflow through a fan unit when the fan unit is turned off."

## II.     U.S. PATENT NO. 7,137,775

1.     The term "fan array" means "multiple fan units arranged in a grid, a spaced pattern, a checkerboard, rows slightly offset, columns slightly offset, or a staggered array configuration."

2.     The term "efficiency" means "the ratio of power delivered by the fans to the electrical power consumed by the fans."

3.     The term "air handling compartment" means "the inlet plenum, fan section and discharge plenum."

4.     The term "array controller for controlling said at least six fan units to run at substantially peak efficiency by strategically turning selective ones of said at least six fan units on and off" means "an automatic system that operates the at least six fan units at nearly peak efficiency by strategically turning on and off selective ones of the fan units."

5.     The term "backdraft dampener" means "apparatus that at least partially blocks airflow through a fan unit when the fan unit is turned off."

Huntair reserves the right to offer proposed jury instructions and contentions to the Court regarding any additional terms that ClimateCraft offers for construction that ClimateCraft did not include in its initial contentions or in its expert report.

Respectfully submitted,

Dated:  June 20, 2008                    By:  /s/ Nicole E. Kopinski
    David T. Pritikin
    Richard T. McCaulley Jr.
    Stephanie P. Koh
    Nicole E. Kopinski
    Benedict F. Frey
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603
    Telephone:       (312) 853-7000
    Facsimile:        (312) 853-7036
    dpritikin@sidley.com
    rmccaulley@sidley.com
    skoh@sidley.com
    nkopinski@sidley.com
    bfrey@sidley.com

    Carrie W. Cotter
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA 94104
    Telephone        (415) 772-1200
    Facsimile         (415) 772-7400
    ccotter@sidley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2008, a true and correct copy of the foregoing document, PLAINTIFF HUNTAIR, INC.'S AMENDED PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION IN THE FORM OF JURY INSTRUCTIONS, was served by ECF upon:

> Charles C. Kinne
> KINNE IP GROUP
> 1240 Iroquois Avenue
> Suite 204
> Naperville, IL  60563
> Telephone:    (630) 904-0940
> Facsimile:    (888) 887-7158
> ckinne@kinnelaw.com
>
> *Attorney for Defendant ClimateCraft, Inc.*

      /s/ Nicole E. Kopinski
     Nicole E. Kopinski

CH1 4313901v.1