UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Huntair, Inc.
       Plaintiff,

v.                Case No.: 1:07−cv−06890
                  Honorable David H. Coar

Climatecraft, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

  MINUTE entry before the Honorable David H. Coar:Motion hearing held on 5/30/2008 regarding #39. For the reasons stated on the record Huntair, Inc's Motion [39] to strike Climate Craft, Inc.'s fourth affirmative defense and to dismiss Climatecraft, Inc's third counterclaim is denied, accompanying Memorandum [44] in opposition is hereby incorporated into the affirmative defense and third counterclaim. Parties need not file further pleadings in reference to this issue.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.