**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## CLIMATECRAFT, INC.'S MOTION FOR LEAVE *INSTANTER* TO FILE AN OVERSIZE OPENING BRIEF ON CLAIM CONSTRUCTION

Defendant and Counterclaimant, ClimateCraft, Inc. ("ClimateCraft"), submits this Motion for Leave *Instanter* to File an Oversize Opening Brief on Claim Construction. Plaintiff and Counterclaim-Defendant, Huntair, Inc. ("Huntair"), has indicated it will oppose this motion.

ClimateCraft seeks this relief for the following reasons:

- There are two patents in suit. While they share a common specification, their prosecution histories are somewhat involved;
- the technology involved is complex, particularly as the physics of air flow and the science of fan efficiency interrelate;
- ClimateCraft has asserted that each of the claims is indefinite under 35 U.S.C. § 112 ¶ 2, and set forth the reasons why the Court should enter judgment of invalidity now;
- ClimateCraft believes that a full explanation of the bases for its position will better serve the Court and is in the interests of judicial economy; and

2

- submission of an oversized brief will not unduly prejudice Huntair.

The brief as submitted herewith is approximately 30 pages long.  ClimateCraft urges that this Motion be granted.

Respectfully submitted,

Dated: July 3, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CLIMATECRAFT, INC.'S MOTION FOR LEAVE *INSTANTER* TO FILE AN OVERSIZE OPENING BRIEF ON CLAIM CONSTRUCTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

and

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
ccotter@sidley.com

this 3rd day of July, 2008.

/s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*