# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## CLIMATECRAFT, INC.'S NOTICE OF MOTION

To:   David T. Pritikin
      Richard T. McCaulley Jr.
      Stephanie P. Koh
      Nicole E. Kopinski
      Benedict F. Frey
      SIDLEY AUSTIN LLP
      One South Dearborn Street
      Chicago, IL 60603
      (312) 853-7000
      dpritikin@sidley.com
      rmccaulley@sidley.com
      skoh@sidley.com
      nkopinski@sidley.com
      bfrey@sidley.com

      and

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
ccotter@sidley.com

PLEASE TAKE NOTICE that on Wednesday, July 9, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **CLIMATECRAFT'S MOTION FOR LEAVE *INSTANTER* TO FILE AN OVERSIZE OPENING BRIEF ON CLAIM CONSTRUCTION,** which is hereby served upon you.

                                        Respectfully submitted,

Dated: July 3, 2008

                                        /s/ Charles C. Kinne
                                        Charles C. Kinne
                                        KINNE IP GROUP
                                        1240 Iroquois Avenue, Suite 204
                                        Naperville, Illinois 60563
                                        Telephone: 630.904.0940
                                        Facsimile: 888.887.7158
                                        ckinne@kinnelaw.com

                                        *Attorney for ClimateCraft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

and

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
ccotter@sidley.com

this 3rd day of July, 2008.

    /s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*