# Exhibit 3

Case 1:07-cv-06890  Document 55-4  Filed 07/03/2008  Page 1 of 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HUNTAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | The Honorable David H. Coar |
| | ) | |
| CLIMATECRAFT, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | Magistrate Judge Morton Denlow |
| v. | ) | |
| | ) | |
| HUNTAIR, INC., | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

# CLIMATECRAFT, INC.'S LIST OF WITNESSES AND EXHIBITS TO BE OFFERED ON CLAIM CONSTRUCTION

Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

## WITNESS LIST

1. James Rice, Ph.D.

### EXHIBIT LIST

# Volume I

| Exh. 1 | U.S. Patent No. 7,137,775 |
|---|---|
| Exh. 2 | U.S. Patent No. 7,179,046 |
| Exh. 3 | List of ClimateCraft Witnesses and Exhibits to be Offered at Hearing |
| Exh. 4 | List of Independent Claims with Terms to be Construed Highlighted |
| Exh. 5 | ClimateCraft Claim Terms to be Construed (July 3, 2008) |
| Exh. 6 | Chart Comparing the Parties' Contentions regarding Claim Terms |
| Exh. 7 | Declaration of James Rice, Ph.D. (ClimateCraft Expert) |
| Exh. 8 | Laboratory Methods for Testing Fans for Aerodynamic Performance Rating, ANSI/ASHRAE 51-1999, December 2, 1999 |
| Exh. 9 | "Understanding Fan Curves," Twin City Fan Companies, Publ. ED-2000 |
| Exh. 10 | "The Basics of Fan Performance Tables, Fan Curves, System Resistance Curves, and Fan Laws. Greenheck Fan Corp. |
| Exh. 11 | "Fan Performance Characteristics of Centrifugal Fans," Twin City Fan Companies, Ltd., Publication ED-2400 |
| Exh. 12 | IEEE Dictionary Definition "Control System," 1996 |
| Exh. 13 | Protest (Refused by PTO) from attorney Molly McKay |
| Exh. 14 | Huntair Proposed Terms for Construction (May 27, 2008) |
| Exh. 15 | ClimateCraft Proposed Terms for Construction (May 27, 2008) |
| Exh. 16 | Huntair Proposed Terms for Construction (June 20, 2008) |
| Exh. 17 | ClimateCraft Proposed Terms for Construction (June 20, 2008) |
| Exh. 18 | Huntair's Responses to ClimateCraft's Interrogatories |
| Exh. 19 | Huntair's Initial Infringement Contentions |
| Exh. 20 | Report of Albert Karvelis, Ph.D. (Huntair) |
| Exh. 21 | Attachment to Report of Albert Karvelis |

# Volume II

| Exh. 22 | U.S. Provisional Patent Appl. Ser. No. 60/456,413, filed Mar. 20, 2003 |
|---|---|
| Exh. 23 | U.S. Provisional Patent Appl. Ser. No. 60/554,702, filed Mar. 20, 2004 |
| Exh. 24 | PCT Patent Appl. Serial No. PCT/US2004/008578, filed Mar. 19, 2004 |
| Exh. 25 | Originally Patent Application filed Mar. 22, 2004 (from '775 File History) |
| Exh. 26 | Office Action dated Sep. 15, 2004 (from '775 File History) |
| Exh. 27 | Simon, U.S. Patent No. 4,767,262 |
| Exh. 28 | Amendment dated Mar. 14, 2005 (from '775 File History) |
| Exh. 29 | Amendment dated June 14, 2005 (from '775 File History) |
| Exh. 30 | Originally Patent Application filed June 15, 2005 (from '046 File History) |
| Exh. 31 | Office Action dated Mar. 8, 2006 (from '046 File History) |
| Exh. 32 | Ray, U.S. Patent No. 5,701,750 |
| Exh. 33 | Niedhardt, U.S. Patent No. 4,021,213 |
| Exh. 34 | Krofchalk, U.S. Patent No. 5,370,576 |
| Exh. 35 | Amendment dated Sep. 8, 2006 (from '046 File History) |

# Volume III

| Exh. 36 | Prosecution History of U.S. Patent No. 7,137,775 (CL Numbered Pages) |
|---|---|

# Volume IV

| Exh. 37 | Prosecution History of U.S. Patent No. 7,179,046 (CL Numbered Pages) |
|---|---|