Exhibit 4

## Independent Claims of U.S. Patent No. 7,137,775

1.     A *fan array* fan section in an air-handling system comprising:

(a) at least six fan units;

(b) said at least six fan units arranged in a *fan array*;

(c) an air-handling compartment within which said *fan array* of fan units is positioned; and

**(d) an *array controller* for controlling said at least six fan units to run at *substantially peak efficiency* by strategically turning selective ones of said at least six fan units on and off,**

wherein each fan unit has a *peak efficiency* operating range outside of which it operates at a reduced *efficiency*, and wherein said *array controller* is programmed to operate said at least six fan units at *substantially peak efficiency* by strategically turning off at least one fan unit operating at reduced *efficiency* and running the remaining fan units within said *peak efficiency* operating range.

16.     A *fan array* fan section in an air-handling system comprising:

(a) a plurality of independently controllable fan units, each fan unit comprising an inlet cone, a fan, and a motor;

(b) said plurality of fan units arranged in a *fan array*;

(c) an air-handling compartment within which said *fan array* of fan units is positioned;

**(d) an *array controller* for controlling said plurality of fan units to run at *substantially peak efficiency* by strategically turning selective ones of said plurality of fan units on and off;** wherein

(e) each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

## Independent Claims of U.S. Patent No. 7,179,046

1.    A ***fan array*** fan section in an air-handling system comprising:

    (a) an air-handling compartment;

    (b) a plurality of fan units;

    (c) said plurality of fan units arranged in a ***fan array***;

    (d) said ***fan array*** positioned within said air-handling compartment;

    (e) said air-handling compartment associated with a structure such that said air-handling system conditions the air of said structure; and

    **(f) a *control system* for operating said plurality of fan units at *substantially peak efficiency* by strategically turning on and off selective ones of said plurality of fan units.**

15.    A ***fan array*** fan section in an air-handling system comprising:

    (a) an air-handling compartment;

    (b) a plurality of fan units;

    (c) said plurality of fan units arranged in a ***fan array***;

    (d) said ***fan array*** positioned within said air-handling compartment;

    (e) said air-handling compartment association with a structure such that the said air-handling system conditions the air of said structure; and

    **(f) a *control system* for controlling said plurality of fan units, said *control system* allowing control of the speed of the fan units in said plurality of fan units such that they run at *substantially peak efficiency*.**

19.    A *fan array* fan section in an air-handling system comprising:

(a) an air-handling compartment;

(b) a plurality of independently controllable fan units;

(c) said plurality of fan units arranged in a *fan array*;

(d) said *fan array* positioned within said air-handling compartment;

(e) said air-handling compartment associated with a structure such that the said air-handling system conditions the air of said structure; and

**(f) a *control system* for controlling the speed of the fan units in said plurality of fan units such that they run at *substantially peak efficiency*.**