Exhibit 8

# Laboratory Methods of Testing Fans for Aerodynamic Performance Rating

ANSI/AMCA 210-99

ANSI/ASHRAE 51-1999

An American National Standard

Approved by ANSI on December 2, 1999
Approved by ASHRAE on June 23, 1999



**AIR MOVEMENT AND CONTROL ASSOCIATION INTERNATIONAL, INC.**

*The International Authority on Air System Components*

ANSI/AMCA STANDARD 210                    ANSI/ASHRAE STANDARD 51

# LABORATORY METHOD OF TESTING FANS FOR AERODYNAMIC PERFORMANCE RATING

Published by
Air Movement and Control Association International, Inc.
and
American Society of Heating, Refrigerating
and Air Conditioning Engineers, Inc.

©2000 By Air Movement and Control Association International, Inc. and American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

All rights reserved. Reproduction or translation of any part of this work beyond that permitted by Sections 107 and 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Executive Vice President, Air Movement and Control Association International, Inc. at 30 West University Drive, Arlington Heights, Illinois, 60004-1893 USA - Fax: 847-253-0088 - E-mail: amca@amca.org.

### JOINT AMCA 210/ASHRAE 51 PROJECT COMMITTEE

| | |
|---|---|
| Robert Jorgensen, Chairman | AMCA - ASHRAE |
| Steve Adamski | AMCA - ASHRAE |
| Hoy R. Bohanon | AMCA - ASHRAE |
| John Cermak | AMCA - ASHRAE |
| Charles W. Coward, Jr. | ASHRAE |
| Daniel Fragnito | ASHRAE |
| Gerald P. Jolette | ASHRAE |
| John O'Connor † | ASHRAE |
| Paul R. Saxon | AMCA - ASHRAE |
| James W. Schwier † | AMCA - ASHRAE |
| Mark Stevens | AMCA |
| J. Thomas Sobieski | ASHRAE |
| William B. Swim | ASHRAE |

† deceased

### SPECIAL NOTE

This National Voluntary Consensus Standard was developed under the joint auspices of the Air Movement and Control Association International, Inc. (AMCA) and the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE). Consensus is defined as "substantial agreement reached by concerned interests according to the judgement of a duly appointed authority, after a concerted attempt at resolving objections. Consensus implies much more than the concept of a simple majority but not necessarily unanimity." This definition is according to the American National Standards Institute (ANSI) of which both AMCA and ASHRAE are members.

This Foreword is not a part of ANSI/AMCA Standard 210 or ANSI/ASHRAE Standard 51 but is included for information purposes only. See also Appendix I for the History and Authority.

### FOREWORD

This standard provides rules for testing fans, under laboratory conditions, to provide rating information. It was prepared by a joint committee consisting of the Air Movement and Control Association International, Inc. (AMCA) 210 Review Committee and the American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc. (ASHRAE) Standard 51-85R Committee.

The joint committee debated whether the International Standard for laboratory testing of industrial fans, ISO 5801 *Industrial fans: Performance testing using standardised airways*, should be adopted in lieu of preparing a new edition of this standard. The decision to proceed with a ninth edition was based on the conclusion that ISO 5801 allowed the use of measurements that did not meet the uncertainties requirements of this standard. However, certain features of ISO 5801 have been included, most of which were anticipated in the 1985 edition.

The principal changes compared to ANSI/AMCA 210-85//ANSI/ASHRAE 51-85 *Laboratory Methods of Testing Fans for Rating* are:

1)   Incorporation of SI units in the text. SI units are primary, I-P units are secondary.
2)   Addition of SI equations.
3)   Numbering of equations for easier reference.
4)   Deletion of tabular and graphical data as unnecessary, since equations are definitive and universal use of computers is anticipated.
5)   Addition of Appendix F, giving an example of the iterative solution of Re and C.
6)   Addition of Appendix I, giving the history of fan test codes in North America.

Suggestions for improvement of this standard will be welcome. They should be sent to either the Air Movement and Control Association International, Inc., 30 West University Drive, Arlington Heights, Illinois 60004-1893 U.S.A. or the American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc., 1791 Tullie Circle, N.E., Atlanta, GA 30329 U.S.A.

### DISCLAIMER

AMCA uses its best efforts to produce standards for the benefit of the industry and the public in light of available information and accepted industry practices. However, AMCA does not guarantee, certify or assure the safety of performance of any products, components or systems tested, designed, installed or operated in accordance with AMCA standards, or that any tests conducted under its standards will be non-hazardous or free from risk.

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51

# CONTENTS

| Section | Page |
|---|---|
| 1. Purpose | 1 |
| 2. Scope | 1 |
| 3. Definitions | 1 |
| 3.1 Fans | 1 |
| 3.2 Psychrometrics | 1 |
| 3.3 Pressure | 2 |
| 3.4 Fan Performance Variables | 2 |
| 3.5 Miscellaneous | 2 |
| 4. Symbols and Subscripts | 4 |
| 4.1 Symbols and Subscripted Symbols | 4 |
| 4.2 Additional Subscripts | 5 |
| 5. Instruments and Methods of Measurement | 5 |
| 5.1 Accuracy | 5 |
| 5.2 Pressure | 5 |
| 5.3 Airflow Rate | 7 |
| 5.4 Power | 8 |
| 5.5 Speed | 8 |
| 5.6 Air Density | 8 |
| 6. Equipment and Setups | 9 |
| 6.1 Setups | 9 |
| 6.2 Ducts | 9 |
| 6.3 Chambers | 10 |
| 6.4 Variable Supply and Exhaust Systems | 10 |
| 7. Observations and Conduct of Test | 11 |
| 7.1 General Test Requirement | 11 |
| 7.2 Data to be Recorded | 11 |
| 8. Calculations | 12 |
| 8.1 Calibration Correction. | 12 |
| 8.2 Density and Viscosity of Air | 12 |
| 8.3 Fan Airflow Rate at Test Conditions | 12 |
| 8.4 Fan Velocity Pressure at Test Conditions | 14 |
| 8.5 Fan Total Pressure at Test Conditions | 15 |
| 8.6 Fan Static Pressure at Test Conditions | 16 |
| 8.7 Fan Power Input at Test Conditions | 16 |
| 8.8 Fan Efficiency | 17 |
| 8.9 Conversions to Nominal Constant Values of Density and Speed | 17 |
| 9. Report and Results of Test | 18 |
| 9.1 Report | 18 |
| 9.2 Performance Curves | 18 |
| 10. Normative References | 19 |

| Figure | Page |
|---|---|
| 1 Pitot-Static Tubes | 20 |
| 2A Static Pressure Tap | 21 |
| 2B Total Pressure Tube. | 21 |
| 3 Traverse Points in a Round Duct | 21 |
| 4A Nozzles | 22 |
| 4B Three-Arc Approximation of Elliptical Nozzle | 23 |
| 5 Transformation Piece | 24 |
| 6 Flow Straightener | 25 |
| 7 Outlet Duct Setup-Pitot Traverse in Outlet Duct | 26 |
| 8 Outlet Duct Setup-Nozzle on End of Outlet Duct | 27 |
| 9 Outlet Duct Setup-Nozzle on End of Chamber | 28 |
| 10 Outlet Duct Setup-Multiple Nozzles in Chamber | 29 |
| 11 Outlet Chamber Setup-Nozzle on End of Chamber | 30 |
| 12 Outlet Chamber Setup-Multiple Nozzles in Chamber | 31 |
| 13 Inlet Chamber Setup-Pitot Traverse in Duct | 32 |
| 14 Inlet Chamber Setup-Ducted Nozzle on Chamber | 33 |
| 15 Inlet Chamber Setup-Multiple Nozzles in Chamber | 34 |
| 16 Inlet Duct Setup-Pitot Traverse in Inlet Duct | 35 |
| 17 Typical Fan Performance Curve, SI | 36 |
| 17 Typical Fan Performance Curve, I-P | 37 |

| Appendix | Page |
|---|---|
| A. Units of Measurement | 38 |
| B. SI Conversions and Physical Constants | 39 |
| C. Derivation of Equations | 41 |
| D. Similarity and Fan Laws | 44 |
| E. Uncertainties Analysis | 48 |
| F. Iterative Procedure | 56 |
| G. Tubing | 58 |
| H. Bibliography | 59 |
| I. History and Authority | 61 |
| Index | 64 |

An Interpretation (requested during public comment) 66

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51

# Laboratory Methods of Testing Fans For Aerodynamic Performance Rating

## 1. Purpose

This standard establishes uniform methods for laboratory testing of fans and other air moving devices to determine aerodynamic performance for rating or guarantee purposes in terms of airflow rate, pressure, power, air density, speed of rotation, and efficiency.

It is not the purpose of this standard to specify the testing procedures to be used for design, production, or field testing.

## 2. Scope

**2.1** This standard may be used as the basis for testing fans, blowers, exhausters, compressors, or other air moving devices when air is used as the test gas.

**2.2** The scope of this standard does not cover:
(a) circulating fans such as ceiling fans, desk fans and jet fans.
(b) compressors with interstage cooling.
(c) positive displacement machines.
(d) testing procedures to be used for design, production, or field testing.

**2.3** The parties to a test for guarantee purposes may agree on exceptions to this standard in writing prior to the test. However, only tests which do not violate any mandatory requirements of this standard shall be designated as tests conducted in accordance with this standard.

## 3. Definitions

### 3.1 Fans

**3.1.1 Fan:** A device for moving air which utilizes a power driven rotating impeller. A fan shall have at least one inlet opening and at least one outlet opening. The openings may or may not have elements for connection to ductwork.

**3.1.2 Boundaries.**

**3.1.2.1 Fan Inlet and Outlet Boundaries.** Fan inlet and outlet boundaries are defined as the interfaces between the fan and the remainder of the system, and are at a plane perpendicular to the air stream where it enters or leaves the fan. Various appurtenances, such as inlet boxes, inlet vanes, inlet cones, silencers, screens, rain hoods, dampers, discharge cones, evasé, etc., may be included as a part of the fan between the inlet and outlet boundaries.

**3.1.2.2 Fan Input Power Boundary.** The interface between the fan and its driver. Drive or coupling losses may be included as a part of the input power.

**3.1.3 Fan Outlet Area.** Fan outlet area is the gross inside area measured in the plane(s) of the outlet opening(s). For roof ventilators and unhoused fans, the area shall be considered the gross impeller outlet area for centrifugal types or the gross casing area at the impeller for axial types.

**3.1.4 Fan Inlet Area.** Fan inlet area is the gross inside area measured in the plane(s) of the inlet connection(s). For converging inlets without connection elements, the inlet area shall be considered to be that where a plane, perpendicular to the airstream, first meets the bell mouth or cone.

### 3.2 Psychrometrics

**3.2.1 Dry-Bulb Temperature.** Dry-bulb temperature is the air temperature measured by a dry temperature sensor.

**3.2.2 Wet-Bulb Temperature.** Wet-bulb temperature is the temperature measured by a temperature sensor covered by a water-moistened wick and exposed to air in motion. When properly measured, it is a close approximation of the temperature of adiabatic saturation.

**3.2.3 Wet-Bulb Depression.** Wet-bulb depression is the difference between the dry-bulb and wet-bulb temperatures at the same location.

**3.2.4 Stagnation (Total) Temperature.** Stagnation (total) temperature is the temperature which exists by virtue of the internal and kinetic energy of the air. If the air is at rest, the stagnation (total) temperature will equal the static temperature.

**3.2.5 Static Temperature.** Static temperature is the temperature which exists by virtue of the internal energy of the air only. If a portion of the internal energy is converted into kinetic energy, the static temperature will be decreased accordingly.

**3.2.6 Air Density.** Air density is the mass per unit volume of the air.

Note: References which are enclosed in { } are normative for this standard, while those enclosed in [ ] are to be considered informative.

**3.2.7  Standard Air.** Standard air is air with a density of 1.2 $kg/m^3$ (0.075 $lbm/ft^3$)).

**3.2.8  Standard Air Properties.** Standard air has a ratio of specific heats of 1.4 and a viscosity of 1.8185E-03 $Pa \cdot s$ (1.222E-05 $lbm/ft \cdot s$). Air at 20 °C (68 °F) temperature, 50% relative humidity, and 101.325 $kPa$ (14.696 $psi$, 29.92 $in.\ Hg$) barometric pressure has these properties, approximately.

## 3.3  Pressure

**3.3.1  Pressure.** Pressure is force per unit area. This corresponds to energy per unit volume of fluid.

**3.3.2  Absolute Pressure.** Absolute pressure is the value of a pressure when the datum pressure is absolute zero. It is always positive.

**3.3.3  Barometric Pressure.** Barometric pressure is the absolute pressure exerted by the atmosphere.

**3.3.4  Gauge Pressure.** Gauge pressure is the value of a pressure when the datum pressure is the barometric pressure at the point of measurement. It may be negative or positive.

**3.3.5  Velocity Pressure.** Velocity pressure is that portion of the air pressure which exists by virtue of the rate of motion only. It is always positive.

**3.3.6  Static Pressure.** Static pressure is that portion of the air pressure which exists by virtue of the degree of compression only. If expressed as gauge pressure, it may be negative or positive.

**3.3.7  Total Pressure.** Total pressure is the air pressure which exists by virtue of the degree of compression and the rate of motion. It is the algebraic sum of the velocity pressure and the static pressure at a point. Thus, if the air is at rest, the total pressure will equal the static pressure.

