Exhibit 13



AA☐N inc.

TULSA OKLAHOMA

Total Weight: 25041 / Shipping Weight: 20641

Configuration: RL-135-3-0-0F02-161C3DF-D00-FAY-DNC-FDAB000-00-0B0000A0B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

| UNIT TAG: RTU# 5 | |
| --- | --- |
| SERIAL NO. | DATE: 02/04/2002 |
| | Engineer: |

| PURCHASE ORDER: | |
| --- | --- |
| PURCHASER: | Ordered By: USE ECAT PROGRAM |
| Rep Contact: NOT FOR JOB USE | |



PLAN VIEW

ELEVATION VIEW

AAON inc.

TULSA OKLAHOMA

Total Weight: 29442 / Shipping Weight: 25042

Configurator: RL-135-3-0-AF02-223-CDCF-D00-FAY-DNC-F0AB000-00-ED000DA0B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

UNIT TAG RTUN 6

PURCHASER:

PURCHASE ORDER:

SERIAL NO.

DATE: 02/04/2002

Rep Contact: NOT FOR JOB USE

Ordered By: USE ECAT PROGRAM

Engineer:



UNIT TAG RTU# 7

DATE: 02/04/2002

SERIAL NO:

Engineer:

Configurator: RL-170-3-0-0A02-233-JCDN-D00-EC2-000-000C000-00-00000A00B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:

PURCHASE ORDER:

Rep Contact: NOT FOR JOB USE

Ordered By: USE ECAT PROGRAM

AAON inc.

TULSA OKLAHOMA

Total Weight: 30816 / Shipping Weight: 30816

PLAN VIEW

ELEVATION VIEW

AIR FLOW

AIR FLOW

AIR FLOW

COOLING SECTION

HEAT EXCHANGER

SUPPLY AIR

ELECTRICAL ENTRY

CONTROL PANEL

SUPPLY BLOWER QTY 1-4

RETURN AIR

HEATWHEEL

ECONOMIZER

ECONOMIZER

EXHAUST FANS (QTY 1-2)

AIR FLOW  Rc=7007 lbs

AIR FLOW  Ra=6761 lbs

Ra=8677 lbs

Rb=8371 lbs

142

72.3

130

38

335

2045

612.8

249.3

46

102

558



PLAN VIEW

ELEVATION VIEW

AAON inc.

TULSA OKLAHOMA

Total Weight: 42401 / Shipping Weight: 35901

Configurator: RL-230-3-0-AF02-172-BDBH-D00-GCH-A00-000D000-00-000000A0B

JOB NAME: TYPICAL DRAWINGS TO SHOW FEATURE OPTIONS

PURCHASER:

PURCHASE ORDER:

Rep Contact: NOT FOR JOB USE

Ordered By USE ECAT PROGRAM

UNIT TAG RTU# B

SERIAL NO:

Engineer:

DATE: 02/04/2002



## Cooling Coil Psychrometrics (normal air conditioning range)

**AAON, Inc.**
2545 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266    Fax: 918 583 6094

$WB_{entering}=67.00$ [F]

$T_1=80.00$ [F]    $wb_1=67.00$ [F]    $T_2=55.00$ [F]    $WB_2=54.00$ [F]

$dp_1=60.31$ [F]    $w_1=0.011167$ [lbw/lba]    $dp_2=53.29$ [F]    $w_2=0.008632$ [lbw/lba]

$cfm_1=77788.0$ [ft³/min]    $\rho_1=0.072$ [lba/ft³]    $cfm_2=73887.5$ [ft³/min]    $\rho_2=0.076$ [lba/ft³]

$RH_1=51.1$ [%]    $RH_2=94.0$ [%]

$WB_{Leaving}=54.00$ [F]
If the coil is dry, the wet bulb leaving is based on
the leaving dry bulb temperature and entering humidity ratio.

$Q_{total}=2993698.5$ [Btu/hr]    249.47 [tons]
$Q_{sensible}=2057327.8$ [Btu/hr]    171.44 [tons]
$Q_{latent}=936370.7$ [Btu/hr]    78.03 [tons]

$SCFM=74892.6$ [ft³/min]
$mfr_{air}=337016.6$ [lba/hr]
$mfr_{condensate}=854.28$ [lbw/hr]

$SHR=0.687$

$ALTITUDE=0$ [ft]    $PB=14.696$ [psia]
$AltitudeStandardCfm=75000.00$ [ft³/min]

$K_{sens}=1.0997$    $K_{lat}=4835$

$AltStdDen=0.075$ [lb_m/ft³]

**Chilled Water Flow Calculator**
$EWT=44.00$ [F]    $LWT=56.00$ [F]

$GPM_{CHW}=498.9$

Calculate    Psych sea level    Psych 3900 ft    Psych 5300 ft    Psych 7500 ft



## Adiabatic Mixing

*Altitude=* 0 *[ft]*    $PB=14.696$ [psia]    $AltStdDen=0.075$ [ft³/lba]

**AAON, Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266    Fax: 918 583 6094

$T_1=75.000$ [F]    $WB_1=60.000$ [F]

$RH_1=41.2$ [%]    $W_1=0.007592$ [lbw/lba]

$CFM_1=24011.4$ [ft³/min ]

