Exhibit 14

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| HUNTAIR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6890 |
| vs. | ) | |
| | ) | Honorable David H. Coar |
| CLIMATECRAFT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF HUNTAIR, INC.'S PROPOSED
### CLAIM ELEMENTS FOR CONSTRUCTION

Pursuant to the Court's Scheduling Order entered in this matter, Plaintiff hereby submits its proposed terms and claim elements for construction in the form of jury instructions.

In deciding whether or not the ClimateCraft products infringes the claims of the patent, you must first understand the meaning of the words in the claims. It is my job as Judge to determine what certain terms in the claims mean and to instruct you about their meaning. These definitions are to be used when determining whether the claims are infringed and whether or not the claim is valid.

The meaning of many of the terms in the claim is not in dispute, and you should give those words and phrases their ordinary English language meaning.

## I.    U.S. PATENT NO. 7,179,046

1.    The term "fan array" means "two or more fan units arranged in a grid, a spaced pattern, a checkerboard, rows slightly offset, columns slightly offset, or a staggered array configuration".

2.      The term "air handling compartment" means "the inlet plenum, fan section and discharge plenum".

3.      The term "a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units" means "a system, subject to manual or automatic control, for operating the fan units at nearly peak efficiency by strategically turning on and off selective ones of the fan units."

4.      The term "a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of such that they run at substantially peak efficiency" means " a system, subject to manual or automatic control, for controlling the speed of the fan units so that they run at nearly peak efficiency."

## II.    U.S. PATENT NO. 7,137,775

1.      The term "fan array" means "two or more fan units arranged in a grid, a spaced pattern, a checkerboard, rows slightly offset, columns slightly offset, or a staggered array configuration".

2.      The term "air handling compartment" means "the inlet plenum, fan section and discharge plenum".

3.      The term "array controller for controlling said at least six fan units to run at substantially peak efficiency" means "an automatic system that operates the at least six fan units at nearly peak efficiency".

Respectfully submitted,

Dated: May 2**7**, 2008

By: _[signature]_

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Plaintiff Huntair, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, a true and correct copy of the

foregoing document, HUNTAIR, INC.'S OBJECTIONS AND RESPONSES TO

CLIMATECRAFT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF

DOCUMENTS (NOS. 1-115), was served via United States Mail, postage prepaid, to the

following counsel for Defendant ClimateCraft, Inc.:

> Charles C. Kinne
> 1240 Iroquois Ave.; Suite 204
> Naperville, Illinois  60563

> Richard T. McCaulley Jr.

CH1 4283319v.1