# Exhibit 21

# 2008 ASHRAE® HANDBOOK

# Heating, Ventilating, and Air-Conditioning SYSTEMS AND EQUIPMENT

## Inch-Pound Edition

American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

1791 Tullie Circle, N.E., Atlanta, GA 30329

(404) 636-8400    http://www.ashrae.org

©2008 by the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. All rights reserved.

## DEDICATED TO THE ADVANCEMENT OF
## THE PROFESSION AND ITS ALLIED INDUSTRIES

No part of this book may be reproduced without permission in writing from ASHRAE, except by a reviewer who may quote brief passages or reproduce illustrations in a review with appropriate credit; nor may any part of this book be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, photocopying, recording, or other—without permission in writing from ASHRAE.

Volunteer members of ASHRAE Technical Committees and others compiled the information in this handbook, and it is generally reviewed and updated every four years. Comments, criticisms, and suggestions regarding the subject matter are invited. Any errors or omissions in the data should be brought to the attention of the Editor. Additions and corrections to Handbook volumes in print will be published in the Handbook published the year following their verification and, as soon as verified, on the ASHRAE Internet Web site.

## DISCLAIMER

ASHRAE has compiled this publication with care, but ASHRAE has not investigated, and ASHRAE expressly disclaims any duty to investigate, any product, service, process, procedure, design, or the like that may be described herein. The appearance of any technical data or editorial material in this publication does not constitute endorsement, warranty, or guaranty by ASHRAE of any product, service, process, procedure, design, or the like. ASHRAE does not warrant that the information in this publication is free of errors. The entire risk of the use of any information in this publication is assumed by the user.

ISBN 978-1-933742-33-5
ISSN 1078-6066

The paper for this book is acid free and was manufactured with post-consumer pulp from sources using sustainable forestry practices.

# CHAPTER 20

# FANS

Types of Fans .................................................................. 18.1
Principles of Operation ..................................................... 18.1
Testing and Rating ........................................................... 18.4
Fan Laws .......................................................................... 18.4
Fan and System Pressure
    Relationships ............................................................... 18.5
Temperature Rise Across Fans ......................................... 18.6
Duct System Characteristics ............................................ 18.6
System Effects .................................................................. 18.7
Selection .......................................................................... 18.7
Parallel Fan Operation ................................................... 18.7
Noise ............................................................................... 18.8
Vibration ......................................................................... 18.8
Arrangement and Installation ......................................... 18.8
Control ........................................................................... 18.9
Symbols .......................................................................... 18.10

A FAN is an air pump that creates a pressure difference and causes airflow. The impeller does work on the air, imparting to it both static and kinetic energy, which vary in proportion, depending on the fan type.

Fan efficiency ratings are based on ideal conditions; some fans are rated at more than 90% total efficiency. However, actual connections often make it impossible to achieve ideal efficiencies in the field.

## TYPES OF FANS

Fans are generally classified as centrifugal or axial flow according to the direction of airflow through the impeller. Figure 1 shows the general configuration of a centrifugal fan. The components of an axial-flow fan are shown in Figure 2. Table 1 compares typical characteristics of some of the most common fan types.

Two modified versions of the centrifugal fan are used but are not listed in Table 1 as separate fan types. Unhoused centrifugal fan impellers are used as circulators in some industrial applications (e.g., heat-treating ovens) and are identified as plug fans. In this case, there is no duct connection to the fan because it simply circulates the air within the oven. In some HVAC installations, the unhoused fan impeller is located in a plenum chamber with the fan inlet connected to an inlet duct from the system. Outlet ducts are connected to the plenum chamber. This fan arrangement is identified as a plenum fan.

## PRINCIPLES OF OPERATION

All fans produce pressure by altering the airflow's velocity vector. A fan produces pressure and/or airflow because the rotating blades of the impeller impart kinetic energy to the air by changing its velocity. Velocity change is in the tangential and radial velocity components for centrifugal fans, and in the axial and tangential velocity components for axial-flow fans.

Centrifugal fan impellers produce pressure from the (1) centrifugal force created by rotating the air column contained between the blades and (2) kinetic energy imparted to the air by its velocity leaving the impeller. This velocity is a combination of rotational velocity of the impeller and airspeed relative to the impeller. When the blades are inclined forward, these two velocities are cumulative; when backward, oppositional. Backward-curved blade fans are generally more efficient than forward-curved blade fans.

Axial-flow fan impellers produce pressure principally by the change in air velocity as it passes through the impeller blades, with none being produced by centrifugal force. These fans are divided into three types: propeller, tubeaxial, and vaneaxial. Propeller fans, customarily used at or near free air delivery, usually have a small hub-to-tip-ratio impeller mounted in an orifice plate or inlet ring. Tubeaxial fans usually have reduced tip clearance and operate at higher tip speeds, giving them a higher total pressure capability than the propeller fan. Vaneaxial fans are essentially tubeaxial fans with guide vanes and reduced running blade tip clearance, which give improved pressure, efficiency, and noise characteristics.



