Exhibit 22

# File History Report

☐  Paper number ＿＿＿＿ is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐  The following page(s) ＿＿＿＿ of paper number ＿＿＿＿ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐  The following checked item(s) of paper number ＿＿＿＿ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐  **PTO 892**
☐  **PTO 948**
☐  **PTO 1449**
☐  **PTO 1474**
☐  **Assignment**

**Additional comments**
***Missing File Wrapper Jacket***

# 60/456,413

### Fan array fan section in air-handling systems

### Transaction History

| Date | Transaction Description |
|---|---|
| 3/20/2003 | Initial Exam Team nn |
| 4/8/2003 | IFW Scan & PACR Auto Security Review |
| 5/27/2003 | Application Is Now Complete |
| 5/28/2003 | Application Dispatched from OIPE |
| 8/20/2004 | EXPIRED PROVISIONAL |

03 - 24 - 03 56413.03 APPROV

PTO/SB/16 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

| Express Mail Label No. | EU122520178US |
|---|---|

### INVENTOR(S)

| Given Name (first and middle (if any)) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Lawrence G. | Hopkins | Portland, OR |

☐ Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max)

FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

Direct all correspondence to:  **CORRESPONDENCE ADDRESS**

| ☒ Customer Number | 26790 | → | Place Customer Number Bar Code Label here |
|---|---|---|---|

OR    Type Customer Number here

| ☐ Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | State | ZIP |
| Country | Telephone | Fax |

### ENCLOSED APPLICATION PARTS (check all that apply)

| ☒ Specification    Number of Pages | 11 | ☐ CD(s), Number | |
|---|---|---|---|
| ☒ Drawing(s)   Number of Sheets | 6 | ☒ Other (specify) | Fee Transmittal (duplicate), Power of Attorney(s); Express Mail Certificate, Return Receipt Postcard |
| ☐ Application Data Sheet. See 37 CFR 1.76 | | | |

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

☒ Applicant claims small entity status. See 37 CFR 1.27.
☒ A check or money order is enclosed to cover the filing fees
☒ The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: 50-2115
☐ Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)
80.00

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☒ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____    Date 3/20/03

TYPED or PRINTED NAME    Karen Dana Oster

TELEPHONE    (503) 810-2560

| REGISTRATION NO. (if appropriate) | 37,621 |
|---|---|
| Docket Number: | Hunt:P:fanarr |

### USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Provisional Application, Assistant Commissioner for Patents, Washington, D.C. 20231.

CL 695

604S6413.032003

Express No. EU122520178US

FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

BACKGROUND OF INVENTION

The present invention is directed to a fan array fan section utilized

5     in an air-handling system.

Air-handling systems have traditionally been used to cool large
buildings or rooms (hereinafter referred to as "structures"). FIG. 1 shows an
exemplary prior art air-handling system having a single fan unit housed in an air-
handling compartment. For exemplary purposes, the fan unit is shown having an

10    inlet cone, a fan, and a motor. Larger structures or structures requiring lower
temperatures have generally needed a larger fan unit and a generally
correspondingly larger air-handling compartment.

For example, a first exemplary structure requiring 50,000 cubic feet
per minute of airflow at a temperature of 70 degrees Fahrenheit, would generally

15    require a prior art fan section large enough to house a 55 inch impeller, a 60
horsepower motor, and supporting framework. The prior art fan section, in turn
would need an air-handling compartment of approximately 89 inches high by 160
inches wide and 88 to 139 inches long. The minimum length of the air-handling
compartment and/or airway path would be dictated by published manufacturers

20    data for a given fan type, motor size, and application. The attached Cabinet
Sizing Guides (see FIGS. 2-4) show exemplary rules for configuring a fan
section. These rules are based on optimization, regulations, and
experimentation.

For example, a second exemplary structure such as a recirculation

25    air handler used in semiconductor and pharmaceutical clean rooms requiring
26,000 cubic feet per minute would generally require a prior art air-handling
system with a fan section large enough to house a 44 inch impeller, a 25
horsepower motor, and supporting framework. The prior art fan section, in turn
would need an air-handling compartment of approximately 84 inches high by 84

1

Express No. EU122520178US

inches wide and 71 to 95 inches long.  The minimum length of the air-handling
compartment and/or airway path would be dictated by published manufacturers
data for a given fan type, motor size and application.  The attached Cabinet
Sizing Guides (see FIGS. 2-4) show exemplary rules for configuring a fan

5    section.  These rules are based on optimization, regulations, and
experimentation.

