Exhibit 23

# File History Report

☐   Paper number _____ is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐   The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐   The following checked item(s) of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐   **PTO 892**
☐   **PTO 948**
☐   **PTO 1449**
☐   **PTO 1474**
☐   **Assignment**

**Additional comments**
***Missing File Wrapper Jacket***

# 60/554,702

### Fan array fan section in air-handling systems

### Transaction History

| Date | Transaction Description |
|------|------------------------|
| 3/20/2004 | Initial Exam Team nn |
| 3/26/2004 | Cleared by OIPE CSR |
| 5/14/2004 | Application Return from OIPE |
| 5/14/2004 | Application Return TO OIPE |
| 5/14/2004 | Application Dispatched from OIPE |
| 5/14/2004 | Application Is Now Complete |
| 3/27/2005 | EXPIRED PROVISIONAL |

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/23/2004 JDALIWAN 00000096 60554702
01 FC:2005                    80.00 OP

PTO-1556
(5/87)

U.S. Government Printing Office: 2001 — 481 697/59173

CL 719

16682 U.S. PTO
032004

15535 U.S. PTO
60/554702
032004

PTO/SB/16 (01-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No. **EU122438272US**

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Lawrence G. | Hopkins | Portland, OR |

Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max)
FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

**CORRESPONDENCE ADDRESS**
Direct all correspondence to:

[X] Customer Number: 26790

OR

[ ] Firm or Individual Name

| Address | |
|---|---|
| Address | |
| City | State | Zip |
| Country | Telephone | Fax |

### ENCLOSED APPLICATION PARTS (check all that apply)

| | | | |
|---|---|---|---|
| [X] Specification Number of Pages 3 | | [ ] CD(s), Number ____ | |
| [X] Drawing(s) Number of Sheets 28 | | [X] Other Certificate of Express Mail; & Return Postcard | |
| [ ] Application Data Sheet. See 37 CFR 1.76 | | | |

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

[X] Applicant claims small entity status. See 37 CFR 1.27.

[X] A check or money order is enclosed to cover the filing fees.

[X] The Director is herby authorized to charge filing fees or credit any overpayment to Deposit Account Number: 50-2115

[ ] Payment by credit card. Form PTO-2038 is attached.

FILING FEE
Amount ($)

80

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____

TYPED or PRINTED NAME Karen Dena Oster

TELEPHONE (503) 810-2560

Date March 20, 2004

REGISTRATION NO. 37,621
(if appropriate)
Docket Number: Hunt:P2:fanarr

### USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT
This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Mail Stop Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Express Mail No. EU122438272US

## FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

### BACKGROUND OF INVENTION

5          The present invention is directed to a fan array fan section utilized in an
air-handling system.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

          The figures include a 22 page brochure entitled "Fan Wall Technology," a
10    bar graph of the Coplanar Silencer Package, and photos of an exemplary
implementation of the Coplanar Silencer Package.

### DETAILED DESCRIPTION OF THE INVENTION

          The present invention elaborates on the information provided in U.S.
15    Provisional Patent Application Serial Number 60/456,413, filed March 20, 2003 (entitled
FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS) and PCT Patent
Application Serial Number _____, filed March 19, 2004 (entitled FAN ARRAY
FAN SECTION IN AIR-HANDLING SYSTEMS).  The present application is based on
and claims priority from these applications, the disclosures of which are hereby
20    expressly incorporated herein by reference.
          The present application is further described in the attached figures
including the 22 page brochure entitled "Fan Wall Technology," the bar graph of the
Coplanar Silencer Package, and the photos of an exemplary implementation of the
Coplanar Silencer Package.
25          A fan wall incorporating a silencer package has the relative effectiveness
shown in the attached bar graph.  The figures from the graph show the relative
effectiveness of the Coplanar Silencer option fitted to a 20 inch diameter fan array

Page 1

CL 721

Express Mail No. EU122438272US

The following table shows the performance of the Coplanar Silencer compared to a conventional 3 foot silencer.

| Octave Band | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| 36" Splitter Package | 7 | 12 | 16 | 28 | 36 | 36 | 28 | 17 |
| Coplanar Silencer - FWT | 8 | 10 | 15 | 12 | 5 | 12 | 11 | 5 |

5

Some of the benefits of using the Coplanar Silencer include (1) No added airway length for splitters; (2) No pressure drop; and (3) Relatively low cost

Notice the Coplanar Silencer rivals a 36" traditional silencer in the first three octave bands. Above that, the traditional silencer is more effective. It should be
10    noted that measurements above the 5 dB reduction at 1000 Hz may be even more promising.

