PTO/SB/96 (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Hopkins

Application No./Patent No.: _____ Filed/Issue Date: March 22, 2004

Entitled: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

HUNTAIR INC. _____, a corporation _____

(Name of Assignee)                   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest.
   The extent (by percentage) of its ownership interest is ————— %
   in the patent application/patent identified above by virtue of either:

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

*OR*

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

   1. From: _____ To: _____
     The document was recorded in the United States Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

   2. From: _____ To: _____
     The document was recorded in the United States Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

   3. From: _____ To: _____
     The document was recorded in the United States Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

   [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.
   [NOTE: A separate copy (*i.e.*, the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

March 22, 2004
Date

(503) 810-2560
Telephone number

Karen Dana Oster
Typed or printed name

*[signature]*
Signature

Patent Attorney 37,621
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Hunt:FanArr1

PTO/SB/01A (08-03)
Approved for use through 06/30/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

**Title of Invention** | **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

As the below named inventor(s), I/we declare that:

This declaration is directed to:

[X] The attached application, or

[ ] Application No. _____, filed on _____

[ ] as amended on _____ (if applicable);

I/we believe that I/we am/are the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought;

I/we have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above;

I/we acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me/us to be material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT International filing date of the continuation-in-part application.

All statements made herein of my own knowledge are true, all statements made herein on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and may jeopardize the validity of the application or any patent issuing thereon.

**FULL NAME OF INVENTOR(S)**

Inventor one: **Lawrence G. Hopkins**

Signature: _____ Citizen of: U.S.

Inventor two: _____

Signature: _____ Citizen of: _____

Inventor three: _____

Signature: _____ Citizen of: _____

Inventor four: _____

Signature: _____ Citizen of: _____

[ ] Additional inventors or a legal representative are being named on _____ additional form(s) attached hereto.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Hunt:FanArr1

CL 78

# APPLICATION DATA SHEET

## Application Information

Application Number::                  Concurrently Herewith
Filing Date::                         March 22, 2004
Application Type::                    Regular
Subject Matter::                      Utility
Title::                               FAN ARRAY FAN SECTION
                                      IN AIR-HANDLING SYSTEMS
Attorney Docket Number::              Hunt:FanArr1
Request For Early Publication::       No
Request For Non-Publication::         No
Suggested Drawing Figure::            3
Total Drawing Sheets::                15
Small Entity::                        Yes

## Applicant Information

Applicant Authority Type::            Inventor
Primary Citizenship Country::         U.S.
Status::                              Full Capacity
Given Name::                          Lawrence
Middle Name::                         G.
Family Name::                         Hopkins
Name Suffix::
City Of Residence::                   Portland
State Or Province Of Residence::      Oregon
Country Of Residence::                U.S.
Street Of Mailing Address::           10781 SE Idleman Rd.
City Of Mailing Address::             Portland
State Or Province Of Mailing Address:: Oregon
Country Of Mailing Address::          U.S.
Postal Or Zip Code Of Mailing Address:: 97266

## Correspondence Information

Correspondence Customer Number::      26790
Phone Number::                        (503) 810-2560
Fax Number::                          (503) 638-0367
E-Mail Address::                      Karen@kdopatent.com

## Representative Information

| Representative Customer Number:: | 26790 |
| --- | --- |

**Domestic Priority Information**

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | An application claiming the benefit under 35 USC 119(e) | 60/456,413 | 03/20/03 |
| This Application | A continuation in part | | 03/19/04 |
| This Application | An application claiming the benefit under 35 USC 119(e) | | 03/20/04 |

**Assignee Information**

Assignee Name::                                HUNTAIR INC.
Primary Citizenship Country::                  Oregon
Street Of Mailing Address::                    11555 SW Myslony Street
City Of Mailing Address::                      Tualatin
State Or Province Of Mailing Address::         Oregon
Country Of Mailing Address::                   USA
Postal Or Zip Code Of Mailing Address:: 97062

Initial 03/22/04

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | |
| | Filing Date | March 22, 2004 |
| | First Named Inventor | Hopkins |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | Hunt:FanArr1 |
| Sheet  1  of  2 | | |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 4767262 | 08-30-1988 | Simon | |
| | | US- 4133374 | 01-09-1979 | York | |
| | | US- 5632677 | 05-27-1997 | Elkins | |
| | | US- 6155335 | 12-05-2000 | Acre et al. | |
| | | US- 6386969 B1 | 05-14-2002 | O'Brien | |
| | | US- 6388880 B1 | 05-14-2002 | El-Ghobashy et al. | |
| | | US- 6407918 B1 | 06-18-2002 | Edmunds et al. | |
| | | US- 6414845 B2 | 07-02-2002 | Bonet | |
| | | US- 6427455 B1 | 08-06-2002 | Furubayashi | |
| | | US- 6436130 | 08-20-2002 | Philips et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 81

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | Complete If Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | |
| | Filing Date | March 22, 2004 |
| | First Named Inventor | Hopkins |
| | Art Unit | |
| | Examiner Name | |

| Sheet | 2 | of | 2 | Attorney Docket Number | Hunt:FanArr1 |
|---|---|---|---|---|---|

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^2$ |
| | | The Parallel and Series Operation, Sunon Group web page, http:// www.sunon.com/english/wealth/tech/tech-06.htm, at least as early as March 15, 2004, 2 pages, Sunon Group, Taiwan. | |
| | | Series and Parallel Fans, HighBeam Research web page, www://static.highbeam.com/m/machinedesign/january261995/seriesandparallelfans/index.htm, January 26, 1995, 1 page, HighBeam Research, LLC. | |
| | | MCLEOD, IAN, Using Fans in Series and Parallel:  Performance Guidelines, ebmpapst web page, htt://www.papstplc.com/features/articles/art006&print=true, at least as early as March 15, 2004, 3 pages, emb-Papst Automotive and Drives (UK) Ltd., UK. | |
| | | Technical Bulletin:  CLEANPAK M/R/PF Multi/Redundant/Plenum Fan, at least as early as March 15, 2004, 3 pages, CLEANPAK International, Clackamas, Oregon. | |
| | | Installation Operating and Maintenance Manual, 2003, 12 pages, Greenheck Fan Corp., Schofield, Wisconsin. | |
| | | DPL Series - Delhi Plenum Fan:  Installation and Maintenance Instructions, November 2001, 2 pages, Delhi Industries Inc., Delhi, Ontario, Canada. | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional).  2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2003

**Application or Docket Number**

*108 0677 S*

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | *20* | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | *20* minus 20= | * |
| INDEPENDENT CLAIMS | *2* minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL | *385* | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | ADDI-TIONAL FEE | | | ADDI-TIONAL FEE |
|---|---|---|---|---|
| RATE | | | RATE | |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | ADDI-TIONAL FEE | | | ADDI-TIONAL FEE |
|---|---|---|---|---|
| RATE | | | RATE | |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875  (Rev. 10/03)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

## CL 83

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/25/2004 MBELETE1 00000004 10806775
01 FC:2001                385.00 OP

PTO-1556
(5/87)

U.S. Government Printing Office: 2001 — 481-697/59173

CL 84

# Appendix A

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems

Page 1 of 2

# CLEANPAK International

http://www.cleanpak.com/

*Current code Site*

- Home
- Recirculation Air Handler
- Air Handling Unit
- Air Movement Features
- Fan Filter Units
- Small Cabinet Fans
- Ceiling Systems
  - Clean-Trak
  - SealTrak
  - T-Trak
  - SlimTrak
  - Plenums
- Ceiling System Features
  - Lighting Calculations
  - Fire Protection
- Advantage Wall System
- Access Floors
- Parts Catalog
- Search

info@cleanpak.com
503 557 4500

## Air Movement Products

CLEANPAK offers a range of custom air handling products from fan filter units and recirculation air handlers to true no-through-metal thermal break air handling units and makeup air handling units for the cleanroom industry with semiconductor specific and life science specific products.

