

# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## *BIBDATASHEET*

Bib Data Sheet

**CONFIRMATION NO. 2371**

| SERIAL NUMBER 10/806,775 | FILING DATE 03/22/2004 RULE | CLASS 415 | GROUP ART UNIT 3745 | ATTORNEY DOCKET NO. Hunt:FanArr1 |
|---|---|---|---|---|

**APPLICANTS**

Lawrence G. Hopkins, Portland, OR;

** CONTINUING DATA ***************************
This appln claims benefit of 60/456,413 03/20/2003
and claims benefit of 60/554,702 03/20/2004
and is a CIP of PCT/US04/08578 03/19/2004

** FOREIGN APPLICATIONS ****************   none

IF REQUIRED, FOREIGN FILING LICENSE GRANTED   ** SMALL ENTITY **
** 06/08/2004

| Foreign Priority claimed ☐ yes ☑ no
35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance
Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY OR | SHEETS DRAWING 15 | TOTAL CLAIMS 20 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|

**ADDRESS**
26790
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO , OR
97035

**TITLE**
Fan array fan section in air-handling systems

| FILING FEE RECEIVED 660 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

CI 183

| *Issue Classification* | Application No. 10/806,775 | Applicant(s) HOPKINS, LAWRENCE G. |
|---|---|---|
| | Examiner Ninh H. Nguyen | Art Unit 3745 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |

| CLASS | SUBCLASS | CLASS | | | | |
|---|---|---|---|---|---|---|
| 415 | 61 | 415 | 119 | | | |
| **INTERNATIONAL CLASSIFICATION** | | 416 | 120 | | | |
| F 0 4 D | 25/16 | 417 | 3 | 423.5 | 426 | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |

| (Assistant Examiner)    (Date) | Ninh H. Nguyen 04/20/05  NINH H. NGUYEN  PRIMARY EXAMINER | Total Claims Allowed: 31 |
|---|---|---|
| K Cooper  4/22/05  (Legal Instruments Examiner)    (Date) | (Primary Examiner)    (Date) | O.G. Print Claim(s): 1    O.G. Print Fig.: 17 |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 16 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 3 | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 4 | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 5 | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 6 | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 7 | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 8 | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 9 | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 10 | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| 17 | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| 18 | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| 19 | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| 20 | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| 21 | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| 22 | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| 23 | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| 24 | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| 25 | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| 26 | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 11 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 27 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| 12 | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 28 | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 13 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 29 | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 14 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| 30 | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 15 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| 31 | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

CL 184

*Search Notes*

| Application No. | Applicant(s) | |
|---|---|---|
| 10/806,775 | HOPKINS, LAWRENCE G. | |
| Examiner | Art Unit | |
| Ninh H. Nguyen | 3745 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| Updated | | 4/20/2005 | NHN |
| 415 | 60, 61 | | |
| | 108, 177 | | |
| | 119 | | |
| 416 | 120 | | |
| 417 | 3, 423.5 | | |
| | 426 | | |
| 454 | 338 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| Updated East search | 4/20/2005 | NHN |
| Consulted with Joyce (454) Freay (417) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| **All** | **above** | **4/20/2005** | **NHN** |
| | | | |
| | | | |
| | | | |

Part of Paper No. 04202005

CL 185

PTO/SB/30 (04-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**Request
for
Continued Examination (RCE)
Transmittal**

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Art Unit | 3745 |
| Examiner Name | Nguyen, Ninh H. |
| Attorney Docket Number | Hunt:FanArr1 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

**1.** **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   **a.** ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      **i.** ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      **ii.** ☐ Other _____

   **b.** ☒ Enclosed

      **i.** ☒ Amendment/Reply      **iii.** ☒ Information Disclosure Statement (IDS)

      **ii.** ☐ Affidavit(s)/ Declaration(s)      **iv.** ☐ Other express mail certificate; and return receipt postcard

**2.** **Miscellaneous**

   **a.** ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   **b.** ☐ Other _____

**3.** **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   **a.** ☒ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. ____50-2115____. I have enclosed a duplicate copy of this sheet.

      **i.** ☐ RCE fee required under 37 CFR 1.17(e)

      **ii.** ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      **iii.** ☒ Other Any fees necesary to maintain the pendancy of this application

   **b.** ☒ Check in the amount of $ _____395_____ enclosed

   **c.** ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | *Karen Oster* | | |
|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | Date | June 14, 2005 |
| | | Registration No. | 37,621 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | *Karen Oster* | | |
|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | Date | June 14, 2005 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

06/17/2005 WARDELR1 00000063 10806775
01 FC:2801    395.00 OP

Application No. 10/806,775
Amendment dated June 14, 2005



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT APPLICATION EXAMINING OPERATIONS

| | | | |
|---|---|---|---|
| Applicant: | Hopkins | Group Art Unit: | 3745 |
| Serial No.: | 10/806,775 | Examiner: | Nguyen, Ninh H. |
| Filed: | March 22, 2004 | Docket No: | Hunt:FanArr1 |
| Title: | Fan Array Fan Section in Air-Handling Systems | | |

AMENDMENT

Law Office of Karen Dana Oster, LLC
PMB 1020
15450 SW Boones Ferry Rd. #9
Lake Oswego, OR  97035
June 14, 2005

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Please amend the above-identified patent application as follows:

**Amendments to the Claims** are reflected in the listing of claims that begins on page 2 of this paper.

**Remarks/Arguments** begin on page 9 of this paper.

Page 1

CL 187

CERTIFICATE UNDER 37 CFR 1.10

CERTIFICATE OF MAILING BY

"EXPRESS MAIL"

Express Mail No.:    ET836240778US

Date of Deposit:    June 14, 2005

I hereby certify that the following documents relating to a Request for Continued Examination for U.S. Utility Patent Application 10/806,775, entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS and invented by Hopkins are being deposited with the United States Postal Service, "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on the date indicated above and is addressed to Mail Stop RCE, Commissioner for Patents, P.O. Box 1450; Alexandria, VA 22313-1450.

- ☒ Request for Continued Examination (RCE) Transmittal Form PTO/SB/30 (in duplicate)
- ☒ Fee Transmittal Form (in duplicate)
- ☒ check for $ _395_ for filing fees
- ☒ Amendment (9 pages)
- ☒ Information Disclosure Statement and Attached ☒ Foreign Reference(s) and ☒ non-Patent reference(s)
- ☒ a return acknowledgement postcard
- ☒ this Certificate of Mailing by Express Mail

Karen Dana Oster

Hunt:FanArr1

CL 188

Application No. 10/806,775
Amendment dated June 14, 2005

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1   Claim 1 (previously presented):  A fan array fan section in an air-handling
2   system comprising:
3       (a)     at least six fan units;
4       (b)     said at least six fan units arranged in a fan array;
5       (c)     an air-handling compartment within which said fan array of fan units
6               is positioned; and
7       (d)     an array controller for controlling said at least six fan units to run at
8               substantially peak efficiency by strategically turning selective ones
9               of said at least six fan units on and off.
10

1   Claim 2 (previously presented):  The fan array fan section in an air-
2   handling system of claim 1, wherein said at least six fan units are plenum fans.
3

1   Claim 3 (original):  The fan array fan section in an air-handling system of
2   claim 1, wherein said air-handling compartment has an airway path, said airway path
3   being less than 72 inches.
4

1   Claim 4 (previously presented):  The fan array fan section in an air-
2   handling system of claim 1, wherein said at least six fan units are a plurality of fan units
3   arranged in a fan array configuration selected from the group consisting of:
4       (a)     a true array configuration;
5       (b)     a spaced pattern array configuration;
6       (c)     a checker board array configuration;

