*07-20-06*

*DAC*
*IfW*



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): | Lawrence G. Hopkins |
| Assignee: | Huntair Inc. |
| Title: | Fan Array Fan Section In Air-Handling Systems |

| | | | |
|---|---|---|---|
| Application No.: | 10/806,775 | Filing Date: | 03/22/2004 |
| Examiner: | Ninh H. Nguyen | Group Art Unit: | 3745 |
| Docket No.: | HTR007-1P US | Confirmation No.: | 2371 |

Santa Clara, California
July 19, 2006

MAIL STOP PETITION
COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

## PETITION TO WITHDRAW FROM ISSUE

Dear Sir:

Pursuant to 37 CFR § 1.313 (c)(2), Applicant petitions to withdraw the above-referenced application from issue to allow consideration of the enclosed Request for Continued Examination (RCE).

Withdrawal of the application from issue is required to allow the Examiner to consider the prior art references that are cited in the Supplemental Information Disclosure Statement submitted with the RCE. Applicant is submitting these references in fulfillment of his duty under 37 CFR § 1.56.

Should there be any questions regarding this petition, please telephone the undersigned at 408-982-8201.

Respectfully submitted,

07/21/2006 TBESHAH1 00000012 10806775

02 FC:1465                                  130.00 OP

David E. Steuber
Attorney for Applicant(s)
Reg. No. 25,557

**Express Mail Label No. EV 751419127 US**

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

CL 250

*[Stamp: OIPE  JUL 19 2006  ...]*

PTO/SB/17p (11-05)
Approved for use through 07/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FEE** Under 37 CFR 1.17(f), (g) & (h) **TRANSMITTAL** (Fees are subject to annual revision) Send completed form to: Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 | Application Number | 10/806,775 |
| | Filing Date | 03/22/2004 |
| | First Named Inventor | Lawrence G. Hopkins |
| | Art Unit | 3745 |
| | Examiner Name | Ninh H. Nguyen |
| | Attorney Docket Number | HTR007-1P US |

---

**Enclosed is a petition filed under 37 CFR _1.313_ that requires a processing fee (37 CFR 1.17(f), (g), or (h)).** Payment of $ _130_ is enclosed.
This form should be included with the above-mentioned petition and faxed or mailed to the Office using the appropriate Mail Stop (e.g., Mail Stop Petition), if applicable. *For transmittal of processing fees under 37 CFR 1.17(i), see form PTO/SB/17i.*

**Payment of Fees** (small entity amounts are NOT available for the petition fees)

☒ The Commissioner is hereby authorized to charge the following fees to Deposit Account No. _50-2263_ :
　　☐ petition fee under 37 CFR 1.17(f), (g) or (h)　☒ any deficiency of fees and credit of any overpayments
　　Enclose a duplicative copy of this form for fee processing.

☐ Check in the amount of $ _____ is enclosed.

☒ Payment by credit card (Form PTO-2038 or equivalent enclosed). Do not provide credit card information on this form.

---

**Petition Fees under 37 CFR 1.17(f):　Fee $400　Fee Code 1462**
For petitions filed under:
§ 1.36(a) - for revocation of a power of attorney by fewer than all applicants
§ 1.53(e) - to accord a filing date.
§ 1.57(a) - to accord a filing date.
§ 1.182 - for decision on a question not specifically provided for.
§ 1.183 - to suspend the rules.
§ 1.378(e) - for reconsideration of decision on petition refusing to accept delayed payment of maintenance fee in an expired patent.
§ 1.741(b) - to accord a filing date to an application under § 1.740 for extension of a patent term.

---

**Petition Fees under 37 CFR 1.17(g):　Fee $200　Fee Code 1463**
For petitions filed under:
§ 1.12 - for access to an assignment record.
§ 1.14 - for access to an application.
§ 1.47 - for filing by other than all the inventors or a person not the inventor.
§ 1.59 - for expungement of information.
§ 1.103(a) - to suspend action in an application.
§ 1.136(b) - for review of a request for extension of time when the provisions of section 1.136(a) are not available.
§ 1.295 - for review of refusal to publish a statutory invention registration.
§ 1.296 - to withdraw a request for publication of a statutory invention registration filed on or after the date the notice of intent to publish issued.
§ 1.377 - for review of decision refusing to accept and record payment of a maintenance fee filed prior to expiration of a patent.
§ 1.550(c) - for patent owner requests for extension of time in *ex parte* reexamination proceedings.
§ 1.956 - for patent owner requests for extension of time in *inter partes* reexamination proceedings.
§ 5.12 - for expedited handling of a foreign filing license.
§ 5.15 - for changing the scope of a license.
§ 5.25 - for retroactive license.

---

**Petition Fees under 37 CFR 1.17(h):　Fee $130　Fee Code 1464**
For petitions filed under:
§ 1.19(g) - to request documents in a form other than that provided in this part.
§ 1.84 - for accepting color drawings or photographs.
§ 1.91 - for entry of a model or exhibit.
§ 1.102(d) - to make an application special.
§ 1.138(c) - to expressly abandon an application to avoid publication.
§ 1.313 - to withdraw an application from issue.
§ 1.314 - to defer issuance of a patent.

---

| *[Signature: David E. Stenber]* | 07/19/2006 |
| Signature | Date |
| David E. Stenber | 25,557 |
| Typed or printed name | Registration No., if applicable |

This collection of information is required by 37 CFR 1.17. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

EXPRESS MAIL LABEL N/O  EV 751419127 US

CL 251

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3744 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-1P US |

*(to be used for all correspondence after initial filing)*

Total Number of Pages in This Submission | 9

### ENCLOSURES    *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [✓] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [✓] Petition
  Petition to Convert to a Provisional Application
  Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
  - [ ] Landscape Table on CD

Remarks

Please charge any unpaid fee(s) or underpayment of fee(s) to Deposit Account No. 50-2263.

