

The enclosed file history file(s) are stored in electronic form as an Image File Wrapper (IFW).  Files that have been converted to the IFW format are only available from the USPTO in electronic form.

This electronic file posted to the REEDFAX website is in chronological order.  Patent references will have been removed if you requested your order with "no references".  Please contact REEDFAX with any questions about your order.

**Supplied by:**
**REEDFAX**
7 Walnut Grove, Horsham, PA 19044-0962
Customer Service: 1-800-422-1337 or 215-441-4768
Fax: 1-800-421-5585 or 215-441-5463
**www.reedfax.com**
**email@reedfax.com**

CL 372

**REEDFAX Reference Report**

**Patent Bibliographic Information** — **Check References Activity**

| Pat. No. | Title | Inventor | Date | Assignee | Any | Notices of Litigation, Reqs for Reexamination | Expirations, Extensions, Withdrawals | Reissues, Reexam Certificates | Certs of Correction, Disclaims, Dedications |
|---|---|---|---|---|---|---|---|---|---|
| 7,179,046 | Fan array fan section in air-handling systems | Hopkins | 2/20/07 | Huntair Inc., Tualatin, Oregon, United States (US), United States company or corporation (02) | -- | | | | |
| 7,137,775 | Fan array fan section in air-handling systems | Hopkins | 11/21/06 | Huntair Inc., Tualatin, Oregon, United States (US), United States company or corporation (02) | -- | | | | |
| 6,792,766 | Zone demand controlled dual air conditioning system and controller therefor | Osborne et al. | 9/21/04 | Cascade Manufacturing, L.P., Richardson, Texas, United States (US), United States company or corporation (02) | Y | | | | March 15, 2005 - a Certificate of Correction was issued for this patent (O.G. April 5, 2005) |
| 6,675,739 | Livestock cooling system | Terrell et al. | 1/13/04 | | Y | NOTICE OF LITIGATION  Schafer Ventilation System v. Korral Kool Inc, Filed February 14, 2005, D.C. Minnesota, Doc. No. 0:05cv328 | | | |
| 6,648,590 | Parallel fan | Huang et al. | 11/18/03 | Delta Electronics, Inc., Taoyuan Hsien, Taiwan (TW), Foreign company or corporation (03) | -- | | | | |
| 6,463,891 | Twin fan control system and method | Algrain et al. | 10/15/02 | Caterpillar Inc., Peoria, Illinois, United States (US), United States company or corporation (02) | -- | | | | |
| 6,436,130 | Cooling system for therapeutic catheter | Philips et al. | 8/20/02 | Alsius Corporation, Irvine, California, United States (US), United States company or corporation (02) | -- | | | | |
| 6,427,455 | Cooling device and its cooling method | Furubayashi | 8/6/02 | January 28, 2005 - CHANGE OF NAME (SEE DOCUMENT FOR DETAILS)., AIR OPERATION TECHNOLOGIES INC. 4-10, HIKOSHIMASAKOMACHI 1-CHOME, SHIMONOSEKI-SHIYAMAGUCHI 750-0092, (1), Reel and Frame Number: 015629/0432 | Y | | | | May 27, 2003 - a Certificate of Correction was issued for this patent (O.G. June 17, 2003) |
| 6,414,845 | Multiple-fan modular cooling component | Bonet | 7/2/02 | Hewlett-Packard Co., Palo Alto, California, United States (US), United States company or corporation (02) | -- | | | | |
| 6,407,918 | Series-parallel fan system | Edmunds et al. | 6/18/02 | July 30, 2002 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., GENERAL ELECTRIC COMPANY 1 RIVER ROADSCHENECTADY, NEW YORK, 12345, Reel and Frame Number: 013443/0445 | -- | | | | |
| 6,388,880 | Removable fan tray assembly with latching features | El-Ghobashy et al. | 5/14/02 | Fijitsu Network Communications, Inc., Richardson, Texas, United States (US), United States company or corporation (02) | | | | | |
| 6,386,969 | Garage ventilation system | O'Brien | 5/14/02 | | Y | | May 14, 2006 - due to failure to pay maintenance fees. (O.G. July 11, 2006) | | |
| 6,386,826 | Fan with self closing blades | Jacob | 5/14/02 | International Business Machines Corporation, Armonk, New York, United States (US), United States company or corporation (02) | -- | | | | |
| 6,257,832 | Multiple fan system having means for reducing beat frequency oscillations | Lyszkowski et al. | 7/10/01 | Dell USA, L.P., Round Rock, Texas, United States (US), United States company or corporation (02) | -- | | | | |

CL 373

| Patent | Title | Inventor | Filing / Assignee | | Maintenance | Notes |
|---|---|---|---|---|---|---|
| 6,155,335 | Vehicle fan shroud and component cooling module | Acre et al. | 12/5/00 Delphi Technologies, Inc., Troy, Michigan, United States (US), United States company or corporation (02) | -- | | |
| 6,072,397 | Method and apparatus for reducing flame emissions from an electronics enclosure | Ostrowski | 6/6/00 Ascend Communications, Inc., Alameda, California, United States (US), United States company or corporation (02) | Y | June 6, 2004 - due to failure to pay maintenance fees. (O.G. August 3, 2004) | |
| 6,031,717 | Back flow limiting device for failed redundant parallel fan | Baddour et al. | 2/29/00 Dell USA, L.P., Round Rock, Texas, United States (US), United States company or corporation (02) | Y | | May 28, 2002 - a Certificate of Correction was issued for this patent (O.G. June 18, 2002) |
| 5,793,610 | Multi-position air regulation device | Schmitt et al. | 8/11/98 Dell USA, L.P., Round Rock, Texas, United States (US), United States company or corporation (02) | Y | | April 29, 2003 - a Certificate of Correction was issued for this patent (O.G. May 20, 2003) |
| 5,787,971 | Multiple fan cooling device | Dodson | 8/4/98 June 11, 2007 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., OCZ TECHNOLOGY GROUP, INC. 860 E. ARQUES AVENUE SUNNYVALE CALIFORNIA 94085, Reel and Frame Number: 019407/0072 | Y | August 4, 2002 - due to failure to pay maintenance fees (O.G. October 1, 2002) | |
| 5,745,041 | System for dissipating heat from a power supply | Moss | 4/28/98 Dell U.S.A., L.P., Austin, Texas, United States (US), United States company or corporation (02) | | | |
| 5,701,750 | Zone demand controlled dual heat pump system and controller therefor | Ray | 12/30/97 | -- | | |
| 5,664,995 | Environmental enclosure apparatus with air flow control and balancing | O'Keefe | 9/9/97 O.K. Filters Company, Inc., Troy, New York, United States (US), United States company or corporation (02) | Y | September 9, 2005 - due to failure to pay maintenance fees. (O.G. November 8, 2005) | |
| 5,632,677 | Fan-equipped air delivery vent | Elkins | 5/27/97 | -- | | |
| 5,572,403 | Plenum bypass serial fan cooling subsystem for computer systems | Mills | 11/5/96 Dell USA, L.P., Austin, Texas, United States (US), United States company or corporation (02) | -- | | |
| 5,546,272 | Serial fan cooling subsystem for computer systems | Moss et al. | 8/13/96 Dell USA, L.P., Austin, Texas, United States (US), United States company or corporation (02) | -- | | |
| 5,370,576 | Sidewall vent-mounted fan assembly for a truck cab | Krofchalk | 12/6/94 Sackett, Eleanor L., Stewartville, Minnesota, United States (US), United States individual (04) Krofchalk, Jon W., Winona, Minnesota, United States (US), United States individual (04) | Y | December 6, 2002 - due to failure to pay maintenance fees. (O.G. February 4, 2003) | |
| 5,269,660 | Method and an installation for adjusting the flow rate of air in a network of ducts | Pradelle | 12/14/93 Compagnie Generale des Matieres Nucleaires, Velizy Villacoublay, France (FR), Foreign company or corporation (03) | Y | December 14, 2001 - due to failure to pay maintenance fees (O.G. February 19, 2002) | |
| 5,210,680 | Card cage having an air cooling system | Scheibler | 5/11/93 Sulzer Brothers Limited, Winterthur, Switzerland (CH), Foreign company or corporation (03) | -- | | |
| 5,136,465 | Personal computer with tandem air flow dual fans and baffle directed air cooling | Benck et al. | 8/4/92 August 4, 2005 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., LENOVO (SINGAPORE) PTE LTD. 7, CHANGI BUSINESS PARK CENTRAL 1 SINGAPORE 486048 , Reel and Frame Number: 016891/0507 | Y | August 4, 2000 - due to failure to pay maintenance fees (O.G. October 10, 2000) | |

CL 374

| | | | | |
|---|---|---|---|---|
| 4,800,653 Method and apparatus for controlling the drying and cooling of field-harvested seeds in storage | Steffen | 1/31/89 | -- | |
| 4,767,262 Fan slide-in unit | Simon | 8/30/88 Knurr-Mechanik Fur Die Elektronik Aktiengesellschaft, Munich, Germany (DE), Foreign company or corporation (03) | Y | August 30, 2000 - due to failure to pay maintenance fees (O.G. October 31, 2000) |
| 4,651,922 Apparatus for controlling rotational speed of radiator fan | Noba | 3/24/87 Toyota Jidosha Kabushiki Kaisha, Aichi, Japan (JP), Foreign company or corporation (03) | Y | March 29, 1995 - due to failure to pay maintenance fees. |
| 4,494,006 Method and apparatus for controlling a multicompressor station | Staroselsky et al. | 1/15/85 November 2, 1992 - ASSIGNMENT OF ASSIGNORS INTEREST., BANK SOUTH, N.A. 55 MARIETTA STREET, N.W.ATLANTA, GEORGIA, 30303, Reel and Frame Number: 006289/0760 November 2, 1992 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., BANK SOUTH, N.A. 55 MARIETTA STREET, N.W.ATLANTA, GEORGIA, 30303, Reel and Frame Number: 006290/0062 June 16, 1999 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., ROPER HOLDINGS, INC. SUITE 1704 300 DELAWARE AVENUEWILMINGTON, DELAWARE, 19801, Reel and Frame Number: 010024/0199 December 23, 2003 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., COMPRESSOR CONTROLS CORPORATION 4725 121ST STREETDES MOINES, IOWA, 50323, Reel and Frame Number: 014822/0013 December 23, 2003 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., ROPINTASSCO 4, LLC 2160 SATELLITE BLVD., SUITE 200DULUTH, GEORGIA, 30097, Reel and Frame Number: 014822/0039 December 23, 2003 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., ROPINTASSCO HOLDINGS, L.P. 2160 SATELLITE BLVD.DULUTH, | -- | |
| 4,426,960 Control circuitry for multistage fans | Hart | 1/24/84 Square D Company, Palatine, Illinois, United States (US), United States company or corporation (02) | -- | |
| 4,241,871 Apparatus and method for ventilation of animal enclosures | Newell et al. | 12/30/80 January 26, 1981 - ASSIGNMENT OF ASSIGNORS INTEREST., CITIES SERVICE COMPANY, 110 WEST SEVENTH, P.O. BOX 300, TULSA, OK. 74102, A CORP. OF DE., Reel and Frame Number: 003826/0510 | -- | |

# CL 375

| Patent | Title | Inventor | Date | Assignee Info | Disclaimer |
|---|---|---|---|---|---|
| 4,158,527 | Adjustable speed drive system for centrifugal fan | Burkett | 6/19/79 | April 11, 1985 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., CITIBANK,N.A. ,641 LEXINGTON AVENUE,NEW YORK,NEW YORK 10043, Reel and Frame Number: 004392/0727<br>August 30, 1985 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., PHILADELPHIA NATIONAL BANK, THE, BROAD AND CHESTNUT STREETS, PHILADELPHIA, PA. 19101, Reel and Frame Number: 004458/0203<br>September 6, 1985 - RELEASED BY SECURED PARTY (SEE DOCUMENT FOR DETAILS)., ECOLAIRE PRIME, INC., A DE CORP., ECOLAIRE INCORPORATED A PA CORP., Reel and Frame Number: 004455/0898<br>June 1, 1987 - ASSIGNMENT OF ASSIGNORS INTEREST., JOY TECHNOLOGIES INC., 301 GRANT STREET, PITTSBURGH, PA. 15219 A DE. CORP., Reel and Frame Number: 004718/0963<br>June 11, 1987 - ASSIGNMENT OF ASSIGNORS INTEREST., ECOLAIRE INCORPORATED, GREAT VALLEY CONTER, 1 COUNTRY VIEW RD., MALVERN, PA 19355 A CORP. OF PA, Reel and Frame Number: 004723/0617<br>June 30, 1987 - ASSIGNMENT OF ASSIGNORS INTEREST., CITIBANK, N.A., 641 LEXINGTON, AVE., NEW YORK, NY 10043, Reel and Frame Number: 004749/0032<br>November 17, 1987 - RELEASE OF PATENTS IN SECURITY AGREEMENT DATED AUGUST 30, 1<br>October 27, 1989 - RELEASED BY SECURED PA | -- |
| 4,133,374 | Heat exchanger | York | 1/9/79 | Smith Engineering Company, South El Monte, California, United States (US), United States company or corporation (02)   Y | April 20, 1987 - Disclaimer filed by the assignee, Smith Engineering Co., Hereby enters this disclaimer to claim 1 of said patent. |

CL 376

| Patent | Title | Inventor | Date | Assignment | |
|---|---|---|---|---|---|
| 4,021,213 | Food storage refrigeration cabinet having optional fast chill cycle | Neidhardt et al. | 5/3/77 | October 24, 1980 - ASSIGNMENT OF ASSIGNORS INTEREST., INTERNATIONAL FOODSERVICE EQUIPMENT SYSTEMS, INC., NEW YORK, N. Y., A CORP. OF DE, Reel and Frame Number: 003808/0584 October 27, 1980 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., CONGRESS FINANCIAL CORPORATION, Reel and Frame Number: 003808/0804 April 5, 1984 - CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). EFFECTIVE DATE 02/09/82, BASTIAN ADVANCED SYSTEM, INC., Reel and Frame Number: 004245/0581 April 12, 1985 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., GENERAL ELECTRIC CREDIT CORPORATION, 260 LONG RIDGE ROAD, STAMFORD, CONNECTICUT 06902, A CORP. OF NEW YORK, Reel and Frame Number: 004387/0714 April 12, 1985 - RELEASED BY SECURED PARTY (SEE DOCUMENT FOR DETAILS)., BIH FOODSERVICE, INC., FORMERLY KNOWN AS INTERNATIONA FOODSERVICE EQUIPMENT SYSTEMS, INC., Reel and Frame Number: 004392/0760 May 21, 1985 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., GENERAL ELECTRIC CREDIT CORPORATION, 260 LONG RIDGE ROAD, STAMFORD, CT. 06902 A NY CORP., Reel and Frame Number: 004404/0344 December 19, 1985 - ASSIGNMENT OF ASSIGN | -- |
| 3,898,019 | AIR FAN APPARATUS | Reznick  et al. | 8/5/75 | REZNICK DAVID E;; FEKETE ERNOE A,  () | -- |
| 3,332,621 | Automatic control means | CHARLES | 7/25/67 | | -- |
| 3,156,233 | Sealing and sound absorbing means for air handling apparatus | O'CONNELL | 11/10/64 | | -- |

CL 377



**REEDFAX Claim Tree (7179046)**

# Claim References by Claim

- Claim 1
  - Claim 2
    - Claim 3
    - Claim 4
    - Claim 5
  - Claim 6
  - Claim 7
  - Claim 8
  - Claim 9
  - Claim 10
  - Claim 11
  - Claim 12
  - Claim 13
  - Claim 14
- Claim 15
  - Claim 16
    - Claim 17
    - Claim 18
- Claim 19

US007179046B2

(12) **United States Patent** (10) **Patent No.:** **US 7,179,046 B2**

Hopkins (45) **Date of Patent:** *Feb. 20, 2007

(54) **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

(75) Inventor: **Lawrence G. Hopkins**, Portland, OR (US)

(73) Assignee: **Huntair Inc.**, Tualatin, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/154,894**

(22) Filed: **Jun. 15, 2005**

(65) **Prior Publication Data**

US 2005/0232753 A1 Oct. 20, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/806,775, filed on Mar. 22, 2004, now Pat. No. 7,137,775, and a continuation-in-part of application No. PCT/US2004/008578, filed on Mar. 19, 2004.

