

Express Mail No: EV 603557117 US

--------------------------------------------------------
IN THE UNITED STATES PATENT AND
TRADEMARK OFFICE
--------------------------------------------------------

| | |
|---|---|
| Application Number: | 11/154,894 |
| First Named Inventor: | Lawrence G. Hopkins |
| Filed: | June 15, 2005 |
| Group Art Unit: | 3744 |
| Title: | Fan Array Fan Section in Air Handling Systems |
| Attorney Docket: | Hunt-FanArr3 |

### SUBMISSION UNDER 37 C.F.R. 1.99 (a)

Pursuant to 37 C.F.R. 1.99 the following documents are submitted for consideration by the office in the above captioned application. A copy of each listed patent is enclosed herewith.

| Patent Number | Date of Publication | First Named Inventor |
|---|---|---|
| US 3,332,621 | 07/25/1967 | Tanner |
| US 4,158,527 | 06/19/1979 | Burkett |
| US 4,494,006 | 01/15/1985 | Staroselsky et al. |
| US 5,269,660 | 12/14/1993 | Pradelle |

As shown in the Proof of Service attached, a copy of this Submission and all documents listed have been served upon the applicant's attorney of record.

Finally, a fee under 37 C.F.R. 1.17(p) of $180.00 has been included with this filing.

Dated this 20th day of December, 2005.

Respectfully Submitted,
SANTANGELO LAW OFFICES, P.C.

By: _____
Alfred K. Wiedmann Jr.
Attorney for Submitter
USPTO Reg. No. 48,033
125 South Howes, Third Floor
Fort Collins, Colorado 80521
(970) 224-3100

12/27/2005 DTESSEH1 00000055 11154894
01 FC:1806                    180.00 OP

*Handwritten margin notes:* OK to enter. Complies with requirements of 37 CFR 1.99 /SJ/ 26 May 2006

*Stamp:* OIPE DEC 20 2005 PATENT & TRADEMARK OFFICE

CL 465

Express Mail No: EV 603557117 US

**OIPE**
**DEC 2 0 2005**
**PATENT & TRADEMARK OFFICE**

--------------------------------------------------
IN THE UNITED STATES PATENT AND
TRADEMARK OFFICE
--------------------------------------------------

| | |
|---|---|
| Application Number: | 11/154,894 |
| First Named Inventor: | Lawrence G. Hopkins |
| Filed: | June 15, 2005 |
| Group Art Unit: | 3744 |
| Title: | Fan Array Fan Section in Air-Handling Systems |
| Attorney Docket: | Hunt-FanArr3 |

## LETTER OF TRANSMITTAL

Commissioner for Patents
P.O. Box 1450
Alexandria  VA  22313-1450

Enclosed for submission under 37 C.F.R. 1.99 (a) are the following documents:

1.    a Submission Under 37 C.F.R. 1.99 (a) including a listing of documents submitted for consideration by the office along with a copy of each document listed;

2.    a Proof of Service pursuant to 37 C.F.R. 1.248;

3.    this Letter of Transmittal along with a check payable to the Director of the Patent and Trademark Office in the amount of $180.00; and

4.    an Express Mail Certificate and a return postcard.

Please confirm receipt of the documents by applying your date stamp and serial number on the enclosed postcard and returning it to me.

**Please address all future correspondence to:  Santangelo Law Offices, P.C., 125 South Howes, Third Floor, Fort Collins, CO  80521.**

I have this 20th day of December, 2005, either myself personally or through my direction of staff at this office, deposited all of the items in the above letter of transmittal with the United States Postal Service as Express Mail, postage prepaid, in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria  VA  22313-1450.

CL 466

Dated this 20 day of December, 2005.

Respectfully Submitted,
SANTANGELO LAW OFFICES, P.C.

By: _____
Alfred K. Wiedmann Jr.
Attorney for Submitter
PTO No. 48,033
125 South Howes, Third Floor
Fort Collins, Colorado 80521
(970) 224-3100

CL 467



Express Mail No: EV 603557117 US

---------------------------------------------------------

## IN THE UNITED STATES PATENT AND
## TRADEMARK OFFICE

---------------------------------------------------------

| | |
|---|---|
| Application Number: | 11/154/894 |
| First Named Inventor: | Lawrence G. Hopkins |
| Filed: | June 15, 2005 |
| Group Art Unit: | 3744 |
| Title: | Fan Array Fan Section in Air-Handling Systems |
| Attorney Docket: | Hunt-FanArr3 |

---------------------------------------------------------

### PROOF OF SERVICE

The person whose signature appears below confirms that the attached Submission Under 37 C.F.R. 1.99 including a copy of all documents listed therein has been served upon the Applicant of the above captioned application in accordance with 37 C.F.R. §1.248 by transmitting a copy of the documents by first class mail to: Karen Dana Oster, Law Offices of Karen Dana Oster, LLC, PMB 1020, 15450 SW Boones Ferry Road #9, Lake Oswego, OR 97035, which mailing was made this same day.

Dated this 20 day of December, 2005.

Respectfully Submitted,

SANTANGELO LAW OFFICES, P.C.

By: _____

Alfred R. Wiedmann
Attorney for Submitter
125 South Howes, Third Floor
Fort Collins, Colorado 80521
(970) 224-3100

CL 468



Express Mail No: EV 603557117 US

--------------------------------------------------------

IN THE UNITED STATES PATENT AND
TRADEMARK OFFICE

--------------------------------------------------------

| | |
|---|---|
| Application Number: | 11/154/894 |
| First Named Inventor: | Lawrence G. Hopkins |
| Filed: | June 15, 2005 |
| Group Art Unit: | 3744 |
| Title: | Fan Array Fan Section in Air-Handling Systems |
| Attorney Docket: | Hunt-FanArr3 |

## CERTIFICATE OF EXPRESS MAILING

I, Cheryl A. Swanson, hereby certify to the truth of the following items:

1.      I am an employee of Santangelo Law Offices, P.C., 125 South Howes, Third Floor, Fort Collins, Colorado 80521.

2.      I have this day deposited the attached Submission Under 37 C.F.R. 1.99 (a) including a listing of documents submitted for consideration by the office along with a copy of each document listed; Proof of Service pursuant to 37 C.F.R. 1.248; Letter of Transmittal along with a check payable to the Director of the Patent and Trademark Office in the amount of $180.00; and this Express Mail Certificate and a return postcard with the United States Postal Service as "Express Mail" for mailing to: Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

Dated this 20 th day of December 2005.

Cheryl A. Swanson

CL 469

# United States Patent Office

3,332,621
Patented July 25, 1967

1

3,332,621
AUTOMATIC CONTROL MEANS
Basil Charles Tanner, London, England, assignor to Head
Wrightson & Company Limited, London, England, a
company of Great Britain
Filed Sept. 15, 1964, Ser. No. 396,578
Claims priority, application Great Britain, Oct. 10, 1963,
39,926/63
10 Claims. (Cl. 236—46)

The invention relates to automatic control means and particularly to the automatic control of fans for temperature regulation.

The invention has among its objects to provide means whereby the temperature of a cooling fluid flow is maintained between predetermined limits.

According to the invention temperature regulating means comprises thermostats effective, upon temperature changes, to move contacts to connect cam and timer means to a power supply whereby energisation, de-energisation or a speed change of one or more motor driven fans or the equivalent is effected.

According to the invention furthermore, the temperature regulation is carried out in a series of steps, the steps being spaced apart by determined time intervals so as to allow the temperature to stabilise.

According to the invention moreover two thermostats may be provided, one for increasing the quantity of air flow caused by the fans and one for decreasing the quantity of air flow caused by the fans.

According to the invention further, the cam means may be motor driven and the driving motor de-energised as soon as a timer is started, the timer means being de-energised after a predetermined time period, the cam driving motor being then re-energised if the exhaust of the fluid cooled by the fans is still outside predetermined limits.

The invention is diagrammatically illustrated by way of example in the accompanying drawings in which:

FIGURE 1 shows the basic circuit of the temperature regulating means of the invention;

FIGURES 2 and 3 show the circuit in greater detail and including minor modifications;

FIGURE 4 is a diagram illustrating the relationship between the cam switch operations and the position of the cam shaft.

Referring to FIGURE 1 a cam controller 1, driven by a motor 2, controls the power supply to four two-speed fan motors. A timer and motor 3 control the position of a contact 4. Relay R controls contacts $R_{1-3}$. Thermostats 5 and 6 close when the exhaust fluid from the system being cooled is too hot or too cold respectively having regard to the desired temperature of exhaust fluid.

In operation a single phase supply is applied to terminals N and L.

Assuming that all the fan motors are stationary and that the contact 5 is closed by the over-hot fluid. Contact $R_2$ is already closed, so that power is supplied through the closed forward limit switch 12 of the cam controller 1, to the motor 2.

The motor 2 rotates the cam controller 1 which closes the low speed contact on the first motor which then starts to run. Contact 7 is a wipe contact which supplies a momentary pulse to the timer 3. When the low speed contact closes, the dotted lines show the position when the contactor is closed. This pulse also energises relay R closing contact $R_1$ and opening contacts $R_2$ and $R_3$. The motor 2 is thus de-energised and the cam controller 1 stops, but the timer 3 is energised through contact Tc which was closed by the energisation of timer 3. A delay period, governed by the setting of the timer, then ensues to allow the temperature of the exhaust to stabilise

2

under the cooling action of the fan. At the end of the delay period the timer trips out, opening contact Tc and de-energising itself and the relay R. Contacts $R_2$ and $R_3$ then close and if contact 5 is still closed the cycle is repeated energising the second of the motors to run at low speed. This cycle is repeated at the intervals set by the timer until either contact 5 opens or all the motors are energised to run at high speed and the reverse limit switch 26 is closed and the forward limit switch 12 is opened thus de-energising the motor 2. An alarm is advantageously provided which operates if all the motors are running at high speed and contact 5 still remains closed, thus indicating that either the cooling equipment or the circuitry contains a fault.

The low speed and high speed contactors of each motor are ganged together so that the closing of one automatically opens the other. As the wipe contacts are provided to operate both on opening and on closing of the contactor no wipe contacts are necessary for the high speed contactors. In practice the wipe contacts can be operated by the fan motor starters instead of the cam shaft.

In the reverse operation to that described above, that is to say when the low thermostat contact 6 closes indicating an excessively cool exhaust fluid flow and the cam controller starts to switch motors from high speed down to low speed a time lag is provided so that the motor can run down from high speed, after the contactor is opened, to within a few r.p.m. of low speed before the low speed contactor is closed, mechanical shocks to shafts, gears and couplings are thus avoided.

So long as the contact 6 remains closed at the end of each timer period the cam controller 2 will rotate in the reverse direction until all the motors have been cut down to low speed and then until each motor is cut off completely and the reverse limit switch 26 opened. The forward limit switch 12 has already by then been reclosed and the equipment is thus ready for operation upon a temperature rise.

One suitable thermostat is the "Satchwell" type WT with 18″ steps and a range of 40° F. to 170° F. with a 3° fixed differential, these thermostats are of robust construction and are well proven.

The "Rodene" multi-circuit camshaft timer is particularly suited for use in the invention as a cam controller and the "Rodene 7500" series timer is suitable for setting the time delay between steps as it is adjustable for periods between 1 and 72 minutes. This timer takes 10 seconds to reset from its maximum time period and the camshaft speed should therefore be set such as to give 15 seconds between switch operations, this ensures that the timer has reset and is ready for a further operation.

FIGURE 2 shows a modification of the control circuit of FIGURE 1.

The switches 8 and 9 correspond to the switches 5 and 6 of FIGURE 1 but are series connected so that the switch 9, for example, cannot cause reverse rotation of the camshaft controller unless the switch 8 has its contact in the opposite position to that necessary to cause forward rotation of the cam shaft. Shut down due to the thermostat malfunction is thus avoided. Contact 10 replaces contacts $R_2$ and $R_3$ in that it is opened by the energisation of the camshaft controller whilst the timer motor is running for the delay period. Contact 11 replaces contact 4 and is closed by the wipe contacts 7 of the low speed contactors thus supplying power to the timer motor 3.

In operation if the normally open contact of switch 8 closes indicating excess heat the motor 2 is connected to the power supply by way of switch 12 and rotates the cam controller 1 to close the low speed contactor of the first motor. Wipe contact 7 energises coil 13 closing contact 11, starting motor 3 and opening contact 10. The

3,332,621

cam controller is stopped and light 14 being illuminated shows that the equipment is an automatic control. When the timer motor 3 trips out at the end of its period, con-acs 10 and 11 close and open respectively and if the normally open contact of switch 8 is still in the closed position the cycle is repeated.

An automatic overcurrent spring circuit breaker 15 is provided and a switch 16 is provided for shut down at the end of a working day in a manner already described.

