**READ AND SAVE THESE INSTRUCTIONS**

PN 463687



GREENHECK
P.O. BOX 410 SCHOFIELD, WISCONSIN 54476-0410
PH. 715-359-6171
www.greenheck.com

**BELT DRIVE**
- **CENTRIFUGAL (BISW, AFSW, BIDW, AFDW)**
- **INDUSTRIAL PROCESS (IPA, IPO, IPW)**
- **PLENUM (QEP)**
- **PLUG (PLG)**

# Installation Operating and Maintenance Manual




**CENTRIFUGAL AND INDUSTRIAL**




**PLUG**



**PLENUM**

## TABLE OF CONTENTS

GENERAL INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . .2
  Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
  Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
  Unit Identification . . . . . . . . . . . . . . . . . . . . . . .2
  Caution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
INSTALLATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
  Centrifugal conditions . . . . . . . . . . . . . . . . .3-4
  Plenum / Plug conditions . . . . . . . . . . . . . . . .5
  Belt Guards . . . . . . . . . . . . . . . . . . . . . . . . . .5
  Bases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
  Rotatable Housing . . . . . . . . . . . . . . . . . . . . .6

Radial Gap Overlap & Wheel Alignment . . . . . . . . . . .6-7
V-Belt Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
UNIT START-UP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
  Additional Information . . . . . . . . . . . . . . . . . . .8
  Vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
ROUTINE MAINTENANCE . . . . . . . . . . . . . . . . . . . . . . . .9
  Motors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
  Bearings . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
  V-Belt Drive . . . . . . . . . . . . . . . . . . . . . . . . . .10
TROUBLESHOOTING . . . . . . . . . . . . . . . . . . . . . . . . . .11
WARRANTY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

**Report any damaged equipment to the shipper immediately!**

All Centrifugal, Industrial Process, Plenum and Plug Fans are shipped on a skid or packaged to minimize damage during shipment. The transporting carrier has the responsibility for delivering all items in their original condition as received from Greenheck. The individual receiving the equipment is responsible for inspecting the unit for obvious or hidden damage, recording any damage on the bill of lading before acceptance and filing a claim (if required) with the final carrier.

BEST AVAILABLE COPY

# GENERAL INFORMATION

To insure a successful installation, the instructions in this manual should be read and adhered to. Failure to comply with proper installation procedures may void the warranty.

## HANDLING

Fans are to be rigged and moved by the lifting brackets provided or by the skid when a forklift is used. See figures below for proper lifting locations. Location of brackets varies by model and size. QEP plenum fans utilize holes located in the framework of the fan. Handle in such a manor as to keep from scratching or chipping the coating. Damaged finish may reduce ability of fan to resist corrosion.

**FANS SHOULD NEVER BE LIFTED BY THE SHAFT, HOUSING, MOTOR, BELT GUARD OR ACCESSORIES.**



## STORAGE

When a fan is not going to be in service for an extended amount of time, certain procedures should be followed to keep the fan in proper operating condition.

- Rotate fan wheel monthly and purge bearings once every three months
- Cover unit with tarp to protect from dirt and moisture (Note: do not use a black tarp as this will promote condensation)
- Energize fan motor once every three months
- Store belts flat to keep them from warping and stretching
- Store unit in location which does not have vibration
- After storage period, purge grease before putting fan into service

If storage of fan is in a humid, dusty or corrosive atmosphere, rotate the fan and purge the bearings once a month. Improper storage which results in damage to the fan will void the warranty.

## UNIT IDENTIFICATION

The tag below is an example of an identification label on the fan. The information provides general details about the fan, as well as containing specific information unique to the unit. When contacting your Greenheck representative with future needs or questions, please have the information on this label available.



Tags are mounted in an area which is clearly visible, usually near the fan outlet on the drive side of the fan. The exact tag location may differ due fan model and size.

Typical mounting locations for identifying tags



Model - General description of fan

S/N - Serial Number assigned by Greenheck, which is a unique identifier for every unit

Mark - Customer supplied identification

2

## CAUTION!

When installing a fan, ensure the proper protective devices are used to protect personnel from moving parts and other hazards. A complete line of protective accessories are available from Greenheck including: inlet guards, outlet guards, belt guards, shaft guards, protective cages and electrical disconnects.

Check local codes to ensure compliance for all protective devices.

For further details on safety practices involving industrial and commercial fans please refer to AMCA Publication 410.

**ELECTRICAL DISCONNECTS**
All fan motors should have disconnects located in close visual proximity to turn off electrical service. Service disconnects shall be locked out when maintenance is being performed.

**MOVING PARTS**
All moving parts must have guards to protect personnel. Refer to local codes for requirements as to the number, type and design. Fully secure fan wheel before performing any maintenance. The fan wheel may start "free wheeling" even if all electrical power has been disconnected. Before the initial start-up or any restart, check the following items to make sure that they are installed and secure.

> **GUARDS ( BELT, SHAFT, INLET, OUTLET)**
> Do not operate fans without proper protective devices in place. Failure to do so may result in serious bodily injury and property damage.
>
> **ACCESS DOORS**
> Before opening access doors ensure the fan wheel has stopped moving and that the wheel has been secured from being able to rotate. Do not operate fan without access door in its fully closed position.

**AIR PRESSURE AND SUCTION**
In addition to the usual hazards associated with rotating machinery, fans also create a dangerous suction at the inlet. Special caution needs to be used when moving around a fan whether it is in operation or not. Before start-up, make sure the inlet area is clear of personnel and loose objects.

# INSTALLATION

Installations with inlet or discharge configurations that deviate from this standard may result in reduced fan performance. Restricted or unstable flow at the fan inlet can cause pre-rotation of incoming air or uneven loading of the fan wheel yielding large system losses and increased sound levels. Free discharge or turbulent flow in the discharge ductwork will also result in system effect losses. Refer to the following diagrams for the most efficient installation conditions.

## CENTRIFUGAL AND INDUSTRIAL PROCESS FANS - INSTALLATIONS

### DUCTED INLET INSTALLATIONS

**Inlet Duct Turns**
Installation of a duct turn or elbow too close to the fan inlet reduces fan performance because air is loaded unevenly into the fan wheel. To achieve full fan performance, there should be at least one fan wheel diameter between the turn or elbow and the fan inlet.

**Inlet Spin**
Inlet spin is a frequent cause of reduced fan performance. The change in fan performance is a function of the intensity of spin and not easily defined. The best solution is proper duct design and airflow patterns.





3

## DUCTED OUTLET INSTALLATIONS

### Discharge Duct Turns

Duct turns located near the fan discharge should always be in the direction of the fan rotation.

Fan performance is reduced when duct turns are made immediately off the fan discharge. To achieve cataloged fan performance there should be at least three equivalent duct diameters of straight ductwork between the fan discharge and any duct turns.

## NON-DUCTED INSTALLATIONS

### Non-Ducted Inlet Clearance

Installation of a fan with an open inlet too close to a wall or bulkhead will cause reduced fan performance. It is desirable to have one fan wheel diameter and a minimum of three-fourths of a wheel diameter between the fan inlet and the wall.



### Free Discharge

Free or abrupt discharge into a plenum results in a reduction in fan performance. The effect of static regain in discharge is not realized.



## CENTRIFUGAL - Outdoor Installation for UL 762 Listed Fans for Restaurant Exhaust

The UL 762 listing for restaurant exhaust is available on BISW fan sizes 7- 73, Arr. 1 and 9 with belt guard and Arr. 10 with weatherhood. UL 762 fans are listed for a maximum operating temperature of 375°F and include a bolted access door and 1" drain connection. An outlet guard is strongly recommended when the fan discharge is accessible. An upblast discharge is recommended. The fan discharge must be a minimum of 40" above the roof line and the exhaust duct must be fully welded to a distance of 18" above the roof surface.



This drawing is for dimensional information only. See the latest edition of NFPA 96 Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations for detailed installation instructions, materials, duct connections and clearances.

4

CL 583

## PLENUM AND PLUG FANS - INSTALLATIONS

### UNHOUSED WHEELS

**Adjacent Walls**
The distance between the fan and walls or ceilings will effect the performance of the fan. The recommended distance between the fan wheel and any wall is a minimum of one - half wheel diameter. Multiple walls reduce the performance even more.

**Side by Side**
When two or more plenum fans are in parallel, there should be at least one fan diameter spacing between the wheels. Applications with less spacing will experience performance losses.





### BELT GUARDS

Greenheck offers four types of customized belt guards dependent upon fan model, arrangement and motor position. The four types of belt guards are shown in illustrations to the right.

If the guard is not purchased from Greenheck, they must be supplied by the installer or owner.



Motor position and fan rotation are determined from drive side



QEP & SW - Arr. 1, 3
(Mtr Pos. W / Z)
SW - Arr. 9, 10
PLG



DW - Arr. 3 (Mtr Pos. W / Z)



QEP & SW - Arr. 1, 3 (Mtr
Pos. X / Y)



DW - Arr. 3 (Mtr Pos. X / Y)

If the belt guard is not factory mounted or was not supplied by Greenheck, then it must be field mounted. **Brackets and mounting hardware are the responsibility of the installer.** The figures below illustrate suggested attachment points for belt guard mounting bracket locations. These locations vary with motor mounting position, arrangement, and fan type. The bearing supports and fan structure are used in most instances and when the motor is not mounted to the fan itself, a bracket should also be located near it. This information is intended as only a guide and actual field conditions may dictate another mounting location for the guard brackets. Refer to local codes for securing guarding.



Mtr. Position: W/Z
Arr. - 1,3



Mtr. Position: X/Y
Arr. - 1,3



Mtr. Position: L/R
Arr. - 9



Mtr. Position: Side

**Suggested Attachment Points**

5

CL 584

## BASES
### (FOUNDATION AND ISOLATION)

Critical to every fan installation is a strong, level foundation. A reinforced poured concrete pad with a structural steel base or inertia base provides an excellent foundation. Structural bases must be sturdy enough, with welded construction, to prevent flexing and vibration.

To eliminate vibration and noise from being transferred to the building, vibration isolators should be used. The fan is mounted directly on the isolation base and must be supported the entire length of the fan base angle (Refer to the installation manual for structural bases if the base was supplied by Greenheck). The isolators are installed between the isolation base and the foundation.

After the fan, isolation base, and isolators are installed, the entire assembly must be leveled. Position the level on the isolation base, not the fan shaft, for proper leveling. Additionally, the motor and fan shafts must be level and parallel relative to each other for proper alignment.



Typical Fan on Isolation Base

## ROTATABLE HOUSINGS

It may be necessary to rotate the scroll of the fan to achieve a different discharge position than what was originally supplied. Centrifugal fans models BISW, AFSW, BIDW, and AFDW (sizes 7 - 30, arr. 1, 9, and 10, class I and II) and Industrial Process fans (sizes 5 - 19, standard and heavy duty) have the flexibility to be rotated in the field. This is accomplished by removing the housing bolts, rotating the housing to a new discharge position, and reinstalling the bolts.

## RADIAL GAP, OVERLAP & WHEEL ALIGNMENT

Efficient fan performance can be maintained by having the correct radial gap, overlap and wheel alignment. These items should be checked after the fan has been in operation for 24 hours and before start-up when the unit has been disassembled. Radial gap and overlap information applies to models: BISW, AFSW, BIDW, AFDW, QEP, and PLG.

