UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6890 |
| vs. ) | |
| ) | Hon. Judge Coar |
| CLIMATECRAFT, INC. ) | |
| ) | |
| Defendant. ) | |

**EXHIBITS TO HUNTAIR, INC.'S**
**OPENING BRIEF ON CLAIM CONSTRUCTION ISSUES**

Pursuant to the Court's Scheduling Order entered in this matter and Standing Order No. 7, Plaintiff Huntair, Inc. hereby submits the following list of exhibits to its Opening Brief on Claim Construction Issues.[1]

---

[1] In addition to the exhibits attached to its Opening Brief on Claim Construction Issues, Huntair reserves the right to rely upon additional exhibits at the *Markman* hearing. These exhibits will be submitted in accordance with this Court's Standing Order No. 7, "Procedures for Markman Hearing."

# LIST OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | United States Patent No. 7,179,046 |
| B | United States Patent No. 7,137,775 |
| C | Chart of Claim Terms Disputed by the Parties |
| D | Prosecution History of United States Patent No. 7,179,046 |
| E | Prosecution History of United States Patent No. 7,137,775 |
| F | Affidavit of Albert V. Karvelis Regarding Fan Array Claim Construction |
| G | Appendices to Affidavit of Albert V. Karvelis Regarding Fan Array Claim Construction<br><br>Appendix A - Copy of Curriculum Vitae of Albert V. Karvelis<br><br>Appendix B - List of Cases in Which Albert V. Karvelis Testified at Deposition or Trial During the Last Four Years |
| H | Excerpts from American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., *2008 ASHRAE Handbook, Heating, Ventilating, and Air-Conditioning Systems and Equipment* (inch-pound ed. 2008). |
| I | Declaration of Lawrence G. Hopkins (Mar. 15, 2005) (excerpted from Exhibit E) |
| J | Proposed Terms and Claim Elements for Construction in the Form of Jury Instructions |
| K | List of Potential Witnesses for *Markman* Hearing |

Dated: July 3, 2008 Respectfully submitted,


  /s/ Richard T. McCaulley Jr .
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone (415) 772-1200
Facsimile (415) 772-7400
ccotter@sidley.com

*Attorneys for Plaintiff Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2008, I caused a copy of the foregoing document, EXHIBITS TO HUNTAIR, INC.'S OPENING BRIEF ON CLAIM CONSTRUCTION ISSUES, to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:     (630) 904-0940
>Facsimile:     (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendant ClimateCraft, Inc.*

      /s/ Richard T. McCaulley Jr .
      Attorney for Plaintiff

CH1 4329684v.1