# EXHIBIT C

## CHART OF CLAIM TERMS DISPUTED BY THE PARTIES

| Claim Language | Huntair's Construction | ClimateCraft's Construction |
|---|---|---|
| **Fan Array** | | |
| fan array | multiple fan units arranged in a grid, a spaced pattern, a checkerboard, rows slightly offset, columns slightly offset, or a staggered array configuration<br><br>('046 patent, col.3 ll.60-65.) | three or more fan units positioned to work together in parallel |
| **Terms Relating to Efficiency** | | |
| "efficiency" or "peak efficiency" | the ratio of power delivered by the fans to the electrical power consumed by the fans | the maximum achievable static efficiently for a fan unit |
| **Terms Relating to Control System** | | |
| a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units | a system for operating the fan units at nearly peak efficiency by strategically turning on and off selective ones of the fan units by using a manual or automatic control | a control system that (a) receives input information regarding the system air flow requirements, (b) determines the output information necessary, i.e. which fans to turn on and off, and when, to achieve "substantially" peak efficiency of the fan units, and (c) produces that output information (i.e. sends a signal to turn individual fans on and off) so that the fan units run at "substantially" peak efficiency |

| Claim Language | Huntair's Construction | ClimateCraft's Construction |
|---|---|---|
| a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency | a system for operating the fan units at speeds achieving nearly peak efficiency by using a manual or automatic control | a control system that makes possible control of the fan units by (a) receiving input information regarding the system air flow requirements,(b) determining the output information necessary, i.e. which fans to speed or slow relative to the others, and when, to achieve "substantially" peak efficiency of the fan units, and (c) producing that output information (i.e. sends a signal to speed or slow individual fans) so that the fan units run at "substantially" peak efficiency |
| control system | Huntair defines this term in the context of the claims elements in which it appears | an automated system which receives input information, determines the output information necessary to achieve a desired objective, and produces the desired output information to achieve the desired objective |

| Claim Language | Huntair's Construction | ClimateCraft's Construction |
|---|---|---|
| **Terms Relating to Array Controller** | | |
| an array controller for controlling said at least six fan units to run at substantially peak efficiency by strategically turning selective ones of said at least six fan units on and off | an automatic system that operates the at least six fan units at nearly peak efficiency by strategically turning on and off selective ones of the fan units | for use with at least six fan units, an array controller that (a) receives input information regarding the system air flow requirements, (b) determines the output information necessary, i.e. which fans to turn on and off, and when, to achieve "substantially" peak efficiency of the fan units, and (c) produces that output information (i.e. send a signal to turn individual fans on and off) so that the fan units run at "substantially" peak efficiency |
| array controller | Huntair defines this term in the context of the claims elements in which it appears | an automated system to control a fan array which receives input information, determines the output information to achieve a desired objective, and produces the required output information to achieve the desired objective |
| programmable array controller | The term "programmable array controller" does not appear in any of the asserted claims | an array controller that can be programmed to provide an automatic control mechanism operating an array to achieve a desired result |
| **Other Terms** | | |
| air handler / air handling system | The term "air handler" does not appear in any of the asserted claims | a system having components designed to work together to condition air as part of the primary system for ventilation of structures |

3

| Claim Language | Huntair's Construction | ClimateCraft's Construction |
|---|---|---|
| air-handling compartment | the inlet plenum, fan section and discharge plenum<br><br>('046 patent, col.1 ll.66-67 – col.2 ll.1-9.) | a portion of an air handler or air handling system |
| air relief passage therebelow |  | space provided below a fan unit within a fan unit chamber |
| airway path | The term "airway path" does not appear in any of the asserted claims | the combined discharge plenum and inlet plenum |
| backdraft dampener | apparatus that at least partially blocks airflow through a fan unit when the fan unit is turned off<br><br>('046 patent, col.11 ll.11-23.) | apparatus that blocks airflow through a fan unit when the fan unit is turned off to prevent reverse air flow through that fan unit |
| fan wheel diameter | The term "fan wheel diameter" does not appear in any of the asserted claims | the distance from one side of the outer periphery of a fan wheel to the opposite side of the outer periphery of the fan wheel |
| fan unit chamber |  | a housing containing a fan unit |
| grid system | system into which fan units are mounted<br><br>('046 patent, col.4 ll.66-67.) | system providing a framework for installation of fan units |

4