**3.3.8  Pressure Loss.** Pressure loss is the decrease in total pressure due to friction and turbulence.

## 3.4  Fan Performance Variables

**3.4.1  Fan Air Density.** Fan air density is the density of the air corresponding to the total pressure and the stagnation temperature of the air at the fan inlet [1].

**3.4.2  Fan Airflow Rate.** Fan airflow rate is the volumetric airflow rate at fan air density.

**3.4.3  Fan Total Pressure.** Fan total pressure is the difference between the total pressure at the fan outlet and the total pressure at the fan inlet.

**3.4.4  Fan Velocity Pressure.** Fan velocity pressure is the pressure corresponding to the average air velocity at the fan outlet.

**3.4.5  Fan Static Pressure.** Fan static pressure is the difference between the fan total pressure and the fan velocity pressure. Therefore, fan static pressure is the difference between the static pressure at the fan outlet and the total pressure at the fan inlet.

**3.4.6  Fan Speed.** Fan speed is the rotational speed of the impeller. If a fan has more than one impeller, fan speeds are the rotational speeds of each impeller.

**3.4.7  Compressibility Coefficient.** Compressibility coefficient is a thermodynamic factor which must be applied to determine fan total efficiency from fan airflow rate, fan total pressure, and fan power input. This coefficient is derived in Appendix C. It may be considered to be the ratio of the mean airflow rate through the fan to the airflow rate at fan air density. It is also the ratio of the fan total pressure that would be developed with an incompressible fluid to the fan total pressure that is developed with a compressible fluid.

**3.4.8  Fan Power Output.** Fan power output is the useful power delivered to the air. This is proportional to the product of fan airflow rate and fan total pressure and compressibility coefficient.

**3.4.9  Fan Power Input.** Fan power input is the power required to drive the fan and any elements in the drive train which are considered a part of the fan.

**3.4.10  Fan Total Efficiency.** Fan total efficiency is the ratio of the fan power output to the fan power input.

**3.4.11  Fan Static Efficiency.** Fan static efficiency is the fan total efficiency multiplied by the ratio of fan static pressure to fan total pressure.

## 3.5  Miscellaneous

**3.5.1  Point of Operation.** Point of operation is the relative position on the fan characteristic curve corresponding to a particular airflow rate. It is controlled during a test by adjusting the position of the throttling device, by changing flow nozzles or auxiliary fan characteristics, or by any combination of these.

**3.5.2  Free Delivery.** Free delivery is the point of operation where the fan static pressure is zero.

**3.5.3  Shall and Should.** The word "shall" is to be understood as mandatory, the word "should" as advisory.

**3.5.4  Shut Off.** Shut off is the point of operation where the fan airflow rate is zero.

**3.5.5 Determination.** A determination is a complete set of measurements for a particular point of operation of a fan. The measurements must be sufficient to determine all fan performance variables defined in 3.4 .

**3.5.6 Test.** A test is a series of determinations for various points of operation of a fan.

**3.5.7 Energy Factor.** Energy factor is the ratio of the total kinetic energy of the flow to the kinetic energy corresponding to the average velocity.

**3.5.8 Demonstrated Accuracy.** Demonstrated accuracy is defined for the purpose of this standard as the accuracy of an instrument or the method established by testing of the instrument or the method against a primary or calibrated instrument or method in accordance with the requirements stated in this standard. (See 5.4.1.1, 5.4.2.1, 5.4.3.1, 5.5.3, 5.6.1.1, and 5.6.2.1)

## 4. Symbols and Subscripts
### 4.1 Symbols and Subscripted Symbols

| SYMBOL | DESCRIPTION | SI UNIT | | I-P UNIT |
|--------|-------------|---------|---|----------|
| $A$ | Area of Cross-Section ........................ | $m^2$ | | $ft^2$ |
| $C$ | Nozzle Discharge Coefficient ................... | | dimensionless | |
| $D$ | Diameter and Equivalent Diameter ............. | $m$ | | $ft$ |
| $D_h$ | Hydraulic Diameter ......................... | $m$ | | $ft$ |
| $e$ | Base of Natural Logarithm (2.718...) ............. | | dimensionless | |
| $E$ | Energy Factor .............................. | | dimensionless | |
| $F$ | Beam Load ................................ | $N$ | | $lbf$ |
| $f$ | Coefficient of Friction ........................ | | dimensionless | |
| $H$ | Fan Power Input ........................... | $W$ | | $hp$ |
| $H_o$ | Fan Power Output .......................... | $W$ | | $hp$ |
| $K_p$ | Compressibility Coefficient ................... | | dimensionless | |
| $L$ | Nozzle Throat Dimension .................... | $m$ | | $ft$ |
| $L_e$ | Equivalent Length of Straightener ............. | $m$ | | $ft$ |
| $L_{x,x}$ | Length of Duct Between Planes x and x′ ........ | $m$ | | $ft$ |
| $l$ | Length of Moment Arm ...................... | $m$ | | $in.$ |
| $ln$ | Natural Logarithm .......................... | --- | | --- |
| $M$ | Chamber Dimension ......................... | $m$ | | $ft$ |
| $N$ | Speed of Rotation .......................... | $rpm$ | | $rpm$ |
| $n$ | Number of Readings ......................... | | dimensionless | |
| $P_s$ | Fan Static Pressure ......................... | $Pa$ | | $in.\ wg$ |
| $P_{sx}$ | Static Pressure at Plane x .................... | $Pa$ | | $in.\ wg$ |
| $P_t$ | Fan Total Pressure .......................... | $Pa$ | | $in.\ wg$ |
| $P_{tx}$ | Total Pressure at Plane x ..................... | $Pa$ | | $in.\ wg$ |
| $P_v$ | Fan Velocity Pressure ........................ | $Pa$ | | $in.\ wg$ |
| $P_{vx}$ | Velocity Pressure at Plane x .................. | $Pa$ | | $in.\ wg$ |
| $p_b$ | Corrected Barometric Pressure ................ | $Pa$ | | $in.\ Hg$ |
| $p_e$ | Saturated Vapor Pressure at $t_w$ ............... | $Pa$ | | $in.\ Hg$ |
| $p_p$ | Partial Vapor Pressure ...................... | $Pa$ | | $in.\ Hg$ |
| $Q$ | Fan Airflow Rate ............................ | $m^3/s$ | | cfm |
| $Q_x$ | Airflow Rate at Plane x ...................... | $m^3/s$ | | cfm |
| $R$ | Gas Constant .............................. | $J/kg \cdot K$ | | $ft \cdot lbf/lbm \cdot °R$ |
| $Re$ | Reynolds Number ........................... | | dimensionless | |
| $T$ | Torque .................................... | $N \cdot m$ | | $lbf \cdot in.$ |
| $t_d$ | Dry-Bulb Temperature ....................... | $°C$ | | $°F$ |
| $t_s$ | Stagnation (total) Temperature ............... | $°C$ | | $°F$ |
| $t_w$ | Wet-Bulb Temperature ....................... | $°C$ | | $°F$ |
| $V$ | Velocity .................................. | $m/s$ | | $fpm$ |
| $W$ | Power Input to Motor ........................ | $W$ | | $W$ |
| $x$ | Function Used to Determine $K_p$ ................ | | dimensionless | |
| $Y$ | Nozzle Expansion Factor ..................... | | dimensionless | |
| $y$ | Thickness of Straightener Element ............. | $mm$ | | $in.$ |
| $z$ | Function Used to Determine $K_p$ ............... | | dimensionless | |
| $\alpha$ | Static Pressure Ratio for Nozzles .............. | | dimensionless | |
| $\beta$ | Diameter Ratio for Nozzles ................... | | dimensionless | |
| $\gamma$ | Ratio of Specific Heats ....................... | | dimensionless | |
| $\Delta P$ | Pressure Differential ........................ | $Pa$ | | $in.\ wg$ |
| $\eta$ | Motor Efficiency ............................ | | per unit | |
| $\eta_s$ | Fan Static Efficiency ........................ | | per unit | |
| $\eta_t$ | Fan Total Efficiency ......................... | | per unit | |
| $\mu$ | Dynamic Air Viscosity ....................... | $Pa \cdot s$ | | $lbm/ft \cdot s$ |
| $\rho$ | Fan Air Density ............................ | $kg/m^3$ | | $lbm/ft^3$ |
| $\rho_x$ | Air Density at Plane x ....................... | $kg/m^3$ | | $lbm/ft^3$ |
| $\Sigma$ | Summation Sign ........................... | --- | | --- |

**4.2 Additional Subscripts**

| SUBSCRIPT | DESCRIPTION |
|---|---|
| c | Converted value |
| r | Reading |
| x | Plane 0, 1, 2....as appropriate |
| 0 | Plane 0 (general test area) |
| 1 | Plane 1 (fan inlet) |
| 2 | Plane 2 (fan outlet) |
| 3 | Plane 3 (Pitot traverse station) |
| 4 | Plane 4 (duct piezometer station) |
| 5 | Plane 5 (nozzle inlet station in chamber) |
| 6 | Plane 6 (nozzle discharge station) |
| 7 | Plane 7 (outlet chamber measurement station) |
| 8 | Plane 8 (inlet chamber measurement station) |

# 5. Instruments and Methods of Measurement

**5.1  Accuracy [2]**  The specifications for instruments and methods of measurement which follow include both accuracy requirements and specific examples of equipment that are capable of meeting those requirements. Equipment other than the examples cited may be used provided the accuracy requirements are met or exceeded. As noted in Appendix E, the use of the same instruments over the entire range of fan performance at constant speed will result in fairly large relative uncertainties near shutoff and near free delivery. This is generally acceptable because fans are not normally rated near these points. However, if this is not acceptable, different instruments should be selected for different points of operation as appropriate. See example in 6.3.4. Laboratory setups may be designed to facilitate such choices easily.

**5.1.1  Instrument Accuracy.**  The specifications regarding accuracy correspond to two standard deviations based on an assumed normal distribution. This is frequently how instrument suppliers identify accuracy, but that should be verified. The calibration procedures, which are specified in this standard , shall be employed to minimize errors. In any calibration process, the large systematic error of the instrument is exchanged for the smaller combination of the systematic error of the standard instrument and the random error of the comparison. Instruments shall be set up, calibrated, and read by qualified personnel trained to minimize errors.

**5.1.2  Measurement Uncertainty.**  It is axiomatic that every test measurement contains some error and that the true value cannot be known because the magnitude of the error cannot be determined exactly. However, it is possible to perform an uncertainties analysis to identify a range of values within which the true value probably lies. A probability of 95% has been chosen as acceptable for this standard.

The standard deviation of random errors can be determined by statistical analysis of repeated measurements. No statistical means are available to evaluate systematic errors, so these must be estimated. The estimated upper limit of a systematic error is called the systematic uncertainty and, if properly estimated, it will contain the true value 99% of the time. The two standard deviation limit of a random error has been selected as the random uncertainty.   Two standard deviations yield 95% probability for random errors.

**5.1.3  Uncertainty of a Result.**  The results of a fan test are the various fan performance variables listed in Section 3.4.  Each result is based on one or more measurements.  The uncertainty in any result can be determined from the uncertainties in the measurement.  It is best to determine the systematic uncertainty of the result and then the random uncertainty of the result before combining them into the total uncertainty of the result. This may provide clues on how to reduce the total uncertainty.  When the systematic uncertainty is combined in quadrature with the random uncertainty, the total uncertainty will give 95% coverage.  In most test situations, it is wise to perform a pre-test uncertainties analysis to identify potential problems.  A pre-test uncertainties analysis is not required for each test covered by this standard because it is recognized that most laboratory tests for rating are conducted in facilities where similar tests are repeatedly run.  Nevertheless, a pre-test analysis is recommended as is a post-test analysis.  The simplest form of analysis is a verification that all accuracy and calibration specifications have been met.  The most elaborate analysis would consider all the elemental sources of error including those due to calibration, data acquisition, data reduction, calculation assumptions, environmental effects, and operational steadiness.

The sample analysis given in Appendix E calculates the uncertainty in each of the fan performance variables and, in addition, combines certain ones into a characteristic uncertainty and certain others into an efficiency uncertainty.

**5.2  Pressure.**  The total pressure at a point shall be measured on an indicator, such as a manometer, with one leg open to atmosphere and the other leg connected to a total pressure sensor, such as a total pressure tube or the impact tap of a Pitot-static tube.  The static pressure at a point shall be measured on an indicator, such as a manometer, with one leg open to the atmosphere and the other leg connected to a static pressure sensor, such as a static pressure tap or the static tap of a Pitot-static tube. The velocity pressure at a point shall be measured on an indicator, such as a manometer, with one leg connected to a total pressure sensor, such as the impact tap of a

Pitot-static tube, and the other leg connected to a static pressure sensor, such as the static tap of the same Pitot-static tube. The differential pressure between two points shall be measured on an indicator, such as a manometer, with one leg connected to the upstream sensor, such as a static pressure tap, and the other leg connected to the downstream sensor, such as a static pressure tap.

**5.2.1 Manometers and Other Pressure Indicating Instruments.** Pressure shall be measured on manometers of the liquid column type using inclined or vertical legs or other instruments which provide a maximum uncertainty of 1% of the maximum observed test reading during the test or 1 $Pa$ (0.005 $in. wg$) whichever is larger. See Note 1.