$h_{a,1}=26.329$ [Btu/lba]

$M_{a,1}=105598.5$ [lba/hr]

$v_{a,1}=13.6$ [ft³/lba]

**2**

$T_2=92.000$ [F]    $WB_2=75.000$ [F]

$T_3=82.600$ [F]    $RH_2=45.8$ [%]    $W_2=0.01476$ [lbw/lba]

$WB_3=67.316$ [F]    $CFM_2=20258.8$ [ft³/min]

$W_3=0.01079$ [lbw/lba]    $h_{a,2}=38.368$ [Btu/lba]

$RH_3=45.4$ [%]    $M_{a,2}=85377.5$ [lba/hr]

$CFM_3=44266.3$ [ft³/min]    $v_{a,2}=14.2$ [ft³/lba]

$h_{a,3}=31.698$ [Btu/lba]

$M_{a,3}=190976.1$ [lba/hr]

**3**

$v_{a,3}=13.9$ [ft³/lba]

$CFM_{std,3}=42500$ [ft³/min]

$CFM_{std,1}=23500$ [ft³/min]    **1**    $CFM_{std,2}=19000$ [ft³/min]

All CFM Input are actual air conditions CFMstd Output are Altitude Standard Air Conditions

Calculate    Sea Level    3900 ft    5300 ft    7500 ft

# MIXED AIR CONDITIONS

**AAON, Inc.**
2425 South Yukon Ave
Tulsa, oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

## Purpose:

Use this routine to determine the Mixed Air Conditions
for Blow Through Systems when the Cooling Coil Entering
Conditions and CFM$_{SA}$ are known.

CCEADB= 84.11 [F]

CCEAWB= 67.58 [F]

MADB=80.99 [F]

MAWB=66.59 [F]

CFM$_{SA}$= 18500.0 [ASCFM]



Qty= 3    BHP= 7.44 [bhp]

η$_{Motor}$= 89.5 [%]

Calculate    ALTITUDE= 0 [ft]    PB=14.7 [psia]

---

**AAON, INC.**
Tulsa, Oklahoma 74107
2545 South Yukon Ave
Phone: 918 583 2266  Fax: 918 583 6094

## Fan Law Calculator



| RPM$_{base}$= 1200.0 | NewRpm$_1$=1200.0 | **NewRpm$_2$= 1200.0** | NewRpm$_3$=1200.0 |
|---|---|---|---|
| cfm$_{base}$= 10000.0 [cfm] | **NewFanCFM$_1$= 8750.0 [cfm]** | NewFanCFM$_2$=8750.0 [cfm] | NewFanCFM$_3$=8750.0 [cfm] |
| SP$_{base}$= 4.000 [in.wg.] | NewFanSP$_1$=4.000 [in.wg.] | NewFanSP$_2$=4.000 [in.wg.] | **NewFanSP$_3$= 4.000 [in.wg.]** |
| BHP$_{base}$= 10.0 [hp] | NewFanBhp$_1$=8.7 [bhp] | NewFanBhp$_2$=8.8 [bhp] | NewFanBhp$_3$=8.7 [bhp] |
| η$_{base}$=63.0 [%] | NewFan$_{ETA,1}$=63.032 [%] | NewFan$_{ETA,2}$=63.032 [%] | NewFan$_{ETA,3}$=63.032 [%] |
| Dia$_{base}$= 27.00 [in.] | NewDiameter$_1$= 27.0 [in.] | NewDiameter$_2$= 27.0 [in.] | **NewDiameter$_3$= 27.0 [in.]** |
| Width$_{base}$= 8.0 [in.] | NewWidth$_1$= 7.0 [in.] | NewWidth$_2$= 7.0 [in.] | **NewWidth$_3$= 7.0 [in.]** |

Calculate

## Single Zone Blow Through System Psychrometrics



**AAON, Inc.**
2545 South Yukon Ave
Tulsa, Ok 74107
Phone: 918 583 2266   Fax: 918 583 6094

CCEADB=88.4 [F]    CCLADB=50.0 [F]
CCEAWB=67.5 [F]    CCLAWB=49.2 [F]

Fan
MADB=85.2 [F]
MAWB=66.5 [F]

CFMOA=5000 [cfm]

OA
OADB= 95.0 [F]

OAWB= 72.0 [F]    TRADB=77.00 [F]

RADB=77.0 [F]    DTRA= 2.0 [F]

EA
CFMEA= 4000 [cfm]

SDHG%=-0.0

Cooling Coil    DTDUCT= 0.0 [F]

SA
CFMSA=10965 [cfm]

RAHG%=7.3
RA
CFMRA=9965 [cfm]
RAHG=21811.2 [Btu/hr]

CCTH=48.9 [tons]    586820 [Btu/hr]
CCSH=38.4 [tons]    461156 [Btu/hr]
CCLH=10.5 [tons]    125665 [Btu/hr]

SADB= 50.0 [F]
RMDB= 75.0 [F]

Room
RMRH=43.4 [%]

RSH,RLH
CFMinf= 0

CFMZEA= 1000 [cfm]