**Fig. 1   Centrifugal Fan Components**



$$\text{SWEPT AREA RATIO} = 1 - \frac{d^2}{D^2} = 1 - \frac{\text{AREA OF INNER CYLINDER}}{\text{OUTLET AREA OF FAN}}$$

*Note*: The swept area ratio in axial fans is equivalent to the blast area ratio in centrifugal fans.

**Fig. 2   Axial Fan Components**

The preparation of this chapter is assigned to TC 5.1, Fans.



**Fig. 12  Resistance Removed from Duct System of Figure 9**

drops below the total pressure resistance, and the new $\Delta P$ curve is curve C of Figure 10. For curve C, a total pressure reduction of 1.00 in. of water has been assumed when 10,000 cfm flows through the system; thus, the point of operation is at 2.00 in. of water, as shown by point C.

These three $\Delta P$ curves all follow the relationship expressed in Equation (2). These curves result from changes in the system itself and do not change fan performance. During design, such system total pressure changes may occur because of alternative duct routing, differences in duct sizes, allowance for future duct extensions, or the design safety factor being applied to the system.

In an actual operating system, these three $\Delta P$ curves can represent three system characteristic lines caused by three different positions of a throttling control damper. Curve C is the most open position, and curve B is the most closed. A control damper forms a continuous series of these $\Delta P$ curves as it moves from wide open to completely closed and covers a much wider range of operation than is illustrated here. Such curves can also represent the clogging of turbulent flow filters in a system.

## SYSTEM EFFECTS

Normally, a fan is tested with open inlets, and a section of straight duct is attached to the outlet. This setup results in uniform flow into the fan and efficient static pressure recovery on the fan outlet. If good inlet and outlet conditions are not provided in the actual installation, fan performance suffers. To select and apply the fan properly, these effects must be considered and the pressure requirements of the fan, as calculated by standard duct design procedures, must be increased.

These calculated system effect factors are only an approximation, however. Fans of different types, and even fans of the same type but supplied by different manufacturers, do not necessarily react to a system in the same way. Therefore, judgment based on experience must be applied to any design. Chapter 35 of the 2005 *ASHRAE Handbook—Fundamentals* gives information on calculating the system effect factors and lists loss coefficients for a variety of fittings. Clarke et al. (1978) and AMCA *Publication* 201 provide further information.

## SELECTION

After the system pressure loss curve of the air distribution system has been defined, a fan can be selected to meet the system requirements (Graham 1966, 1972). Fan manufacturers present performance data in either graphic (curve) (Figure 13) or tabular form (multirating tables). Multirating tables usually provide only performance data within the recommended operating range. The optimum selection range or peak efficiency point is identified in various ways by different manufacturers.

Performance data as tabulated in the usual fan tables are based on arbitrary increments of flow rate and pressure. In these tables, adjacent data, either horizontally or vertically, represent different points of operation (i.e., different points of rating) on the fan performance curve. These points of rating depend solely on the fan's characteristics; they cannot be obtained from each other by the fan laws. However, points of operation listed in multirating tables are usually close together, so intermediate points may be interpolated arithmetically with adequate accuracy for fan selection.



Curve shows performance of a fixed fan size running at a fixed speed.

**Fig. 13  Conventional Fan Performance Curve Used by Most Manufacturers**

Selecting a fan for a particular air distribution system requires that the fan pressure characteristics fit the system pressure characteristics. Thus, the total system must be evaluated and airflow requirements, resistances, and system effect factors at the fan inlet and outlet must be known (see Chapter 35 of the 2005 *ASHRAE Handbook—Fundamentals*). Fan speed and power requirements are then calculated, using multirating tables or single or multispeed performance curves or graphs.

In using curves, it is necessary that the point of operation selected (Figure 14) represent a desirable point on the fan curve, so that maximum efficiency and resistance to stall and pulsation can be attained. In systems where more than one point of operation is encountered during operation, it is necessary to look at the range of performance and evaluate how the selected fan reacts within this complete range. This analysis is particularly necessary for variable-volume systems, where not only the fan undergoes a change in performance, but the entire system deviates from the relationships defined in Equation (2). In these cases, it is necessary to look at actual losses in the system at performance extremes.

## PARALLEL FAN OPERATION

The combined performance curve for two fans operating in parallel may be plotted by using the appropriate pressure for the ordinates and the sum of the volumes for the abscissas. When two fans having a pressure reduction to the left of the peak pressure point are operated in parallel, a fluctuating load condition may result if one of the fans operates to the left of the peak static point on its performance curve.

The $P_t$ curves of a single fan and of two identical fans operating in parallel are shown in Figure 15. Curve A-A shows the pressure characteristics of a single fan. Curve C-C is the combined performance of the two fans. The unique figure-8 shape is a plot of all possible combinations of volume airflow at each pressure value for the individual fans. All points to the right of CD are the result of each fan operating at the right of its peak point of rating. Stable performance results for all systems with less obstruction to airflow than is shown on the $\Delta P$ curve D-D. At points of operation to the left of CD,