These prior art air-handling systems have many problems including
the following exemplary problems:

- Because real estate (e.g. structure space) is extremely
  10       expensive, the larger size of the air-handling compartment is
         extremely undesirable.

- The single fan units are expensive to produce and are
  generally custom produced for each job.

- Single fan units are expensive to operate.

  15    • Single fan units are inefficient in that they only have optimal
         or peak efficiency over a small portion of their operating
         range.

- If a single fan unit breaks down, there is no cooling at all.

- The low audio frequency of the large fan unit is hard to
  20       attenuate.

- The rotation of the large fan unit often causes undesirable
  vibration.

Height restrictions have necessitated the use of air-handling
systems built with two fan units.  It should be noted, however, that a good
25    engineering practice is to design air handler cabinets and fan sections to be
symmetrical to facilitate more uniform airflow across the width and height of the
cabinet.  Twin fans have been utilized where there is a height restriction and the
unit is designed with a high aspect ratio to accommodate the desired flow rate.

2

60456413.032003

Express No. EU122520178US

Normally, the air handler and fan section is designed for a uniform velocity gradient of 500 feet per minute velocity in the direction of airflow. The two fan unit air-handling systems, however, still substantially suffered from the problems of the single unit embodiments. There was no recognition of advantages by
5    increasing the number of fan units from one to two. Further, the two fan unit section exhibits a non uniform velocity gradient in the region following the fan which creates uneven airflow across filters, coils, and sound attenuators.

It should be noted that electrical devices have taken advantage of multiple fan cooling systems. For example, U.S. Patent No. 6,414,845 to Bonet
10    uses a multiple-fan modular cooling component for installation in multiple component-bay electronic devices. Although some of the advantages realized in the Bonet system would be realized in the present system, there are significant differences. For example, the Bonet system is designed to facilitate electronic component cooling by directing the output from each fan to a specific device or
15    area. The Bonet system would not work to direct airflow to all devices in the direction of general airflow.


BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a fan array fan section within an
20    air-handling system.

The foregoing and other objectives, features, and advantages of the invention will be more readily understood upon consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.
25

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a side view of an exemplary prior art air-handling system having a single large fan unit within an air-handling compartment.

3

CL 698

60456413.032003

Express No. EU122520178US

FIG. 2 is a prior art Cabinet Sizing Guide for Horizontal Direct Drive Plug Fans.

FIG. 3 is a prior art Cabinet Sizing Guide for Horizontal Belt Drive Plug Fans.

5        FIG. 4 is a prior art Cabinet Sizing Guide for DWDI Fan Section's Only (THD & BHD).

FIG. 5 is a side view of an exemplary fan array air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

10       FIG. 6 is a front view of the exemplary fan array air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.


DETAILED DESCRIPTION OF THE INVENTION

15       The present invention is directed to a fan array air-handling system. As shown in FIGS. 5 and 6, the fan array air-handling system uses a plurality of individual single fan units. In one preferred embodiment, the fan units are arranged in a true array, but alternative embodiments may include alternative arrangements such as in a spaced pattern, a checker board, rows slightly offset, 20 or columns slightly offset (collectively referred to as an "array").

It should be noted that the plenum fan is the preferred fan unit of the present invention. The reason that plenum fans work best is that they do not produce points of high velocity such as those produced by axial fans and housed centrifugal fans. Alternative embodiments use known fan units or fan units yet to 25 be developed that will not produce high velocity gradients in the direction of airflow. Still other embodiments, albeit less efficient, use fan units such as axial fans and centrifugal housed fans that have points of high velocity in the direction of airflow.

4

60456413.032003

Express No. EU122520178US

In the preferred embodiment each of the fan units in the fan array air-handling system is controlled by an array controller (not shown). In one preferred embodiment, the array controller may be programmed to operate the fan units at peak efficiency. In this peak efficiency embodiment, rather than

5   running all of the fan units at a reduced efficiency, the array controller turns off certain fan units and runs the remaining fan units at peak efficiency. In an alternative embodiment, the fan units could all be run at the same level of operation.