The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and are not intended to exclude equivalents of the features shown and described or portions of them. The
15    scope of the invention is defined and limited only by the claims that follow.

Page 2

CL 722

Express Mail No. EU122438272US

1    WHAT IS CLAIMED IS:

2           1.     A fan array fan section in an air-handling system comprising:

3           (a)    an air-handling compartment;

4           (b)    a plurality of fan units;

5           (c)    a plurality of Coplanar Silencer compartments, each of said plurality

6                  of fans positioned within a respective Coplanar Silencer

7                  compartment.

8           (d)    said plurality of Coplanar Silencer compartments arranged in a fan

9                  array;

10          (e)    said fan array positioned within said air-handling compartment..

11

Page 3

CL 723

BEST COPY



Air Handling Solutions

## Fan Wall Technology™

### Fan Wall Technology Offers Many Advantages Over Traditional Air Handler Design:

- **Greater Flexibility in Unit Dimensions –**

  Fan Wall Technology offers greater flexibility in unit sizing. Designers are able to incorporate lower profile units where height restrictions are involved.

- **Acoustical Benefits –**

  ✓ Low frequency noise is greatly reduced due to higher tip speeds.

  ✓ Higher frequency noise far less difficult to attenuate.

  ✓ Ideal for acoustically sensitive applications.

    ✓ Concert Halls

    ✓ Lecture Halls

    ✓ Performing Arts Centers

    ✓ Libraries



Typ Fan Wall Layout







Air Handling Solutions

*Fan Wall Technology*™

*Fan Wall Vs Conventional Air Handler*



Arrangement 4 Fans



- **System Reliability** –

  ➢ **Arrangement 4 fans eliminate belts, sheaves and fan bearings.**

  ➢ **Multiple fan provide unparalleled redundancy without the need for standby units.**

  ➢ **Greatly reduces / eliminates the exposure of downtime due to mechanical failure.**

  ➢ **Standard "off the shelf" motors.**

Air Handling Solutions

Fan Wall Technology™

## Fan Wall Vs Conventional Air Handler





In the previous slide, the twin 125 HP motors were in units that were stacked in a well in the center of a roof opening. To remove a motor from the roof a crane with a boom that could extend into the building 200 feet would be required.

With FWT the fan / motors could be removed by two technicians from the unit and off the roof.

CL 729



# BEST COPY



Air Handling Solutions

Fan Wall Technology™

HP Project
Corvallis, Oregon



# BEST COPY



# BEST COPY





CFD Comparison





Air Handling Solutions

FanWall Technology™

# Project Example
## (ARIZONA CARDINAL STADIUM)





Conventional Air Handler
200,000 CFM
(Direct Drive Plenum Fans)

Air Handling Solutions

Fan Wall Technology™



Air Handling Solutions

Fan Wall Technology™

Fan Wall Air Handler
200,000 CFM



Air Handling Solutions

Fan Wall Technology™

## Sound Power Comparison

**Project Name:** Typical Unit Sound Comparison
**Hunter Job Number:** N/A
**Unit Tag#:** 60000 CFM UNIT, 3.6" TSP - Huntair AF21 Fan Wall vs. 53" Dia Traditional Plenum Fan
**Date:** 30-Apr-03

| Octave Band Frequency ( Hz ) | 63 | 125 | 250 | 500 | 1k | 2k | 4k | 8k |
|---|---|---|---|---|---|---|---|---|
| Maximum Sound Power Levels (dB re 10⁻¹²W) | | | | | | | | |
| Fan Inlet Sound Power Level | 87 | 92 | 91 | 85 | 85 | 82 | 77 | 70 |
| Traditional Fan Inlet Sound Power | 94 | 102 | 97 | 88 | 87 | 88 | 80 | 73 |
| Fan Wall Discharge Sound Power Level | 79 | 73 | 81 | 78 | 75 | 72 | 68 | 59 |
| Traditional Fan Discharge Sound Power | 93 | 94 | 86 | 84 | 81 | 79 | 73 | 67 |