## Ceiling Systems Products

CLEANPAK offers an array of modular and stick-built ceiling systems and plenums in patented flush and T-grid style, patented Bottom-Load Flush grid system, and a wealth of ceiling accessories and options such as our patented Clean-Screens®, Equalizers®, DualSeal Ports™, T5 lighting, and patented GelLink™, powder coated and stainless steel grid, and fiber optic grid lighting for hazardous areas.



## Modular Cleanrooms

CLEANPAK offers the Servicor CPI line of modular cleanrooms.

## Cleanroom Wall Systems

CLEANPAK offers the Advantage Cleanroom Wall System™ for maximum utility and flexibility.



*rules related to Settlement*

CLEANPAK is focused on designing and supplying clean room products and equipment. We target the semiconductor, pharmaceutical, aerospace, biotechnology, and nano-technology industries, as well as research laboratories and universities.

CLEANPAK ushered in a new era in cleanroom design with the use of direct drive plenum fans, now the standard for distributed recirculation air handler systems. We pioneered the use of the flush grid known as Clean-Trak®, which provides unparalleled flexibility and performance. We developed the first flexible sprinkler system, the first welded grid module, the first no fastener air handler cabinet, the Econo-Disk® for

## NEWS

CLEANPAK Inter announces the ... of the Advantag Cleanroom Wall from ASD. Deve input from both users and instal Advantage Clea System is desig provide maximu and flexibility.

The addition of Advantage Clea System continu International's c to provide innov products design the industry-sp requirements of customers.

## FEATURED

Technical bullet multi/redundan applications.

CLEANPAK Inter offers a seamle steel bottom-lo system designe the most string guidelines of th pharmaceutical biotechnology i

3/18/2004

CL 86

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems

Page 2 of 2

http://www.cleanpak.com/




volume control, the P-Cone® for airflow monitoring, low outgassing urethane gel, high-efficiency fan filter units with smart communications, high efficiency vane-axial fan units, Room-side Straight Load grid system, GelLink seal, DualSeal Ports--all CLEANPAK inventions that improve the way facilities operate. CLEANPAK has never stopped building on this strong foundation. The overall strengths we bring to the marketplace--innovation, high technology, breadth of product offerings, employee training and loyalty to customers--are evidenced by our history and are unsurpassed by any other supplier.

A number of pages contain documents that must be viewed with Acrobat reader, which you can download by clicking the "Get Acrobat Reader" image.

Products may be protected by one or more of the following US patents: 5,613,759; 5,794,397; 5,014,608; 6,209,275; 6,351,920; 5,161,941; 5,088,886; 5,192,348; 5,207,61 5,586,861; 5,628,581; 5,681,143 and foreign patents.  Patents pending.  All rights reserved.

11241 SE Hwy 212    Clackamas, OR 97015    USA    Tel:503.557.4500    Fax:503.557.4501
Sales: info@cleanpak.com    Copyright © CLEANPAK International    Last modified: April 14, 2003

CL 87

# Appendix B



# Technical Bulletin  CLEANPAK M/R/PF
## Multi/Redundant/Plenum Fan

The application of multiple fans in a common system, in part, provided the impetus of the design of the "plug" fan years ago.  CLEANPAK International has incorporated multiple fans in common cabinets for several years to provide systems that require redundancy, to meet architectural profile requirements, and for space savings.  The arrangements may be vertical up or down flow or horizontal. The notes below apply generally, but often relate to redundancy issues, which is a benefit of multiple fan operation whether a design requirement or not.

## General
There are three general arrangements for multiple plenum fan configurations as noted below. Each arrangement has its benefits.
**1+1:**  2 fans can be provided in a cabinet with either fan capable of supplying 100% of the design flow requirement.  This would provide 100% redundancy.  Normal operation can be simultaneous or independent.
**Twin:**  2 fans can be provided in a cabinet with both fans required for the design flow. This arrangement provides capacity in excess of 50% if a single fan fails, since the system pressure drop falls by the square root of the volume decrease.  Additional capacity can be provided by ramping the VFD up to the limit of the motor full load amps.  Normal operation is always simultaneous.
**Xn+1:**  This system provides a measure of redundancy by providing a number of fans smaller than that required by the 1+1 arrangement.  The failure of a single fan is accommodated by the initiation of an unused fan, or the ramp up of all remaining fans.  The number of fans can be as high as 12-18, although it is not limited.  Normal operation is always simultaneous.

## Airflow Isolation
- Inlet or discharge isolation dampers with a solid dividing wall can be provided for fan service of an inoperative fan while operating at design flow for the 1+1 system.  The damper pressure drop should be included in the calculation of the total static pressure (TSP).
- An Econo-Disk® may be provided for manual or automatic fan isolation for any of the applications, although as the fans become smaller (18" and under) performance penalties may result.  Econo-Disk shutoff characteristics are excellent.
- Inlet isolation dampers can be provided and function similar to, but not as efficiently as, the Econo-Disk.  Back draft dampers (heavy duty) can be used but may provide unstable operation at low flows.  The damper pressure drop should be included in TSP calculations.
- If some sort of fan isolation is not provided, system performance will suffer a dramatic decrease with a fan failure, due to back flow through the failed fan.

## Efficiency
- Larger diameter fans have significantly higher peak efficiencies than smaller diameter fans.  Selecting fans at optimum efficiency for an operating point requires the ability to vary wheel width and operating speed.
- Larger motors are significantly more efficient than smaller motors.
- Motors operated at 75% full load are slightly more efficient than those that operate at 100% full load.



*Fan efficiencies are generally higher for larger size fans*



*Motor efficiencies are higher for larger size motors*

 **Technical Bulletin  CLEANPAK M/R/PF Multi/Redundant/Plenum Fan**

- System efficiency can be improved with internal and external pressure loss reductions such as low velocity coils and high capacity filters.

**Dimensions**
- For 1+1 systems, inlet and discharge plenum lengths may depend on the normal operating condition. Multiple fan configurations allow for more even velocity profiles for any given length than a single fan configuration.
- Larger fans take more airway length than smaller fans. Service access behind fans is similar for both large and small fans.
- Isolation dampers on the fan inlet increase the airway length.
- Isolation dampers on the fan outlet increase the airway length.
- Large numbers of fans operating as in Xn+1 can reduce the airway length compared to the 1+1 arrangement, particularly if the 1+1 design has an independent operating design rather than a simultaneous operating design.
- Unusual profiles may be accommodated with larger numbers of fans (Xn+1).