Page 2

CL 189

Application No. 10/806,775
Amendment dated June 14, 2005

| | | |
|---|---|---|
| 7 | (d) | rows slightly offset array configuration; |
| 8 | (e) | columns slightly offset array configuration; and |
| 9 | (f) | a staggered array configuration. |
| 10 | | |

1    Claim 5 (previously presented):  The fan array fan section in an air-
2    handling system of claim 1, wherein said at least six fan units include at least two
3    vertically arranged fan units.
4

1    Claim 6 (previously presented):  The fan array fan section in an air-
2    handling system of claim 1, wherein each of said at least six fan units is positioned
3    within a fan unit chamber.
4

1    Claim 7 (previously presented):  The fan array fan section in an air-
2    handling system of claim 1, wherein each of said at least six fan units is suspended
3    within a respective said fan unit chamber such that there is an air relief passage
4    therebelow.
5

1    Claim 8 (previously presented):  The fan array fan section in an air-
2    handling system of claim 1, wherein each of said at least six fan units is positioned
3    within a fan unit chamber having at least one acoustically absorptive insulation surface.
4

1    Claim 9 (previously presented):  The fan array fan section in an air-
2    handling system of claim 1, wherein each of said at least six fan units are mounted in a
3    grid system.
4

1    Claim 10 (original):  The fan array fan section in an air-handling system of
2    claim 1, wherein each of said at least six fan units has a fan wheel diameter, wherein
3    spacing between said at least six fan units is less than 60% of said fan wheel diameter.
4

1    Claim 11 (cancelled):

Page 3

CL 190

Application No. 10/806,775
Amendment dated June 14, 2005

2

1          Claim 12 (cancelled):

2

1          Claim 13 (cancelled):

2

1          Claim 14 (cancelled):

2

1          Claim 15 (cancelled):

2

1          Claim 16 (cancelled):

2

1          Claim 17 (cancelled):

2

1          Claim 18 (cancelled):

2

1          Claim 19 (cancelled):

2

1          Claim 20 (cancelled):

2

1          Claim 21 (previously presented):  The fan array fan section in an air-

2    handling system of claim 1, further comprising an array of backdraft dampeners, each

3    backdraft dampener in line with a respective fan unit.

4

1          Claim 22 (cancelled):

2

1          Claim 23 (currently amended):  The fan array fan section in an air-

2    handling system of claim 1, wherein each fan unit has a peak efficiency operating range

3    outside of which it operates at a reduced efficiency, wherein said array controller is

4    programmed to operate said at least six fan units at substantially peak efficiency by

Page 4

CL 191

Application No. 10/806,775
Amendment dated June 14, 2005

5   strategically turning off at least one ~~fain unit~~ fan unit operating at reduced efficiency and

6   running the remaining fan units within said peak efficiency operating range.

7

1           Claim 24 (cancelled):

2

1           Claim 25 (previously presented):  The fan array fan section in an air-

2   handling system of claim 1, said array controller is programmed to operate said at least

3   six fan units at peak efficiency for a performance level based on a criteria selected from

4   the following group of criteria:

5           (a)    air volume;

6           (b)    level of air flow;

7           (c)    pattern of air flow; and

8           (d)    number of fan units to operate.

9

1           Claim 26 (cancelled):

2

1           Claim 27 (previously presented):  The fan array fan section in an air-

2   handling system of claim 1, said array controller is programmed to operate said at least

3   six fan units to produce a stable operating point and eliminate the surge effects.

4

1           Claim 28 (cancelled):

2

1           Claim 29 (previously presented):  The fan array fan section in an air-

2   handling system of claim 1, said array controller is programmed to selectively control

3   the speed of each of said at least six fan units to run at substantially peak efficiency.

4

1           Claim 30 (cancelled):

2

Page 5

CL 192

Application No. 10/806,775
Amendment dated June 14, 2005

1          Claim 31 (previously presented):  The fan array fan section in an air-

2   handling system of claim 1, said air-handling compartment positionable within a

3   structure such that said air-handling system conditions the air of said structure.

4

1          Claim 32 (new):  A fan array fan section in an air-handling system

2   comprising:

3          (a)     a plurality of independently controllable fan units, each fan unit

4                    comprising an inlet cone, a fan, and a motor;

5          (b)     said plurality of fan units arranged in a fan array;

6          (c)     an air-handling compartment within which said fan array of fan units

7                    is positioned; and

8          (d)     an array controller for controlling said plurality of fan units to run at

9                    substantially peak efficiency by strategically turning selective ones

10                 of said plurality of fan units on and off.

11

1          Claim 33 (new):  The fan array fan section in an air-handling system of

2   claim 32, wherein said plurality of fan units are plenum fans.

3

1          Claim 34 (new):  The fan array fan section in an air-handling system of

2   claim 32, wherein said air-handling compartment has an airway path, said airway path

3   being less than 72 inches.

4

1          Claim 35 (new):  The fan array fan section in an air-handling system of

2   claim 32, wherein said plurality of fan units are a plurality of fan units arranged in a fan

3   array configuration selected from the group consisting of:

4          (a)     a true array configuration;

5          (b)     a spaced pattern array configuration;

6          (c)     a checker board array configuration;

7          (d)     rows slightly offset array configuration;

Page 6

CL 193

Application No. 10/806,775
Amendment dated June 14, 2005

8          (e)       columns slightly offset array configuration; and
9          (f)       a staggered array configuration.
10

1          Claim 36 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein said plurality of fan units include at least two vertically arranged fan
3     units.
4

1          Claim 37 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein each of said plurality of fan units is positioned within a fan unit
3     chamber.
4

1          Claim 38 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein each of said plurality of fan units is suspended within a respective
3     said fan unit chamber such that there is an air relief passage therebelow.
4

1          Claim 39 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein each of said plurality of fan units is positioned within a fan unit
3     chamber having at least one acoustically absorptive insulation surface.
4

1          Claim 40 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein each of said plurality of fan units is mounted in a grid system.
3

1          Claim 41 (new):  The fan array fan section in an air-handling system of
2     claim 32, wherein each of said plurality of fan units has a fan wheel diameter, wherein
3     spacing between said plurality of fan units is less than 60% of said fan wheel diameter.
4

1          Claim 42 (new):  The fan array fan section in an air-handling system of
2     claim 32, further comprising an array of backdraft dampeners, each backdraft dampener
3     in line with a respective fan unit.
4

CL 194

Application No. 10/806,775
Amendment dated June 14, 2005

1         Claim 43 (new):  The fan array fan section in an air-handling system of
2    claim 32, wherein each fan unit has a peak efficiency operating range outside of which it
3    operates at a reduced efficiency, wherein said array controller is programmed to
4    operate said plurality of fan units at substantially peak efficiency by strategically turning
5    off at least one fan unit operating at reduced efficiency and running the remaining fan
6    units within said peak efficiency operating range.
7

1         Claim 44 (new):  The fan array fan section in an air-handling system of
2    claim 32, said array controller is programmed to operate said plurality of fan units at
3    peak efficiency for a performance level based on a criteria selected from the following
4    group of criteria:
5         (a)    air volume;
6         (b)    level of air flow;
7         (c)    pattern of air flow; and
8         (d)    number of fan units to operate.
9

1         Claim 45 (new):  The fan array fan section in an air-handling system of
2    claim 32, said array controller is programmed to operate said plurality of fan units to
3    produce a stable operating point and eliminate the surge effects.
4

1         Claim 46 (new):  The fan array fan section in an air-handling system of
2    claim 32, said array controller is programmed to selectively control the speed of each of
3    said plurality of fan units to run at substantially peak efficiency.
4

1         Claim 47 (new):  The fan array fan section in an air-handling system of
2    claim 32, said air-handling compartment positionable within a structure such that said
3    air-handling system conditions the air of said structure.
4

Page 8

CL 195

Application No. 10/806,775
Amendment dated June 14, 2005

## REMARKS

Claims 1-10, 21, 23, 25, 27, 29, and 31-47 are pending in the application after this amendment. The addition or cancellation of claims is not to be considered in any way an indication of applicant's position on the merits of the added and/or cancelled claims.