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [✓] Other Enclosure(s) (please identify below):
  Petition Fee Transmittal
  Request For Continued Examination
  Credit Card Payment Form
  Return Postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Silicon Valley Patent Group LLP |
|---|---|
| Signature | *David E. Steuber* |
| Printed name | David E. Steuber |
| Date | July 19, 2006 | Reg. No. | 25,557 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | Express Mail Label No. EV 751419127 US |
|---|---|
| Typed or printed name | | Date | |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



EV751419127US
CL 252



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventors: | Lawrence G. Hopkins |
| Assignee: | Huntair Inc. |
| Title: | Fan Array Fan Section In Air-Handling Systems |

| | | | |
|---|---|---|---|
| Serial No.: | 10/806,775 | Filing Date: | 03/22/2004 |
| Examiner: | Ninh H. Nguyen | Group Art Unit: | 3745 |
| Docket No.: | HTR007-1P US | Confirmation No: | 2371 |

Santa Clara, California
July 19, 2006

MAIL STOP PETITION
COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Dear Sir:

Pursuant to 37 C.F.R. § 1.56, §1.97 and §1.98, the Applicant submits for consideration in the above-identified patent application the documents listed on the accompanying Form PTO-1449. The Examiner is requested to make these documents of record.

This Supplemental Information Disclosure Statement is submitted in conjunction with the accompanying Request for Continued Examination.

Applicant would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

Applicant presumes that the Examiner has access to the file histories of the pending U.S. applications listed on the enclosed Form PTO-1449 and hence to the claims and arguments made in support of and against such claims in those applications. If this presumption is incorrect in any respect, the Applicant requests the Examiner to so him so that the Applicant may submit copies of any materials that are unavailable to the Examiner.

**EXPRESS MAIL LABEL NO. EV 751419127 US**

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

-1-

Application No. 10/806,775

The submittal of this Supplemental Information Disclosure Statement is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

Respectfully submitted,

David E. Steuber
Attorney for Applicants
Reg. No. 25,557

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

CL 254
-2-

Application No. 10/806,775

Sheet 1 of 1

| U.S. Department of Commerce, Patent and Trademark Office | Application No.: | 10/806,775 |
|---|---|---|
| | Filing Date: | 03/22/2004 |
| | First Named Inventor: | Lawrence G. Hopkins |
| | Group Art Unit: | 3745 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Examiner Name: | Ninh H. Nguyen |
| (Use several sheets if necessary) | Confirmation No.: | 2371 |
| | Attorney Docket No.: | HTR007-1P US |

(Stamp: OIPE USPTO JUL 19 2006)

### U.S. Patent Documents

| *Examiner Initials | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 5,701,750 | 12-1997 | Ray | 62 | 160 | |
| | 2. | 4,021,213 | 05-1977 | Neidhardt et al. | 62 | 180 | |
| | 3. | 3,156,233 | 11-1964 | O'Connell | 126 | 110 | |
| | 4. | 6,792,766 | 09-2004 | Osborne et al. | 62 | 159 | |
| | 5. | 6,961,248 | 11-2005 | Vincent et al. | 361 | 796 | |
| | 6. | 6,791,836 | 09-2004 | Cipolla et al. | 361 | 687 | |
| | 7. | 5,788,568 | 08-1998 | Ito et al. | 454 | 188 | |
| | 8. | 2005/0180846 | 08-2005 | Hopkins | 415 | 119 | |
| | 9. | 2005/0232753 | 10-2005 | Hopkins | 415 | 119 | |

### Foreign Patent Documents

| | | Document | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### Non Patent Literature Documents

| | |
|---|---|
| | |
| | |
| | |

| Examiner: | Date Considered: |
|---|---|

* Examiner: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with your communication with applicant.

**EXPRESS MAIL LABEL NO. EV 751419127 US**

CL 255

PTO/SB/30 (04-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**Request
for
Continued Examination (RCE)
Transmittal**

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | 03/22/2004 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3745 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-1P US |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☐ Other _____

   b. ☑ Enclosed

      i. ☐ Amendment/Reply          iii. ☑ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)     iv. ☐ Other _____
      07/21/2006 TBESHAHI 00000012 12806775

2. **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a
   period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

   790.00 OP

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to
   Deposit Account No. 50-2263 . I have enclosed a duplicate copy of this sheet.

      i. ☑ RCE fee required under 37 CFR 1.17(e)

      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed

   c. ☑ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | _David E. Steuber_ | Date | 07/19/2006 |
|---|---|---|---|
| Name (Print/Type) | David E. Steuber | Registration No. | 25,557 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | EXPRESS MAIL LABEL NO. EV 751419127 US |
|---|---|
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 256

| FORM PTO-302<br>(REV. 12-87) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | DATE<br>25-Jul-06 |
|---|---|---|
| | **PATENT WITHDRAWAL NOTICE** | 14845 |