(60) Provisional application No. 60/554,702, filed on Mar. 20, 2004, provisional application No. 60/456,413, filed on Mar. 20, 2003.

(51) Int. Cl.
    *F04D 25/16* (2006.01)

(52) **U.S. Cl.** ........................ **415/61**; 415/119; 416/120; 417/3; 417/423.5; 417/426

(58) **Field of Classification Search** ................. 415/60, 415/61, 108, 177, 119; 416/120; 417/3, 417/423.5, 426; 454/338
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,156,233 A * 11/1964 O'Connell .............. 123/110 R

| | | | |
|---|---|---|---|
| 3,332,621 A | 7/1967 | Tanner | ........................ 236/46 |
| 3,898,019 A | 8/1975 | Reznick et al. | |
| 4,021,213 A * | 5/1977 | Neidhardt et al. | ............ 62/180 |
| 4,133,374 A | 1/1979 | York | |
| 4,158,527 A | 6/1979 | Burkett | ........................ 417/18 |
| 4,241,871 A | 12/1980 | Newell, III et al. | |
| 4,426,960 A | 1/1984 | Hart | |
| 4,494,006 A | 1/1985 | Staroselsky et al. | ........... 290/4 |
| 4,651,922 A | 3/1987 | Noba | ........................... 236/35 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 02085979 A1 12/1986

OTHER PUBLICATIONS

AAON worksheet and drawing regarding Borders East Tower job for customer Borders Group, dated Feb. 26, 2001 (2 pages).

(Continued)

*Primary Examiner*—Ninh H. Nguyen
(74) *Attorney, Agent, or Firm*—Chernoff, Vilhauer, McClung & Stenzel, LLP

(57) **ABSTRACT**

A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

**19 Claims, 15 Drawing Sheets**





CL 379

**US 7,179,046 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,767,262 | A | 8/1988 | Simon |
| 4,800,653 | A | 1/1989 | Steffen |
| 5,136,465 | A | 8/1992 | Benck et al. |
| 5,210,680 | A | 5/1993 | Scheibler |
| 5,269,660 | A | 12/1993 | Pradelle ....................... 417/18 |
| 5,370,576 | A | 12/1994 | Krofchalk |
| 5,546,272 | A | 8/1996 | Moss et al. |
| 5,572,403 | A | 11/1996 | Mills |
| 5,632,677 | A | 5/1997 | Elkins |
| 5,664,995 | A | 9/1997 | O'Keefe |
| 5,701,750 | A | * 12/1997 | Ray ............................ 62/160 |
| 5,745,041 | A | 4/1998 | Moss |
| 5,787,971 | A | 8/1998 | Dodson |
| 5,793,610 | A | 8/1998 | Schmitt et al. |
| 6,031,717 | A | 2/2000 | Baddour et al. |
| 6,072,397 | A | 6/2000 | Ostrowski |
| 6,155,335 | A | 12/2000 | Acre et al. |
| 6,257,832 | B1 | 7/2001 | Lyszkowski et al. |
| 6,386,826 | B1 | 5/2002 | Jacob |
| 6,386,969 | B1 | 5/2002 | O'Brien |
| 6,388,880 | B1 | 5/2002 | El-Ghobashy et al. |
| 6,407,918 | B1 | 6/2002 | Edmunds et al. |
| 6,414,845 | B2 | 7/2002 | Bonet |
| 6,427,455 | B1 | 8/2002 | Furubayashi |
| 6,436,130 | B1 | 8/2002 | Philips et al. |
| 6,463,891 | B2 | 10/2002 | Algrain et al. |
| 6,648,590 | B2 | 11/2003 | Huang et al. |
| 6,675,739 | B2 | 1/2004 | Terrell et al. |
| 6,792,766 | B2 * | 9/2004 | Osborne et al. .............. 62/159 |
| 2004/0185771 | A1 | 9/2004 | Hopkins ..................... 415/119 |
| 2005/0180846 | A1 | 8/2005 | Hopkins |
| 2005/0184846 | A1 | 8/2005 | Hopkins |

## OTHER PUBLICATIONS

AAON order form, estimating worksheet, and facsimile transmission regarding The Commons job, dated Sep. 15, 1998, Sep. 30, 1998 and Jun. 30, 1998 (3 pages).

AAON wiring diagram assignment and verification regarding Form Show Arena job, Apr. 1, 2002 (1 page).

AAON worksheet and drawing regarding Harrison Wills job, both dated Feb. 26, 2002 (2 pages).

AAON RL Feature Master Number sheet, dated Oct. 17, 2001 (1 page).

Mammouth Selection Guide for Custom Penthouse (200-410 Tons Cooling-only VAV configurations, 1992 (14 pages).

The Parallel and Series Operation, Sunon Group web page, http://www.sunon.com/english/wealth/tech/tech-6.htm, at least as early as Mar. 15, 2004, 2 pages, Sunon Group, Taiwan.

Series and Parallel Fans, HighBeam Research web page, www.//atatic.highbeam.com/m/machinedesign/january261995/seriesandparallelfans/index.htm, Jan. 26, 1995, 1 page, HighBeam Research, LLC.

McLeod, Ian, Using Fans in Series and Parallel: Performance Guidelines, ebmpapst web page, htt:/www.papstplc.com/features/articles/art006&print=true, at least as early as Mar. 15, 2004, 3 pages, emb-Papst Automotive and Drives (UK) Ltd., UK.

Technical Bulletin: CLEANPAK M/R/PF Multi/Redundant/Plenum Fan, at least as early as Mar. 15, 2004, 3 pages, CLEANPAK International, Clackamas, Oregon.

Installation Operating and Maintenance Manual, 2003, 12 pages, Greenheck Fan Corp., Schofield, Wisconsin.

DPL Series—Delhi Plenum Fan: Installation and Maintenance Instruction, Nov. 2001, 2 pages, Delhi Industries Inc., Delhi, Ontario, Canada.

AAON, RL Series Rooftop Conditioners, Sep. 2001, 12 pages.

Jim Parro (Marketing Manager for AAON) New Promotional Literature The RL Series, 1 page.

AAON, RL Series 45 to 230 tons Packaged Rooftop Conditioners & Air Handlers.

AAON, Invoice No. 265184, Feb. 28, 2002, 1 page.

AAON, Order Form and Associated Documents, Nov. 14, 2001.

Osborne, W.C. and Turner, C.G., co-editor, "Woods Practical Guide to Fan Engineering," 1964,cover pp. and pp. 121, 137-138, 146-148, 208, and 218, Benham and Company, Colchester, England.

Wilcke, William F. and Morey, R. Vance, "Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage," 1999, 8 pages, Regents of the University of Minnesota.

* cited by examiner



FIG. 1
(prior art)

CL 381



*FIG. 2*
*(prior art)*



*FIG. 3*

CL 383

FIG. 4

FIG. 5

202

FIG. 6



*FIG. 8*

*FIG. 7*

CL 387



FIG. 10



FIG. 9

CL 388



FIG. 12

202

FIG. 11

202

CL 389

FIG. 13

| 200 ON | 200 OFF | 200 ON | 200 OFF | 200 ON |
| 200 OFF | 200 ON | 200 ON | 200 ON | 200 OFF |
| 200 ON | 200 ON | 200 ON | 200 ON | 200 ON |
| 200 OFF | 200 ON | 200 ON | 200 ON | 200 OFF |
| 200 ON | 200 OFF | 200 ON | 200 OFF | 200 ON |

202

300

CL 390

FIG. 14



*FIG. 15*

CL 392



*FIG. 16*

CL 393



FIG. 17



*250*

*250*

*230*

*250*

FIG. 18

CL 395

US 7,179,046 B2

1

# FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

The present application is a continuation application of U.S. patent application Ser. No. 10/806,775, filed Mar. 22, 2004 now U.S. Pat. No. 7,137,775, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. U.S. patent application Ser. No. 10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Ser. No. 60/554,702, filed Mar. 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. U.S. patent application Ser. No. 10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Ser. No. 60/456,413, filed Mar. 20, 2003, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. U.S. patent application Ser. No. 10/806,775 is a continuation-in-part application of PCT Patent Application Serial Number PCT/US2004/008578, filed Mar. 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference.

## BACKGROUND OF INVENTION

The present invention is directed to a fan array fan section utilized in an air-handling system.

Air-handling systems (also referred to as an air handler) have traditionally been used to condition buildings or rooms (hereinafter referred to as "structures"). An air-handling system is defined as a system that includes components designed to work together in order to condition air as part of the primary system for ventilation of structures. The air-handling system may contain components such as cooling coils, heating coils, filters, humidifiers, fans, sound attenuators, controls, and other devices functioning to meet the needs of the structures. The air-handling system may be manufactured in a factory and brought to the structure to be installed or it may be built on site using the necessary devices to meet the functioning needs of the structure. The air-handling compartment 102 of the air-handling system includes the inlet plenum 112 prior to the fan inlet cone 104 and the discharge plenum 110. Within the air-handling compartment 102 is situated the fan unit 100 (shown in FIGS. 1 and 2 as an inlet cone 104, a fan 106, and a motor 108), fan frame, and any appurtenance associated with the function of the fan (e.g. dampers, controls, settling means, and associated cabinetry). Within the fan 106 is a fan wheel (not shown) having at least one blade. The fan wheel has a fan wheel diameter that is measured from one side of the outer periphery of the fan wheel to the opposite side of the outer periphery of the fan wheel. The dimensions of the handling compartment 102 such as height, width, and airway length are determined by consulting fan manufacturers data for the type of fan selected.

FIG. 1 shows an exemplary prior art air-handling system having a single fan unit 100 housed in an air-handling compartment 102. For exemplary purposes, the fan unit 100 is shown having an inlet cone 104, a fan 106, and a motor 108. Larger structures, structures requiring greater air volume, or structures requiring higher or lower temperatures have generally needed a larger fan unit 100 and a generally correspondingly larger air-handling compartment 102.

As shown in FIG. 1, an air-handling compartment 102 is substantially divided into a discharge plenum 110 and an

2

inlet plenum 112. The combined discharge plenum 110 and the inlet plenum 112 can be referred to as the airway path 120. The fan unit 100 may be situated in the discharge plenum 110 as shown), the inlet plenum 112, or partially within the inlet plenum 112 and partially within the discharge plenum 110. The portion of the airway path 120 in which the fan unit 100 is positioned may be generically referred to as the "fan section" (indicated by reference numeral 114). The size of the inlet cone 104, the size of the fan 106, the size the motor 108, and the size of the fan frame (not shown) at least partially determine the length of the airway path 120. Filter banks 122 and/or cooling coils (not shown) may be added to the system either upstream or downstream of the fan units 100.

For example, a first exemplary structure requiring 50,000 cubic feet per minute of air flow at six (6) inches water gage pressure would generally require a prior art air-handling compartment 102 large enough to house a 55 inch impeller, a 100 horsepower motor, and supporting framework. The prior art air-handling compartment 102, in turn would be approximately 92 inches high by 114 to 147 inches wide and 106 to 112 inches long. The minimum length of the air-handling compartment 102 and/or airway path 120 would be dictated by published manufacturers data for a given fan type, motor size, and application. Prior art cabinet sizing guides show exemplary rules for configuring an air-handling compartment 102. These rules are based on optimization, regulations, and experimentation.

For example, a second exemplary structure includes a recirculation air handler used in semiconductor and pharmaceutical clean rooms requiring 26,000 cubic feet per minute at two (2) inches water gage pressure. This structure would generally require a prior art air-handling system with a air-handling compartment 102 large enough to house a 44 inch impeller, a 25 horsepower motor, and supporting framework. The prior art air-handling compartment 102, in turn would be approximately 78 inches high by 99 inches wide and 94 to 100 inches long. The minimum length of the air-handling compartment 102 and/or airway path 120 would be dictated by published manufacturers data for a given fan type, motor size and application. Prior art cabinet sizing guides show exemplary rules for configuring an air-handling compartment 102. These rules are based on optimization, regulations, and experimentation.

These prior art air-handling systems have many problems including the following exemplary problems:

Because real estate (e.g. structure space) is extremely expensive, the larger size of the air-handling compartment 102 is extremely undesirable.

The single fan units 100 are expensive to produce and are generally custom produced for each job.

Single fan units 100 are expensive to operate.

Single fan units 100 are inefficient in that they only have optimal or peak efficiency over a small portion of their operating range.

If a single fan unit 100 breaks down, there is no air conditioning at all.

The low frequency sound of the large fan unit 100 is hard to attenuate.

The high mass and turbulence of the large fan unit 100 can cause undesirable vibration.

Height restrictions have necessitated the use of air-handling systems built with two fan units 100 arranged horizontally adjacent to each other. It should be noted, however, that a good engineering practice is to design air handler cabinets and discharge plenums 110 to be symmetrical to facilitate more uniform air flow across the width and height

CL 396

US 7,179,046 B2

3

of the cabinet. Twin fan units **100** have been utilized where there is a height restriction and the unit is designed with a high aspect ratio to accommodate the desired flow rate. As shown in the Greenheck "Installation Operating and Maintenance Manual," if side-by-side installation was contemplated, there were specific instructions to arrange the fans such that there was at least one fan wheel diameter spacing between the fan wheels and at least one-half a fan wheel diameter between the fan and the walls or ceilings. The Greenheck reference even specifically states that arrangements "with less spacing will experience performance losses." Normally, the air-handling system and air-handling compartment **102** are designed for a uniform velocity gradient of 500 feet per minute velocity in the direction of air flow. The two fan unit **100** air-handling systems, however, still substantially suffered from the problems of the single unit embodiments. There was no recognition of advantages by increasing the number of fan units **100** from one to two. Further, the two fan unit **100** section exhibits a non-uniform velocity gradient in the region following the fan unit **100** that creates uneven air flow across filters, coils, and sound attenuators.