FIGURE 3 shows a further embodiment of the invention.

The form of temperature sensing shown is a mercury in glass thermometer 17 with probes 18, controlling, by way of relays 27 and 28, two thermostat contacts 19 and 20 which correspond to the previous contacts 5, 6, 8 and 9.

The layout shown in FIGURE 3 includes a pair of mains failure contacts 21, which connect with a relay 22, whereby a contact 23 is held in the operative position so long as there is power on the fan motor bus-bars. If the fan motor bus-bar supply fails during operation, but the single phase supply to the circuit is maintained, relay 22 moves to the position shown on the drawing thus cutting off the supply to clutch 24 and the cam controller 1 rotates to the off position in less than one second. This is to ensure that all the motors do not try to start together as soon as the bus bar supply is restored.

In operation contact 20 is usually in the other position to that shown and contact 19 is as shown. If the exhaust is too hot contact 19 moves to the right hand position, and contact 20 is in the right hand position, and therefore motor 2 is fed by way of breaker 15, contact 16, contact 25, contact 20, contact 19 and contact 12. Motor 2 rotates closing the low speed switch on the first motor and wipe contact 7. Wipe contact 7 energises relay 13 which switches contact 25 to the other position to that shown and starts the timer. Contact 25 also de-energises motor 2 but acts as a holding contact to the wipe contact 7 as it maintains the supply to the timer and to the clutch 13. Clutch 24 remains energised. Immediately before the low speed contact on the first motor closes, contact 26 closes in readiness for the return rotation when necessary. As before the delay period ensues whilst the timer is running, then the timer trips out and if contact 19 is still in the right hand position the cycle starts again.

The temperature sensing means 17 and 18 can be used to provide a permissible temperature band only one degree wide. The lower probe 72 shown is used as a common reference and movement of the mercury column due to a temperature extreme connects up the probes determining the boundaries of the temperature band and closes relays 27 and 28 to cause a circulating current through one of the rectifiers 29 and the transformer 30.

Energisation of relays 27 and 28 moves the contacts 19 and 20 respectively to the right hand position as shown. Thus at the desired temperature relay 27 is energised and relay 28 is not, contact 20 is in the opposite position to that shown and contact 19 is as shown. If the exhaust is too cool the contacts are in the position shown. If it is too hot both contacts 19 and 20 are in the opposite position to that shown.

Switch 16 in its normal position energises the circuits for normal sequential temperature control of the fan motor whereas in its alternate position switch 16 connects one side of the power line to motor 2 via contacts 26 to return the cams to their original positions.

The construction according to the invention is particularly suitable for the temperature control of water used as the heat transfer medium in a power generation cycle.

The water is fed through heating means and converted into steam. The steam drives a turbine and is then condensed and fed to cooling towers cooled by the fans controlled by the apparatus of the invention. The water passing downwardly from spray nozzles against a cooling air stream drawn upwardly by the fans. The water falls into

a reservoir pond from which it is drawn into the heating means again. The thermostat contacts 5 and 6, 8 and 9, 17 and 18 or 19 and 20 are advantageously provided either between the condenser and the cooling towers, or between the pond the heating means. The latter position allows for variations caused by atmospheric conditions and ensures a constant temperature of feed to the heating means at all times.

The construction according to the invention is also applicable to the cooling systems of nuclear reactors, particularly the cooling systems of small experimental reactors.

FIGURE 4 is a graph showing the energisation of the fans and limit switches at different angular displacements of the cam shaft from a zero position.

I claim:

1. Temperature regulating means comprising, in combination, at least one fan, a motor for driving each fan, a timer, at least one cam, electrical contacts operable by said cam effective to alter the power supplied to said motor from a power source, a cam driving motor and at least one thermostat effective, upon temperature change of a medium acted upon by said fan, to energise said cam driving motor, to rotate said cam, operate said electrical contacts, and effect a speed change of said motor, said timer being coupled to said electrical contacts so that operation of said electrical contacts being effective to energise said timer and de-energise said cam driving motor for a predetermined period of time.

2. Temperature regulating means as defined in claim 1, wherein the temperature regulation is carried out in steps, the period between said steps being preset on said timer, said timer being connected to de-energise itself at the end of the preset time period and being connected to re-energise said cam driving motor if said medium is still outside predetermined temperature limits.

3. Temperature regulating means as defined in claim 2, wherein two thermostats are provided, a first thermostat being effective, by means of said cam driving motor, said cam and said electrical contacts to raise the speed of said motor and a second thermostat being effective by means of said cam driving motor, said cam and said electrical contacts to reduce the speed of said motor, and in which an upper of said predetermined temperature limits can be set on said first thermostat and in which a lower of said predetermined temperature limits can be set on said second thermostat.

4. Temperature regulating means as defined in claim 1, wherein operation of said electrical contacts is effective to energise said timer and de-energise said cam driving motor by means of wipe contacts mounted on said electrical contacts.

5. Temperature regulating means as defined in claim 3, in which said cam driving motor can be supplied with power from a power source through an electrical contact on one of said first and second thermostats, the contacts on both said first and second thermostats being open when said medium is between said predetermined temperature limits.

6. Temperature regulating means comprising, in combination, at least one fan, a motor for driving each fan, a timer, at least one cam, electrical contacts operable by said cam effective to alter the power supplied to said motor from a power source, a cam driving motor and at least one thermostat, effective, upon temperature change of a medium acted upon by said fans, to energise said cam driving motor, to rotate said cam, operate said electrical contacts, and operate switch means by which said means said motor is connectable to said power source, operation of said electrical contacts being effective to energise said timer and de-energise said cam driving motor.

7. Temperature regulating means as defined in claim 6, wherein the temperature regulation is carried out in steps, the period between said steps being preset on said

3,332,621

5

timer, said timer being connected to de-energise itself at the end of the preset time period and being connected to re-energise said cam driving motor if said medium is still outside predetermined termperature limits.

8. Temperature regulating means as defined in claim 7, wherein two thermostats are provided, a first thermostat being effective, by means of said cam driving motor, said cam and said electrical contacts to connect said motor to said power source, and a second thermostat being effective by means of said cam driving motor, said cam and said electrical contacts to disconnect said motor from said power source, and in which an upper of said predetermined temperature limits can be set on said first thermostat and in which a lower of said predetermined temperature limits can be set on said second thermostat.

9. Temperature regulating means as defined in claim 6, wherein operation of said electrical contacts is effective to energise said timer and deenergise said cam driving

6

motor by means of wipe contacts mounted on said electrical contacts.

10. Temperature regulating means as defined in claim 8, in which said cam driving motor can be supplied with power from a power source through an electrical contact on one of said first and second thermostats, the contacts on both said first and second thermostats being open when said medium is between said predetermined temperature limits.

## References Cited

### UNITED STATES PATENTS

| 1,925,822 | 9/1933 | Shurtleff | 237—12 |
| 1,952,299 | 3/1934 | Van Valkenburg. | |
| 2,038,578 | 4/1936 | Lamb | 236—11 X |
| 2,458,683 | 1/1949 | Cowherd et al. | 103—25 |

WILLIAM J. WYE, *Primary Examiner.*

ALDEN D. STEWART, *Examiner.*

CL 472

July 25, 1967                     B. C. TANNER                     3,332,621
                              AUTOMATIC CONTROL MEANS

Filed Sept. 15, 1964                                    3 Sheets—Sheet 1



F I G. 1.



F I G. 2.

INVENTOR
BASIL CHARLES TANNER
BY
Morgan, Finnegan, Durham & Pine
ATTORNEY

CL 473

July 25, 1967                    B. C. TANNER                    3,332,621
                              AUTOMATIC CONTROL MEANS

Filed Sept. 15, 1964                              3 Sheets—Sheet 2



FIG.3.

INVENTOR
BASIL CHARLES TANNER
BY
Morgan, Finnegan, Durham & Pine
ATTORNEY

CL 474

July 25, 1967                    B. C. TANNER                    3,332,621
                              AUTOMATIC CONTROL MEANS

Filed Sept. 15, 1964                                   3 Sheets-Sheet 3



F I G. 4

INVENTOR
BASIL CHARLES TANNER

BY

Morgan, Finnegan, Durham & Pine

ATTORNEY

CL 475

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **TRANSMITTAL FORM** | **Application Number** 11/154,894 |
| | **Filing Date** 06/15/2005 |
| | **First Named Inventor** Lawrence G. Hopkins |
| | **Art Unit** 3744 |
| | **Examiner Name** Unknown |
| *(to be used for all correspondence after initial filing)* | **Attorney Docket Number** HTR007-3C US (new) |
| Total Number of Pages in This Submission  2 | |

## ENCLOSURES    *(Check all that apply)*

| | |
|---|---|
| ☐ Fee Transmittal Form | ☐ Drawing(s) |
| ☐ Fee Attached | ☐ Licensing-related Papers |
| ☐ Amendment/Reply | ☐ Petition |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application |
| ☐ Affidavits/declaration(s) | ☑ Power of Attorney, Revocation Change of Correspondence Address |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer |
| ☐ Express Abandonment Request | ☐ Request for Refund |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ |
| | ☐ Landscape Table on CD |
| ☐ Certified Copy of Priority Document(s) | |
| ☐ Reply to Missing Parts/ Incomplete Application | |
| ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | |

| |
|---|
| ☐ After Allowance Communication to TC |
| ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)** |
| ☐ Proprietary Information |
| ☐ Status Letter |
| ☑ Other Enclosure(s) (please Identify below): Return Postcard |

**Remarks**

Please charge Deposit Account No. 50-2263 for any fee(s) due.

Please note that a new attorney docket number (see above) has been assigned to this application.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| **Firm Name** | Silicon Valley Patent Group LLP |
| **Signature** | *David E. Steuber* |
| **Printed name** | David E. Steuber |
| **Date** | 01/04/2006 |
| **Reg. No.** | 25,557 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| | | | |
|---|---|---|---|
| **Signature** | *David E. Steuber* | | |
| **Typed or printed name** | David E. Steuber | **Date** | 01/04/2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 476



OIPE
JAN 0 6 2006
PATENT & TRADEMARK OFFICE

PTO/SB/81 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**POWER OF ATTORNEY**
**and**
**CORRESPONDENCE ADDRESS**
**INDICATION FORM**

| | |
|---|---|
| Application Number | 11/154,894 |
| Filing Date | 06/15/2005 |
| First Named Inventor | Lawrence G. Hopkins |
| Title | Fan Array Fan Section In Air- ... |
| Art Unit | 3744 |
| Examiner Name | Unknown |
| Attorney Docket Number | HTR007-3C US (new) |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

[✓]    Practitioners associated with the Customer Number: | 34036

*OR*

[ ]    Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[✓]    The address associated with the above-mentioned Customer Number:

*OR*

[ ]    The address associated with Customer Number: |

*OR*

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

[✓]    Applicant/Inventor.

[ ]    Assignee of record of the entire interest. See 37 CFR 3.71.
       Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

**SIGNATURE of Applicant or Assignee of Record**

| Signature | *Lawrence G. Hopkins* | Date | 12/21/05 |
|---|---|---|---|
| Name | Lawrence G. Hopkins | Telephone | 503-740-7610 |
| Title and Company | R&D Director, Huntair, Inc. | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓]    *Total of 1_____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 477

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | Hunt:FanArr3 |

26790
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035

**CONFIRMATION NO. 2747**


*OC000000017834936*

Date Mailed: 01/12/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 01/06/2006.

• The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

BERHANU GIRUM
PTOSS (703) 305-0677

OFFICE COPY

CL 478



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US |

34036
SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

**CONFIRMATION NO. 2747**

*OC000000017834943*

Date Mailed: 01/12/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 01/06/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

BERHANU GIRUM
PTOSS (703) 305-0677

OFFICE COPY

CL 479

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 11/154,894 |
| Filing Date | 06/15/2005 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3744 |
| Examiner Name | Unknown |
| Attorney Docket Number | HTR007-3C US |

| | |
|---|---|
| Total Number of Pages in This Submission | 27 |

### ENCLOSURES    *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
  - [ ] Landscape Table on CD

| Remarks |
|---|
| Please charge Deposit Account No. 50-2263 for any fee(s) due. |

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):
  - Return Postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Silicon Valley Patent Group LLP |
|---|---|
| Signature | *David E. Steuber* |
| Printed name | David E. Steuber |
| Date | 01/11/2006 |
| Reg. No. | 25,557 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | *DE Steuber* | | |
|---|---|---|---|
| Typed or printed name | David E. Steuber | Date | 01/11/2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



## In The United States Patent And Trademark Office

| | | | |
|---|---|---|---|
| Inventors: | Lawrence G. Hopkins; ; | | |
| Assignee: | Huntair, Inc. | | |
| Title: | Fan Array Fan Section In Air-Handling Systems | | |
| Serial No.: | 11/154,894 | Filing Date: | 06/15/2005 |
| Examiner: | Unknown | Group Art Unit: | 3744 |
| Docket No.: | HTR007-3C US | Confirmation No: | 2747 |

Santa Clara, California
January 11, 2006

COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.97(b)

Dear Sir:

Pursuant to 37 C.F.R. § 1.56, §1.97 and §1.98, the Applicants submit for consideration in the above-identified patent application the documents listed on the accompanying Form PTO-1449. The Examiner is requested to make these documents of record.