### Inlet Cone to Backplate Distance
not QEP (inches)

| Unit Size | A dim. ± Tolerance | |
|---|---|---|
| 7 - 10 | 3 5/8 | ± 1/8 |
| 12 | 4 | ± 1/8 |
| 13 | 4 7/16 | ± 1/8 |
| 15 | 5 | ± 1/8 |
| 16 | 5 7/16 | ± 1/8 |
| 18 | 6 3/8 | ± 1/8 |
| 20 | 7 | ± 3/16 |
| 22 | 7 13/16 | ± 3/16 |
| 24 | 8 5/8 | ± 1/4 |
| 27 | 9 7/16 | ± 1/4 |
| 30 | 10 9/16 | ± 3/8 |
| 33 | 11 7/16 | ± 3/8 |
| 36 | 12 3/4 | ± 3/8 |
| 40 | 14 3/16 | ± 3/8 |
| 44 | 15 8/16 | ± 3/8 |
| 49 | 17 1/8 | ± 1/2 |
| 54 | 18 13/16 | ± 1/2 |
| 60 | 20 15/16 | ± 1/2 |
| 66 | 22 7/8 | ± 1/2 |
| 73 | 25 1/2 | ± 1/2 |

### QEP Inlet Cone to Backplate Distance
(inches)

| Unit Size | A dim. ± Tolerance | |
|---|---|---|
| 12 | 3 1/2 | ± 1/8 |
| 15 | 5 3/8 | ± 1/8 |
| 16 | 5 7/8 | ± 1/8 |
| 18 | 6 1/2 | ± 1/8 |
| 20 | 7 | ± 1/8 |
| 22 | 7 7/8 | ± 1/8 |
| 24 | 8 5/8 | ± 1/8 |
| 27 | 9 1/2 | ± 1/8 |
| 30 | 10 5/8 | ± 1/8 |
| 33 | 11 3/4 | ± 1/8 |
| 36 | 13 | ± 1/8 |
| 40 | 14 1/4 | ± 1/8 |
| 44 | 15 3/4 | ± 1/8 |
| 49 | 17 3/8 | ± 1/8 |
| 54 | 19 1/4 | ± 1/8 |
| 60 | 21 1/4 | ± 1/8 |
| 66 | 23 3/8 | ± 1/8 |
| 73 | 25 7/8 | ± 1/8 |



BISW, AFSW, QEP, PLG

BIDW, AFDW

### RADIAL GAP
Radial gap is adjusted by loosening the inlet cone/ring bolts and centering the cone/ring on the wheel. If additional adjustment is required to maintain a constant radial gap, loosening the bearing bolts and centering wheel is acceptable as a secondary option.

### OVERLAP
Overlap is adjusted by loosening the wheel hub from the shaft and moving the wheel to the desired position along the shaft. The Inlet Cone to Backplate Distance chart lists the distance between the wheel and the inlet cone spacing for non-double width fans. Overlap on double width fans is set by having equal spacing on each side of the wheel.

6

CL 585

## WHEEL ALIGNMENT



Correct wheel alignment for industrial process fans, models IPA, IPO, and IPW is achieved by centering the wheel in the housing.

## V BELT DRIVES

The V-belt drive components, when supplied by Greenheck Fan Corporation, have been carefully selected for this unit's specific operating condition. Caution: changing V-belt drive components could result in unsafe operating conditions which may cause personal injury or failure of the following components: 1. Fan Shaft, 2. Fan Wheel, 3. Bearings, 4. V-belt, 5. Motor.

## V BELT DRIVE INSTALLATION

1. Remove the protective coating from the end of the fan shaft and assure that it is free of nicks and burrs.

2. Check fan and motor shafts for parallel and angular alignment.

3. Slide sheaves on shafts - do not drive sheaves on as this may result in bearing damage.

4. Align fan and motor sheaves with a straight-edge or string and tighten.

5. Place belts over sheaves. Do not pry or force belts, as this could result in damage to the cords in the belts.

6. Adjust the tension until the belts appear snug. Run the unit for a few minutes (see section on unit start-up) and allow the belts to "Set" properly.

7. With the fan off, adjust the belt tension by moving the motor base. (See belt tensioning procedures in the maintenance section of this manual). When in operation, the tight side of the belts should be in a straight line from sheave to sheave with a slight bow on the slack side.



Aligning Sheaves with a Straight Edge





**Improper Sheave Alignment**          **Proper Sheave Alignment**

7

CL 586

# UNIT START UP

1. Disconnect and lock-out all power switches to fan. See warning below.
2. Check all fasteners, set screws and locking collars on the fan, bearings, drive, motor base and accessories for tightness.
3. Rotate the fan wheel by hand and assure no parts are rubbing.
4. Check for bearing alignment and lubrication.
5. Check the V-belt drive for proper alignment and tension.
6. Check the all guarding (if supplied) for being securely attached and not interfering with rotating parts.
7. Check operation of variable inlet vanes or discharge dampers (if supplied) for freedom of movement.
8. Check all electrical connections for proper attachment.
9. Check housing and ductwork, if accessible, for obstructions and foreign material that may damage the fan wheel.

> **WARNING**
> **Disconnect and secure to the "Off" position all electrical power to the fan prior to inspection or servicing. Failure to comply with this safety precaution could result in serious injury or death.**

## ADDITIONAL STEPS FOR INITIAL START-UP

1. Check for proper wheel rotation by momentarily energizing the fan. Rotation is always determined by viewing the wheel from the drive side and should correspond to the rotation decal affixed to the unit. One of the most frequently encountered problems with Centrifugal Fans is motors which are wired to run in the wrong direction. This is especially true with 3-phase installations where the motor will run in either direction, depending on how it has been wired. To reverse rotation of a 3-phase motor, interchange any two of the three electrical leads. Single phase motors can be reversed by changing internal connections as described on the motor label or wiring diagram.

### CW ROTATION





Centrifugal Backward Inclined     Centrifugal Airfoil     Industrial Process Radial Blade

*Always viewed from the drive side.*

2. If the fan has inlet vanes, they should be partially closed to reduce power requirements. This is especially important if the fan is designed for a high temperature application and is being started at room temperature.

3. Fans with multi-speed motors should be checked on low speed during initial start-up.

4. Check for unusual noise, vibration or overheating of bearings. Refer to the "Troubleshooting" section of this manual if a problem develops.

5. Grease may be forced out of the bearing seals during initial start-up. This is a normal self-purging feature of this type of bearing.

CL 587

## VIBRATION

Excessive vibration is the most frequent problem experienced during initial start-up. Left unchecked, excessive vibration can cause a multitude of problems, including structural and/or component failure. The most common sources of vibration are listed below.

1. Wheel Unbalance
2. Drive Pulley Misalignment
3. Incorrect Belt Tension
4. Bearing Misalignment
5. Mechanical Looseness
6. Faulty Belts
7. Drive Component Unbalance
8. Poor Inlet/Outlet Conditions
9. Foundation Stiffness

Many of these conditions can be discovered by careful observation. Refer to the trouble-shooting section of this manual for corrective actions. If observation cannot locate the source of vibration, a qualified technician using vibration analysis equipment should be consulted. If the problem is wheel unbalance, in-place balancing can be done providing there is access to the fan wheel. Any correction weights added to the wheel should be welded to either the wheel back (single plane balance) or to the wheel back and wheel cone (two-plane balance).

Greenheck performs a vibration test on all centrifugal fans before shipping. Three vibration readings are taken on each bearing in the horizontal, vertical, and axial directions. The allowable maximum vibration is 0.15 in/sec. peak velocity filter-in at the fan rpm per AMCA standard 204. These vibration signatures are a permanent record of how the fan left the factory and are available upon request.

Generally, fan vibration and noise is transmitted to other parts of the building by the ductwork. To eliminate this undesirable effect, the use of heavy canvas connectors is recommended. If fireproof material is required, Flexweave 1000 - type FN-30 can be used.

# ROUTINE MAINTENANCE

Once the unit has been put into operation, a routine maintenance schedule should be set up to accomplish the following:

1. Lubrication of bearings and motor.
2. Variable inlet vanes should be checked for freedom of operation and wear.
3. Wheel, housing, bolts and set screws on the entire fan should be checked for tightness.
4. Any dirt accumulation on the wheel or in the housing should be removed to prevent unbalance and possible damage.
5. Isolation bases should be checked for freedom of movement and the bolts for tightness. Springs should be checked for breaks and fatigue. Rubber isolators should be checked for deterioration.
6. Inspect fan impeller and housing looking for fatigue, corrosion, or wear.

When performing any service to the fan, disconnect the electrical supply and secure fan impeller.

> **CAUTION:**
> When operating conditions of the fan are to be changed (speed, pressure, temperature, etc.) consult Greenheck to determine if the unit can operate safely at the new conditions.

# MOTORS

Motor maintenance is generally limited to cleaning and lubrication. Cleaning should be limited to exterior surfaces only. Removing dust and grease buildup on the motor housing assists proper motor cooling. Never wash-down motor with high pressure spray. Greasing of motors is only intended when fittings are provided. Many fractional motors are permanently lubricated for life and require no further lubrication. Motors supplied with grease fittings should be greased in accordance with the manufacturer's recommendations. When motor temperature does not exceed 104°F (40°C), the grease should be replaced after 2000 hours of running time.

9

CL 588

## BEARINGS

The bearings for Greenheck fans are carefully selected to match the maximum load and operating conditions of the specific class, arrangement, and fan size. The instructions provided in this manual and those provided by the bearing manufacturer, will minimize any bearing problems. Bearings are the most critical moving part of the fan, therefore special care is required when mounting them on the unit and maintaining them.

Refer to the following chart and the manufacturers instructions for grease types and intervals for various operating conditions. Never mix greases made with different bases. This will cause a breakdown of the grease and possible failure of the bearing.

### Recommended Bearing Lubrication Schedule for Greenheck Fans

Relubrication Schedule in Months*

| Fan RPM | Bearing Bore (inches) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/2 - 1 | 1 1/8 - 1 1/2 | 1 5/8 - 1 7/8 | 1 15/16 - 2 3/16 | 2 7/16 - 3 | 3 3/16 - 3 1/2 | 3 15/16 - 4 1/2 | 4 15/16 - 5 1/2 |
| To 250 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 3 |
| 500 | 6 | 6 | 6 | 6 | 4 | 3 | 3 | 2 |
| 750 | 6 | 5 | 4 | 3 | 3 | 2 | 2 | 1 |
| 1000 | 6 | 4 | 3 | 2 | 2 | 1 | 1 | 0.5 |
| 1250 | 5 | 3 | 2 | 1 | 1 | 0.5 | 0.5 | 0.25 |
| 1500 | 5 | 2 | 1 | 1 | 0.5 | 0.5 | 0.25 | 0.25 |
| 2000 | 5 | 1 | 1 | 0.5 | 0.25 | 0.25 | 0.25 | |
| 2500 | 4 | 0.5 | 0.5 | 0.25 | 0.25 | 0.25 | | |
| 3000 | 4 | 0.5 | 0.25 | 0.25 | 0.25 | | | |
| 4000 | 3 | 0.25 | 0.25 | 0.25 | 0.25 | | | |
| 5000 | 2 | 0.25 | 0.25 | 0.25 | | | | |

* Suggested initial greasing interval is based on 12 hour per day operation and 150 degree F. maximum housing temperature. For continuous (24 hour) operation, decrease greasing interval by 50%.

- If possible relubricate with grease while in operation, without endangering personnel.
- For ball bearings (operating) relubricate until clean grease is seen purging at the seals. Be careful not to unseat the seal by over lubricating.
- For ball bearings (idle) add 1-2 shots of grease up to 2" bore sizes, and 4-5 shots of grease above 2" bore sizes with hand grease gun.
- For roller bearings relubricate with 4 shots of grease up to 2" bore size, 8 shots for 2"-5" bore size, and 16 shots above 5" bore size with hand grease gun.
- Adjust lubrication frequency based on condition of purged grease.
- A high quality lithium base grease conforming to NLGI Grade 2 consistency, such as those listed below, should be used.

| | | |
|---|---|---|
| MOBILITH SHC 220 | TEXACO MULTIFAK AFB2 | SHELL ALVANIA #2 |
| MOBILITH AW2 | TEXACO PREMIUM RB | EXXON UNIREX N2 |

WARNING: Lubricate bearings prior to periods of extended shutdowns or storage and rotate shaft monthly to aid in preventing corrosion. If the fan is stored more than three months, the bearings should be purged with new grease prior to start-up.

## V-BELT DRIVES

V-belt drives must be checked on a regular basis for wear, tension, alignment and dirt accumulation. Premature or frequent belt failures can be caused by improper belt tension, (either too loose or too tight) or misaligned sheaves. Abnormally high belt tension or drive misalignment will cause excessive bearing loads and may result in failure of the fan and/or motor bearings. Conversely, loose belts will cause squealing on start-up, excessive belt flutter, slippage, and overheated sheaves. Either excessively loose or tight belts may cause fan vibration.

When replacing V-belts on multiple groove drives all belts should be changed to provide uniform drive loading. Do not pry belts on or off the sheave. Loosen belt tension until belts can be removed by simply lifting the belts off the sheaves. After replacing belts, insure that slack in each belt is on the same side of the drive. Belt dressing should never be used.

Do not install new belts on worn sheaves. If the sheaves have grooves worn in them, they must be replaced before new belts are installed.



$$\text{Deflection} = \frac{\text{Belt Span}}{64}$$

Belt Span

The proper tension for operating a V-belt drive is the lowest tension at which the belts will not slip at peak load conditions. For initial tensioning, the proper belt deflection half-way between sheave centers is 1/64" for each inch of belt span. For example, if the belt span is 64 inches, the belt deflection should be 1 inch using moderate thumb pressure at mid-point of the drive. Check belt tension two times during the first 24 hours of operation and periodically thereafter.