**5.2.1.1 Calibration.** Each pressure indicating instrument shall be calibrated at both ends of the scale and at least nine equally spaced intermediate points in accordance with the following:

(1) When the pressure to be indicated falls in the range of 0 to 2.5 $kPa$ (0 to 10 $in. wg$), calibration shall be against a water-filled hook gauge of the micrometer type or a precision micromanometer.

(2) When the pressure to be indicated is above 2.5 $kPa$ (10 $in. wg$), calibration shall be against a water-filled hook gauge of the micrometer type, a precision micromanometer, or a water-filled U-tube.

**5.2.1.2 Averaging.** Since the airflow and the pressures produced by a fan are never strictly steady, the pressure indicated on any instrument will fluctuate with time. In order to obtain a representative reading, either the instrument must be damped or the readings must be averaged in a suitable manner. Averaging can sometimes be accomplished mentally, particularly if the fluctuations are small and regular. Multi-point or continuous record averaging can be accomplished with instruments and analyzers designed for this purpose.

**5.2.1.3 Corrections.** Manometer readings should be corrected for any difference in specific weight of gauge fluid from standard, any difference in gas column balancing effect from standard, or any change in length of the graduated scale due to temperature. However, corrections may be omitted for temperatures between 14°$C$ and 26°$C$ (58°$F$ and 78°$F$), latitudes between 30° and 60°, and elevations up to 1500 $m$ (5000 $ft$).

**5.2.2 Pitot-Static Tubes.** [3] [4]. The total pressure or the static pressure at a point may be sensed with a Pitot-static tube of the proportions shown in Figure 1. Either or both of these pressure signals can then be transmitted to a manometer or other indicator. If both pressure signals are transmitted to the same indicator, the differential is considered velocity pressure at the point of the impact opening.

**5.2.2.1 Calibration.** Pitot-static tubes having the proportions shown in Figure 1 are considered primary instruments and need not be calibrated provided they are maintained in the specified condition.

**5.2.2.2 Size.** The Pitot-static tube shall be of sufficient size and strength to withstand the pressure forces exerted upon it. The outside diameter of the tube shall not exceed 1/30 of the test duct diameter except that when the length of the supporting stem exceeds 24 tube diameters, the stem may be progressively increased beyond this distance. The minimum practical tube diameter is 2.5 $mm$ (0.10 $in.$).

**5.2.2.3 Support.** Rigid support shall be provided to hold the Pitot-static tube axis parallel to the axis of the duct within 1 degree and at the head locations specified in Figure 3 within 1 $mm$ (0.05 $in.$) or 25% of the duct diameter, whichever is larger.

**5.2.3 Static Pressure Taps.** The static pressure at a point may be sensed with a pressure tap of the proportions shown in Figure 2A. The pressure signal can then be transmitted to an indicator.

**5.2.3.1 Calibration.** Pressure taps having the proportions shown in Figure 2A are considered primary instruments and need not be calibrated provided they are maintained in the specified condition. Every precaution should be taken to ensure that the air velocity does not influence the pressure measurement.

**5.2.3.2 Averaging.** An individual pressure tap is sensitive only to the pressure in the immediate vicinity of the hole. In order to obtain an average, at least four taps in accordance with Figure 2A shall be manifolded into a piezometer ring. The manifold shall have an inside area at least four times that of each tap. An example in shown in Appendix G.

**5.2.3.3 Piezometer Rings.** Piezometer rings are specified for upstream and downstream nozzle taps and for outlet duct or chamber measurements unless a Pitot traverse is specified. Measuring planes shall be located as shown in the figure for the appropriate setup.

**5.2.4 Total Pressure Tubes.** The total pressure in an inlet chamber may be sensed with a stationary tube of the proportions shown in Figure 2B. The pressure signal can then be transmitted to an indicator. The tube shall face directly into the air flow and the open end shall be smooth and free from burrs.

**5.2.4.1 Calibration.** Total pressure tubes are considered primary instruments and need not be calibrated if they are maintained in a condition conforming to this standard.

**5.2.4.2 Averaging.** The total pressure tube is sensitive only to the pressure in the immediate vicinity of the

open end. However, since the velocity in an inlet chamber can be considered uniform due to the settling means which are employed, a single measurement is representative of the average chamber pressure.

**5.2.4.3 Location.** Total pressure tubes are specified for inlet chambers. Location shall be as shown in the figure for the appropriate setup.

**5.2.5 Other Pressure Measuring Systems.** Pressure measuring systems consisting of indicators and sensors other than manometers and Pitot-static tubes, static pressure taps, or total pressure tubes may be used if the combined uncertainty of the system including any transducers does not exceed the combined uncertainty for an appropriate combination of manometers and Pitot-static tubes, static pressure taps, or total pressure tubes. For systems used to determine fan pressure the contribution to combined uncertainty in the pressure measurement shall not exceed that corresponding to 1% of the maximum observed static or total pressure reading during a test (indicator accuracy), plus 1% of the actual reading (averaging accuracy). For systems used to determine fan airflow rate, the combined uncertainty shall not exceed that corresponding to 1% of the maximum observed velocity pressure or pressure differential reading during a test (indicator accuracy) plus 1% of the actual reading (averaging accuracy). See Note 1.

**5.3 Airflow Rate.** Airflow rate shall be calculated either from measurements of velocity pressure obtained by Pitot traverse or from measurements of pressure differential across a flow nozzle.

**5.3.1 Pitot Traverse.** Airflow rate may be calculated from the velocity pressures obtained by traverses of a duct with a Pitot-static tube for any point of operation from free delivery to shut off provided the average velocity corresponding to the airflow rate at free delivery at the test speed is at least 12 *m/s* (2400 *fpm*) [5]. See Note 1.

**5.3.1.1 Stations.** The number and locations of the measuring stations on each diameter and the number of diameters shall be as specified in Figure 3.

**5.3.1.2 Averaging.** The stations shown in Figure 3 are located on each diameter according to the log-linear rule [6]. The arithmetic mean of the individual velocity measurements made at these stations will be the mean velocity through the measuring section for a wide variety of profiles [7].

**5.3.2 Nozzles.** Airflow rate may be calculated from the pressure differential measured across a flow nozzle or bank of nozzles for any point of operation from free delivery to shut off provided the average velocity at the nozzle discharge corresponding to the airflow rate at free delivery at the test speed is at least 14 *m/s* (2800 *fpm*) [5].

**5.3.2.1 Size.** The nozzle or nozzles shall conform to Figure 4. Nozzles may be of any convenient size. However, when a duct is connected to the inlet of the nozzle, the ratio of nozzle throat diameter to the diameter of the inlet duct shall not exceed 0.5.

**5.3.2.2 Calibration.** The standard nozzle is considered a primary instrument and need not be calibrated if maintained in the specified condition. Coefficients have been established for throat dimensions $L = 0.5 D$ and $L = 0.6 D$, shown in Figure 4 [8]. Throat dimension $L = 0.6 D$ is recommended for new construction.

**5.3.2.3 Chamber Nozzles.** Nozzles without integral throat taps may be used for multiple nozzle chambers in which case upstream and downstream pressure taps shall be located as shown in the figure for the appropriate setup. Alternatively, nozzles with throat taps may be used in which case the throat taps located as shown in Figure 4 shall be used in place of the downstream pressure taps shown in the figure for the setup and the piezometer for each nozzle shall be connected to its own indicator.

**5.3.2.4 Ducted Nozzles.** Nozzles with integral throat taps shall be used for ducted nozzle setups. Upstream pressure taps shall be located as shown in the figure for the appropriate setup. Downstream taps are the integral throat taps and shall be located as shown in Figure 4.

**5.3.2.5 Taps.** All pressure taps shall conform to the specification in 5.2.3 regarding geometry, number, and manifolding into piezometer rings.

**5.3.3 Other Airflow Measuring Methods.** Airflow measuring methods which utilize meters or traverses other than flow nozzles or Pitot traverses may be used if the uncertainty introduced by the method does not exceed that introduced by an appropriate flow nozzle or Pitot traverse method. The contribution to the combined uncertainty in the airflow rate measurement shall not exceed that corresponding to 1.2% of the discharge coefficient for a flow nozzle [9].

Note 1: The specification permitting an indicator uncertainty based on the maximum observed reading during the test leads to combined relative uncertainties in both fan pressure and fan airflow rate that are higher at low values of the fan pressure or fan airflow rate than at high values of those test results. This is generally acceptable because fans are not usually rated at the low pressure or low flow portions of their characteristic curves. If there is a need to reduce the uncertainty at either low flow or low pressure, then the instruments chosen to measure the corresponding quantity must be selected with suitable accuracy (lower uncertainties) for those conditions.

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51                                                                     7

**5.4 Power.** Power shall be determined from the rpm and beam load measured on a reaction dynamometer, the rpm and torque measured on a torsion element, or the electrical input measured on a calibrated motor.

**5.4.1 Reaction Dynamometers.** A cradle or torque table type reaction dynamometer having a demonstrated accuracy of ± 2% of observed reading may be used to measure power.

**5.4.1.1 Calibration.** A reaction dynamometer shall be calibrated through its range of usage by suspending weights from a torque arm. The weights shall have certified accuracies of ± 0.2%. The length of the torque arm shall be determined to an accuracy of ± 0.2%.

**5.4.1.2 Tare.** The zero torque equilibrium (tare) shall be checked before and after each test. The difference shall be within 0.5% of the maximum value measured during the test.

**5.4.2 Torque.** A torque meter having a demonstrated accuracy of ± 2% of observed reading may be used to determine power.

**5.4.2.1 Calibration.** A torque device shall have a static calibration and may have a running calibration through its range of usage. The static calibration shall be made by suspending weights from a torque arm. The weights shall have certified accuracies of ± 0.2%. The length of the torque arm shall be determined to an accuracy of ± 0.2%.

**5.4.2.2 Tare.** The zero torque equilibrium (tare) and the span of the readout system shall be checked before and after each test. In each case, the difference shall be within 0.5% of the maximum value measured during the test.

**5.4.3 Calibrated Motors.** A calibrated electric motor may be used with suitable electrical meters to measure power. It shall have a demonstrated accuracy of ±2%.

**5.4.3.1 Calibration.** The motor shall be calibrated through its range of usage against an absorption dynamometer except as provided in 5.4.3.4. The absorption dynamometer shall be calibrated by suspending weights from a torque arm. The weights shall have certified accuracies of ± 0.2%. The length of the torque arm shall be determined to an accuracy of ± 0.2%.

**5.4.3.2 Meters.** Electrical meters shall have certified accuracies of ±1.0% of observed reading. It is preferable that the same meters be used for the test as for the calibration.

**5.4.3.3 Voltage.** The motor input voltage during the test shall be within 1% of the voltage observed during

calibration. If air flows over the motor from the fan under test, similar airflow shall be provided during calibration.

**5.4.3.4 IEEE.** Polyphase induction motors may be calibrated using the IEEE Segregated Loss Method {1}.

**5.4.4 Averaging.** Since the power required by a fan is never strictly steady, the torque measured on any instrument will fluctuate with time. In order to obtain a true reading, either the instrument must be damped or the readings must be averaged in a suitable manner. Averaging can sometimes be accomplished mentally, particularly if the fluctuations are small and regular. Multi-point or continuous record averaging can be accomplished with instruments and analyzers designed for this purpose.

**5.5 Speed.** Speed shall be measured with a revolution counter and chronometer, a stroboscope and chronometer, a precision instantaneous tachometer, or an electronic counter-timer.

**5.5.1 Strobes.** A stroboscopic device triggered by the line frequency of a public utility is considered a primary instrument and need not be calibrated if it is maintained in good condition.

**5.5.2 Chronometers.** A quality watch, with a sweep second hand or a digital display of seconds, that keeps time within two minutes per day is considered a primary instrument.

**5.5.3 Other Devices.** Any other device which has a demonstrated accuracy of ±0.5% of the value being measured may be used. Friction driven counters shall not be used when they can influence the speed due to drag.

**5.6 Air Density.** Air density shall be determined from measurements of wet-bulb temperature, dry-bulb temperature, and barometric pressure. Other parameters may be measured and used if the maximum error in the calculated density does not exceed 0.5%.

**5.6.1 Thermometers.** Wet-bulb and dry-bulb temperatures shall be measured with thermometers or other instruments with demonstrated accuracies of $\pm 1°C$ ($\pm 2°F$) and readabilities of $0.5°C$ ($1°F$) or finer.

**5.6.1.1 Calibration.** Thermometers shall be calibrated over the range of temperatures to be encountered during test against a thermometer with a calibration that is traceable to the National Institute of Standards and Technology (NIST) or other national physical measures recognized as equivalent by NIST.

**5.6.1.2 Wet-Bulb.** The wet-bulb thermometer shall have an air velocity over the water-moistened wick-covered bulb of 3.5 to 10 $m/s$ (700 to 2000 $fpm$) [10]. The

dry-bulb thermometer shall be mounted upstream of the wet-bulb thermometer. Wet-bulb and dry-bulb thermometers should be matched.

**5.6.2 Barometers.** Barometric pressure shall be measured with a mercury column barometer or other instrument with a demonstrated accuracy of $\pm 170$ $Pa$ ($\pm$ 0.05 *in. Hg*) and readable to 34 $Pa$ (0.01 *in. Hg*) or finer.