**Supply Fan**
FAN_EFF= 0.55
MOTOR_EFF= 0.93
FAN_DP= 4.5 [in. wg.]

SFHG%=12.89
DTFAN=3.2 [F]
FNPWR=11.32 [kW]
HP_fan=14.12 [hp]

**RETURN FAN**
RFAN_EFF= 0.55
RMOTOR_EFF= 0.9
RFAN_DP= 0

RFHG%=0
RDTFAN=0.00 [F]
RFNPWR=0.00 [kW]
RHP_fan=0.00 [hp]

RSH_sub= 300000.0 [Btu/hr]    RSH=300000 [Btu/hr]    RSH_infiltration=0 [Btu/hr]
RLH_sub= 40000 [Btu/hr]    RLH=40000.0 [Btu/hr]    RLH_infiltration=0 [Btu/hr]

ALTITUDE= 0 [ft]
PB=14.696 [psia]
All CFM based on
AltStdDen=0.075 [lba/ft³]

K_sens=1.09
K_lat=4835

Psych Sea Level | Psych 3900 ft | Psych 5000 ft | Psych 5300 ft | Psych 7500 ft | Psych 10000 ft

Calculate

## Single Zone Draw Through System Psychrometrics



**AAON, Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

CCEADB=85.2 [F]    CCLADB=46.8 [F]
CCEAWB=65.9 [F]    CCLAWB=46.1 [F]

MADB=85.2 [F]
MAWB=65.9 [F]

CFMOA=5000 [cfm]

OADB= 95.0 [F]

OAWB= 72.0 [F]    TRADB=77.0 [F]

RADB=77.0 [F]    DTRA= 2.0 [F]

SDHG%=-0.0
DTDUCT= 0.0 [F]

CFMSA=10982 [cfm]  CFMZEA= 1000 [cfm]

CCTH=50.6 [tons]    606919 [Btu/hr]
CCSH=38.4 [tons]    461065 [Btu/hr]
CCLH=12.2 [tons]    145855 [Btu/hr]

CFMEA= 4000 [cfm]

RAHG%=7.3
CFMRA=9982 [cfm]
RAHG=21814.5 [Btu/hr]

SADB= 50.0 [F]
RMDB= 75.0 [F]

CFMinf= 0 [cfm]

RMRH=38.9 [%]

**Supply Fan**
FAN_EFF= 0.55
MOTOR_EFF= 0.93
FAN_DP= 4.5 [in.wg.]
SFHG%=12.91
DTFAN=3.2 [F]
FNPWR=11.34 [kW]
HP_fan=14.14 [hp]

**Return Fan**
RFAN_EFF= 0.550
RMOTOR_EFF= 0.9
RFAN_DP= 0.0 [in.wg.]
RFHG%=0.00
RDTFAN=0.000 [F]
RFNPWR=0.00 [kW]
RHP_fan=0.0 [hp]

RSH_sub= 300000 [Btu/hr]    RSH_infiltration=0 [Btu/hr]    RSH=300000.0 [Btu/hr]
RLH_sub= 40000 [Btu/hr]    RLH_infiltration=0 [Btu/hr]    RLH=40000 [Btu/hr]
RSHR=0.8824

ALTITUDE= 0 [ft]
PB=14.696 [psia]
AltStdDen=0.075 [ft³/lba]
K_sens=1.09
K_lat=4835

Calculate | Psych Sea Level | Psych 3900 ft | Psych 5300 ft | Psych 7500 ft

63

# humidifier



AAON, Inc.
2545 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266  Fax: 918 583 6094

$T_1$= 13.00 [F]
$WB_1$=10.16 [F]
$RH_1$= 0.500 [fraction]
$grains_1$=5.32 [gr]
$W_1$=0.000760 [lbw/lba]

$CFM_1$=17017.15 [ft³/min]
$\rho_1$=0.084 [lb/ft³]
MA=85584.237 [lba/hr]

$T_2$=44.43 [F]
$wb_2$=30.47 [F]
$RH_2$=0.124 [fraction]
$grains_2$=5.32 [gr]
$W_2$=0.000760 [lbw/lba]
$\rho_2$=0.079 [lb/ft³]
$CFM_2$=18148.78 [ft³/min]

QH=647359.183 [Btu/hr]

$T_3$= 46.00 [F]
$RH_3$= 0.950 [fraction]
$wb_3$=45.30 [F]
$\rho_3$=0.078 [lb/ft³]
$CFM_3$=18364.97 [ft³/min]

$dp_3$=44.7 [F]
$grains_3$=43.57 [gr]
$W_3$=0.006224 [lbw/lba]

CFMaltStd= 19046

HW=1150.4 [Btu/lb]

# heating
# coil

TW= 212.0 [F] To be steam humidifier TW must be > SST
MW=467.632 [lbw/hr]
$GPM_{water}$=0.9356
$Makeup_{waterTemp}$= 75.0 [F]
$Q_{water}$=517817.7 [Btu/hr]

Altitude= 0 [ft]       SST=211.95 [F] Saturated Steam Temperature at Altitude
PB=14.696 [lb/in² absolute]
AltStdDen=0.075 [ft³/lba]

Calculate    Psych Sea Level    Psych Chart 5300 ft    Psych Chart 7500 ft

---



## HeatWheel   Heat Wheel Model # ERC-81146  Quantity of Heat Wheels 2

AAON Inc.
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266  Fax 918 583 6094