Another advantage of the present invention is that the variable

10  frequency drive (VFD) used for controlling fan speed and thus flow rate and pressure, could be sized for the actual operating power of the fan array air-handling system. Since the actual operating power of the fan array air-handling system is substantially less than the actual operating power of comparable prior art air-handling systems, the variable frequency drive's power could be reduced

15  accordingly. The variable frequency drive could be sized to the actual power consumption of the fan array where as the variable frequency drive in a traditional design would be sized to the maximum nameplate rating of the motor per National Electrical Code requirements. An example of a prior art fan design supplying 50,000 cubic feet per minute of air at 2.5 inches pressure, would

20  require a 40 horsepower motor and 40 horsepower variable frequency drive unit. The new invention will require an array of 1.5 horsepower motors and a 30 horsepower variable frequency drive.

This invention solves many of the problems of the prior art air-handling systems including, but not limited to real estate, reduced production

25  costs, reduced operating expenses, increased efficiency, improved airflow uniformity, redundancy, sound attenuation advantages, and reduced vibration.


Controllability

In a 5x5 fan array for example, a building owner can select how

30  many fans to operate. Each fan in a 5x5 array contributes 4% of the total air. In

5

60456413.032003
Express No. EU122520178US

variable air volume systems, which is what most buildings have, only the number of fans required to meet the demand would operate.  A control system could be developed to take fans on and off line individually eliminating the need for a variable frequency drive.  A further advantage to taking fans on and off line is

5      where building control systems require low volumes of air at relatively high pressures.  In this case, the fans could be modulated to produce a stable operating point and eliminate the surge effects that sometimes plague building owners and maintenance staff.  The surge effect is where the system pressure is too high for the fan speed at a given volume and the fan has a tendency to go

10     into stall.


Real Estate

            The fan array air-handling system of the present invention preferably uses (60% to 80%) less real estate than prior art fan sections in air-

15     handling systems.  Comparing FIG. 1 with FIG. 5 shows a graphical representation of this shortening of the airway path.  There are many reasons that using multiple smaller fans can reduce the length of the airway path.  For example, reducing the size of the fan and motor reduces the length of the fan section.  Similarly, reducing the size of the inlet cone reduces the length of the

20     inlet plenum.  The length of the fan section can also be reduced because air from the fan array air-handling system of the present invention is substantially uniform whereas the prior art air-handling system has points of higher pressure and needs time and space to mix so that the flow is uniform by the time it exits the air-handling compartment.  (This can also be described as the higher static

25     efficiency in that the present invention eliminates the need for settling means because there is little or no need to transition from high velocity to low velocity.) The fan array air-handling system takes in air from the inlet plenum more evenly and efficiently than the prior art air-handling system so that the length of the inlet plenum may be reduced.

6

60456413.032003
Express No. EU122520178US

For purposes of comparison, using the first exemplary structure set
forth in the Background of the Invention (a structure requiring 50,000 cubic feet
per minute of airflow at a temperature of 70 degrees F), an exemplary
embodiment of the present invention could be served by a nominal fan section of
5    89 inches high by 160 inches wide and 88-139 inches long that could be housed in
an air-handling compartment of approximately 89 inches high by 160 inches
wide and 30 inches long (as compared to 88 to 139 inches long in the prior art
embodiments). The fan section would include a 3 x 6 fan array air-handling
system having 18 fan units. The space required for each exemplary fan unit
10   would be a cube of approximately 24 to 30 inches on a side depending on the
array configuration. The airway length is 30 inches (as compared to 88 to 139
inches in the prior art embodiments).

For purposes of comparison, using the second exemplary structure
set forth in the Background of the Invention (a structure requiring 26,000 cubic
15   feet per minute of airflow at a temperature of 70 degrees F), an exemplary
embodiment of the present invention could be served by a nominal fan section of
84 inches high by 84 inches wide and 71-95 inches long that could be housed in
an air-handling compartment of approximately 84 inches high by 84 inches wide
and 30 inches long (as compared to 71 to 95 inches long in the prior art
20   embodiments). The fan section would include a 3 x 3 fan array air-handling
system having 9 fan units. The space required for each exemplary fan unit would
be a cube of approximately 24 to 30 inches on a side depending on the array
configuration. The airway length is 30 inches (as compared to 71 to 95 inches in
the prior art embodiments).