• **Lower Noise at Critical Frequencies-**

Fan Wall Technology is based on using small high efficient fans operating at higher speeds than traditional designs. Higher speeds result in less low frequency noise and a reduction in the amount of sound attenuation required in the system.



Air Handling Solutions

Fan Wall Technology™

Discharge View – 3 x 3 Array
30,000 CFM @ 3" TSP

• **Lower First Cost –**

➢ Reduced air way tunnel length results in casing cost savings.

➢ Installation costs reduced with less shipping splits.

➢ Fan section modules can be field installed in weight sensitive rigging situations.





Air Handling Solutions

Fan Wall Technology™

- Seismic and Vibration Concerns Eliminated –

  ➢ No spring isolation bases or concrete inertia bases required.

  ➢ All fan cartridges dynamically balanced to AMCA 204-96 Balance Grade G 2.5.  (.0005 in-lb / lb rotor mass) residual unbalance at 2000 RPM.

  ➢ Casing collateral vibration is greatly reduced or eliminated due to significant reduction in air way tunnel turbulence.

Air Handling Solutions

Fan Wall Technology™



- Ease of Maintenance –

  ➢ Identical fan cartridges can be used for multiple units.

  ➢ Replacement Fan Cartridges can be installed in 30 min. or less and by a single service technician one man.

  ➢ Reduces the amount of time and cost associated with service and replacement.



Copyright © 2004 HUNTAIR INC



Fan Wall Technology
Huntair Coplanar Silencer Package
AF20, 2030 RPM, 6000 CFM, 3.7" TSP

☐ Huntair AF20 wheel with Coplanar Silencer
■ Bare fan Levels

Octave Band

Sound Power Level



CL 747

BEST COPY







CL 750



**ARTIFACT SHEET**

Enter artifact number below. Artifact number is application number +
artifact type code (see list below) + sequential letter (A, B, C …). The first
artifact folder for an artifact type receives the letter A, the second B, etc..
Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

60/554702-CA

Indicate quantity of a single type of artifact received but not scanned. Create
individual artifact folder/box and artifact number for each Artifact Type.

☐ CD(s) containing computer program listing
    Doc Code: Computer        Artifact Type Code: P

☑ Stapled Set(s) of Extra Color Drawings/Photographs
    Doc Code: Artifact        Artifact Type Code: C

☐ CD(s) containing pages of specification
    and/or sequence listing ☐
    Doc Code: Artifact                Artifact Type Code: S

☐ CD(s) with content unspecified
    Doc Code: Artifact        Artifact Type Code: U

☐ Microfilm(s)
    Doc Code: Artifact        Artifact Type Code: F

☐ Video tape(s)
    Doc Code: Artifact        Artifact Type Code: V

☐ Model(s)
    Doc Code: Artifact        Artifact Type Code: M

☐ Bound Document(s)
    Doc Code: Artifact        Artifact Type Code: B

☐ Other, description: _____
    Doc Code: Artifact        Artifact Type Code: Z

06/26/2003

CL 752

## APPLICATION DATA SHEET

### Application Information

| | |
|---|---|
| Application Number:: | Concurrently Herewith |
| Filing Date:: | March 20, 2004 |
| Application Type:: | Provisional |
| Subject Matter:: | Utility |
| Title:: | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Attorney Docket Number:: | Hunt:P2:fanarr |
| Request For Early Publication:: | N/A |
| Request For Non-Publication:: | N/A |
| Suggested Drawing Figure:: | N/A |
| Total Drawing Sheets:: | 28 |
| Small Entity:: | Yes |