**Pressure/Volume Control**
- VFDs work well when the system follows the fan laws but do not work well if volume varies but the ESP is high and constant, or the fans operate with multiple volumes and constant pressure.
- The Econo-Disk can be used to provide volume control while maintaining design pressure with the simultaneous operation described in 1+1.
- Econo-Disks can be used for both volume and pressure control with manual, pneumatic, or electric actuation.
- Econo-Disks can be used with VFDs for increased flexibility and efficiency.
- Multiple fans such as Xn+1 can be staged and manipulated with VFDs and isolation dampers to offer constant pressure with variable volume.
- Multiple, simultaneous operating fans are generally operated at the same speed.
- Inlet isolation dampers can be used for volume control by "riding the curve" although this is not recommended since it is an inefficient method and may result in unstable operation.



*Acoustical add for multiple sources*

**Sound**
- Manufacturers' bare fan sound levels should be adjusted for multiple fan operation. Sound power levels are 11dB higher for 12 fans operating than for only one of the twelve.
- Smaller fans operate at higher speeds than larger fans for any given pressure. This shifts the primary tone of the fan (or blade passage frequency) to higher frequencies and may shift it to a higher octave band.  Generally speaking this is advantageous in that higher frequencies are typically attenuated more easily.
- There is a potential for acoustical beats to arise with multiple fan systems.

**Vibration Isolation**
- 1+1 and twin fan operations are usually internally spring isolated.
- Xn+1 systems with stacked fans, racked, are usually provided without internal isolation, but can be internally spring isolated.

**Service**
- Smaller fans and motors are easier to physically manipulate than large fans and motors.

CL 90

 **Technical Bulletin  CLEANPAK M/R/PF Multi/Redundant/Plenum Fan**

- Larger numbers of fans, motors, VFDs, dampers, and damper actuators increase service requirements and increase the potential points of failure.
- Generally a fan will be isolated until a system shutdown for major service, or if the fans are screened service is performed while one or more fans are operating.
- Service in an active air stream, without pressure and flow interference can be performed most easily with an airlock.
- Taperlock fan hubs offer quicker and simpler motor/fan wheel replacements than straight bore hubs.
- Bearing life is unaffected by the number of fans operating (1+1 or Xn+1), as the fewer fans use larger motors and bearings and operate at slower speeds.
- Aluminum wheels reduce the bearing load.
- Spare parts are less costly for small fans compared to larger fans.

**Electrical**
- 100% redundancy systems (1+1) require greater electrical service requirements than other systems but are as efficient or more efficient during operation.
- If single VFDs are used to run multiple motors, each motor requires separate overload protection. VFD to motor lead length is the sum of all the lead lengths fed by a single VFD.
- Multiple VFDs reduce the need for VFD bypass options.

**Initial Cost**
- $/CFM are lower for larger fans.
- $/HP are lower for larger motors and VFDs.
- Cabinet costs may be reduced with Xn+1 systems, due to the reduced cabinet length.

In the application of multiple smaller fans, one should consider several factors that affect initial cost, operating efficiency, redundancy, and reliability.  The discussion above should help the designer evaluate the various options.  Optimizing for single or multiple fan applications calls for flexibility from the air handling unit manufacturer.   Please contact CLEANPAK's technical staff for further information and assistance with your application.

# Appendix C

http://web.archive.org/web/20030327034256/http://www.cleanpak.com/

3-27-2003

# CLEANPAK International

**CLEANPAK**
INTERNATIONAL

- Home
- Recirculation Air Handler
- Air Handling Unit
- Air Movement Features
- Fan Filter Units
- Ceiling Systems
  Flush grid: Clean-Trak
  SealTrak
  T grid: T-Trak SlimTrak
  Plenums
- Ceiling System Features
  - Lighting Calculations
  - Fire Protection
- Access Floors
- Parts Catalog
- Quality Assurance
- Search

info@cleanpak.com
503 557 4500

## Air Movement Products

CLEANPAK offers a range of custom air handling products from fan filter units and recirculation air handlers to true no-through-metal thermal break air handling units and makeup air handling units for the cleanroom industry with semiconductor specific and life science specific products.

## Ceiling Systems Products

CLEANPAK offers an array of modular and stick-built ceiling systems and plenums in patented flush and T-grid style, patented Bottom-Load Flush grid system, and a wealth of ceiling accessories and options such as our patented Clean-Screens®, Equalizers®, DualSeal Ports™, TS lighting, and patented GelLink™, powder coated and stainless steel grid, and fiber optic grid lighting for hazardous areas.



Cleanpak is focused on designing and supplying cleanroom products. We target the semiconductor, pharmaceutical, aerospace, biotechnology, and nano-technology industries, as well as research laboratories and universities.

CLEANPAK ushered in a new era in cleanroom design with the use of direct drive plenum fans, now the standard for distributed recirculation air handler systems. We pioneered the use of the flush grid known as Clean-Trak®, which provides unparalleled flexibility and performance. We developed the first flexible sprinkler system, the first welded grid module, the first no fastener air handler cabinet, the Econo-Disk® for volume control, the P-Cone® for airflow monitoring, low outgassing urethane gel, high-efficiency fan filter units with smart communications, high efficiency vane-axial fan units, Room-side Straight Load grid system, GelLink seal, DualSeal Ports—all CLEANPAK inventions that improve the way facilities operate. CLEANPAK has never stopped building on this strong foundation. The overall strengths we bring to the marketplace–innovation, high technology, breadth of product offerings, employee training and loyalty to customers–are evidenced by our history and are unsurpassed by any other supplier.

CL 93

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems          Page 1 of 2

Cleanpak - Air Movement Products - Air Handler, Fan Filter Unit - Cleanroom Flush and T grid Ceiling Systems - Electrical B...    Page 2 of 2



A number of pages contain documents that must be viewed with Acrobat reader, which you can download by clicking the "Get Acrobat Reader" image.

Products may be protected by one or more of the following US patents: 5,613,759; 5,794,397; 5,014,608; 6,351,920; 5,161,941; 5,088,886; 5,192,348; 5,207,614; 5,454,756; 5,586,861; 5,628,581; 5,681,143. Patents pending. All rights reserved.

11241 SE Hwy 212      Clackamas, OR 97015    USA    Tel:503.557.4500    Fax:503.557.4501
Sales: info@cleanpak.com      Copyright © 2000 CLEANPAK International    Last modified: February 12, 2003

CL 94

# Appendix D

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T-grid Ceiling Systems

**CLEANPAK**
INTERNATIONAL

- Home
- Recirculation Air Handler
- Air Handling Unit
- Air Movement Features
- Fan Filter Units
- Ceiling Systems
  Flush grid: Clean-Trak
  T grid: T-Trak, SeaTrak, SlimTrak Plenums
- Ceiling System Features
  - Lighting Calculations
  - Fire Protection
- Advantage Wall System
- Access Floors
- Parts Catalog
- Quality Assurance
- Search

Info@cleanpak.com
503 557 4500

# CLEANPAK International

**Air Movement Products**
CLEANPAK offers a range of custom air handling products from fan filter units and recirculation air handlers to true no-through-metal thermal break air handling units and makeup air handling units for the cleanroom industry with semiconductor specific and life science specific products.