Applicant submits herewith an Information Disclosure Statement (IDS) and references of which applicant was recently made aware. Applicant respectfully requests that the references set forth on the IDS be considered and acknowledged. Applicant specifically does not admit that the IDS references are prior art.

Finally, applicant has noted that in the PAIR system there are five (5) entries for March 22, 2004 that are labeled as "APPENDIX TO THE SPECIFICATION." These appendices were submitted as appendices to the Petition to Make Special, not as appendices to the specification.

Please charge Deposit Account No. 50-2115 for any additional fees that may be required.

Respectfully submitted,

Karen Dana Oster
Reg. No. 37,621
Of Attorneys of Record
Tel: (503) 810-2560

Page 9

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| **Complete if Known** | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Art Unit | 3745 |
| Examiner Name | Nguyen, Ninh H. |
| Attorney Docket Number | Hunt:FanArr1 |

Sheet | 1 | of | 2

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 3898019 | 08-05-1975 | Reznick et al. | |
| | | US- 4241871 | 12-30-1980 | Newell, III et al. | |
| | | US- 4426960 | 01-24-1984 | Hart | |
| | | US- 4800653 | 01-31-1989 | Steffen | |
| | | US- 5136465 | 08-04-1992 | Benck et al. | |
| | | US- 5210680 | 05-11-1993 | Scheibler | |
| | | US- 5546272 | 08-13-1996 | Moss et al. | |
| | | US- 5572403 | 11-05-1996 | Mills | |
| | | US- 5664995 | 09-09-1997 | O'Keefe | |
| | | US- 5745041 | 04-28-1998 | Moss | |
| | | US- 5787971 | 08-04-1998 | Dodson | |
| | | US- 5793610 | 08-11-1998 | Schmitt et al. | |
| | | US- 6031717 | 02-29-2000 | Baddour et al. | |
| | | US- 6257832 B1 | 07-10-2001 | Lyskowski et al. | |
| | | US- 6386826 B1 | 05-14-2002 | Jacob | |
| | | US- 6463891 B2 | 10-15-2002 | Algrain et al. | |
| | | US- 6,648,590 B2 | 11-18-2003 | Huang et al. | |
| | | US- 6,675,739 B2 | 01-13-2004 | Terrell et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | EP 0205979 A1 | 12-30-1986 | Mizutani et al. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 197

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | Complete If Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | | *Application Number* | 10/806,775 |
| | | *Filing Date* | March 22, 2004 |
| | | *First Named Inventor* | Hopkins |
| | | *Art Unit* | 3745 |
| | | *Examiner Name* | Nguyen, Ninh H. |
| Sheet | 2 | of | 2 | *Attorney Docket Number* | Hunt:FanArr1 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | OSBORNE, W.C. and TURNER, C.G., co-editors, "Woods Practical Guide to Fan Engineering," 1964, cover pages and pages 121, 137-138, 146-148, 208, and 218, Benham and Company, Colchester, England. | |
| | | WILCKE, William F. and MOREY, R. Vance, "Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage," 1999, 8 pages, Regents of the University of Minnesota. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 198

# ● PRINTER RUSH ●
## (PTO ASSISTANCE)

| | | |
|---|---|---|
| **Application :** 10 806 775 | **Examiner :** Nguyen | **GAU :** 3745 |
| **From :** V.T. | **Location :** (IDC) FMF FDC | **Date :** 7/7/05 |

Tracking # : _____    Week Date : _____

| DOC CODE | DOC DATE | MISCELLANEOUS |
|---|---|---|
| ☐ 1449 | | ☐ Continuing Data |
| ☒ IDS | 3/22/04 | ☐ Foreign Priority |
| ☐ CLM | | ☐ Document Legibility |
| ☐ IIFW | | ☐ Fees |
| ☐ SRFW | | ☐ Other |
| ☐ DRW | | |
| ☐ OATH | | |
| ☐ 312 | | |
| ☐ SPEC | | |

**[RUSH] MESSAGE:** Please initial / line through citation(s)

Thank You

**[XRUSH] RESPONSE:** The IDS will be considered in the next Office Action in response to the RCE dated 06/14/05.

**INITIALS:** NgN

NOTE: This form will be included as part of the official USPTO record, with the Response document coded as XRUSH.
REV 10/04

CL 199

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HUNT:FANARR1 | 2371 |

26790    7590    08/18/2005

LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR  97035

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 08/18/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

CL 200

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____.

2a)☐ This action is **FINAL.**        2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
   closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-10,21,23,25,27,29 and 31-47</u> is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>32-47</u> is/are allowed.

6)☒ Claim(s) <u>1-6,9,10,27,29 and 31</u> is/are rejected.

7)☒ Claim(s) <u>7,8,21,23 and 25</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>22 March 2004</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some * c)☐ None of:

   1.☐ Certified copies of the priority documents have been received.

   2.☐ Certified copies of the priority documents have been received in Application No. _____.

   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
      application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date <u>03/22/04, 06/14/05.</u>

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____.

CL 201

Application/Control Number: 10/806,775                                    Page 2
Art Unit: 3745

## DETAILED ACTION

This Office Action is in response to the Request for Continued Examination (RCE) dated

06/14/05. In reviewing of the IDS submitted with the RCE, the US patent number 6, 463,891 to

Algrain et al. was found to read on claims 1-6, 9, 10, 27, 29, and 31. Therefore, the Examiner

regretfully withdraws the allowability of the aforementioned claims.

### *Claim Rejections - 35 USC § 103*

1.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

2.      Claims 1-6, 9, 10, 27, 29, and 31 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Algrain et al.

Algrain discloses a fan array fan section in an air-handling system (Figs. 1-3, 4A, 4B),

comprising a plurality of fan units arranged in an array (Fig. 2); an air-handling compartment

within which the fan array of fan units is positioned (Fig. 2); an array controller strategically

turning the selective ones of the plurality of fans on and off (Fig. 3, 4A, 4B);

wherein the air-handling compartment has an airway path, the airway path being less than

72 inches (the airway path being between the Engine Coolant Core and the fans 10, 12 in Fig. 2);

wherein the plurality of fan units are arranged in a true array configuration (Fig. 2);

wherein the plurality comprises at least two vertically arranged fan units (Fig. 2);

CL 202

Application/Control Number: 10/806,775                                    Page 3

Art Unit: 3745

wherein each of the plurality of fan units is positioned within a fan unit chamber (Fig. 2).

However, Algrain does not disclose the fan array fan section comprises at least six fan

units as claimed.

It would have been obvious to a person having ordinary skill in the art at the time the

invention was made, to make the fan array fan section of Algrain with at least 6 fan units to

satisfy the cooling requirement of the Engine Coolant Core as taught by Algrain (col. 9, lines 47-

53).

### *Allowable Subject Matter*

3.      Claims 32-47 are allowed. The claims are deemed to be a non-obvious improvement over

the invention patented in Pat. No. 5,788,568. The improvement is an array controller for turning

selective ones of the fan units on and off.

4.      Claims 7, 8, 21, 23, and 25 are objected to as being dependent upon a rejected base claim,

but would be allowable if rewritten in independent form including all of the limitations of the

base claim and any intervening claims.

### *Prior Art*

The prior art made of record but not relied upon is considered pertinent to applicant's

disclosure and consists of 1 patent.