The following **WITHDRAWAL** and **SUBSTITUTION,** where appropriate, has been made in the issue of Tuesday, August 08, 2006

| WITHDRAWAL | SUBSTITUTION |
|---|---|
| SERIAL NO.<br>10/806,775 | SERIAL NO. |
| PATENT NUMBER<br>7,086,826 | PATENT NUMBER |
| DRAWINGS<br>000 | DRAWINGS |
| CLASS<br>415/119 | CLASS |
| NAME AND ADDRESS<br>LAWRENCE G. HOPKINS<br>PORTLAND, OR | NAME AND ADDRESS |
| ASSIGNEE | ASSIGNEE |
| TITLE<br>FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS | TITLE |

APPROVED

Mary Louise McAskill, Manager
Statistical Analysis Division

CL 257



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

Paper No. _____

Date      :  July 25, 2006

TO        :  Director, Office of Patent Publication

FROM      :  Office of the Deputy Commissioner
             for Patent Examination Policy

SUBJECT   :  Withdrawal from Issue of

                Applicant(s)      :Lawrence G. Hopkins
                Application No.    :10/806,775
                Filed             :March 22, 2004

The above-identified application has been assigned Patent No.
7,086,826 and an issue date of August 8, 2006.

It is hereby directed that this application be withdrawn from
issue at the request of the applicant.

Do not refund the issue fee.

The following erratum should be published in the Official
Gazette if the above-identified application is published in the
OG of August 8, 2006:

    "All reference to Patent No. 7,086,826 to Lawrence G.
    Hopkins of Oregon for FAN ARRAY FAN SECTION IN AIR-
    HANDLING SYSTEMS appearing in the Official Gazette of
    August 8, 2006 should be deleted since no patent was
    granted."

Karen Creasy
Karen Creasy
Petitions Examiner
Office of Petitions
Office of the Deputy Commissioner
  for Patent Examination Policy

cc:  Paul Harrison, MDW-4B03,(FAX-273-5468)
     Deneise Boyd, MDE-3D39 (FAX-273-5124)
     Mary Louise McAskill, ST-8C15 (FAX 305-4372)
     Niomi Farmer, ST-8C14 (FAX-305-4372)
     Mary E. Johnson (Cookie), MDE-7C71 (FAX 273-0038
     Duane Davis P/OPC MDE-7D89

CL 258



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

SILICON VALLEY PATENT GROUP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA CA 95054

**COPY MAILED**

JUL 2 5 2006

**OFFICE OF PETITIONS**

In re Application of                  :
Lawrence G. Hopkins                   :
Application No. 10/806,775            :          ON PETITION
Filed: March 22, 2004                 :
Attorney Docket No. HTR007-1P-US      :

This is a decision on the petition, filed July 19, 2006, under 37 CFR 1.313(c)(2) to withdraw the above-identified application from issue after payment of the issue fee.

The petition is **GRANTED**.

The above-identified application is withdrawn from issue for consideration of a submission under 37 CFR 1.114 (request for continued examination).  See 37 CFR 1.313(c)(2).

**Petitioner is advised that the issue fee paid on February 8, 2006, in the above-identified application cannot be refunded.  If, however, the above-identified application is again allowed, petitioner may request that it be applied towards the issue fee required by the new Notice of Allowance.[1]**

Telephone inquiries should be directed to the undersigned at (571) 272-3208.

The examiner of Technology Center AU 3745 will consider the request for continued examination under 37 CFR 1.114.

*Karen Creasy*
Karen Creasy
Petitions Examiner
Office of Petitions

---

[1] The request to apply the issue fee to the new Notice may be satisfied by completing and returning the new Issue Fee Transmittal Form PTOL-85(b), which includes the following language thereon: "Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or re-apply any previously paid issue fee to the application identified above."  Petitioner is advised that, whether a fee is indicated as being due or not, the Issue Fee Transmittal Form **must** be completed and timely submitted to avoid abandonment.  Note the language in bold text on the first page of the Notice of Allowance and Fee(s) Due (PTOL-85).



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US | 2371 |

34036     7590     08/11/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA  95054

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 08/11/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

CL 260

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>19 July 2006</u>.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>1-10,21,25,27,29 and 31-47</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>1-10,21,25,27 and 29</u> is/are allowed.

6)☒ Claim(s) <u>32-40 and 45-47</u> is/are rejected.

7)☒ Claim(s) <u>41-44</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>22 March 2004</u> is/are:  a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

       1.☐ Certified copies of the priority documents have been received.

       2.☐ Certified copies of the priority documents have been received in Application No. _____.

       3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date <u>07/19/06</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____ .

CL 261

Application/Control Number: 10/806,775

Page 2

Art Unit: 3745

### DETAILED ACTION

This Office Action is in response to the Request for Continued Examination (RCE) dated

19 July 2006. While reviewing the references list in the PTO form 1449 submitted with the RCE,

it is determined that on of those references reads on claims 32-40, and 45-47. Therefore, the

Examiner regretfully withdraws the allowability of these claims.

### *Claim Rejections - 35 USC § 102*

1.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

2.    Claims 32-38, 40, and 45-47 are rejected under 35 U.S.C. 102(e) as being anticipated by

Osborne et al. (6,792,766).

Osborne discloses fan array fan section of an air-handling system (Figs. 10-16),

comprising a plurality of independently controllable fan units (Fig. 10), each fan unit comprising

an inlet cone, a fan, and a motor; said plurality of fan units arranged in a fan array; an air-

handling compartment (the attic of the house shown in Fig. 10) within which said fan array of

fan units is positioned; and an array controller 333 for controlling said plurality of fan units to

selective ones of said plurality of fan units on and off (col. 15, lines 29-58);

wherein said air-handling compartment has an airway path 330, said airway path being

less than 72 inches (judging from the size of an air duct of a typical residential unit);

CL 262

Application/Control Number: 10/806,775                                        Page 3
Art Unit: 3745

wherein said plurality of fan units are a plurality of fan units arranged in a true fan array

configuration (Fig. 10);

wherein each of the plurality of fan units is positioned within a fan unit chamber (Fig.