It should be noted that electrical devices have taken advantage of multiple fan cooling systems. For example, U.S. Pat. No. 6,414,845 to Bonet uses a multiple-fan modular cooling component for installation in multiple component-bay electronic devices. Although some of the advantages realized in the Bonet system would be realized in the present system, there are significant differences. For example, the Bonet system is designed to facilitate electronic component cooling by directing the output from each fan to a specific device or area. The Bonet system would not work to direct air flow to all devices in the direction of general air flow. Other patents such as U.S. Pat. No. 4,767, 262 to Simon and U.S. Pat. No. 6,388,880 to El-Ghobashy et al. teach fan arrays for use with electronics.

Even in the computer and machine industries, however, operating fans in parallel is taught against as not providing the desired results except in low system resistance situations where fans operate in near free delivery. For example, Sunon Group has a web page in which they show two axial fans operating in parallel, but specifically state that if "the parallel fans are applied to the higher system resistance that [an] enclosure has, . . . less increase in flow results with parallel fan operation." Similar examples of teaching against using fans in parallel are found in an article accessible from HighBeam Research's library (http://stati.highbeam.com) and an article by Ian McLeod accessible at (http://www-.papstplc.com).

BRIEF SUMMARY OF THE INVENTION

The pre sent invention is directed to a fan array fan section in an air-handling system that includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

The foregoing and other objectives, features, and advantages of the invention will be more readily understood upon

4

consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

FIG. **1** is a side view of an exemplary prior art air-handling system having a single large fan unit within an air-handling compartment.

FIG. **2** is a perspective view of an exemplary prior art large fan unit.

FIG. **3** is a side view of an exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **4** is a plan or elevation view of a 4×6 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **5** is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **6** is a plan or elevation view of a 3×4 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **7** is a plan or elevation view of a 3×3 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **8** is a plan or elevation view of a 3×1 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. **9** is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in a spaced pattern array within an air-handling compartment.

FIG. **10** is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in a checker board array within an air-handling compartment.

FIG. **11** is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in rows slightly offset array within an air-handling compartment.

FIG. **12** is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in columns slightly offset array within an air-handling compartment.

FIG. **13** is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention running at 52% capacity by turning a portion of the fans on and a portion of the fans off.

FIG. **14** is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention running at 32% capacity by turning a portion of the fans on and a portion of the fans off.

FIG. **15** is a side view of an alternative exemplary fan array fan section in an air-handling system of the present

CL 397

US 7,179,046 B2

5
6

invention having a plurality of staggered small fan units within an air-handling compartment.

FIG. **16** is a perspective view of an exemplary fan array using a grid system into which fan units are mounted.

FIG. **17** is a perspective view of an exemplary fan array using a grid system or modular units each of which includes a fan unit mounted within its own fan unit chamber.

FIG. **18** is a perspective view of an exemplary array of dampeners that may be positioned either in front of or behind the fan units.

DETAILED DESCRIPTION OF THE
INVENTION

The present invention is directed to a fan array fan section in an air-handling system. As shown in FIGS. **3**–**12**, the fan array fan section in the air-handling system uses a plurality of individual single fan units **200**. In one preferred embodiment, the fan units **200** are arranged in a true array (FIGS. **4**–**8**), but alternative embodiments may include, for example, alternative arrangements such as in a spaced pattern (FIG. **9**), a checker board (FIG. **10**), rows slightly offset (FIG. **11**), or columns slightly offset (FIG. **12**). As the present invention could be implemented with true arrays and/or alternative arrays, the term "array" is meant to be comprehensive.

The fan units **200** in the fan array of the present invention may be spaced as little as 20% of a fan wheel diameter. Optimum operating conditions for a closely arranged array may be found at distances as low as 30% to 60% of a fan wheel diameter. By closely spacing the fan units **200**, more air may be moved in a smaller space. For example, if the fan wheels of the fan units **200** have a 20 inch fan wheel diameter, only a 4 inch space (20%) is needed between the outer periphery of one fan wheel and the outer periphery of the adjacent fan wheel (or a 2 inch space between the outer periphery of a fan wheel and an the adjacent wall or ceiling).

By using smaller fan units **200** it is possible to support the fan units **200** with less intrusive structure (fan frame). This can be compared to the large fan frame that supports prior art fan units **100** and functions as a base. This large fan frame must be large and sturdy enough to support the entire weight of the prior art fan units **100**. Because of their size and position, the known fan frames cause interference with air flow. In the preferred embodiment, therefore, the fan units **200** of the fan array may be supported by a frame that supports the motors **108** with a minimum restriction to air flow.

As mentioned in the Background, others have tried using side-by-side installation of two fan units **100** arranged horizontally adjacent to each other within an air-handling system. As is also mentioned in the Background, fan arrays have been used in electronic and computer assemblies. However, in the air-handling system industry, it has always been held that there must be significant spacing between the horizontally arranged fan wheels and that arrangements with less spacing will experience performance losses. A single large fan moves all the air in a cabinet. Using two of the same or slightly smaller fans caused the air produced by one fan to interfere with the air produced by the other fan. To alleviate the interference problem, the fans had to be spaced within certain guidelines—generally providing a clear space between the fans of a distance of at least one wheel diameter (and a half a wheel diameter to an adjacent wall). Applying this logic, it would not have made sense to add more fans. And even if additional fans had been added, the spacing would have continued to be at least one wheel diameter

between fans. Further, in the air-handling system industry, vertically stacking fan units would have been unthinkable because the means for securing the fan units would not have been conducive to such stacking (they are designed to be positioned on the floor only).

It should be noted that the plenum fan is the preferred fan unit **200** of the present invention. In particular, the APF-121, APF-141, APF-161, and APF-181 plenum fans (particularly the fan wheel and the fan cone) produced by Twin City Fan Companies, Ltd. of Minneapolis, Minn., U.S. has been found to work well. The reason that plenum fans work best is that they do not produce points of high velocity such as those produced by axial fans and housed centrifugal fans and large plenum fans. Alternative embodiments use known fan units or fan units yet to be developed that will not produce high velocity gradients in the direction of air flow. Still other embodiments, albeit less efficient, use fan units such as axial fans and/or centrifugal housed fans that have points of high velocity in the direction of air flow.

In the preferred embodiment, each of the fan units **200** in the fan array fan section in the air-handling system is controlled by an array controller **300** (FIGS. **13** and **14**). In one preferred embodiment, the array controller **300** may be programmed to operate the fan units **200** at peak efficiency. In this peak efficiency embodiment, rather than running all of the fan units **200** at a reduced efficiency, the array controller **300** turns off certain fan units **200** and runs the remaining fan units **200** at peak efficiency. In an alternative embodiment, the fan units **200** could all run at the same power level (e.g. efficiency and/or flow rate) of operation.

Another advantage of the present invention is that the array controller **300** (which may be a variable frequency drive (VFD)) used for controlling fan speed and thus flow rate and pressure, could be sized for the actual brake horsepower of the fan array fan section in the air-handling system. Since efficiency of the fan wall array can be optimized over a wide range of flow rates and pressures, the actual operating power consumed by the fan array is substantially less than the actual operating power consumed by the comparable prior art air-handling systems and the array controller's power could be reduced accordingly. The array controller **300** could be sized to the actual power consumption of the fan array where as the controller (which may have been a variable frequency drive) in a traditional design would be sized to the maximum nameplate rating of the motor per Electrical Code requirements. An example of a prior art fan design supplying 50,000 cubic feet per minute of air at 2.5 inches pressure, would require a 50 horsepower motor and 50 horsepower controller. The new invention will preferably use an array of fourteen 2 horsepower motors and a 30 horsepower array controller **300**.

This invention solves many of the problems of the prior art air-handling systems including, but not limited to real estate, reduced production costs, reduced operating expenses, increased efficiency, improved air flow uniformity, redundancy, sound attenuation advantages, and reduced vibration.

Controllability

As mentioned, preferably each of the fan units **200** in the fan array fan section in the air-handling system is controlled by an array controller **300** (FIGS. **13** and **14**) that may be programmed to operate the fan units **200** at peak efficiency. In this peak efficiency embodiment, rather than running all of the fan units **200** at a reduced efficiency, the array controller **300** is able to turn off certain fan units **200** and run the remaining fan units **200** at peak efficiency. Preferably,

US 7,179,046 B2

7

the array controller **300** is able to control fan units **200** individually, in predetermined groupings, and/or as a group as a whole.

For example, in the 5×5 fan array such as that shown in FIGS. **5**, **13**, and **14**, a person desiring to control the array may select desired air volume, a level of air flow, a pattern of air flow, and/or how many fan units **200** to operate. Turning first to air volume, each fan unit **200** in a 5×5 array contributes 4% of the total air. In variable air volume systems, which is what most structures have, only the number of fan units **200** required to meet the demand would operate. A control system (that may include the array controller **300**) would be used to take fan units **200** on line (an "ON" fan unit **200**) and off line (an "OFF" fan unit **200**) individually. This ability to turn fan units **200** on and off could effectively eliminate the need for a variable frequency drive. Similarly, each fan unit **200** in a 5×5 array uses 4% of the total power and produces 4% of the level of air flow. Using a control system to take fan units **200** on line and off line allows a user to control power usage and/or air flow. The pattern of air flow can also be controlled if that would be desirable. For example, depending on the system it is possible to create a pattern of air flow only around the edges of a cabinet or air only at the top. Finally, individual fan units **200** may be taken on line and off line. This controllability may be advantageous if one or more fan units **200** are not working properly, need to be maintained (e.g. needs general service), and/or need to be replaced. The problematic individual fan units **200** may be taken off line while the remainder of the system remains fully functional. Once the individual fan units **200** are ready for use, they may be brought back on line.

A further advantage to taking fan units **200** on and off line occurs when building or structure control systems require low volumes of air at relatively high pressures. In this case, the fan units **200** could be modulated to produce a stable operating point and eliminate the surge effects that sometimes plague structure owners and maintenance staff. The surge effect is where the system pressure is too high for the fan speed at a given volume and the fan unit **200** has a tendency to go into stall.

Examples of controllability are shown in FIGS. **13** and **14**. In the fan array fan section in the air-handling system shown in FIG. **13**, the array controller **300** alternates "ON" fan units **200** and "OFF" fan units **200** in a first exemplary pattern as shown so that the entire system is set to operate at 52% of the maximum rated air flow but only consumes 32% of full rated power. These numbers are based on exemplary typical fan operations in a structure. FIG. **14** shows the fan array fan section in the air-handling system set to operate at 32% of the maximum rated air flow but only consumes 17% of full rated power. These numbers are based on exemplary typical fan operations in a structure. In this embodiment, the array controller **300** creates a second exemplary pattern of "OFF" fan units **200** and "ON" fan units **200** as shown.

Real Estate

The fan array fan section in the air-handling section **220** of the present invention preferably uses (60% to 80%) less real estate than prior art discharge plenums **120** (with the hundred series number being prior art as shown in FIG. **1** and the two hundred series number being the present invention as shown in FIG. **3**) in air-handling systems. Comparing the prior art (FIG. **1**) and the present invention (FIG. **3**) shows a graphical representation of this shortening of the airway path **120**, **220**. There are many reasons that using multiple smaller fan units **200** can reduce the length of the

8

airway path **120**, **220**. For example, reducing the size of the fan unit **100**, **200** and motor **108**, **208** reduces the length of the discharge plenum **110**, **210**. Similarly, reducing the size of the inlet cone **104**, **204** reduces the length of the inlet plenum **112**, **212**. The length of the discharge plenum **110**, **210** can also be reduced because air from the fan array fan section in the air-handling system of the present invention is substantially uniform whereas the prior art air-handling system has points of higher air velocity and needs time and space to mix so that the flow is uniform by the time it exits the air-handling compartment **102**, **202**. (This can also be described as the higher static efficiency in that the present invention eliminates the need for settling means downstream from the discharge of a prior art fan array system because there is little or no need to transition from high velocity to low velocity.) The fan array fan section in the air-handling system takes in air from the inlet plenum **212** more evenly and efficiently than the prior art air-handling system so that the length of the inlet plenum **112**, **212** may be reduced.

For purposes of comparison, the first exemplary structure set forth in the Background of the Invention (a structure requiring 50,000 cubic feet per minute of air flow at a pressure of six (6) inches water gage) will be used. Using the first exemplary structure, an exemplary embodiment of the present invention could be served by a nominal discharge plenum **210** of 89 inches high by 160 inches wide and 30 to 36 inches long (as compared to 106 to 112 inches long in the prior art embodiments). The discharge plenum **210** would include a 3×4 fan array fan section in the air-handling system such as the one shown in FIG. **6**) having 12 fan units **200**. The space required for each exemplary fan unit **200** would be a rectangular cube of approximately 24 to 30 inches on a side depending on the array configuration. The airway path **220** is 42 to 48 inches (as compared to 88 to 139 inches in the prior art embodiments).

For purposes of comparison, the second exemplary structure set forth in the Background of the Invention (a structure requiring 26,000 cubic feet per minute of air flow at a pressure of two (2) inches water gage) will be used. Using the second exemplary structure, an exemplary embodiment of the present invention could be served by a nominal discharge plenum **210** of 84 inches high by 84 inches wide, and and 30 to 36 inches long (as compared to 94 to 100 inches long in the prior art embodiments). The discharge plenum would include a 3×3 fan array fan section in the air-handling system (such as the one shown in FIG. **7**) having 9 fan units **200**. The space required for each exemplary fan unit **200** would be a rectangular cube of approximately 24 to 30 inches on a side depending on the array configuration. The airway path **220** is 42 to 48 inches (as compared to 71 to 95 inches in the prior art embodiments).

Reduced Production Costs

It is generally more cost effective to build the fan array fan section in the air-handling system of the present invention as compared to the single fan unit **100** used in prior art air-handling systems. Part of this cost savings may be due to the fact that individual fan units **200** of the fan array can be mass-produced. Part of this cost savings may be due to the fact that it is less expensive to manufacture smaller fan units **200**. Whereas the prior art single fan units **100** were generally custom built for the particular purpose, the present invention could be implemented on a single type of fan unit **200**. In alternative embodiments, there might be several fan units **200** having different sizes and/or powers (both input and output). The different fan units **200** could be used in a single air-handling system or each air-handling system

US 7,179,046 B2

9                                                                    10

would have only one type of fan unit **200**. Even when the smaller fan units **200** are custom made, the cost of producing multiple fan units **200** for a particular project is almost always less that the cost of producing a single large prior art fan unit **100** for the same project. This may be because of the difficulties of producing the larger components and/or the cost of obtaining the larger components necessary for the single large prior art fan unit **100**. This cost savings also extends to the cost of producing a smaller air-handling compartment **202**.

In one preferred embodiment of the invention, the fan units **200** are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units **200** themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units **200**. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units **200** may be placed.