This Information Disclosure Statement is submitted pursuant to 37 CFR §1.97(b) as it within three months of the filing date of a national application other than a continued prosecution application and/or before the mailing of a first Office Action on the merits. Accordingly, no fee is required.

Applicants would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

Applicants also call the Examiner's attention to the following pending U.S. Applications which are related to this application and are listed on the enclosed Form PTO-1449:

Application No. 10/806,775, filed 03/22/2004.

Application No. 11/097,561, filed 03/31/2005.

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Application No. 11/097,561

Applicants presume that the Examiner has access to the file histories of the above U.S. applications and hence to the claims and arguments made in support of and against such claims in those applications. If this presumption is incorrect in any respect, the Applicants request the Examiner to so inform them so that the Applicants may submit copies of any materials that are unavailable to the Examiner.

The information contained in this Information Disclosure Statement is to the best of my knowledge and is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

---

**CERTIFICATE OF MAILING BY "FIRST CLASS"**

I hereby certify that this paper or fee is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. BOX 1450, Alexandria, VA. 22313-1450 on the above date.

David E. Steuber

---

Respectfully submitted,

David E. Steuber
Attorney for Applicants
Reg. No. 25,557

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Application No. 11/097,561

Sheet 1 of 1

| U.S. Department of Commerce, Patent and Trademark Office | | |
|---|---|---|
| Application No.: | 11/154,894 |
| Filing Date: | 06/15/2005 |
| First Named Inventor: | Lawrence G. Hopkins |
| Group Art Unit: | 3744 |
| Examiner Name: | Unknown |
| Confirmation No.: | 2747 |
| Attorney Docket No.: | HTR007-3C US |

INFORMATION DISCLOSURE STATEMENT BY APPLICANT
(use several sheets if necessary)

OIPE
JAN 17 2006
PATENT & TRADEMARK OFFICE

## U.S. Patent Documents

| *Examiner Intials | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 4,651,922 | 04-1987 | Noba | 236 | 35 | |
| | 2. | 4,494,006 | 01-1985 | Staroselsky et al. | 290 | 4 | |
| | 3. | 4,158,527 | 06-1979 | Burkett | 417 | 18 | |
| | 4. | 3,332,621 | 07-1967 | Tanner | 236 | 46 | |
| | 5. | 5,269,660 | 12-1993 | Pradelle | 417 | 18 | |
| | 6. | 2004-0185771A1 | 09-2004 | Hopkins | 415 | 119 | |
| | 7. | 2005-0180846A1 | 08-2005 | Hopkins | | | |

## Foreign Patent Documents

| | | Document | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

## Other Art (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | 8. | AAON worksheet and drawing regarding Borders East Tower job for customer Borders Group, dated 02/26/2001 (2 pages) |
| | 9. | AAON order form, estimating worksheet, and facsimile transmission regarding The Commons job, dated 09/15/1998, 09/30/1998 and 6/30/1998 (3 pages) |
| | 10. | AAON wiring diagram assignment and verification regarding Form Show Arena job, 04/01/2002 (1 page) |
| | 11. | AAON worksheet and drawing regarding Harrison Wills job, both dated 02/26/2002 (2 pages) |
| | 12. | AAON RL Feature Master Number sheet, dated 10/17/2001 (1 page) |
| | 13. | Mammouth Selection Guide for Custom Penthouse (200-410 Tons Cooling-only VAV configurations, 1992 (14 pages) |
| | | |

| Examiner: | Date Considered: |
|---|---|

* Examiner: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with your communication with applicant.

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| Application Number | 11/154,894 |
|---|---|
| Filing Date | 06/15/2005 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3744 |
| Examiner Name | Ninh H. Nyugen |
| Total Number of Pages in This Submission | 4 | Attorney Docket Number | HTR007-3C US |

### ENCLOSURES    *(Check all that apply)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Fee Transmittal Form | ☐ | Drawing(s) | ☐ | After Allowance Communication to TC |
| | ☐ Fee Attached | ☐ | Licensing-related Papers | ☐ | Appeal Communication to Board of Appeals and Interferences |
| ☐ | Amendment/Reply | ☐ | Petition | ☐ | Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| | ☐ After Final | ☐ | Petition to Convert to a Provisional Application | ☐ | Proprietary Information |
| | ☐ Affidavits/declaration(s) | ☐ | Power of Attorney, Revocation Change of Correspondence Address | ☐ | Status Letter |
| ☐ | Extension of Time Request | ☐ | Terminal Disclaimer | ☑ | Other Enclosure(s) (please identify below): |
| ☐ | Express Abandonment Request | ☐ | Request for Refund | | Return Postcard |
| ☑ | Information Disclosure Statement | ☐ | CD, Number of CD(s) _____ | | |
| ☐ | Certified Copy of Priority Document(s) | | ☐ Landscape Table on CD | | |
| ☐ | Reply to Missing Parts/ Incomplete Application | Remarks | | | |
| | ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | Please charge any required fee to Deposit Account No. 50-2263 | | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Silicon Valley Patent Group LLP |
|---|---|
| Signature | *David E. Steuber* |
| Printed name | David E. Steuber |
| Date | 02/22/2006 | Reg. No. | 25,557 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | *D E Steuber* | | |
|---|---|---|---|
| Typed or printed name | David E. Steuber | Date | 02/22/2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 484



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventors: | Lawrence G. Hopkins | | |
| Assignee: | Huntair, Inc. | | |
| Title: | Fan Array Fan Section In Air-Handling Systems | | |
| Serial No.: | 11/154,894 | Filing Date: | 06/152005 |
| Examiner: | Ninh H. Nguyen | Group Art Unit: | 3744 |
| Docket No.: | HTR007-3C US | Confirmation No: | 2747 |

Santa Clara, California
February 22, 2006

MAIL STOP AMENDMENT
COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.97(b)

Dear Sir:

Pursuant to 37 C.F.R. § 1.56, §1.97 and §1.98, the Applicants submit for consideration in the above-identified patent application the documents listed on the accompanying Form PTO-1449.  The Examiner is requested to make these documents of record.

This Information Disclosure Statement is submitted pursuant to 37 CFR §1.97(b) as it within three months of the filing date of a national application other than a continued prosecution application and/or before the mailing of a first Office Action on the merits. Accordingly, no fee is required.

Applicants would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

Applicants presume that the Examiner has access to the file histories of the pending U.S. applications listed on the enclosed Form PTO-1449 and hence to the claims and arguments made in support of and against such claims in those applications.  If this presumption is incorrect in any respect, the Applicants request the Examiner to so inform

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

CL 485

Application No. 11/154,894

them so that the Applicants may submit copies of any materials that are unavailable to the Examiner.

The information contained in this Information Disclosure Statement is to the best of my knowledge and is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

Respectfully submitted,

David E. Steuber
Attorney for Applicants
Reg. No. 25,557

---

**CERTIFICATE OF MAILING BY "FIRST CLASS"**

I hereby certify that this paper or fee is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. BOX 1450, Alexandria, VA. 22313-1450 on the above date.

David E. Steuber

---

SILICON VALLEY
PATENT GROUP LLP

2350 Mission College Blvd.
Suite 360
Santa Clara, CA 95054
(408) 982-8200
FAX (408) 982-8210

Application No. 11/154,894

PTO/SB/08A (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 1 |

**Complete if Known**

| Application Number | 11/154,894 |
|---|---|
| Filing Date | 06/15/2005 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3744 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-3C US |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US-2004/0185771A1 | 09-23-2004 | Hopkins | |
| | 2 | US-2005/0184846A1 | 08-18-2005 | Hopkins | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

CL 487

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 221 | (415/61).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/19 14:50 |
| S2 | 225 | (416/111).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 13:37 |
| S3 | 202 | (416/120).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 13:43 |
| S4 | 330 | (415/60).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 15:44 |
| S5 | 3 | ("5772500" \| "6042474" \| "6252770").PN. | USPAT | OR | ON | 2004/09/09 13:58 |
| S6 | 18 | ("2653803" \| "2878991" \| "2998714" \| "3045450" \| "3150816" \| "3903213" \| "4079665" \| "4239459" \| "4398452" \| "4851162" \| "5042270" \| "5277655" \| "5370576" \| "5598719" \| "5632677" \| "5643082" \| "5658130" \| "5788568").PN. | USPAT | OR | ON | 2004/09/09 14:01 |
| S7 | 4 | ("4185688" \| "4523630" \| "5297990" \| "5370576").PN. | USPAT | OR | ON | 2004/09/09 14:08 |
| S8 | 7514 | fan same array | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:55 |
| S9 | 1078 | (fan same array ) and cool | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:44 |
| S10 | 142 | ((fan same array ) and cool) and (fan same controller) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:53 |

# EAST Search History

| S11 | 1 | 10/343364 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:54 |
|-----|-----|-----------|-----|-----|-----|-----|
| S12 | 6 | (("4767262") or ("5370576") or ("6072397")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/01/24 11:28 |
| S13 | 14566 | fan same air same handl$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S14 | 1091 | S13 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S15 | 164 | S14 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S16 | 330 | S14 and (array or stack$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:20 |
| S17 | 136 | S14 and (fan same (array or stack$3)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:20 |
| S18 | 10 | ("2202731" \| "2401560" \| "2886955" \| "3252508" \| "3882928" \| "3915376").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/06 10:13 |
| S19 | 17 | (("5751549") or ("5727928") or ("5831525") or ("5848230") or ("6000623") or ("6639794") or ("6702665") or ("6725132")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/06 13:23 |

CL 489

# EAST Search History

| S20 | 43 | ("4400654" | "5200684" | "5269660" | "5572403" | "5631852" | "5687079" | "5689159" | "5790430" | "5847524" | "5929577" | "5949646" | "6023402" | "6031717" | "6037732" | "6054823" | "6101459" | "6151023" | "6160358" | "6188973" | "6191957" | "6198176" | "6216235" | "6246969" | "6260155" | "6265841" | "6268664" | "6276900" | "6298449" | "6318965" | "6321348" | "6337630" | "6338150" | "6344985" | "6348873" | "6392372" | "6398505" | "6400113" | "6481974" | "6487463" | "6545438" | "6597972" | "6611117" | "RE35124").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/06 13:27 |
|---|---|---|---|---|---|---|
| S21 | 62 | air same handl$3 same fan same "on" same "off" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:43 |
| S22 | 0 | S21 and controlloer | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:43 |
| S23 | 5 | S21 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |
| S24 | 130 | ninh.xa. and fan | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:49 |
| S25 | 0 | S24 and "ibm" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |
| S26 | 0 | S24 and "IBM" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |

CL 490

# EAST Search History

| S27 | 15 | S24 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:49 |
|---|---|---|---|---|---|---|
| S28 | 8 | (air adj handler) same (noise or sound)same (suppress$3 or absorb$3 or damp$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/19 14:51 |
| S29 | 10 | ("3156233").URPN. | USPAT | OR | ON | 2005/04/19 14:51 |
| S30 | 14429 | fan same (array or stack) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:55 |
| S31 | 4644 | S30 and condition and air | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S32 | 1393 | S31 and controller | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S33 | 1027 | S32 and (building or structure) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S34 | 182 | S33 and ((air adj condition$3) or (air adj handl$3)) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:57 |
| S35 | 191 | (417/3).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:10 |
| S36 | 14 | ("2537094" | "2669321" | "3140590" | "3216648" | "3420069" | "3435822" | "3851695" | "3889484").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/20 11:29 |
| S37 | 141 | (417/423.5).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:29 |
| S38 | 9 | ("4767262" | "4789351" | "4931904" | "5484262" | "5788467" | "5927389" | "5949646" | "6011689" | "6234817").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/20 11:41 |