CL 589

# TROUBLESHOOTING

| Problem | Cause | Corrective Action |
|---|---|---|
| Excessive Noise | Wheel Rubbing Inlet | Adjust wheel and/or inlet cone. Tighten wheel hub or bearing collars on shaft. |
| | V-Belt Drive | Tighten sheaves on motor/fan shaft. Adjust belt tension. Align sheaves properly (see page 7). Replace worn belts or sheaves. |
| | Bearings | Replace defective bearing(s). Lubricate bearings. Tighten collars and fasteners. |
| | Wheel Unbalance | Clean all dirt off wheel. Check wheel balance, rebalance in-place if necessary. |
| Low CFM | Fan | Check wheel for correct rotation. Increase fan speed.* |
| | Duct System | See page 3. |
| High CFM | Fan | Decrease fan speed. |
| | Duct system | Resize ductwork. Access door, filters, grills not installed. |
| Static Pressure Wrong | Duct system has more or less restriction than anticipated | Change obstructions in system. Use correction factor to adjust for temperature/altitude. Resize ductwork. Clean filters/coils. Change fan speed.* |
| High Horsepower | Fan | Check rotation of wheel. Reduce fan speed. |
| | Duct System | Resize ductwork. Check proper operation of face and bypass dampers. Check filters and access doors. |
| Fan Doesn't Operate | Electrical Supply | Check fuses/circuit breakers. Check for switches turned off or disconnected. Check for correct supply voltage. |
| | Drive | Check for broken belts. Tighten loose pulleys. |
| | Motor | Assure motor is correct horsepower and not tripping overload protector. |
| Overheated Bearing | Lubrication | Check for excessive or insufficient grease in the bearing. |
| | Mechanical | Replace damaged bearing. Relieve excessive belt tension. Align bearings . Check for bent shaft. |
| Excessive Vibration | Belts | Adjust tightness of belts. Replacement belts should be a matched set. |
| | System Unbalance | Check alignment of shaft, motor and pulleys. Adjustable pitch pulleys with motors over 15 hp motors are especially prone to unbalance. Check wheel  balance, rebalance if necessary. |

* Always check motor amps and compare to nameplate rating. Excessive fan speed may overload the motor and result in motor failure. Do not exceed the maximum cataloged rpm of of the fan.

NOTE: Always provide the unit model and serial numbers when requesting parts or service information.

CL 590

## CENTRIFUGAL / INDUSTRIAL
## PARTS DRAWING



### WARRANTY

· Greenheck warrants this equipment to be free from defects in material and workmanship for period of one year from the purchase date. This warranty limits our responsibility to repairing or replacing, to the original purchaser, any part or parts of said equipment found to be defective upon examination by representatives of Greenheck. Additionally, said part or parts will be returned to and received by the factory only after prior authorization, with transportation charges prepaid.

Greenheck shall not be obligated under this warranty, for payment of any delivery, removal or installation charges with regard to repair or replacement of any defective part or parts.

Motors are warranted by the motor manufacturer for a period of one year. Should motors furnished by Greenheck prove defective during this period, they should be returned to the nearest authorized motor service station.



**GREENHECK**
P.O. BOX 410 SCHOFIELD, WISCONSIN 54476-0410
PH. 715-359-6171
www.greenheck.com

PN 463657 Cent. Belt IOM FS
Rev. 1 October 2003
Copyright © Greenheck Fan Corp. 2003

CL 591

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

- ❑ **BLACK BORDERS**

- ❑ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

- ❑ **FADED TEXT OR DRAWING**

- ❑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

- ❑ **SKEWED/SLANTED IMAGES**

- ❑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

- ☑ **GRAY SCALE DOCUMENTS**

- ❑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

- ❑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

- ❑ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

**DELHI INDUSTRIES INC.**    PAGE 1 OF 2

## DPL SERIES - DELHI PLENUM FAN
### INSTALLATION AND MAINTENANCE INSTRUCTIONS
MODELS: DPL-12, DPL-13, DPL-15, DPL-16, DPL-18, DPL-20, DPL-22, DPL-24, DPL-27, DPL-30, DPL-33, DPL-36

Read installation and operation instructions carefully before attempting to install, operate or service DELHI PLENUM FANS. Failure to comply with instructions could result in personal injury and/or property damage. Retain instructions for future reference.

### UNPACKING

Once the packaging has been removed inspect the unit carefully. Check for loose, missing, or damaged parts. Rotate the wheel by hand to ensure the wheel spins freely. Tighten all set screws.

#### Maximum HP Ratings and Shaft Details

| MODEL | DPL-12 | DPL-13 | DPL-15 | DPL-16 | DPL-18 | DPL-20 | DPL-22 | DPL-24 | DPL-27 | DPL-30 | DPL-33 | DPL-36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHAFT DIA. | 1 | 1 | 1 | 1-3/16 | 1-3/16 | 1-3/16 | 1-3/16 | 1-7/16 | 1-7/16 | 1-11/16 | 1-11/16 | 1-15/16 |
| MAX RPM | 3550 | 3200 | 2900 | 2600 | 2300 | 2150 | 1900 | 1750 | 1580 | 1420 | 1300 | 1180 |
| MAX HP | 5 | 5 | 5 | 7-1/2 | 7-1/2 | 10 | 10 | 15 | 15 | 20 | 25 | 30 |

### GENERAL SAFETY INSTRUCTIONS

1   Always disconnect power source before working on or near a motor or its connected load. Lock the power disconnect in the off position and tag to prevent unauthorized application of power.
2   Follow all local and national electrical and safety codes.
3   Blower must be electrically grounded. This can be accomplished by using a separate ground wire connected to the bare metal of blower frame, or other suitable means.
4   Ensure that the power source conforms to the requirements of your equipment.
5   Do not put hands near or allow loose and hanging clothing to be near belts, pulleys, or blower wheel while the unit is running.

### INSTALLATION

Mount blower on solid rigid flat base and secure with suitable fasteners through mounting holes provided in the cabinet frame assembly and motor frame assembly (optional). Use optional vibration isolators if required. Ensure that all fasteners are tight and secure. Double check wheel set screw for tightness and ensure that the wheel rotates freely.





**ADJACENT PLENUM WALLS**          **SIDE BY SIDE PLENUM FANS**

The distance between the fan and walls or ceilings will effect the performance of the fan. The recommended distance between the fan wheel and any wall is a minimum of one - half wheel diameter. Multiple walls reduce the performance even more. When two or more plenums fans are in parallel, there should be at least one fan diameter spacing between the wheels.

Test the fan to ensure the rotation of the wheel is the same as indicated by the arrow marked Rotation.

Note: Wheel Orientation Nomenclature (CW/CCW) is based upon viewing rotation from the drive side.

The illustrated wheels are shown from inlet side.







NOTE ORIENTATION OF BLADES     CW WHEEL     NOTE ORIENTATION OF BLADES     CCW WHEEL

DELHI INDUSTRIES INC., 523 JAMES ST., DELHI, ONTARIO, CANADA  N4B 2Z3  PH:(519)582-2440  FX:(519)582-0581

November 2001

DPLOIPM

BEST AVAILABLE COPY

DELHI INDUSTRIES INC.                                                          PAGE 2 OF 2

## DPL SERIES - DELHI PLENUM FAN
## INSTALLATION AND MAINTENANCE INSTRUCTIONS
MODELS: DPL-12, DPL-13, DPL-15, DPL-16, DPL-18, DPL-20, DPL-22, DPL-24, DPL-27, DPL-30, DPL-33, DPL-36

### BELT TENSION & PULLEY ALIGNMENT

**Proper belt tension and alignment is essential for quiet operation and bearing life. Follow illustrated recommendations on belt installation below.**

**RESILIENT BASE MOUNT MOTORS**
With the belt grasped as shown a total deflection of 1" (1/2" on each side) should be easily attained. See figure 1.



Fig. 1

**PULLEY ALIGNMENT**
Align pulleys with a straight edge to conserve belt life and eliminate unnecessary noise.

NOTE: Pulley alignment may change when adjusting variable pitch pulleys.



CORRECT      WRONG      WRONG

Check tension before start-up, after every pulley adjustment and regularly thereafter.

**RIGID BASE MOTORS - GOOD METHOD**
Release the tension from the belt ensuring there is no slack. Measure the distance between shaft centres. Release the tension from the belt ensuring there is no slack. Measure the distance between shaft centres. Add 1% to the shaft centre distance and adjust the shaft centres until that value is obtained. Example: The untensioned shaft centres on a model DPL-22 fan measures 25-9/16" Tensioned centres = 25-9/16 x 1.01 = 25-13/16" (1/4" extension). See figure 2.

**RIGID BASE MOTORS - BETTER METHOD**
Using a tension gauge, apply 4 lbs of force to the centre of the belt and adjust the tension until a deflection of 1/64" for every inch of shaft centre is obtained. See Figure 3.

**RIGID BASE MOTORS - PERFECT METHOD**
Ideal belt tension is the lowest value under which belt slip will not occur at peak load conditions.

     

Fig. 2          Fig. 3

| MODEL | DPL-12 | DPL-13 | DPL-15 | DPL-16 | DPL-18 | DPL-20 | DPL-22 | DPL-24 | DPL-27 | DPL-30 | DPL-33 | DPL-36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CENTER** | 14/48 | 15.19 | 16.19 | 17.50 | 18.31 | 19.75 | 21.25 | | | | | | |
| **LINE** | 63/83 | 15.89 | 16.69 | 17.94 | 18.81 | 20.25 | 21.75 | 23.94 | 25.69 | 27.75 | 29.75 | 32.06 | 34.81 |
| **DISTANCE** | 137/15 | 15.94 | 16.94 | 18.25 | 19.13 | 20.56 | 22.00 | 24.19 | 26.00 | 28.06 | 30.00 | 32.31 | 35.13 |
| **FOR** | 182/84 | 17.31 | 18.25 | 19.50 | 20.44 | 21.88 | 23.31 | 25.56 | 27.31 | 29.38 | 31.38 | 33.63 | 36.44 |
| **OPTIONAL** | 207/213 | | | | 21.25 | 22.69 | 24.13 | 26.38 | 28.13 | 30.13 | 32.25 | 34.50 | 37.25 |
| **MOTOR** | 25¾/25½ | | | | | | | 27.56 | 29.25 | 31.25 | 33.38 | 35.50 | 38.25 |
| **PLATFORM** | 28¾/28¾ | | | | | | | | | | 34.13 | 36.31 | 39.00 |

### ELECTRICAL
Connect motor in accordance with applicable codes. Provide properly sized motor overload protection to protect motor against electrical faults and system changes. Confirm proper motor rotation on start-up.

### MAINTENANCE
Inspect periodically for mounting rigidity. Verify belt for wear and tension and adjust as required. Inspect wheel for any dust accumulation and clean as indicated.

### LUBRICATION
Cast iron, pillow block, sealed type, bearings are used on all DPL PLENUM FANS. Operating temperature range is -30 to 230 deg. F. Re-lubrication is unnecessary under most operating conditions. If re-lubrication is required, lubricant should be compatible to Shell Alvania #2. (Lithium base - Grade 2)

DELHI INDUSTRIES INC., 623 JAMES ST., DELHI, ONTARIO, CANADA  N4B 2Z3  PH:(519)582-2440  FX:(519)582-0581          November 2001

DPLOIPM

BEST AVAILABLE COPY



*marketing memo*

To: All AAON Sales Representatives                          October 1, 2001

# NEW PROMOTIONAL LITERATURE

## The RL Series
## 40 to 230 Tons for Air Cooled,
## Evaporative Cooled or Water Cooled

Enclosed with this memo are 50 copies of the new RL Series full color promotional literature. Read this over completely. Get ready for the two RL product sessions that will be held here in Tulsa this month to answer all your questions.

Notice the photo on page 2 is an air cooled unit being built in the West Tulsa plant. The centerfold of product features also shows those taken of evaporative cooled models, as well as, many of the common features of all the models.

**RL Product Hi-Lites**
In this session you will see a complete evaporative cooled unit. All of the features will be reviewed in a unique manner that you will be able to "take home with you" in your pocket. You will not forget this presentation.

**RL Software**
The RL product has many of the features that you always expect from AAON. It also will have new and unrivaled features that you must learn how to select and use to our best advantage. The RL software will be extensively demonstrated in this session. With the RL Series you have fan options that will be presented to you by the software, with the corresponding sound levels.

The Unit Rating sheet gives you all the performance information you need including sound information.