**5.6.2.1 Calibration.** Barometers shall be calibrated against a mercury column barometer with a calibration that is traceable to the National Institute of Standards and Technology or other national physical measures recognized as equivalent by NIST. A convenient method of doing this is to use an aneroid barometer as a transfer instrument and carry it back and forth to the Weather Bureau Station for comparison [11]. A permanently mounted mercury column barometer should hold its calibration well enough so that comparisons every three months should be sufficient. Transducer type barometers shall be calibrated for each test. Barometers shall be maintained in good condition.

**5.6.2.2 Corrections.** Barometric readings shall be corrected for any difference in mercury density from standard or any change in length of the graduated scale due to temperature. Refer to manufacturer's instructions and ASHRAE 41.3, Appendix B [12].

# 6. Equipment and Setups

**6.1 Setups.** Ten setups are diagrammed in Figures 7 through 16.

**6.1.1 Installation Types.** There are four categories of installation types which are used with fans. They are [13]:

    A:  free inlet, free outlet
    B:  free inlet, ducted outlet
    C:  ducted inlet, free outlet
    D:  ducted inlet, ducted outlet.

**6.1.2 Selection Guide.** The following may be used as a guide to the selection of a proper setup.

(1)    Figures 7 through 10 may be used for tests of installation types B or D.

In order to qualify for installation type D an inlet duct simulation shall be used.

(2)    Figures 11 through 15 may be used for tests of installation types A, B, C, or D.

In order to qualify for installation type A the fan must be used without any auxiliary inlet bell or outlet duct.

In order to quality for installation type B an outlet duct shall be used and this may be of the short duct variety.

In order to qualify as installation type C an inlet duct simulation shall be used and no outlet duct shall be used.

In order to qualify as installation type D an inlet duct simulation shall be used and an outlet duct shall be used. The outlet duct may be of the short duct variety.

(3)    Figure 16 may be used for tests of installation types C or D.

In order to qualify for installation type D an outlet duct shall be used and this may be of the short duct variety.

**6.1.3 Leakage.** The ducts, chambers, and other equipment utilized should be designed to withstand the pressure and other forces to be encountered. All joints between the fan and the measuring plane and across the nozzle wall should be designed for minimum leakage, because no leakage correction is permitted.

**6.2 Ducts.** A duct may be incorporated in a laboratory setup to provide a measuring plane or to simulate the conditions the fan is expected to encounter in service or both. The dimension $D$ in the test setup figures is the inside diameter of a circular cross-section duct or equivalent diameter of a rectangular cross-section duct with inside transverse dimensions $a$ and $b$ where

$$D = \sqrt{4ab/\pi} \qquad \text{Eq. 6.1}$$

**6.2.1 Flow Measuring Ducts.** Ducts with measuring planes for airflow determination shall be straight and have uniform circular cross-sections. Pitot traverse ducts shall be at least 10 diameters long with the traverse plane located between 8.5 and 8.75 diameters from the upstream end. Such ducts may serve as an inlet or an outlet duct as well as to provide a measuring plane. Ducts connected to the upstream side of a flow nozzle shall be between 6.5 and 6.75 diameters long when used only to provide a measuring plane or between 9.5 and 9.75 diameters long when used as an outlet duct as well.

**6.2.2 Pressure Measuring Ducts.** Ducts with planes for pressure measurements shall be straight and may have either uniform circular or rectangular cross-sections. Outlet ducts with piezometer rings shall be at least 10 diameters long with the piezometer plane located between 8.5 and 8.75 diameters from the upstream end.

**6.2.3 Short Ducts.** Short outlet ducts which are used to simulate installation types B and D, but in which no measurements are taken shall be between 2 and 3 equivalent diameters long and an area within 1% of the fan outlet area and a uniform shape to fit the fan outlet [14].

**6.2.4 Inlet Duct Simulation.** Inlet bells or inlet bells and one equivalent duct diameter of inlet duct may be mounted on the fan inlet to simulate an inlet duct. The bell and duct shall be of the same size and shape as the fan inlet boundary connection.

**6.2.5 Transformation Pieces.** Transformation pieces shall be used when a duct with a measuring plane is to be connected to the fan and it is of a size or shape that differs from the fan connection. Such pieces shall not contain any converging element that makes an angle with the duct axis of greater than 7.5° or a diverging element that makes an angle with the duct axis of greater than 3.5°. The axes of the fan opening and duct shall coincide. See Figure 5. Connecting ducts and elbows of any size and shape may be used between a duct which provides a measuring plane and a chamber.

**6.2.6 Duct Area.** Outlet ducts used to provide measuring stations shall be not more than 5.0% larger or smaller than the fan outlet area. Inlet ducts used to provide measuring stations shall be not more than 12.5% larger nor 7.5% smaller than the fan inlet area. [15]

**6.2.7 Roundness.** The portion of a Pitot traverse duct within one-half duct diameter of either side of the plane of measurement shall be round within 0.5% of the duct diameter. The remainder of the duct shall be round within 1% of the duct diameter. The area of the plane of measurement shall be determined from the average of four diameters measured at 45° increments. The diameter measurements shall be accurate to 0.2%.

**6.2.8 Straighteners.** Straighteners are specified so that flow lines will be approximately parallel to the duct axis. Straighteners shall be used in all ducts which provide measuring planes. The downstream plane of the straightener shall be located between 5 and 5.25 duct diameters upstream of the plane of the Pitot traverse or piezometer station. The form of the straightener shall be as specified in Figure 6. To avoid excessive pressure drop through the flow straightener, careful attention to construction tolerances and details is important. [16]

**6.3 Chambers.** A chamber may be incorporated in a laboratory setup to provide a measuring station or to simulate the conditions the fan is expected to encounter in service or both. A chamber may have a circular or rectangular cross-sectional shape. The dimension $M$ in the test setup diagram is the inside diameter of a circular chamber or the equivalent diameter of dimensions $a$ and $b$ where

$$M = \sqrt{4ab/\pi} \qquad\qquad \text{Eq. 6.2}$$

**6.3.1 Outlet Chambers.** An outlet chamber (Figure 11 or 12) shall have a cross-sectional area at least nine times the area of the fan outlet or outlet duct for fans with axis of rotation perpendicular to the discharge flow and a cross-sectional area at least sixteen times the area of the

fan outlet or outlet duct for fans with axis of rotation parallel to the discharge flow. [17]

**6.3.2 Inlet Chambers.** Inlet chambers (Figures 13, 14, or 15) shall have a cross-sectional area at least five times the fan inlet area .

**6.3.3 Flow Settling Means.** Flow settling means shall be installed in chambers where indicated on the test setup figures to provide proper airflow patterns.

Where a measuring plane is located downstream of the settling means, the settling means is provided to ensure a substantially uniform airflow ahead of the measuring plane. In this case, the maximum local velocity at a distance 0.1 $M$ downstream of the screen shall not exceed the average velocity by more than 25% unless the maximum local velocity is less than  2 $m/s$ (400 $fpm$).

Where a measuring plane is located upstream of the settling means, the purpose of the settling screen is to absorb the kinetic energy of the upstream jet, and allow its normal expansion as if in an unconfined space. This requires some backflow to supply the air to mix at the jet boundaries, but the maximum reverse velocity shall not exceed 10% of the calculated Plane 2 or Plane 6 mean jet velocity.

Where measuring planes are located on both sides of the settling means within the chamber, the requirements for each side as outlined above shall be met.

Any combinations of screens or perforated plates that will meet these requirements may be used, but in general a reasonable chamber length for the settling means is necessary to meet both requirements. Screens of square mesh round wire with open areas of 50% to 60% are suggested and several will usually be needed to meet the above performance specifications. A performance check will be necessary to verify the flow settling means are providing proper flow patterns.

**6.3.4 Multiple Nozzles.** Multiple nozzles shall be located as symmetrically as possible. The centerline of each nozzle shall be at least 1.5 nozzle throat diameters from the chamber wall. The minimum distance between centers of any two nozzles in simultaneous use shall be three times the throat diameter of the larger nozzle.

The uncertainty of the airflow rate measurement can be reduced by changing to a smaller nozzle or combination of nozzles for the lower airflow rate range of the fan.

**6.4 Variable Supply and Exhaust Systems.** A means of varying the point of operation shall be provided in a laboratory setup.

**6.4.1 Throttling Devices.** Throttling devices may be used to control the point of operation of the fan. Such

devices shall be located on the end of the duct or chamber and should be symmetrical about the duct or chamber axis.

**6.4.2 Auxiliary Fans.** Auxiliary fans may be used to control the point of operation of the test fan. They shall be designed to provide sufficient pressure at the desired flow rate to overcome losses through the test setup. Flow adjustment means, such as dampers, fan blade or fan inlet vane pitch control, or speed control may be required. Auxiliary fans shall not surge or pulsate during tests.

# 7. Observations and Conduct of Test

## 7.1 General Test Requirements

**7.1.1 Determinations.** The number of determinations required to establish the performance of a fan over the range from shut off to free delivery will depend on the shapes of the various characteristic curves. Plans shall be made to vary the opening of the throttling device in such a way that the test points will be well spaced. At least eight determinations shall be made. Additional determinations may be required to define curves for fans which exhibit dips or other discontinuities in one or more of the characteristic curves. When performance at only one point of operation or only over a portion of the performance range is required, the number of determinations shall be sufficient to define the performance range of interest, but at least three points are required to define a short curve for a single point of interest.

**7.1.2 Equilibrium.** Equilibrium conditions shall be established before each determination. To test for equilibrium, trial observations shall be made until steady readings are obtained. Ranges of air delivery over which equilibrium cannot be established shall be recorded.

**7.1.3 Stability.** Any bi-stable performance points (airflow rates at which two different pressure values can be measured) shall be reported. When they are a result of hysteresis, the points shall be identified as that for decreasing airflow rate and that for increasing airflow rate.

## 7.2 Data to be Recorded

**7.2.1 Test Unit.** The description of the test unit shall be recorded. The nameplate data should be copied. Dimensions should be checked against a drawing and a copy of the drawing attached to the data.

**7.2.2 Test Setup.** The description of the test setup including specific dimensions shall be recorded. Reference may be made to the figures in this standard. Alternatively, a drawing or annotated photograph of the setup may be attached to the data.

**7.2.3 Instruments.** The instruments and apparatus used in the test shall be listed. Names, model numbers, serial numbers, scale ranges, and calibration information should be recorded.

**7.2.4 Test Data.** Test data for each determination shall be recorded. Readings shall be made simultaneously whenever possible.

**7.2.4.1 All Tests.** For all types of tests, three readings of ambient dry-bulb temperature ($t_{do}$), ambient wet-bulb temperature ($t_{wo}$), ambient barometric pressure ($p_b$), fan outlet dry-bulb temperature ($t_{d2}$), fan speed ($N$), and either beam load ($F$), torque ($T$), or power input to motor ($W$) shall be recorded unless the readings are steady in which case only one need be recorded.

**7.2.4.2 Pitot Test.** For Pitot traverse tests, one reading each of velocity pressure ($P_{v3r}$) and static pressure ($P_{s3r}$) shall be recorded for each Pitot station. In addition, three readings of traverse-plane dry-bulb temperature ($t_{d3}$) shall be recorded unless the readings are steady in which case only one need be recorded.

**7.2.4.3 Duct Nozzle Tests.** For duct nozzle tests, one reading each of pressure drop ($\Delta P$), approach dry-bulb temperature ($t_{d4}$), and approach static pressure ($P_{s4}$) shall be recorded.

**7.2.4.4 Chamber Nozzle Tests.** For chamber nozzle tests, the nozzle combinations and one reading each of pressure drop ($\Delta P$), approach dry-bulb temperature ($t_{d5}$), approach static pressure ($P_{s5}$), shall be recorded.

**7.2.4.5 Inlet Chamber Tests.** For inlet chamber tests, one reading each of inlet chamber dry-bulb temperature ($t_{d8}$) and inlet chamber total pressure ($P_{t8}$) shall be recorded.

**7.2.4.6 Outlet Chamber Tests.** For outlet chamber tests, one reading each of outlet chamber dry-bulb temperature ($t_{d7}$) and outlet chamber static pressure ($P_{s4}$) shall be recorded.

**7.2.4.7 Outlet Duct Chamber Tests.** For outlet duct chamber tests, one reading each of outlet duct dry-bulb temperature ($t_{d4}$) and outlet duct static pressure ($P_{s4}$) shall be recorded.

**7.2.4.8 Low Pressure Tests.** For tests where $P_s$ is less than 1 $kPa$ (4 in. wg) the temperatures may be considered uniform throughout the test setup and only $t_{do}$ and $t_{wo}$ need be measured.

**7.2.5  Personnel.**  The names of test personnel shall be listed with the data for which they are responsible.

# 8.  Calculations

**8.1  Calibration Correction.**  Calibration correction, when required, shall be applied to individual readings before averaging or other calculations.   Calibration correction need not be made if the correction is smaller than one half the maximum allowable error as specified in Section 5.