CFMsa= 60000 [ft³/min]                    0.0 [ft³/min]
77.6 [F DB]
64.1 [F WB]   98.43 [gr/lba]            HEAT WHEEL
0.009707 [lbw/lba]                       81.22 [F DB]
                        25000 [ft³/min]  0.01088 [lbw/lba]   25000 [ft³/min]    OUTSIDE AIR
                                         76.15 [gr/lba]                          25000 [ft³/min]
                        81.22 [F DB]                                             95 [F DB]  75 [F WB]
                        66.99 [F WB]     APDoa=0.880 [in. wg.]                   0.398 [RH]  98.43 [gr/lba]
                        76.15 [gr/lba]                                           0.01406 [lbw/lba]

                        35000 [ft³/min]  APDex=0.880 [in. wg.]      Exhaust
                                         25000 [ft³/min]                         25000 [ft³/min]
MIXED AIR DAMPERS       60000 [ft³/min]  88.78 [F DB]
                                         70.84 [F WB]
                                         0.01205 [lbw/lba]
                                         84.37 [gr/lba]
                                         0.0 [ft³/min]

RL_Model$=230          RETURN AIR        Cooling/Dehumidification   Heating/Humidification  All CFM are altitude standard cfm
                        60000 [ft³/min]  Qc=766452.5 [Btu/hr]       Qh=0.0 [Btu/hr]         ALTITUDE= 0 [ft]
CABINETS$=E            75 [F DB]          Qcs=380544.6 [Btu/hr]      Qhs=0 [Btu/hr]
                        62.00 [F WB]      Qcl=385907.8 [Btu/hr]      Qhl=0.0 [Btu/hr]        Heat Wheel Type
                        0.00887 [lbw/lba]
                        62.09 [gr/lba]                                                      Total
                        0.48036 [RH]

Calculate

64



## Langelier Saturation Index Calculator

T= 101.7 [F]    38.7 [C]

pH= 7.100

TDS= 660.0 [mg/L]

Calcium= 392.0 [mg/L as CaCO₃]

Alkalinity= 76.0 [mg/L as CaCO₃]

Conductivity$_{Approximate}$=1453 [micro-mho/cm]

LSI=-0.1396

**Border Line Scale Potential**

[ LSI Calculator ]

[ Internet Link to Information on Corrosion ]



**AAON Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone: 918 583 2266   Fax: 918 583 6094

Desuperheating Coil
Eliminators
Condensing Coil
Subcooling Coil

Sump

## Sensible Heating

**AAON Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266   FX: 918 583 6094

**ALTITUDE= 0 [ft]**    PB=14.70 [psia]

$T_1$= 80.0 [F]

$WB_1$= 67.0 [F]   MaxWB=67 [F]

$CFM_1$=20743.5 [ft³/min]

$RH_1$=0.511 [fraction]

$\rho_1$=0.072 [lba/ft³]

$DP_1$=60.31 [F]

$W_1$=0.01117 [lbw/lba]

QS=50900.0 [Btu/hr]

MFA=89871.1 [lba/hr]

**altstdcfm= 20000.0 [ft³/min]**

$T_2$=82.3 [F]

$wb_2$=67.7 [F]

$CFM_2$=20832.2 [ft³/min]

$RH_2$=0.474 [fraction]

$\rho_2$=0.072 [lba/ft³]

$DP_2$=60.31 [F]

$W_2$=0.01117 [lbw/lba]

$K_{sens}$=1.102

AltStdDen=0.075 [lab/ft³]

$Q_{SENSIBLE}$= 0.0 [Btu/hr]    BHP= 20.000 [hp]    WATTS= 0.0 [watts]

[ Calculate ]

65

## Sensible Heating 2

AAON Inc.
2424 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266 FX: 918 583 6094

ALTITUDE= 0 [ft]    PB=14.70 [psia]

$T_1$= 60.0 [F]

$WB_1$= 55.0 [F]  MaxWB=55 [F]

$CFM_1$=19876.3 [ft$^3$/min]

$RH_1$=0.732 [fraction]

$\rho_1$=0.075 [lba/ft$^3$]

$DP_1$=51.42 [F]

$W_1$=0.00805 [lbw/lba]

QS=438441.1 [Btu/hr]

MFA=89871.1 [lba/hr]

$T_2$= 80.0 [F]

$wb_2$=62.5 [F]

$CFM_2$=20641.3 [ft$^3$/min]

$RH_2$=0.370 [fraction]

$\rho_2$=0.073 [lba/ft$^3$]

$DP_2$=51.42 [F]

$W_2$=0.00805 [lbw/lba]

$K_{sens}$=1.096

AltStdDen=0.075 [lab/ft$^3$]

altstdcfm= 20000.0 [ft$^3$/min]

Calculate

## Pressure Drop Steam Piping

AAON Inc.
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Phone 918 583 2266 Fax 918 583 6094

AtmosphericPressure= 14.7 [psia]

$\varepsilon$=0.00015000 [Pipe Roughness]

Material$= Commercial Steel        Calculate

$Vel_{steam,fpm}$=9569.4 [ft/min]

id=2.067 [inch]