25

Reduced Production Costs

Because the individual fan units of the fan array can be mass-
produced, the fan array air-handling system of the present invention reduces
production costs as compared to the single fan unit used in prior art air-handling
30   systems. Whereas the prior art single fan units were generally custom built for

7

Express No. EU122520178US

the particular purpose, the present invention could be implemented on a single type of fan unit. In alternative embodiments, there might be several fan units having different sizes and/or powers (both input and output). The different fan units could be used in a single air-handling system or each air-handling system

5     would have only one type of fan unit.

In one preferred embodiment of the invention, the fan units are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units themselves. Alternatively, such modular units may be implemented by using

10    separate structure for interlocking the fan units. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units may be placed.


Reduced Operating Expenses

15         The fan array air-handling system of the present invention preferably are less expensive to operate than prior art air-handling systems because of greater flexibility of control and fine tuning to the operating requirements of the building. Also, by using smaller higher speed fans that require less low frequency noise control and less static resistance to flow.

20

Increased Efficiency

The fan array air-handling system of the present invention preferably is more efficient than prior art air-handling systems because each small fan unit can run at peak efficiency. The system could turn individual fans

25    on and off to prevent inefficient use of particular fan units. It should be noted that a array controller (not shown) could be used to control the fan units. As set forth above, the array controller turns off certain fan units and runs the remaining fan units at peak efficiency.


8

CL 703

Express No. EU122520178US

### Redundancy

Multiple fan units add to the redundancy of the system. If a single fan unit breaks down, there will still be cooling. The array controller may take disabled fan units into consideration such that there is no noticeable depreciation
5    in cooling or air flow rate. This feature may also be useful during maintenance as the array controller may fan units that are to be maintained offline with no noticeable depreciation in cooling or air flow rate.

### Sound Attenuation Advantages

10    The high audio frequency of the small fan units is easier to attenuate than the low audio frequency of the large fan unit. Less splitters or other noise control mechanisms are needed to attenuate the high audio frequency of the plurality of small fan units than the low audio frequency of the single large fan unit.

15

### Reduced Vibration

The multiple fan units of the present invention have smaller wheels with lower mass and create less force thus causing less vibration than the large fan unit.

20

It should be noted that FIGS. 5 and 6 show a 4x6 fan array air-handling system having twenty-four fan units. It should be noted that the array may be of any size or dimension of more than two fan units. It should be noted that cooling coils (not shown) could be added to the system either upstream or
25    downstream of the fan units. It should be noted that, although shown upstream from the fan units, the filter bank could be downstream.

The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and

9

CL 704

Express No. EU122520178US

are not intended to exclude equivalents of the features shown and described or portions of them.  The scope of the invention is defined and limited only by the claims that follow.

10

Express No. EU122520178US

WHAT IS CLAIMED IS:

1.    A fan array air-handling system comprising:

(a)    at least three fan units;

5    (b)    said at least three fan units arranged in a fan array;

(c)    an air-handling compartment within which said fan array of
fan units is positioned; and

(d)    an array controller for controlling said at least three fan units
to run at peak efficiency.

10

2.    The fan array air-handling system of claim 1, wherein said at
least three fan units are plenum fans.


3.    The fan array air-handling system of claim 1, wherein said
15    air-handling compartment has an airway path, said airway path being less than
31 inches.

11

03/20/2003 THU 12:19  FAX                                    @002/007

6045641.3.032003

Please type a plus sign (+) inside this box → [+]

PTO/SB/81 (02-01)
Approved for use through 10/31/2002. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it display a valid OMB control number.

## POWER OF ATTORNEY OR AUTHORIZATION OF AGENT

| Application Number | |
|---|---|
| Filing Date | 3/20/2003 |
| First Named Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | Hunt:P:fanarr |

I hereby appoint:

[X] Practitioners at Customer Number    26790        → Place Customer Number Bar Code Label here
OR
[ ] Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified application to:
[ ] The above-mentioned Customer Number.
OR
[ ] Practitioners at Customer Number    → Place Customer Number Bar Code Label here
OR

| Firm or Individual Name [ ] | |
|---|---|
| Address | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Fax |

I am the:
[X] Applicant/Inventor.
[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
     Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

### SIGNATURE of Applicant or Assignee of Record
| Name | Lawrence G. Hopkins |
|---|---|
| Signature | Lawrence G. Hop |
| Date | 3/20/2003 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of  2  forms are submitted.