### Applicant Information

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | U.S. |
| Status:: | Full Capacity |
| Given Name:: | Lawrence |
| Middle Name:: | G. |
| Family Name:: | Hopkins |
| Name Suffix:: | |
| City Of Residence:: | Portland |
| State Or Province Of Residence:: | Oregon |
| Country Of Residence:: | U.S. |
| Street Of Mailing Address:: | 10781 SE Idleman Rd. |
| City Of Mailing Address:: | Portland |
| State Or Province Of Mailing Address:: | Oregon |
| Country Of Mailing Address:: | U.S. |
| Postal Or Zip Code Of Mailing Address:: | 97266 |

### Correspondence Information

| | |
|---|---|
| Correspondence Customer Number:: | 26790 |
| Phone Number:: | (503) 810-2560 |
| Fax Number:: | (503) 638-0367 |
| E-Mail Address:: | Karen@kdopatent.com |

### Representative Information

| | |
|---|---|
| Representative Customer Number:: | 26790 |

Page #1                           Initial 03/20/04

CL 753

**Domestic Priority Information**

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | An application claiming the benefit under 35 USC 119(e) | 60/456,413 | 03/20/03 |

**Assignee Information**

Assignee Name::                              HUNTAIR INC.
Primary Citizenship Country::                Oregon
Street Of Mailing Address::                  11555 SW Myslony Street
City Of Mailing Address::                    Tualatin
State Or Province Of Mailing Address::       Oregon
Country Of Mailing Address::                 USA
Postal Or Zip Code Of Mailing Address:: 97062

Page #2                              Initial 03/20/04

CL 754

CERTIFICATE UNDER 37 CFR 1.10

CERTIFICATE OF MAILING BY

"EXPRESS MAIL"

Express Mail No.:    EU122438272US

Date of Deposit:    March 20, 2004

I hereby certify that the following documents relating to a Provisional Patent Application entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS and invented by Larry Hopkins are being deposited with the United States Postal Service, "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on the date indicated above and is addressed to Mail Stop PROVISIONAL PATENT APPLICATION, Commissioner for Patents, P.O. Box 1450; Alexandria, VA 22313-1450.

- ☒ Provisional Application for Patent Cover Sheet
- ☒ Specification (3 page(s))
- ☒ 28 sheets of drawings
- ☒ Fee Transmittal Form (in duplicate)
- ☒ A check for $80 for the provisional filing fee
- ☒ Patent Application Data Sheet
- ☒ a return acknowledgement postcard

Karen Dana Oster

CL 755

16592 U.S. PTO
092004

PTO/SB/17 (10-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2004
*Effective 10/01/2003. Patent fees are subject to annual revision.*

☒ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 80 |
|---|---|---|

**Complete if Known**

| | |
|---|---|
| Application Number | |
| Filing Date | March 20, 2004 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt.P2:fanarr |

## METHOD OF PAYMENT (check all that apply)

☒ Check  ☐ Credit card  ☐ Money Order  ☐ Other  ☐ None

☒ Deposit Account:

| Deposit Account Number | 50-2115 |
|---|---|
| Deposit Account Name | |

The Director is authorized to: (check all that apply)
☒ Charge fee(s) indicated below  ☐ Credit any overpayments
☒ Charge any additional fee(s) or any underpayment of fee(s)
☐ Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | 80 |

| SUBTOTAL (1) | ($) | 80 |
|---|---|---|

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | -20** = | | X | | 0 |
| Independent Claims | - 3** = | | X | | 0 |
| Multiple Dependent | | | | | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

| SUBTOTAL (2) | ($) | 0 |
|---|---|---|

**or number previously paid, if greater; For Reissues, see above

## 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1062 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for *ex parte* reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

*Reduced by Basic Filing Fee Paid

| SUBTOTAL (3) | ($) | 0 |
|---|---|---|

## SUBMITTED BY
(Complete if applicable)

| Name (Print/Type) | Karen Dana Oster | Registration No. (Attorney/Agent) | 37,621 | Telephone | (503) 810-2560 |
|---|---|---|---|---|---|
| Signature | | | | Date | March 20, 2004 |

WARNING: Information on this form may become public. Credit card information should not
be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.
SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*