**Ceiling Systems Products**
CLEANPAK offers an array of modular and stick-built ceiling systems and plenums in patented flush and T-grid style, patented Bottom-Load Flush grid system, and a wealth of ceiling accessories and options such as our patented Clean-Screens®, Equalizers®, DualSeal Ports™, T5 lighting, and patented GelLink™, powder coated and stainless steel grid, and fiber optic grid lighting for hazardous areas.

CLEANPAK is focused on designing and supplying clean room products and equipment. We target the semiconductor, pharmaceutical, aerospace, biotechnology, and nano-technology industries, as well as research laboratories and universities.

CLEANPAK ushered in a new era in cleanroom design with the use of direct drive plenum fans, now the standard for distributed recirculation air handler systems. We pioneered the use of the flush grid known as Clean-Trak® which provides unparalleled flexibility and performance. We developed the first flexible sprinkler system, the first welded grid module, the first no fastener air handler cabinet, the Econo-Disk® for volume control, the P-Cone® for airflow monitoring, low outgassing urethane gel, high-efficiency fan filter units with smart communications, high efficiency vane-axial fan units, Room-side Straight Load grid system, GelLink seal, DualSeal Ports—all CLEANPAK inventions that improve the way facilities operate. CLEANPAK has never stopped building on this strong foundation. The overall strengths we



**Modular Cleanrooms**
CLEANPAK offers the Servicor CPI line of modular cleanrooms.



**Cleanroom Wall Systems**
CLEANPAK offers the Advantage Cleanroom Wall System™ for maximum utility and flexibility.

4-7-2003

3/18/2004

CL 96

http://web.archive.org/web/20030407115808/http://www.cleanpak.com/

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems        Page 2 of 2



bring to the marketplace--innovation, high technology, breadth of product offerings, employee training and loyalty to customers--are evidenced by our history and are unsurpassed by any other supplier.



A number of pages contain documents that must be viewed with Acrobat reader, which you can download by clicking the "Get Acrobat Reader" image.

Products may be protected by one or more of the following US patents: 5,613,759; 5,794,397; 5,014,608; 6,209,275; 6,351,920; 5,161,941; 5,088,886; 5,192,348; 5,207,614; 5,454,756; 5,586,861; 5,628,581; 5,681,143 and foreign patents. Patents pending. All rights reserved.

11241 SE Hwy 212     Clackamas, OR 97015     USA     Tel:503.557.4500     Fax:503.557.4501
Sales: info@cleanpak.com          Copyright © CLEANPAK International          Last modified: April 05, 2003

CL 97

# Appendix E

CL 98

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems

http://web.archive.org/web/20030617215550/http://www.cleanpak.com/

6-17-2003

# CLEANPAK™

## CLEANPAK International

Home

Recirculation Air Handler

Air Handling Unit

Air Movement Features

Fan Filter Units

Small Cabinet Fans

Ceiling Systems

- Clean-Trak
- SealTrak
- T-Trak
- SlimTrak
- Plenums

Ceiling System Features

- Lighting Calculations
- Fire Protection

Advantage Wall System

Access Floors

Parts Catalog

Search

info@cleanpak.com
503 557 4500

### Air Movement Products

CLEANPAK offers a range of custom air handling products from fan filter units and recirculation air handlers to true no-through-metal thermal break air handling units and makeup air handling units for the cleanroom industry with semiconductor specific and life science specific products.

### Ceiling Systems Products

CLEANPAK offers an array of modular and stick-built ceiling systems and plenums in patented flush and T-grid style, patented Bottom-Load Flush grid system, and a wealth of ceiling accessories and options such as our patented Clean-Screens®, Equalizers®, DualSeal Ports™, T5 lighting, and patented GelLink™, powder coated and stainless steel grid, and fiber optic grid lighting for hazardous areas.

CLEANPAK is focused on designing and supplying clean room products and equipment. We target the semiconductor, pharmaceutical, aerospace, biotechnology, and nano-technology industries, as well as research laboratories and universities.

CLEANPAK ushered in a new era in cleanroom design with the use of direct drive plenum fans, now the standard for distributed recirculation air handler systems. We pioneered the use of the flush grid known as Clean-Trak®, which provides unparalleled flexibility and performance. We developed the first flexible sprinkler system, the first welded grid module, the first no fastener air handler cabinet, the Econo-Disk® for volume control, the P-Cone® for airflow monitoring, low outgassing urethane gel, high-



### Modular Cleanrooms

CLEANPAK offers the Servicor CPI line of modular cleanrooms.

### Cleanroom Wall Systems

CLEANPAK offers the Advantage Cleanroom Wall System™ for maximum utility and flexibility.



## NEWS

CLEANPAK Inte announces the i of the Advantag Cleanroom Wall from ASD. Deve input from both users and instal Advantage Clea System is desig provide maximu and flexibility.

The addition of Advantage Clea System continu International's c to provide inno products design the industry-sp requirements of customers.

## FEATURED

CLEANPAK Inte offers a seamle steel bottom-lo system designe the most string guidelines of th pharmaceutical biotechnology in

3/18/2004

CL 99

Clean rooms, Air Movement Products, Air Handler, Fan Filter Unit, Cleanroom ceilings, Flush and T grid Ceiling Systems



efficiency fan filter units with smart communications, high efficiency vane–axial fan units, Room–side Straight Load grid system, GelLink seal, DualSeal Ports--all CLEANPAK inventions that improve the way facilities operate.  CLEANPAK has never stopped building on this strong foundation. The overall strengths we bring to the marketplace-- innovation, high technology, breadth of product offerings, employee training and loyalty to customers--are evidenced by our history and are unsurpassed by any other supplier.

A number of pages contain documents that must be viewed with  Acrobat reader, which you can download by clicking the "Get Acrobat Reader" image.



Products may be protected by one or more of the following US patents: 5,613,759; 5,794,397; 5,014,608; 6,209,275; 6,351,920; 5,161,941; 5,088,886; 5,192,348; 5,207,61 5,586,861; 5,628,581; 5,681,143 and foreign patents.   Patents pending.  All rights reserved.

11241 SE Hwy 212    Clackamas, OR 97015    USA    Tel:503.557.4500    Fax:503.557.4501
Sales: info@cleanpak.com    Copyright © CLEANPAK International    Last modified: April 14, 2003

http://web.archive.org/web/20030617215550/http://www.cleanpak.com/

CL 100

Petition dated March 22, 2004

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Lawrence G. Hopkins | Group Art Unit: | |
| Serial No.: | | Examiner: | |
| Filed: | March 22, 2004 | Docket No: Hunt:FanArr1 | |
| Title: | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS | | |

### PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT
### (37 C.F.R. § 1.102 AND M.P.E.P. § 708.02)

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR  97035
March 22, 2004

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Applicant hereby petitions to make this application special because of actual infringement.

Accompanying this petition is a Statement of Facts in Support of Petition to Make Special Because of Actual Infringement and a Statement by Attorney in Support of Petition to make Special Because of Actual Infringement.