Noba (4,651,922) is cited to show a fan array having a controller.

CL 203

Application/Control Number: 10/806,775                                    Page 4
Art Unit: 3745

### *Information Disclosure Statement*

In the previous Office Action, only page 1 of the PTO form 1449 dated 03/22/04 was

attached. The second page of that form 1449 is attached in this Office Action along with the IDS

of 06/14/05.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Examiner Ninh Nguyen whose telephone number is (571) 272-

4823. The examiner can be normally reached on Monday-Friday from 7:30 A.M. to 5:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Edward Look, can be reached at (571) 272-4820. The fax number for this group is

(571) 273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

Application/Control Number: 10/806,775                                    Page 5
Art Unit: 3745

system, please go to http://pair-direct.uspto.gov or contact the Electronic Business center (EBC)

at 866-217-9197 (toll-free).


NINH H. NGUYEN
PRIMARY EXAMINER


Nhn
August 4, 2005

OIPE
JUN 1 4 2005
PATENT & TRADEMARK/PTO

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for Form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 2 |

**Complete if Known**

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Art Unit | 3745 |
| Examiner Name | Nguyen, Ninh H. |
| Attorney Docket Number | HuntFanArr1 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 3898019 | 08-05-1975 | Reznick et al. | |
| | | US- 4241871 | 12-30-1980 | Newell, III et al. | |
| | | US- 4426960 | 01-24-1984 | Hart | |
| | | US- 4800653 | 01-31-1989 | Steffen | |
| | | US- 5136465 | 08-04-1992 | Benck et al. | |
| | | US- 5210680 | 05-11-1993 | Scheibler | |
| | | US- 5546272 | 08-13-1996 | Moss et al. | |
| | | US- 5572403 | 11-05-1996 | Mills | |
| | | US- 5664995 | 09-09-1997 | O'Keefe | |
| | | US- 5745041 | 04-28-1998 | Moss | |
| | | US- 5787971 | 08-04-1998 | Dodson | |
| | | US- 5793610 | 08-11-1998 | Schmitt et al. | |
| | | US- 6031717 | 02-29-2000 | Baddour et al. | |
| | | US- 6257832 B1 | 07-10-2001 | Lyskowski et al. | |
| | | US- 6386826 B1 | 05-14-2002 | Jacob | |
| | | US- 6463891 B2 | 10-15-2002 | Algrain et al. | |
| | | US- 6,648,590 B2 | 11-18-2003 | Huang et al. | |
| | | US- 6,675,739 B2 | 01-13-2004 | Terrell et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | EP 0205979 A1 | 12-30-1986 | Mizutani et al. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | 08/22/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Best Available Copy

CL 206

OFFICE
JUN 1 4 2005
PATENT TRADEMARK OFFICE

PTO/SB/08b (08-03)
Approved for use through 06/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | | Complete If Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 10/806,775 |
| | | | Filing Date | March 22, 2004 |
| | | | First Named Inventor | Hopkins |
| | | | Art Unit | 3745 |
| | | | Examiner Name | Nguyen, Ninh H. |
| Sheet | 2 | of | 2 | Attorney Docket Number | Hunt:FanArr1 |

| NON PATENT LITERATURE DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) volume-issue number(s), publisher, city and/or country where published. | | T² |
| *nhn* | | OSBORNE, W.C. and TURNER, C.G., co-editors, "Woods Practical Guide to Fan Engineering," 1964, cover pages and pages 121, 137-138, 146-148, 208, and 218, Benham and Company, Colchester, England. | | |
| *nhn* | | WILCKE, William F. and MOREY, R. Vance, "Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage," 1999, 8 pages, Regents of the University of Minnesota. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Examiner Signature | *Ninh H. Nguyen* | Date Considered | 08/04/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Best Available Copy

CL 207

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Sheet | 1 | of | 2 |

**Complete if Known**

| Application Number | |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins |
| Art Unit | 3745 |
| Examiner Name | NINH NGUYEN |
| Attorney Docket Number | HuntzFenAn1 |

## U. S. PATENT DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| olson | | US- 4767262 | 08-30-1988 | Simon | |
| | | US- 4133374 | 01-09-1979 | York | |
| | | US- 5632677 | 05-27-1997 | Elkins | |
| | | US- 6155335 | 12-05-2000 | Acre et al. | |
| | | US- 6386969 B1 | 05-14-2002 | O'Brien | |
| | | US- 6388880 B1 | 05-14-2002 | El-Ghobashy et al. | |
| | | US- 6407918 B1 | 06-18-2002 | Edmunds et al. | |
| | | US- 6414845 B2 | 07-02-2002 | Bonet | |
| | | US- 6427455 B1 | 08-06-2002 | Furubayashi | |
| olson | | US- 6436130 | 08-20-2002 | Philips et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials⁴ | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ ⁴Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | Ninh H. Nguyen | Date Considered | 09/10/06 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Best Available Copy

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**  *(Use as many sheets as necessary)* | | | Application Number | 10/806,775 |
| | | | Filing Date | March 22, 2004 |
| | | | First Named Inventor | Hopkins |
| | | | Art Unit | 3745 |
| | | | Examiner Name | NGUYEN, N. |
| Sheet | 2 | of | 2 | Attorney Docket Number | Hunt:FanArr1 |

| | | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T² |
| *(initials)* | | The Parallel and Series Operation, Sunon Group web page, http:// www.sunon.com/english/wealth/tech/tech-06.htm, at least as early as March 15, 2004, 2 pages, Sunon Group, Taiwan. | | |
| | | Series and Parallel Fans, HighBeam Research web page, www://static.highbeam.com/m/machinedesign/january261995/seriesandparallelfans/index.htm, January 26, 1995, 1 page, HighBeam Research, LLC. | | |
| | | MCLEOD, IAN, Using Fans in Series and Parallel: Performance Guidelines, ebmpapst web page, htt:/www.pepstplc.com/features/articles/art006&print=true, at least as early as March 15, 2004, 3 pages, emb-Papst Automotive and Drives (UK) Ltd., UK. | | |
| | | Technical Bulletin:  CLEANPAK M/R/PF Multi/Redundant/Plenum Fan, at least as early as March 15, 2004, 3 pages, CLEANPAK International, Clackamas, Oregon. | | |
| | | Installation Operating and Maintenance Manual, 2003, 12 pages, Greenheck Fan Corp., Schofield, Wisconsin. | | |
| *(initials)* | | DPL Series - Delhi Plenum Fan:  Installation and Maintenance Instructions, November 2001, 2 pages, Delhi Industries Inc., Delhi, Ontario, Canada. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Examiner Signature | *(signature)* An H. Nguyen | Date Considered | 08/04/05 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional).  2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Best Available Copy