10);

wherein each of the plurality of fan units is suspended within a respective fan unit

chamber such that there is an air relief passage therebelow (Fig. 10); and

wherein the air-handling compartment positionable within a structure 300 such that the

air-handling system conditions the air of the structure.


### Claim Rejections - 35 USC § 103

3.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

4.      Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over Osborne in view

of O'Connell (3,156,233).

Osborne discloses all the limitations except the fan unit chambers each does not have at

least one acoustically absorptive insulation surface as claimed.

O'Connell teaches an air-handling apparatus comprising a fan 20 disposed in a chamber

10 wherein the chamber 10 comprising a plurality of fiberboards 37 positioned at various

locations within the chamber to absorb the fan noise (col. 1, lines 47-53).

CL 263

Application/Control Number: 10/806,775                                    Page 4
Art Unit: 3745

It would have been obvious to a person having ordinary skill in the art at the time the

invention was made, to make the fan unit chambers of Osborne with a plurality of fiberboards

disposed within each fan unit chamber for the purpose of absorbing the fan noise as taught by

O'Connell.


*Allowable Subject Matter*

5.    Claims 1-10, 21, 25, 27, 29, and 31 allowed.

6.    Claims 41-44 are objected to as being dependent upon a rejected base claim, but would

be allowable if rewritten in independent form including all of the limitations of the base claim

and any intervening claims.


*Prior Art*

The prior art made of record but not relied upon is considered pertinent to applicant's

disclosure and consists of 1 patent.

Terrell et al. (6,675,739) is cited to show an air handling system having an array of fans.


*Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Examiner Ninh Nguyen whose telephone number is (571) 272-

4823. The examiner can be normally reached on Monday-Friday from 7:30 A.M. to 5:00 P.M.


CL 264

Application/Control Number: 10/806,775                                    Page 5
Art Unit: 3745

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Edward Look, can be reached at (571) 272-4820. The fax number for this group is

(571) 273-8300.


Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, please go to http://pair-direct.uspto.gov or contact the Electronic Business center (EBC)

at 866-217-9197 (toll-free).


**NINH H. NGUYEN**
**PRIMARY EXAMINER**


Nhn
August 7, 2006

| | | | | |
|---|---|---|---|---|
| **Notice of References Cited** | Application/Control No. 10/806,775 | Applicant(s)/Patent Under Reexamination HOPKINS, LAWRENCE G. | | |
| | Examiner Ninh H. Nguyen | Art Unit 3745 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,675,739 | 01-2004 | Terrell et al. | 119/448 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Sheet 1 of 1

| U.S. Department of Commerce, Patent and Trademark Office | Application No.: | 10/806,775 |
|---|---|---|
| | Filing Date: | 03/22/2004 |
| | First Named Inventor: | Lawrence G. Hopkins |
| | Group Art Unit: | 3745 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Examiner Name: | Ninh H. Nguyen |
| | Confirmation No.: | 2371 |
| (Use several sheets if necessary) | Attorney Docket No.: | HTR007-1P US |

### U.S. Patent Documents

| *Examiner Initials | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| NN | 1. | 5,701,750 | 12-1997 | Ray | 62 | 160 | |
| | 2. | 4,021,213 | 05-1977 | Neidhardt et al. | 62 | 180 | |
| | 3. | 3,156,233 | 11-1964 | O'Connell | 126 | 110 | |
| | 4. | 6,792,766 | 09-2004 | Osborne et al. | 62 | 159 | |
| | 5. | 6,961,248 | 11-2005 | Vincent et al. | 361 | 796 | |
| | 6. | 6,791,836 | 09-2004 | Cipolla et al. | 361 | 687 | |
| | 7. | 5,788,568 | 08-1998 | Ito et al. | 454 | 188 | |
| | 8. | 2005/0180846 | 08-2005 | Hopkins | 415 | 119 | |
| NN | 9. | 2005/0232753 | 10-2005 | Hopkins | 415 | 119 | |

### Foreign Patent Documents

| | | | | | | | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | Document | Date | Country | Class | Subclass | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### Non Patent Literature Documents

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| Examiner: | /Ninh Nguyen/ | Date Considered: | 07/26/2006 |
|---|---|---|---|

* Examiner: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with your communication with applicant.