Reduced Operating Expenses

The fan array fan section in the air-handling system of the present invention preferably are less expensive to operate than prior art air-handling systems because of greater flexibility of control and fine tuning to the operating requirements of the structure. Also, by using smaller higher speed fan units **200** that require less low frequency noise control and less static resistance to flow.

Increased Efficiency

The fan array fan section in the air-handling system of the present invention preferably is more efficient than prior art air-handling systems because each small fan unit **200** can run at peak efficiency. The system could turn individual fan units **200** on and off to prevent inefficient use of particular fan units **200**. It should be noted that an array controller **300** could be used to control the fan units **200**. As set forth above, the array controller **300** turns off certain fan units **200** and runs the remaining fan units **200** at peak efficiency.

Redundancy

Multiple fan units **200** add to the redundancy of the system. If a single fan unit **200** breaks down, there will still be cooling. The array controller **300** may take disabled fan units **200** into consideration such that there is no noticeable depreciation in cooling or air flow rate. This feature may also be useful during maintenance as the array controller **300** may turn off fan units **200** that are to be maintained offline with no noticeable depreciation in cooling or air flow rate.

Sound Attenuation Advantages

The high frequency sound of the small fan units **200** is easier to attenuate than the low frequency sound of the large fan unit. Because the fan wall has less low frequency sound energy, shorter less costly sound traps are needed to attenuate the higher frequency sound produced by the plurality of small fan units **200** than the low frequency sound produced by the single large fan unit **100**. The plurality of fan units **200** will each operate in a manner such that acoustic waves from each unit will interact to cancel sound at certain frequencies thus creating a quieter operating unit than prior art systems.

Reduced Vibration

The multiple fan units **200** of the present invention have smaller wheels with lower mass and create less force due to residual unbalance thus causing less vibration than the large fan unit. The overall vibration of multiple fan units **200** will transmit less energy to a structure since individual fans will tend to cancel each other due to slight differences in phase. Each fan unit **200** of the multiple fan units **200** manage a smaller percentage of the total air handling requirement and thus produce less turbulence in the air stream and substantially less vibration.

Alternative Embodiments

As mentioned, in one preferred embodiment of the invention, the fan units **200** are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units **200** themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units **200**. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units **200** may be placed.

FIG. **16** shows an embodiment using an exemplary grid system **230** into which the fan units **200** may be placed. In this embodiment the grid may be positioned and/or built within the air-handling compartment **202**. The fan units **200** may then be positioned into the grid openings. One advantage of this configuration is that individual fan units **200** may be easily removed, maintained, and/or replaced. This embodiment uses an exemplary unique motor mount **232** that supports the motor **208** without interfering with air flow therearound. As shown, this exemplary motor mount **232** has a plurality of arms that mount around the fan inlet cone **204**. It should be noted that the dimensions of the grid are meant to be exemplary. The grid may be constructed taking into consideration that the fan units **200** in the present invention may be spaced with as little as 20% of a fan wheel diameter between the fan units **200**.

FIG. **17** shows an embodiment using either a grid system or modular units **240** using separate structure (not shown) for interlocking the fan units **200**. In this exemplary embodiment, each of the fan units **200** are mounted on a more traditional motor mount **242** within its own fan unit chamber **244**. In one preferred embodiment, the fan unit **200** and motor mount **242** are preferably suspended within their own fan unit chamber **244** such that there is an air relief passage **246** therebelow. This air relieve passage **246** tends to improve air flow around the fan units **200**.

The fan unit chambers **244** shown in FIG. **17** may include one or more interior surface made from or lined with an acoustically absorptive material or "insulation surface" **248**. Going against conventional industry wisdom that surfaces cannot be placed in close proximity with the fan units **200**, the present invention places one or more insulation surfaces **248** at least partially around each fan unit **200** without disrupting air flow. The insulation surfaces **248** may include one or more of the sides, top, bottom, front, or back. Exemplary types of insulation include, but are not limited to traditional insulation board (such as that made from inorganic glass fibers (fiberglass) alone or with a factory-applied foil-scrim-kraft (FSK) facing or a factory-applied all service jacket (ASJ)) or alternative insulation such as open cell foam such as that disclosed in U.S. patent application Ser. No. 10/606,435, which is assigned to the assignee of the present invention, and which the disclosure of which is hereby incorporated by reference herein. Together, the insulation surfaces **248** on the fan unit chambers **244** tend to function as a coplanar silencer. Some of the benefits of using the coplanar silencer include (1) no added airway length for splitters, (2) no pressure drop, and/or (3) relatively low cost. The acoustic advantages of this and other embodiments make the present invention ideal for use in concert halls,

US 7,179,046 B2

**11**

lecture halls, performing arts centers, libraries, hospitals, and other applications that are acoustically sensitive.

Although FIG. **17** shows the discharge plenum **210** positioned within the fan unit chambers **244**, alternative embodiments of fan unit chambers **244** could enclose the inlet plenum **212**, or at least partially enclose both the inlet plenum **212** and the discharge plenum **210**. Still other alternative embodiments of fan unit chambers **244** may have grid or wire surfaces (that increase the safety of the present invention) or be open (that would reduce costs).

FIG. **18** shows an array of dampeners **250** that may be positioned either in front of or behind the fan units **200** to at least partially prevent back drafts. In the shown exemplary embodiment, the dampeners **250** include a plurality of plates, each plate positioned on its own pivot. In the shown exemplary embodiment, the plurality of plates slightly overlap each other. The shown embodiment is constructed such that when air is flowing through the fan units **200**, the plates are in the open position and when the air stops, gravity pulls the plates into the closed position. Preferably, each of the dampeners **250** operates independently such that if some of the fan units **200** are ON and some of the fan units **200** are OFF, the dampeners **250** can open or close accordingly. Although shown as a simple mechanical embodiment, alternative embodiments could include structure that is controlled electronically and/or remotely from the dampeners **250**.

It should be noted that FIG. **4** shows a 4×6 fan array fan section in the air-handling system having twenty-four fan units **200**, FIG. **5** shows a 5×5 fan array fan section in the air-handling system having twenty-five fan units **200**, FIG. **6** shows a 3×4 fan array fan section in the air-handling system having twelve fan units **200**, FIG. **7** shows a 3×3 fan array fan section in the air-handling system having nine fan units **200**, and FIG. **8** shows a 3×1 fan array fan section in the air-handling system having three fan units **200**. It should be noted that the array may be of any size or dimension of more than two fan units **200**. It should be noted that although the fan units **200** may be arranged in a single plane (as shown in FIG. **3**), an alternative array configuration could contain a plurality of fan units **200** that are arranged in a staggered configuration (as shown in FIG. **15**) in multiple planes. It should be noted that cooling coils (not shown) could be added to the system either upstream or downstream of the fan units **200**. It should be noted that, although shown upstream from the fan units **200**, the filter bank **122, 222** could be downstream.

It should be noted that an alternative embodiment would use a horizontally arranged fan array. In other words, the embodiments shown in FIGS. **3**–**15** could be used horizontally or vertically or in any direction perpendicular to the direction of air flow. For example, if a vertical portion of an air duct is functioning as the air-handling compartment **202**, the fan array may be arranged horizontally. This embodiment would be particularly practical in an air handling compartment for a return air shaft.

It should be noted that the fan section **214** may be any portion of the airway path **220** in which the fan units **200** are positioned. For example, the fan units **200** may be situated in the discharge plenum **210** (as shown), the inlet plenum **212**, or partially within the inlet plenum **212** and partially within the discharge plenum **210**. It should also be noted that the air-handling compartment **202** may be a section of air duct.

The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and are not intended to exclude equivalents

**12**

of the features shown and described or portions of them. The scope of the invention is defined and limited only by the claims that follow.

What is claimed is:

**1**. A fan array fan section in an air-handling system comprising:

(a) an air-handling compartment;

(b) a plurality of fan units;

(c) said plurality of fan units arranged in a fan array;

(d) said fan array positioned within said air-handling compartment;

(e) said air-handling compartment associated with a structure such that said air-handling system conditions the air of said structure; and

(f) a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units.

**2**. The fan array fan section in an air-handling system of claim **1**, wherein said control system comprises a programmable array controller.

**3**. The fan array fan section in an air-handling system of claim **2**, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

**4**. The fan array fan section in an air-handling system of claim **2**, where said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criterion selected from the following group of criteria:

(a) air volume;

(b) level of air flow;

(c) pattern of air flow; and

(d) number of fan units to operate.

**5**. The fan array fan section in an air-handling system of claim **2**, wherein said array controller is programmed to operate said plurality of fan units to produce a stable operating point and eliminate the surge effects.

**6**. The fan array fan section in an air-handling system of claim **1**, wherein said plurality of fan units are plenum fans.

**7**. The fan array fan section in an air-handling system of claim **1**, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

**8**. The fan array fan section in an air-handling system of claim **1**, wherein said plurality of fan units are arranged in a fan array configuration selected from the group consisting of:

(a) a true array configuration;

(b) a spaced pattern array configuration;

(c) a checker board array configuration;

(d) rows slightly offset array configuration;

(e) columns slightly offset array configuration; and

(f) a staggered array configuration.

**9**. The fan array fan section in an air-handling system of claim **1**, wherein each of said plurality of fan units is positioned within a fan unit chamber.

**10**. The fan array fan section in an air-handling system of claim **1**, wherein each of said plurality of fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

**11**. The fan array fan section in an air-handling system of claim **1**, wherein each of said plurality of fan units is

US 7,179,046 B2

13

positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

**12**. The fan array fan section in an air-handling system of claim **1**, wherein each of said plurality of fan units is mounted in a grid system.

**13**. The fan array fan section in an air-handling system of claim **1**, wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

**14**. The fan array fan section in an air-handling system of claim **1**, further comprising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

**15**. A fan array fan section in an air-handling system comprising:

(a) an air-handling compartment;

(b) a plurality of fan units;

(c) said plurality of fan units arranged in a fan array;

(d) said fan array positioned within said air-handling compartment;

(e) said air-handling compartment association with a structure such that the said air-handling system conditions the air of said structure; and

(f) a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency.

**16**. The fan array fan section in an air-bundling system of claim **15** wherein said control system comprises a programmable array controller.

**17**. The fan array fan section in an air-handling system of claim **16**, wherein each fan unit has a peak efficiency

14

operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

**18**. The fan array fan section in an air-handling system of claim **16**, wherein said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criterion selected from the following group of criteria:

(a) air volume;

(b) level of air flow;

(c) pattern of air flow; and

(d) number of fan units to operate.

**19**. A fan array fan section in an air-handling system comprising:

(a) an air-handling compartment;

(b) a plurality of independently controllable fan units;

(c) said plurality of fan units arranged in a fan array;

(d) said fan array positioned within said air-handling compartment;

(e) said air-handling compartment associated with a structure such that the said air-handling system conditions the air of said structure; and

(f) a control system for controlling the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency.

\*    \*    \*    \*    \*

CL 402

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | Hunt:FanArr3 |
| First Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Express Mail Label No. | ET836240764US |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

1. [X] **Fee Transmittal Form** (e.g., PTO/SB/17)  (and check)
   *(Submit an original and a duplicate for fee processing)*
2. [X] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [X] **Specification**     *[Total Pages* 26 *]*
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. [X] **Drawing(s)** (35 U.S.C. 113)   *[Total Sheets* 15 *]*
5. **Oath or Declaration**     *[Total Sheets* 1 *]*
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. [ ] **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. [X] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or
   Computer Program *(Appendix)*
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request  (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria VA  22313-1450

## ACCOMPANYING APPLICATION PARTS

9. [X] **Assignment Papers** (cover sheet, documents, & $40 check)

   Name of Assignee _____

   **HUNTAIR INC.** _____

10. [X] **37 CFR 3.73(b) Statement**      [X] **Power of**
    *(when there is an assignee)*             **Attorney**
11. [ ] **English Translation Document** *(if applicable)*
12. [X] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [X] Copies of foreign patent documents,
    publications, & other information
13. [ ] **Preliminary Amendment**
14. [X] **Return Receipt Postcard** (MPEP 503)
    *(Should be specifically itemized)*
15. [ ] **Certified Copy of Priority Document(s)**
    *(if foreign priority is claimed)*
16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [X]
    **certificate of express mail**

18. XXX  The present application is a continuation application of U.S. Pat App #10/806,775.  U.S. Pat App #10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Pat App #60/554,702.  U.S. Pat App #10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Pat App #60/456,413.  U.S. Pat App #10/806,775 is a CIP of PCT App #PCT/US2004/008578.

*Prior application information:*  Examiner  **Nguyen, Ninh H.**          Art Unit:  **3745**

## 19. CORRESPONDENCE ADDRESS

[X] The address associated with Customer Number:  | 26790 |   **OR**  [ ] Correspondence address below

| Name | |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | | Email Address | |

| Signature | *(signature)* | Date | June 15, 2005 |
|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | Registration No. (Attorney/Agent) | 37,621 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 403

PTO/SB/17 (12-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## For FY 2005

[X] Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 500 |

**Complete if Known**

| | |
|---|---|
| Application Number | |
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt:FanArr3 |

## METHOD OF PAYMENT (check all that apply)

[X] Check   [ ] Credit Card   [ ] Money Order   [ ] None   [ ] Other (please identify): _____

[X] Deposit Account   Deposit Account Number: 50-2115   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[X] Charge fee(s) indicated below   [ ] Charge fee(s) indicated below, **except for the filing fee**

[X] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17   [X] Credit any overpayments

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 500 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 or, for Reissues, each claim over 20 and more than in the original patent | 50 | 25 |
| Each independent claim over 3 or, for Reissues, each independent claim more than in the original patent | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 20 | - 20 or HP = | 0 | x | 25 | = | 0 |

HP = highest number of total claims paid for, if greater than 20

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 2 | - 3 or HP = | 0 | x | 100 | = | 0 |

HP = highest number of independent claims paid for, if greater than 3

**Multiple Dependent Claims**

| Fee ($) | Fee Paid ($) |
|---|---|
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| _____ | - 100 = | _____ | / 50 = | 0 | (round **up** to a whole number) x | 125 | = | 0 |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification, $130 fee (no small entity discount) | _____ |
| Other: | 0 |

## SUBMITTED BY

| Signature | *Karen Oster* | Registration No. (Attorney/Agent) | 37,621 | Telephone | (503) 810-2560 |
|---|---|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | | | Date | June 15, 2005 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 404

CERTIFICATE UNDER 37 CFR 1.10

CERTIFICATE OF MAILING BY

"EXPRESS MAIL"

Express Mail No.: ET836240764US
Date of Deposit:   June 15, 2005

I hereby certify that the following documents relating to a New U.S. Utility Patent

Application entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

and invented by Hopkins are being deposited with the United States Postal

Service, "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on

the date indicated above and is addressed to Commissioner for Patents, P.O.

Box 1450; Alexandria, VA 22313-1450.