# EAST Search History

| S39 | 366 | (417/426).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:41 |
|-----|------|-----------------|-------------------------------------------|-----|-----|-------------------|
| S40 | 37 | (("3898019") or ("4241871") or ("4426960") or ("4800653") or ("5136465") or ("5210680") or ("5546272") or ("5572403") or ("5664995") or ("5745041") or ("5787971") or ("5793610") or ("6031717") or ("6386826") or ("6463891") or ("6648590") or ("6675739")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2005/08/03 16:21 |
| S41 | 9 | ("4443387" \| "4476809" \| "4509899" \| "5658130" \| "6059865" \| "6257832" \| "6276900" \| "6293121" \| "6588372").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/03 16:28 |
| S42 | 24099 | (fan or blower) same (multiple or plurality)same control | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:26 |
| S43 | 966 | S42 and "ON" and "OFF" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:26 |
| S44 | 292 | S43 and (control same "ON" same "OFF") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:53 |
| S45 | 26 | S44 and (fan same (row or array)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:27 |
| S46 | 98 | S44 and cool | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:03 |
| S47 | 14930 | (fan or blower) same cool same control | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:04 |

CL 492

# EAST Search History

| S48 | 197 | S47 and (fan same array) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:04 |
|-----|------|--------------------------|-------------------------------------------|-----|-----|------------------|
| S49 | 16 | ("3630003" \| "4426960" \| "4489680" \| "4499865" \| "4539942" \| "4590772" \| "4651922" \| "4698761" \| "4726325" \| "4765284" \| "4977862" \| "5046550" \| "5441099" \| "6076488" \| "6178928" \| "6216778").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:10 |
| S50 | 1270 | "HVAC" and (fan or blower) and controller | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:10 |
| S51 | 324 | S50 and array | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:12 |
| S52 | 7 | S51 and rooftop | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:11 |
| S53 | 0 | (fan same array)and controll and efficiency and program | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:24 |
| S54 | 0 | (fan same array)and controll and efficiency and program | US-PGPUB | OR | ON | 2005/12/01 08:23 |
| S55 | 0 | (fan same array)and controll and efficiency | US-PGPUB | OR | ON | 2005/12/01 08:23 |
| S56 | 0 | (fan same array)and controll | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S57 | 43004 | fan | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S58 | 2192 | S57 same array | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S59 | 1677 | S58 and control | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S60 | 755 | (fan same array)and control and efficiency and program | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:24 |
| S61 | 49 | S60 and (air same handl$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:25 |

CL 493

# EAST Search History

| S62 | 0 | S61 and (on same off) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:26 |
|-----|-----|-----|-----|-----|-----|-----|
| S63 | 29 | S61 and (compartment or chamber) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:26 |
| S64 | 10 | (("4,494,006") or ("5,269,660") or ("4,158,527") or ("3,332,621")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2006/01/23 13:55 |
| S65 | 36074 | fan and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:53 |
| S66 | 1426065 | controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:53 |
| S67 | 7481 | S66 and "on" and "off" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:54 |
| S68 | 98 | S65 and S67 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:55 |
| S69 | 644 | fan same "on" same "off" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:56 |

# EAST Search History

| S70 | 33 | S69 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 14:46 |
|-----|-----|-----|-----|-----|-----|-----|
| S71 | 2 | S70 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:56 |
| S72 | 74190 | fan same (multiple or plurality) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 14:46 |
| S73 | 45779 | S72 and control$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:15 |
| S74 | 8216748 | control$3 or energi$3 or deenergi$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:17 |
| S75 | 45612 | S72 and S74 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:18 |
| S76 | 6775 | S75 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:19 |
| S77 | 22 | S76 and ("on" same "off") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:19 |

CL 495

# EAST Search History

| S78 | 15222 | fan same energi$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
|---|---|---|---|---|---|---|
| S79 | 2439 | S78 and S66 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S80 | 827 | S79 and efficiency | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S81 | 289 | S80 and (fan same multiple or plural or array) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S82 | 3 | ("4967155" \| "5773755" \| "6646877").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 08:41 |
| S83 | 6 | ("2927736" \| "4495545" \| "4817912" \| "5491610" \| "5544012").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 08:48 |
| S84 | 45 | ("3685355" \| "3733900" \| "4052897" \| "4186655" \| "4257318" \| "4392417" \| "4407185" \| "4428529" \| "4437608" \| "4441651" \| "4487363" \| "4530395" \| "4549601" \| "4559835" \| "4630670" \| "4646964" \| "4705457" \| "4836095" \| "4836096" \| "4850264" \| "4862052" \| "4916370" \| "4921164" \| "4931948" \| "4947928" \| "4978896" \| "4978897" \| "4995307" \| "5005636" \| "5019757" \| "5103391" \| "5179524" \| "5279609" \| "5292280" \| "5404934" \| "5418438" \| "5538471" \| "5540555" \| "5540619" \| "5544697" \| "5573181" \| "5592059" \| "5597354" \| "5687052" \| "Re28946").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 09:53 |

CL 496

# EAST Search History

| S85 | 4 | (fan and array and plurality and compartment and efficiency and operat$3 and controller and peak and strategic$3) | US-PGPUB | OR | ON | 2006/01/23 14:01 |
|-----|---|---|---|---|---|---|
| S86 | 1 | ("6792766").URPN. | USPAT | OR | ON | 2006/03/02 14:14 |
| S87 | 8 | ("3628600" \| "4559788" \| "4683942" \| "4843832" \| "4959970" \| "5701750" \| "6298677" \| "6467537").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:14 |
| S88 | 8 | ("3628600" \| "4559788" \| "4683942" \| "4843832" \| "4959970" \| "5701750" \| "6298677" \| "6467537").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:16 |
| S89 | 4 | ("4259847" \| "4501125" \| "4830274" \| "5181653").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:16 |
| S90 | 4 | ("1956707" \| "3653590" \| "4021213").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:17 |
| S91 | 4 | ("3530683" \| "3747361" \| "3877243").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:19 |
| S92 | 6 | ("3332621" \| "5484012" \| "5726874" \| "6247898" \| "6259172").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:29 |
| S93 | 11 | ("6398505").URPN. | USPAT | OR | ON | 2006/03/02 14:30 |

CL 497



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

34036          7590          03/08/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA  95054

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 03/08/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

CL 498

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/154,894 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____ .
2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-20_ is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) _1-20_ is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.
10)☒ The drawing(s) filed on _15 June 2005_ is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some * c)☐ None of:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date _06/15/05,01/17/06._
4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____ .

Application/Control Number: 11/154,894                                    Page 2
Art Unit: 3745

## DETAILED ACTION

### *Double Patenting*

1.     A rejection based on double patenting of the "same invention" type finds its support in the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful process ... may obtain a patent therefor ..." (Emphasis added). Thus, the term "same invention," in this context, means an invention drawn to identical subject matter. See *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957); and *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling or amending the conflicting claims so they are no longer coextensive in scope. The filing of a terminal disclaimer cannot overcome a double patenting rejection based upon 35 U.S.C. 101.

2.     Claims 1, 12, and 16 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of claims 5, 1, and 31 of copending Application No. 10/806,775. This is a provisional double patenting rejection since the conflicting claims have not in fact been patented.

3.     The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.    A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

CL 500

Application/Control Number: 11/154,894                                    Page 3
Art Unit: 3745

4.       Claims [1], [2], [3], [4], [5], [7], [8], [9], [10], [11], [13], [14], [15], [16], [17], [18], [19],

and [20] are provisionally rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claims [1, 31], [1], [2], [3], [4], [7], [8], [9], [10], [21], [25],

[27], [29], [1, 32], [32], [1, 43], [25], and [29], respectively of copending Application No.

10/806,775.  Although the conflicting claims are not identical, they are not patentably distinct

from each other because claims [1, 31], [1], [2], [3], [4], [7], [8], [9], [10], [21], [25], [27], [29],

[1, 32], [32], [1, 43], [25], and [29] of the copending '775 patent application  "anticipates"

application claims [1], [2], [3], [4], [5], [7], [8], [9], [10], [11], [13], [14], [15], [16], [17], [18],

[19], and [20].  Accordingly, application claims [1], [2], [3], [4], [5], [7], [8], [9], [10], [11], [13],

[14], [15], [16], [17], [18], [19], and [20] is not patentably distinct from the copending '775

patent application claim [1, 31], [1], [2], [3], [4], [7], [8], [9], [10], [21], [25], [27], [29], [1, 32],

[32], [1, 43], [25], and [29].  Here, copending '775 application claim 1 requires (A) at least six

fan units (B) arranged in a fan array, (C) the fan array is positioned in an air-handling

compartment; and (D) an array controller; while application claim 1 only requires elements (A),

(B), (C) and (E) the air-handling compartment is positionable within a structure to condition the

air of the structure. It appears that the fan array fan section of claim 1 of the copending '775

application inherently can be positioned within a structure to condition the air of that structure.

Thus it is apparent that the more specific copending '775 application claim 1 encompasses

application claim 1. Following the rationale in In re Goodman cited in the preceding paragraph,

where applicant has once been granted a patent containing a claim for the specific or narrower

invention, applicant may not then obtain a second patent with a claim for the generic or broader

invention without first submitting an appropriate terminal disclaimer.  Note that since

Application/Control Number: 11/154,894                                          Page 4
Art Unit: 3745

Application claim 1 is anticipated by copending '775 application claim 1 and since anticipation

is the epitome of obviousness, then Application claim 1 is obvious over copending '775

application claim 1.

     This is a <u>provisional</u> obviousness-type double patenting rejection.


### *Claim Rejections - 35 USC § 102*

5.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

     A person shall be entitled to a patent unless –

     (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

6.     Claims 1-3, 5, 6, 9, and 14-17 are rejected under 35 U.S.C. 102(b) as being anticipated by

Ray (5,701,750).

     Ray discloses a fan array fan section in an air-handling system (Figs. 1-5) comprising an

air-handling compartment 22 (Fig. 1); a plurality of fan units 1-4; the plurality of fan units

arranged in a fan array (Fig. 1); the fan array having at least one fan unit arranged vertically on at

least one other fan unit; the fan array positioned within the air-handling compartment; and the

air-handling compartment positionable within a structure such that the air-handling system

conditions the air of the structure (Fig. 1);

     wherein the fan array fan section further comprises an array controller to inherently

operate the plurality of fan units at peak efficiency by strategically turning on and off selective

ones of the plurality of fan units;

     wherein the plurality of fan units are arranged in a true array configuration (Fig. 1);

Application/Control Number: 11/154,894                                    Page 5
Art Unit: 3745

wherein each of the plurality of fan units is inherently mounted in a grid system (Fig. 1);

wherein the fan array fan section further comprising an array controller for controlling

the plurality of fan units, the array controller is inherently operates the fan units at a stable

operating point and eliminate the surge effects;

wherein the fan array fan section further comprising an array controller for controlling

the plurality of fan units, the array controller inherently controls the speed of each of the plurality

of fan units to run at substantially peak efficiency;

wherein the fan array fan section further comprising an array controller for operating the

plurality of fan units at peak efficiency by strategically turning on and off selective ones of the

plurality of fan units.


7.      Claims 1-3, 5, 9, and 14-17 are rejected under 35 U.S.C. 102(b) as being anticipated by

Neidhardt et al. (4,021,213).

Neidhardt  discloses a fan array fan section in an air-handling system (Figs. 1-4)

comprising an air-handling compartment 22 (Fig. 2); a plurality of fan units; the plurality of fan

units arranged in a fan array (Fig. 21); the fan array having at least one fan unit arranged

vertically on at least one other fan unit; the fan array positioned within the air-handling

compartment; and the air-handling compartment positionable within a structure 12 such that the

air-handling system conditions the air of the structure (Fig. 1);

wherein the fan array fan section further comprises an array controller to inherently

operate the plurality of fan units at peak efficiency by strategically turning on and off selective

ones of the plurality of fan units (Fig. 4; col. 4, lines 63-67);

Application/Control Number: 11/154,894                                          Page 6
Art Unit: 3745

wherein the plurality of fan units are arranged in a true array configuration (Fig. 1);

wherein each of the plurality of fan units is mounted in a grid system (Fig. 1);

wherein the fan array fan section further comprising an array controller (Fig. 4) for controlling the plurality of fan units, the array controller is inherently operates the fan units at a stable operating point and eliminate the surge effects;

wherein the fan array fan section further comprising an array controller (Fig. 4) for controlling the plurality of fan units, the array controller inherently controls the speed of each of the plurality of fan units to run at substantially peak efficiency;

wherein the fan array fan section further comprising an array controller (Fig. 4) for operating the plurality of fan units by strategically turning on and off selective ones of the plurality of fan units (col. 4, lines 63-67) .

8.      Claims 1 and 10 are rejected under 35 U.S.C. 102(b) as being anticipated by Krofchalk (5,370,576).

Krofchalk discloses a fan array fan section in an air-handling system (Figs. 1-5) comprising an air-handling compartment 18 (Fig.5); a plurality of fan units; the plurality of fan units arranged in a fan array (Fig. 5); the fan array having at least one fan unit arranged vertically on at least one other fan unit; the fan array positioned within the air-handling compartment; and the air-handling compartment positionable within a structure (col. 2, lines 12-18)  such that the air-handling system conditions the air of the structure (Fig. 5);

wherein each of the plurality of fan units has a fan wheel diameter, wherein spacing between the plurality of fan units is less than 60% of the fan wheel diameter (Fig. 5).