The overall dimensional drawing of the selection will also be an output of the software. No guessing or waiting to get information back from the factory to get the customer the dimensional data they always want immediately.

Get your questions ready - Don't miss any of the RL sessions. We look forward to seeing you at the Sales meeting.

Jim Parro
Marketing Manager

2425 South Yukon • Tulsa, Oklahoma 74107 • PH: (918) 583-2266 • FAX: (918) 583-6094

BEST AVAILABLE COPY



# RL Series

# 45 to 230 tons
# Packaged Rooftop Conditioners
# & Air Handlers

# Engineering Specifications
# and Selection Procedures

BEST AVAILABLE COPY

# RL Series

## Meeting Today's Requirements with Full Featured, Energy Efficient Products

AAON® has recognized the increasing requirement for larger and more energy efficient packaged rooftop equipment. The RL Model Series has been designed to build upon the AAON experience as the premier supplier of rooftops.

The RL Series is available in a number of configurations to fit the exact job requirements and all the features that make AAON synonymous with meeting the customer needs.

- **Air Cooled Condensing**
- **Evaporative Cooled Condensing**
- **Water Cooled Condensing**
- **Air Handlers**

## Standard Features

- Complete factory assembled, piped and wired for a single point power connection.
- Specifically designed with sloping top components for outdoor rooftop applications.
- Cabinet construction is entirely of G90 galvanized steel and a 2000 hour salt spray paint finish.
- Double wall construction throughout with 2 inches of insulation.
- The fan wheels are single inlet airfoil type and directly driven by the motor.
- The entire fan and motor assembly is mounted on spring isolators.
- Side access doors with stainless steel hinges and full perimeter gasketing, open against air pressure. Doors are provided to the filters, blower, compressor/control compartment and other items that need periodic maintenance.
- Access doors have latches that are operable from both sides with provisions for a padlock.
- Unit specific color coded wiring diagrams provided in point-to-point and ladder form.
- Diagrams are laminated in plastic and permanently affixed.
- A walk-in compartment that contains the compressors and electrical control panel.
- Multiple scroll compressors are mounted on an isolation deck for quiet and efficient part load operation.
- All damper blades are constructed for low leakage with an extruded aluminum, hollow core, airfoil design with rubber edge and aluminum end seals.

## Optional Features

Many optional design features are available to allow maximum flexibility to meet the various job conditions and applications.

- A wide selection of economizers from simple manually adjustable to fully modulating operation with enthalpy or CO2 controlled.
- Power exhaust and return fans that are also direct driven by the motor.
- A selection of filters from 4 inch pleated to high efficiency cartridge or bag type filters. These may also be furnished in the final filter position.
- Factory mounted and fully integrated energy recovery wheels that have been rated in accordance with ARI Standard 1060 and bear the ARI Certification symbol.
- A wide selection of electric, gas and hydronic heating options can be made.
- Blank sections for field installation of customer selected custom components.
- Smoke and firestats can be selected for the supply and/or return air.
- Marine service lights can be selected for each airstream compartment.
- Factory mounting and wiring of customer supplied controls.

Copyright © 2003 by AAON, Inc.

# Table of Contents

EQUIPMENT  DESCRIPTION ......................................................................................... II
MODEL NUMBER DESCRIPTION ........................................................................... III
OPTIONAL FEATURES DESCRIPTIONS ............................................................. IV-V


EQUIPMENT DATA TABLES
    Nominal Capacities ...................................................................................... 1
    Compressors ................................................................................................ 1
    Condenser Fans and Pumps ...................................................................... 2
    DX Coil Data ................................................................................................ 3
    Chilled Water Coil Data ............................................................................... 4
    Heating Coil Data - Table 6a ...................................................................... 5
    Outside Air Pre-Heat Coil Data -  Table 6b ............................................... 5
    Pre-Heat Coil Data - Table 6c .................................................................... 5
    Electric Heat Data ....................................................................................... 6
    Electric Heat Designations .......................................................................... 6
    Gas Heat Temperature Rise ....................................................................... 7
    Gas Heat Designations ............................................................................... 7
    Economizer Damper Sizing ......................................................................... 8
    Heat Wheel Data ......................................................................................... 8
    Barometric Relief Damper Openings .......................................................... 9
    Filter Data .................................................................................................... 10


HOW TO CREATE AN RL UNIT SELECTION ....................................................... 11


SECTION 15782 - Rooftop Units Specification ..................................................... 28


SAMPLE OUTPUT REPORTS ................................................................................ 39
    Unit Rating .................................................................................................. 40
    Energy Wheel Rating .................................................................................. 41
    Submittal ..................................................................................................... 42
    Axial Fan ..................................................................................................... 43
    Plenum Fan ................................................................................................. 44
Typical Unit Drawings ......................................................................................... 45


ENGINEERING UTILITIES
    Cooling Coil Psychrometrics ...................................................................... 61
    Adiabatic Mixing ......................................................................................... 61
    Mixed Air Conditions .................................................................................. 62
    Fan Law Calculator ..................................................................................... 62
    Single Zone Blow Through System Psychrometrics ................................... 63
    Single Zone Draw Through System Psychrometrics ................................... 63
    Humidifier .................................................................................................... 64
    Heatwheel ................................................................................................... 64
    Langelier Saturation Index Calculator & Evaporative Condenser Cycle Analysis .... 65
    Sensible Heating ........................................................................................ 65
    Sensible Heating  2 .................................................................................... 66
    Steam Piping Pressure Drop ...................................................................... 66
    Water Piping Pressure Drop ....................................................................... 67
    Duct Pressure Drop & Round to Rectangular Converter ............................ 67

**AAON, Inc.**
2425 South Yukon • Tulsa, Oklahoma 74107
Ph: (918) 583-2266 • Fax: (918) 583-6094

## EQUIPMENT DESCRIPTION

### UNIT SELECTION EXAMPLE: MODEL AND FEATURE NUMBER STRUCTURE

| BASE MODEL | | (23) FEATURE OPTIONS DESCRIBED WITH 31 CHARACTERS |
|---|---|---|
| RL - 045 - 3 - Ø - ØAØ2 - 222 | : | A B B E - D Ø Ø - E B E - A Ø Ø - D Ø Ø Ø B Ø Ø |
| | | - Ø Ø - Ø B K Ø Ø Ø Ø Ø B |
| BASE UNIT No. | | ALL FEATURE NUMBERS MUST BE COMPLETED TO PROPERLY IDENTIFY THE UNIT AND TO INSURE PROMPT ORDER PROCESSING. |

### TOTAL UNIT IDENTIFICATION NUMBER

## STANDARD FEATURES INCLUDE

- CABINET CONSTRUCTION IS ENTIRELY OF G90 GALVANIZED STEEL
- EXTERIOR IS FINISHED WITH A 2000 HOUR SALT SPRAY TESTED PAINT
- CONTROLS & COMPRESSORS ARE LOCATED IN A SINGLE, WALK-IN COMPARTMENT
- HERMETICALLY SEALED SCROLL COMPRESSORS
- COMPRESSORS ARE ISOLATED FOR ACOUSTICAL PURPOSES
- SINGLE POINT POWER CONNECTION
- 115v CONTROL CIRCUIT w/ TERMINAL BLOCK
- LOW AMBIENT OPERATION TO 50 DEGREES
- THERMOSTATIC EXPANSION VALVES
- LIQUID LINE FILTER DRIERS
- MANUAL RESET HIGH PRESSURE SWITCHES
- AUTO RESET LOW PRESSURE SWITCHES
- THE BLOWER WHEELS ARE SINGLE INLET AIRFOIL TYPE & DIRECT DRIVE
- DIRECT DRIVE 3 PHASE 1140 RPM TOTALLY ENCLOSED CONDENSER FAN MOTORS
- STAINLESS STEEL PIANO HINGE ON ACCESS DOORS w/ ACCESS LATCHES THAT ARE OPERABLE FROM BOTH SIDES w/ PROVISIONS FOR PAD LOCKS
- TOP IS SLOPED FOR DRAINAGE
- DOUBLE WALL CONSTRUCTION ON THE AIR SIDE
- BOTTOM OR SIDE SUPPLY AIR & RETURN AIR
- MANUALLY ADJUSTED OUTSIDE AIR HOOD (0-25%)
- P-TRAP CONDENSATE DRAIN (field installed)

- RUN TEST REPORT, INSTALLATION MANUAL, WIRING DIAGRAM & START-UP FORM ARE LOCATED IN THE CONTROL ACCESS COMPARTMENT.

It is the intent of *AAON, Inc.* to provide accurate and current specification information. However, in the interest of product improvement, *AAON, Inc.* reserves the right to change pricing, specifications and/or design of it's products without notice, obligation or liablity.

© 2003 *AAON, Inc.*, all rights reserved throughout the world.
*AAON & AAONAIRE* are registered trademarks of *AAON, Inc.*, Tulsa, OK.

1-03



**MODEL MASTER**

RL

**MODEL NUMBER**

| UNIT SIZE | VOLT. | INT. PRO | COOLING | HEATING |

**UNIT SIZE CABINET**

| 045 | A |
| 060 | |
| 070 | |
| 075 | B |
| 095 | 100" WIDE |
| 100 | C |
| 110 | |
| 125 | |
| 135 | |
| 134 | D |
| 155 | 142" WIDE |
| 170 | |
| 190 | E |
| 210 | |
| 230 | |

**VOLTAGE**
- 2 = 230v / 3ø / 60Hz
- 3 = 460V / 3ø / 60Hz
- 4 = 575V / 3ø / 60Hz
- 5 = 208v / 3ø / 60Hz

**INTERIOR PROTECTION:**
- S = STANDARD
- A = INTERIOR Corrosion Protection

**'B' FEATURE HEATING**

**HEAT TYPE**
- 0 = NO HEATING
- 1 = ELECTRIC HEAT
- 2 = NAT. GAS Single Rack (SR)
- 3 = NAT. GAS Double Rack (DR)
- 4 = NAT. GAS-HI ALTITUDE (SR)
- 5 = NAT. GAS-HI ALTITUDE (DR)
- A = STEAM - Standard Coating ①
- B = STEAM - Phenolic Coating ①
- C = STEAM DIST. - Std. Coat.
- D = STEAM DIST. - Phenolic Coat.
- E = HOT WATER - Std. Coat.
- F = HOT WATER - Phenolic Coat.

*Note: ①Caution: NO FREEZING AIR TEMPERATURES.*

**STAGING**
- 0 = NO HEATING
- *GAS & ELECTRIC*
- 1 = 2 STAGE
- 2 = 4 STAGE
- 3 = 8 STAGE
- 4 = 12 STAGE
- *STEAM & HOT WATER*
- H = Single Serpentine(STM or HW)
- J = Half Serpentine (HW)

**DESIGNATION**
- 0 = NO HEATING
- *GAS & ELECTRIC*
- 1 = HEAT 1
- 2 = HEAT 2
- 3 = HEAT 3
- 4 = HEAT 4
- 5 = HEAT 5
- 6 = HEAT 6
- 7 = HEAT 7
- 8 = HEAT 8 (Elect. Heat Only)

- *STEAM & HOT WATER*
- A = 1 Row Coil 'A'
- B = 1 Row Coil 'B'
- C = 1 Row Coil 'C'
- D = 1 Row Coil 'D'
- E = 2 Row Coil 'A'
- F = 2 Row Coil 'B'
- G = 2 Row Coil 'C'
- H = 2 Row Coil 'D'

**'A' FEATURE COOLING**

**STYLE**
- 0 = BLOW Thru -R22 Dual Circuited Comp.
- A = DRAW Thru -R22 Dual Circuited Comp.
- F = BLOW Thru Air Handling Unit w/ Vestibule
- G = DRAW Thru Air Handling Unit w/ Vestibule
- H = BLOW Thru Air Handling Unit w/o Vestibule w/ Front Control Panel
- J = DRAW Thru Air Handling Unit w/o Vestibule w/ Front Control Panel
- K = BLOW Thru Air Handling Unit w/o Vestibule w/ Back Control Panel
- L = DRAW Thru Air Handling Unit w/o Vestibule w/ Back Control Panel
- M = BLOW Thru Air Handling Unit w/o Vestibule w/ End Control Panel
- N = DRAW Thru Air Handling Unit w/o Vestibule w/ End Control Panel
- P = BLOW Thru-R22 Single Circuited Comp.①
- Q = DRAW Thru-R22 Single Circuited Comp.①