## 8.2  Density and Viscosity of Air

**8.2.1  Atmospheric Air Density.**  The density of atmospheric air ($\rho_o$) shall be determined from measurements, taken in the general test area, of dry-bulb temperature ($t_{do}$), wet-bulb temperature ($t_{wo}$), and barometric pressure ($p_b$) using the following formulae [18].

$$p_e = 3.25t_{wo}^2 + 18.6t_{wo} + 692 \text{ Pa} \qquad \text{Eq. 8.1 SI}$$

$$p_e = (2.96\text{E-}04)t_{wo}^2 - (1.59\text{E-}02)t_{wo} + 0.41,$$
$$\text{Eq. 8.1 I-P}$$

$$p_p = p_e - p_b \left( \frac{t_{do} - t_{wo}}{1500} \right), \text{ and} \qquad \text{Eq. 8.2 SI}$$

$$p_p = p_e - p_b \left( \frac{t_{do} - t_{wo}}{2700} \right), \text{ and} \qquad \text{Eq. 8.2 I-P}$$

$$\rho_o = \frac{\left( p_b - 0.378\, p_p \right)}{R \left( t_{do} + 273.15 \right)} \qquad \text{Eq. 8.3 SI}$$

$$\rho_o = \frac{70.73 \left( p_b - 0.378\, p_p \right)}{R \left( t_{do} + 459.67 \right)} \qquad \text{Eq. 8.3 I-P}$$

The first equation (8.1) is approximately correct for $p_e$ for a range of $t_{wo}$ between 4°C and 32°C (40°F and 90°F).  More precise values of $p_e$ can be obtained from the ASHRAE Handbook of Fundamentals [19].  The gas constant ($R$) may be taken as 287.1 $J/kgK$ (53.35 $ft \cdot lbf/lbm \cdot °R$) for air.

**8.2.2  Duct or Chamber Air Density.**  The density of air in a duct or chamber at Plane x ($\rho_x$) may be calculated by correcting the density of atmospheric air ($\rho_o$) for the pressure ($P_{sx}$) and temperature ($t_{dx}$) at Plane x using

$$\rho_x = \rho_o \left( \frac{t_{do} + 273.15}{t_{dx} + 273.15} \right) \left( \frac{P_{sx} + p_b}{p_b} \right) \qquad \text{Eq. 8.4 SI}$$

$$\rho_x = \rho_o \left( \frac{t_{do} + 459.67}{t_{dx} + 459.67} \right) \left( \frac{P_{sx} + 13.63 p_b}{13.63 p_b} \right)$$
$$\text{Eq. 8.4 I-P}$$

**8.2.3  Fan Air Density.**  The fan air density ($\rho$) shall be calculated from the density of atmospheric air ($\rho_o$), the total pressure at the fan inlet ($P_{t1}$), and the total temperature at the fan inlet ($t_{s1}$) using

$$\rho = \rho_o \left( \frac{P_{s1} + p_b}{p_b} \right) \left( \frac{t_{do} + 273.15}{t_{s1} + 273.15} \right)$$
$$\text{Eq. 8.5 SI}$$

$$\rho = \rho_o \left( \frac{P_{s1} + 13.63 p_b}{13.63 p_b} \right) \left( \frac{t_{do} + 459.67}{t_{s1} + 459.67} \right)$$
$$\text{Eq. 8.5 I-P}$$

On all outlet duct and outlet chamber setups, $P_{t1}$ is equal to zero and $t_{t1}$ is equal to $t_{do}$.  On all inlet chamber setups, $P_{t1}$ is equal to $P_{t8}$ and $t_{s1}$ is equal to $t_{d8}$.  On the inlet duct setup, $t_{s1}$ is equal to $t_{d3}$ and $P_{t1}$ may be considered equal to $P_{t3}$ for fan air density calculations.

**8.2.4  Dynamic Air Viscosity.**  The viscosity ($\mu$) shall be calculated from

$$\mu = (17.23 + 0.048t_d) \text{ E-06} \qquad \text{Eq. 8.6 SI}$$

$$\mu = (11.00 + 0.018t_d) \text{ E-06} \qquad \text{Eq. 8.6 I-P}$$

The value for 20°C (68°F) air, which is 1.819E-05 $Pa$-$s$ (1.222E-05 $lbm/ft \cdot s$), may be used between 4°C (40°F) and 40°C (100°F) [20].

## 8.3  Fan Airflow Rate at Test Conditions

**8.3.1  Velocity Traverse.**  The fan airflow rate may be calculated from velocity pressure measurements ($P_{v3}$) taken by Pitot traverse.

**8.3.1.1  Velocity Pressure.**  The velocity pressure ($P_{v3}$) corresponding to the average velocity shall be obtained by taking the square roots of the individual

measurements ($P_{v3r}$) (see Figure 3), summing the roots, dividing the sum by the number of measurements ($n$), and squaring the quotient as indicated by

$$P_{v3} = \left( \frac{\Sigma \sqrt{P_{v3r}}}{n} \right)^2 \qquad \text{Eq. 8.7}$$

**8.3.1.2  Velocity.** The average velocity ($V_3$) shall be obtained from the density at the plane of traverse ($\rho_3$) and the corresponding velocity pressure ($P_{v3}$) using

$$V_3 = \sqrt{\frac{2 P_{v3}}{\rho_3}} \qquad \text{Eq. 8.8 SI}$$

$$V_3 = 1097 \sqrt{\frac{P_{v3}}{\rho_3}} \qquad \text{Eq. 8.8 I-P}$$

**8.3.1.3  Airflow Rate.** The airflow rate ($Q_3$) at the Pitot traverse plane shall be obtained from the velocity ($V_3$) and the area ($A_3$) using

$$Q_3 = V_3 A_3 \qquad \text{Eq. 8.9}$$

**8.3.1.4  Fan Airflow Rate.** The fan airflow rate at test conditions ($Q$) shall be obtained from the equation of continuity,

$$Q = Q_3 \, (\rho_3/\rho) \qquad \text{Eq. 8.10}$$

**8.3.2  Nozzle**. The fan airflow rate may be calculated from the pressure differential ($\Delta P$) measured across a single nozzle or a bank of multiple nozzles. [21]

**8.3.2.1  Alpha Ratio.** The ratio of absolute nozzle exit pressure to absolute approach pressure shall be calculated from

$$a = \frac{P_{s6} + p_b}{P_{sx} + p_b} \text{ or} \qquad \text{Eq. 8.11 SI}$$

$$a = \frac{P_{s6} + 13.63 p_b}{P_{sx} + 13.63 p_b} \text{ or} \qquad \text{Eq. 8.11 I-P}$$

$$a = 1 - \frac{\Delta P}{\rho_x R(t_{dx} + 273.15)} \qquad \text{Eq. 8.12 SI}$$

$$a = 1 - \frac{5.187 \, \Delta P}{\rho_x R(t_{dx} + 459.67)} \qquad \text{Eq. 8.12 I-P}$$

The gas constant ($R$) may be taken as 287.1 $J/kg \cdot K$ (53.35 $ft \cdot lbf/lbm \cdot °R$) for air. Plane x is Plane 4 for duct approach or Plane 5 for chamber approach.

**8.3.2.2  Beta Ratio.** The ratio ($\beta$) of nozzle exit diameter ($D_6$) to approach duct diameter ($D_x$) shall be calculated from

$$\beta = D_6/D_x \qquad \text{Eq. 8.13}$$

For a duct approach $D_x = D_4$. For a chamber approach, $D_x = D_5$, and $\beta$ may be taken as zero.

**8.3.2.3  Expansion Factor.** The expansion factor ($Y$) may be obtained from

$$Y = \left[ \frac{\gamma}{\gamma - 1} \alpha^{2/\gamma} \frac{1 - \alpha^{(\gamma-1)/\gamma}}{1 - \alpha} \right]^{1/2} \left[ \frac{1 - \beta^4}{1 - \beta^4 \alpha^{2/\gamma}} \right]^{1/2}$$

$$\text{Eq. 8.14}$$

The ratio of specific heats ($\gamma$) may be taken as 1.4 for air. Alternatively, the expansion factor for air may be approximated with sufficient accuracy by:

$$Y = 1 - (0.548 + 0.71 \, \beta^4) \, (1 - \alpha) \qquad \text{Eq. 8.15}$$

**8.3.2.4  Energy Factor.** The energy factor ($E$) may be determined by measuring velocity pressures ($P_{vr}$) upstream of the nozzle at standard traverse stations and calculating

$$E = \frac{\left( \frac{\Sigma \left( P_{vr}^{\,3/2} \right)}{n} \right)}{\left( \frac{\Sigma \left( P_{vr}^{\,1/2} \right)}{n} \right)^3} \qquad \text{Eq. 8.16}$$

Sufficient accuracy can be obtained for setups qualifying under this standard by setting $E = 1.0$ for chamber approach or $E = 1.043$ for duct approach [8].

**8.3.2.5  Reynolds Number.** The Reynolds number ($Re$) based on nozzle exit diameter ($D_6$) in $m$ ($ft$) shall be calculated from

$$Re = \frac{D_6 \, V_6 \, \rho_6}{\mu} \qquad \text{Eq. 8.17 SI}$$

$$Re = \frac{D_6 \, V_6 \, \rho_6}{60 \mu} \qquad \text{Eq. 8.17 I-P}$$

using properties of air as determined in 8.2 and the

appropriate velocity ($V_6$) in *m/s (fpm)*. Since the velocity determination depends on Reynolds number an approximation must be employed. It can be shown that

$$Re = \frac{\sqrt{2}}{\mu} C D_6 Y \sqrt{\frac{\Delta P \, \rho_x}{1 - E \beta^4}} \qquad \text{Eq. 8.18 SI}$$

$$Re = \frac{1097}{60 \mu} C D_6 Y \sqrt{\frac{\Delta P \, \rho_x}{1 - E \beta^4}} \qquad \text{Eq. 8.18 I-P}$$

For duct approach $\rho_x = \rho_4$. For chamber approach $\rho_x = \rho_5$, and $\beta$ may be taken as zero.

Refer to Appendix F for an example of an iterative process to determine *Re* and *C*.

**8.3.2.6  Discharge Coefficient.** The nozzle discharge coefficient (*C*) shall be determined from

$$C = 0.9986 - \frac{7.006}{\sqrt{Re}} + \frac{134.6}{Re} \quad \text{for } \frac{L}{D} = 0.6$$

$$\text{Eq. 8.19}$$

$$C = 0.9986 - \frac{6.688}{\sqrt{Re}} + \frac{131.5}{Re} \quad \text{for } \frac{L}{D} = 0.5$$

$$\text{Eq. 8.20}$$

for *Re* of 12,000 and above [8].

Refer to Appendix F for an example of an iterative process to determine *Re* and *C*.

**8.3.2.7  Airflow Rate for Ducted Nozzle.** The volume airflow rate ($Q_4$) at the entrance to a ducted nozzle shall be calculated from

$$Q_4 = \frac{CA_6 \, Y \sqrt{2 \Delta P / \rho_4}}{\sqrt{1 - E B^4}} \qquad \text{Eq. 8.21 SI}$$

$$Q_4 = \frac{1097 \, CA_6 \, Y \sqrt{\Delta P / \rho_4}}{\sqrt{1 - E \beta^4}} \qquad \text{Eq. 8.21 I-P}$$

The area ($A_6$) is measured at the plane of the throat taps.

**8.3.2.8  Airflow Rate for Chamber Nozzles.** The volume airflow rate ($Q_5$) at the entrance to a nozzle or multiple nozzles with chamber approach shall be calculated from

$$Q_5 = Y \sqrt{\frac{2 \Delta P}{\rho_5}} \, \Sigma \left( CA_6 \right) \qquad \text{Eq. 8.22 SI}$$

$$Q_5 = 1097 \, Y \sqrt{\frac{\Delta P}{\rho_5}} \, \Sigma \left( CA_6 \right) \qquad \text{Eq. 8.22 I-P}$$

The coefficient (*C*) and area ($A_6$) must be determined for each nozzle and their products summed as indicated. The area ($A_6$) is measured at the plane of the throat taps or the nozzle exit for nozzles without throat taps.

**8.3.2.9  Fan Airflow Rate.** The fan airflow rate (*Q*) at test conditions shall be obtained from the equation of continuity,

$$Q = Q_x \left( \rho_x / \rho \right) \qquad \text{Eq. 8.23}$$

where Plane x is either Plane 4 or Plane 5 as appropriate.

## 8.4  Fan Velocity Pressure at Test Conditions

**8.4.1  Pitot Traverse.** When Pitot traverse measurements are made, the fan velocity pressure ($P_v$) shall be determined from the velocity pressure ($P_{v3}$) using

$$P_v = P_{v3} \left( \frac{\rho_3}{\rho_2} \right) \left( \frac{A_3}{A_2} \right)^2 \qquad \text{Eq. 8.24}$$

Whenever $P_{s3}$ and $P_{s2}$ differ by less than 1 *kPa* (4 *in. wg*), $\rho_2$ may be considered equal to $\rho_3$.

**8.4.2  Nozzle.** When airflow rate is determined from nozzle measurements, the fan velocity pressure ($P_v$) shall be calculated from the velocity ($V_2$) and density ($\rho_2$) at the fan outlet using

$$Q_2 = Q \left( \rho / \rho_2 \right) \qquad \text{Eq. 8.25}$$

$$V_2 = Q_2 / A_2 \qquad \text{Eq. 8.26}$$

and

$$P_v = \frac{\rho_2 V_2^2}{2} \qquad \text{Eq. 8.27 SI}$$

$$P_v = \rho_2 \left( \frac{V_2}{1097} \right)^2$$

$$\text{Eq. 8.27 I-P}$$

or

$$P_v = \left( \frac{Q\rho}{A_2} \right)^2 \frac{1}{2\rho_2} \qquad \text{Eq. 8.28 SI}$$

$$P_v = \left( \frac{Q\rho}{1097 A_2} \right)^2 \frac{1}{\rho_2} \qquad \text{Eq. 8.28 I-P}$$

For outlet duct setups, whenever $P_{s4}$ and $P_{s2}$ differ by less than 1 $kPa$ (4 $in.\ wg$), $\rho_2$ may be considered equal to $\rho_4$.