### Pipe Size Schedule 40

Nominal$= 2 inch

LbperHr= 2000 [lb/hr]

SteamPressure= 50.000 [psig]

SSP=64.70 [psia]

length= 100.0 [Eq. ft]

Pd=4.702 [psi]

# Pressure Drop  **Water Piping**

P= 80.000 [psia]

t= 60.000 [F]

ε=0.00015000 [pipe roughness]

Material$= Commercial Steel

Calculate

**AAON Inc.**
2424 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 2266 Fx: 918 583 6094



$vel_{water}$=10.08 [ft/sec]

id=4.026 [inch]

**Schedule 40 Nominal Diameter**

Nominal$= 4 inch

gpm= 400.0 [gal/min]

Length= 100.0 [Eq. ft]

Pd=3.677 [psi]

$FT_{H2O}$=8.47 [Ft-Fluid at (T,P)]

# Duct Pressure  Drop

Altitude= 0

PB=14.70 [psia]

DB= 70.000 [F]

RH= 0.000 [%]

$ρ_{air}$=0.075 [lb/ft³]

ACFM= 10000.0 [Actual cfm at (PB,DB,RH)]

SCFM=10000.0 [Sea Lvl Standard cfm (70F,0RH)]

AltSCFM=10000.000 [Alt Std cfm (PB,70F,0RH)]

**AAON Inc.**
2425 South Yukon Ave
Tulsa, Oklahoma 74107
Ph: 918 583 7407 Fax: 918 583 6094

$D_E$=32.6 [inch]

Vel=1727.0 [ft/min]

DP= 0.1000 [in. wg./100ft]

## Le

L= 200.0 [ft]

$DP_{Section}$=0.200 [in. wg.]

Roughness    ε=0.000300

DuctMaterial$= Galvanized Steel Medium Smooth

Calculate

**Round To Rectangular Conversion**

b

a

a= 20.0 [inch]

b=46.4 [inch]

$Vel_{actual}$=1552.7 [ft/min]

# RL Series
# 45 to 230 tons
# Packaged Rooftop Conditioners
# & Air Handlers

# Engineering Specifications
# and Selection Procedures



2425 South Yukon
Tulsa, Oklahoma 74107
Ph:  (918) 583-2266
Fax: (918) 583-6094



"AAON" & "AAONAIRE" ARE REGISTERED TRADEMARKS OF AAON, Inc., TULSA, OK.



R02330 • RL 45 - 230 • 1-03

# AAON INC.

2425 S. YUKON, TULSA, OK 74107 918-583-2266

# INVOICE

PLEASE REMIT TO:
AAON, INC. DEPT 563 TULSA, OK 74182

## INVOICE NO. 265184

CUSTOMER NO.    848635

INV. DATE 02/28/02        PAGE    1

CUST. P. O. NO.    A-0440

| SOLD TO | SHIP TO |
|---|---|
| TOBEY-KARG SALES AGENCY | WEIRTON MED CTR |
| 4640 CAMPBELLS RUN ROAD | C/O SCALISE INDUSTRIES |
|  | 601 COLLIERS WAY |
| PITTSBURGH, PA 15205 | WEIRTON, WV 26062 |
| USA | USA |

| SALES ORDER NO. | TERMS | CUSTOMER JOB NO. | SHIP ZONE |
|---|---|---|---|
| 254862 | NET 30 DAYS | WEIRTON MED CTR. | WV |

| SHIP VIA | F. O. B. POINT | SHIP DATE | VENDOR# @ CUSTOMER |
|---|---|---|---|
| MELTON | TULSA OK | 02/28/02 | |

| BILL OF LADING NO. | FINAL DESTINATION |
|---|---|
| 244341 - 244555 | 414 |

| ITEM NO. | QUANTITY SHIPPED | DESCRIPTION | UNIT | PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | 2/5 PER REP( DEBBIE) OK TO SHIP 2/19. JL | | | |
| | | TAX %'s SUBJECT TO CHANGE | | | |
| 1 | 2 | 38221 | EA | ▬▬▬▬ | ▬▬▬▬ |
| | | RL-155-3-0-AB06-000: HGC1E000QB10B0JAAC00H000A000000X | | | |
| 2 | 1 | @FREIGHT | EA | ▬▬▬▬ | ▬▬▬▬ |
| | | SUBTOTAL | | | ▬▬▬▬ |
| | | TAX      ( 0. 000%) | | | 0. 00 |

DISCOUNT- 20 DAYS
PAYMENTS RECEIVED 20 DAYS FROM INVOICE DATE

INTEREST-1. 5% PER MONTH
CHARGED BEGINNING 30 DAYS AFTER INVOICE DATE

>>> PAYMENT IN U. S. DOLLARS <<<

TOTAL    ▬▬▬▬

REPRINT OF ORIGINAL

11/19/01   15:51 FAX 412 787 8878    TOBEY KARG SALES & SERV. → AAON    ☒001/008

SHIP ON 2/11/02    254862



# AAON, Inc.

**Order Form**

| | | |
|---|---|---|
| Sold To | Tobey Karg Sales Agency<br>4840 Campbells Run Rd<br>Pittsburgh, Pa. 15205<br>USA | |
| Ship To | Weirton Medical Center c/o Scalise Industries<br>601 Colliers Way<br>Weirton, W.Va. 26062<br>USA | |