Burden Hour Statement: This form is estimated to take 3 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CL 707

03/20/2003 THU 12:19 FAX                                    ☑003/007

`6O456413.032003`

Please type a plus sign (+) inside this box  ➡ [+]

PTO/SB/81 (03-01)
Approved for use through 10/31/2002. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it display a valid OMB control number.

| POWER OF ATTORNEY OR AUTHORIZATION OF AGENT | | |
|---|---|---|

| Application Number | |
|---|---|
| Filing Date | 3/20/2003 |
| First Named Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | Hunt:P:fanarr |

I hereby appoint:

[X] Practitioners at Customer Number   `26790`
OR
[ ] Practitioner(s) named below:

➡ Place Customer Number Bar Code Label here

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified application to:
[ ] The above-mentioned Customer Number.
OR
[ ] Practitioners at Customer Number    ➡ Place Customer Number Bar Code Label here
OR

| Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Fax |

I am the:
[ ] Applicant/Inventor.

[X] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

| SIGNATURE of Applicant or Assignee of Record | |
|---|---|
| Name | Michael Post, Vice-President of HUNTAIR |
| Signature | _[signature]_ |
| Date | 3/20/2003 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of   2   forms are submitted.

Burden Hour Statement: This form is estimated to take 3 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



filter back

fan section

motor

fan

inlet cone

airway path

inlet plenum

FIG. 1
(prior art)

CL 709



# HUNTAIR®

*Commitment To Quality*

**Cabinet Sizing Guide For Horizontal Direct Drive Plug Fans**



SIDE ELEVATION



END VIEW

● ADD BASE CHANNEL HEIGHT TO CABINET HEIGHT (H)

| FAN SIZE | H HEIGHT | W WIDTH | CABINET DIMENSIONS BASED ON 2" INSULATION - 2.125" PANEL — L = CABINET LENGTH BY MOTOR FRAME SIZE | | | | | | | | | | | PL = INLET PLENUM LENGTH — Unit Casing Width Vs Plenum Length | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 143/145 | 182/184 | 213/215 | 254/256 | 284/286 | 324/328 | 364/365 | 404/405 | 444/445 | 447/449 | 505/587 | 35 - 66 | 66 - 101 | 102 - 120 |
| 12 | 29 | 41 | 34 | 36 | 38 | | | | | | | | | 18 | | |
| 14 | 35 | 47 | 35 | 37 | 39 | | | | | | | | | 18 | | |
| 16 | 35 | 47 | 38 | 40 | 42 | 46 | | | | | | | | 18 | | |
| 18 | 35 | 47 | 36 | 40 | 43 | 47 | 49 | | | | | | | 18 | | |
| 20 | 40 | 53 | | 42 | 46 | 49 | 51 | | | | | | | 18 | 24 | |
| 22 | 40 | 53 | | 43 | 47 | 50 | 53 | | | | | | | 20 | 24 | |
| 25 | 46 | 59 | | | 48 | 51 | 54 | 57 | | | | | | 20 | 24 | 30 |
| 28 | 52 | 65 | | | 52 | 54 | 57 | 60 | | | | | | 22 | 24 | 33 |
| 32 | 58 | 71 | | | | 56 | 59 | 62 | 66 | | | | | | 24 | 33 |
| 35 | 65 | 77 | | | | 59 | 62 | 64 | 68 | | | | | | 24 | 36 |
| 39 | 65 | 83 | | | | | 65 | 68 | 70 | 78 | | | | | 26 | 36 |
| 44 | 71 | 89 | | | | | | 71 | 74 | 81 | 95 | | | | 26 | 36 |
| 49 | 77 | 95 | | | | | | 77 | 85 | 90 | 94 | | | | 26 | 36 |
| 55 | 89 | 101 | | | | | | | 88 | 93 | 96 | 98 | | | 30 | 36 |
| 63 | 101 | 113 | | | | | | | 94 | 100 | 103 | 110 | | | | 36 |
| 71 | 114 | 119 | | | | | | | | 105 | 108 | 115 | | | | 36 |

**NOTES:**
1. For 4" insulation add 2" to O.D. height and 4" to O.D. width.
2. " H " Dimension does not include base channel height. *(See sheet ENGR   2 for base channel sizing guide)*
3. For custom or larger cabinet sizing consult factory.
4. " L " Dimension includes end wall, deduct 2" without end wall.
5. The minimum unit casing length is dependent on the required motor horsepower and or frame size.
6. Intake plenum is required when fan is being used as draw-thru configuration preceded by a coil or filters in direction of air flow.
7. As part of our continuing program to improve the Design and Quality of our products, we reserve the right to make changes without notice or obligation.