The fee required is to be paid by the attached check for $130.00.  The Commissioner is hereby authorized to charge any additional fee, or credit any overpayment, to Deposit Account No. 50-2115.  A duplicate copy of this sheet is enclosed.

The person making this statement is the attorney who signs below on the basis of the information supplied by the inventor and the information in the file.

Respectfully submitted,

03/25/2004 MBELETE1 00000004 10806775
02 FC:1460                      130.00 DP

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel:  (503) 810-2560

1

Petition dated March 19, 2004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Lawrence G. Hopkins | Group Art Unit: | |
| Serial No.: | | Examiner: | |
| Filed: | March 22, 2004 | Docket No: Hunt:FanArr1 | |
| Title: | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS | | |

STATEMENT OF FACTS IN SUPPORT OF PETITION TO MAKE SPECIAL
BECAUSE OF ACTUAL INFRINGEMENT (M.P.E.P. § 708.02)

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR 97035
March 22, 2004

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

I, Lawrence G. Hopkins, whose address is 10781 SE Idleman Rd., Portalnd, OR 97266, am the inventor for the above-referenced patent application, and I hereby state the following:

1.      I have been working in the air handling industry for 19 years. I received a Bachelor of Science degree in Mechanical Engineering from the University of Portland, in 1975 and obtained a Professional Engineering license in Oregon in 1982. I have authored numerous papers on fan and air handler design and presented papers at industry technical meetings such as the American Society for Heating, Refrigeration and Air conditioning Engineers, Cleanrooms and the Air Movement and Control Association. Currently, I am the Engineering Manager at HUNTAIR INC., the assignee of the present application. HUNTAIR INC. is a leader in airflow management for semiconductor manufacturing and the commercial/industrial air handling markets.

2

CL 102

Petition dated March 22, 2004

2.    I invented the present invention.  The invention goes against conventional wisdom pertaining to the use of multiple fans and spacing of multiple fans in air handling systems.

3.    On March 20, 2003, United States Provisional Application 60/456,413 was filed in the Patent and Trademark Office.  The present application claims priority from this provisional application.

4.    After March 20, 2003, HUNTAIR INC. began marketing the invention described in the provisional application.

5.    On or about October 12th, 2003, I became aware that Cleanpak International was bidding on projects based on the specifications of our inventions.  This was my first indication of the existence of the product that I allege infringes at least one claim of the present application.  I became aware of this after making a joint presentation with Richard Spradling of HUNTAIR INC., to Argonne Labs in Chicago.  Upon learning of our invention, It is my understanding representatives from Cleanpak International offered to build a Fan Wall Array and presented this capability to the project designers at the Architect Engineering firm of Grumman-Butkus.

6.    There is an actual infringement of this invention.  Cleanpak International is currently offering the claimed invention for sale on their web site (www.cleanpak.com a copy of which is attached as Appendix A).  Specifically, on the web site they have a Technical Bulletin in which they offer the CLEANPAK M/R/PF Multi/Redundant/Plenum Fan (attached as Appendix B).  As an example of an infringing product, one of the products is described in the Technical Bulletin as an Xn+1 in which the "number of fans can be as high as 12-18, although it is not limited."  The Technical Bulletin also specifies that "the Xn+1 can reduced the airway length."  In the Vibration Isolation section of the Technical Bulletin, it is specified that Xn+1 systems may include stacked fans.  Other descriptions of the Xn+1, how it works, and its advantages are also described in the Technical Bulletin.

7.    A review of the Cleanpak International web site on March 27, 2003 (attached as Appendix C), April 7, 2003 (attached as Appendix D), and June 17, 2003 (attached as Appendix E) using the Wayback Machine at http://web.archive.org shows that Cleanpak International's Technical Bulletin was not on Cleanpak International's

3

CL 103

03/22/2004 MON 15:54  FAX 503 639 1269 HUNTAIR, INC                    ☒003/003

Petition dated March 22, 2004

web site before June 17, 2003 (the most recent date available on the Wayback Machine.

      8.    It is my belief that Cleanpak International became aware of HUNTAIR INC.'s product and began offering its Xn+1 product in response thereto.

      9.    I declare that all statements made herein are of my own knowledge, are true, and that all statements made on information and belief are believed to the true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

      The person making this statement is the inventor of the present invention.

      Respectfully submitted,

Lawrence G. Hopkins
Inventor
Tel: (503) 403-4429

4

CL 104

Petition dated March 22, 2004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Lawrence G. Hopkins | Group Art Unit: | |
| Serial No.: | | Examiner: | |
| Filed: | March 22, 2004 | Docket No: Hunt:FanArr1 | |
| Title: | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS | | |

STATEMENT IN SUPPORT OF PETITION TO MAKE SPECIAL
BECAUSE OF ACTUAL INFRINGEMENT (M.P.E.P. § 708.02)

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR  97035
March 22, 2004

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

I, Karen Dana Oster, whose address is Law Office of Karen Dana Oster, LLC, PMB 1020, 15450 SW Boones Ferry Rd. #9, Lake Oswego, OR  97035, am the attorney of record for the above-referenced applicant, and make the following statements:

1.    Applicant has 20 claims pending in the patent application submitted concurrently herewith.  The claims are directed to a fan array fan section in an air-handling system.

2.    Applicant has become aware that Cleanpak International is offering a Xn+1 product which is described Technical Bulletin in which they offer the CLEANPAK M/R/PF Multi/Redundant/Plenum Fan (attached as Appendix B) which is currently available at Cleanpak International's web site (www.cleanpak.com a copy of which is attached as Appendix A).

3.    I have made a rigid comparison of the alleged infringing Xn+1 product (based on the Technical Bulletin as well as information provided by Lawrence G. Hopkins, the inventor for the above-referenced patent application) with the claims of

1

CL 105

Petition dated March 22, 2004

this application. All of the claimed elements of at least one of the claims are present in the Xn+1 product. Accordingly, in my opinion I believe that at least one of the claims on file in this application is unquestionably infringed.

       4.     In my opinion, and for exemplary purposes only, claim 1 on file in this application is unquestionably infringed. Claim 1 is currently pending as follows:

A fan array fan section in an air-handling system comprising:

(a)     at least three fan units;

(b)     said at least three fan units arranged in a fan array;

(c)     an air-handling compartment within which said fan array of fan units is positioned; and

(d)     an array controller for controlling said at least three fan units to run at peak efficiency.

According to the Technical Bulletin, Cleanpak International's Xn+1 product may include 12-18 fans (although the number is not limited), which clearly satisfies the element of "at least three fans." According to the Technical Bulletin, the fans may be stacked, which would correspond to the element of the "fan units arranged in a fan array." Cleanpak International's Xn+1 product would be implemented within an air-handling compartment. Cleanpak International's VFD which is used to run multiple motors would satisfy the element of the array controller.

       5.     In my opinion, and for exemplary purposes only, claim 10 on file in this application is unquestionably infringed. Claim 10 is currently pending as follows:

A fan array fan section in an air-handling system comprising:

(a)     an air-handling compartment;

(b)     a plurality of fan units;

(c)     said plurality of fan units arranged in a fan array;

(d)     said fan array having at least one fan unit stacked vertically on at least one other fan unit.

(e)     said fan array positioned within said air-handling compartment.