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 10/806,775 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit | |
| | | Ninh H. Nguyen | 3745 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-4,651,922 | 03-1987 | Noba, Masahiko | 236/35 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|---|
| | | 10/806,775 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit |
| | | Ninh H. Nguyen | 3745 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 8/4/05 | Final | Original | | Final | Original | |
| | 1 | √ | | 51 | | | 101 | |
| | 2 | √ | | 52 | | | 102 | |
| | 3 | √ | | 53 | | | 103 | |
| | 4 | √ | | 54 | | | 104 | |
| | 5 | √ | | 55 | | | 105 | |
| | 6 | √ | | 56 | | | 106 | |
| | 7 | O | | 57 | | | 107 | |
| | 8 | O | | 58 | | | 108 | |
| | 9 | √ | | 59 | | | 109 | |
| | 10 | √ | | 60 | | | 110 | |
| | 11 | \ | | 61 | | | 111 | |
| | 12 | \ | | 62 | | | 112 | |
| | 13 | \ | | 63 | | | 113 | |
| | 14 | \ | | 64 | | | 114 | |
| | 15 | \ | | 65 | | | 115 | \ |
| | 16 | \ | | 66 | | | 116 | |
| | 17 | \ | | 67 | | | 117 | |
| | 18 | \ | | 68 | | | 118 | |
| | 19 | \ | | 69 | | | 119 | |
| | 20 | \ | | 70 | | | 120 | |
| | 21 | O | | 71 | | | 121 | |
| | 22 | \ | | 72 | | | 122 | |
| | 23 | O | | 73 | | | 123 | |
| | 24 | \ | | 74 | | | 124 | |
| | 25 | O | | 75 | | | 125 | |
| | 26 | \ | | 76 | | | 126 | |
| | 27 | √ | | 77 | | | 127 | |
| | 28 | \ | | 78 | | | 128 | |
| | 29 | √ | | 79 | | | 129 | |
| | 30 | \ | | 80 | | | 130 | |
| | 31 | √ | | 81 | | | 131 | |
| | 32 | = | | 82 | | | 132 | |
| | 33 | ſ | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | = | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

CL 211

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| Updated | | 8/4/2005 | NHN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Updated East search | 8/4/2005 | NHN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 08042005

## CL 212

PTO/SB/21 (08-00)
Approved for use through 10/31/02. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ™  [+]

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

*OIPE IAPS5*
*NOV 2 2 2005*
*PATENT & TRADEMARK OFFICE*

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Inventor | Lawrence G. Hopkins |
| Confirmation No. | 2371 |
| Group Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Total Number Of Pages In This Submission | 10 |
| Attorney Docket No. | HTR007-1P US |

## ENCLOSURES  (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers *(for an Application)* | ☐ After Allowance Communication to Group |
| ☐ Fee Attached) | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Reply | ☐ Licensing-related Papers | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition | ☐ Proprietary Information |
| ☐ Affidavits/declarations | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation of Previous Powers; And Statement Under 37 CFR 3.73(b) | ☒ Other Enclosure(s) *(please identify below):* |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | Return Receipt Postcard |
| | ☐ Request for Refund | |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s)_____ | |
| ☐ Certified Copy of Priority Document(s) | Remarks | |
| ☐ This is a Response to Missing Parts/ Incomplete Application under 37 CFR 1.52 or 1.53 | Please charge Deposit Account 50-2263 for any fee due. | |
| ☐ Copy of Notice To File Missing Parts (2 pages) | | |

## SIGNATURE OF APPLICANT, ATTORNEY OR AGENT

| Firm or Individual Name | David E. Steuber (Reg. No. 25,557) Silicon Valley Patent Group LLP 2350 Mission College Boulevard, Suite 360 Santa Clara, California 95054 |
|---|---|
| Signature | *David E. Steuber* |
| Date | 11/18/2005 |

## CERTIFICATE OF MAILING BY "FIRST CLASS"

I hereby certify that this paper or fee is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the below date.

_David E. Steuber_          11/18/2005
David E. Steuber                    Date

urden Hours Statement:  This form is estimated to take 0.2 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Arlington, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner for Patents, P.O. Box 1450, Arlington, VA 22313-1450.



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Appl. No. | 10/806,775 | Confirmation No. | 2371 |
| First Inventor | Lawrence G. Hopkins | Filing Date | 03/22/2004 |
| Tech. Center/ Art Unit | 3745 | Examiner | Ninh H. Nguyen |
| Title: | Fan Array Fan Section In Air-Handling Systems | | |
| Docket No.: | HTR007-1P US | Customer No.: | 34036 |

Santa Clara, California
November 18, 2005

Mail Stop Amendment
COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

**AMENDMENT**

Dear Sir:

In response to the Office Action dated August 18, 2005, please amend the above-identified application as follows.

 **Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.


Appl. No. **10/806,775**
Amdt dated 11/18/2005

## Amendments to the Claims:

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listings of Claims:

Claim 1 (currently amended):  A fan array fan section in an air-handling system comprising:

    (a)    at least six fan units;

    (b)    said at least six fan units arranged in a fan array;

    (c)    an air-handling compartment within which said fan array of fan units is positioned; and

    (d)    an array controller for controlling said at least six fan units to run at substantially peak efficiency by strategically turning selective ones of said at least six fan units on and off, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, and wherein said array controller is programmed to operate said at least six fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

Claim 2 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein said at least six fan units are plenum fans.

Claim 3 (original):  The fan array fan section in an air-handling system of claim 1, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

Claim 4 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein said at least six fan units are a plurality of fan units arranged in a fan array configuration selected from the group consisting of:

    (a)    a true array configuration;

    (b)    a spaced pattern array configuration;

SILICON VALLEY
'ATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

(c)    a checker board array configuration;

(d)    rows slightly offset array configuration;

(e)    columns slightly offset array configuration; and

(f)    a staggered array configuration.

Claim 5 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein said at least six fan units include at least two vertically arranged fan units.

Claim 6 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein each of said at least six fan units is positioned within a fan unit chamber.

Claim 7 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein each of said at least six fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

Claim 8 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein each of said at least six fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

Claim 9 (previously presented):  The fan array fan section in an air-handling system of claim 1, wherein each of said at least six fan units are mounted in a grid system.

Claim 10 (original):  The fan array fan section in an air-handling system of claim 1, wherein each of said at least six fan units has a fan wheel diameter, wherein spacing between said at least six fan units is less than 60% of said fan wheel diameter.

Claim 11 (cancelled):

Claim 12 (cancelled):

Claim 13 (cancelled):

Claim 14 (cancelled):

Claim 15 (cancelled):

Claim 16 (cancelled):

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210


CL 216

Appl. No. 10/806,775
Amdt dated 11/18/2005

Claim 17 (cancelled):

Claim 18 (cancelled):

Claim 19 (cancelled):

Claim 20 (cancelled):

Claim 21 (previously presented):  The fan array fan section in an air-handling system of claim 1, further comprising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

Claim 22 (cancelled):

Claim 23 (cancelled):

Claim 24 (cancelled):

Claim 25 (previously presented):  The fan array fan section in an air-handling system of claim 1, said array controller is programmed to operate said at least six fan units at peak efficiency for a performance level based on a criteria selected from the following group of criteria:

  (a)  air volume;

  (b)  level of air flow;

  (c)  pattern of air flow; and

  (d)  number of fan units to operate.

Claim 26 (cancelled):

Claim 27 (previously presented):  The fan array fan section in an air-handling system of claim 1, said array controller is programmed to operate said at least six fan units to produce a stable operating point and eliminate the surge effects.

Claim 28 (cancelled):

Claim 29 (previously presented):  The fan array fan section in an air-handling system of claim 1, said array controller is programmed to selectively control the speed of each of said at least six fan units to run at substantially peak efficiency.

Claim 30 (cancelled):

SILICON VALLEY
'ATENT GROUP LLP

50 Mission College Blvd
Suite 360
anta Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

Claim 31 (previously presented):  The fan array fan section in an air-handling system of claim 1, said air-handling compartment positionable within a structure such that said air-handling system conditions the air of said structure.

Claim 32 (previously presented):  A fan array fan section in an air-handling system comprising:

(a)    a plurality of independently controllable fan units, each fan unit comprising an inlet cone, a fan, and a motor;

(b)    said plurality of fan units arranged in a fan array;

(c)    an air-handling compartment within which said fan array of fan units is positioned; and

(d)    an array controller for controlling said plurality of fan units to run at substantially peak efficiency by strategically turning selective ones of said plurality of fan units on and off.

Claim 33 (previously presented):  The fan array fan section in an air-handling system of claim 32, wherein said plurality of fan units are plenum fans.