**EXPRESS MAIL LABEL NO. EV 751419127 US**

CL 267

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Final | Original | 8/7/06 | | | | | | | Final | Original | | | | | | | | Final | Original | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | = | | | | | | | | 51 | | | | | | | | | 101 | | | | | | | |
| | 2 | = | | | | | | | | 52 | | | | | | | | | 102 | | | | | | | |
| | 3 | = | | | | | | | | 53 | | | | | | | | | 103 | | | | | | | |
| | 4 | = | | | | | | | | 54 | | | | | | | | | 104 | | | | | | | |
| | 5 | = | | | | | | | | 55 | | | | | | | | | 105 | | | | | | | |
| | 6 | = | | | | | | | | 56 | | | | | | | | | 106 | | | | | | | |
| | 7 | = | | | | | | | | 57 | | | | | | | | | 107 | | | | | | | |
| | 8 | = | | | | | | | | 58 | | | | | | | | | 108 | | | | | | | |
| | 9 | = | | | | | | | | 59 | | | | | | | | | 109 | | | | | | | |
| | 10 | = | | | | | | | | 60 | | | | | | | | | 110 | | | | | | | |
| | 11 | | | | | | | | | 61 | | | | | | | | | 111 | | | | | | | |
| | 12 | | | | | | | | | 62 | | | | | | | | | 112 | | | | | | | |
| | 13 | | | | | | | | | 63 | | | | | | | | | 113 | | | | | | | |
| | 14 | | | | | | | | | 64 | | | | | | | | | 114 | | | | | | | |
| | 15 | | | | | | | | | 65 | | | | | | | | | 115 | | | | | | | |
| | 16 | | | | | | | | | 66 | | | | | | | | | 116 | | | | | | | |
| | 17 | | | | | | | | | 67 | | | | | | | | | 117 | | | | | | | |
| | 18 | | | | | | | | | 68 | | | | | | | | | 118 | | | | | | | |
| | 19 | | | | | | | | | 69 | | | | | | | | | 119 | | | | | | | |
| | 20 | | | | | | | | | 70 | | | | | | | | | 120 | | | | | | | |
| | 21 | = | | | | | | | | 71 | | | | | | | | | 121 | | | | | | | |
| | 22 | | | | | | | | | 72 | | | | | | | | | 122 | | | | | | | |
| | 23 | | | | | | | | | 73 | | | | | | | | | 123 | | | | | | | |
| | 24 | | | | | | | | | 74 | | | | | | | | | 124 | | | | | | | |
| | 25 | = | | | | | | | | 75 | | | | | | | | | 125 | | | | | | | |
| | 26 | | | | | | | | | 76 | | | | | | | | | 126 | | | | | | | |
| | 27 | = | | | | | | | | 77 | | | | | | | | | 127 | | | | | | | |
| | 28 | | | | | | | | | 78 | | | | | | | | | 128 | | | | | | | |
| | 29 | = | | | | | | | | 79 | | | | | | | | | 129 | | | | | | | |
| | 30 | | | | | | | | | 80 | | | | | | | | | 130 | | | | | | | |
| | 31 | = | | | | | | | | 81 | | | | | | | | | 131 | | | | | | | |
| | 32 | √ | | | | | | | | 82 | | | | | | | | | 132 | | | | | | | |
| | 33 | √ | | | | | | | | 83 | | | | | | | | | 133 | | | | | | | |
| | 34 | √ | | | | | | | | 84 | | | | | | | | | 134 | | | | | | | |
| | 35 | √ | | | | | | | | 85 | | | | | | | | | 135 | | | | | | | |
| | 36 | √ | | | | | | | | 86 | | | | | | | | | 136 | | | | | | | |
| | 37 | √ | | | | | | | | 87 | | | | | | | | | 137 | | | | | | | |
| | 38 | √ | | | | | | | | 88 | | | | | | | | | 138 | | | | | | | |
| | 39 | √ | | | | | | | | 89 | | | | | | | | | 139 | | | | | | | |
| | 40 | √ | | | | | | | | 90 | | | | | | | | | 140 | | | | | | | |
| | 41 | 0 | | | | | | | | 91 | | | | | | | | | 141 | | | | | | | |
| | 42 | 0 | | | | | | | | 92 | | | | | | | | | 142 | | | | | | | |
| | 43 | 0 | | | | | | | | 93 | | | | | | | | | 143 | | | | | | | |
| | 44 | 0 | | | | | | | | 94 | | | | | | | | | 144 | | | | | | | |
| | 45 | √ | | | | | | | | 95 | | | | | | | | | 145 | | | | | | | |
| | 46 | √ | | | | | | | | 96 | | | | | | | | | 146 | | | | | | | |
| | 47 | √ | | | | | | | | 97 | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | 98 | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | 99 | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | 100 | | | | | | | | | 150 | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20060807

CL 268

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| above | updated | 8/7/2006 | NHN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Updated East search | 8/7/2006 | NHN |
| | | |
| | | |
| | | |
| | | |
| | | |

CL 269

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**PATENT APPLICATION EXAMINING OPERATIONS**

| | | |
|---|---|---|
| Appl. No. | : 10/806,775 | Confirmation No.: 2371 |
| Applicant | : Hopkins, Lawrence G. | |
| Filed | : March 22, 2004 | |
| TC/A.U. | : 3745 | |
| Examiner | : Nguyen, Ninh H. | |
| Docket No. | : CDM/8887.0006 | |
| Customer No. | : 00152 | |



**AMENDMENT**

1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204

September 21, 2006

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office Action dated August 11, 2006, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks** begin on page 10 of this paper.

CL 270

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

Claim 1 (previously presented):  A fan array fan section in an air handling system comprising:

    (a)      at least six fan units;

    (b)      said at least six fan units arranged in a fan array; and

    (c)      an array controller for controlling said at least six fan units to run at substantially peak efficiency by strategically turning selected ones of said at least six fan units on and off, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, and wherein said array controller is programmed to operate said at least six fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

Claim 2 (previously presented):  The fan array fan section in an air handling system of Claim 1, wherein said at least six fan units are plenum fans.

Claim 3 (original) The fan array section in an air handling system of Claim 1, wherein said air handling compartment has an airway path, said airway path being less than 72 inches.

Claim 4 (previously presented) The fan array section in an air handling system of Claim 1, wherein said at least six fan units are a plurality of fan units arranged in a fan array configuration selected from the group consisting of:

    (a)      a true array configuration;

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

(b)    a spaced pattern array configuration;

(c)    a checkerboard array configuration;

(d)    rows slightly offset array configuration;

(e)    columns slightly offset array configuration; and

(f)    a staggered array configuration.