- ☒ Utility Patent Application Transmittal Form (1 sheet(s))
- ☒ Specification (26 pages)
- ☒ Drawings (FIGS. 1-18)( 15 sheets)
- ☒ Oath/Declaration(s)
- ☒ Patent Application Data Sheet
- ☒ Fee Transmittal Form (in duplicate) and check for $500 for filing fees
- ☒ Information Disclosure Statement and attached non U.S. patent references
- ☒ Assignment, Recordation cover sheet, and check for $40 for the assignment recordation fee
- ☒ Power(s) of Attorney from inventor(s) and assignee
- ☒ 373(b) form
- ☒ a return acknowledgement postcard
- ☒ this Certificate of Mailing by Express Mail

_Karen Oster_
Karen Dana Oster

Hunt:FanArr3

CL 405

18351
061505
U.S PTO

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | Hunt:FanArr3 |
| First Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Express Mail Label No. | ET836240764US |

11293 U S PTO
11/154 94

061505

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**    Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. ☒ **Fee Transmittal Form** (e.g., PTO/SB/17) (and check)
   *(Submit an original and a duplicate for fee processing)*
2. ☒ **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. ☒ **Specification** *[Total Pages* __26__ *]*
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. ☒ **Drawing(s)** (35 U.S.C. 113) *[Total Sheets* __15__ *]*
5. **Oath or Declaration** *[Total Sheets* __1__ *]*
   a. ☒ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. ☒ **Application Data Sheet.** See 37 CFR 1.76
7. ☐ **CD-ROM or CD-R** in duplicate, large table or
   Computer Program *(Appendix)*
   ☐ Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. Computer Readable Form (CRF)
      i. ☐ Computer Readable Form (CRF)
      ii. ☐ Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. ☒ **Assignment Papers** (cover sheet, documents, & $40 check)

   Name of Assignee __HUNTAIR INC.__

10. ☒ **37 CFR 3.73(b) Statement**      ☒ **Power of**
    *(when there is an assignee)*       **Attorney**
11. ☐ **English Translation Document** *(if applicable)*
12. ☒ **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    ☒ Copies of foreign patent documents,
    publications, & other information
13. ☐ **Preliminary Amendment**
14. ☒ **Return Receipt Postcard** (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ **Certified Copy of Priority Document(s)**
    *(if foreign priority is claimed)*
16. ☐ **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. ☒
    certificate of express mail

18. XXX The present application is a continuation application of U.S. Pat App #10/806,775. U.S. Pat App #10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Pat App #60/554,702. U.S. Pat App #10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Pat App #60/456,413. U.S. Pat App #10/806,775 is a CIP of PCT Pat App #PCT/US2004/008578.

*Prior application information:* Examiner __Nguyen, Ninh H.__    Art Unit: __3745__

## 19. CORRESPONDENCE ADDRESS

☒ The address associated with Customer Number: __26790__    OR    ☐ Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email Address | |

| Signature | *Karen Dana Oster* | Date | June 15, 2005 |
|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | Registration No. (Attorney/Agent) | 37,621 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 406

18351
061505

PTO/SB/17 (12-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## For FY 2005

[X] Applicant claims small entity status. See 37 CFR 1.27

| **Complete if Known** | |
|---|---|
| Application Number | |
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | Hunt:FanArr3 |

| TOTAL AMOUNT OF PAYMENT | ($) | 500 |
|---|---|---|

## METHOD OF PAYMENT (check all that apply)

[X] Check  [ ] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify): _____

[X] Deposit Account   Deposit Account Number: 50-2115   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[X] Charge fee(s) indicated below   [ ] Charge fee(s) indicated below, except for the filing fee

[X] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17   [X] Credit any overpayments

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| Application Type | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 500 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 or, for Reissues, each claim over 20 and more than in the original patent | 50 | 25 |
| Each independent claim over 3 or, for Reissues, each independent claim more than in the original patent | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 20 - 20 or HP = | 0 | x 25 = | 0 |

HP = highest number of total claims paid for, if greater than 20

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 2 - 3 or HP = | 0 | x 100 = | 0 |

HP = highest number of independent claims paid for, if greater than 3

**Multiple Dependent Claims**

| Fee ($) | Fee Paid ($) |
|---|---|
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | 0 (round up to a whole number) x | 125 = | 0 |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification,   $130 fee (no small entity discount) | _____ |
| Other: | 0 |

## SUBMITTED BY

| Signature | *Karen Oster* | Registration No. (Attorney/Agent) | 37,621 | Telephone | (503) 810-2560 |
|---|---|---|---|---|---|
| Name (Print/Type) | Karen Dana Oster | | | Date | June 15, 2005 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 407

CERTIFICATE UNDER 37 CFR 1.10

CERTIFICATE OF MAILING BY

"EXPRESS MAIL"

Express Mail No.: ET836240764US
Date of Deposit:    June 15, 2005

I hereby certify that the following documents relating to a New U.S. Utility Patent

Application entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

and invented by Hopkins are being deposited with the United States Postal

Service, "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on

the date indicated above and is addressed to Commissioner for Patents, P.O.

Box 1450; Alexandria, VA 22313-1450.

- ☒ Utility Patent Application Transmittal Form (1 sheet(s))
- ☒ Specification (26 pages)
- ☒ Drawings (FIGS. 1-18)( 15 sheets)
- ☒ Oath/Declaration(s)
- ☒ Patent Application Data Sheet
- ☒ Fee Transmittal Form (in duplicate) and check for $500 for filing fees
- ☒ Information Disclosure Statement and attached non U.S. patent references
- ☒ Assignment, Recordation cover sheet, and check for $40 for the assignment recordation fee
- ☒ Power(s) of Attorney from inventor(s) and assignee
- ☒ 373(b) form
- ☒ a return acknowledgement postcard
- ☒ this Certificate of Mailing by Express Mail

Karen Dana Oster

Hunt:FanArr3

CL 408

Express Mail No. ET836240764US

## FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

The present application is a continuation application of U.S. Patent
Application Serial Number 10/806,775, filed March 22, 2004, and entitled FAN ARRAY
5    FAN SECTION IN AIR-HANDLING SYSTEMS.   U.S. Patent Application Serial Number
10/806,775 is a nonprovisional application claiming the benefit under 35 USC Section
119(e) of U.S. Provisional Patent Application Serial Number 60/554,702, filed March 20,
2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS.  U.S.
Patent Application Serial Number 10/806,775 is a nonprovisional application claiming
10    the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Serial
Number 60/456,413, filed March 20, 2003, and entitled FAN ARRAY FAN SECTION IN
AIR-HANDLING SYSTEMS.  U.S. Patent Application Serial Number 10/806,775 is a
continuation-in-part application of PCT Patent Application Serial Number
PCT/US2004/008578, filed March 19, 2004, and entitled FAN ARRAY FAN SECTION
15    IN AIR-HANDLING SYSTEMS.  The present application is based on and claims priority
from these applications, the disclosures of which are hereby expressly incorporated
herein by reference.

CL 409

BACKGROUND OF INVENTION

The present invention is directed to a fan array fan section utilized in an air-handling system.

Air-handling systems (also referred to as an air handler) have traditionally
5 been used to condition buildings or rooms (hereinafter referred to as "structures"). An air-handling system is defined as a system that includes components designed to work together in order to condition air as part of the primary system for ventilation of structures. The air-handling system may contain components such as cooling coils, heating coils, filters, humidifiers, fans, sound attenuators, controls, and other devices
10 functioning to meet the needs of the structures. The air-handling system may be manufactured in a factory and brought to the structure to be installed or it may be built on site using the necessary devices to meet the functioning needs of the structure. The air-handling compartment 102 of the air-handling system includes the inlet plenum 112 prior to the fan inlet cone 104 and the discharge plenum 110. Within the air-handling
15 compartment 102 is situated the fan unit 100 (shown in FIGS. 1 and 2 as an inlet cone 104, a fan 106, and a motor 108), fan frame, and any appurtenance associated with the function of the fan (e.g. dampers, controls, settling means, and associated cabinetry). Within the fan 106 is a fan wheel (not shown) having at least one blade. The fan wheel has a fan wheel diameter that is measured from one side of the outer periphery of the
20 fan wheel to the opposite side of the outer periphery of the fan wheel. The dimensions of the handling compartment 102 such as height, width, and airway length are determined by consulting fan manufacturers data for the type of fan selected.

FIG. 1 shows an exemplary prior art air-handling system having a single fan unit 100 housed in an air-handling compartment 102. For exemplary purposes, the
25 fan unit 100 is shown having an inlet cone 104, a fan 106, and a motor 108. Larger structures, structures requiring greater air volume, or structures requiring higher or lower temperatures have generally needed a larger fan unit 100 and a generally correspondingly larger air-handling compartment 102.

As shown in FIG. 1, an air-handling compartment 102 is substantially
30 divided into a discharge plenum 110 and an inlet plenum 112. The combined discharge

CL 410

plenum 110 and the inlet plenum 112 can be referred to as the airway path 120.  The
fan unit 100 may be situated in the discharge plenum 110 as shown), the inlet plenum
112, or partially within the inlet plenum 112 and partially within the discharge plenum
110.  The portion of the airway path 120 in which the fan unit 100 is positioned may be

5      generically referred to as the "fan section" (indicated by reference numeral 114).  The
size of the inlet cone 104, the size of the fan 106, the size the motor 108, and the size of
the fan frame (not shown) at least partially determine the length of the airway path 120.
Filter banks 122 and/or cooling coils (not shown) may be added to the system either
upstream or downstream of the fan units 100.

10      For example, a first exemplary structure requiring 50,000 cubic feet per
minute of air flow at six (6) inches water gage pressure would generally require a prior
art air-handling compartment 102 large enough to house a 55 inch impeller, a 100
horsepower motor, and supporting framework.  The prior art air-handling compartment
102, in turn would be approximately 92 inches high by 114 to147 inches wide and 106

15      to 112 inches long.  The minimum length of the air-handling compartment 102 and/or
airway path 120 would be dictated by published manufacturers data for a given fan type,
motor size, and application.  Prior art cabinet sizing guides show exemplary rules for
configuring an air-handling compartment 102.  These rules are based on optimization,
regulations, and experimentation.

20      For example, a second exemplary structure includes a recirculation air
handler used in semiconductor and pharmaceutical clean rooms requiring 26,000 cubic
feet per minute at two (2) inches water gage pressure.  This structure would generally
require a prior art air-handling system with a air-handling compartment 102 large
enough to house a 44 inch impeller, a 25 horsepower motor, and supporting framework.

25      The prior art air-handling compartment 102, in turn would be approximately 78 inches
high by 99 inches wide and 94 to 100 inches long.  The minimum length of the air-
handling compartment 102 and/or airway path 120 would be dictated by published
manufacturers data for a given fan type, motor size and application.  Prior art cabinet
sizing guides show exemplary rules for configuring an air-handling compartment 102.

30      These rules are based on optimization, regulations, and experimentation.

Page 3

These prior art air-handling systems have many problems including the following exemplary problems:

- Because real estate (e.g. structure space) is extremely expensive, the larger size of the air-handling compartment 102 is extremely undesirable.

- The single fan units 100 are expensive to produce and are generally custom produced for each job.

- Single fan units 100 are expensive to operate.

- Single fan units 100 are inefficient in that they only have optimal or peak efficiency over a small portion of their operating range.

- If a single fan unit 100 breaks down, there is no air conditioning at all.

- The low frequency sound of the large fan unit 100 is hard to attenuate.

- The high mass and turbulence of the large fan unit 100 can cause undesirable vibration.

Height restrictions have necessitated the use of air-handling systems built with two fan units 100 arranged horizontally adjacent to each other. It should be noted, however, that a good engineering practice is to design air handler cabinets and discharge plenums 110 to be symmetrical to facilitate more uniform air flow across the width and height of the cabinet. Twin fan units 100 have been utilized where there is a height restriction and the unit is designed with a high aspect ratio to accommodate the desired flow rate. As shown in the Greenheck "Installation Operating and Maintenance Manual," if side-by-side installation was contemplated, there were specific instructions to arrange the fans such that there was at least one fan wheel diameter spacing between the fan wheels and at least one-half a fan wheel diameter between the fan and the walls or ceilings. The Greenheck reference even specifically states that arrangements "with less spacing will experience performance losses." Normally, the air-handling system and air-handling compartment 102 are designed for a uniform velocity gradient of 500 feet per minute velocity in the direction of air flow. The two fan unit 100

CL 412

air-handling systems, however, still substantially suffered from the problems of the single unit embodiments. There was no recognition of advantages by increasing the number of fan units 100 from one to two. Further, the two fan unit 100 section exhibits a non-uniform velocity gradient in the region following the fan unit 100 that creates

5    uneven air flow across filters, coils, and sound attenuators.

It should be noted that electrical devices have taken advantage of multiple fan cooling systems. For example, U.S. Patent No. 6,414,845 to Bonet uses a multiple-fan modular cooling component for installation in multiple component-bay electronic devices. Although some of the advantages realized in the Bonet system would be

10    realized in the present system, there are significant differences. For example, the Bonet system is designed to facilitate electronic component cooling by directing the output from each fan to a specific device or area. The Bonet system would not work to direct air flow to all devices in the direction of general air flow. Other patents such as U.S. Patent No. 4,767,262 to Simon and U.S. Patent No. 6,388,880 to El-Ghobashy et al.

15    teach fan arrays for use with electronics.

Even in the computer and machine industries, however, operating fans in parallel is taught against as not providing the desired results except in low system resistance situations where fans operate in near free delivery. For example, Sunon Group has a web page in which they show two axial fans operating in parallel, but

20    specifically state that if "the parallel fans are applied to the higher system resistance that [an] enclosure has, . . . less increase in flow results with parallel fan operation." Similar examples of teaching against using fans in parallel are found in an article accessible from HighBeam Research's library (http://stati.highbeam.com) and an article by Ian McLeod accessible at (http://www.papstplc.com).

25

Page 5

CL 413

BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a fan array fan section in an air-
handling system that includes a plurality of fan units arranged in a fan array and
positioned within an air-handling compartment.  One preferred embodiment may include
5      an array controller programmed to operate the plurality of fan units at peak efficiency.
The plurality of fan units may be arranged in a true array configuration, a spaced pattern
array configuration, a checker board array configuration, rows slightly offset array
configuration, columns slightly offset array configuration, or a staggered array
configuration.

10      The foregoing and other objectives, features, and advantages of the
invention will be more readily understood upon consideration of the following detailed
description of the invention, taken in conjunction with the accompanying drawings.

CL 414

Express Mail No. ET836240764US

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a side view of an exemplary prior art air-handling system having a single large fan unit within an air-handling compartment.

FIG. 2 is a perspective view of an exemplary prior art large fan unit.

5    FIG. 3 is a side view of an exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. 4 is a plan or elevation view of a 4x6 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units 10    within an air-handling compartment.

FIG. 5 is a plan or elevation view of a 5x5 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. 6 is a plan or elevation view of a 3x4 exemplary fan array fan section 15    in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. 7 is a plan or elevation view of a 3x3 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

20    FIG. 8 is a plan or elevation view of a 3x1 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

FIG. 9 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small 25    fan units are arranged in a spaced pattern array within an air-handling compartment.