Application/Control Number: 11/154,894                                     Page 7

Art Unit: 3745

### *Claim Rejections - 35 USC § 103*

9.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

10.    Claim 4 is rejected under 35 U.S.C. 103(a) as being unpatentable over Ray.

Ray discloses all the limitations except an airway path of less than 72 inches as claimed.

Since the applicant has not disclosed that having an airway path of less than 72 inches

solves any stated problem or is for any particular purpose above the fact that an airway path is

required for the fan array fan section to function properly ,and it appears that the airway path of

the fan array fan system of Ray would perform equally well with the dimensions as defined

claimed by applicant, it would have been an obvious matter of design choice to modify the

airway path of the fan array fan system of Ray by utilizing the specific dimensions as claimed.


11.    Claim 4 is rejected under 35 U.S.C. 103(a) as being unpatentable over Ray in view of

O'connell (3,156,233).

Ray discloses all the limitations except the each of the plurality of fan units is not

positioned within a fan unit chamber having at least one acoustically absorptive insulation

surface as claimed.

O'connell teaches an air handling apparatus comprising a fan chamber 14, a fan 20 and a

motor 26; wherein the fan chamber comprising a layer of filter medium 37 to provide sealing,

vibration absorption and sound attenuation (col. 2, lines 5-11).

CL 505

Application/Control Number: 11/154,894                                    Page 8
Art Unit: 3745

It would have been obvious for a person having ordinary skill in the art at the time of the

invention was made to make the fan array fan section of Ray with a layer of filter material for the

purpose of providing sealing, vibration absorption and sound attenuation as taught by O'connell.

12.    Claim 4 is rejected under 35 U.S.C. 103(a) as being unpatentable over Krofchalk.

Krofchalk discloses all the limitations including a back draft dampener 28 (Fig. 5) for

both fan units. However, Krofchalk does not disclose an array of backdraft dampeners wherein

each backdraft dampener in line with a respective fan unit as claimed.

It would have been obvious for a person having ordinary skill in the art at the time of the

invention was made to make the fan array fan section of Krofchalk with an array of backdraft

dampeners wherein each backdraft dampener in line with a respective fan unit   as an expedience

for providing backdraft dampener for the fans.


### *Prior Art*


The prior art made of record but not relied upon is considered pertinent to applicant's

disclosure and consists of 1 patent.

Osborne et al. (6,792,766) is cited to show a fan array configuration.

CL 506

Application/Control Number: 11/154,894                                    Page 9
Art Unit: 3745

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Ninh Nguyen whose telephone number is (571) 272-4823. The examiner can be normally reached on Monday-Friday from 7:30 A.M. to 5:00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Edward Look, can be reached at (571) 272-4820. The fax number for this group is (571) 273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, please go to http://pair-direct.uspto.gov or contact the Electronic Business center (EBC) at 866-217-9197 (toll-free).

**NINH H. NGUYEN**
**PRIMARY EXAMINER**

Nhn
March 6, 2006

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 11/154,894 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Ninh H. Nguyen | 3745 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-4,021,213 | 05-1977 | Neidhardt et al. | 62/180 |
| * | B | US-5,701,750 | 12-1997 | Ray, Robert W. | 62/160 |
| * | C | US-3,156,233 | 11-1964 | O'CONNELL ALVA D | 126/110R |
| * | D | US-6,792,766 | 09-2004 | Osborne et al. | 62/159 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

# CL 508

Sheet 1 of 1

| U.S. Department of Commerce, Patent and Trademark Office | Application No.: | 11/154,894 |
|---|---|---|
| | Filing Date: | 06/15/2005 |
| | First Named Inventor: | Lawrence G. Hopkins |
| | Group Art Unit: | ~~3744~~ 3745 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (use several sheets if necessary) | Examiner Name: | ~~Unknown~~ N. NGUYEN |
| | Confirmation No.: | 2747 |
| | Attorney Docket No.: | HTR007-3C US |

(Stamp: OIPE IAPS7 JAN 17 2006 PATENT & TRADEMARK)

## U.S. Patent Documents

| *Examiner Intials | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| (initialed) | 1. | 4,651,922 | 04-1987 | Noba | 236 | 35 | |
| | 2. | 4,494,006 | 01-1985 | Staroselsky et al. | 290 | 4 | |
| | 3. | 4,158,527 | 06-1979 | Burkett | 417 | 18 | |
| | 4. | 3,332,621 | 07-1967 | Tanner | 236 | 46 | |
| | 5. | 5,269,660 | 12-1993 | Pradelle | 417 | 18 | |
| | 6. | 2004-0185771A1 | 09-2004 | Hopkins | 415 | 119 | |
| (initialed) | 7. | 2005-0180846A1 | 08-2005 | Hopkins | | | |

## Foreign Patent Documents

| | | Document | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Other Art (Including Author, Title, Date, Pertinent Pages, Etc.)

| (initialed) | 8. | AAON worksheet and drawing regarding Borders East Tower job for customer Borders Group, dated 02/26/2001 (2 pages) |
|---|---|---|
| | 9. | AAON order form, estimating worksheet, and facsimile transmission regarding The Commons job, dated 09/15/1998, 09/30/1998 and 6/30/1998 (3 pages) |
| | 10. | AAON wiring diagram assignment and verification regarding Form Show Arena job, 04/01/2002 (1 page) |
| | 11. | AAON worksheet and drawing regarding Harrison Wills job, both dated 02/26/2002 (2 pages) |
| | 12. | AAON RL Feature Master Number sheet, dated 10/17/2001 (1 page) |
| (initialed) | 13. | Mammouth Selection Guide for Custom Penthouse (200-410 Tons Cooling-only VAV configurations, 1992 (14 pages) |

| Examiner: (signature) | Date Considered: 03/06/06 |
|---|---|

* Examiner: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with your communication with applicant.

CL 509

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 11/154,894 |
| | Filing Date | June 15, 2005 |
| | First Named Inventor | Hopkins |
| | Art Unit | 374 5 |
| | Examiner Name | N. NGUYEN |
| Sheet 1 of 4 | Attorney Docket Number | Hunt:FanArr3 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| ⟨initials⟩ | | US- 3898019 | 08-05-1975 | Reznick et al. | |
| | | US- 4241871 | 12-30-1980 | Newell, III et al. | |
| | | US- 4426960 | 01-24-1984 | Hart | |
| | | US- 4800653 | 01-31-1989 | Steffen | |
| | | US- 5136465 | 08-04-1992 | Benck et al. | |
| | | US- 5210680 | 05-11-1993 | Scheibler | |
| | | US- 5546272 | 08-13-1996 | Moss et al. | |
| | | US- 5572403 | 11-05-1996 | Mills | |
| | | US- 5664995 | 09-09-1997 | O'Keefe | |
| | | US- 5745041 | 04-28-1998 | Moss | |
| | | US- 5787971 | 08-04-1998 | Dodson | |
| | | US- 5793610 | 08-11-1998 | Schmitt et al. | |
| | | US- 6031717 | 02-29-2000 | Baddour et al. | |
| | | US- 6257832 B1 | 07-10-2001 | Lyskowski et al. | |
| | | US- 6386826 B1 | 05-14-2002 | Jacob | |
| | | US- 6463891 B2 | 10-15-2002 | Algrain et al. | |
| | | US- 6,648,590 B2 | 11-18-2003 | Huang et al. | |
| ⟨initials⟩ | | US- 6,675,739 B2 | 01-13-2004 | Terrell et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| ⟨initials⟩ | | EP 0205979 A1 | 12-30-1986 | Mizutani et al. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | ⟨signature⟩ Ninh H. Nguyen | Date Considered | 03/06/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 510

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 11/154,894 |
| | | Filing Date | June 15, 2005 |
| | | First Named Inventor | Hopkins |
| | | Art Unit | 3745 |
| *(Use as many sheets as necessary)* | | Examiner Name | N. NGUYEN |
| Sheet | 2 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| nlw | | US- 4767262 | 08-30-1988 | Simon | |
| | | US- 4133374 | 01-09-1979 | York | |
| | | US- 5632677 | 05-27-1997 | Elkins | |
| | | US- 6155335 | 12-05-2000 | Acre et al. | |
| | | US- 6386969 B1 | 05-14-2002 | O'Brien | |
| | | US- 6388880 B1 | 05-14-2002 | El-Ghobashy et al. | |
| | | US- 6407918 B1 | 06-18-2002 | Edmunds et al. | |
| | | US- 6414845 B2 | 07-02-2002 | Bonet | |
| | | US- 6427455 B1 | 08-06-2002 | Furubayashi | |
| | | US- 6436130 | 08-20-2002 | Philips et al. | |
| | | US- 5370576 | 12-06-1994 | Krofchalk | |
| nlw | | US- 6072397 | 06-06-2000 | Ostrowski | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | Mark H. Nguyen | Date Considered | 03/06/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08b (08-03)
Approved for use through 06/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | | | Complete If Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 11/154,894 |
| | | | | Filing Date | June 15, 2005 |
| | | | | First Named Inventor | Hopkins |
| | | | | Art Unit | 3745 |
| | | | | Examiner Name | N. NGUYEN |
| Sheet | 3 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| QN | | The Parallel and Series Operation, Sunon Group web page, http:// www.sunon.com/english/wealth/tech/tech-06.htm, at least as early as March 15, 2004, 2 pages, Sunon Group, Taiwan. | |
| | | Series and Parallel Fans, HighBeam Research web page, www.//static.highbeam.com/m/machinedesign/january281995/seriesandparallelfans/index.htm, January 26, 1995, 1 page, HighBeam Research, LLC. | |
| | | MCLEOD, IAN, Using Fans in Series and Parallel: Performance Guidelines, ebmpapst web page, http//www.papstplc.com/features/articles/art006&print=true, at least as early as March 15, 2004, 3 pages, emb-Papst Automotive and Drives (UK) Ltd., UK. | |
| | | Technical Bulletin: CLEANPAK M/R/PF Multi/Redundant/Plenum Fan, at least as early as March 15, 2004, 3 pages, CLEANPAK International, Clackamas, Oregon. | |
| | | Installation Operating and Maintenance Manual, 2003, 12 pages, Greenheck Fan Corp., Schofield, Wisconsin. | |
| | | DPL Series - Delhi Plenum Fan: Installation and Maintenance Instructions, November 2001, 2 pages, Delhi Industries Inc., Delhi, Ontario, Canada. | |
| | | AAON, RL Series Rooftop Conditioners, 09/01, 12 pages | |
| | | Jim Parro (Marketing Mananager for AAON) New Promotional Literature The RL Series, 1 page | |
| | | AAON, RL Series 45 to 230 tons Packaged Rooftop Conditioners & Air Handlers | |
| QN | | AAON, Invoice No. 265184, 2/28/02, 1 page. | |

| Examiner Signature | *Minh H. Nguyen* | Date Considered | 03/06/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending on the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BEST AVAILABLE COPY

CL 512

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 11/154,894 |
| | | | Filing Date | June 15, 2005 |
| | | | First Named Inventor | Hopkins |
| | | | Art Unit | 3745 |
| | | | Examiner Name | N. NGUYEN |
| Sheet | 4 | of | 4 | Attorney Docket Number | Hunt:FanArr3 |

| | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| *[initials]* | | AAON, Order Form and Associated Documents, 11/14/01 | |
| *[initials]* | | OSBORNE, W.C. and TURNER, C.G., co-editors, "Woods Practical Guide to Fan Engineering," 1964, cover pages and pages 121, 137-138, 146-148, 208, and 218, Benham and Company, Colchester, England. | |
| *[initials]* | | WILCKE, William F. and MOREY, R. Vance, "Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage," 1999, 8 pages, Regents of the University of Minnesota. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *[signature] N. Nguyen* | Date Considered | 03/06/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BEST AVAILABLE COPY

CL 513

| | Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|---|
| | | 11/154,894 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit |
| | | Ninh H. Nguyen | 3745 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Final | Original | 3/6/06 | | | | | | | | Final | Original | | | | | | | | | Final | Original | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | | |
| | 2 | | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | | |
| | 3 | | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | | |
| | 4 | | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | | |
| | 5 | | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | | |
| | 6 | | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | | |
| | 7 | | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | | |
| | 8 | | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | | |
| | 9 | | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | | |
| | 10 | | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | | |
| | 11 | | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | | |
| | 12 | | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | | |
| | 13 | | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | | |
| | 14 | | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | | |
| | 15 | | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | | |
| | 16 | | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | | |
| | 17 | | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | | |
| | 18 | | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | | |
| | 19 | | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | | |
| | 20 | √ | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | | |
| | 21 | | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | | |
| | 22 | | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | | |
| | 23 | | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | | |
| | 24 | | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | | |
| | 25 | | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | | |
| | 26 | | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | | |
| | 27 | | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | | |
| | 29 | | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | | |
| | 30 | | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | | |
| | 31 | | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | | |
| | 32 | | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | | |
| | 33 | | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | | |

Part of Paper No.  03062006

CL 514

| **Search Notes** | | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|---|
| | | 11/154,894 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit |
| | | Ninh H. Nguyen | 3745 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 415 | 60, 61 | 3/6/2006 | NHN |
| | 108, 177 | | |
| | 119 | | |
| 416 | 120 | | |
| 417 | 3, 423.5 | | |
| | 426 | | |
| 454 | 338 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| East search | 3/6/2006 | NHN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |

Part of Paper No.  03062006

CL 515

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**PATENT APPLICATION EXAMINING OPERATIONS**

| | | |
|---|---|---|
| Appl. No. | : 11/154,894 | Confirmation No. 2747 |
| Applicant | : Hopkins, Lawrence G. | |
| Filed | : 06/15/2005 | |
| TC/A.U. | : 3744 | |
| Examiner | : Nguyen, Nihn H. | |
| Docket No. | : 8887.9999 | |
| Customer No. | : 0152 | |

**AMENDMENT**

1600 ODS Tower
601 S.W. Second Avenue
Portland, OR  97204

September 8, 2006

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Office Action dated March 8, 2006, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** being on page 6 of this paper.