*Note: ① Four Compressor Units Only.*

**CONFIGURATION**
- 0 = NO COOLING
- A = Air Cooled w/ 4R Coil - High CFM
- B = Air Cooled w/ 6R Coil - High CFM
- C = Air Cooled w/ 4R Coil - Low CFM
- D = Air Cooled w/ 6R Coil - Low CFM
- E = Evaporative w/ 4R Coil - High CFM
- F = Evap. Cond. w/ 6R Coil - High CFM
- G = Evaporative w/ 4R Coil - Low CFM
- H = Evap. Cond. w/ 6R Coil - Low CFM
- J = Water Cooled w/ 4R Coil - High CFM
- K = Water Cooled w/ 6R Coil - High CFM
- L = Water Cooled w/ 4R Coil - Low CFM
- M = Water Cooled w/ 6R Coil - Low CFM
- U = Chilled Water 4R Coil - High CFM ①
- V = Chilled Water 4R Coil - Low CFM ①
- W = Chilled Water 6R Coil - High CFM ①
- Y = Chilled Water 6R Coil - Low CFM ①
- Z = Chilled Water 8R Coil - High CFM ①
- 1 = Chilled Water 8R Coil - Low CFM ①
- 2 = DX Coil 4R - High CFM ①
- 3 = DX Coil 4R - Low CFM ①
- 4 = DX Coil 6R - High CFM ①
- 5 = DX Coil 6R - Low CFM ①

*Note: ① Air Handling Units Only.*

**COATING**
- 0 = STANDARD
- 1 = PHENOLIC Coated (Evap)
- 2 = STAINLESS Steel Casing (Evap)
- 3 = COPPER FIN (Evap)
- 4 = Option '1' + '2' (Evap)
- 5 = Option '2' + '3' (Evap)
- 6 = Phenolic Ctd (Evap+Cond)
- 7 = Stainless Stl Csng (Evap+Cond)
- 8 = COPPER FIN (Evap+Cond)
- 9 = Option '6' + '7' (Evap+Cond)
- A = Option '7' + '8' (Evap+Cond)
- B = PHENOLIC Coated (Cond)
- C = STAINLESS Steel Casing (Cond)
- D = COPPER FIN (Cond)
- E = Option 'B' + 'C' (Cond)
- F = Option 'C' + 'D' (Cond)

**STAGING**
- 0 = NO COOLING
- 2 = 2 STAGE (Air OR Evap. Cooled)
- 3 = 3 STAGE (Air OR Evap. Cooled)
- 4 = 4 STAGE (Air OR Evap. Cooled)
- 6 = 6 STAGE (Air OR Evap. Cooled)
- 8 = 8 STAGE (Air OR Evap. Cooled)
- A = SINGLE Serpentine 8 FPI (CW)
- B = HALF Serpentine 8 FPI (CW)
- C = 2 STAGE w/ Brazed Plate Cond.
- D = 3 STAGE w/ Brazed Plate Cond.
- E = 4 STAGE w/ Brazed Plate Cond.
- F = 6 STAGE w/ Brazed Plate Cond.
- G = 8 STAGE w/ Brazed Plate Cond.
- H = 2 STAGE w/ Shell & Tube Cond.
- J = 3 STAGE w/ Shell & Tube Cond.
- K = 4 STAGE w/ Shell & Tube Cond.
- L = 6 STAGE w/ Shell & Tube Cond.
- M = 8 STAGE w/ Shell & Tube Cond.
- N = SINGLE Serpentine 10 FPI (CW)
- P = HALF Serpentine 10 FPI (CW)
- Q = SINGLE Serpentine 12 FPI (CW)
- R = HALF Serpentine 12 FPI (CW)

III

CL 600





**REFRIGERATION CTL (7)**
- Ø = STANDARD
- A = MTDR ON & MTDR OFF
- B = 20 STDR
- C = 115v OUTLET FIELD WIRED
- D = 115v OUTLET FACTORY WIRED
- E = Option A + B
- F = Option A + C
- G = Option A + D
- H = Option A + B + C
- J = Option A + B + D
- K = Option B + D
- L = Option B + D

**REFRIGERATION OPTS. (8)**
- Ø = STANDARD
- A = HOT GAS BYPASS Lead Stage (HGBLead)
- B = HOT GAS REHEAT COIL (HGRC)
- C = MODULATING Hot Gas Reheat Coil (MHGR)
- D = HGB LEAD + HGB LAG
- E = HGB LEAD + HGRC
- F = HGB LEAD + MHGR
- G = HGB LEAD + HGB LAG + HGRC
- H = HGB LEAD + HGB LAG + MHGR
- J = SUBCOOLING COIL (Reheat Position)
- K = SUBCOOLING COIL + HGB Lead
- L = SUBCOOLING COIL + HGB Lead + HGB Lag
- M = SinglePoint WaterConnection(Chill Water Units)

**REFRIGERATION ACCESS. (9)**
- Ø = STANDARD
- A = SIGHT GLASS
- B = COMPRESSOR ISOLATION VALVES
- C = Sight Glass + Comp. Iso. Vlvs.

**POWER OPTIONS (10)**
- Ø = STANDARD - POWER BLOCK
- A = POWER SWITCH - (225 AMPS)
- B = POWER SWITCH - (400 AMPS)
- C = POWER SWITCH - (600 AMPS)
- D = POWER SWITCH - (800 AMPS)
- E = POWER SWITCH - (1200 AMPS)

**SAFETY OPTIONS (11)**
- Ø = STANDARD
- A = F/A S/A FIRESTAT
- B = F/A SMOKE DETECTOR
- C = S/A SMOKE DETECTOR
- D = F/A S/A SMOKE DETECTOR
- E = F/A S/A FIRESTAT + R/A SD
- F = F/A S/A FIRESTAT + S/A & R/A SD
- G = F/A S/A FS + S/A & R/A SD

**CONTROLS (12)**
- Ø = STANDARD CONTROLS
- A = LOW LIMIT CONTROLS
- B = PHASE & BROWN OUT PROTECTION
- C = HEATWHEEL DEFROST CONTROL
- D = HEATWHEEL ROTATION DETECTION
- E = Option A + B
- F = Option A + C
- G = Option A + D
- H = Option B + C
- J = Option B + D
- K = Option C + D
- L = Option A + B + C
- M = Option A + C + D
- N = Option A + B + C
- R = Option A + C + D
- S = Option A + C + D
- T = Option B + C + D
- V = Option B + C + D
- U = Option A + B + C + D

**SPECIAL CONTROLS (13)**
- Ø = STANDARD CONTROLS
- A = W973 HONEYWELL CONTROLLER
- B = W7100 HONEYWELL CONTROLLER
- C = W7100 Controller + Expansion Board
- D = VAV UNIT CONTROLLER
- E = CONSTANT VOLUME UNIT CONTROLLER
- F = MAKE UP AIR UNIT CONTROLLER
- G = HEAT COOL Changeover Controller
- H = FIELD Installed DDC Controls (By Others)
- J = FACTORY Installed DDC Controls (By Others)①
- Note: ① Requires SPA.

**PREHEAT OPTIONS (14)**
**A FEATURE - CONFIGURATION**
- Ø = STANDARD (No Preheat)
- C = HOT WATER COIL Preheat O/A
- D = STEAM Distributing Coil Preheat O/A
- E = HOT WATER COIL Preheat (4 Ft Box)
- F = STEAM Distributing Coil Preheat (4 Ft Box)

**14-B FEATURE - SIZING**
- Ø = STANDARD (No Preheat)
- A = HEAT QUANTITY 'A'
- B = HEAT QUANTITY 'B'
- C = HEAT QUANTITY 'C'
- D = HEAT QUANTITY 'D'

**CABINET OPTIONS (16)**
- Ø = STANDARD
- A = STAINLESS Steel Drain Pans
- B = MARINE SERVICE LIGHTS
- C = BASE INSULATION
- D = Option 'A' + 'B'
- E = Option 'A' + 'C'
- F = Option 'B' + 'C'
- G = Option 'A' + 'B' + 'C'

**OPTION BOXES (15)**
- Ø = STANDARD
- A = 2 Ft. Box After HEAT
- B = 2 Ft. Box After COOLING
- C = 2 Ft. Box After PRE FILTER
- D = 2 Ft. Box After RETURN
- E = 4 Ft. Box After HEAT
- F = 4 Ft. Box After COOLING
- G = 4 Ft. Box After PRE FILTER
- H = 4 Ft. Box After RETURN
- J = 6 Ft. Box After HEAT
- K = 6 Ft. Box After COOLING
- L = 6 Ft. Box After PRE FILTER
- M = 6 Ft. Box After RETURN
- N = 8 Ft. Box After HEAT
- P = 8 Ft. Box After COOLING
- Q = 8 Ft. Box After PRE FILTER
- R = 8 Ft. Box After RETURN
- S = 2 Ft. Box After PREHEAT COIL
- T = 4 Ft. Box After PREHEAT COIL
- U = 6 Ft. Box After PREHEAT COIL
- V = 8 Ft. Box After PREHEAT COIL

**CABINET OPTIONS (17)**
- Ø = STANDARD
- A = ACCESS DOOR WINDOWS
- B = BURGLAR BARS
- C = PERF LINER S/A PLENUM
- D = PERF LINER R/A PLENUM
- E = R/A PLENUM SOUND TRAP
- F = Option 'A' + 'B'
- G = Option 'A' + 'C'
- H = Option 'A' + 'D'
- J = Option 'A' + 'E'
- K = Option 'B' + 'C'
- L = Option 'B' + 'D'
- M = Option 'B' + 'E'
- N = Option 'C' + 'D'
- P = Option 'C' + 'E'
- Q = Option 'A' + 'B' + 'C'
- R = Option 'A' + 'B' + 'D'
- S = Option 'A' + 'B' + 'E'
- T = Option 'A' + 'C' + 'D'
- U = Option 'A' + 'C' + 'E'
- V = Option 'B' + 'C' + 'D'
- W = Option 'B' + 'C' + 'E'
- Y = Option 'A' + 'B' + 'C' + 'D'
- Z = Option 'A' + 'B' + 'C' + 'E'

**CUSTOMER CODE (18)**
- Ø = STANDARD

**CODE OPTIONS (19)**
- Ø = STANDARD ETL U.S.A Listing ①
- A = MEA (New York)
- B = CHICAGO CODE (Cool & Gas)
- C = CHICAGO CODE (Cool & Elect Heat)
- D = CHICAGO (Cool Only)
- E = CHICAGO (Gas Heat Only)
- F = CHICAGO CODE (Elect Heat Only)
- G = CHICAGO CODE (No Cool NoHeat)
- H = ETL U.S.A + CANADA Listing
- J = NO ETL
- Note: ① May Require Additional
       Pricing if SPA's Are Used.

**UNIT CONFIG. (20)**
- Ø = STANDARD (One Piece Unit)
- A = Two Piece Unit (Split After Evap.Coil)

**TYPE (23)**
- Ø = STANDARD (Incl. 'GRAY PAINT')
- U = Special Price Auth. & Special Color
      Exterior Paint
- X = SPECIAL PRICE AUTHORIZATION
      (includes 'B' above)

**OPEN (for future exp) (22)**
- Ø = STANDARD

**EVAP. & WATER CONDENSER (21)**
- Ø = STANDARD (No Evap. or Water Condenser)
- A = BASIC PACKAGE (Evap. Cond. or Water Cooled)
- B = LOW AMBIENT Package (Evap.Cond)
- C = BALANCING VALVES (Water Cond)
- D = SINGLE POINT Water Connection (Water Cond)
- E = Insulated Service Vestibule (WaterCond & Elect.Ht)
- F = MOTORIZED SHUT-OFF VALVE (Water Cond)
- G = HEAD PRESSURE CONTROL (Water Cond)
- H = Option 'C' + 'D'
- J = Option 'C' + 'E'
- K = Option 'C' + 'F'
- L = Option 'C' + 'G'
- M = Option 'D' + 'E'
- N = Option 'D' + 'F'
- P = Option 'D' + 'G'
- Q = Option 'E' + 'F'
- R = Option 'E' + 'G'
- S = Option 'F' + 'G'
- T = Option 'C' + 'D' + 'E'
- U = Option 'C' + 'D' + 'F'
- V = Option 'C' + 'D' + 'G'
- W = Option 'D' + 'E' + 'F'
- Y = Option 'D' + 'F' + 'G'
- Z = Option 'E' + 'F' + 'G'
- 1 = Option 'C' + 'D' + 'E' + 'F'
- 2 = Option 'C' + 'D' + 'E' + 'G'
- 3 = Option 'C' + 'D' + 'F' + 'G'
- 4 = Option 'C' + 'E' + 'F' + 'G'
- 5 = Option 'C' + 'D' + 'E' + 'F' + 'G'