**8.5 Fan Total Pressure at Test Conditions.** The fan total pressure shall be calculated from measurements of pressures in ducts or chambers corrected for pressure losses in measuring ducts which occur between the fan and the measuring stations.

**8.5.1 Averages.** Certain averages shall be calculated from measurements as follows:

**8.5.1.1** When a Pitot traverse is used for pressure measurement: the average velocity pressure $(P_{v3})$ shall be as determined in 8.3.1.1. The average velocity $(V_3)$ shall be as determined in 8.3.1.2, and the average static pressure $(P_{s3})$ shall be calculated from

$$P_{s3} = \frac{\Sigma P_{s3r}}{n} \qquad \text{Eq. 8.29}$$

**8.5.1.2 Duct Piezometer.** When a duct piezometer is used for pressure measurement the average static pressure $(P_{s4})$ shall be the measured value $(P_{s4r})$. The average velocity $(V_4)$ shall be calculated from the airflow rate $(Q)$ as determined in 8.3.2.9, and

$$V_4 = \left( \frac{Q}{A_4} \right) \left( \frac{\rho}{\rho_4} \right) \qquad \text{Eq. 8.30}$$

and the average velocity pressure $(P_{v4})$ shall be calculated from

$$P_{v4} = \frac{\rho_4 \, V_4^2}{2} \qquad \text{Eq. 8.31 SI}$$

$$P_{v4} = \rho_4 \left( \frac{V_4}{1097} \right)^2 \qquad \text{Eq. 8.31 I-P}$$

**8.5.1.3 Chamber.** When a chamber piezometer or total pressure tube is used for pressure measurement, the average static pressure $(P_{s7})$ shall be the measured value $(P_{s7r})$ and the average total pressure $(P_{t8})$ shall be the measured value $(P_{t8r})$.

**8.5.2 Pressure Losses.** Pressure losses shall be calculated for measuring ducts and straighteners which are located between the fan and the measuring station.

**8.5.2.1 Hydraulic Diameter.** The hydraulic diameter for round ducts is the actual diameter $(D)$. The hydraulic diameter for rectangular ducts shall be calculated from the inside traverse dimensions $a$ and $b$ using

$$D_h = 2\ ab/(a + b) \qquad \text{Eq. 8.32}$$

**8.5.2.2 Reynolds Number.** The Reynolds number $(Re)$ based on the hydraulic diameter $(D_h)$ in $m$ $(ft)$ shall be calculated from

$$Re = \frac{D_h V \rho}{\mu} \qquad \text{Eq. 8.33 SI}$$

$$Re = \frac{D_h V \rho}{60 \mu} \qquad \text{Eq. 8.33 I-P}$$

using properties of air as determined in 8.2 and the appropriate velocity $(V)$ in $m/s$ $(fpm)$.

**8.5.2.3 Coefficient of Friction.** The coefficient of friction $(f)$ shall be determined from [22]:

$$f = \frac{0.14}{Re^{0.17}} \qquad \text{Eq. 8.34}$$

**8.5.2.4 Straightener Equivalent Length. [22]** The ratio of equivalent length of a straightener $(L_e)$ to hydraulic diameter $(D_h)$ shall be determined from the element thickness $(y)$ and equivalent diameter $(D)$ using

$$\frac{L_e}{D_h} = \frac{15.04}{\left[ 1 - 26.65 \left( \frac{y}{D} \right) + 184.6 \left( \frac{y}{D} \right)^2 \right]^{1.83}} \qquad \text{Eq. 8.35}$$

This expression is exact for round duct straighteners and sufficiently accurate for rectangular duct straighteners.

**8.5.3 Inlet Total Pressure.** The total pressure at the fan inlet $(P_{t1})$ shall be calculated as follows:

**8.5.3.1 Open Inlet.** When the fan draws directly from atmosphere, $P_{t1}$ shall be considered equal to atmospheric pressure, which is zero gauge, so that

$$P_{t1} = 0 \qquad \text{Eq. 8.36}$$

**8.5.3.2 Inlet Chamber.** When the fan is connected to an inlet chamber, $P_{t1}$ shall be considered equal to the

chamber pressure $(P_{t8})$, so that

$$P_{t1} = P_{t8} \qquad \text{Eq. 8.37}$$

**8.5.3.3   Inlet Duct.** When the fan is connected to an inlet duct, $P_{t1}$ shall be considered equal to the algebraic sum of the average static pressure $(P_{s3})$ and the average velocity pressure $(P_{v3})$ corrected for the friction due to the length of duct $(L_{1,3})$ between the measuring station and the fan, so that

$$P_{t1} = P_{s3} + P_{v3} - f\frac{L_{1,3}}{D_{h3}}P_{v3} \qquad \text{Eq. 8.38}$$

Pressure $P_{s3}$ will be less than atmospheric and its value will be negative.

**8.5.4   Outlet Total Pressure.** The total pressure at the fan outlet $(P_{t2})$ shall be calculated as follows:

**8.5.4.1   Open Outlet.** When the fan discharges directly to atmosphere, the static pressure at the outlet $(P_{s2})$ shall be considered equal to atmospheric pressure, which is zero gauge, so that

$$P_{t2} = P_{v2} = P_v \qquad \text{Eq. 8.39}$$

The value of $P_v$ shall be as determined in 8.4.

**8.5.4.2   Outlet Chamber.** When the fan discharges directly into an outlet chamber, the static pressure at the outlet $(P_{s2})$ shall be considered equal to the average chamber pressure $(P_{s7})$, so that

$$P_{t2} = P_{s7} + P_{v2} = P_{s7} + P_v \qquad \text{Eq. 8.40}$$

The value of $P_v$ shall be as determined in 8.4.

**8.5.4.3   Short Duct.** When the fan discharges through an outlet duct without a measuring station either to atmosphere or into an outlet chamber, the pressure loss of the duct shall be considered zero and calculations made according to 8.5.4.1 or 8.5.4.2.

**8.5.4.4   Piezometer Outlet Duct.** When the fan discharges into a duct with a piezometer ring, $P_{t2}$ shall be considered equal to the sum of the average static pressure $(P_{s4})$ and the average velocity pressure $(P_{v4})$ corrected for the friction due to both the equivalent length of the straightener $(L_e)$ and the length of duct $(L_{2,4})$ between the fan and the measuring station, so that

$$P_{t2} = P_{s4} + P_{v4} + f\left(\frac{L_{2,4}}{D_{h4}} + \frac{L_e}{D_{h4}}\right)P_{v4} \qquad \text{Eq. 8.41}$$

**8.5.4.5   Pitot Outlet Duct.** When the fan discharges into a duct with a Pitot traverse, $P_{t2}$ shall be considered equal to the sum of the average static pressure $(P_{s3})$ and the average velocity pressure $(P_{v3})$ corrected for the friction due to both the equivalent length of the straightener $(L_e)$ and the length of duct $(L_{2,3})$ between the fan and the measuring station, so that

$$P_{t2} = P_{s3} + P_{v3} + f\left(\frac{L_{2,3}}{D_{h3}} + \frac{L_e}{D_{h3}}\right)P_{v3} \qquad \text{Eq. 8.42}$$

**8.5.5   Fan Total Pressure.** The fan total pressure $(P_t)$ shall be calculated from

$$P_t = P_{t2} - P_{t1} \qquad \text{Eq. 8.43}$$

This is an algebraic expression so that if $P_{t1}$ is negative, $P_t$ will be numerically greater than $P_{t2}$.

**8.6   Fan Static Pressure at Test Conditions**
The fan static pressure $(P_s)$ shall be calculated from

$$P_s = P_t - P_v \qquad \text{Eq. 8.44}$$

**8.7   Fan Power Input at Test Conditions**

**8.7.1   Reaction Dynamometer.** When a reaction dynamometer is used to measure torque, the fan power input $(H)$ shall be calculated from the beam load $(F)$, using the moment arm $(l)$, and the fan speed $(N)$ using

$$H = \frac{2\pi F l N}{60} \qquad \text{Eq. 8.45 SI}$$

$$H = \frac{2\pi F l N}{33000 \times 12} \qquad \text{Eq. 8.45 I-P}$$

**8.7.2   Torsion Element.** When a torsion element is used to measure torque, the fan power input $(H)$ shall be calculated from the torque $(T)$ and the speed $(N)$ using

$$H = \frac{2\pi T N}{60} \qquad \text{Eq. 8.46 SI}$$

$$H = \frac{2\pi T N}{33000 \times 12} \qquad \text{Eq. 8.46 I-P}$$

**8.7.3 Calibrated Motor.** When a calibrated electric motor is used to measure input, the fan power input ($H$) may be calculated from the power input to the motor ($W$) and the motor efficiency ($\eta$) using

$$H = W\eta \qquad \text{Eq. 8.47 SI}$$

$$H = \frac{W\eta}{745.7} \qquad \text{Eq. 8.47 I-P}$$

**8.8 Fan Efficiency**

**8.8.1 Fan Power Output.** The fan power output ($H_o$) would be proportional to the product of fan airflow rate ($Q$) and fan total pressure ($P_t$) if air were incompressible. Since air is compressible, thermodynamic effects influence output and a compressibility coefficient ($K_p$) must be applied making output proportional to $Q\,P_t\,K_p$ [23].

$$H_o = Q\,P_t\,K_p \qquad \text{Eq. 8.48 SI}$$

$$H_o = \frac{Q\,P_t\,K_p}{6362} \qquad \text{Eq. 8.48 I-P}$$

**8.8.2 Compressibility Factor.** The compressibility coefficient ($K_p$) may be determined from

$$x = \frac{P_t}{P_{t1} + p_b} \qquad \text{Eq. 8.49 SI}$$

$$x = \frac{P_t}{P_{t1} + 13.63\,p_b} \quad \text{and} \qquad \text{Eq. 8.49 I-P}$$

$$z = \left(\frac{\gamma - 1}{\gamma}\right)\left(\frac{H/Q}{P_{t1} + p_b}\right) \qquad \text{Eq. 8.50 SI}$$

$$z = \left(\frac{\gamma - 1}{\gamma}\right)\left(\frac{6362\,H/Q}{P_{t1} + 13.63\,p_b}\right) \qquad \text{Eq. 8.50 I-P}$$

using

$$K_p = \left(\frac{\ln(1 + x)}{x}\right)\left(\frac{z}{\ln(1 + z)}\right) \qquad \text{Eq. 8.51}$$

which may be evaluated directly [23]. $P_t$, $P_{t1}$, $p_b$, $H$, and $Q$ are all test values. The isentropic exponent ($\gamma$) may be taken as 1.4 for air.

**8.8.3 Fan Total Efficiency.** The fan total efficiency ($\eta_t$) is the ratio of fan power output to fan power input or

$$\eta_t = \frac{Q\,P_t\,K_p}{H} \qquad \text{Eq. 8.52 SI}$$

$$\eta_t = \frac{Q\,P_t\,K_p}{6362\,H} \qquad \text{Eq. 8.52 I-P}$$

**8.8.4 Fan Static Efficiency.** The fan static efficiency ($\eta_s$) may be calculated from the fan total efficiency ($\eta_t$) and the ratio of fan static pressure to fan total pressure using

$$\eta_s = \eta_t\left(\frac{P_s}{P_t}\right) \qquad \text{Eq. 8.53}$$

**8.9 Conversion to Nominal Constant Values of Density and Speed.**

During a laboratory test, the air density and speed of rotation may vary slightly from one determination to another. It may be desirable to convert the results calculated for test conditions to those that would prevail at nominal constant density, nominal constant speed, or both. This may be done provided the nominal constant density ($\rho_c$) is within 10% of the actual density ($\rho$) and the nominal constant speed ($N_c$) is within 5% of the actual speed ($N$).

**8.9.1 Compressibility Factor Ratio.** In order to make the conversions it is necessary to determine the ratio of the compressibility coefficient for actual conditions to that for nominal conditions ($K_p/K_{pc}$).