Date: 11/19/2001
Job Name: Weirton Medical
Customer P.O. #:
Customer #:
Shop Order #:
Action: Release To Production
Ship: Allow 90
Notify: Joe Scalise, 48 Hours Before Delivery @ Phone No. 1-724-775-0108

| Qty | Part # | Description | Unit Net Price | Ext. Price |
|---|---|---|---|---|
| 2 | TAG UNIT:<br>RTU#13<br>RL-160-3-0-AD06-000;HGC1-E00-Q01-010-JAAC00H | | | |

Rep Content: Creed Hess

Ordered By: Creed Hess

Total Billing $:

ENTERED NOV 14 2001

# AAON, Inc.

A-0440

# Worksheet

AAON Koalkl Ver 4.00 Beta

**RL - 155 - 3 - 0 - AB06 - 000 : HGC1 - E00 - QB1 - 0B0 - JAAC0H - 00 - 0A000000B**
Tag: RTU# 1.2

| Job Name | Winton Medical Center | Worksheet For: | Tulsa Marg Sales Agency |
|---|---|---|---|
| Job Number | Job #: | Worksheet Date: | November 19, 200, |

| | Base | Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|---|
| R | | Series | Roof Top Unit | | | |
| L | | Generation | Eighth Generation | | | |
| 155 | | Size | One Hundred and Fifty Five | | | |
| 3 | | Voltage | 460V/3/60Hz | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | | Interior Protection | Standard | | | |
| A | | Cooling Style | Draw Thru—R22 Dual Circuited Compressors | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| B | | Cooling Configuration | Air Cooled Cond w/ 8R esd High CFM | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | | Cooling Coating | Std | | | |
| 6 | | Cooling Stages | 6 Stage | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | | Heating Type | No Heat | | | |
| 0 | | Heating Designation | No Heat | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | | Heating Stages | No Heat | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| | Feature | Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|---|---|
| H | 1A. | Outside Air Options | Heat Wheel Small (S) (1-14 inch wheel)* | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| G | 1B | SA Blower Configuration | 3 Blowers (Prem eff motor) 2 motors w/VFD | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| C | 1C. | SA Blower | Blower C (42" Dia 15 Blade) | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 1 | 1D. | SA Motor | 25.0 hp (1763 rpm) | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| E | 2. | Outside Air Controls | DDC Econ Control | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 3. | Discharge Location | Bottom Discharge | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 4. | Return Location | Bottom Return | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| Q | 5A. | SA Blower Configuration | 4 Blowers w/(Prem eff mtr) w/4-VFDs | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| B | 5B. | SA Blower | Blower B (30" Diameter) | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 1 | 5C. | SA Motor | 25.0 hp (1760 rpm) | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 6A. | Pre-Filter | 2" Pleated | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| B | 6B | Final Filter | 12" Cartridge 85% Eff—Filter Box 2 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 6C | Filter Options | Std | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| J | 7. | Refrigeration Controls | 6 MTP? On 6 CG + 2? STDR + 115V Outlet Factory | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| A | 8. | Refrigeration Options | Hot Gas Bypass Lead Stage (HGB) | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| A | 9. | Refrigeration Accessories | Sight Glass | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| C | 10. | Power Options | Non Fusd — Dsconn Switch | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 11. | Safety options | Std | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 6 | 12. | Controls | Std | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| H | 13 | Special Controls | Fld Instaled DDC Controls by Others | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 13A. 14B | Pre Heat Components | Std Sz Prepared | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | | Unit Size | Std Sz Prepared | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 15 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| A | 16 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 17 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 18 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| U | 19 | | ETL USA Listed | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 20 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 0 | 21 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| C | 22 | | | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| B | 23 | Trim | Std Barcode/Crate Panel | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| | | | Subtotal | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| | | | Quantity | | | |
| | | | Total | | | |

# AAON, Inc.

A-0440

**Submittal**

2425 South Yukon Ave - Tulsa, Oklahoma 74107-2725 - Ph. (918) 583-2266 Fax (918) 583-6094

AAONBeast52 Ver. 4.00 Beta

**RL-155-3-0-AB06-000:HGC1-E00-QB1-0B0-JAAC00H-00-0A000000B**
Tag: RTU# 1,2

| Job Name: | | | | |
|---|---|---|---|---|
| Job Number: | | Weirton Medical Center | Submittal For: | Tobey-Karg Sales Agency |
| | | Job #1 | Submittal Date: | November 19, 2001 |

| | Base Option | Description |
|---|---|---|
| R | Series | Roof Top Unit |
| L | Generation | Eighth Generation |
| 155 | Size | One Hundred and Fifty Five |
| 3 | Voltage | 460V/3Ø/60Hz |
| 0 | Interior Protection | Standard |
| A | Cooling Style | Draw Thru-R22 Dual Circuited Compressors |
| B | Cooling Configuration | Air Cooled Cond w/ 6R coil High CFM |
| 0 | Cooling Coating | Std |
| 6 | Cooling Stages | 6 Stage |
| 0 | Heating Type | No Heat |
| 0 | Heating Designation | No Heat |
| 0 | Heating Stages | No Heat |