F16-2

HUNTAIR, Inc.
Tigard, Oregon
(503) 639-0113
Fax (503) 639-1269

Rev. 10/28/96                                                                 Sheet  CSA - 1





## HUNTAIR® — Engineered Performance

**Cabinet Sizing Guide For Horizontal Belt Drive Plug Fans**



SIDE ELEVATION

* ADD BASE CHANNEL HEIGHT
TO CABINET HEIGHT (H)



END ELEVATION

| FAN SIZE | H HEIGHT | L LENGTH | CABINET DIMENSIONS BASED ON 2" INSULATION - 2.125" PANEL W = CABINET WIDTH BY MOTOR FRAME SIZE | | | | | | | | | | | PL = INLET PLENUM LENGTH Unit Casing Width Vs Plenum Length | | | SHAFT DIAMETER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 143/145 | 182/184 | 213/215 | 254/256 | 284/286 | 324/326 | 364/365 | 404/405 | 444/445 | 447/449 | 505/587 | 50 - 80 | 81 - 110 | 111 - 155 | Class I,II | Class III |
| 12 | 28 | 38 | 53 | 59 | 59 | | | | | | | | | 18 | | | 1.1875 | N/A |
| 14 | 35 | 44 | 59 | 59 | 65 | 65 | | | | | | | | 18 | | | 1.1875 | 1.1675 |
| 16 | 35 | 45 | 59 | 59 | 65 | 65 | | | | | | | | 18 | | | 1.1875 | 1.4375 |
| 18 | 35 | 50 | 59 | 59 | 65 | 65 | | | | | | | | 18 | | | 1.1875 | 1.4375 |
| 20 | 40 | 51 | 59 | 65 | 65 | 71 | 71 | | | | | | | 18 | 24 | | 1.4375 | 1.6875 |
| 22 | 40 | 54 | | | 65 | 71 | 71 | 77 | 77 | | | | | 20 | 24 | | 1.6875 | 2.1875 |
| 25 | 46 | 56 | | | 71 | 77 | 77 | 83 | 83 | | | | | 20 | 24 | | 1.9375 | 2.1875 |
| 28 | 52 | 61 | | | | 77 | 83 | 83 | 89 | 89 | | | | 22 | 24 | 33 | 2.1875 | 2.1875 |
| 32 | 58 | 63 | | | | 83 | 89 | 89 | 95 | 95 | | | | | 24 | 33 | 2.1875 | 2.1875 |
| 35 | 65 | 66 | | | | | 89 | 89 | 95 | 101 | 101 | | | | 24 | 36 | 2.1875 | 2.4375 |
| 39 | 65 | 74 | | | | | 95 | 101 | 101 | 107 | 107 | | | | 26 | 36 | 2.4375 | 2.4375 |
| 44 | 71 | 77 | | | | | | 107 | 113 | 113 | 119 | 119 | | | 26 | 36 | 2.4375 | 2.6875 |
| 49 | 77 | 83 | | | | | | 113 | 119 | 119 | 125 | 125 | | | 26 | 36 | 2.6875 | 2.6875 |
| 55 | 84 | 89 | | | | | | | 125 | 125 | 131 | 131 | 131 | | 30 | 36 | 2.6875 | 2.9375 |
| 63 | 101 | 97 | | | | | | | | 137 | 137 | 143 | 143 | 143 | | 36 | 2.9375 | 4.4375 |
| 71 | 114 | 104 | | | | | | | | 143 | 149 | 155 | 155 | 155 | | 36 | 3.4375 | 3.4375 |

**NOTES:**
1. For 4" insulation add 2" to O.D. height and 4" to O.D. width.
2. "H" Dimension does not include base channel height.  *(See sheet ENGR - 2 for base channel sizing guide)*
3. For custom or larger cabinet sizing consult factory.
4. "L" Dimension includes end wall, deduct 2" without end wall.
5. The minimum unit casing width is dependent on the required motor horsepower or frame size.
6. Intake plenum is required when fan is being used as draw-thru configuration preceded by a coil or filters in direction of air flow.
7. As part of our continuing program to improve the Design and Quality of our products, we reserve the right to make changes without notice or obligation.