Cleanpak International's Xn+1 product would be implemented within an air-handling compartment (elements (a) and (e)). According to the Technical Bulletin, Cleanpak International's Xn+1 product may include 12-18 fans (although the number is

2

CL 106

Petition dated March 22, 2004

not limited), which clearly satisfies the element of "a plurality of fan units." According to the Technical Bulletin, the fans may be stacked, which would correspond to the element of the "fan units arranged in a fan array." In the Vibration Isolation section of the Technical Bulletin, it is specified that Xn+1 systems may include stacked fans, which wold satisfy the element of the "fan array having at least one fan unit stacked vertically on at least one other fan unit."

      6.     Applicant caused to be made a careful and thorough search of the prior art by a respected Washington search agent. I have reviewed the patents found in the formal search and believe that the claimed invention is patentable over the found references. All references found in the formal search are being provided to the Examiner along with a respective Information Disclosure Statement.

      7.     Further, Applicant has a good knowledge of the pertinent prior art. Specifically, Lawrence G. Hopkins has been working in the air handling industry for 19 years. Mr. Hopkins received a Bachelor of Science degree in Mechanical Engineering from the University of Portland, in 1975 and obtained a Professional Engineering license in Oregon in 1982. Mr. Hopkins has authored numerous papers on fan and air handler design and presented at industry technical meetings such as the American Society for Heating, Refrigeration and Air conditioning Engineers, Cleanrooms and the Air Movement and Control Association. During his experience, he has never see the claimed combination. Mr. Hopkins has provided me with several non-patent references that I have reviewed. I believe that the claimed invention is patentable over these non-patent references. All such non-patent references are being provided to the Examiner along with a respective Information Disclosure Statement.

      8.     I believe all the claims in this application as on file are allowable over the art of which I am aware.

Respectfully submitted,

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel: (503) 810-2560

3

CL 107

JCWSCS 0 2 AUG 2004                                     FILE COPY

Aug 02 04 07:17a        KAREN                503-638-0367        p.1

PTO/SB/21 (04-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **TRANSMITTAL FORM** *(to be used for all correspondence after initial filing)* | | |
|---|---|---|
| | Application Number | 10/806,775 |
| | Filing Date | March 22, 2004 |
| | First Named Inventor | Hopkins |
| | Art Unit | |
| | Examiner Name | |
| Total Number of Pages in This Submission | 9 | Attorney Docket Number | Hunt:FanArr1 |

### ENCLOSURES    *(Check all that apply)*

- [X] Fee Transmittal Form in duplicate
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
- Remarks
  Please correct filing receipt to reflect that the present application is a continuation-in-part application of PCT Patent Application Serial Number PCT/US2004/008578, filed March 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS and is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number 60/554,702, filed March 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS.

- [ ] After Allowance communication to Technology Center (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Other Enclosure(s) (please Identify below):
  Filing receipt with corrections indicated thereon; copy of Page 1 of original application; copy of Preliminary Amendment

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Karen Dana Oster |
|---|---|
| Signature | *[signature]* |
| Date | August 2, 2004 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Karen Dana Oster | | |
|---|---|---|---|
| Signature | *[signature]* | Date | August 2, 2004 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 108

Aug 02 04 07:17a    KAREN    503-638-0367    p.3

PTO/SB/17 (10-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2004
*Effective 10/01/2003. Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt:FanArr1 |

[X] Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 0 |
|---|---|---|

## METHOD OF PAYMENT (check all that apply)

[ ] Check   [ ] Credit card   [ ] Money Order   [ ] Other   [ ] None

[X] Deposit Account:

Deposit Account Number: **50-2115**

Deposit Account Name:

The Director is authorized to: (check all that apply)
[X] Charge fee(s) indicated below   [X] Credit any overpayments
[X] Charge any additional fee(s) or any underpayment of fee(s)
[ ] Charge fee(s) indicated below, except for the filing fee to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($) 0

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | -20** = | X | 0 |
| Independent Claims | - 3** = | X | 0 |
| Multiple Dependent | | X | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($) 0

**or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify):

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 0

## SUBMITTED BY

| | | (Complete if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | Registration No. (Attorney/Agent) | 37,621 |
| Telephone | (503) 810-2560 | | |
| Signature | | Date | August 2, 2004 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 109

Aug 02 04 07:18a       KAREN                   503-638-0367                    p.4



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPL. NO. | FILING OR 371 (c) DATE | ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|-----------|------------------------|----------|---------------|----------------|----------|----------|----------|
| 10/806,775 | 03/22/2004 | 3744 | 385 | Hunt:FanArr1 | 15 | 20 | 2 |

**CONFIRMATION NO. 2371**

26790
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035

**FILING RECEIPT**

*OC000000012930983*
*OC000000012930983*

Date Mailed: 06/14/2004

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

Lawrence G. Hopkins, Portland, OR;

**Assignment For Published Patent Application**

HUNTAIR INC., Tualatin, OR;

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 60/456,413 03/20/2003 *This application claims benefit of 60/554,702 3/20/04*

**Foreign Applications** *This application is a continuation-in-part application of PCT patent application PCT/US2004/008578 3/19/04*

**If Required, Foreign Filing License Granted:** 06/08/2004                    **Docketed**

**Projected Publication Date:** 09/23/2004

**Non-Publication Request:** No

**Early Publication Request:** No                    Law Office of
Karen Dana Oster, LLC
Received

** SMALL ENTITY **                    JUN 1 6 2004

**Title**

Fan array fan section in air-handling systems

CL 110

Preliminary Class
454

---

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

CL 111

Express Mail No. EU122438309US

# FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number

5    60/456,413, filed March 20, 2003, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a continuation-in-part application of PCT Patent Application Serial Number _____, filed March 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S.

10   Provisional Patent Application Serial Number _____, filed March 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference.



Page 1

PAGE 6/9 * RCVD AT 8/2/2004 10:16:48 AM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/0 * DNIS:7469195 * CSID:503 638 0367 * DURATION (mm-ss):07-24

CL 112

Aug 02 04 07:20a        KAREN                    503-638-0367              p.7

Application No. 10/806,775
Amendment dated August 2, 2004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT APPLICATION EXAMINING OPERATIONS

Applicant:     Hopkins                 Group Art Unit:

Serial No.:    10/806,775              Examiner:

Filed:         March 22, 2004          Docket No:  Hunt:FanArr1

Title:         Fan Array Fan Section in Air-Handling Systems

PRELIMINARY AMENDMENT

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR  97035
August 2, 2004

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

        Prior to examination, please amend the above-identified patent application
as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 3 of this paper.



Page 1

CL 113

Application No. 10/806,775
Amendment dated August 2, 2004

**Amendments to the Specification:**

Please replace the paragraph beginning at page 1, line 3, with the following rewritten paragraph:

— The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number 60/456,413, filed March 20, 2003, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a continuation-in-part application of PCT Patent Application Serial Number <u>PCT/US2004/008578</u> [[_____]], filed March 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number <u>60/554,702</u> [[_____]], filed March 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference. —



Page 2

CL 114

Application No. 10/806,775
Amendment dated August 2, 2004

### REMARKS

Applicant is amending the specification of the present invention to specifically include the serial numbers of the applications from which this application claims priority. In the originally submitted application, the priority applications were identified with all the information in applicant's possession at the time of filing. Identifying information of the priority applications included the filing dates and titles.