Claim 34 (previously presented):  The fan array fan section in an air-handling system of claim 32, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

Claim 35 (previously presented):  The fan array fan section in an air-handling system of claim 32, wherein said plurality of fan units are a plurality of fan units arranged in a fan array configuration selected from the group consisting of:

(a)    a true array configuration;

(b)    a spaced pattern array configuration;

(c)    a checker board array configuration;

(d)    rows slightly offset array configuration;

(e)    columns slightly offset array configuration; and

(f)    a staggered array configuration.

Claim 36 (previously presented):  The fan array fan section in an air-handling system of claim 32, wherein said plurality of fan units include at least two vertically arranged fan units.

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA  95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

Claim 37 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each of said plurality of fan units is positioned within a fan unit chamber.

Claim 38 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each of said plurality of fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

Claim 39 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each of said plurality of fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

Claim 40 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each of said plurality of fan units is mounted in a grid system.

Claim 41 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

Claim 42 (previously presented): The fan array fan section in an air-handling system of claim 32, further comprising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

Claim 43 (previously presented): The fan array fan section in an air-handling system of claim 32, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

Claim 44 (previously presented): The fan array fan section in an air-handling system of claim 32, said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criteria selected from the following group of criteria:

(a)      air volume;

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

(b)    level of air flow;

(c)    pattern of air flow; and

(d)    number of fan units to operate.

Claim 45 (previously presented):  The fan array fan section in an air-handling system of claim 32, said array controller is programmed to operate said plurality of fan units to produce a stable operating point and eliminate the surge effects.

Claim 46 (previously presented):  The fan array fan section in an air-handling system of claim 32, said array controller is programmed to selectively control the speed of each of said plurality of fan units to run at substantially peak efficiency.

Claim 47 (previously presented):  The fan array fan section in an air-handling system of claim 32, said air-handling compartment positionable within a structure such that said air-handling system conditions the air of said structure.

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA  95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

## REMARKS/ARGUMENTS

Claims 1-10, 21, 23, 25, 27, 29 and 31-47 were pending of which Claims 1-6, 9, 10, 27, 29 and 31 were rejected and Claims 7, 8, 21, 23 and 25 were objected to. Claim 1 has been amended and Claim 23 has been cancelled.

The Examiner objected to Claims 7, 8, 21, 23 and 25 as being dependent upon a rejected base claim, but indicated that they would be allowable if rewritten in independent form including all the limitations of the base claim and any intervening claims. Each of these claims depends from Claim 1. Claim 1 has been amended by incorporating the limitations of Claim 23 into Claim 1, thereby rendering Claim 1 allowable. Since Claims 7, 8, 21 and 25 depend from Claim 1, these claims are also allowable. No new matter has been added in the claims.

## Claim Rejections – 35 U.S.C. §103

Claims 1-6, 9, 10, 27, 29 and 31 were rejected under 35 U.S.C. §103(a) as being unpatentable over Algrain et al. As noted above, the limitations of Claim 23 have been incorporated into Claim 1, thereby making Claim 1 allowable. Claims 2-6, 9, 10, 27, 29 and 31 depend from Claim 1 and these claims are therefore likewise allowable.

## Allowed Claims

Claims 32-47 were allowed.

Claim 1 has been amended and Claim 23 has been cancelled leaving Claims 1-10, 21, 25, 27, 29 and 31-47 pending. For the above reasons, Applicants respectfully request allowance of Claims 1-10, 21, 25, 27, 29 and 31-47. Should the Examiner have any questions concerning this response, the Examiner is invited to call the undersigned at (408) 982-8201.

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Appl. No. 10/806,775
Amdt dated 11/18/2005

 

 

The undersigned notes that he has recently taken over the prosecution of this application and is acting pursuant to 37 CFR 1.34 pending execution of a power of attorney.  Please note that a new attorney docket number has been assigned to this application.

<table>
<tr><td>

**CERTIFICATE OF MAILING BY "FIRST CLASS"**

I hereby certify that this paper or fee is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the below date.

_____    11/18/05
Attorney for Applicant(s)      Date of Signature

</td></tr>
</table>

Respectfully submitted,

David E. Steuber
Attorney for Applicant(s)
Reg. No. 25,557

SILICON VALLEY
PATENT GROUP LLP

50 Mission College Blvd
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 2003 | Application or Docket Number<br>10 80 67 7 5 |
|---|---|

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 20 minus 20= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| | SMALL ENTITY<br>TYPE ☐ | | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|
| | RATE | FEE | RATE | FEE |
| BASIC FEE | 385.00 | | BASIC FEE | 770.00 |
| | X$ 9= | | X$18= | |
| | X43= | OR | X86= | |
| | +145= | | +290= | |
| TOTAL | 385 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|
| Total | 31 | Minus 20 | = 11 |
| Independent | 2 | Minus 3 | = — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| | X$ 9= | 275 | X$18= | |
| | X43= | OR | X86= | |
| | +145= | | +290= | |
| TOTAL ADDIT. FEE | 270 | | TOTAL ADDIT. FEE | |

### AMENDMENT B    11/22/05

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|
| Total | 31 | Minus 31 | = — |
| Independent | 2 | Minus 3 | = — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| | X$ 9= | | X$18= | |
| | X43= | OR | X86= | |
| | +145= | | +290= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|
| Total | | Minus | = |
| Independent | | Minus | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| | X$ 9= | | X$18= | |
| | X43= | OR | X86= | |
| | +145= | | +290= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875  (Rev. 10/03)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

## CL 223

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L8 | 755 | (fan same array)and control and efficiency and program | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:24 |
| L9 | 49 | 8 and (air same handl$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:25 |
| L10 | 0 | 9 and (on same off) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:26 |
| L11 | 29 | 9 and (compartment or chamber) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:26 |

CL 224

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

26790    7590    12/05/2005

LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035

| EXAMINER |
| --- |
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3745 | |

DATE MAILED: 12/05/2005

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HUNT:FANARR1 | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $700 | $300 | $1000 | 03/06/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>**THIS STATUTORY PERIOD CANNOT BE EXTENDED.**</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.

## CL 225

### PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**    **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26790        7590        12/05/2005

LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HUNT:FANARR1 | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 03/06/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

CL 226

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HUNT:FANARR1 | 2371 |

| | |
|---|---|
| 26790      7590      12/05/2005 | EXAMINER |
| LAW OFFICE OF KAREN DANA OSTER, LLC | NGUYEN, NINH H |
| PMB 1020 | |
| 15450 SW BOONES FERRY ROAD #9 | ART UNIT          PAPER NUMBER |
| LAKE OSWEGO, OR 97035 | 3745 |

DATE MAILED: 12/05/2005

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85  (Rev. 07/05) Approved for use through 04/30/2007.

CL 227

| *Notice of Allowability* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 10/806,775 | HOPKINS, LAWRENCE  G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment dated 11/22/05*.