Claim 5 (previously presented) The fan array fan section in an air handling system of Claim 1, wherein said at least six fan units include at least two vertically arranged fan units.

Claim 6 (previously presented) The fan array section in an air handling system of Claim 1, wherein each of said at least six fan units is positioned within a fan unit chamber;

Claim 7 (previously presented) The fan array fan section in an air handling system of Claim 1, wherein each of said at least six fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

Claim 8 (previously presented) The fan array fan section in an air handling system of Claim 1, wherein each of said at least six fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

Claim 9 (previously presented) The fan array fan section in an air handling system of Claim 1, wherein each of said at least six fan units are mounted in a grid system.

CL 272

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

Claim 10 (previously presented) The fan array fan section in an air handling system of Claim 1, wherein each of said at least six fan units has a fan wheel diameter, wherein spacing between said at least six fan units is less than 60 percent of said fan wheel diameter.

Claims 11-20 (canceled)

Claim 21 (previously presented) The fan array section in an air handling system of Claim 1, further comprising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

Claims 22-24 (canceled)

Claim 25 (previously presented) The fan array section in an air handling system of Claim 1, said array controller is programmed to operate said at least six fan units at peak efficiency for a performance level based on a criteria selected from the following group of criteria:

    (a)    Air volume;

    (b)    level of air flow;

    (c)    pattern of air flow; and

    (d)    number of fan units to operate.

Claim 26 (canceled)

CL 273

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

Claim 27 (previously presented) The fan array fan section in an air handling system of Claim 1, said array controller is programmed to operate said at least six fan units to produce a stable operating point and eliminate the surge effects.

Claim 28 (canceled)

Claim 29 (previously presented) The fan array fan section in an air handling system of Claim 1, said array controller is programmed to selectively control the speed of each of said at least six fan units to run at substantially peak efficiency.

Claim 30 (canceled)

Claim 31 (previously presented) The fan array section in an air handling system of Claim 1, said air handling compartment positionable within a structure such that said air handling system conditions the air of said structure.

Claim 32 (amended) A fan array fan section in an air handling system comprising:

(a)    A plurality of independently controllable fan units, each fan unit comprising an inlet cone, a fan, and a motor;

(b)    said plurality of fan units arranged in a fan array;

(c)    an air handling compartment within which said fan array of said fan units is positioned; ~~and~~

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

    (d)    an array controller for controlling said plurality of fan units to run at substantially

        peak efficiency by strategically turning selective ones of said plurality of fan units

        on and off; wherein

    (e)    each of said plurality of fan units has a fan wheel diameter, wherein spacing

        between said plurality of fan units is less than 60% of said fan wheel diameter.

Claim 33 (previously presented) The fan array fan section in an air handling system of Claim 32,

wherein said plurality of fan units are plenum fans.

Claim 34 (previously presented) The fan array fan section in an air handling system of Claim 32,

wherein said air handling compartment has an airway path, said airway path being less than 72

inches.

Claim 35 (previously presented) The fan array fan section in an air handling system of Claim 32,

wherein said plurality of fan units are a plurality of fan units arranged in a fan array

configuration selected from the group consisting of:

    (a)    a true array configuration;

    (b)    a spaced pattern array configuration;

    (c)    a checkerboard array configuration;

    (d)    rows slightly offset array configuration;

    (e)    columns slightly offset array configuration; and

CL 275

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

(f)    a staggered array configuration.

Claim 36 (previously presented) The fan array section in an air handling system of Claim 32, wherein said plurality of fan units includes at least two vertically arranged fan units.

Claim 37 (previously presented) The fan array fan section in an air handling system of Claim 32, wherein each of said plurality of fan units is positioned within a fan unit chamber.

Claim 38 (previously presented) The fan array fan section in an air handling system of Claim 32, wherein each of said plurality of fan units is suspended within a respective said fan unit chamber such that there is an air relief passageway therebelow.

Claim 39 (previously presented) The fan array fan section in an air handling system of Claim 32, wherein each of said plurality of fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

Claim 40 (previously presented) The fan array fan section in an air handling system of Claim 32, wherein each of said plurality of fan units is mounted in a grid system.

Claim 41 (canceled)

Claim 42 (previously presented) The fan array fan section in an air handling system of Claim 32, further comprising an array of backdraft dampers, each backdraft damper in line with a respective fan unit.

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

Claim 43 (previously presented) The fan array section in an air handling system of Claim 32, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

Claim 44 (previously presented) The fan array fan section in an air handling system of Claim 32, said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criteria selected from the following group of criteria:

    (a)     Air volume;

    (b)     level of air flow;

    (c)     pattern of air flow; and

    (d)     number of fan units to operate.

Claim 45 (previously presented) The fan array fan section in an air handling system of Claim 32, said array controller is programmed to operate said plurality of fan units to produce a stable operating point and eliminate the surge effects.

Claim 46 (previously presented) The fan array section in an air handling system of Claim 32, said array controller is programmed to selectively control the speed of each of said plurality of fan units to run at substantially peak efficiency.

CL 277

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

Claim 47 (previously presented) The fan array section in an air handling system of Claim 32, said air handling compartment positionable within a structure such that said air handling system conditions the air of said structure.

Appl. No. 10/806,775
Amdt. dated September 21, 2006
Reply to Office action of August 11, 2006

<u>REMARKS</u>

Claims 1-10, 21, 25, 27, 29 and 31-47 are pending in this application.  Claims 1-10, 21, 25, 27 and 29 are allowed.  Claims 41-44 are objected to and Claims 32-40 and 45-47 are rejected.