FIG. 10 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in a checker board array within an air-handling compartment.

CL 415

Express Mail No. ET836240764US

FIG. 11 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in rows slightly offset array within an air-handling compartment.

5        FIG. 12 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in columns slightly offset array within an air-handling compartment.

FIG. 13 is a plan or elevation view of a 5x5 exemplary fan array fan
10      section in an air-handling system of the present invention running at 52% capacity by turning a portion of the fans on and a portion of the fans off.

FIG. 14 is a plan or elevation view of a 5x5 exemplary fan array fan section in an air-handling system of the present invention running at 32% capacity by turning a portion of the fans on and a portion of the fans off.

15      FIG. 15 is a side view of an alternative exemplary fan array fan section in an air-handling system of the present invention having a plurality of staggered small fan units within an air-handling compartment.

FIG. 16 is a perspective view of an exemplary fan array using a grid system into which fan units are mounted.

20      FIG. 17 is a perspective view of an exemplary fan array using a grid system or modular units each of which includes a fan units mounted within its own fan unit chamber.

FIG. 18 is a perspective view of an exemplary array of dampeners that may be positioned either in front of or behind the fan units.

DETAILED DESCRIPTION OF THE INVENTION

The present invention is directed to a fan array fan section in an air-handling system. As shown in FIGS. 3-12, the fan array fan section in the air-handling system uses a plurality of individual single fan units 200. In one preferred embodiment,
5    the fan units 200 are arranged in a true array (FIGS. 4-8), but alternative embodiments may include, for example, alternative arrangements such as in a spaced pattern (FIG. 9), a checker board (FIG. 10), rows slightly offset (FIG. 11), or columns slightly offset (FIG. 12). As the present invention could be implemented with true arrays and/or alternative arrays, the term "array" is meant to be comprehensive.

10    The fan units 200 in the fan array of the present invention may be spaced as little as 20% of a fan wheel diameter. Optimum operating conditions for a closely arranged array may be found at distances as low as 30% to 60% of a fan wheel diameter. By closely spacing the fan units 200, more air may be moved in a smaller space. For example, if the fan wheels of the fan units 200 have a 20 inch fan wheel
15    diameter, only a 4 inch space (20%) is needed between the outer periphery of one fan wheel and the outer periphery of the adjacent fan wheel (or a 2 inch space between the outer periphery of a fan wheel and an the adjacent wall or ceiling).

By using smaller fan units 200 it is possible to support the fan units 200 with less intrusive structure (fan frame). This can be compared to the large fan frame
20    that supports prior art fan units 100 and functions as a base. This large fan frame must be large and sturdy enough to support the entire weight of the prior art fan units 100. Because of their size and position, the known fan frames cause interference with air flow. In the preferred embodiment, therefore, the fan units 200 of the fan array may be supported by a frame that supports the motors 108 with a minimum restriction to air
25    flow.

As mentioned in the Background, others have tried using side-by-side installation of two fan units 100 arranged horizontally adjacent to each other within an air-handling system. As is also mentioned in the Background, fan arrays have been used in electronic and computer assemblies. However, in the air-handling system
30    industry, it has always been held that there must be significant spacing between the

Page 9

CL 417

Express Mail No. ET836240764US

horizontally arranged fan wheels and that arrangements with less spacing will experience performance losses. A single large fan moves all the air in a cabinet. Using two of the same or slightly smaller fans caused the air produced by one fan to interfere with the air produced by the other fan. To alleviate the interference problem, the fans

5    had to be spaced within certain guidelines – generally providing a clear space between the fans of a distance of at least one wheel diameter (and a half a wheel diameter to an adjacent wall). Applying this logic, it would not have made sense to add more fans. And even if additional fans had been added, the spacing would have continued to be at least one wheel diameter between fans. Further, in the air-handling system industry,

10   vertically stacking fan units would have been unthinkable because the means for securing the fan units would not have been conducive to such stacking (they are designed to be positioned on the floor only).

It should be noted that the plenum fan is the preferred fan unit 200 of the present invention. In particular, the APF-121, APF-141, APF-161, and APF-181 plenum

15   fans (particularly the fan wheel and the fan cone) produced by Twin City Fan Companies, Ltd. of Minneapolis, Minnesota, U.S. has been found to work well. The reason that plenum fans work best is that they do not produce points of high velocity such as those produced by axial fans and housed centrifugal fans and large plenum fans. Alternative embodiments use known fan units or fan units yet to be developed

20   that will not produce high velocity gradients in the direction of air flow. Still other embodiments, albeit less efficient, use fan units such as axial fans and/or centrifugal housed fans that have points of high velocity in the direction of air flow.

In the preferred embodiment, each of the fan units 200 in the fan array fan section in the air-handling system is controlled by an array controller 300 (FIGS. 13 and

25   14). In one preferred embodiment, the array controller 300 may be programmed to operate the fan units 200 at peak efficiency. In this peak efficiency embodiment, rather than running all of the fan units 200 at a reduced efficiency, the array controller 300 turns off certain fan units 200 and runs the remaining fan units 200 at peak efficiency. In an alternative embodiment, the fan units 200 could all run at the same power level

30   (e.g. efficiency and/or flow rate) of operation.

Page 10

CL 418

Another advantage of the present invention is that the array controller 300 (which may be a variable frequency drive (VFD)) used for controlling fan speed and thus flow rate and pressure, could be sized for the actual brake horsepower of the fan array fan section in the air-handling system. Since efficiency of the fan wall array can be

5      optimized over a wide range of flow rates and pressures, the actual operating power consumed by the fan array is substantially less than the actual operating power consumed by the comparable prior art air-handling systems and the array controller's power could be reduced accordingly. The array controller 300 could be sized to the actual power consumption of the fan array where as the controller (which may have

10    been a variable frequency drive) in a traditional design would be sized to the maximum nameplate rating of the motor per Electrical Code requirements. An example of a prior art fan design supplying 50,000 cubic feet per minute of air at 2.5 inches pressure, would require a 50 horsepower motor and 50 horsepower controller. The new invention will preferably use an array of fourteen 2 horsepower motors and a 30 horsepower array

15    controller 300.

This invention solves many of the problems of the prior art air-handling systems including, but not limited to real estate, reduced production costs, reduced operating expenses, increased efficiency, improved air flow uniformity, redundancy, sound attenuation advantages, and reduced vibration.

20

Controllability

As mentioned, preferably each of the fan units 200 in the fan array fan section in the air-handling system is controlled by an array controller 300 (FIGS. 13 and 14) that may be programmed to operate the fan units 200 at peak efficiency. In this

25    peak efficiency embodiment, rather than running all of the fan units 200 at a reduced efficiency, the array controller 300 is able to turn off certain fan units 200 and run the remaining fan units 200 at peak efficiency. Preferably, the array controller 300 is able to control fan units 200 individually, in predetermined groupings, and/or as a group as a whole.

Page 11

CL 419

Express Mail No. ET836240764US

For example, in the 5x5 fan array such as that shown in FIGS. 5, 13, and 14, a person desiring to control the array may select desired air volume, a level of air flow, a pattern of air flow, and/or how many fan units 200 to operate. Turning first to air volume, each fan unit 200 in a 5x5 array contributes 4% of the total air. In variable air

5    volume systems, which is what most structures have, only the number of fan units 200 required to meet the demand would operate. A control system (that may include the array controller 300) would be used to take fan units 200 on line (an "ON" fan unit 200) and off line (an "OFF" fan unit 200) individually. This ability to turn fan units 200 on and off could effectively eliminate the need for a variable frequency drive. Similarly, each

10   fan unit 200 in a 5x5 array uses 4% of the total power and produces 4% of the level of air flow. Using a control system to take fan units 200 on line and off line allows a user to control power usage and/or air flow. The pattern of air flow can also be controlled if that would be desirable. For example, depending on the system it is possible to create a pattern of air flow only around the edges of a cabinet or air only at the top. Finally,

15   individual fan units 200 may be taken on line and off line. This controllability may be advantageous if one or more fan units 200 are not working properly, need to be maintained (e.g. needs general service), and/or need to be replaced. The problematic individual fan units 200 may be taken off line while the remainder of the system remains fully functional. Once the individual fan units 200 are ready for use, they may be

20   brought back on line.

A further advantage to taking fan units 200 on and off line occurs when building or structure control systems require low volumes of air at relatively high pressures. In this case, the fan units 200 could be modulated to produce a stable operating point and eliminate the surge effects that sometimes plague structure owners

25   and maintenance staff. The surge effect is where the system pressure is too high for the fan speed at a given volume and the fan unit 200 has a tendency to go into stall.

Examples of controllability are shown in FIGS. 13 and 14. In the fan array fan section in the air-handling system shown in FIG. 13, the array controller 300 alternates "ON" fan units 200 and "OFF" fan units 200 in a first exemplary pattern as

30   shown so that the entire system is set to operate at 52% of the maximum rated air flow

Page 12

CL 420

but only consumes 32% of full rated power. These numbers are based on exemplary typical fan operations in a structure. FIG. 14 shows the fan array fan section in the air-handling system set to operate at 32% of the maximum rated air flow but only consumes 17% of full rated power. These numbers are based on exemplary typical fan
5   operations in a structure. In this embodiment, the array controller 300 creates a second exemplary pattern of "OFF" fan units 200 and "ON" fan units 200 as shown.

Real Estate

          The fan array fan section in the air-handling section 220 of the present
10  invention preferably uses (60% to 80%) less real estate than prior art discharge plenums 120 (with the hundred series number being prior art as shown in FIG. 1 and the two hundred series number being the present invention as shown in FIG. 3) in air-handling systems. Comparing the prior art (FIG. 1) and the present invention (FIG. 3) shows a graphical representation of this shortening of the airway path 120, 220. There
15  are many reasons that using multiple smaller fan units 200 can reduce the length of the airway path 120, 220. For example, reducing the size of the fan unit 100, 200 and motor 108, 208 reduces the length of the discharge plenum 110, 210. Similarly, reducing the size of the inlet cone 104, 204 reduces the length of the inlet plenum 112, 212. The length of the discharge plenum 110, 210 can also be reduced because air
20  from the fan array fan section in the air-handling system of the present invention is substantially uniform whereas the prior art air-handling system has points of higher air velocity and needs time and space to mix so that the flow is uniform by the time it exits the air-handling compartment 102, 202. (This can also be described as the higher static efficiency in that the present invention eliminates the need for settling means
25  downstream from the discharge of a prior art fan system because there is little or no need to transition from high velocity to low velocity.) The fan array fan section in the air-handling system takes in air from the inlet plenum 212 more evenly and efficiently than the prior art air-handling system so that the length of the inlet plenum 112, 212 may be reduced.

CL 421

For purposes of comparison, the first exemplary structure set forth in the Background of the Invention (a structure requiring 50,000 cubic feet per minute of air flow at a pressure of six (6) inches water gage) will be used. Using the first exemplary structure, an exemplary embodiment of the present invention could be served by a

5    nominal discharge plenum 210 of 89 inches high by 160 inches wide and 30 to 36 inches long (as compared to 106 to 112 inches long in the prior art embodiments). The discharge plenum 210 would include a 3x4 fan array fan section in the air-handling system such as the one shown in FIG. 6) having 12 fan units 200. The space required for each exemplary fan unit 200 would be a rectangular cube of approximately 24 to 30

10    inches on a side depending on the array configuration. The airway path 220 is 42 to 48 inches (as compared to 88 to 139 inches in the prior art embodiments).

For purposes of comparison, the second exemplary structure set forth in the Background of the Invention (a structure requiring 26,000 cubic feet per minute of air flow at a pressure of two (2) inches water gage) will be used. Using the second

15    exemplary structure, an exemplary embodiment of the present invention could be served by a nominal discharge plenum 210 of 84 inches high by 84 inches wide, and and 30 to 36 inches long (as compared to 94 to 100 inches long in the prior art embodiments). The discharge plenum would include a 3x3 fan array fan section in the air-handling system (such as the one shown in FIG. 7) having 9 fan units 200. The

20    space required for each exemplary fan unit 200 would be a rectangular cube of approximately 24 to 30 inches on a side depending on the array configuration. The airway path 220 is 42 to 48 inches (as compared to 71 to 95 inches in the prior art embodiments).

25    Reduced Production Costs

It is generally more cost effective to build the fan array fan section in the air-handling system of the present invention as compared to the single fan unit 100 used in prior art air-handling systems. Part of this cost savings may be due to the fact that individual fan units 200 of the fan array can be mass-produced. Part of this cost

30    savings may be due to the fact that it is less expensive to manufacture smaller fan units

200. Whereas the prior art single fan units 100 were generally custom built for the particular purpose, the present invention could be implemented on a single type of fan unit 200. In alternative embodiments, there might be several fan units 200 having different sizes and/or powers (both input and output). The different fan units 200 could

5    be used in a single air-handling system or each air-handling system would have only one type of fan unit 200. Even when the smaller fan units 200 are custom made, the cost of producing multiple fan units 200 for a particular project is almost always less that the cost of producing a single large prior art fan unit 100 for the same project. This may be because of the difficulties of producing the larger components and/or the cost of

10    obtaining the larger components necessary for the single large prior art fan unit 100. This cost savings also extends to the cost of producing a smaller air-handling compartment 202.

In one preferred embodiment of the invention, the fan units 200 are modular such that the system is "plug and play." Such modular units may be

15    implemented by including structure for interlocking on the exterior of the fan units 200 themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units 200. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units 200 may be placed.

20

Reduced Operating Expenses

The fan array fan section in the air-handling system of the present invention preferably are less expensive to operate than prior art air-handling systems because of greater flexibility of control and fine tuning to the operating requirements of

25    the structure. Also, by using smaller higher speed fan units 200 that require less low frequency noise control and less static resistance to flow.

Increased Efficiency

The fan array fan section in the air-handling system of the present

30    invention preferably is more efficient than prior art air-handling systems because each

Page 15

CL 423

small fan unit 200 can run at peak efficiency. The system could turn individual fan units 200 on and off to prevent inefficient use of particular fan units 200. It should be noted that an array controller 300 could be used to control the fan units 200. As set forth above, the array controller 300 turns off certain fan units 200 and runs the remaining fan
5    units 200 at peak efficiency.


Redundancy

Multiple fan units 200 add to the redundancy of the system. If a single fan unit 200 breaks down, there will still be cooling. The array controller 300 may take
10    disabled fan units 200 into consideration such that there is no noticeable depreciation in cooling or air flow rate. This feature may also be useful during maintenance as the array controller 300 may turn off fan units 200 that are to be maintained offline with no noticeable depreciation in cooling or air flow rate.


15    Sound Attenuation Advantages

The high frequency sound of the small fan units 200 is easier to attenuate than the low frequency sound of the large fan unit. Because the fan wall has less low frequency sound energy, shorter less costly sound traps are needed to attenuate the higher frequency sound produced by the plurality of small fan units 200 than the low
20    frequency sound produced by the single large fan unit 100. The plurality of fan units 200 will each operate in a manner such that acoustic waves from each unit will interact to cancel sound at certain frequencies thus creating a quieter operating unit than prior art systems.