CL 516

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.  (currently amended) A fan array fan section in an air-handling system comprising:

    (a)    an air-handling compartment;

    (b)    a plurality of fan units;

    (c)    said plurality of fan units arranged in a fan array;

    (d)    ~~said fan array having at least one fan unit arranged vertically on at least one other fan unit;~~

    ~~(e)~~ (d) said fan array positioned within said air-handling compartment; ~~and~~

    ~~(f)~~ (e) said air-handling compartment ~~positionable within~~ associated with a structure such that said air-handling system conditions the air of said structure; and

    ~~(g)~~ (f) a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units.

2.  (currently amended)  The fan array section in an air handling system of claim 1, ~~further comprising an,~~ wherein said control system comprises a programmable array controller ~~programmed to operate said plurality of fan units at peak efficiency by strategically turning on and off said selective ones of said plurality of fan units~~.

3.  (original) The fan array fan section in an air-handling system of claim 1, wherein said plurality of fan units are plenum fans.

4.  (original) The fan array fan section in an air-handling system of claim 1, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

5.  (original) The fan array fan section in an air-handling system of claim 1, wherein said plurality of fan units are arranged in a fan array configuration selected from the group consisting of:

    (a)    a true array configuration;

    (b)    a spaced pattern array configuration;

    (c)    a checker board array configuration;

CL 517

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

  (d) rows slightly offset array configuration;

  (e) columns slightly offset array configuration; and

  (f) a staggered array configuration.

6. (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is positioned within a fan unit chamber.

7. (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

8. (original) The fan array section in an air-handling system of claim 1, wherein each of said plurality of fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

9. (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is mounted in a grid system.

10. (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

11. (original) The fan array fan section in an air-handling system of claim 1, further compromising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

12. (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller~~ 2, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

13. (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller for controlling said plurality of fan units to run at substantially peak efficiency by strategically turning selective ones of said plurality of fan units on and off~~ 2, where said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criterion ~~criteria~~ selected from the following group of criteria:

  (a) air volume;

  (b) level of air flow;

  (c) pattern of air flow; and

CL 518

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

      (d)    number of fan units to operate.

14. (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller for controlling said plurality of fan units~~ 2, wherein said array controller is programmed to operate said plurality of fan units to produce a stable operating point and eliminate the surge effects.

15. (currently amended) A ~~The~~ fan array fan section in an air-handling system ~~of claim 1, further~~ comprising:

      (a)    an air-handling compartment;

      (b)    a plurality of fan units;

      (c)    said plurality of fan units arranged in a fan array;

      (d)    said fan array positioned within said air-handling compartment;

      (e)    said air-handling compartment association with a structure such that the said air-handling system conditions the air of said structure; and

      (f)    ~~an array controller~~ a control system for controlling said plurality of fan units, said ~~array controller is programmed to selectively control~~ control system allowing control of ~~each of~~ the speed of the fan units in said plurality of fan units ~~to~~ such that they run at substantially peak efficiency.

16. (canceled)

17. (canceled)

18. (currently amended) The fan array fan section in an air-handling system of claim 21 ~~1, further comprising an array controller~~, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

19. (currently amended) The fan array fan section in an air-handling system of claim 21 ~~1, further compromising an array controller for controlling said plurality of fan units to run at substantially peak efficiency by strategically turning selective ones of said plurality of fan units on and off~~, wherein said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criterion ~~criteria~~ selected from the following group of criteria:

      (a)    air volume;

      (b)    level of air flow;

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

    (c)    pattern of air flow; and

    (d)    number of fan units to operate.

20. (currently amended) A ~~The~~ fan array fan section in an air-handling system ~~of claim 1, further~~ comprising:

    (a)    an air-handling compartment;

    (b)    a plurality of independently controllable fan units;

    (c)    said plurality of fan units arranged in a fan array;

    (d)    said fan array positioned within said air-handling compartment;

    (e)    said air-handling compartment associated with a structure such that said air-handling system conditions the air of said structure; and

    (f)    ~~an array controller~~ a control system for controlling ~~said plurality of fan units, said array controller is programmed to selectively control~~ the speed of ~~each of~~ the fan units in said plurality of fan units ~~to~~ such that they run at substantially peak efficiency.

21. (new) The fan array section in an air-bundling system of claim 15 wherein said control system comprises a programmable array controller.

CL 520

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

## Remarks/Arguments:

Claims 1-20 were pending all of which stand rejected. Claims 1, 2, 12-15 and 18-20 have been amended, and new claim 21 has been added. Claims 16 and 17 have been canceled.

Statutory Double Patenting Rejections

Claims 1, 12 and 16 were provisionally rejected under 35 U.S.C. 101 as claiming the same invention as Claims 5, 1 and 31 of co-pending Application No. 10/806,775.

Claim 1 of Application No. 10/806,775 recites "said at least six fan units." Claim 5 of Application No. 10/806,775 depend from Claim 1. Neither Claim 1 nor Claim 12 of this application recites " at least six fan units." Thus, neither Claim 1 nor Claim 12 of this application is drawn to the "same invention" as Claims 5 and 1 of Application No. 10/806,775. Claim 16 has been canceled.

Nonstatutory Double Patenting Rejections

Claims [1], [2], [3], [4], [5], [7], [8], [9], [10], [11], [13], [14], [15], [16], [17], [18], [19], and [20] were provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over Claims [1,31], [1], [2], [3], [4], [7], [8], [9], [10], [21], [25], [27], [29], [1,32], [32], [1,43], [25], and [29] of co-pending Application No. 10/806,775.

Without conceding the validity of this obviousness-type double patenting rejection, the Applicants have elected to circumvent the rejection by filing a terminal disclaimer with respect to Application No. 10/806,775. The terminal disclaimer, executed by the undersigned, is enclosed.

Claim Rejections- 35 U.S.C. §102

Claims 1-3, 5, 6, 9 and 14-17 were rejected under 35 U.S.C. §102(b) as being anticipated by Ray. Claim 1 has been amended to replace the phrase "array controller programmed to operate" with the phrase "control system for operating." The new phrase is broader than the former phrase. Support for this is found in the first paragraph of page 12 of the specification, and particularly at line 6. Claim 1 was also amended to remove subparagraph (d), and to change the phrase "positionable within" to the phrase "associated with" in subparagraph (f). As will be explained below, patentability of claim 1 does not require these limitations. Finally claim 1 has been amended to add the limitation of a "control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units." Thus claim 1 now includes substantially the limitations that were in original claim 2 but directed to a "control system" rather than an "array controller."

In rejecting Claim 2, the Examiner stated that in Ray "the fan array fan section further comprises an array controller to inherently operate the plurality of fan units at peak efficiency by strategically turning on and off selective ones of the plurality of fan units." The Examiner did not cite any particular passage of Ray in support of this rejection.

Page 6 of 9

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Upon examination, it is clear that Ray does not teach any means to operate a plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of the fan units." Instead, Ray teaches "electronic control circuitry…which causes each of the air supply blowers 1-4 to be operated independently *according to demand as controlled by the respective thermostats*" (col. 4, lines 36-39) (emphasis added). For example, "[w]hen the heat input to zone 4 increases to a predetermined level the thermostat 18 will activate the blower for zone 4, thereby directing air from the conditioned air chamber 24 via conduit 34 into that particular zone" (col. 5, lines 34-38). Turning selective blowers on and off in Ray does not allow operating the plurality of blowers at substantially peak efficiency as is specified in amended claim 1.

Thus, Applicants respectfully submit that Claim 1, as amended, is patentable over Ray. Reconsideration and withdrawal of this rejection is respectfully requested. Claims 2-14 depend from Claim 1 and are likewise patentable for at least this reason.

Claim 15 has been amended in substantially the same manner as claim 1 except that the control system controls the speed of individual fans, rather than turning individual fans off, to cause the plurality of fans to run at substantially peak efficiency. In rejecting Claim 15, the Examiner stated that in Ray "the array controller inherently controls the speed of each of the plurality of fan units to run at substantially peak efficiency." Again, the Examiner did not cite any particular passage of Ray as supporting this rejection.

Ray states that "[t]he return air blower 60 will typically have multiple blower speeds so that the velocity of return air flow though the heat exchange coils can be varied according to the demands of the various zones of the building structure" (col. 5, lines 18-21). As shown in Fig. 2, the return air blower 60 is not a part of the array of fan units 1-4, so this portion of Ray is inapplicable to Claim 15, which recites "said plurality of fan units arranged in a fan array." Return air blower 60 of Ray does not appear to be in an array. Moreover, the above-quoted passage of Ray states that the speed of return air blower 60 is "varied according to the demands of the various zones of the building structure." There is no indication that the speed of return air blower 60 is varied to cause it "to run at substantially peak efficiency."

Ray also teaches "controlling the speed of the thermal zone blower 102 responsive to the temperature that is sensed within the thermal zone within which the thermostat 80 is located" (col. 6, lines 13-16). "During normal heat load within the thermal zone the low range sensor of the thermostat provides a control signal…which…operat[es] the blower at its low speed setting" (col. 6, lines 16-22). "When the thermostat is set for its 'cool' mode and the temperature within the thermal zone of thermostat 80 rises because the heat load is sufficient to overcome low range cooling…high range control signals" are generated to "provide an increased velocity flow of air…to the particular thermal zone to which the zone supply blower is connected for air supply thereto" (col. 6, lines 28-38). In short, there is no indication in Ray that the speed of thermal zone blower 120 is varied to cause it "to run at substantially peak efficiency."

Thus, Applicants respectfully submit that Claim 15 is patentable over Ray. Reconsideration and withdrawal of this rejection is respectfully requested.

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Claims 16 and 17 have been canceled.

Claims 1-3, 5, 6, 9 and 14-17 were also rejected under 35 U.S.C §102(b) as being anticipated by Neidhardt et al. The Examiner stated that in Neidhardt et al. "the fan array fan section further comprises an array controller to inherently operate the plurality of fan units at peak efficiency by strategically turning on and off selective ones of the plurality of fan units (Fig. 4; col. 4, lines 63-67).

At col. 4, lines 63-67, Neidhardt et al. state as follows:

By maintaining the operating fans on, either the inboard fan only or both the inboard and outboard fans, during the cycled interruption of the compressor, frost accumulation on the coil is quickly driven off.

The reference to "the coil" in this passage is apparently intended to refer to evaporator coil 38, shown in Fig. 4 (see col. 4, lines 3, 56). In any case, there is absolutely no teaching in the cited portion (or anywhere else) in Neidhardt et al. of a control system for operating a plurality of the fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units," as recited in amended Claim 1.

Thus, Applicants respectfully submit that Claim 1 is patentable over Neidhardt et al. Reconsideration and withdrawal of this rejection is respectfully requested. Claims 2-14 depend from Claim 1 and are, therefore, likewise patentable for at least this reason.