1-03

V

# CL 602

# RL Specifications

**Table 1. RL NOMINAL CAPACITIES**

| CABINET WIDTH | CABINET | UNIT | 80/67 EDB/EWB - 95/75 OADB/OAWB | | | |
| | | | EVAP COND CAPACITY | AIR-COOLED CAPACITY | EVAP FACE AREA | DX COIL CFM @ 600 FPM |
|---|---|---|---|---|---|---|
| 100" WIDE | A | 45 | 44.3 | 40.6 | 37.5 | 22,500 |
| | | 60 | 57.0 | 52.8 | 50.0 | 30,000 |
| | | 70 | 67.2 | 60.8 | 50.0 | 30,000 |
| | B | 75 | 74.8 | 68.2 | 53.1 | 31,860 |
| | | 95 | 93.5 | 87.8 | 53.1 | 31,860 |
| | C | 100 | 100.8 | 93.2 | 65.6 | 39,360 |
| | | 110 | 108.4 | 99.3 | 65.6 | 39,360 |
| | | 125 | 125.9 | 116.5 | 71.9 | 43,125 |
| | | 135 | 135.2 | 125.3 | 71.9 | 43,125 |
| 142" WIDE | D | 134 | 132.8 | 123.9 | 79.2 | 47,520 |
| | | 155 | 152.8 | 142.5 | 86.8 | 52,080 |
| | | 170 | 171.5 | 160.5 | 94.4 | 56,640 |
| | E | 190 | 191.1 | 177.4 | 110.7 | 66,420 |
| | | 210 | 210.1 | 193.9 | 118.3 | 70,980 |
| | | 230 | 228.8 | 212.6 | 125.9 | 75,540 |

Table 1 shows the nominal capacities for air cooled DX and evaporatively condensed DX units with a cooling coil face velocity of 600 fpm and entering air conditions of 80/67 F, with ambient conditions of 95/75 F.  Water cooled DX capacities are approximately the same as the evaporatively condensed capacities with a condenser entering water temperature of 85 F at 3.0 gpm/ton.

## Table 2. RL COMPRESSORS

| CABINET WIDTH | CABINET | UNIT | CFM TYPE | COMPRESSOR #1 | COMPRESSOR #2 |
|---|---|---|---|---|---|
| 100" WIDE | A | 45 | HIGH LOW | (4) ZR-108 | -- |
| | | 60 | HIGH LOW | (4) ZR-144 | -- |
| | | 70 | HIGH LOW | (2) ZR-144 | (2) ZR-19 |
| | B | 75 | HIGH LOW | (4) ZR-19 | -- |
| | | 95 | HIGH LOW | (2) ZR-19 | (2) ZR-300 |
| | C | 100 | HIGH LOW | (2) ZR-144 | (4) ZR-19 |
| | | 110 | HIGH LOW | (6) ZR-19 | -- |
| | | 125 | HIGH LOW | (4) ZR-19 | (2) ZR-300 |
| | | 135 | HIGH LOW | (2) ZR-144 | (4) ZR-300 |
| 142" WIDE | D | 134 | HIGH LOW | (4) ZR-19 | (2) ZR-300 |
| | | 155 | HIGH LOW | (2) ZR-19 | (4) ZR-300 |
| | | 170 | HIGH LOW | (6) ZR-300 | -- |
| | E | 190 | HIGH LOW | (4) ZR-19 | (4) ZR-300 |
| | | 210 | HIGH LOW | (2) ZR-19 | (6) ZR-300 |
| | | 230 | HIGH LOW | (8) ZR-300 | -- |

Table 2 shows the compressor types and quantities used in the RL Product Line.

1

CL 603

# RL Specifications

**Table 3. RL CONDENSER FANS AND PUMP**

| CABINET WIDTH | CABINET | UNIT | AIR COOLED CONDENSER | | | | | EVAPORATIVE CONDENSER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FAN #1 | | FAN #2 | | CFM | FAN | | PUMP | | | | CFM |
| | | | QTY | HP | QTY | HP | | QTY | HP | HP | BHP | GPM | HEAD | |
| 100" WIDE | A | 45 | 2 | 2 | | | 30,600 | 1 | 2 | 3 | 2 | 150 | 40 | 16,472 |
| | | 60 | 2 | 3 | | | 34,400 | 1 | 2 | | | 150 | 40 | 11,350 |
| | | 70 | 2 | 3 | | | 33,200 | 2 | 2 | | | 150 | 40 | 16,071 |
| | B | 75 | 3 | 3 | | | 52,800 | 2 | 2 | 3 | 3 | 200 | 40 | 17,688 |
| | | 95 | 4 | 3 | | | 68,000 | 2 | 3 | | | 200 | 40 | 18,772 |
| | C | 100 | 4 | 3 | | | 67,800 | 2 | 3 | 5 | 4 | 275 | 40 | 22,868 |
| | | 110 | 4 | 3 | | | 67,800 | 2 | 3 | | | 275 | 40 | 23,490 |
| | | 125 | 4 | 5 | | | 74,000 | 2 | 3 | | | 275 | 40 | 24,233 |
| | | 135 | 4 | 5 | | | 73,000 | 2 | 3 | | | 275 | 40 | 24,563 |
| 142" WIDE | D | 134 | 5 | 3 | | | 78,000 | 2 | 3 | 5 | 4 | 350 | 40 | 25,758 |
| | | 155 | 4 | 5 | 1 | 3 | 90,100 | 3 | 3 | | | 350 | 40 | 33,240 |
| | | 170 | 4 | 5 | 2 | 3 | 103,000 | 3 | 3 | | | 350 | 40 | 34,213 |
| | E | 190 | 4 | 3 | 2 | 7.5 | 120,000 | 4 | 3 | 7.5 | 6.3 | 450 | 40 | 44,127 |
| | | 210 | 4 | 3 | 2 | 7.5 | 118,400 | 4 | 3 | | | 450 | 40 | 45,225 |
| | | 230 | 4 | 7.5 | 2 | 3 | 135,000 | 4 | 3 | | | 450 | 40 | 46,209 |

Table 3 shows condenser fans and pumps for air cooled and evaporatively condensed RL units.
Water cooled units do not include pumps.

2

# CL 604

# RL Specifications

**Table 5. RL CHILLED WATER COIL DATA**

| CABINET WIDTH | CABINET | UNIT | CFM TYPE | Chilled Water Coil | | | | CFM @ 600 FPM | Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | FIN LENGTH | FIN HEIGHT. | QTY | AREA | | |
| 100" WIDE | A | 45 | HIGH | 86.5 | 31.25 | 2 | 37.5 | 22,526 | Slab |
| | | | LOW | 86.5 | 50 | 1 | 30.0 | 18,021 | Slab |
| | | 60 | HIGH | 86.5 | 41.25 | 2 | 49.6 | 29,734 | Slab |
| | | | LOW | 86.5 | 50 | 1 | 30.0 | 18,021 | Slab |
| | | 70 | HIGH | 86.5 | 41.25 | 2 | 49.6 | 29,734 | Slab |
| | | | LOW | 86.5 | 50 | 1 | 30.0 | 18,021 | |
| | B | 75 | HIGH | 86.5 | 43.75 | 2 | 52.6 | 31,536 | Slab |
| | | | LOW | 86.5 | 57.5 | 1 | 34.5 | 20,724 | |
| | | 95 | HIGH | 86.5 | 43.75 | 2 | 52.6 | 31,536 | Slab |
| | | | LOW | 86.5 | 36.25 | 2 | 43.6 | 26,130 | |
| | C | 100 | HIGH | 86.5 | 36.25 | 3 | 65.3 | 39,195 | Staggered |
| | | | LOW | 86.5 | 43.75 | 2 | 52.6 | 31,536 | Slab |
| | | 110 | HIGH | 86.5 | 36.25 | 3 | 65.3 | 39,195 | Staggered |
| | | | LOW | 86.5 | 43.75 | 2 | 52.6 | 31,536 | Slab |
| | | 125 | HIGH | 86.5 | 40 | 3 | 72.1 | 43,250 | Staggered |
| | | | LOW | 86.5 | 32.5 | 3 | 58.6 | 35,141 | Slab |
| | | 135 | HIGH | 86.5 | 40 | 3 | 72.1 | 43,250 | Staggered |
| | | | LOW | 86.5 | 35 | 3 | 63.1 | 37,844 | |
| 142" WIDE | D | 134 | HIGH | 59 | 32.5 | 6 | 79.9 | 47,938 | Staggered |
| | | | LOW | 59 | 36.25 | 4 | 59.4 | 35,646 | Slab |
| | | 155 | HIGH | 59 | 35 | 6 | 86.0 | 51,625 | Staggered |
| | | | LOW | 59 | 40 | 4 | 65.6 | 39,333 | Slab |
| | | 170 | HIGH | 59 | 36.25 | 6 | 89.1 | 53,469 | Staggered |
| | | | LOW | 59 | 43.75 | 4 | 71.7 | 43,021 | Slab |
| | E | 190 | HIGH | 59 | 32.5 | 8 | 106.5 | 63,917 | Staggered |
| | | | LOW | 59 | 35 | 6 | 86.0 | 51,625 | |
| | | 210 | HIGH | 59 | 35 | 8 | 114.7 | 68,833 | Staggered |
| | | | LOW | 59 | 36.25 | 6 | 89.1 | 53,469 | |
| | | 230 | HIGH | 59 | 36.25 | 8 | 118.8 | 71,292 | Staggered |
| | | | LOW | 59 | 40 | 6 | 98.3 | 59,000 | |

Table 5 contains chilled water coil dimensional data for the RL units. Chilled water coils are available in 8, 10, and 12 fpi. Circuiting options are full and half circuit.

4

CL 605

# RL Specifications

**Table 6a. RL HEATING COIL DATA**

| CABINET WIDTH | CABINET | UNIT | HEATING COIL SIZE 1 Row | HEATING COIL SIZE 2 Row | HEATING COIL QTY. | HW COIL 1/2" TUBES CIRCUITING HALF & FULL FINNED LENGTH | FINNED HEIGHT | FPI | STEAM DISTRIBUTING COILS FIN LENGTH | FIN HEIGHT | FPI | FACE AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100" WIDE | A | 45 | A | E | 1 | 60 | 75 | 10 | 60 | 75 | 10 | 31.3 |
| | | 60 | B | F | 1 | 60 | 60 | 10 | 60 | 60 | 10 | 25.0 |
| | | 70 | C | G | 1 | 48 | 52.5 | 10 | 48 | 52.5 | 10 | 17.5 |
| | | | D | H | 1 | 36 | 42.5 | 10 | 36 | 42 | 10 | 10.5 |
| | B | 75 | A | E | 1 | 60 | 75 | 10 | 60 | 75 | 10 | 31.3 |
| | | | B | F | 1 | 60 | 60 | 10 | 60 | 60 | 10 | 25.0 |
| | | 95 | C | G | 1 | 48 | 52.5 | 10 | 48 | 52.5 | 10 | 17.5 |
| | | | D | H | 1 | 36 | 42.5 | 10 | 36 | 42 | 10 | 10.5 |
| | C | 100 | A | E | 1 | 84 | 75 | 10 | 84 | 75 | 10 | 43.8 |
| | | 110 | B | F | 1 | 60 | 82.5 | 10 | 60 | 82.5 | 10 | 34.4 |
| | | 125 | C | G | 1 | 60 | 60 | 10 | 60 | 60 | 10 | 25.0 |
| | | 135 | D | H | 1 | 48 | 52.5 | 10 | 48 | 52.5 | 10 | 17.5 |
| 142" WIDE | D | 134 | A | E | 2 | 60 | 75 | 10 | 60 | 75 | 10 | 31.3 |
| | | 155 | B | F | 2 | 48 | 65 | 10 | 48 | 66 | 10 | 22.0 |
| | | 170 | C | G | 1 | 60 | 75 | 10 | 60 | 75 | 10 | 31.3 |
| | | | D | H | 1 | 48 | 52.5 | 10 | 48 | 52.5 | 10 | 17.5 |
| | E | 190 | A | E | 2 | 63 | 85 | 10 | 63 | 84 | 10 | 36.8 |
| | | 210 | B | F | 2 | 60 | 75 | 10 | 60 | 75 | 10 | 31.3 |
| | | 230 | C | G | 2 | 48 | 65 | 10 | 48 | 66 | 10 | 22.0 |
| | | | D | H | 1 | 60 | 60 | 10 | 60 | 60 | 10 | 25.0 |