This can be accomplished using previously calculated values of $x$ and $z$ for actual conditions as follows:

$$\frac{z}{z_c} = \left(\frac{P_{t1c} + p_{bc}}{P_{t1} + p_b}\right)\left(\frac{\rho}{\rho_c}\right)\left(\frac{N}{N_c}\right)^2\left(\frac{\gamma_c}{\gamma_c - 1}\right)\left(\frac{\gamma - 1}{\gamma}\right)$$

$$\text{Eq. 8.54 SI}$$

$$\frac{z}{z_c} = \left(\frac{P_{t1c} + 13.63\,p_{bc}}{P_{t1} + 13.63\,p_b}\right)\left(\frac{\rho}{\rho_c}\right)\left(\frac{N}{N_c}\right)^2\left(\frac{\gamma_c}{\gamma_c - 1}\right)\left(\frac{\gamma - 1}{\gamma}\right)$$

$$\text{Eq. 8.54 I-P}$$

(Since the ratios of specific heats $\gamma_c$ and $\gamma$ are equal for air at laboratory conditions, the last two factors may be omitted in these and the following equations.)

$$z_c = z/(z/z_c) \qquad \text{Eq. 8.55}$$

$$\ln(1 + x_c) = \ln(1 + x)\left(\frac{\ln(1 + z_c)}{\ln(1 + z)}\right)\left(\frac{\gamma - 1}{\gamma}\right)\left(\frac{\gamma_c}{\gamma_c - 1}\right) \qquad \text{Eq. 8.56}$$

$$x_c = e^{\ln(1 + x_c)} - 1, \text{ and} \qquad \text{Eq. 8.57}$$

$$\frac{K_p}{K_{pc}} = \left(\frac{z}{z_c}\right)\left(\frac{x_c}{x}\right)\left(\frac{\gamma}{\gamma - 1}\right)\left(\frac{\gamma_c - 1}{\gamma_c}\right) \qquad \text{Eq. 8.58}$$

**8.9.2 Conversion Formulae.** Actual test results may be converted to nominal test results using the following [23]:

$$Q_c = Q\left(\frac{N_c}{N}\right)\left(\frac{K_p}{K_{pc}}\right) \qquad \text{Eq. 8.59}$$

$$P_{tc} = P_t\left(\frac{N_c}{N}\right)^2\left(\frac{\rho_c}{\rho}\right)\left(\frac{K_p}{K_{pc}}\right) \qquad \text{Eq. 8.60}$$

$$P_{vc} = P_v\left(\frac{N_c}{N}\right)^2\left(\frac{\rho_c}{\rho}\right) \qquad \text{Eq. 8.61}$$

$$P_{sc} = P_{tc} - P_{vc} \qquad \text{Eq. 8.62}$$

$$H_c = H\left(\frac{N_c}{N}\right)^3\left(\frac{\rho_c}{\rho}\right)\left(\frac{K_p}{K_{pc}}\right) \qquad \text{Eq. 8.63}$$

$$\eta_{tc} = \eta_t, \text{ and} \qquad \text{Eq. 8.64}$$

$$\eta_{sc} = \eta_{tc}\left(\frac{P_{sc}}{P_{tc}}\right) \qquad \text{Eq. 8.65}$$

# 9.  Report and Results of Test

**9.1  Report.**  The report of a laboratory fan test shall include object, results, test data, and descriptions of the test fan including appurtenances, test figure and installation type, test instruments and personnel as outlined in Section 7.  The test report shall also state the inlet, outlet, and power boundaries of the fan and what appurtenances were included with them. The laboratory shall be identified by name and location.

**9.2  Performance Curves.**  The results of a fan test shall be presented as performance curves.   Typical fan performance curves are shown in Figure 17.

**9.2.1    Coordinates    and    Labeling.**    Performance curves shall be drawn with fan airflow rate as abscissa. Fan pressure and fan power input shall be plotted as ordinates.  Fan total pressure, fan static pressure, or both may be shown.  If all results were obtained at the same speed or if results were converted to a nominal speed, such speed shall be listed; otherwise a curve with fan speed as ordinate shall be drawn.  If all results were ob- tained at the same air density or if results were converted to a nominal density, such density shall be listed; other- wise a curve with fan air density as ordinate shall be drawn.   Curves with fan total efficiency or fan static efficiency as ordinates may be drawn.   Barometric pressure shall be listed when fan pressures exceed 2.5 *kPa* (10 *in. wg*).

**9.2.2  Test Points.**  The results for each determination shall be shown on the performance curve as a series of "circled" points, one for each variable plotted as ordinate.

**9.2.3  Curve-Fitting.**  Curves for each variable shall be obtained by drawing a curve or curves using the test points for reference.  The curves shall not depart from the test points by more than 0.5% of any test value and the sum of the deviations shall approximate zero.

**9.2.4  Discontinuities.**  When discontinuities exist they shall be identified with a broken line.  If equilibrium cannot be established for any determination, the curves joining the points for that determination with adjacent points shall be drawn as broken lines.

**9.2.5  Identification.**  Performance curve sheets shall list the test fan and test setup.  Sufficient details shall be listed to identify clearly the fan and setup.  Otherwise a

report containing such information shall be referenced.

## 10. Normative References

The following reference is normative: {1} IEEE 112-1984(R1996) *Standard Test Procedure for Polyphase Induction Motors and Generators,* The Institute of Electrical and Electronics Engineers, New York, NY, U.S.A. (AMCA #1149)



NOTES:

1. SURFACE FINISH SHALL BE 0.8 micrometer (32 *micro-in.*) OR BETTER. THE STATIC ORIFICES MAY NOT EXCEED 1 *mm* (0.04 *in.*) DIAMETER. THE MINIMUM PITOT TUBE STEM DIAMETER RECOGNIZED UNDER THIS STANDARD SHALL BE 2.5 *mm* (0.10 *in.*). IN NO CASE SHALL THE STEM DIAMETER EXCEED 1/30 OF THE TEST DUCT DIAMETER.

2. HEAD SHALL BE FREE FROM NICKS AND BURRS

3. ALL DIMENSIONS SHALL BE WITHIN ±2%.

4. SECTION A-A SHOWS 8 HOLES EQUALLY SPACED AND FREE FROM BURRS. HOLE DIAMETER SHALL BE 0.13 *D*, BUT NOT EXCEEDING 1 *mm* (0.04 *in.*) HOLE DEPTH SHALL NOT BE LESS THAN THE HOLE DIAMETER

PITOT-STATIC TUBE WITH SPHERICAL HEAD

ALL OTHER DIMENSIONS ARE THE SAME AS FOR SPHERICAL HEAD PITOT-STATIC TUBES.



| X/D | V/D | X/D | V/D |
|-------|-------|-------|-------|
| 0.000 | 0.500 | 1.602 | 0.314 |
| 0.237 | 0.496 | 1.657 | 0.295 |
| 0.336 | 0.494 | 1.698 | 0.279 |
| 0.474 | 0.487 | 1.730 | 0.266 |
| 0.622 | 0.477 | 1.762 | 0.250 |
| 0.741 | 0.468 | 1.796 | 0.231 |
| 0.936 | 0.449 | 1.830 | 0.211 |
| 1.025 | 0.436 | 1.858 | 0.192 |
| 1.134 | 0.420 | 1.875 | 0.176 |
| 1.228 | 0.404 | 1.888 | 0.163 |
| 1.313 | 0.388 | 1.900 | 0.147 |
| 1.390 | 0.371 | 1.910 | 0.131 |
| 1.442 | 0.357 | 1.918 | 0.118 |
| 1.506 | 0.343 | 1.920 | 0.109 |
| 1.538 | 0.333 | 1.921 | 0.100 |
| 1.570 | 0.323 |  |  |

ALTERNATE PITOT-STATIC TUBE WITH ELLIPSOIDAL HEAD
**Figure 1    Pitot-Static Tubes**

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51



Surface shall be smooth and free from irregularities within 20D of hole. Edge of hole shall be square and free from burrs.

2.5D min.

D=2mm (0.07 in.) preferred
D=3mm (0.125 in.) max.

2D min.

To Pressure Indicator

NOTE:  A 2 *mm* (0.07 *in.*) HOLE IS THE MAXIMUM SIZE WHICH WILL ALLOW SPACE FOR A SMOOTH SURFACE 20 *D* FROM THE HOLE WHEN INSTALLED 38 *mm* (1.5 *in.*) FROM A PARTITION, SUCH AS IN FIGURES 9, 10, 11, 12, 15.

**Figure 2A  Static Pressure Tap**



END SHALL BE SMOOTH AND FREE FROM BURRS.

8 *D* MIN.

AIRFLOW

0.5 *D* MIN.

*D* = 6 *mm* (0.25 *in.*)

ALL DIMENSIONS SHALL BE WITHIN ±2%.

TO PRESSURE INDICATOR

**Figure 2B  Total Pressure Tube**



60° ±1°

0.021D
0.117D
0.184D
0.345D

D

1.  *D* IS THE AVERAGE OF FOUR MEASUREMENTS AT TRAVERSE PLANE AT 45° ANGLES MEASURED TO ACCURACY OF 0.2% *D*.

2.  TRAVERSE DUCT SHALL BE ROUND WITHIN 0.5% *D* AT TRAVERSE PLANE AND FOR A DISTANCE OF 0.5 *D* ON EITHER SIDE OF TRAVERSE PLANE.

3.  ALL PITOT POSITIONS ±0.0025d RELATIVE TO INSIDE DUCT WALLS.

**Figure 3    Traverse Points in a Round Duct**

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51                                    21



NOZZLE WITH THROAT TAPS            NOZZLE WITHOUT THROAT TAPS

## NOTES

1. The nozzle shall have a cross-section consisting of elliptical and cylindrical portions, as shown. The cylindrical portion is defined as the nozzle throat.
2. The cross-section of the elliptical portion is one quarter of an ellipse, having the large axis $D$ and the small axis $0.667\ D$. A three-radii approximation to the elliptical form that does not differ at any point in the normal direction more than 1.5% from the elliptical form shall be used. The adjacent arcs, as well as the last arc, shall smoothly meet and blend with the nozzle throat. The recommended approximation which meets these requirements is shown in Figure 4B by Cermak, J., Memorandum Report to AMCA 210/ASHRAE 51P Committee, June 16, 1992.
3. The nozzle throat dimension $L$ shall be either $0.6D \pm 0.005D$ (recommended), or $0.5D \pm 0.005D$.
4. The nozzle throat dimension $D$ shall be measured in situ to an accuracy of $0.001D$ at the throat entrance (at a distance $L$ from the nozzle exit towards the nozzle inlet, and at the nozzle exit. At each of four locations $45° \pm 2°$ apart, the measured throat diameter shall be up to $0.002D$ greater but not less than the mean diameter at the nozzle exit.
5. The nozzle surface in the direction of flow from the nozzle inlet towards the nozzle exit shall fair smoothly so that a straight-edge may be rocked over the surface without clicking. The macro-pattern of the surface shall not exceed $0.001D$, peak-to-peak. The edge of the nozzle exit shall be square, sharp, and free of burrs, nicks or roundings.
6. In a chamber, the use of either of the nozzle types shown above is permitted. A nozzle with throat taps shall be used when the discharge is direct into a duct, and the nozzle outlet should be flanged.
7. A nozzle with throat taps shall have four such taps conforming to Figure 2A, located $90° \pm 2°$ apart. All four taps shall be connected to a piezometer ring.

**Figure 4A    Nozzles**



ALL RADII ARE TO
THIS SURFACE

$D$

$0.667D$

$0.8500D$

$0.4500D$

$1.4490D$

34.1297°

34.4363°

21.4340°

**Figure 4B    Three Arc Approximation of Elliptical Nozzle**



SECTION A-A
(CONVERGING SECTION)

SECTION B-B
(DIVERGING SECTION)

Figure 5   Transformation Piece

**All dimensions shall be within±0.005D except y which shall not exceed 0.005D**



DUCT



NOTE:   Cell sides shall be flat and straight. Where y ≥ 3 *mm* (0.125 *in.*), the leading edge of each segment shall have a chamfer of 1.3 *mm* (0.05 *in.*) per side. The method of joining cell segments (such as tack welds) shall be kept to the minimum required for mechanical integrity and shall result in minimum protrusion into the fluid stream.

**Figure 6    Flow Straightener**



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. Dotted lines on the outlet indicate a diffuser cone which may be used to approach more nearly free delivery.

### FLOW AND PRESSURE FORMULAE

$$P_{v3} = \left( \frac{\Sigma \sqrt{P_{v3r}}}{n} \right)^2$$

$$*V_3 = \sqrt{2} \sqrt{\frac{P_{v3}}{\rho_3}}$$

$$Q_3 = V_3 A_3$$

$$Q = Q_3 \left( \frac{\rho_3}{\rho} \right)$$

$$P_{s3} = \frac{\Sigma P_{s3r}}{n}$$

$$P_v = P_{v3} \left( \frac{A_3}{A_2} \right)^2 \left( \frac{\rho_3}{\rho_2} \right)$$

$$P_{t1} = 0$$

$$P_{t2} = P_{s3} + P_{v3} + f \left( \frac{L_{2,3}}{D_{h3}} + \frac{L_e}{D_{h3}} \right) P_{v3}$$

$$P_t = P_{t2} - P_{t1}$$

$$P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $V_3$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

Figure 7    Outlet Duct Setup-Pitot Traverse in Outlet Duct



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. This figure may terminate at Plane 6 and interchangeable nozzles may be employed. In this case $\Delta P = P_{s4}$.
3. Variable exhaust system may be an auxiliary fan or a throttling device.

## FLOW AND PRESSURE FORMULAE

$$*Q_4 = \frac{\sqrt{2}\ CA_6\ Y\ \sqrt{\Delta P / \rho_4}}{\sqrt{1 - E\beta^4}}$$

$$P_v = P_{v4}\left(\frac{A_4}{A_2}\right)^2\left(\frac{\rho_4}{\rho_2}\right)$$

$$Q = Q_4\left(\frac{\rho_4}{\rho}\right)$$

$$P_{t1} = 0$$

$$V_4 = \frac{Q_4}{A_4}$$

$$P_{t2} = P_{s4} + P_{v4} + f\left(\frac{L_{2,4}}{D_{h4}} + \frac{L_e}{D_{h4}}\right)P_{v4}$$

$$P_t = P_{t2} - P_{t1}$$

$$*P_{v4} = \left(\frac{V_4}{\sqrt{2}}\right)^2\rho_4$$

$$P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_4$ and $P_{v4}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 8    Outlet Duct Setup-Nozzle on End of Outlet Duct**

**NOTES**

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. Additional ductwork of any size including elbows may be used to connect between the chamber and the exit of the 10 $D$ minimum test duct.
3. Variable exhaust system may be an auxiliary fan or a throttling device.
4. Minimum $M$ is determined by the requirements of 6.3.1 for this figure.