| | Feature Option | Description |
|---|---|---|
| H | 1A. Outside Air Options | Heat Wheel Small (S) (1-74 inch wheel)¹ |
| G | 1B. RA Blower Configuration | 2 Blowers (Prem eff mtr) w/ 2-motors 2-VFD |
| C | 1C. RA Blower | Blower C (42" Dia 12 Blade) |
| 1 | 1D. RA Motor | 25.0 hp (1760 rpm) |
| E | 2. Outside Air Controls | DDC Econ Control |
| 0 | 3. Discharge Location | Bottom Discharge |
| 0 | 4. Return Location | Bottom Return |
| Q | 5A. SA Blower Configuration | 4 Blowers w/(Prem eff mtr) w/4-VFO's |
| B | 5B. SA Blower | Blower B (30" Diameter) |
| 1 | 5C. SA Motor | 25.0 hp (1760 rpm) |
| 0 | 6A. Pre-Filter | 2" Pleated |
| B | 6B. Final Filter | 12" Cartridge 85% Eff-Filter Box B |
| 0 | 6C. Filter Options | Std |
| J | 7. Refrigeration Controls | 5 MTDR On & Off + 20 STDR + 115V Outlet Factory Wired |
| A | 8. Refrigeration Options | Hot Gas Bypass Lead Stage [HGB] |
| A | 9. Refrigeration Accessories | Sight Glass |
| C | 10. Power Options | 600 Amps Power Switch |
| 0 | 11. Safety options | Std |
| 0 | 12. Controls | Std |
| H | 13. Special Controls | Field Installed DDC Controls by Others |
| 0 | 14A. Pre-Heat Configuration | Std (No Preheat) |
| 0 | 14B. Pre-Heat Sizing | Std (No Preheat) |
| 0 | 15. Option Boxes | Std |
| A | 16. Cabinet Options | Stainless Steel Drain Pans |
| 0 | 17. Cabinet Options | Std |
| 0 | 18. Customer Code | Std |
| 0 | 19. Code Options | Std ETL USA Listing |
| 0 | 20. Unit Splits | Std (One Piece Unit) |
| 0 | 21. Evap & Water Condenser | Std (No Evap or Water Condenser) |
| 0 | 22. Blank | Std |
| B | 23. Type | Std (Includes 'Gray Paint') |

✔ 006/003 ⊘　　XOVV ↤ ,ЯЯ2 & 2ELV2 ЭЯAX YƎ8OT　　　8/9　　181 71Þ XAꟻ 7E:C1　　10/61/11

# AAON, Inc.

A-0440

# Unit Rating

3425 South Yukon Ave - Tulsa, Oklahoma 74107-2728 - Ph. (918) 583-2266 Fax (918) 583-6094

AAONZcat32 Ver. 4.00 Beta

## RL-155-3-0-AB06-000:HGC1-E00-QB1-0B0-JAAC00H-00-0A000000B
### Tag: RTU# 1,2

### Job Information

| | |
|---|---|
| Job Name: | Weirton Medical Center |
| Job Number: | Job #1 |
| Site Altitude: | 0 ft |

### Unit Information

| | |
|---|---|
| Unit Size: | One forty five tons — |
| Cabinet Size: | D |
| Approx. Op./Ship Weights: | 31356 / 31184 lbs. |
| Supply CFM/ESP: | 52000 / 2.5 in. wg. |
| Exhaust CFM/ESP/TSP: | 41000 / 1.30 / 2.78 in. wg. |
| Outside CFM: | 11500 |
| Ambient Temperature: | 92 °F DB / 75 °F WB |

### Static Pressure

| | |
|---|---|
| External: | 2.50 in. wg. |
| Evaporator: | 0.94 in. wg. |
| Filters Clean: | 0.63 in. wg. |
| Dirt Allowance: | 0.35 in. wg. |

| | |
|---|---|
| Economizer: | 0.21 in. wg. |
| Heating: | 0.00 in. wg. |
| Cabinet: | 0.59 in. wg. |
| Heatwheel: | 1.30 in. wg. |
| Total: | 6.57 in. wg. |

### Cooling Section

| | Gross | Net |
|---|---|---|
| Total Capacity: | 1585.76 | 1369.62 MBH |
| Sensible Capacity: | 1209.04 | 992.90 MBH |
| Latent Capacity: | 376.72 MBH | |
| HW Total Cooling Capacity: | 6.87 °F MBH | |
| Mixed Air Temp: | 75.00 °F DB | 64.00 °F WB |
| Entering Air Temp: | 75.00 °F DB | 64.00 °F WB |
| Lv Air Temp (Coil): | 53.71 °F DB | 53.64 °F WB |
| Lv Air Temp (Unit): | 57.54 °F DB | 55.20 °F WB |
| Supply Air Fan: | DT - 4 x 300 @ 19.93 BHP Ea. | |
| SA Fan RPM / Width: | 1580 / 99% | |
| Exhaust Air Fan: | 2 x MW4212-35 @ 19.19 BHP Ea. | |
| EA Fan RPM: | 1500 | |
| Evaporator Coil: | 86.8 ft² / 6 Rows / 12 FPI | |
| Evaporator Face Velocity: | 599.0 fpm | |
| Energy Recovery Wheel: | 1 x ERC-7490 | |