FIG. 3

**HUNTAIR, Inc.**
Tigard, Oregon
(503) 639-0113
Fax (503) 639-1269

Rev. 8/15/98

Sheet CSA - 4



# HUNTAIR®

*World Leader In Air Flow Management*

| **Cabinet Sizing Guide For DWDI Fan Section's Only  (THD & BHD)** |



**SIDE ELEVATION**
TH DISCHARGE



**PLAN VIEW**

* ADD BASE CHANNEL HEIGHT
TO CABINET HEIGHT (B / BB)



**SIDE ELEVATION**
BH DISCHARGE

| FAN SIZE | CABINET DIMENSIONS BASED ON 2" INSULATION - 2.125" PANEL | | | | | | | | MAX. MOTOR FRAME CLASS I,II | SHAFT DIAMETER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | BB | C | D | E | F | G | | CLASS I | CLASS II |
| 12 | 51 | 35 | 35 | 47 | 13.125 | 17.5 | 15.375 | 7.375 | 254T | 1.1875 | 1.4375 |
| 13 | 53 | 40 | 40 | 47 | 14.5 | 19.625 | 16 | 7.25 | 254T | 1.1875 | 1.6875 |
| 15 | 56 | 40 | 40 | 53 | 16 | 21.625 | 16.875 | 7.5 | 256T | 1.4375 | 1.6875 |
| 16 | 61 | 46 | 46 | 59 | 17.625 | 23.75 | 17.625 | 7.375 | 284T | 1.4375 | 1.9375 |
| 18 | 64 | 46 | 46 | 65 | 19.5 | 26.125 | 18.5 | 7.5 | 284T | 1.6875 | 1.9375 |
| 20 | 67 | 48 | 52 | 71 | 21.375 | 28.625 | 19.5 | 7.625 | 286T | 1.6875 | 2.1875 |
| 22 | 74 | 52 | 58 | 71 | 23.75 | 31.75 | 21.5 | 8.25 | 324T | 1.9375 | 2.4375 |
| 24 | 78 | 58 | 58 | 77 | 26.125 | 35 | 22.75 | 8.125 | 326T | 2.1875 | 2.4375 |
| 27 | 82 | 65 | 65 | 83 | 28.75 | 38.375 | 24.375 | 8.25 | 326T | 2.1875 | 2.6875 |
| 30 | 91 | 65 | 71 | 89 | 32 | 42.875 | 26.75 | 7.75 | 364T | 2.4375 | 2.4375 |
| 33 | 96 | 71 | 77 | 101 | 35.25 | 46.875 | 29 | 7.5 | 365T | 2.4375 | 2.4375 |
| 36 | 108 | 77 | 83 | 107 | 38.875 | 52 | 31.75 | 8.625 | 405T | 2.6875 | 2.6875 |
| 40 | 114 | 89 | 89 | 119 | 42.75 | 57.375 | 34.5 | 8.75 | 405T | 2.4375 | 2.6875 |
| 44 | 124 | 95 | 101 | 131 | 47.25 | 63.25 | 37.75 | 8.75 | 445T | 2.4375 | 2.9375 |
| 49 | 131 | 101 | 109 | 149 | 52.125 | 69.625 | 41.125 | 8.625 | 445T | 2.6875 | 3.4375 |
| 54 | 139 | 109 | 114 | 161 | 57.5 | 77.125 | 45.125 | 8.75 | 445T | 2.9375 | 3.4375 |

**NOTES:**
1. For 4" insulation add 2" to O.D. height and 4" to O.D. width.
2. "B" & "BB" Dimensions does not include base channel height.  *(See sheet ENGR - 2 for base channel sizing guide)*
3. For custom or larger cabinet sizing consult factory.
4. As part of our continuing program to improve Design and Quality of our products, we reserve the right to make changes without notice or obligation.