Applicant respectfully submits that the specification be amended and that appropriate priority be given. Applicant respectfully requests that a corrected filing receipt be provided.

A copy of this Preliminary Amendment is being sent by facsimile directly to the Office of Initial Patent Examination's Filing Receipt Corrections.

Please charge Deposit Account No. 50-2115 for any additional fees which may be required.

Respectfully submitted,

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel: (503) 810-2560



Page 3

CL 115

PTO/SB/21 (04-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL FORM *(to be used for all correspondence after initial filing)* | Application Number | 10/806,775 |
|---|---|---|
| | Filing Date | March 22, 2004 |
| | First Named Inventor | Hopkins |
| | Art Unit | |
| | Examiner Name | |
| Total Number of Pages in This Submission  7 | Attorney Docket Number | Hunt:FanArr1 |

## ENCLOSURES  *(Check all that apply)*

| | | |
|---|---|---|
| [X] Fee Transmittal Form in duplicate | [ ] Drawing(s) | [ ] After Allowance communication to Technology Center (TC) |
| [ ] Fee Attached | [ ] Licensing-related Papers | [ ] Appeal Communication to Board of Appeals and Interferences |
| [X] Amendment/Reply | [ ] Petition | [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| [X] Preliminary | [ ] Petition to Convert to a Provisional Application | [ ] Proprietary Information |
| [ ] Affidavits/declaration(s) | [ ] Power of Attorney, Revocation Change of Correspondence Address | [ ] Status Letter |
| [ ] Extension of Time Request | [ ] Terminal Disclaimer | [X] Other Enclosure(s) (please Identify below): |
| [ ] Express Abandonment Request | [ ] Request for Refund | **see remarks** |
| [ ] Information Disclosure Statement | [ ] CD, Number of CD(s) _____ | |
| [ ] Certified Copy of Priority Document(s) | Remarks | |
| [ ] Response to Missing Parts/ Incomplete Application | return receipt postcard | |
| [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Karen Dana Oster |
|---|---|
| Signature | *[signature]* |
| Date | August 2, 2004 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Karen Dana Oster | | |
|---|---|---|---|
| Signature | *[signature]* | Date | August 2, 2004 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 116

PTO/SB/17 (10-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2004
*Effective 10/01/2003. Patent fees are subject to annual revision.*

[X] Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 0 |

**Complete if Known**

| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt:FanArr1 |

## METHOD OF PAYMENT (check all that apply)

[ ] Check  [ ] Credit card  [ ] Money Order  [ ] Other  [ ] None

[X] Deposit Account:

Deposit Account Number: **50-2115**

Deposit Account Name:

The Director is authorized to: (check all that apply)
[X] Charge fee(s) indicated below  [ ] Credit any overpayments
[X] Charge any additional fee(s) or any underpayment of fee(s)
[ ] Charge fee(s) indicated below, except for the filing fee to the above-identified deposit account.

## FEE CALCULATION
### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($) 0

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | -20** = | X | | 0 |
| Independent Claims | - 3** = | X | | 0 |
| Multiple Dependent | | | | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($) 0

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)
### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 2053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)
*Reduced by Basic Filing Fee Paid    SUBTOTAL (3) ($) 0

## SUBMITTED BY
*(Complete if applicable)*

| Name (Print/Type) | Karen Dana Oster | Registration No. (Attorney/Agent) | 37,621 | Telephone | (503) 810-2560 |
| Signature | *[signature]* | | | Date | August 2, 2004 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

117

Application No. 10/806,775
Amendment dated August 2, 2004

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Hopkins | Group Art Unit: | |
| Serial No.: | 10/806,775 | Examiner: | |
| Filed: | March 22, 2004 | Docket No: Hunt:FanArr1 | |
| Title: | Fan Array Fan Section in Air-Handling Systems | | |

### PRELIMINARY AMENDMENT

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR 97035
August 2, 2004

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Prior to examination, please amend the above-identified patent application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 3 of this paper.

Page 1

CL 118

Application No. 10/806,775
Amendment dated August 2, 2004

## Amendments to the Specification:

Please replace the paragraph beginning at page 1, line 3, with the following rewritten paragraph:

-- The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number 60/456,413, filed March 20, 2003, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a continuation-in-part application of PCT Patent Application Serial Number PCT/US2004/008578 [[_____]], filed March 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial Number 60/554,702 [[_____]], filed March 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference. --

CL 119

Application No. 10/806,775
Amendment dated August 2, 2004

## REMARKS

Applicant is amending the specification of the present invention to specifically include the serial numbers of the applications from which this application claims priority. In the originally submitted application, the priority applications were identified with all the information in applicant's possession at the time of filing. Identifying information of the priority applications included the filing dates and titles.

Applicant respectfully submits that the specification be amended and that appropriate priority be given. Applicant respectfully requests that a corrected filing receipt be provided.

A copy of this Preliminary Amendment is being sent by facsimile directly to the Office of Initial Patent Examination's Filing Receipt Corrections.

Please charge Deposit Account No. 50-2115 for any additional fees which may be required.

Respectfully submitted,

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel: (503) 810-2560

Page 3

CL 120

| L Number | Hits | Search Text | DB | Time stamp |
|----------|------|-------------|-----|------------|
| 7 | 7514 | fan same array | USPAT; US-PGPUB; EPO; JPO; DERWENT | 2004/09/09 15:44 |
| 8 | 1078 | (fan same array ) and cool | USPAT; US-PGPUB; EPO; JPO; DERWENT | 2004/09/09 15:44 |
| 9 | 142 | ((fan same array ) and cool) and (fan same controller) | USPAT; US-PGPUB; EPO; JPO; DERWENT | 2004/09/09 15:53 |

CL 121



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | Hunt:FanArr1 | 2371 |

26790        7590        09/15/2004

LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR  97035

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 09/15/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 10/03)

CL 122

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☐ Responsive to communication(s) filed on _____.
2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
     closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) *1-20* is/are pending in the application.
     4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) *1-20* is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.
10)☒ The drawing(s) filed on <u>22 March 2004</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
     Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
     Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
     a)☐ All  b)☐ Some * c)☐ None of:
     1.☐ Certified copies of the priority documents have been received.
     2.☐ Certified copies of the priority documents have been received in Application No. _____.
     3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
          application from the International Bureau (PCT Rule 17.2(a)).
     * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date <u>03/22/04</u>.
4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

Application/Control Number: 10/806,775                                                    Page 2
Art Unit: 3745

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

1.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
> sale in this country, more than one year prior to the date of application for patent in the United States.

2.     Claims 1-20 are rejected under 35 U.S.C. 102(b) as being anticipated by Simon

(4,767,262).