2. ☒ The allowed claim(s) is/are *1-10,21,25,27,29 and 31-47*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*   c) ☐ None   of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

**NINH H. NGUYEN**
**PRIMARY EXAMINER**

Notice of Allowability

CL 228

Part of Paper No./Mail Date 12012005

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 415 | 61 | 415 | 119 | | | | | | |
| INTERNATIONAL CLASSIFICATION | | 416 | 120 | | | | | | |
| F  0  4  D | 25/16 | 417 | 3 | 423.5 | 426 | | | | |
| | / | | | | | | | | |
| | / | | | | | | | | |
| | / | | | | | | | | |
| | / | | | | | | | | |

| ///////////////////// (Assistant Examiner)    (Date) | *Ninh N. Nguyen* 12/01/05 NINH H. NGUYEN PRIMARY EXAMINER | Total Claims Allowed: 31 | |
|---|---|---|---|
| *K Cooper* 12-1-05 (Legal Instruments Examiner)  (Date) | (Primary Examiner)        (Date) | O.G. Print Claim(s) | O.G. Print Fig. |
| | | 1 | 17 |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 15 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | 16 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 3 | 3 | 17 | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 4 | 4 | 18 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 5 | 5 | 19 | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 6 | 6 | 20 | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 7 | 7 | 21 | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 8 | 8 | 22 | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 9 | 9 | 23 | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 10 | 10 | 24 | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | 25 | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 26 | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | 27 | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | 28 | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | 29 | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | 30 | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | 31 | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 11 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 12 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 13 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 14 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office

CL 229

Part of Paper No. 12012005

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# *BIBDATASHEET*

Bib Data Sheet

**CONFIRMATION NO. 2371**

| SERIAL NUMBER 10/806,775 | FILING DATE 03/22/2004 RULE | CLASS 415 | GROUP ART UNIT 3745 | ATTORNEY DOCKET NO. Hunt:FanArr1 |
|---|---|---|---|---|

**APPLICANTS**

Lawrence G. Hopkins, Portland, OR;

*DO NOT SCAN!*

** CONTINUING DATA ************************
This appln claims benefit of 60/456,413 03/20/2003
and claims benefit of 60/554,702 03/20/2004
and is a CIP of PCT/US04/08578 03/19/2004

** FOREIGN APPLICATIONS ******************  *none*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED    ** SMALL ENTITY **
** 06/08/2004

| Foreign Priority claimed ☐ yes ☑ no<br>35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance<br>Verified and Acknowledged _____ _____<br>Examiner's Signature          Initials | STATE OR COUNTRY OR | SHEETS DRAWING 15 | TOTAL CLAIMS 20 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|

**ADDRESS**
26790
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO , OR
97035

**TITLE**
Fan array fan section in air-handling systems

| FILING FEE RECEIVED 660 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

CL 230

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE  G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

**SEARCHED**

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| Updated | above | 12/1/2005 | NHN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SEARCH NOTES**
**(INCLUDING SEARCH STRATEGY)**

| | DATE | EXMR |
|---|---|---|
| Updated East search | 12/1/2005 | NHN |
| Interference search history printout | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**INTERFERENCE SEARCHED**

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No.  12012005

CL 231

PTO/SB/30 (04-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Request for Continued Examination (RCE) Transmittal

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-1P US (new) |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. [ Submission required under 37 CFR 1.114 ] Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

　　a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

　　　　i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

　　　　ii. ☐ Other _____

　　b. ☑ Enclosed

　　　　i. ☐ Amendment/Reply　　　　iii. ☑ Information Disclosure Statement (IDS)

　　　　ii. ☐ Affidavit(s)/ Declaration(s)　　　　iv. ☐ Other _____

2. [ Miscellaneous ]

　　a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

　　b. ☐ Other _____

3. [ Fees ] The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

　　a. ☑ The Director is hereby authorized to charge ~~the following fees,~~ any underpayment of fees, or credit any overpayments, to Deposit Account No. 50-2263 . I have enclosed a duplicate copy of this sheet.

　　　　i. ☐ RCE fee required under 37 CFR 1.17(e)

　　　　ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

　　　　iii. ☐ Other _____

　　b. ☐ Check in the amount of $ _____ enclosed

　　c. ☑ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| Signature | _David E. Steuber_ | Date | 12/30/2005 |
|---|---|---|---|
| Name (Print/Type) | David E. Steuber | Registration No. | 25,557 |

### CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | _David E. Steuber_ | | |
|---|---|---|---|
| Name (Print/Type) | David E. Steuber | Date | 12/30/2005 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

OIPE
IAPRS
JAN 0 4 2006
PATENT & TRADEMARK OFFICE

CL 232

01/05/2006 HGUTEMA1 00000067 10806775
01 FC:2801　395.00 OP

OIPE
JAN 0 4 2006
PATENT & TRADEMARK OFFICE

U    R    1995    O

PTO/SB/17 (12-04v2)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| | Complete if Known |
|---|---|
| *Effective on 12/08/2004.* *Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).* | |

# FEE TRANSMITTAL
## For FY 2005

[✓] Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 395 |
|---|---|---|

| Complete if Known | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Examiner Name | Ninh H. Nguyen |
| Art Unit | 3745 |
| Attorney Docket No. | HTR007-1P US (new) |

## METHOD OF PAYMENT (check all that apply)

[ ] Check  [✓] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify): _____

[✓] Deposit Account   Deposit Account Number: 50-2263    Deposit Account Name: Silicon Valley Patent Grp

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[ ] Charge fee(s) indicated below                    [ ] Charge fee(s) indicated below, **except for the filing fee**
[✓] Charge any additional fee(s) or underpayments of fee(s)    [✓] Credit any overpayments
    under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|
| _____ - 20 or HP = | _____ x | _____ = | _____ | Fee ($) | Fee Paid ($) |
| HP = highest number of total claims paid for, if greater than 20. | | | | 0 | 0 |

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP = | _____ x | _____ = | 0 |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | _____ (round up to a whole number) x | _____ = | 0 |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification,   $130 fee (no small entity discount) | 0 |
| Other (e.g., late filing surcharge): Request For Continued Examination | 395 |

## SUBMITTED BY

| Signature | *David E. Steuber* | Registration No. (Attorney/Agent) 25,557 | Telephone 408-982-8201 |
|---|---|---|---|
| Name (Print/Type) David E. Steuber | | | Date 12/30/2005 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 233

PTO/SB/81 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY
## and
## CORRESPONDENCE ADDRESS
## INDICATION FORM

| | |
|---|---|
| **Application Number** | 10/806,775 |
| **Filing Date** | 03/22/2004 |
| **First Named Inventor** | Lawrence G. Hopkins |
| **Title** | Fan Array Fan Section In Air- ... |
| **Art Unit** | 3745 |
| **Examiner Name** | Ninh H. Nguyen |
| **Attorney Docket Number** | HTR007-1P US (new) |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

[✓]  Practitioners associated with the Customer Number:          34036

OR

[ ]  Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[✓]  The address associated with the above-mentioned Customer Number:

OR

[ ]  The address associated with Customer Number:

OR

| [ ] | Firm or Individual Name | |
|---|---|---|
| | Address | |
| | City | State | Zip |
| | Country | |
| | Telephone | Email |

I am the:

[✓]  Applicant/Inventor.

[ ]  Assignee of record of the entire interest. See 37 CFR 3.71.
     Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

### SIGNATURE of Applicant or Assignee of Record

| Signature | *(signature)* Lawrence H. Hop | Date | 12/21/05 |
|---|---|---|---|
| Name | Lawrence G. Hopkins | Telephone | 503-740-7610 |
| Title and Company | R&D Director, Huntair, Inc. | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓]  *Total of 1          forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 234

*OIPE*
*JAN 04 2006*
*PATENT & TRADEMARK OFFICE*

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |

*(to be used for all correspondence after initial filing)*

| Total Number of Pages in This Submission | 31 | Attorney Docket Number | HTR007-1P US (new) |
|---|---|---|---|

## ENCLOSURES     *(Check all that apply)*

| | | |
|---|---|---|
| ✓ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication to TC |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Amendment/Reply | ☐ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ✓ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ✓ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | Request for Continued Examination Credit Card Payment Form Return Postcard |
| ✓ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | |
| | ☐ Landscape Table on CD | |
| ☐ Certified Copy of Priority Document(s) | **Remarks** | |
| ☐ Reply to Missing Parts/ Incomplete Application | Please charge Deposit Account No. 50-2263 for any additional or underpayment of fee(s). Please note that a new attorney docket number has been assigned to this application. Applicant does not admit that the references enclosed herewith are prior art. | |
| ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Silicon Valley Patent Group LLP |
|---|---|
| Signature | *David E. Steuber* |
| Printed name | David E. Steuber |
| Date | 12/30/2005 |
| Reg. No. | 25,557 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | *David E. Steuber* | | |
|---|---|---|---|
| Typed or printed name | David E. Steuber | Date | 12/30/2005 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08A (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 2 |