Claim 32 has been amended to include all of the limitations of allowable Claim 41 and Claim 41 has been canceled.  Since Claim 41 was found to be allowable if written in independent form, Claim 32 is now allowable.  Claims 33-40 and 42-47 all depend from Claim 32.  Accordingly, these claims are allowable on the same basis as Claim 32.

All of the claims in the application are now allowable and it is requested that the application be allowed and passed to issue.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Tel. No.:  (503) 227-5631

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450, on September 21, 2006.

Dated:  September 21, 2006

Charles D. McClung

PTO/SB/81 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**POWER OF ATTORNEY**

**and**

**CORRESPONDENCE ADDRESS**

**INDICATION FORM**

| | |
|---|---|
| **Application Number** | 10/806,775 |
| **Filing Date** | March 22, 2004 |
| **First Named Inventor** | |
| **Title** | FAN ARRAY FAN SECTION IN AIR HANDLING SYSTEM |
| **Art Unit** | |
| **Examiner Name** | |
| **Attorney Docket Number** | CDM/8882.9999 |

*(Stamp: OIPE / IAP... SEP 25 2006 / PATENT & TRAD... OFFICE)*

---

**I hereby revoke all previous powers of attorney given in the above-identified application.**

I hereby appoint:

☒ Practitioners associated with the Customer Number:  00152

OR

☐ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number

OR

☐ The address associated with Customer Number:

OR

| ☒ Firm or Individual Name | Charles D. McClung |
|---|---|
| Address | 1600 ODS Tower |
| | 601 SW Second Avenue |
| City | Portland | State  OR | ZIP  97204-3157 |
| Country | USA |
| Telephone | (503) 227-5631 | Email   chuck@chernofflaw.com |

I am the:

☐ Applicant/Inventor.

☒ Assignee of record of the entire interest. See 37 CFR 3.71.
   *Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)*

**SIGNATURE of Applicant or Assignee of Record**

| Signature | *(signature)* | Date | 8/25/2006 |
|---|---|---|---|
| Name | Kevin W. Donnelly | Telephone | (401) 751-1600 |
| Title and Company | Vice President, General Counsel and Secretary - Huntair, Inc. | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 280

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/806,775 |
| Filing Date | March 22, 2004 |
| First Named Inventor | Hopkins, Lawrence G. |
| Art Unit | 3745 |
| Examiner Name | Nguyen, Ninh H. |
| Attorney Docket Number | CDM/8887.0006 |

Total Number of Pages in This Submission **12**

### ENCLOSURES *(check all that apply)*

☐ Fee Transmittal Form
    ☐ Fee Attached

☒ Amendment / Reply
    ☐ After Final
    ☐ Affidavits/declaration(s)

☐ Extension of Time Request

☐ Express Abandonment Request

☐ Information Disclosure Statement

☐ Certified Copy of Priority Document(s)

☐ Reply to Missing Parts/ Incomplete Application
    ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53

☐ Drawing(s)

☐ Licensing-related Papers

☐ Petition

☐ Petition to Convert to a Provisional Application

☒ Power of Attorney, Revocation Change of Correspondence Address

☐ Terminal Disclaimer

☐ Request for Refund

☐ CD, Number of CD(s) _____
    ☐ Landscape Table on CD

**Remarks**

☐ After Allowance Communication to TC

☐ Appeal Communication to Board of Appeals and Interferences

☐ Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**

☐ Proprietary Information

☐ Status Letter

☒ Other Enclosure(s) *(please identify below):*

return acknowledgment postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm | Chernoff, Vilhauer, McClung & Stenzel, LLP |
|---|---|
| Signature | *[signature]* |
| Printed Name | Charles D. McClung |
| Date | September 21, 2006 | Reg. No. | 26,568 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Signature | *[signature]* | | |
|---|---|---|---|
| Typed or printed name | Charles D. McClung | Date | September 21, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| PATENT APPLICATION FEE DETERMINATION RECORD | Application or Docket Number |
| Effective October 1, 2003 | 10806775 |

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 22 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 20 minus 20= | 0 |
| INDEPENDENT CLAIMS | 2 minus 3 = | 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | | BASIC FEE | 770.00 |
| X$ 9= | 0 | OR | X$18= | |
| X43= | 0 | OR | X86= | |
| +145= | 0 | OR | +290= | |
| TOTAL | 385 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

9/25/06

| AMENDMENT A | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | 30 | Minus | 31 | 0 |
| Independent | 2 | Minus | 3 | 0 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | • | Minus | ** | = |
| Independent | • | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

| AMENDMENT C | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | • | Minus | ** | = |
| Independent | • | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/03)    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

CL 282



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | CDM/8882.9999 |

CONFIRMATION NO. 2371

00152
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

*OC000000020632947*
*OC000000020632947*

Date Mailed: 09/28/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/25/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

DAWN BREWER
3700 (571) 272-4331

OFFICE COPY

CL 283



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | HTR007-1P US |

**CONFIRMATION NO. 2371**

34036
SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

**\*OC000000020632885\***
\*OC000000020632885\*

Date Mailed: 09/28/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/25/2006.

- The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

DAWN BREWER
3700 (571) 272-4331

OFFICE COPY

CL 284

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 0 | (fan and array and plurality and compartment and efficiency and operat$3 and controller and peak and strategic$3).clm. | US-PGPUB | OR | ON | 2006/10/06 09:06 |

CL 285



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

00152    7590    10/12/2006

CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

| EXAMINER |
| --- |
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3745 | |

DATE MAILED: 10/12/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | CDM/8882.9999 | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1400 | $0 | $1400 | $1400 | 01/12/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

00152    7590    10/12/2006

CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | CDM/8882.9999 | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $0 | $1400 | $1400 | 01/12/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

CL 287



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | CDM/8882.9999 | 2371 |

00152    7590    10/12/2006

CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 10/12/2006

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

CL 288

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment dated 25 September 2006*.

2. ☒ The allowed claim(s) is/are *1-10,21,25,27,29,31-40 and 42-47*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the

           International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia** such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

**NINH H. NGUYEN**
**PRIMARY EXAMINER**

CL 289

| *Issue Classification* | Application/Control No. 10/806,775 | Applicant(s)/Patent under Reexamination HOPKINS, LAWRENCE G. |
|---|---|---|
| | Examiner Ninh H. Nguyen | Art Unit 3745 |

## ISSUE CLASSIFICATION

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | **NON-CLAIMED** | | | | |
| 415 | 61 | F | 04 | D | 25 | /16 | | | | / |

| CROSS REFERENCES | | | | | | / | | | | / |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | | | | | |
| 415 | 119 | | | | | / | | | | / |
| 416 | 120 | | | | | / | | | | / |
| 417 | 3 | 423.5 | 426 | | | / | | | | / |
| | | | | | | / | | | | / |
| | | | | | | / | | | | / |

| ///////////// (Assistant Examiner) (Date) | *Ninh H. Nguyen* NINH H. NGUYEN PRIMARY EXAMINER *10/06/06* (Primary Examiner) (Date) | **Total Claims Allowed: 30** | |
|---|---|---|---|
| KCooper 10/11/06 (Legal Instruments Examiner) (Date) | | O.G. Print Claim(s) 1 | O.G. Print Fig. 17 |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 15 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | 16 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 3 | 3 | 17 | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 4 | 4 | 18 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 5 | 5 | 19 | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 6 | 6 | 20 | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 7 | 7 | 21 | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 8 | 8 | 22 | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 9 | 9 | 23 | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 10 | 10 | 24 | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 25 | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | 26 | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | 27 | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | 28 | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | 29 | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | 30 | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 11 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 12 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 13 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 14 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

CL 290

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/806,775 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| Above | Updated | 10/6/2006 | NHN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Updated East search | 10/6/2006 | NHN |
| Interference search history printout | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CL 291

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>    Mail Stop ISSUE FEE
or <u>Fax</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
(571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

00152    7590    10/12/2006

CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

10/20/2006 EAREGAY2 00000010 10806775

01 FC:1501                1400.00 OP
02 FC:8001                   9.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Charles D. McClung | (Depositor's name) |
| *(Signature)* | (Signature) |
| October 16, 2006 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 03/22/2004 | Lawrence G. Hopkins | CDM/8882.9999 | 2371 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $0 | $1400 | $1400 | 01/12/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Chernoff, Vilhauer,

2  McClung & Stenzel,

3  LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Huntair Inc.                         Tualatin, Oregon

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☒ Advance Order - # of Copies  3

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☒ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 03-1550 (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.            ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date  October 16, 2006

Typed or printed name  Charles D. McClung            Registration No.  26,568

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 07/06) Approved for use through 04/30/2007.        OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CL 292





LAW OFFICES
## CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP

INTELLECTUAL PROPERTY LAW
INCLUDING PATENT, TRADEMARK, COPYRIGHT
AND UNFAIR COMPETITION MATTERS

JACOB E. VILHAUER, JR.
DENNIS E. STENZEL
CHARLES D. McCLUNG
DONALD B. HASLETT
J. PETER STAPLES
WILLIAM O. GENY
NANCY J. MORIARTY
KEVIN L. RUSSELL

TIM A. LONG
KURT ROHLFS
BRENNA K. LEGAARD
SUSAN D. PITCHFORD
J. DOUGLAS WELLS
HOLLY L. BONAR

1600 ODS TOWER
601 S.W. SECOND AVENUE
PORTLAND, OREGON 97204-3157
TELEPHONE: 503-227-5631
FAX: 503-228-4373

* REGISTERED PATENT ATTORNEY

DANIEL P. CHERNOFF
(1935-1995)

DAVID S. FINE
SENIOR LAW CLERK

October 16, 2006

Our File: 8887.0006

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

> Re:    **U.S. Patent Application Serial No. 10/806,775 of Huntair Inc. Entitled**
> **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

Dear Sir or Madam:

Enclosed is Form PTOL-85B (Issue Fee Transmittal), in duplicate, with regard to the above-identified patent application, along with a check in the amount of $1,409 for payment of the Issue Fee ($1,400) and three advance copies of the patent ($9).

Please address all notices regarding the payment of maintenance fees on the above-identified patent to Chernoff, Vilhauer, McClung & Stenzel, LLP, at the then current address for payor number 00152.

The Commissioner is hereby authorized to charge payment of the foregoing fee, or credit any overpayment, to Deposit Account No. 03-1550. A duplicate copy of this letter is enclosed.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Attorney for Applicant

CDM/lma
Enclosures

CL 293



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/806,775 | 11/21/2006 | 7137775 | CDM/8882.9999 | 2371 |

152        7590        11/01/2006
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR  97204-3157

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

APPLICANT(s) (up to 18 names are included below, see PAIR WEB site http://pair.uspto.gov for additional applicants):

Lawrence G. Hopkins, Portland, OR;

IR103 (Rev. 12/04)

CL 294