25    Reduced Vibration

The multiple fan units 200 of the present invention have smaller wheels with lower mass and create less force due to residual unbalance thus causing less vibration than the large fan unit. The overall vibration of multiple fan units 200 will transmit less energy to a structure since individual fans will tend to cancel each other
30    due to slight differences in phase. Each fan unit 200 of the multiple fan units 200

CL 424

manage a smaller percentage of the total air handling requirement and thus produce less turbulence in the air stream and substantially less vibration.


Alternative Embodiments

5          As mentioned, in one preferred embodiment of the invention, the fan units 200 are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units 200 themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units 200. In still another alternative embodiment, such

10   modular units may be implemented by using a grid system into which the fan units 200 may be placed.

          FIG. 16 shows an embodiment using an exemplary grid system 230 into which the fan units 200 may be placed. In this embodiment the grid may be positioned and/or built within the air-handling compartment 202. The fan units 200 may then be

15   positioned into the grid openings. One advantage of this configuration is that individual fan units 200 may be easily removed, maintained, and/or replaced. This embodiment uses an exemplary unique motor mount 232 that supports the motor 208 without interfering with air flow therearound. As shown, this exemplary motor mount 232 has a plurality of arms that mount around the fan inlet cone 204. It should be noted that the

20   dimensions of the grid are meant to be exemplary. The grid may be constructed taking into consideration that the fan units 200 in the present invention may be spaced with as little as 20% of a fan wheel diameter between the fan units 200.

          FIG. 17 shows an embodiment using either a grid system or modular units 240 using separate structure (not shown) for interlocking the fan units 200. In this

25   exemplary embodiment, each of the fan units 200 are mounted on a more traditional motor mount 242 within its own fan unit chamber 244. In one preferred embodiment, the fan unit 200 and motor mount 242 are preferably suspended within their own fan unit chamber 244 such that there is an air relief passage 246 therebelow. This air relieve passage 246 tends to improve air flow around the fan units 200.


Page 17


CL 425

The fan unit chambers 244 shown in FIG. 17 may include one or more interior surface made from or lined with an acoustically absorptive material or "insulation surface" 248. Going against conventional industry wisdom that surfaces cannot be placed in close proximity with the fan units 200, the present invention places one or

5    more insulation surfaces 248 at least partially around each fan unit 200 without disrupting air flow. The insulation surfaces 248 may include one or more of the sides, top, bottom, front, or back. Exemplary types of insulation include, but are not limited to traditional insulation board (such as that made from inorganic glass fibers (fiberglass) alone or with a factory-applied foil-scrim-kraft (FSK) facing or a factory-applied all

10   service jacket (ASJ)) or alternative insulation such as open cell foam such as that disclosed in U.S. Patent Application No.10/606,435, which is assigned to the assignee of the present invention, and which the disclosure of which is hereby incorporated by reference herein.  Together, the insulation surfaces 248 on the fan unit chambers 244 tend to function as a coplanar silencer. Some of the benefits of using the coplanar

15   silencer include (1) no added airway length for splitters, (2) no pressure drop, and/or (3) relatively low cost. The acoustic advantages of this and other embodiments make the present invention ideal for use in concert halls, lecture halls, performing arts centers, libraries, hospitals, and other applications that are acoustically sensitive.

Although FIG. 17 shows the discharge plenum 210 positioned within the

20   fan unit chambers 244, alternative embodiments of fan unit chambers 244 could enclose the inlet plenum 212, or at least partially enclose both the inlet plenum 212 and the discharge plenum 210. Still other alternative embodiments of fan unit chambers 244 may have grid or wire surfaces (that increase the safety of the present invention) or be open (that would reduce costs).

25   FIG. 18 shows an array of dampeners 250 that may be positioned either in front of or behind the fan units 200 to at least partially prevent back drafts. In the shown exemplary embodiment, the dampeners 250 include a plurality of plates, each plate positioned on its own pivot. In the shown exemplary embodiment, the plurality of plates slightly overlap each other. The shown embodiment is constructed such that when air is

30   flowing through the fan units 200, the plates are in the open position and when the air

Page 18

CL 426

stops, gravity pulls the plates into the closed position.  Preferably, each of the dampeners 250 operates independently such that if some of the fan units 200 are ON and some of the fan units 200 are OFF, the dampeners 250 can open or close accordingly.  Although shown as a simple mechanical embodiment, alternative

5      embodiments could include structure that is controlled electronically and/or remotely from the dampeners 250.

It should be noted that FIG. 4 shows a 4x6 fan array fan section in the air-handling system having twenty-four fan units 200, FIG. 5 shows a 5x5 fan array fan section in the air-handling system having twenty-five fan units 200, FIG. 6 shows a 3x4

10     fan array fan section in the air-handling system having twelve fan units 200, FIG. 7 shows a 3x3 fan array fan section in the air-handling system having nine fan units 200, and FIG. 8 shows a 3x1 fan array fan section in the air-handling system having three fan units 200.  It should be noted that the array may be of any size or dimension of more than two fan units 200.  It should be noted that although the fan units 200 may be

15     arranged in a single plane (as shown in FIG. 3), an alternative array configuration could contain a plurality of fan units 200 that are arranged in a staggered configuration (as shown in FIG. 15) in multiple planes.  It should be noted that cooling coils (not shown) could be added to the system either upstream or downstream of the fan units 200.  It should be noted that, although shown upstream from the fan units 200, the filter bank

20     122, 222 could be downstream.

It should be noted that an alternative embodiment would use a horizontally arranged fan array.  In other words, the embodiments shown in FIGS. 3-15 could be used horizontally or vertically or in any direction perpendicular to the direction of air flow.  For example, if a vertical portion of air duct is functioning as the air-handling

25     compartment 202, the fan array may be arranged horizontally.  This embodiment would be particularly practical in an air handling compartment for a return air shaft.

It should be noted that the fan section 214 may be any portion of the airway path 220 in which the fan units 200 are positioned.  For example, the fan units 200 may be situated in the discharge plenum 210 (as shown), the inlet plenum 212, or

30     partially within the inlet plenum 212 and partially within the discharge plenum 210.  It

Express Mail No. ET836240764US

should also be noted that the air-handling compartment 202 may be a section of air duct.

The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and are not intended to exclude equivalents of the features shown and described or portions of them. The scope of the invention is defined and limited only by the claims that follow.

5

CL 428

Express Mail No. ET836240764US

WHAT IS CLAIMED IS:

1    1.  A fan array fan section in an air-handling system comprising:

2    (a)    an air-handling compartment;

3    (b)    a plurality of fan units;

4    (c)    said plurality of fan units arranged in a fan array;

5    (d)    said fan array having at least one fan unit arranged vertically on at
6           least one other fan unit;

7    (e)    said fan array positioned within said air-handling compartment; and

8    (f)    said air-handling compartment positionable within a structure such
9           that said air-handling system conditions the air of said structure.

10

1    2.  The fan array fan section in an air-handling system of claim 1 further
2    comprising an array controller programmed to operate said plurality of fan units at peak
3    efficiency by strategically turning on and off selective ones of said plurality of fan units.

4

1    3.  The fan array fan section in an air-handling system of claim 1, wherein
2    said plurality of fan units are plenum fans.

3

1    4.  The fan array fan section in an air-handling system of claim 1, wherein
2    said air-handling compartment has an airway path, said airway path being less than 72
3    inches.

4

1    5.  The fan array fan section in an air-handling system of claim 1, wherein
2    said plurality of fan units are arranged in a fan array configuration selected from the
3    group consisting of:

CL 429

4          (a)     a true array configuration;

5          (b)     a spaced pattern array configuration;

6          (c)     a checker board array configuration;

7          (d)     rows slightly offset array configuration;

8          (e)     columns slightly offset array configuration; and

9          (f)     a staggered array configuration.

10

1          6.  The fan array fan section in an air-handling system of claim 1, wherein

2    each of said plurality of fan units is positioned within a fan unit chamber.

3

1          7.  The fan array fan section in an air-handling system of claim 1, wherein

2    each of said plurality of fan units is suspended within a respective said fan unit chamber

3    such that there is an air relief passage therebelow.

4

1          8.  The fan array fan section in an air-handling system of claim 1, wherein

2    each of said plurality of fan units is positioned within a fan unit chamber having at least

3    one acoustically absorptive insulation surface.

4

1          9.  The fan array fan section in an air-handling system of claim 1, wherein

2    each of said plurality of fan units is mounted in a grid system.

3

1          10.  The fan array fan section in an air-handling system of claim 1,

2    wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing

3    between said plurality of fan units is less than 60% of said fan wheel diameter.

4

CL 430

1    11. The fan array fan section in an air-handling system of claim 1, further
2  comprising an array of backdraft dampeners, each backdraft dampener in line with a
3  respective fan unit.

4

1    12. The fan array fan section in an air-handling system of claim 1, further
2  comprising an array controller, wherein each fan unit has a peak efficiency operating
3  range outside of which it operates at a reduced efficiency, wherein said array controller
4  is programmed to operate said plurality of fan units at substantially peak efficiency by
5  strategically turning off at least one fan unit operating at reduced efficiency and running
6  the remaining fan units within said peak efficiency operating range.

7

1    13. The fan array fan section in an air-handling system of claim 1, further
2  comprising an array controller for controlling said plurality of fan units to run at
3  substantially peak efficiency by strategically turning selective ones of said plurality of fan
4  units on and off, said array controller programmed to operate said plurality of fan units
5  at peak efficiency for a performance level based on a criteria selected from the following
6  group of criteria:

7         (a)    air volume;

8         (b)    level of air flow;

9         (c)    pattern of air flow; and

10         (d)    number of fan units to operate.

11

1    14. The fan array fan section in an air-handling system of claim 1, further
2  comprising an array controller for controlling said plurality of fan units, said array
3  controller is programmed to operate said plurality of fan units to produce a stable
4  operating point and eliminate the surge effects.

5

Page 23

Express Mail No. ET836240764US

1    15. The fan array fan section in an air-handling system of claim 1, further
2    comprising an array controller for controlling said plurality of fan units, said array
3    controller is programmed to selectively control the speed of each of said plurality of fan
4    units to run at substantially peak efficiency.

5

1    16. A fan array fan section in an air-handling system comprising:

2    (a)    an air-handling compartment;

3    (b)    a plurality of independently controllable fan units;

4    (c)    said plurality of fan units arranged in a fan array;

5    (d)    said fan array having at least one fan unit arranged vertically on at
6            least one other fan unit;

7    (e)    said fan array positioned within said air-handling compartment; and

8    (f)    said air-handling compartment positionable within a structure such
9            that said air-handling system conditions the air of said structure.

10

1    17. The fan array fan section in an air-handling system of claim 1 further
2    comprising an array controller programmed to operate said plurality of fan units at peak
3    efficiency by strategically turning on and off selective ones of said plurality of fan units.

4

1    18. The fan array fan section in an air-handling system of claim 1, further
2    comprising an array controller, wherein each fan unit has a peak efficiency operating
3    range outside of which it operates at a reduced efficiency, wherein said array controller
4    is programmed to operate said plurality of fan units at substantially peak efficiency by
5    strategically turning off at least one fan unit operating at reduced efficiency and running
6    the remaining fan units within said peak efficiency operating range.

7

CL 432

Express Mail No. ET836240764US

1          19.  The fan array fan section in an air-handling system of claim 1, further

2    comprising an array controller for controlling said plurality of fan units to run at

3    substantially peak efficiency by strategically turning selective ones of said plurality of fan

4    units on and off, said array controller programmed to operate said plurality of fan units

5    at peak efficiency for a performance level based on a criteria selected from the following

6    group of criteria:

7              (a)    air volume;

8              (b)    level of air flow;

9              (c)    pattern of air flow; and

10             (d)    number of fan units to operate.

11

1          20.  The fan array fan section in an air-handling system of claim 1, further

2    comprising an array controller for controlling said plurality of fan units, said array

3    controller is programmed to selectively control the speed of each of said plurality of fan

4    units to run at substantially peak efficiency.

5

CL 433

Express No. ET836240764US

# FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS
## ABSTRACT OF THE DISCLOSURE

5          A fan array fan section in an air-handling system includes a plurality
of fan units arranged in a fan array and positioned within an air-handling
compartment.  One preferred embodiment may include an array controller
programmed to operate the plurality of fan units at peak efficiency.  The plurality
of fan units may be arranged in a true array configuration, a spaced pattern array

10    configuration, a checker board array configuration, rows slightly offset array
configuration, columns slightly offset array configuration, or a staggered array
configuration.

CL 434



FIG. 1
(prior art)

CL 435



*FIG. 2*
*(prior art)*



FIG. 3

FIG. 4

FIG. 5

202

| | | | | |
|---|---|---|---|---|
| 200 | 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 | 200 |

FIG. 6



| 200 | 200 | 200 | 200 |
|-----|-----|-----|-----|
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |

202



FIG. 7



FIG. 8



202

FIG. 9

202

FIG. 10



FIG. 11



FIG. 12

CL 443



FIG. 13

FIG. 14

| | | | | |
|---|---|---|---|---|
| 200 ON | 200 OFF | 200 OFF | 200 OFF | 200 ON |
| 200 OFF | 200 ON | 200 ON | 200 ON | 200 OFF |
| 200 OFF | 200 ON | 200 OFF | 200 ON | 200 OFF |
| 200 OFF | 200 ON | 200 ON | 200 ON | 200 OFF |
| 200 ON | 200 OFF | 200 OFF | 200 OFF | 200 ON |

300

202



FIG. 15

CL 446



FIG. 16

CL 447



*FIG. 17*

CL 448



*FIG. 18*

PTO/SB/01A (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
|---|---|

As the below named inventor(s), I/we declare that:

This declaration is directed to:

☒ The attached application, or

☐ Application No. _____, filed on _____ (if applicable);

☐ as amended on _____

I/we believe that I/we am/are the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought;

I/we have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above;

I/we acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me/us to be material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT International filing date of the continuation-in-part application.

All statements made herein of my/own knowledge are true, all statements made herein on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and may jeopardize the validity of the application or any patent issuing thereon.

FULL NAME OF INVENTOR(S)

Inventor one:  Lawrence G. Hopkins          Date:  June 15, 2005

Signature: _____     Citizen of:  U.S.

Inventor two: _____    Date: _____

Signature: _____     Citizen of: _____

Inventor three: _____    Date: _____

Signature: _____     Citizen of: _____

Inventor four: _____    Date: _____

Signature: _____     Citizen of: _____

☐  Additional inventors or a legal representative are being named on _____ additional form(s) attached hereto.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Hunt:FanArr3

BEST AVAILABLE COPY

PTO/SB/81 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY
### and
### CORRESPONDENCE ADDRESS
### INDICATION FORM

| Application Number | |
|---|---|
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | Hunt:FanArr3 |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

[X]  Practitioners associated with the Customer Number:

## 26790

**OR**

[ ]  Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[X]  The address associated with the above-mentioned Customer Number:

**OR**

[ ]  The address associated with Customer Number:

**OR**

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

[ ]  Applicant/Inventor.

[X]  Assignee of record of the entire interest. See 37 CFR 3.71.
     Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

### SIGNATURE of Applicant or Assignee of Record

| Signature | | Date June 15, 2005 |
|---|---|---|
| Name | John E. Albert | Telephone (503) 639-0113 |
| Title and Company | Chief Operating Officer of Huntair, Inc. | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X]  *Total of __2__ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BEST AVAILABLE COPY

PTO/SB/81 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY
### and
### CORRESPONDENCE ADDRESS INDICATION FORM

| | |
|---|---|
| Application Number | |
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Title | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | Hunt.FanArr3 |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

[X] Practitioners associated with the Customer Number: **26790**

OR

[ ] Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[X]    The address associated with the above-mentioned Customer Number:

OR

[ ]    The address associated with Customer Number:

OR

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

[X]    Applicant/Inventor.

[ ]    Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

### SIGNATURE of Applicant or Assignee of Record

| | | |
|---|---|---|
| Signature | *(signature)* | Date   June 15, 2005 |
| Name | Lawrence G. Hopkins | Telephone  (503) 639-0113 |
| Title and Company | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of **2** _____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 452

BEST AVAILABLE COPY

PTO/SB/96 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: **Hopkins**

Application No./Patent No.: _____ Filed/Issue Date: **June 15, 2005**

Entitled: **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

**HUNTAIR INC.** _____, a **corporation** _____
(Name of Assignee)                         (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:
1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest.
     The extent (by percentage) of its ownership interest is _____ %

in the patent application/patent identified above by virtue of either:

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded
     in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy
     thereof is attached.
**OR**
B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown
     below:

    1. From: _____ To: _____
       The document was recorded in the United States Patent and Trademark Office at
       Reel _____, Frame _____, or for which a copy thereof is attached.

    2. From: _____ To: _____
       The document was recorded in the United States Patent and Trademark Office at
       Reel _____, Frame _____, or for which a copy thereof is attached.

    3. From: _____ To: _____
       The document was recorded in the United States Patent and Trademark Office at
       Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[X] Copies of assignments or other documents in the chain of title are attached.
     [NOTE: A separate copy (*i.e.*, a true copy of the original assignment document(s)) must be submitted to Assignment
     Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See
     MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

*Karen Oster*                                      June 15, 2005
Signature                                          Date
Karen Dana Oster                                   (503) 810-2560

Printed or Typed Name                              Telephone Number

Patent Attorney 37,621
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.* Hunt:FanArr3

BEST AVAILABLE COPY

**373(b) COPY**
**DO NOT DETACH**

**373(b) COPY**
**DO NOT DETACH**

## ASSIGNMENT OF PATENT APPLICATION

WHEREAS, I Lawrence G. Hopkins of Portland, OR have invented a FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS, hereinafter referred to as the "invention," for which on March 20, 2003 I filed U.S. Provisional Patent Application No. 60/456,413, for which on March 19, 2004 I filed PCT Patent Application Serial No. _____, for which on March 20, 2004 I filed U.S. Provisional Patent Application No. _____, and for which I am filing concurrently herewith a nonprovisional United States Letter Patent Application.

WHEREAS, HUNTAIR INC., an Oregon Corporation herein referred to as "Assignee" whose mailing address is 11555 SW Myslony Street, Tualatin, OR 97062 is desirous of acquiring the entire right, title, and interest in the same.

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and other good and valuable consideration, I, by these presents do hereby sell, assign, and transfer unto the Assignee (1) the full and exclusive right to the invention for the United States and all foreign countries, (2) the entire right, title, and interest in and to any and all Patents which may be granted therefore, in the United States or any foreign country, and (3) any provisionals, nonprovisionals, divisions, continuations, continuations in part, improvements, reissues, or extensions that may be made or granted thereon, in the United States or any foreign country.

FURTHER, I agree to execute further instruments proper for effectuating the premises.

FURTHER, I hereby authorize and request the Commissioner of Patent and Trademarks to issue the patent(s) to the Assignee of the entire right, title, and interest in and to the same, for Assignee's sole use and behoof; and for the use and behoof of Assignee's legal representatives, to the full end of the term for which the patent(s) may be granted, as fully and entirely as the same would have been held by me had this assignment and sale not been made.

IT SHOULD BE NOTED that this assignment acknowledges and affirms the assignment document(s) of any related provisional application(s), divisional application(s), continuation application(s), continuation in part application(s), foreign (or PCT) application(s), improvements, reissue, and/or extension.

Dated __March 22, 2004__

_Lawrence G. Hopkins_ (signature)
Lawrence G. Hopkins

State of __Oregon__ )
County of __Washington__ ) SS:

**ACKNOWLEDGMENT**

**373(b) COPY**
**DO NOT DETACH**

Before me personally appeared said Lawrence G. Hopkins and acknowledged the foregoing instrument to be his free act and deed this 22nd day of March, 2004.

[SEAL]

_Brandy J. Hale_ (signature)
Notary Public for __Oregon__
My Commission Expires: __8/01/2004__

OFFICIAL SEAL
BRANDY J. HALE
NOTARY PUBLIC-OREGON
COMMISSION NO. 337050
MY COMMISSION EXPIRES AUG. 1, 2004

**BEST AVAILABLE COPY**

**373(b) COPY**
**DO NOT DETACH**

**373(b) COPY**
**DO NOT DETACH**

CL 454

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/21/2005 DTESSEM1 00000030 11154894

01 FC:2011                    150.00 OP
02 FC:2111                    250.00 OP
03 FC:2311                    100.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

CL 455

PTO/SB/06 (12-04)
Approved for use through 7/31/2006  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875     Effective December 8, 2004

Application or Docket Number
11154894

### APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | 0 | X$ 25 | | OR | X$50 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | 0 | X100 | | | X200 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| | | | TOTAL | 500 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$ 25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | X$ 25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2

CL 450

## APPLICATION DATA SHEET

### Application Information

Application Number::            Concurrently Herewith

Filing Date::                   June 15, 2005

Application Type::              Regular

Subject Matter::                Utility

Title::                         FAN ARRAY FAN SECTION
                                IN AIR-HANDLING SYSTEMS

Attorney Docket Number::        Hunt:FanArr3

Request For Early Publication:: No

Request For Non-Publication::   No

Suggested Drawing Figure::

Total Drawing Sheets::          15

Small Entity::                  Yes

### Applicant Information

Applicant Authority Type::      Inventor

Primary Citizenship Country::   U.S.

Status::                        Full Capacity

Given Name::                    Lawrence

Middle Name::                   G.

Family Name::                   Hopkins

Name Suffix::

City Of Residence::             Portland

State Or Province Of Residence:: Oregon

Country Of Residence::          U.S.

Street Of Mailing Address::            10781 SE Idleman Rd.

City Of Mailing Address::              Portland

State Or Province Of Mailing Address::  Oregon

Country Of Mailing Address::           U.S.

Postal Or Zip Code Of Mailing Address:: 97266


**Correspondence Information**

Correspondence Customer Number::       26790

Phone Number::                         (503) 810-2560

Fax Number::                           (503) 638-0367

E-Mail Address::                       Karen@kdopatent.com


**Representative Information**

| Representative Customer Number:: | 26790 |
|---|---|

## Domestic Priority Information

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | A continuation | 10/806,775 | 03/22/04 |
| 10/806,775 | An application claiming the benefit under 35 USC 119(e) | 60/456,413 | 03/20/03 |
| 10/806,775 | An application claiming the benefit under 35 USC 119(e) | 60/554,702 | 03/20/04 |
| 10/806,775 | A continuation in part | PCT/US2004/008578 | 03/19/04 |
| | | | |

## Assignee Information

Assignee Name::                                HUNTAIR INC.

Primary Citizenship Country::            Oregon

Street Of Mailing Address::               11555 SW Myslony Street

City Of Mailing Address::                   Tualatin

State Or Province Of Mailing Address::  Oregon

Country Of Mailing Address::             USA

Postal Or Zip Code Of Mailing Address:: 97062

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | **Complete if Known** | |
|---|---|---|
| | Application Number | |
| | Filing Date | June 15, 2005 |
| | First Named Inventor | Hopkins |
| | Art Unit | |
| | Examiner Name | |
| Sheet | 2 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 4767262 | 08-30-1988 | Simon | |
| | | US- 4133374 | 01-09-1979 | York | |
| | | US- 5632677 | 05-27-1997 | Elkins | |
| | | US- 6155335 | 12-05-2000 | Acre et al. | |
| | | US- 6386969 B1 | 05-14-2002 | O'Brien | |
| | | US- 6388880 B1 | 05-14-2002 | El-Ghobashy et al. | |
| | | US- 6407918 B1 | 06-18-2002 | Edmunds et al. | |
| | | US- 6414845 B2 | 07-02-2002 | Bonet | |
| | | US- 6427455 B1 | 08-06-2002 | Furubayashi | |
| | | US- 6436130 | 08-20-2002 | Philips et al. | |
| | | US- 5370576 | 12-06-1994 | Krofchalk | |
| | | US- 6072397 | 06-06-2000 | Ostrowski | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]·Number[4]·Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| **Complete if Known** | |
|---|---|
| Application Number | |
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | Hunt:FanArr3 |

| Sheet | 1 | of | 4 |
|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 3898019 | 08-05-1975 | Reznick et al. | |
| | | US- 4241871 | 12-30-1980 | Newell, III et al. | |
| | | US- 4426960 | 01-24-1984 | Hart | |
| | | US- 4800653 | 01-31-1989 | Steffen | |
| | | US- 5136465 | 08-04-1992 | Benck et al. | |
| | | US- 5210680 | 05-11-1993 | Scheibler | |
| | | US- 5546272 | 08-13-1996 | Moss et al. | |
| | | US- 5572403 | 11-05-1996 | Mills | |
| | | US- 5664995 | 09-09-1997 | O'Keefe | |
| | | US- 5745041 | 04-28-1998 | Moss | |
| | | US- 5787971 | 08-04-1998 | Dodson | |
| | | US- 5793610 | 08-11-1998 | Schmitt et al. | |
| | | US- 6031717 | 02-29-2000 | Baddour et al. | |
| | | US- 6257832 B1 | 07-10-2001 | Lyskowski et al. | |
| | | US- 6386826 B1 | 05-14-2002 | Jacob | |
| | | US- 6463891 B2 | 10-15-2002 | Algrain et al. | |
| | | US- 6,648,590 B2 | 11-18-2003 | Huang et al. | |
| | | US- 6,675,739 B2 | 01-13-2004 | Terrell et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | EP 0205979 A1 | 12-30-1986 | Mizutani et al. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 461

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | | Complete If Known | |
|---|---|---|---|---|---|
| | | | Application Number | | |
| | | | Filing Date | June 15, 2005 | |
| | | | First Named Inventor | Hopkins | |
| | | | Art Unit | | |
| | | | Examiner Name | | |
| Sheet | 3 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | | The Parallel and Series Operation, Sunon Group web page, http://www.sunon.com/english/wealth/tech/tech-06.htm, at least as early as March 15, 2004, 2 pages, Sunon Group, Taiwan. | |
| | | Series and Parallel Fans, HighBeam Research web page, www://static.highbeam.com/m/machinedesign/january261995/seriesandparallelfans/index.htm, January 26, 1995, 1 page, HighBeam Research, LLC. | |
| | | MCLEOD, IAN, Using Fans in Series and Parallel:  Performance Guidelines, ebmpapst web page, htt:/www.papstplc.com/features/articles/art006&print=true, at least as early as March 15, 2004, 3 pages, emb-Papst Automotive and Drives (UK) Ltd., UK. | |
| | | Technical Bulletin:  CLEANPAK M/R/PF Multi/Redundant/Plenum Fan, at least as early as March 15, 2004, 3 pages, CLEANPAK International, Clackamas, Oregon. | |
| | | Installation Operating and Maintenance Manual, 2003, 12 pages, Greenheck Fan Corp., Schofield, Wisconsin. | |
| | | DPL Series - Delhi Plenum Fan:  Installation and Maintenance Instructions, November 2001, 2 pages, Delhi Industries Inc., Delhi, Ontario, Canada. | |
| | | AAON, RL Series Rooftop Conditioners, 09/01, 12 pages | |
| | | Jim Parro (Marketing Mananager for AAON) New Promotional Literature The RL Series, 1 page | |
| | | AAON, RL Series 45 to 230 tons Packaged Rooftop Conditioners & Air Handlers | |
| | | AAON, Invoice No. 265184, 2/28/02, 1 page. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional).  2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BEST AVAILABLE COPY

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

**Complete If Known**

| | |
|---|---|
| Application Number | |
| Filing Date | June 15, 2005 |
| First Named Inventor | Hopkins |
| Art Unit | |
| Examiner Name | |

| Sheet | 4 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |
|---|---|---|---|---|---|

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | AAON, Order Form and Associated Documents, 11/14/01 | |
| | | OSBORNE, W.C. and TURNER, C.G., co-editors, "Woods Practical Guide to Fan Engineering," 1964, cover pages and pages 121, 137-138, 146-148, 208, and 218, Benham and Company, Colchester, England. | |
| | | WILCKE, William F. and MOREY, R. Vance, "Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage," 1999, 8 pages, Regents of the University of Minnesota. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional).  2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 463

BEST AVAILABLE COPY

# ARTIFACT SHEET

Enter artifact number below.  Artifact number is application number +
artifact type code (see list below) + sequential letter (A, B, C …).  The first
artifact folder for an artifact type receives the letter A, the second B, etc..
Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

_11/154894 ZA_

Indicate quantity of a single type of artifact received but not scanned.  Create
individual artifact folder/box and artifact number for each Artifact Type.

☐    CD(s) containing:
        computer program listing
        Doc Code: Computer                  ☐    Artifact Type Code: P
        pages of specification
        and/or sequence listing
        and/or table                        ☐
        Doc Code: Artifact                  Artifact Type Code: S
        content unspecified or combined     ☐
        Doc Code: Artifact                  Artifact Type Code: U

☐    Stapled Set(s) Color Documents or B/W Photographs
        Doc Code: Artifact    Artifact Type Code: C

☐    Microfilm(s)
        Doc Code: Artifact    Artifact Type Code: F

☐    Video tape(s)
        Doc Code: Artifact    Artifact Type Code: V

☐    Model(s)
        Doc Code: Artifact    Artifact Type Code: M

☐    Bound Document(s)
        Doc Code: Artifact    Artifact Type Code: B

☐    Confidential Information Disclosure Statement or Other Documents
        marked Proprietary, Trade Secrets, Subject to Protective Order,
        Material Submitted under MPEP 724.02, etc.
        Doc Code: Artifact    Artifact Type Code X

12    Other, description: _NPL_
        Doc Code: Artifact    Artifact Type Code: Z

March 8, 2004

## CL 464