Claim 15 now recites "a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency." In rejecting Claim 15, the Examiner stated that in Neidhardt et al. "the array controller inherently controls the speed of each of the plurality of fan units such that they run at substantially peak efficiency." The Examiner cited Fig. 4 of Neidhardt et al in support of this rejection. The Applicants have carefully reviewed Fig. 4 and the accompanying description in Neidhardt et al. (col. 3, line 8, to col. 5, line 31) and can find absolutely no teaching or suggestion of an "array controller being programmed to selectively control the speed of each of said plurality of fan units to run at substantially peak efficiency." Nor is any such feature "inherent" in the controller described by Neidhardt et al.

Thus, Applicants respectfully submit that Claim 15 is patentable over Neidhardt et al. Reconsideration and withdrawal of this rejection is respectfully requested.

Claims 1 and 10 were rejected under 35 U.S.C. §102(b) as being anticipated by Krofchalk.

As noted above, the limitation of Claim 2 has substantially been incorporated into Claim 1. Claim 2 was not rejected on the basis of Krofchalk, and therefore Claim 1, as amended, is allowable over Krofchalk. Claim 10 depends from Claim 1 and is therefore also allowable.

CL 523

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Claim Rejections- 35 U.S.C. §103

Claim 4 was rejected under 35 U.S.C. §103(a) as being unpatentable over either Ray or Krofchalk.

For the reasons explained above, Claim 1 is allowable over either Ray or Krofchalk. Since Claim 4 depends from Claim 1, Claim 4 is likewise allowable over either Ray or Krofchalk.

Claim 4 was also rejected under 35 U.S.C §103(a) as being unpatentable over Ray in view of O'Connell. O'Connell was cited as teaching a "fan chamber comprising a layer of filter medium 37 to provide sealing, vibration absorption and sound attenuation (col. 2, lines 5-11)." Since Claim 4 does not recite a "layer of filter medium," it appears that the Examiner may have intended to refer to some other claim, perhaps Claim 8. In any event, both Claims 4 and 8 depend from Claim 1, which as noted above is allowable over Ray. O'Connell does not overcome the defects of Ray insofar as Claim 1 is concerned. For example, O'Connell does not teach or suggest "an array controller programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units." Therefore, Claim 4 (or Claim 8) is allowable over the combination of Ray and O'Connell.

For the above reasons, Applicants respectfully request allowance of Claims 1-15 and 18-21. Should the Examiner have any questions concerning this response, the Examiner is invited to call the undersigned at (503) 227-5631.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Tel. No.: (503) 227-5631

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on September 8, 2006.

Dated: September 8, 2006

Charles D. McClung

Q: temp Amendment- Fan Array Fan Section90806.doc

CL 524

PTO/SB/81 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**POWER OF ATTORNEY**

**and**

**CORRESPONDENCE ADDRESS**

**INDICATION FORM**

| | |
|---|---|
| **Application Number** | 11/154,894 |
| **Filing Date** | June 15, 2005 |
| **First Named Inventor** | |
| **Title** | FAN ARRAY FAN SECTION IN AIR HANDLING SYSTEM |
| **Art Unit** | |
| **Examiner Name** | |
| **Attorney Docket Number** | CDM/8882.9999 |

**I hereby revoke all previous powers of attorney given in the above-identified application.**

I hereby appoint:

☒ Practitioners associated with the Customer Number:     00152

OR

☐ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number:

OR

☐ The address associated with Customer Number:

OR

| ☒ Firm or Individual Name | Charles D. McClung | |
|---|---|---|
| Address | 1600 ODS Tower  601 SW Second Avenue | |
| City | Portland | State   OR | ZIP   97204-3157 |
| Country | USA | |
| Telephone | (503) 227-5631 | Email   chuck@chernofflaw.com |

I am the:

☐ Applicant/Inventor.

☒ Assignee of record of the entire interest.  See 37 CFR 3.71.

*Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)*

**SIGNATURE of Applicant or Assignee of Record**

| Signature | *Kevin W. Donnelly* (signature) | Date | 8/25/2006 |
|---|---|---|---|
| Name | Kevin W. Donnelly | Telephone | (401) 751-1600 |
| Title and Company | Vice President, General Counsel and Secretary - Huntair, Inc. | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CL 525

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**CERTIFICATE UNDER 37 CFR §3.73(b)**

Applicant    : Hopkins, Lawrence G.

App. No.     : 11/154,894

Filed        : 06/15/2005

Title        : FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

(Assignee)   : Huntair Inc., an Oregon corporation
               (Type of Assignee, e.g., corporation, partnership,
               university, government agency, etc.)

certifies that it is the assignee of the entire right, title and interest
in the patent application identified above by virtue of either:

A. [ ]    An assignment from the inventor(s) of the patent application
          identified above.

OR

B. [X]    A chain of title from the inventor(s), of the patent
          application identified above, to the current assignee as shown
          below:

    1.    From: Cleanpak International Inc. To: Huntair Inc.

          The document was recorded in the Patent and Trademark Office at
          Reel 017586, Frame 0137, or for which a copy is attached.

    2.    From: _____  To: _____

          The document was recorded in the Patent and Trademark Office at
          Reel _____, Frame _____, or for which a copy is attached.

    [ ]   Additional documents in the chain of title are listed on a
          supplemental sheet.

    [ ]   Copies of assignments or other documents in the chain of title
          are attached. (Where one or more of the documents is
          unrecorded.)

     The undersigned has reviewed all the documents in the chain of title
of the patent application identified above and, to the best of
undersigned's knowledge and belief, title is in the assignee identified
above.

     The undersigned (whose title is supplied below) is empowered to sign
this Certificate on behalf of the assignee.

     I hereby declare that all statements made herein of my own knowledge
are true, and that all statements made on information and belief are
believed to be true; and further, that these statements are made with the
knowledge that willful false statements, and the like so made, are
punishable by fine or imprisonment, or both, under Section 1001, Title 18
of the United States Code, and that such willful false statements may
jeopardize the validity of the application or any patent issuing thereon.

Date      : September 8, 2006

Name      : Charles D. McClung

Title     : Attorney for the Assignee (copy of Power of Attorney attached)

Signature : _____

Chernoff, Vilhauer, McClung & Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, Oregon  97204-3157
Tel.: (503) 227-5631

CL 526

 **United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help 

**Assignments on the Web > Patent Query**

# Patent Assignment Abstract of Title

*NOTE:Results display only for issued patents and published applications.*
*For pending or abandoned applications please consult USPTO staff.*

**Total Assignments:** 2
**Patent #:** NONE        **Issue Dt:**           **Application #:** 11154894 **Filing Dt:** 06/15/2005
**Publication #:** US20050232753   **Pub Dt:** 10/20/2005
**Inventor:** Lawrence G. Hopkins
**Title:** Fan array fan section in air-handling systems

**Assignment: 1**
**Reel/Frame:** 016702/0901        **Recorded:** 06/15/2005            **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** HOPKINS, LAWRENCE G.              **Exec Dt:** 03/22/2004
**Assignee:** HUNTAIR INC.
11555 SW MYSLONY STREET
TUALATIN, OREGON 97062
**Correspondent:** KAREN DANA OSTER
LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020, 15450 SW BOONES FERRY RD. #9
LAKE OSWEGO, OREGON 97035

**Assignment: 2**
**Reel/Frame:** 017586/0137        **Recorded:** 05/08/2006            **Pages:** 12
**Conveyance:** SECURITY AGREEMENT
**Assignors:** CLEANPAK INTERNATIONAL, INC.        **Exec Dt:** 04/27/2006
HUNTAIR, INC.              **Exec Dt:** 04/26/2006
**Assignee:** UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT
677 WASHINGTON BOULEVARD
STAMFORD, CONNECTICUT 06901
**Correspondent:** CORPORATION SERVICE COMPANY
1133 AVENUE OF THE AMERICAS
SUITE 3100
NEW YORK, NY 10036

Search Results as of: 09/07/2006 06:00 P
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: July 26, 2006 v.1.10

[ HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT ]



# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| **Application Number** | 11/154,894 |
| **Filing Date** | 06/15/2005 |
| **First Named Inventor** | Hopkins, Lawrence G. |
| **Art Unit** | 3744 |
| **Examiner Name** | Nguyen, Nihn H. |

| Total Number of Pages in Submission | 19 | **Attorney Docket Number** | CDM/8887.9999 |
|---|---|---|---|

## ENCLOSURES  *(Check all that apply)*

- ☒ Fee Transmittal Form
  - ☒ Fee Attached
- ☒ Amendment/Reply
  - ☐ After Final
  - ☐ Affidavits/declaration(s)
- ☒ Extension of Time Request
- ☐ Express Abandonment Request
- ☐ Information Disclosure Statement
- ☐ Certified Copy of Priority Document(s)
- ☐ Response to Missing Parts/ Incomplete Application
  - ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

- ☐ Drawing(s)
- ☐ Licensing-related Papers
- ☐ Petition
- ☐ Petition to Convert to a Provisional Application
- ☒ Power of Attorney and Correspondence Address Indication Form
- ☒ Terminal Disclaimer
- ☐ Request for Refund
- ☐ CD, Number of CD(s)_____

Remarks

- ☐ After Allowance communication to Technology Center (TC)
- ☐ Appeal Communication to Board of Appeals and Interferences
- ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- ☐ Proprietary Information
- ☐ Status Letter
- ☒ Other Enclosure(s) (please Identify below):

  Certificate Under 37 CFR §3.73(b); Patent Assignment Abstract of Title; check in the sum of $1,150; return acknowledgement postcard

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Or Individual Name | Charles D. McClung<br>Chernoff, Vilhauer, McClung & Stenzel, LLP<br>1600 ODS Tower<br>601 S.W. Second Avenue<br>Portland, OR  97204 |
|---|---|
| Signature | |
| Date | September 8, 2006 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or Printed Name | Charles D. McClung | | |
|---|---|---|---|
| Signature | | Date | September 8, 2006 |

AdvLegal PTO/SB/21

CL 528

PTO/SB/17 (01-06)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
# for FY 2006

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 1,150.00

| Complete if Known | |
|---|---|
| Application Number | 11/154,894 |
| Filing Date | 06/15/2005 |
| First Named Inventor | Hopkins, Lawrence G. |
| Examiner Name | Nguyen, Nihn H. |
| Art Unit | 3744 |
| Attorney Docket No. | CDM/8887.9999 |

## METHOD OF PAYMENT (check all that apply)

☒ Check   ☐ Credit Card   ☐ Money Order   ☐ None   ☐ Other (please identify) : _____

☒ Deposit Account   Deposit Account Number: 03-1550   Deposit Account Name: Chernoff, Vilhauer, McClung & Stenzel, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☒ Charge fee(s) indicated below          ☐ Charge fee(s) indicated below, **except for the filing fee**

☐ Charge any additional fee(s) or underpayments of fee(s)          ☒ Credit any overpayments
    Under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee($) | Small Entity Fee($) | SEARCH FEES Fee($) | Small Entity Fee($) | EXAMINATION FEES Fee($) | Small Entity Fee($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee($) | | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|---|
| | | | | | Fee ($) | Fee Paid ($) |
| _____ -20 or HP= _____ | _____ x | _____ | = | _____ | _____ | _____ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee($) | | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 3 or HP= _____ | _____ x | _____ | = | _____ |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = _____ | / 50 = _____ | (round **up** to a whole number) x | _____ | = _____ |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification, $130 fee (no small entity discount) | $1,150.00 |
| Other (e.g., late filing surcharge) : Petition for Extension of Time ($1,020); and Terminal Disclaimer fee ($130) | |

## SUBMITTED BY

| Signature | | Registration No. (Attorney/Agent) | 26,568 | Telephone | (503) 227-5631 |
|---|---|---|---|---|---|
| Name (Print/Type) | Charles D. McClung | | | Date | 09.08.2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing this form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/22 (12-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) FY 2005 *(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)* | Docket Number (Optional) CDM/8887.9999 |
|---|---|

| Application Number   11/154,894 | Filed    06/15/2005 |
|---|---|

| For     Hopkins, Lawrence G. | |
|---|---|

| Art Unit    3744 | Examiner    Nguyen, Nihn H. |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | **Fee** | **Small Entity Fee** | |
|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $_____ |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $450 | $225 | $_____ |
| ☒ | Three months (37 CFR 1.17(a)(3)) | $1020 | $510 | $1020 |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1590 | $795 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2160 | $1080 | $_____ |

☐ Applicant claims small entity status. See 37 CFR 1.27.

☒ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to

Deposit Account Number 03-1550 . I have enclosed a duplicate copy of this sheet.
**WARNING: Information on this form may become public.  Credit card information should not be included on this form.  Provide credit card information and authorization on PTO-2038.**

I am the    ☒ applicant/inventor.

☐ assignee of record of the entire interest.  See 37 CFR 3.71
     Statement under 37 CFR 3.73(b) is enclosed.  (Form PTO/SB/96).

☒ attorney or agent of record.  Registration Number 26,568

☐ attorney or agent under 37 CFR 1.34.

     Registration number if acting under 37 CFR 1.34. _____ .

| _Signature_ | September 8, 2006 |
|---|---|
| Signature | Date |
| Charles D. McClung | (503) 227-5631 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☐ Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETEDFORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

09/13/2006 ZTUHHRL  0000009 11154894    1020.00 OP

01 FC:1253    1020.00

CL 530

SEP 11 2006

PTO/SB/25 (07-06)
Approved for use through 09/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION | Docket Number (Optional) CDM/8887.9999 |
|---|---|

In re Application of: **Hopkins, Lawrence G.**

Application No.: **11/154,894**

Filed: **06/15/2005**

For: **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

The owner*, _____**Huntair Inc.**_____, of **100** percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending **reference** Application Number **10/806,775**, filed on **03/22/2004**, as such term is defined in 35 U.S.C. 154 and 173, and as the term of any patent granted on said **reference** application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the **reference** application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of any patent granted on said **reference** application, "as the term of any patent granted on said **reference** application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** application," in the event that: any such patent: granted on the pending **reference** application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

Check either box 1 or 2 below, if appropriate.

1. ☐ For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒ The undersigned is an attorney or agent of record.   Reg. No. **26,568**

| _(signature)_ | 09/08/2006 |
|---|---|
| Signature | Date |
| Charles D. McClung | |
| Typed or printed name | |
| | (503) 227-5631 |
| | Telephone Number |

☒ Terminal disclaimer fee under 37 CFR 1.20(d) is included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this statement. See MEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

09/13/2006 ZJUARR1 0000009 11154894

02 FC:1814    130.00 OP

CL 531

Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875    Effective December 8, 2004

Application or Docket Number: 11154894

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b) or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | * | X$ 25 = | | OR | X$50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * 8 | X100 = | | | X200 = | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| | | | TOTAL | 500 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI- TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI- TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A 4/11/06 | Total (37 CFR 1.16(i)) | 19 | Minus ** 20 | 0 | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | 2 | Minus *** 3 | 0 | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI- TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI- TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| | | | |
|---|---|---|---|
| *Index  f Claims* | **Application/Control N .** | | **Applicant(s)/Patent under Reexamination** |
| | 11/154,894 | | HOPKINS, LAWRENCE G. |
| | **Examiner** | | **Art Unit** |
| | Ninh H. Nguyen | | 3745 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| √ | R jected | − | (Through numeral) Cancelled | N | Non-Elected | A | App al |
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim | | | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 3/6/06 | | | | | | | |
| | (1) | √ | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | (20) | √ | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| | 101 | | | | | | | | |
| | 102 | | | | | | | | |
| | 103 | | | | | | | | |
| | 104 | | | | | | | | |
| | 105 | | | | | | | | |
| | 106 | | | | | | | | |
| | 107 | | | | | | | | |
| | 108 | | | | | | | | |
| | 109 | | | | | | | | |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |
| | 116 | | | | | | | | |
| | 117 | | | | | | | | |
| | 118 | | | | | | | | |
| | 119 | | | | | | | | |
| | 120 | | | | | | | | |
| | 121 | | | | | | | | |
| | 122 | | | | | | | | |
| | 123 | | | | | | | | |
| | 124 | | | | | | | | |
| | 125 | | | | | | | | |
| | 126 | | | | | | | | |
| | 127 | | | | | | | | |
| | 128 | | | | | | | | |
| | 129 | | | | | | | | |
| | 130 | | | | | | | | |
| | 131 | | | | | | | | |
| | 132 | | | | | | | | |
| | 133 | | | | | | | | |
| | 134 | | | | | | | | |
| | 135 | | | | | | | | |
| | 136 | | | | | | | | |
| | 137 | | | | | | | | |
| | 138 | | | | | | | | |
| | 139 | | | | | | | | |
| | 140 | | | | | | | | |
| | 141 | | | | | | | | |
| | 142 | | | | | | | | |
| | 143 | | | | | | | | |
| | 144 | | | | | | | | |
| | 145 | | | | | | | | |
| | 146 | | | | | | | | |
| | 147 | | | | | | | | |
| | 148 | | | | | | | | |
| | 149 | | | | | | | | |
| | 150 | | | | | | | | |

Part of Paper N .  03062006

CL 533

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 11/154,894 | HOPKINS, LAWRENCE  G. |
| | | |

| Document Code - DISQ | Internal Document – DO NOT MAIL |
|---|---|

| TERMINAL DISCLAIMER | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| Date Filed : 09/11/06 | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

JH

U.S. Patent and Trademark Office

CL 534

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 2 | (fan and array and air and handling and unit and structure and peak and efficiency).clm. | US-PGPUB; USPAT | OR | ON | 2006/11/27 08:13 |

CL 535



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | | | |
|---|---|---|---|---|---|
| 34036 | 7590 | 11/29/2006 | | EXAMINER | |
| SILICON VALLEY PATENT GROUP LLP | | | | NGUYEN, NINH H | |
| 2350 MISSION COLLEGE BOULEVARD | | | | ART UNIT | PAPER NUMBER |
| SUITE 360 | | | | 3745 | |
| SANTA CLARA, CA 95054 | | | | DATE MAILED: 11/29/2006 | |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**



PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or <u>Fax</u>   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

| 34036 | 7590 | 11/29/2006 |

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

/

(B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

CL 537

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.   OMB 0651-0033   U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

34036      7590      11/29/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 11/29/2006

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

CL 538

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 11/154,894 | HOPKINS, LAWRENCE  G. |
| | Examiner | Art Unit | |
| | Ninh H. Nguyen | 3745 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.**  This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant.  See 37 CFR 1.313 and MEPE 1308.

1. ☒ This communication is responsive to *the amendment dated 11 September 2006*.

2. ☒ The allowed claim(s) is/are *1-15 and 18-21*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐  All   b) ☐ Some*   c) ☐ None  of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received:  _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below.  Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

      1) ☐ hereto or 2) ☐  to Paper No./Mail Date _____ .

   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 02/27/06

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

**NINH H. NGUYEN**
**PRIMARY EXAMINER**

OIPE
FEB 2 7 2006
PATENT & HH...

PTO/SB/08A (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE
# STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

Sheet | 1 | of | 1

| Complete if Known | |
|---|---|
| Application Number | 11/154,894 |
| Filing Date | 06/15/2005 |
| First Named Inventor | Lawrence G. Hopkins |
| Art Unit | 3744 |
| Examiner Name | Ninh H. Nguyen |
| Attorney Docket Number | HTR007-3C US |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| NN | 1 | US- 2004/0185771A1 | 09-23-2004 | Hopkins | |
| NN | 2 | US- 2005/0184846A1 | 08-18-2005 | Hopkins | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Ninh Nguyen/ | Date Considered | 11/27/2006 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

CL 540

| *Issue Classification* | Application/Control No. 11/154,894 | Applicant(s)/Patent under Reexamination HOPKINS, LAWRENCE G. |
|---|---|---|
| | Examiner Ninh H. Nguyen | Art Unit 3745 |

## ISSUE CLASSIFICATION

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | | **CLAIMED** | | | | **NON-CLAIMED** | | | | |
| 415 | 61 | F | 04 | D | 25 | /16 | | | | | / |
| **CROSS REFERENCES** | | | | | / | | | | | | / |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | / | | | | | | / |
| 415 | 119 | | | | / | | | | | | / |
| 416 | 120 | | | | / | | | | | | / |
| 417 | 3 | 423.5 | 426 | | / | | | | | | / |
| | | | | | / | | | | | | / |

| //////////// | *Ninh H. Nguyen* (signature) | Total Claims Allowed: 19 | |
|---|---|---|---|
| (Assistant Examiner)   (Date) | NINH H. NGUYEN PRIMARY EXAMINER | | |
| *KCooper 11-25-06* | (Primary Examiner)   (Date) *11/27/06* | O.G. Print Claim(s) | O.G. Print Fig. |
| (Legal Instruments Examiner) (Date) | | 1 | 14, 17 |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 6 | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 7 | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 8 | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 9 | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 10 | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 11 | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 12 | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 13 | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| 14 | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| 3 | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| 4 | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| 5 | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| 15 | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| 17 | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| 18 | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| 19 | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 16 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

CL 541

U.S. Patent and Trademark Office        Part of Paper No. 20061127



| **Search Notes** | | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|---|
| | | 11/154,894 | HOPKINS, LAWRENCE G. |
| | | Examiner | Art Unit | |
| | | Ninh H. Nguyen | 3745 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| above | updated | 11/27/2006 | NHN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Updated East search | 11/27/2006 | NHN |
| Interference search history printout | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20061127

CL 542



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 2747**

| SERIAL NUMBER 11/154,894 | FILING OR 371(c) DATE 06/15/2005 RULE | CLASS 415 | GROUP ART UNIT 3745 | ATTORNEY DOCKET NO. HTR007-3C US |
|---|---|---|---|---|

**APPLICANTS**

   Lawrence G. Hopkins, Portland, OR;

** CONTINUING DATA ************************

   This application is a CON of 10/806,775 03/22/2004 PAT 7,137,775 which claims benefit of 60/456,413 03/20/2003
   and claims benefit of 60/554,702 03/20/2004
   and is a CIP of PCT/US04/08578 03/19/2004

** FOREIGN APPLICATIONS ******************* none

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 07/12/2005

| Foreign Priority claimed ☐ yes ☑ no | | | |
|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance | STATE OR COUNTRY OR | SHEETS DRAWING 15 | TOTAL CLAIMS 20 | INDEPENDENT CLAIMS 2 |
| Verified and Acknowledged _____ Examiner's Signature _____ Initials | | | |

**ADDRESS**
34036

**TITLE**

Fan array fan section in air-handling systems

| FILING FEE RECEIVED 500 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

CL 543

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

34036    7590    11/29/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Charles D. McClung (Depositor's name)
_____ (Signature)
December 29, 2006 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

01/04/2007 HDESTA2  00000019 11154894
01 FC:1504       300.00 OP
02 FC:8001         0.00 OP
1400.00 OP

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered attorneys or agents. If no name is listed, no name will be printed.

1  Chernoff, Vilhauer,
2  McClung & Stenzel,
3  LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Huntair Inc.    Tualatin, Oregon

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☑ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☑ Issue Fee
☑ Publication Fee (No small entity discount permitted)
☑ Advance Order - # of Copies   3

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☑ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 03-1550 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.
☑ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date December 29, 2006

Typed or printed name  Charles D. McClung    Registration No. 26,568

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CI.544





## CVMS

LAW OFFICES
CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP

INTELLECTUAL PROPERTY LAW
INCLUDING PATENT, TRADEMARK, COPYRIGHT
AND UNFAIR COMPETITION MATTERS

601 S.W. SECOND AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3157
TELEPHONE: 503-227-5631
FAX: 503-228-4373

• JACOB E. VILHAUER, JR.
• DENNIS E. STENZEL
• CHARLES D. McCLUNG
• DONALD B. HASLETT
• J. PETER STAPLES
• WILLIAM O. GENY
• NANCY J. MORIARTY
• KEVIN L. RUSSELL

DANIEL P. CHERNOFF
(1935-1995)

• TIM A. LONG
• KURT ROHLFS
• BRENNA K. LEGAARD
• SUSAN D. PITCHFORD
• J. DOUGLAS WELLS

• REGISTERED PATENT ATTORNEY

DAVID S. FINE
SENIOR LAW CLERK

December 29, 2006

Our File: 8887.0008

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

> **Re:    U.S. Patent Application Serial No. 11/154,894 of Huntair Inc.
> Entitled FAN ARRAY FAN SECTION IN AIR-HANDLING
> SYSTEMS**

Dear Sir or Madam:

Enclosed is Form PTOL-85B (Issue Fee Transmittal), in duplicate, with regard to the above-identified patent application, along with a check in the amount of $1,709 for payment of the Issue Fee ($1,400), the publication fee ($300), and three advance copies of the patent ($9).

Please mail the patent and address all notices regarding the payment of maintenance fees on the above-identified patent to Chernoff, Vilhauer, McClung & Stenzel, LLP, at the then current address for payor number 00152. A copy of a Power of Attorney to the undersigned is enclosed. The original of the Power of Attorney was filed with the Amendment dated September 8, 2006.

The Commissioner is hereby authorized to charge payment of the foregoing fee, or credit any overpayment, to Deposit Account No. 03-1550. A duplicate copy of this letter is enclosed.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Attorney for Applicant

CDM/lma
Enclosures



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 02/20/2007 | 7179046 | HTR007-3C US | 2747 |

34036      7590      01/31/2007
SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Lawrence G. Hopkins, Portland, OR;

IR103 (Rev. 11/05)

CL 546