Table 6a contains physical data for hot water and steam coils located in the reheat position

**Table 6b. RL OUTSIDE AIR PRE-HEAT COIL DATA (FEATURE 14A–C&D)**

| CABINET WIDTH | HEATING COIL SIZE | HEATING COIL QTY. | HOT WATER 1/2" TUBES FINNED HEIGHT | FINNED LENGTH | ROWS | FPI | AREA | STEAM DISTRIBUTING 5/8" TUBES FINNED HEIGHT | FIN LENGTH | ROWS | FPI | AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100" WIDE | A | 1 | 32.5 | 90 | 1 | 6 | 20 | 31.5 | 90 | 1 | 6 | 19.7 |
| | B | 1 | 32.5 | 90 | 1 | 10 | 20 | 31.5 | 90 | 1 | 10 | 19.7 |
| | C | 1 | 32.5 | 90 | 2 | 6 | 20 | 31.5 | 90 | 2 | 6 | 19.7 |
| | D | 1 | 32.5 | 90 | 2 | 10 | 20 | 31.5 | 90 | 2 | 10 | 19.7 |
| 142" WIDE | A | 2 | 32.5 | 63 | 1 | 6 | 28 | 31.5 | 63 | 1 | 6 | 27.6 |
| | B | 2 | 32.5 | 63 | 1 | 10 | 28 | 31.5 | 63 | 1 | 10 | 27.6 |
| | C | 2 | 32.5 | 63 | 2 | 6 | 28 | 31.5 | 63 | 2 | 6 | 27.6 |
| | D | 2 | 32.5 | 63 | 2 | 10 | 28 | 31.5 | 63 | 2 | 10 | 27.6 |

Table 6b contains physical data for hot water and steam coils located in the preheat position in the mixed air stream.
If this coil is used in conjunction with a heat wheel it is located down stream of the heat wheel

**Table 6c. RL PRE-HEAT COIL DATA (FEATURE 14A–A&B)**

| CABINET WIDTH | HEATING COIL SIZE | HEATING COIL QTY. | HOT WATER 1/2" TUBES FINNED HEIGHT | FINNED LENGTH | ROWS | FPI | AREA | STEAM DISTRIBUTING 5/8" TUBES FIN HEIGHT | FIN LENGTH | ROWS | FPI | AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100" WIDE | A | 1 | 52.5 | 48 | 1 | 10 | 28.4 | 52.5 | 48 | 1 | 10 | 35.0 |
| | B | 1 | 52.5 | 48 | 2 | 10 | 28.4 | 52.5 | 48 | 2 | 10 | 35.0 |
| | C | 1 | 75 | 84 | 1 | 10 | 28.4 | 75 | 84 | 1 | 10 | 87.5 |
| | D | 1 | 75 | 84 | 2 | 10 | 28.4 | 75 | 84 | 2 | 10 | 87.5 |
| 142" WIDE | A | 2 | 65 | 48 | 1 | 10 | 0.0 | 66 | 48 | 1 | 10 | 0.0 |
| | B | 2 | 65 | 48 | 2 | 10 | 0.0 | 66 | 48 | 2 | 10 | 0.0 |
| | C | 2 | 75 | 60 | 1 | 10 | 0.0 | 75 | 60 | 1 | 10 | 0.0 |
| | D | 2 | 75 | 60 | 2 | 10 | 0.0 | 75 | 60 | 2 | 10 | 0.0 |

Table 6c contains physical data for hot water and steam coils located in the outside air intake. If this coil is used in conjunction with a heat wheel it is located up stream of the heat wheel

CL 606

## RL Specifications

**Table 7. RL ELECTRIC HEAT DATA**

| CABINET WIDTH | CABINET | UNIT | CFM TYPE | EVAP FACE AREA | CFM | TEMPERATURE RISE (°F) QUANTITY OF ELEMENTS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 100" WIDE | A | 45 | HIGH | 37.5 | 22,500 | 6 | 11 | 17 | 22 | 28 | 34 | | | | | | |
| | | | LOW | 29.7 | 8,906 | 14 | 28 | 42 | 57 | 71 | 85 | | | | | | |
| | | 60 | HIGH | 50.0 | 30,000 | 4 | 8 | 13 | 17 | 21 | 25 | | | | | | |
| | | | LOW | 29.7 | 8,908 | 14 | 28 | 42 | 57 | 71 | 85 | | | | | | |
| | | 70 | HIGH | 50.0 | 30,000 | 4 | 8 | 13 | 17 | 21 | 25 | | | | | | |
| | | | LOW | 29.7 | 8,906 | 14 | 28 | 42 | 57 | 71 | 85 | | | | | | |
| | B | 75 | HIGH | 53.1 | 31,875 | 4 | 8 | 12 | 16 | 20 | 24 | Not Available | | | | | |
| | | | LOW | 35.0 | 10,500 | 12 | 24 | 36 | 48 | 60 | 72 | | | | | | |
| | | 95 | HIGH | 53.1 | 31,860 | 4 | 8 | 12 | 16 | 20 | 24 | | | | | | |
| | | | LOW | 43.8 | 13,125 | 10 | 19 | 29 | 38 | 48 | 58 | | | | | | |
| | C | 100 | HIGH | 65.6 | 39,375 | 3 | 6 | 10 | 13 | 16 | 19 | | | | | | |
| | | | LOW | 51.6 | 15,469 | 8 | 16 | 24 | 33 | 41 | 49 | | | | | | |
| | | 110 | HIGH | 65.6 | 39,375 | 3 | 6 | 10 | 13 | 16 | 19 | | | | | | |
| | | | LOW | 51.6 | 15,469 | 8 | 16 | 24 | 33 | 41 | 49 | | | | | | |
| | | 125 | HIGH | 71.9 | 43,125 | 3 | 6 | 9 | 12 | 15 | 18 | | | | | | |
| | | | LOW | 59.4 | 17,813 | 7 | 14 | 21 | 28 | 35 | 42 | | | | | | |
| | | 135 | HIGH | 68.0 | 40,800 | 3 | 6 | 9 | 12 | 15 | 19 | | | | | | |
| | | | LOW | 63.3 | 18,984 | 7 | 13 | 20 | 27 | 33 | 40 | | | | | | |
| 142" WIDE | D | 134 | HIGH | 79.2 | 47,526 | 3 | 5 | 8 | 11 | 13 | 16 | 19 | 21 | 24 | 28 | 29 | 32 |
| | | | LOW | 58.6 | 17,578 | 7 | 14 | 21 | 29 | 36 | 43 | 50 | 57 | 64 | 72 | 79 | 86 |
| | | 155 | HIGH | 86.8 | 52,080 | 2 | 5 | 7 | 10 | 12 | 15 | 17 | 19 | 22 | 24 | 27 | 29 |
| | | | LOW | 65.1 | 19,531 | 6 | 13 | 19 | 26 | 32 | 39 | 45 | 52 | 58 | 64 | 71 | 77 |
| | | 170 | HIGH | 94.4 | 56,640 | 2 | 4 | 7 | 9 | 11 | 13 | 16 | 18 | 20 | 22 | 24 | 27 |
| | | | LOW | 71.6 | 21,484 | 6 | 12 | 18 | 23 | 29 | 35 | 41 | 47 | 53 | 59 | 64 | 70 |
| | E | 190 | HIGH | 110.7 | 66,420 | 2 | 4 | 6 | 8 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 |
| | | | LOW | 82.5 | 24,740 | 5 | 10 | 15 | 20 | 25 | 31 | 36 | 41 | 46 | 51 | 56 | 61 |
| | | 210 | HIGH | 118.3 | 70,980 | 2 | 4 | 5 | 7 | 9 | 11 | 12 | 14 | 16 | 18 | 20 | 21 |
| | | | LOW | 89.0 | 26,693 | 5 | 9 | 14 | 19 | 24 | 28 | 33 | 38 | 42 | 47 | 52 | 57 |
| | | 230 | HIGH | 125.9 | 75,540 | 2 | 3 | 5 | 7 | 8 | 10 | 12 | 13 | 15 | 17 | 18 | 20 |
| | | | LOW | 95.5 | 28,646 | 4 | 9 | 13 | 18 | 22 | 26 | 31 | 35 | 40 | 44 | 48 | 53 |

Table 7 shows the temperature rise through each quantity of 40 kW heaters based on the air flows indicated.
Up to six 40 kW heaters are available in the A, B, and C    cabinets and up to twelve 40 kW heaters are available in the D and E cabinets

**Table 8. RL ELECTRIC HEAT DESIGNATIONS**

| CABINET WIDTH | CABINET | UNIT | QUANTITY OF ELEMENTS HEAT DESIGNATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 100" WIDE | A | 45 | 1 | 2 | 3 | 4 | 5 | 6 | N/A | N/A |
| | | 60 | | | | | | | | |
| | | 70 | | | | | | | | |
| | B | 75 | | | | | | | | |
| | | 95 | | | | | | | | |
| | C | 100 | | | | | | | | |
| | | 110 | | | | | | | | |
| | | 125 | | | | | | | | |
| | | 135 | | | | | | | | |
| 142" WIDE | D | 134 | 1 | 2 | 3 | 4 | 6 | 8 | 10 | 12 |
| | | 155 | | | | | | | | |
| | | 170 | | | | | | | | |
| | E | 190 | | | | | | | | |
| | | 210 | | | | | | | | |
| | | 230 | | | | | | | | |

Table 8 contains the number of electric heaters available for each cabinet size.  Each heater is 40 kW
with two stages of 20 kW available.

6

CL 607

# RL Specifications

**Table 9. RL GAS HEAT TEMPERATURE RISE**

| CABINET WIDTH | CABINET | UNIT | CFM TYPE | EVAP FACE AREA | CFM | TEMP RISE — QUANTITY OF HEAT EXCHANGERS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 100" WIDE | A | 45 | HIGH | 37.5 | 22,500 | 7 | 14 | 22 | 29 | 36 | 43 | 51 | 58 | 65 | 72 | 79 | 87 |
| | | 45 | LOW | 29.7 | 8,906 | 18 | 36 | 55 | 73 | 91 | | | | | | | |
| | | 60 | HIGH | 50.0 | 30,000 | 5 | 11 | 16 | 22 | 27 | 32 | 38 | 43 | 49 | 54 | 60 | 65 |
| | | 60 | LOW | 29.7 | 8,908 | 18 | 36 | 55 | 73 | 91 | | | | | | | |
| | | 70 | HIGH | 50.0 | 30,000 | 5 | 11 | 16 | 22 | 27 | 32 | 38 | 43 | 49 | 54 | 60 | 65 |
| | | 70 | LOW | 29.7 | 8,906 | 18 | 36 | 55 | 73 | 91 | | | | | | | |
| | B | 75 | HIGH | 53.1 | 31,875 | 5 | 10 | 15 | 20 | 25 | 31 | 36 | 41 | 46 | 51 | 56 | 61 |
| | | 75 | LOW | 35.0 | 10,500 | 15 | 31 | 46 | 62 | 77 | 93 | | | | | | |
| | | 95 | HIGH | 53.1 | 31,860 | 5 | 10 | 15 | 20 | 26 | 31 | 36 | 41 | 46 | 51 | 56 | 61 |
| | | 95 | LOW | 43.8 | 13,125 | 12 | 25 | 37 | 50 | 62 | 74 | 87 | | | | | |
| | C | 100 | HIGH | 65.6 | 39,375 | 4 | 8 | 12 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 50 |
| | | 100 | LOW | 51.6 | 15,469 | 11 | 21 | 32 | 42 | 53 | 63 | 74 | 84 | 95 | | | |
| | | 110 | HIGH | 65.6 | 39,375 | 4 | 8 | 12 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 50 |
| | | 110 | LOW | 51.6 | 15,469 | 11 | 21 | 32 | 42 | 53 | 63 | 74 | 84 | 95 | | | |
| | | 125 | HIGH | 71.9 | 43,125 | 4 | 8 | 11 | 15 | 19 | 23 | 26 | 30 | 34 | 38 | 41 | 45 |
| | | 125 | LOW | 59.4 | 17,813 | 9 | 18 | 27 | 36 | 46 | 55 | 64 | 73 | 82 | 91 | | |
| | | 135 | HIGH | 68.0 | 40,800 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 |
| | | 135 | LOW | 63.3 | 18,984 | 9 | 17 | 26 | 34 | 43 | 51 | 60 | 68 | 77 | 86 | 94 | |
| 142" WIDE | D | 134 | HIGH | 79.2 | 47,526 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 |
| | | 134 | LOW | 58.6 | 17,578 | 11 | 22 | 33 | 43 | 54 | 65 | 76 | 87 | | | | |
| | | 155 | HIGH | 86.8 | 52,080 | 4 | 7 | 11 | 15 | 18 | 22 | 26 | 29 | 33 | 37 | 40 | 44 |
| | | 155 | LOW | 65.1 | 19,531 | 10 | 20 | 29 | 39 | 49 | 59 | 68 | 78 | 88 | | | |
| | | 170 | HIGH | 94.4 | 56,640 | 3 | 7 | 10 | 13 | 17 | 20 | 24 | 27 | 30 | 34 | 37 | 40 |
| | | 170 | LOW | 71.6 | 21,484 | 9 | 18 | 27 | 35 | 44 | 53 | 62 | 71 | 80 | 89 | | |
| | E | 190 | HIGH | 110.7 | 66,420 | 3 | 6 | 9 | 11 | 14 | 17 | 20 | 23 | 26 | 29 | 32 | 34 |
| | | 190 | LOW | 82.5 | 24,740 | 8 | 15 | 23 | 31 | 38 | 46 | 54 | 62 | 69 | 77 | 85 | |
| | | 210 | HIGH | 118.3 | 70,980 | 3 | 5 | 8 | 11 | 13 | 16 | 19 | 21 | 24 | 27 | 30 | 32 |
| | | 210 | LOW | 89.0 | 26,693 | 7 | 14 | 21 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 86 |
| | | 230 | HIGH | 125.9 | 75,540 | 3 | 5 | 8 | 10 | 13 | 15 | 18 | 20 | 23 | 25 | 28 | 30 |
| | | 230 | LOW | 95.5 | 28,646 | 7 | 13 | 20 | 27 | 33 | 40 | 47 | 53 | 60 | 66 | 73 | 80 |

Table 9 Contains temperature rise across gas heaters based on air flow and the number of heaters.
The maximum temperatuure rise is limited to 100 F

**Table 10. RL GAS HEAT DESIGNATIONS**

| CABINET WIDTH | CABINET | UNIT | QUANTITY OF HEAT EXCHANGERS — HEAT DESIGNATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 100" WIDE | A | 45 | 2 | 4 | 6 | 8 | 10 | 12 |
| | | 60 | | | | | | |
| | | 70 | | | | | | |
| | B | 75 | | | | | | |
| | | 95 | | | | | | |
| | C | 100 | | | | | | |
| | | 110 | | | | | | |
| | | 125 | | | | | | |
| | | 135 | | | | | | |
| 142" WIDE | D | 134 | 2 | 4 | 6 | 8 | 10 | 12 |
| | | 155 | | | | | | |
| | | 170 | | | | | | |
| | E | 190 | | | | | | |
| | | 210 | | | | | | |
| | | 230 | | | | | | |

Table 10 shows the heating designation (heat 1, heat 2, etc) and the number of gas heaters for
associated with each designation.

Notes:  1 to 6 heat exchangers may be 1 or 2 racks wide depending on minimum air flow, 8 or more heat exchangers are 2 racks wide.

7

CL 608

## RL Specifications

**Table11. RL ECONOMIZER DAMPER SIZING**

| CABINET WIDTH | CABINET | UNIT | BLADE LENGTH | # OF BANKS | RETURN AREA | OUTSIDE AREA |
|---|---|---|---|---|---|---|
| 100" WIDE | A | 45 | 47.5 | 1 | 17.8 | 11.9 |
| | | 60 | | | | |
| | | 70 | | | | |
| | B | 75 | 47.5 | 1 | 17.8 | 11.9 |
| | | 95 | | | | |
| | C | 100 | 38 | 2 | 28.5 | 19.0 |
| | | 110 | | | | |
| | | 125 | | | | |
| | | 135 | | | | |
| 142" WIDE | D | 134 | 47.5 | 2 | 35.6 | 23.8 |
| | | 155 | | | | |
| | | 170 | | | | |
| | E | 190 | 60 | 2 | 45.0 | 30.0 |
| | | 210 | | | | |
| | | 230 | | | | |

Table 11 contains physical data for return air and outside air data.

**Table 12. RL HEATWHEEL DATA**

| CABINET WIDTH | CABINET | UNIT | QUANTITY OF ENERGY RECOVERY WHEELS | | | |
|---|---|---|---|---|---|---|
| | | | SMALL | MEDIUM | LARGE | X-LARGE |
| 100" WIDE | A | 45 | (1) 74" 12,000 CFM MAX | (1) 81" 15,000 CFM MAX | (2) 74" 24,000 CFM MAX | Not Available |
| | | 60 | | | | |
| | | 70 | | | | |
| | B | 75 | | | | |
| | | 95 | | | | |
| | C | 100 | | | | |
| | | 110 | | | | |
| | | 125 | | | | |
| | | 135 | | | | |
| 142" WIDE | D | 134 | (1) 74" 12,000 CFM MAX | (1) 81" 15,000 CFM MAX | (2) 74" 24,000 CFM MAX | (2) 81" 30,000 CFM MAX |
| | | 155 | | | | |
| | | 170 | | | | |
| | E | 190 | | | | |
| | | 210 | | | | |
| | | 230 | | | | |

Table 12 shows the quantity of heat wheels available in each RL unit.

8

CL 609

# RL Specifications

Table 13a.  RL BAROMETRIC RELIEF OPENINGS A-C CABINETS

| RETURN STYLE | RETURN DIRECTION | DAMPER SIZE | | | |
|---|---|---|---|---|---|
| | | DAMPER QTY. | DAMPER HEIGHT | DAMPER WIDTH | DAMPER AREA |
| ECON | BOTTOM | 1 | 52 | 26 | 9.4 |
| | SIDE HIGH CFM | 2 | 52 | 18 | 13.0 |
| | SIDE LOW CFM | 1 | 52 | 26 | 9.4 |
| POWER RETURN | BOTTOM | 2 | 52 | 18 | 13.0 |
| | SIDE HIGH CFM | 2 | 52 | 18 | 13.0 |
| | SIDE LOW CFM | 2 | 52 | 18 | 13.0 |
| POWER EXHAUST | BOTTOM | 2 | 52 | 26 | 18.8 |
| | SIDE HIGH CFM | 2 | 52 | 26 | 18.8 |
| | SIDE LOW CFM | 2 | 52 | 26 | 18.8 |
| SMALL/MEDIUM ERC | BOTTOM | 2 | 52 | 26 | 18.8 |
| | SIDE HIGH CFM | 2 | 52 | 26 | 18.8 |
| | SIDE LOW CFM | 2 | 52 | 26 | 18.8 |
| LARGE ERC 36" PROP | BOTTOM | 1 OR 2 | 40 | 40 | 11 OR 22 |
| | SIDE HIGH CFM | 1 OR 2 | 40 | 40 | 11 OR 22 |
| | SIDE LOW CFM | 1 OR 2 | 40 | 40 | 11 OR 22 |
| LARGE ERC 42" PROP | BOTTOM | 1 OR 2 | 48 | 48 | 16 OR 32 |
| | SIDE HIGH CFM | 1 OR 2 | 48 | 48 | 16 OR 32 |
| | SIDE LOW CFM | 1 OR 2 | 48 | 48 | 16 OR 32 |

NOTE 1:  48" PROP NOT AVAILABLE ON RL A-C LARGE HEAT WHEEL
NOTE 2:  NUMBER OF DAMPERS = NUMBER OF PROPS ON LARGE ERC A-C

Table 13b.  RL BAROMETRIC RELIEF OPENINGS D-E CABINETS

| RETURN STYLE | RETURN DIRECTION | DAMPER SIZE | | | |
|---|---|---|---|---|---|
| | | DAMPER QTY. | DAMPER HEIGHT | DAMPER WIDTH | DAMPER AREA |
| ECON | BOTTOM | 3 | 52 | 22 | 23.8 |
| | SIDE HIGH CFM | 3 | 52 | 22 | 23.8 |
| | SIDE LOW CFM | 2 | 52 | 22 | 15.9 |
| POWER RETURN | BOTTOM | 3 | 52 | 22 | 23.8 |
| | SIDE HIGH CFM | 3 | 52 | 22 | 23.8 |
| | SIDE LOW CFM | 3 | 52 | 22 | 23.8 |
| POWER EXHAUST | BOTTOM | 2 | 52 | 30 | 21.7 |
| | SIDE HIGH CFM | 2 | 52 | 30 | 21.7 |
| | SIDE LOW CFM | 2 | 52 | 30 | 21.7 |
| HEAT WHEEL | BOTTOM | 2 | 52 | 30 | 21.7 |
| | SIDE HIGH CFM | 2 | 52 | 30 | 21.7 |
| | SIDE LOW CFM | 2 | 52 | 30 | 21.7 |

NOTE 3:  ALL DAMPERS ARE SPLIT INTO TWO BLADES

9

CL 610

## RL Specifications

Table 14. RL FILTER DATA

| CABINET WIDTH | CABINET | UNIT | 2" 30% 16"X25" | 4" 30% 16"X25" | BOX A CARTRIDGE FILTERS 65%-85%-95% | BOX B 24X24X12 CARTRIDGE FILTERS 65%-85%-95% | BOX C 24X24X12 CARTRIDGE FILTERS 65%-85%-95% | BOX A BAG FILTERS 85%-95% | BOX B 24X24X30 BAG FILTERS 85%-95% | BOX C 24X24X30 BAG FILTERS 85%-95% |
|---|---|---|---|---|---|---|---|---|---|---|
| 100" WIDE | A | 45 | 18 | 18 | (12) 24x24x12 (4) 24x20x12 | 20 | N/A | (12) 24x24x30 (4) 24x20x30 | 16 | N/A |
|  |  | 60 |  |  |  |  |  |  |  |  |
|  |  | 70 |  |  |  |  |  |  |  |  |
|  | B | 75 | 24 | 24 |  |  |  |  |  |  |
|  |  | 95 |  |  |  |  |  |  |  |  |
|  | C | 100 | 38 | 38 |  |  |  |  |  |  |
|  |  | 110 |  |  |  |  |  |  |  |  |
|  |  | 125 |  |  |  |  |  |  |  |  |
|  |  | 135 |  |  |  |  |  |  |  |  |
| 142" WIDE | D | 134 | 48 | 48 | (15) 24x24x12 (5) 24x20x12 | 25 | 30 | (15) 24x24x30 (5) 24x20x30 | 20 | 25 |
|  |  | 155 |  |  |  |  |  |  |  |  |
|  |  | 170 |  |  |  |  |  |  |  |  |
|  | E | 190 | 60 | 60 |  |  |  |  |  |  |
|  |  | 210 |  |  |  |  |  |  |  |  |
|  |  | 230 |  |  |  |  |  |  |  |  |

CL 611

# How To Create An RL Unit Selection

1.  ADD a new order (Click on upper portion of window, Click Add Order)



Enter Order Information:



Enter Order information: Job No., Job Name, <u>Site Altitude</u>

11

# How To Create An RL Unit Selection

Enter Notes:



Any special information

2. Add a new unit to the order (Click on lower portion of window, Click Add New Unit)



12

# How To Create An RL Unit Selection



Select RL Unit to add a rooftop packaged unit, or select CL Unit to add a condensing unit.



13

CL 614

# How To Create An RL Unit Selection

This unit designation shown along the top of the screen is divided into two portions, Model Options and Feature Options. To begin, under Model Options click the unit size then proceed through each option below. Select Model Option by clicking in the left column, and select the feature code by clicking in right column.

    Select Unit Size
    Select Voltage



Select Interior Protection:

CL 615

# How To Create An RL Unit Selection

Select Cooling Style:



The cooling style defines fan position (draw thru/blow thru) and whether the unit is DX or non-compressorized, additionally for DX if the unit has 4 compressors each compressor can be individually circuited or 2 sets of dual circuited compressors can be used providing 2 independent refrigerant circuits. Rooftop air handling units may also be selected.

Select Cooling Configuration:

CL 616

# How To Create An RL Unit Selection

If the unit is DX then you can select air, evaporative or water cooled condensers.  In each category you can select different cooling coil face area by choosing high or low cfm and either 4R/12fpi or 6R/12fpi. If the unit is Chilled Water you can select coil rows, fins, and circuiting under the conditions screen.  In each category there are high and low cfm choices to change the cooling coil surface area.  If the unit is DX you can select a different cooling coil face area by choosing high or low cfm and either 4R/12fpi or 6R/12fpi.  If chilled water coils are selected for an Air handler the following screen will appear instead:



Click on the Code for the coil face area.  Select coil rows, and fpi on the conditions screen.

CL 617