**FLOW AND PRESSURE FORMULAE**

$$*Q_5 = \sqrt{2}\, CA_6 Y \sqrt{\Delta P / \rho_5}$$

$$P_v = P_{v4} \left( \frac{A_4}{A_2} \right) \left( \frac{\rho_4}{\rho_2} \right)$$

$$Q = Q_5 \left( \frac{\rho_5}{\rho} \right)$$

$$P_{t1} = 0$$

$$V_4 = \left( \frac{Q}{A_4} \right) \left( \frac{\rho}{\rho_4} \right)$$

$$P_{t2} = P_{s4} + P_{v4} + f \left( \frac{L_{2,4}}{D_{h4}} + \frac{L_c}{D_{h4}} \right) P_{v4}$$

$$*P_{v4} = \left( \frac{V_4}{\sqrt{2}} \right)^2 \rho_4$$

$$P_t = P_{t2} - P_{t1}$$

$$P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_5$ and $P_{v4}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 9    Outlet Duct Setup-Nozzle on End of Chamber**



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. Additional ductwork of any size, including elbows, may be used to connect between the chamber and the exit of the 10 $D$ minimum test duct.
3. Variable exhaust system may be an auxiliary fan or a throttling device.
4. The distance from the exit face of the largest nozzle to the downstream settling means shall be a minimum of 2.5 throat diameters of the largest nozzle.
5. Minimum $M$ is determined by the requirements of 6.3.1 for this figure.

### FLOW AND PRESSURE FORMULAE

$$*Q_5 = \sqrt{2}\ Y \sqrt{\Delta P\ /\rho_5}\ \Sigma\left(CA_6\right)$$

$$P_v = P_{v4}\left(\frac{A_4}{A_2}\right)^2\left(\frac{\rho_4}{\rho_2}\right)$$

$$Q = Q_5\left(\frac{\rho_5}{\rho}\right)$$

$$P_{t1} = 0$$

$$V_4 = \left(\frac{Q}{A_4}\right)\left(\frac{\rho}{\rho_4}\right)$$

$$P_{t2} = P_{s4} + P_{v4} + f\left(\frac{L_{2,4}}{D_{h4}} + \frac{L_e}{D_{h4}}\right)P_{v4}$$

$$*P_{v4} = \left(\frac{V_4}{\sqrt{2}}\right)^2\rho_4$$

$$P_t = P_{t2} - P_{t1}$$

$$P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_5$ and $P_{v4}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 10    Outlet Duct Setup-Multiple Nozzles in Chamber**



\* See note 5

## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. Dotted lines on fan outlet indicate a uniform duct 2 to 3 equivalent diameters long and of an area within ± 1 % of the fan outlet area and a shape to fit the fan outlet. This may be used to simulate an outlet duct. The outlet duct friction shall not be considered.
3. The fan may be tested without outlet duct in which case it shall be mounted on the end of the chamber.
4. Variable exhaust system may be an auxiliary fan or a throttling device.
5. Dimension $J$ shall be at least 1.0 times the fan equivalent discharge diameter for fans with axis of rotation perpendicular to the discharge flow and at least 2.0 times the fan equivalent discharge diameter for fans with axis of rotation parallel to the discharge flow.
6. Temperature $t_{d2}$ may be considered equal to $t_{d5}$.
7. For the purpose of calculating the density at Plane 5 only, $P_{s5}$ may be considered equal to $P_{s7}$.

### FLOW AND PRESSURE FORMULAE

$$*Q_5 = \sqrt{2}\, C A_6\, Y \sqrt{\Delta P / \rho_5} \qquad\qquad P_v = P_{v2}$$

$$Q = Q_5 \left( \frac{\rho_5}{\rho} \right) \qquad\qquad P_{t1} = 0$$

$$V_2 = \left( \frac{Q}{A_2} \right) \left( \frac{\rho}{\rho_2} \right) \qquad\qquad P_{t2} = P_{s7} + P_v$$

$$P_t = P_{t2} - P_{t1}$$

$$*P_{v2} = \left( \frac{V_2}{\sqrt{2}} \right)^2 \rho_2 \qquad\qquad P_s = P_t - P_v$$

\*The formulae given above are the same in both the SI and the I-P systems, except for $Q_5$ and $P_{v2}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 11   Outlet Chamber Setup-Nozzle on End of Chamber**



**NOTES**

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation.  The duct friction shall not be considered.
2. Dotted lines on fan outlet indicate a uniform duct 2 to 3 equivalent diameters long and of an area within ± 1 % of the fan outlet area and a shape to fit the fan outlet.  This may be used to simulate an outlet duct.  The outlet duct friction shall not be considered.
3. The fan may be tested without outlet duct in which case it shall be mounted on the end of the chamber.
4. Variable exhaust system may be an auxiliary fan or a throttling device.
5. The distance from the exit face of the largest nozzle to the downstream settling means shall be a minimum of 2.5 throat diameters of the largest nozzle.
6. Dimension $J$ shall be at least 1.0 times the fan equivalent discharge diameter for fans with axis of rotation perpendicular to the discharge flow and at least 2.0 times the fan equivalent discharge diameter for fans with axis of rotation parallel to the discharge flow.
7. Temperature $t_{d2}$ may be considered equal to $t_{d5}$.
8. For the purpose of calculating the density at Plane 5 only, $P_{s5}$ may be considered equal to $P_{s7}$.

**FLOW AND PRESSURE FORMULAE**

$$*Q_5 = \sqrt{2}\; Y \sqrt{\Delta P \,/\, \rho_5}\; \Sigma \left( C A_6 \right) \qquad P_v = P_{v2}$$

$$Q = Q_5 \left( \frac{\rho_5}{\rho} \right) \qquad\qquad P_{t1} = 0$$

$$V_2 = \left( \frac{Q}{A_2} \right) \left( \frac{\rho}{\rho_2} \right) \qquad\quad P_{t2} = P_{s7} + P_v$$

$$P_t = P_{t2} - P_{t1}$$

$$*P_{v2} = \left( \frac{V_2}{\sqrt{2}} \right)^2 \rho_2 \qquad\qquad P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_5$ and $P_{v2}$:  In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 12    Outlet Chamber Setup-Multiple Nozzles in Chamber**



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.

2. Dotted lines on fan outlet indicate a uniform duct 2 or 3 equivalent diameters long and of an area within ± 1% of the fan outlet area and a shape to fit the fan outlet. This may be used to simulate an outlet duct. The outlet duct friction shall not be considered.

3. Additional ductwork of any size including elbows may be used to connect between the chamber and the exit of the 10 $D$ minimum test duct.

4. Variable supply system may be an auxiliary fan or a throttling device.

### FLOW AND PRESSURE FORMULAE

$$P_{v3} = \left( \frac{\Sigma\sqrt{P_{v3r}}}{n} \right)^2 \qquad\qquad P_v = P_{v3} \left( \frac{A_3}{A_2} \right)^2 \left( \frac{\rho_3}{\rho_2} \right)$$

$$*V_3 = \sqrt{2} \sqrt{\frac{P_{v3}'}{\rho_3}} \qquad\qquad P_{t1} = P_{t8}$$

$$Q_3 = V_3 A_3 \qquad\qquad P_{t2} = P_v$$

$$Q = Q_3 \left( \frac{\rho_3}{\rho} \right) \qquad\qquad P_t = P_{t2} - P_{t1}$$

$$P_{s3} = \frac{\Sigma P_{s3r}}{n} \qquad\qquad P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $V_3$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

Figure 13    Inlet Chamber Setup-Pitot Traverse in Duct

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.
2. Dotted lines on fan outlet indicate a uniform duct 2 to 3 equivalent diameters long and of an area within ± 1% of the fan outlet area and a shape to fit the fan outlet. This may be used to simulate an outlet duct. The outlet duct friction shall not be considered.
3. Duct length $7 D_4$ may be shortened to not less than $2 D_4$ when it can be demonstrated, by a traverse of $D_4$ by Pitot-static tube located a distance $D_4$ upstream from the nozzle entrance or downstream from the straightener or smoothing means, that the energy ratio $E$ is less than 1.1 when the velocity is greater than (6.1 $m/s$) (1200 $fpm$). Smoothing means such as screens, perforated plates, or other media may be used.
4. Variable supply system may be an auxiliary fan or a throttling device. One or more supply systems, each with its own nozzle, may be used.

### FLOW AND PRESSURE FORMULAE

$$*Q_4 = \frac{\sqrt{2}\ C A_6\ Y\ \sqrt{\Delta P\ /\ \rho_4}}{\sqrt{1\ -\ E\beta^4}}$$

$$Q = Q_4 \left( \frac{\rho_4}{\rho} \right)$$

$$V_2 = \left( \frac{Q}{A_2} \right) \left( \frac{\rho}{\rho_2} \right)$$

$$*P_{v2} = \left( \frac{V_2}{\sqrt{2}} \right)^2 \rho_2$$

$$P_v = P_{v2}$$

$$P_{t1} = P_{t8}$$

$$P_{t2} = P_v$$

$$P_t = P_{t2} - P_{t1}$$

$$P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_4$ and $P_{v2}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 14    Inlet Chamber Setup-Ducted Nozzle on Chamber**



## NOTES

1. Dotted lines on fan inlet indicate an inlet bell and one equivalent duct diameter which may be used for inlet duct simulation. The duct friction shall not be considered.

2. Dotted lines on fan outlet indicate a uniform duct 2 to 3 equivalent diameters long and of an area within ± 1% of the fan outlet area and a shape to fit the fan outlet. This may be used to simulate an outlet duct. The outlet duct friction shall not be considered.

3. Variable supply system may be an auxiliary fan or throttling device.

4. The distance from the exit face of the largest nozzle to the downstream settling means shall be a minimum of 2.5 throat diameters of the largest nozzle.

5. For the purpose of calculating the density at Plane 5 only, $P_{s5}$ may be considered equal to $(P_{t8} + \Delta P)$

### FLOW AND PRESSURE FORMULAE

$$*Q_5 = \sqrt{2}\ Y\ \sqrt{\Delta P\ /\ \rho_5}\ \Sigma\left(CA_6\right) \qquad P_v = P_{v2}$$

$$Q = Q_5\left(\frac{\rho_5}{\rho}\right) \qquad P_{t1} = P_{t8}$$

$$V_2 = \left(\frac{Q}{A_2}\right)\left(\frac{\rho}{\rho_2}\right) \qquad P_{t2} = P_v$$

$$P_t = P_{t2} - P_{t1}$$

$$*P_{v2} = \left(\frac{V_2}{\sqrt{2}}\right)^2 \rho_2 \qquad P_s = P_t - P_v$$

*The formulae given above are the same in both the SI and the I-P systems, except for $Q_5$ and $P_{v2}$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 15    Inlet Chamber Setup-Multiple Nozzles in Chamber**



NOTES

1. Dotted lines on inlet indicate an inlet bell which may be used to approach more nearly free delivery.
2. Dotted lines on fan outlet indicate a uniform duct 2 to 3 equivalent diameters long and of an area within ± 1.0% of the fan outlet area and a shape to fit the fan outlet. This may be used to simulate an outlet duct. The outlet duct friction shall not be considered.

## FLOW AND PRESSURE FORMULAE

$$P_{v3} = \left( \frac{\Sigma \sqrt{P_{v3r}}}{n} \right)^2$$

$$P_v = P_{v3} \left( \frac{A_3}{A_2} \right)^2 \left( \frac{\rho_2}{\rho_3} \right)$$

$$*V_3 = \sqrt{2} \sqrt{\frac{P_{v3}}{\rho_3}}$$

$$P_{t1} = P_{s3} + P_{v3} - f \left( \frac{L_{1,3}}{D_{h3}} \right) P_{v3}$$

$$Q_3 = V_3 A_3$$

$$P_{t2} = P_v$$

$$Q = Q_3 \left( \frac{\rho_3}{\rho} \right)$$

$$P_t = P_{t2} - P_{t1}$$

$$P_s = P_t - P_v$$

$$P_{s3} = \frac{\Sigma P_{s3r}}{n}$$

*The formulae given above are the same in both the SI and the I-P systems, except for $V_3$: In the I-P version, the constant $\sqrt{2}$ is replaced with the value 1097.

**Figure 16  Inlet Duct Setup-Pitot Traverse in Inlet Duct**



FAN_____ INSTALLATION TYPE_____ FAN SPEED_____RPM

IMPELLER TIP DIAMETER (NOMINAL)_____

FAN AIR DENSITY_____TEST SETUP_____

BAROMETRIC PRESSURE_____FIGURE_____

TEST NUMBER_____CURVE BY_____

LABORATORY_____DATE_____

**Figure 17    Typical Fan Performance Curve, SI**

ANSI/AMCA STANDARD 210 ANSI/ASHRAE STANDARD 51



**AIRFLOW RATE (*cfm*-THOUSANDS)**

FAN_____ INSTALLATION TYPE_____ FAN SPEED_____RPM

IMPELLER TIP DIAMETER (NOMINAL)_____

FAN AIR DENSITY_____TEST SETUP_____

BAROMETRIC PRESSURE_____FIGURE_____

TEST NUMBER_____CURVE BY_____

LABORATORY_____DATE_____

**Figure 17    Typical Fan Performance Curve, I-P**