### Heating Section

| | |
|---|---|
| PreHeat Type: | Std (No Preheat) |
| Heating Type: | No Heat |

### EER - ARI Listing Information

No ARI Rating Program Exists for Units Over 250 MBH
All AAON Units Are Tested in Accordance With ARI Standards

| | | | | |
|---|---|---|---|---|
| EER @ ARI Conditions: | 9.2 | EER Compressor Only @ ARI Conditions: | 12.0 |
| Application EER @ Op. Conditions: | 5.8 | Condensing Unit EER @ Op. Conditions: | 11.1 |

### Electrical Data

| | | | |
|---|---|---|---|
| Rating: | 460/3/60 | Minimum Circuit Amp: | 492 |
| Unit FLA: | 481 | Maximum Overcurrent: | 500 |

### Motors

| | Qty | HP | VAC | Phase | RPM | FLA | RLA |
|---|---|---|---|---|---|---|---|
| Compressor 1: | 2 | | 460 | 3 | | | 26.96 |
| Compressor 2: | 4 | | 460 | 3 | | | 46.15 |
| Condenser Fans: | 5 | 5.00 | 460 | 3 | 1170 | 7.6 | |
| Supply Fan: | 4 | 25.00 | 460 | 3 | 1760 | 34.0 | |
| Exhaust Fan: | 2 | 25.00 | 460 | 3 | 1760 | 34.0 | |
| Heatwheel: | 1 | 0.25 | 230 | 1 | 1760 | 0.0 | |

### Cabinet Sound Power Levels*

| Octave Bands: | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| Discharge LW(dB): | 100 | 99 | 99 | 101 | 99 | 95 | 92 | 85 |
| Return LW(dB): | 96 | 91 | 85 | 77 | 67 | 67 | 72 | 74 |

*Sound power levels are given for informational purposes only. The sound levels are not guaranteed.



# SOI Tracking Form

## Sales

MUST BE COMPLETE BY: 11/1/01

SOLD TO: YORFY / KARG

AAON CONTACT: _____

DSO NUMBER: _____

COMMENTS: _____

JOB NAME: _____

REQUESTED SHIP DATE: 7/11/02 (4)

PROJECTED SHIP DATE: 11/1/01

## Engineering

MUST BE COMPLETE BY: _____

SOI REQUIRED ?: _____ YES ☐ NO ☐

AEN / ECN No.: _____ N/A ☐

BILL WORK REQ. ON STD. BILLS ?: _____ YES ☐ NO ☐

ALL UNITS CONFIGURED ?: _____ YES ☐ NO ☐

WIRING DIAGRAMS COMPLETE ?: _____ YES ☐ NO ☐

SPECIAL NAMEPLATE INFORMATION: _____ YES ☐ NO ☐

SPECIAL ORDER PARTS REQ. ?: _____ YES ☐ NO ☐

AGENCY APPROVED ? _____ YES ☐ NO ☐
IF NO AGENCY APPROVAL, EXPLAIN: _____

COMMENTS: _____

PREPARED BY: _____ DATE GIVEN TO PROD. / INV. CNTL.: _____

## Production / Inventory Control

MUST BE COMPLETE BY: _____

SPECIAL PARTS ON ORDER ?: _____ YES ☐ NO ☐

SPECIAL BILL WORK COMPLETE ?: _____ YES ☐ NO ☐

ALL WORK ORDERS ENTERED ?: _____ YES ☐ NO ☐

PREPARED BY: _____

SOI INFO. CORRECT TO ENTER ?: _____ YES ☐ NO ☐

COST ROLL-UP COMPLETE ?: _____ YES ☐ NO ☐

DATE GIVEN TO MANUFACTURING?: _____

DATE GIVEN TO SALES: _____

## Manufacturing

MUST BE COMPLETE BY: _____

SOI COMPLETE ?: _____ YES ☐ NO ☐

NAMEPLATE INFO COMPLETE ?: _____ YES ☐ NO ☐

COMMENTS: _____

WIRING DIAGRAM COMPLETE ?: _____ YES ☐ NO ☐

SPECIAL INSTRUCTIONS COMPLETE ?: _____ YES ☐ NO ☐

PREPARED BY: _____ DATE GIVEN TO PROD. / INV. CNTL.: _____

SPECIAL COMMENTS: _____

7-11-95

## AAON, Inc.

### Memorandum
### via Datafax

To:    Creed Hess          From:    Jim Parro
       Tobey Karg

Date:    November 19, 2001

Subject:    RL Selection for Weirton Medical Center

cc:  B. Pohl          R. Schoonover          B. Smith
     D. Schwartz      S. Hammoud             D. Knebel
     M. Roark

Confirming our telephone conversation today, I review the following.

We have received and will be entering the subject order for 2 of the RL-155s.  As I mentioned to you, we will be adding the net freight amount to the order of ▮▮▮▮

**Program Error to be Corrected**
While you were using the new program, you were able to key the state name directly as "W. Va." rather than using the dropdown box to point and click on "WV".

This disabled the automatic calculation of the freight amount and your printout that was sent to us indicated Zero $ for freight.

.n111901.doc