FIG. 4

HUNTAIR, Inc.
Tigard, Oregon
(503) 639-0113
Fax (503) 639-1269

REVISED
10/27/97

Sheet CSA - 7

CL 712

60456413.032003



FIG. 5

CL 713

60*56413.032003

| fan unit | fan unit | fan unit | fan unit |
|---|---|---|---|
| fan unit | fan unit | fan unit | fan unit |
| fan unit | fan unit | fan unit | fan unit |
| fan unit | fan unit | fan unit | fan unit |
| fan unit | fan unit | fan unit | fan unit |
| fan unit | fan unit | fan unit | fan unit |

FIG. 6

CL 714

60456413.032003

CERTIFICATE UNDER 37 CFR 1.10
CERTIFICATE OF MAILING BY
"EXPRESS MAIL"

Express Mail No.:  **EU122520178US**

Date of Deposit:   **3/20/03**

I hereby certify that the following documents relating to a Provisional Patent Application
entitled **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**  and invented

by  **Hopkins**                              are being deposited with the United States

Postal Service, "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on

the date indicated above and is addressed to Commissioner for Patents, Box Provisional

Application, Washington, DC 20231.

    ☒  Patent Cover Sheet Form PTO/SB/16 (1 page(s))
    ☒  Specification (11 page(s))
    ☒  6    sheets of drawings (FIGS. 1-6)
    ☒  Fee Transmittal Form
    ☒  A check for $ 80.00    for the provisional filing fee
    ☒  a return acknowledgement postcard
    ☒  this Certificate of Mailing by Express Mail
    ☐  _____

_Karen Oster_

Karen Dana Oster

Hunt:P:fanarr

CL 715

60456413.032003

PTO/SB/17 (01-03)
Approved for use through 04/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2003
*Effective 01/01/2003. Patent fees are subject to annual revision*

☑ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 80.00 |
|---|---|---|

**Complete if Known**

| | |
|---|---|
| Application Number | |
| Filing Date | 3/20/03 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt:P:fanarr |

## METHOD OF PAYMENT (check all that apply)

☑ Check   ☐ Credit card   ☐ Money Order   ☐ Other   ☐ None

☑ Deposit Account:

Deposit Account Number: 50-2115
Deposit Account Name:

The Commissioner is authorized to: (check all that apply)
☑ Charge fee(s) indicated below   ☑ Credit any overpayments
☑ Charge any additional fee(s) during the pendency of this application
☐ Charge fee(s) indicated below, except for the filing fee to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 750 | 2001 | 375 | Utility filing fee | |
| 1002 | 330 | 2002 | 165 | Design filing fee | |
| 1003 | 520 | 2003 | 260 | Plant filing fee | |
| 1004 | 750 | 2004 | 375 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | $80.00 |

SUBTOTAL (1) ($) 80.00

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 20 | -20** = 0 | X | $9.00 | $0.00 |
| Independent Claims | 3 | -3** = 0 | X | $42 | $0 |
| Multiple Dependent | | | | | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 84 | 2201 | 42 | Independent claims in excess of 3 |
| 1203 | 280 | 2203 | 140 | Multiple dependent claim, if not paid |
| 1204 | 84 | 2204 | 42 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 over original patent |

SUBTOTAL (2) ($) 0.00

**or number previously paid, if greater; For Reissues, see above

## 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 410 | 2252 | 205 | Extension for reply within second month | |
| 1253 | 930 | 2253 | 465 | Extension for reply within third month | |
| 1254 | 1,450 | 2254 | 725 | Extension for reply within fourth month | |
| 1255 | 1,970 | 2255 | 985 | Extension for reply within fifth month | |
| 1401 | 320 | 2401 | 160 | Notice of Appeal | |
| 1402 | 320 | 2402 | 160 | Filing a brief in support of an appeal | |
| 1403 | 280 | 2403 | 140 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,300 | 2453 | 650 | Petition to revive - unintentional | |
| 1501 | 1,300 | 2501 | 650 | Utility issue fee (or reissue) | |
| 1502 | 470 | 2502 | 235 | Design issue fee | |
| 1503 | 630 | 2503 | 315 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 750 | 2809 | 375 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 750 | 2810 | 375 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 750 | 2801 | 375 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)
*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 0.00

## SUBMITTED BY

| | | | | Complete (if applicable) | |
|---|---|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | | Registration No (Attorney/Agent) | 37,621 | Telephone (503) 810-2560 |
| Signature | *Karen Oster* | | | | Date 07/22/2002 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

CL 716