Simon discloses a fan array fan section (Figs. 1-4) comprising: at least three fan units

(Fig. 1); the at least three fan units arranged in a fan array (Fig. 1); an air-handling compartment

within which the fan array of fan units is positioned (PC casing); an array controller 8 for

controlling the at least three fan units to run at substantially peak efficiency;

wherein the air-handling compartment has an airway path, the airway path being less than

72 inches (judging on the size of a PC);

wherein the at least three fan units is a plurality of fan units arranged in a true array

configuration (Fig. 1);

wherein the at least three fan units are plenum fans include at least two vertically

arranged fan units (Fig. 1);

wherein each of the at least three fan units are positioned within a fan unit chamber (half-

shells 2, 15);

wherein each of the at least three fan units is suspended within a fan unit chamber such

that there is an air relief passage therebelow (the opening beneath the only fan shown in Fig. 1);

## CL 124

Application/Control Number: 10/806,775                                      Page 3
Art Unit: 3745

wherein each of the at least three fan units is positioned within a fan unit chamber having

at least one insulation surface (col. 2, lines 26-38);

wherein each of the at least three fan units are mounted in a grid system (Fig. 1) ; and

wherein each of the at least three fan units has a fan wheel diameter, wherein spacing

between the at least three fan units is less than 60% of the fan wheel diameter (Fig. 1).


### *Prior Art*


The prior art made of record but not relied upon is considered pertinent to applicant's

disclosure and consists of 2 patents.

Krofchalk (5,370,576) and Ostrowski (6,072,397) are cited to show different fan array

assemblies.


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Examiner Ninh Nguyen whose telephone number is (703) 305-

0061. The examiner can be normally reached on Monday-Friday from 7:30 A.M. to 5:00 P.M.


If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Edward Look, can be reached at (703) 308-1044. The fax number for this group is

703-872-9306.

Application/Control Number: 10/806,775                                    Page 4
Art Unit: 3745

    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0861.


**NINH H. NGUYEN**
**PRIMARY EXAMINER**


Nhn
September 10, 2004

CL 126

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | |
| | Filing Date | March 22, 2004 |
| | First Named Inventor | Hopkins |
| | Art Unit | 3745 |
| | Examiner Name | NINH NGUYEN |
| Sheet 1 of 2 | Attorney Docket Number | Hunt:FanArr1 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| *nhn* | | US- 4767262 | 08-30-1988 | Simon | |
| | | US- 4133374 | 01-09-1979 | York | |
| | | US- 5632677 | 05-27-1997 | Elkins | |
| | | US- 6155335 | 12-05-2000 | Acre et al. | |
| | | US- 6386969 B1 | 05-14-2002 | O'Brien | |
| | | US- 6388880 B1 | 05-14-2002 | El-Ghobashy et al. | |
| | | US- 6407918 B1 | 06-18-2002 | Edmunds et al. | |
| | | US- 6414845 B2 | 07-02-2002 | Bonet | |
| | | US- 6427455 B1 | 08-06-2002 | Furubayashi | |
| *nhn* | | US- 6436130 | 08-20-2002 | Philips et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | *Ninh H. Nguyen* | Date Considered | 09/10/04 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| *Notice of References Cited* | Application/Control No. 10/806,775 | Applicant(s)/Patent Under Reexamination HOPKINS, LAWRENCE G. | |
|---|---|---|---|
| | Examiner Ninh H. Nguyen | Art Unit 3745 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-4,767,262 | 08-1988 | Simon, Peter | 415/119 |
| | B | US-5,370,576 | 12-1994 | Krofchalk, Gary F. | 454/143 |
| | C | US-6,072,397 | 06-2000 | Ostrowski, Gary | 340/588 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 09102004

# CL 128

| *Search Notes* | | Application No. | Applicant(s) | |
|---|---|---|---|---|
| [barcode] | | 10/806,775 | HOPKINS, LAWRENCE  G. | |
| | | Examiner | Art Unit | |
| | | Ninh H. Nguyen | 3745 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 415 | 60 | 9/10/2004 | *[signature]* |
| | 61 | | |
| | 108 | | |
| | 177 | | |
| | 119 | | |
| 416 | 120 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| East search | 9/10/2004 | *[signature]* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

Part of Paper No.  09102004

CL 129

## Index of Claims

| Application No. | Applicant(s) |
|---|---|
| 10/806,775 | HOPKINS, LAWRENCE G. |
| Examiner | Art Unit |
| Ninh H. Nguyen | 3745 |

| √ | Rejected | — | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Final | Original | 9/10/04 | Date | | Final | Original | Date | | Final | Original | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | 51 | | | | 101 | |
| | 2 | √ | | | | 52 | | | | 102 | |
| | 3 | √ | | | | 53 | | | | 103 | |
| | 4 | √ | | | | 54 | | | | 104 | |
| | 5 | √ | | | | 55 | | | | 105 | |
| | 6 | √ | | | | 56 | | | | 106 | |
| | 7 | √ | | | | 57 | | | | 107 | |
| | 8 | √ | | | | 58 | | | | 108 | |
| | 9 | √ | | | | 59 | | | | 109 | |
| | 10 | √ | | | | 60 | | | | 110 | |
| | 11 | √ | | | | 61 | | | | 111 | |
| | 12 | √ | | | | 62 | | | | 112 | |
| | 13 | √ | | | | 63 | | | | 113 | |
| | 14 | √ | | | | 64 | | | | 114 | |
| | 15 | √ | | | | 65 | | | | 115 | |
| | 16 | √ | | | | 66 | | | | 116 | |
| | 17 | √ | | | | 67 | | | | 117 | |
| | 18 | √ | | | | 68 | | | | 118 | |
| | 19 | √ | | | | 69 | | | | 119 | |
| | 20 | √ | | | | 70 | | | | 120 | |
| | 21 | | | | | 71 | | | | 121 | |
| | 22 | | | | | 72 | | | | 122 | |
| | 23 | | | | | 73 | | | | 123 | |
| | 24 | | | | | 74 | | | | 124 | |
| | 25 | | | | | 75 | | | | 125 | |
| | 26 | | | | | 76 | | | | 126 | |
| | 27 | | | | | 77 | | | | 127 | |
| | 28 | | | | | 78 | | | | 128 | |
| | 29 | | | | | 79 | | | | 129 | |
| | 30 | | | | | 80 | | | | 130 | |
| | 31 | | | | | 81 | | | | 131 | |
| | 32 | | | | | 82 | | | | 132 | |
| | 33 | | | | | 83 | | | | 133 | |
| | 34 | | | | | 84 | | | | 134 | |
| | 35 | | | | | 85 | | | | 135 | |
| | 36 | | | | | 86 | | | | 136 | |
| | 37 | | | | | 87 | | | | 137 | |
| | 38 | | | | | 88 | | | | 138 | |
| | 39 | | | | | 89 | | | | 139 | |
| | 40 | | | | | 90 | | | | 140 | |
| | 41 | | | | | 91 | | | | 141 | |
| | 42 | | | | | 92 | | | | 142 | |
| | 43 | | | | | 93 | | | | 143 | |
| | 44 | | | | | 94 | | | | 144 | |
| | 45 | | | | | 95 | | | | 145 | |
| | 46 | | | | | 96 | | | | 146 | |
| | 47 | | | | | 97 | | | | 147 | |
| | 48 | | | | | 98 | | | | 148 | |
| | 49 | | | | | 99 | | | | 149 | |
| | 50 | | | | | 100 | | | | 150 | |

CL 130