**Complete if Known**

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-1P US (new) |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US- 4,494,006 | 01-15-1985 | Staroselsky et al. | |
| | 2 | US- 5,269,660 | 12-14-1993 | Pradelle | |
| | 3 | US- 4,158,527 | 06-19-1979 | Burkett | |
| | 4 | US- 3,332,621 | 07-25-1967 | Tanner | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08B (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |

| Sheet | 2 | of | 2 | Attorney Docket Number | HTR007-1P US (new) |
|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 5 | AAON worksheet and drawing regarding Borders East Towers job for customer Borders Group, dated 02/26/2001 and 02/06/2001 (2 pages) | |
| | 6 | AAON order form, estimating worksheet, and facsimile transmission regarding The Commons job, dated 09/15/1998, 09/30/1998 and 06/30/1998 (3 pages) | |
| | 7 | AAON wiring diagram assignment and verification regarding Farm Show Arena job, 04/01/2002 (1 page) | |
| | 8 | AAON worksheet and drawing regarding Harrison Hills job, both dated 02/26/2002 (2 pages) | |
| | 9 | AAON RL Feature Master Number sheet, dated 10/17/2001 (1 page) | |
| | 10 | Mammouth Selection Guide for Custom Penthouse (200-410 Tons Cooling-only VAV configurations, 1992 (14 pages) | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

CL 237

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L1 | 4 | (fan and array and plurality and compartment and efficiency and operat$3 and controller and peak and strategic$3) | US-PGPUB | OR | ON | 2006/01/23 14:01 |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US |

CONFIRMATION NO. 2371

*OC000000017896686*
*OC000000017896686*

34036
SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

Date Mailed: 01/24/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 01/04/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

KIMBERLY D COOPER
3700 (571) 272-4339

OFFICE COPY

CL 239



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HUNT:FANARR1 |

**CONFIRMATION NO. 2371**

26790
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035

**\*OC000000017896639\***
\*OC00000017896639\*

Date Mailed: 01/24/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 01/04/2006.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

KIMBERLY D COOPER
3700 (571) 272-4339

OFFICE COPY

CL 240



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 34036 | 7590 | 01/30/2006 |
| --- | --- | --- |

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

| EXAMINER |
| --- |
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3745 | |

DATE MAILED: 01/30/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $700 | $300 | $1000 | 05/01/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>      **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or <u>Fax</u>      **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

34036      7590      01/30/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 05/01/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## CL 242



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P  US | 2371 |

| | | |
|---|---|---|
| 34036          7590          01/30/2006 | EXAMINER | |
| SILICON VALLEY PATENT GROUP LLP | NGUYEN, NINH H | |
| 2350 MISSION COLLEGE BOULEVARD | | |
| SUITE 360 | ART UNIT | PAPER NUMBER |
| SANTA CLARA, CA 95054 | 3745 | |

DATE MAILED: 01/30/2006

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 3

PTOL-85  (Rev. 07/05) Approved for use through 04/30/2007.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE  G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPP 1308.

1. ☒ This communication is responsive to *Request for Continued Examination dated 01/04/06*.

2. ☒ The allowed claim(s) is/are <u>1-10,21,25,27,29 and 31-47</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All     b) ☐ Some*     c) ☐ None   of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date <u>01/04/06</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

**NINH H. NGUYEN**
**PRIMARY EXAMINER**

OIPE IAPPS
JAN 04 2006
PATENT & TRADEMARK OFFICE

PTO/SB/08A (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| Sheet | 1 | of | 2 |

| Complete if Known | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-1P US (new) |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| [initials] | 1 | US- 4,494,006 | 01-15-1985 | Staroselsky et al. | |
| [initials] | 2 | US- 5,269,660 | 12-14-1993 | Pradelle | |
| [initials] | 3 | US- 4,158,527 | 06-19-1979 | Burkett | |
| [initials] | 4 | US- 3,332,621 | 07-25-1967 | Tanner | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | [signature] Ninh H. Nguyen | Date Considered | 01/23/06 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08B (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete If Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/806,775 |
| | Filing Date | 03/22/2004 |
| | First Named Inventor | Lawrence G. Hopkins |
| | Art Unit | 3745 |
| | Examiner Name | Ninh H. Nguyen |
| Sheet 2 of 2 | Attorney Docket Number | HTR007-1P US (new) |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| *Nguyen* | 5 | AAON worksheet and drawing regarding Borders East Towers job for customer Borders Group, dated 02/26/2001 and 02/06/2001 (2 pages) | |
| | 6 | AAON order form, estimating worksheet, and facsimile transmission regarding The Commons job, dated 09/15/1998, 09/30/1998 and 06/30/1998 (3 pages) | |
| | 7 | AAON wiring diagram assignment and verification regarding Farm Show Arena job, 04/01/2002 (1 page) | |
| | 8 | AAON worksheet and drawing regarding Harrison Hills job, both dated 02/26/2002 (2 pages) | |
| | 9 | AAON RL Feature Master Number sheet, dated 10/17/2001 (1 page) | |
| *Nguyen* | 10 | Mammouth Selection Guide for Custom Penthouse (200-410 Tons Cooling-only VAV configurations, 1992 (14 pages) | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *Ninh H. Nguyen* | Date Considered | 01/23/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| (barcode) | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| 415 | 61 | 415 | 119 | | | |
| INTERNATIONAL CLASSIFICATION | | 416 | 120 | | | |
| F 0 4 D | 25/16 | 417 | 3 | 423.5 | 426 | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |

| ///////////////////// (Assistant Examiner)    (Date) | (signature) NINH H. NGUYEN PRIMARY EXAMINER 01/23/06 | Total Claims Allowed: 31 | |
|---|---|---|---|
| KCooper 1-26-06 (Legal Instruments Examiner)    (Date) | (Primary Examiner)    (Date) | O.G. Print Claim(s) 1 | O.G. Print Fig. 17 |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 15 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | 16 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 3 | 3 | 17 | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 4 | 4 | 18 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 5 | 5 | 19 | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 6 | 6 | 20 | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 7 | 7 | 21 | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 8 | 8 | 22 | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 9 | 9 | 23 | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 10 | 10 | 24 | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | 25 | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 26 | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | 27 | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | 28 | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | 29 | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | 30 | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | 31 | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 11 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 12 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 13 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 14 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| Updated | above | 1/23/2006 | NHN |
| | | | |
| | | | |
| | . | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Updated East search | 1/23/2006 | NHN |
| Interference search history printout | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Part of Paper No.  01232006

CL 248



**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    **Mail Stop ISSUE FEE**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

34036    7590    01/30/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_David E. Steuber_ (Depositor's name)
_David E Steuber_ (Signature)
_02/03/2006_ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 05/01/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    _Silicon Valley Patent Group LLP_

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2 _____    3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    _Huntair Inc._

(B) RESIDENCE: (CITY and STATE OR COUNTRY)    _Tualatin Oregon_

02/08/2006 MBIZUNE 00000069 10806775
01 FC:1504    300.00 OP
02 FC:1501    1400.00 OP

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached. _any underpayment_
☒ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _50-2263_ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature    _David E Steuber_    Date _02/03/2006_

Typed or printed name    _David E. Steuber_    Registration No. _25,557_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE