# EXHIBIT D
# Part 2 of 2

| TRANSMITTAL FORM | | Application Number | 11/154,894 |
|---|---|---|---|
| | | Filing Date | 06/15/2005 |
| *(to be used for all correspondence after initial filing)* | | First Named Inventor | Hopkins, Lawrence G. |
| | | Art Unit | 3744 |
| | | Examiner Name | Nguyen, Nihn H. |
| Total Number of Pages in Submission | 19 | Attorney Docket Number | CDM/8887.9999 |

**ENCLOSURES  *(Check all that apply)***

| | | |
|---|---|---|
| ☒ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance communication to Technology Center (TC) |
| ☒ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment/Reply | ☐ Petition | |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☐ Affidavits/declaration(s) | ☒ Power of Attorney and Correspondence Address Indication Form | ☐ Proprietary Information |
| ☒ Extension of Time Request | | ☐ Status Letter |
| ☐ Express Abandonment Request | ☒ Terminal Disclaimer | ☒ Other Enclosure(s) (please identify below): |
| ☐ Information Disclosure Statement | ☐ Request for Refund | Certificate Under 37 CFR §3.73(b); Patent Assignment Abstract of Title; check in the sum of $1,150; return acknowledgement postcard |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s)_____ | |
| ☐ Response to Missing Parts/ Incomplete Application | | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | Remarks | |

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| Firm Or Individual Name | Charles D. McClung Chernoff, Vilhauer, McClung & Stenzel, LLP 1600 ODS Tower 601 S.W. Second Avenue Portland, OR  97204 |
|---|---|
| Signature | |
| Date | September 8, 2006 |

**CERTIFICATE OF TRANSMISSION/MAILING**

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or Printed Name | Charles D. McClung | | |
|---|---|---|---|
| Signature | | Date | September 8, 2006 |

AdvLegal PTO/SB/21

H 000577



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**PATENT APPLICATION EXAMINING OPERATIONS**

Appl. No.        : 11/154,894                    Confirmation No. 2747
Applicant        : Hopkins, Lawrence G.
Filed            : 06/15/2005
TC/A.U.          : 3744
Examiner         : Nguyen, Nihn H.
Docket No.       : 8887.9999
Customer No.     : 0152

**AMENDMENT**

1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204

September 8, 2006

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

    In response to the Office Action dated March 8, 2006, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** being on page 6 of this paper.

H 000578

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

**Amendments to the Claims**:

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1. (currently amended) A fan array fan section in an air-handling system comprising:

    (a)    an air-handling compartment;

    (b)    a plurality of fan units;

    (c)    said plurality of fan units arranged in a fan array;

    ~~(d)    said fan array having at least one fan unit arranged vertically on at least one other fan unit;~~

    ~~(e)~~ (d) said fan array positioned within said air-handling compartment; ~~and~~

    ~~(f)~~ (e) said air-handling compartment ~~positionable within~~ associated with a structure such that said air-handling system conditions the air of said structure; and

    ~~(g)~~ (f) a control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units.

2. (currently amended)  The fan array section in an air handling system of claim 1, ~~further comprising an; wherein said control system comprises a programmable~~ array controller ~~programmed to operate said plurality of fan units at peak efficiency by strategically turning on and off said selective ones of said plurality of fan units~~.

3. (original) The fan array fan section in an air-handling system of claim 1, wherein said plurality of fan units are plenum fans.

4. (original) The fan array fan section in an air-handling system of claim 1, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

5. (original) The fan array fan section in an air-handling system of claim 1, wherein said plurality of fan units are arranged in a fan array configuration selected from the group consisting of:

    (a)    a true array configuration;

    (b)    a spaced pattern array configuration;

    (c)    a checker board array configuration;

Page 2 of 9

H 000579

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

(d)  rows slightly offset array configuration;

(e)  columns slightly offset array configuration; and

(f)  a staggered array configuration.

6.  (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is positioned within a fan unit chamber.

7.  (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is suspended within a respective said fan unit chamber such that there is an air relief passage therebelow.

8.  (original) The fan array section in an air-handling system of claim 1, wherein each of said plurality of fan units is positioned within a fan unit chamber having at least one acoustically absorptive insulation surface.

9.  (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units is mounted in a grid system.

10.  (original) The fan array fan section in an air-handling system of claim 1, wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

11.  (original) The fan array fan section in an air-handling system of claim 1, further compromising an array of backdraft dampeners, each backdraft dampener in line with a respective fan unit.

12.  (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller~~ 2, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

13.  (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller for controlling said plurality of fan units to run at substantially peak efficiency by strategically turning selective ones of said plurality of fan units on and off~~ 2, <u>where</u> said array controller <u>is</u> programmed to operate said plurality of fan units at peak efficiency for a performance level based on a <u>criterion</u> ~~criteria~~ selected from the following group of criteria:

(a)  air volume;

(b)  level of air flow;

(c)  pattern of air flow; and

<p style="text-align:center">Page 3 of 9</p>

H 000580

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

(d)    number of fan units to operate.

14. (currently amended) The fan array fan section in an air-handling system of claim ~~1, further comprising an array controller for controlling said plurality of fan units~~ 2, wherein said array controller is programmed to operate said plurality of fan units to produce a stable operating point and eliminate the surge effects.

15. (currently amended) A ~~The~~ fan array fan section in an air-handling system ~~of claim 1, further~~ comprising:

(a)    an air-handling compartment;

(b)    a plurality of fan units;

(c)    said plurality of fan units arranged in a fan array;

(d)    said fan array positioned within said air-handling compartment;

(e)    said air-handling compartment association with a structure such that the said air-handling system conditions the air of said structure; and

(f)    ~~an array controller~~ a control system for controlling said plurality of fan units, said ~~array controller is programmed to selectively control~~ control system allowing control of the speed of ~~each of~~ the fan units in said plurality of fan units ~~to~~ such that they run at substantially peak efficiency.

16. (canceled)

17. (canceled)

18. (currently amended) The fan array fan section in an air-handling system of claim 21 ~~1, further comprising an array controller~~, wherein each fan unit has a peak efficiency operating range outside of which it operates at a reduced efficiency, wherein said array controller is programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning off at least one fan unit operating at reduced efficiency and running the remaining fan units within said peak efficiency operating range.

19. (currently amended) The fan array fan section in an air-handling system of claim 21 ~~1, further comprising an array controller for controlling said plurality of fan units to run at substantially peak efficiency by strategically turning selective ones of said plurality of fan units on and off~~, wherein said array controller is programmed to operate said plurality of fan units at peak efficiency for a performance level based on a criterion ~~criteria~~ selected from the following group of criteria:

(a)    air volume;

(b)    level of air flow;

Page 4 of 9

H 000581

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

    (c)    pattern of air flow; and

    (d)    number of fan units to operate.

20. (currently amended) A̲ The fan array fan section in an air-handling system of claim 1, further comprising:

    (a)    an air-handling compartment;

    (b)    a plurality of independently controllable fan units;

    (c)    said plurality of fan units arranged in a fan array;

    (d)    said fan array positioned within said air-handling compartment;

    (e)    said air-handling compartment associated with a structure such that said air-handling system conditions the air of said structure; and

    (f)    an array controller a control system for controlling said plurality of fan units, said array controller is programmed to selectively control the speed of each of the fan units in said plurality of fan units to such that they run at substantially peak efficiency.

21. (new) The fan array section in an air-bundling system of claim 15 wherein said control system comprises a programmable array controller.

Page 5 of 9

H 000582

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

**Remarks/Arguments:**

Claims 1-20 were pending all of which stand rejected. Claims 1, 2, 12-15 and 18-20 have been amended, and new claim 21 has been added. Claims 16 and 17 have been canceled.

Statutory Double Patenting Rejections

Claims 1, 12 and 16 were provisionally rejected under 35 U.S.C. 101 as claiming the same invention as Claims 5, 1 and 31 of co-pending Application No. 10/806,775.

Claim 1 of Application No. 10/806,775 recites "said at least six fan units." Claim 5 of Application No. 10/806,775 depend from Claim 1. Neither Claim 1 nor Claim 12 of this application recites " at least six fan units." Thus, neither Claim 1 nor Claim 12 of this application is drawn to the "same invention" as Claims 5 and 1 of Application No. 10/806,775. Claim 16 has been canceled.

Nonstatutory Double Patenting Rejections

Claims [1], [2], [3], [4], [5], [7], [8], [9], [10], [11], [13], [14], [15], [16], [17], [18], [19], and [20] were provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over Claims [1,31], [1], [2], [3], [4], [7], [8], [9], [10], [21], [25], [27], [29], [1,32], [32], [1,43], [25], and [29] of co-pending Application No. 10/806,775.

Without conceding the validity of this obviousness-type double patenting rejection, the Applicants have elected to circumvent the rejection by filing a terminal disclaimer with respect to Application No. 10/806,775. The terminal disclaimer, executed by the undersigned, is enclosed.

Claim Rejections- 35 U.S.C. §102

Claims 1-3, 5, 6, 9 and 14-17 were rejected under 35 U.S.C. §102(b) as being anticipated by Ray. Claim 1 has been amended to replace the phrase "array controller programmed to operate" with the phrase "control system for operating." The new phrase is broader than the former phrase. Support for this is found in the first paragraph of page 12 of the specification, and particularly at line 6. Claim 1 was also amended to remove subparagraph (d), and to change the phrase "positionable within" to the phrase "associated with" in subparagraph (f). As will be explained below, patentability of claim 1 does not require these limitations. Finally claim 1 has been amended to add the limitation of a "control system for operating said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units." Thus claim 1 now includes substantially the limitations that were in original claim 2 but directed to a "control system" rather than an "array controller."

In rejecting Claim 2, the Examiner stated that in Ray "the fan array fan section further comprises an array controller to inherently operate the plurality of fan units at peak efficiency by strategically turning on and off selective ones of the plurality of fan units." The Examiner did not cite any particular passage of Ray in support of this rejection.

Page 6 of 9

H 000583

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Upon examination, it is clear that Ray does not teach any means to operate a plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of the fan units." Instead, Ray teaches "electronic control circuitry...which causes each of the air supply blowers 1-4 to be operated independently *according to demand as controlled by the respective thermostats*" (col. 4, lines 36-39) (emphasis added). For example, "[w]hen the heat input to zone 4 increases to a predetermined level the thermostat 18 will activate the blower for zone 4, thereby directing air from the conditioned air chamber 24 via conduit 34 into that particular zone" (col. 5, lines 34-38). Turning selective blowers on and off in Ray does not allow operating the plurality of blowers at substantially peak efficiency as is specified in amended claim 1.

Thus, Applicants respectfully submit that Claim 1, as amended, is patentable over Ray. Reconsideration and withdrawal of this rejection is respectfully requested. Claims 2-14 depend from Claim 1 and are likewise patentable for at least this reason.

Claim 15 has been amended in substantially the same manner as claim 1 except that the control system controls the speed of individual fans, rather than turning individual fans off, to cause the plurality of fans to run at substantially peak efficiency. In rejecting Claim 15, the Examiner stated that in Ray "the array controller inherently controls the speed of each of the plurality of fan units to run at substantially peak efficiency." Again, the Examiner did not cite any particular passage of Ray as supporting this rejection.

Ray states that "[t]he return air blower 60 will typically have multiple blower speeds so that the velocity of return air flow though the heat exchange coils can be varied according to the demands of the various zones of the building structure" (col. 5, lines 18-21). As shown in Fig. 2, the return air blower 60 is not a part of the array of fan units 1-4, so this portion of Ray is inapplicable to Claim 15, which recites "said plurality of fan units arranged in a fan array." Return air blower 60 of Ray does not appear to be in an array. Moreover, the above-quoted passage of Ray states that the speed of return air blower 60 is "varied according to the demands of the various zones of the building structure." There is no indication that the speed of return air blower 60 is varied to cause it "to run at substantially peak efficiency."

Ray also teaches "controlling the speed of the thermal zone blower 102 responsive to the temperature that is sensed within the thermal zone within which the thermostat 80 is located" (col. 6, lines 13-16). "During normal heat load within the thermal zone the low range sensor of the thermostat provides a control signal...which...operat[es] the blower at its low speed setting" (col. 6, lines 16-22). "When the thermostat is set for its 'cool' mode and the temperature within the thermal zone of thermostat 80 rises because the heat load is sufficient to overcome low range cooling...high range control signals" are generated to "provide an increased velocity flow of air...to the particular thermal zone to which the zone supply blower is connected for air supply thereto" (col. 6, lines 28-38). In short, there is no indication in Ray that the speed of thermal zone blower 120 is varied to cause it "to run at substantially peak efficiency."

Thus, Applicants respectfully submit that Claim 15 is patentable over Ray. Reconsideration and withdrawal of this rejection is respectfully requested.

Page 7 of 9

H 000584

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Claims 16 and 17 have been canceled.

Claims 1-3, 5, 6, 9 and 14-17 were also rejected under 35 U.S.C §102(b) as being anticipated by Neidhardt et al. The Examiner stated that in Neidhardt et al. "the fan array fan section further comprises an array controller to inherently operate the plurality of fan units at peak efficiency by strategically turning on and off selective ones of the plurality of fan units (Fig. 4; col. 4, lines 63-67).

At col. 4, lines 63-67, Neidhardt et al. state as follows:

> By maintaining the operating fans on, either the inboard fan only or both the inboard and outboard fans, during the cycled interruption of the compressor, frost accumulation on the coil is quickly driven off.

The reference to "the coil" in this passage is apparently intended to refer to evaporator coil 38, shown in Fig. 4 (see col. 3, lines 3, 56). In any case, there is absolutely no teaching in the cited portion (or anywhere else) in Neidhardt et al. of a control system for operating a plurality of the fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units," as recited in amended Claim 1.

Thus, Applicants respectfully submit that Claim 1 is patentable over Neidhardt et al. Reconsideration and withdrawal of this rejection is respectfully requested. Claims 2-14 depend from Claim 1 and are, therefore, likewise patentable for at least this reason.

Claim 15 now recites "a control system for controlling said plurality of fan units, said control system allowing control of the speed of the fan units in said plurality of fan units such that they run at substantially peak efficiency." In rejecting Claim 15, the Examiner stated that in Neidhardt et al. "the array controller inherently controls the speed of each of the plurality of fan units such that they run at substantially peak efficiency." The Examiner cited Fig. 4 of Neidhardt et al in support of this rejection. The Applicants have carefully reviewed Fig. 4 and the accompanying description in Neidhardt et al. (col. 3, line 8, to col. 5, line 31) and can find absolutely no teaching or suggestion of an "array controller being programmed to selectively control the speed of each of said plurality of fan units to run at substantially peak efficiency." Nor is any such feature "inherent" in the controller described by Neidhardt et al.

Thus, Applicants respectfully submit that Claim 15 is patentable over Neidhardt et al. Reconsideration and withdrawal of this rejection is respectfully requested.

Claims 1 and 10 were rejected under 35 U.S.C. §102(b) as being anticipated by Krofchalk.

As noted above, the limitation of Claim 2 has substantially been incorporated into Claim 1. Claim 2 was not rejected on the basis of Krofchalk, and therefore Claim 1, as amended, is allowable over Krofchalk. Claim 10 depends from Claim 1 and is therefore also allowable.

Page 8 of 9

H 000585

Appl. No. 11/154,894
Amdt. dated September 8, 2006
Reply to Office action of March 8, 2006

Claim Rejections- 35 U.S.C. §103

Claim 4 was rejected under 35 U.S.C. §103(a) as being unpatentable over either Ray or Krofchalk.

For the reasons explained above, Claim 1 is allowable over either Ray or Krofchalk. Since Claim 4 depends from Claim 1, Claim 4 is likewise allowable over either Ray or Krofchalk.

Claim 4 was also rejected under 35 U.S.C §103(a) as being unpatentable over Ray in view of O'Connell. O'Connell was cited as teaching a "fan chamber comprising a layer of filter medium 37 to provide sealing, vibration absorption and sound attenuation (col. 2, lines 5-11)." Since Claim 4 does not recite a "layer of filter medium," it appears that the Examiner may have intended to refer to some other claim, perhaps Claim 8. In any event, both Claims 4 and 8 depend from Claim 1, which as noted above is allowable over Ray. O'Connell does not overcome the defects of Ray insofar as Claim 1 is concerned. For example, O'Connell does not teach or suggest "an array controller programmed to operate said plurality of fan units at substantially peak efficiency by strategically turning on and off selective ones of said plurality of fan units." Therefore, Claim 4 (or Claim 8) is allowable over the combination of Ray and O'Connell.

For the above reasons, Applicants respectfully request allowance of Claims 1-15 and 18-21. Should the Examiner have any questions concerning this response, the Examiner is invited to call the undersigned at (503) 227-5631.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Tel. No.: (503) 227-5631

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on September 8, 2006.

Dated: September 8, 2006

Charles D. McClung

Page 9 of 9

O'lexip-Amendment- Fan Array Fan Section90806.doc

H 000586

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 11/154,894 | HOPKINS, LAWRENCE G. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment dated 11 September 2006*.

2. ☒ The allowed claim(s) is/are *1-15 and 18-21*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 02/27/06

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

NINH H. NGUYEN
PRIMARY EXAMINER

H 000587

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 34036    7590    11/29/2006 | **EXAMINER** | |
| SILICON VALLEY PATENT GROUP LLP | NGUYEN, NINH H | |
| 2350 MISSION COLLEGE BOULEVARD | **ART UNIT** | **PAPER NUMBER** |
| SUITE 360 | 3745 | |
| SANTA CLARA, CA 95054 | | |

DATE MAILED: 11/29/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

I. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

II. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

H 000588

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| | |
|---|---|
| 34036    7590    11/29/2006<br><br>SILICON VALLEY PATENT GROUP LLP<br>2350 MISSION COLLEGE BOULEVARD<br>SUITE 360<br>SANTA CLARA, CA 95054 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.<br><br>**Certificate of Mailing or Transmission**<br>I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.<br><br>_____ (Depositor's name)<br>_____ (Signature)<br>_____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1 _____
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2 _____    3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

H 000589



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

34036    7590    11/29/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

| EXAMINER |
|---|
| NGUYEN, NINH H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | |

DATE MAILED: 11/29/2006

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

H 000590

PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

34036        7590        11/29/2006

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Charles D. McClung | (Depositor's name) |
| | (Signature) |
| December 29, 2006 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/154,894 | 06/15/2005 | Lawrence G. Hopkins | HTR007-3C US | 2747 |

TITLE OF INVENTION: FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 02/28/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, NINH H | 3745 | 415-119000 |

01/04/2007 HDESTA2 00000019 11154894
01 FC:1504                300.00 OP
02 FC:6001              1400.00 OP

1. ☐ Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Chernoff, Vilhauer
2   McClung & Stenzel
3   LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Huntair Inc.                          Tualatin, Oregon

Please check the appropriate assignee category or categories (will not be printed on the patent):  ☐ Individual  ☑ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☑ Issue Fee
☑ Publication Fee (No small entity discount permitted)
☑ Advance Order - # of Copies   3

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☑ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 03-1550 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☑ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

| | |
|---|---|
| Authorized Signature | Date December 29, 2006 |
| Typed or printed name  Charles D. McClung | Registration No. 26,568 |

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.        OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

H 000591





**CVMS**

LAW OFFICES
CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP

JACOB E. VILHAUER, JR.
DENNIS E. STENZEL
CHARLES D. McCLUNG
DONALD B. HASLETT
J. PETER STAPLES
WILLIAM O. GENT
NANCY J. MORIARTY
KEVIN L. RUSSELL

INTELLECTUAL PROPERTY LAW
INCLUDING PATENT, TRADEMARK, COPYRIGHT
AND UNFAIR COMPETITION MATTERS
601 S.W. SECOND AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3157
TELEPHONE: 503-227-5631
FAX: 503-228-4373

TIM A. LONG
KURT ROHLFS
BRENNA K. LEGAARD
SUSAN D. PITCHFORD
J. DOUGLAS WELLS

* REGISTERED PATENT ATTORNEY

DANIEL P. CHERNOFF
(1935-1995)

DAVID S. FINE
SENIOR LAW CLERK

December 29, 2006

Our File: 8887.0008

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Re:    **U.S. Patent Application Serial No. 11/154,894 of Huntair Inc.**
       **Entitled FAN ARRAY FAN SECTION IN AIR-HANDLING**
       **SYSTEMS**

Dear Sir or Madam:

Enclosed is Form PTOL-85B (Issue Fee Transmittal), in duplicate, with regard to the above-identified patent application, along with a check in the amount of $1,709 for payment of the Issue Fee ($1,400), the publication fee ($300), and three advance copies of the patent ($9).

Please mail the patent and address all notices regarding the payment of maintenance fees on the above-identified patent to Chernoff, Vilhauer, McClung & Stenzel, LLP, at the then current address for payor number 00152. A copy of a Power of Attorney to the undersigned is enclosed. The original of the Power of Attorney was filed with the Amendment dated September 8, 2006.

The Commissioner is hereby authorized to charge payment of the foregoing fee, or credit any overpayment, to Deposit Account No. 03-1550. A duplicate copy of this letter is enclosed.

Respectfully submitted,

Charles D. McClung
Reg. No. 26,568
Attorney for Applicant

CDM/lma
Enclosures

H 000592

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO | ATTORNEY DOCKET NO | CONFIRMATION NO |
|---|---|---|---|---|
| 11/154,894 | 02/20/2007 | 7179046 | HTR007-3C US | 2747 |

34036        7590        01/31/2007

SILICON VALLEY PATENT GROUP LLP
2350 MISSION COLLEGE BOULEVARD
SUITE 360
SANTA CLARA, CA 95054

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Lawrence G. Hopkins, Portland, OR;

IR103 (Rev. 11/05)

**H 000593**

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 2 | (fan and array and air and handling and unit and structure and peak and efficiency).clm. | US-PGPUB; USPAT | OR | ON | 2006/11/27 08:13 |

H 000594

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 221 | (415/61).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/19 14:50 |
| S2 | 225 | (416/111).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 13:37 |
| S3 | 202 | (416/120).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 13:43 |
| S4 | 330 | (415/60).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2004/09/09 15:44 |
| S5 | 3 | ("5772500" \| "6042474" \| "6252770").PN. | USPAT | OR | ON | 2004/09/09 13:58 |
| S6 | 18 | ("2653803" \| "2878991" \| "2998714" \| "3045450" \| "3150816" \| "3903213" \| "4079665" \| "4239459" \| "4398452" \| "4851162" \| "5042270" \| "5277655" \| "5370576" \| "5598719" \| "5632677" \| "5643082" \| "5658130" \| "5788568").PN. | USPAT | OR | ON | 2004/09/09 14:01 |
| S7 | 4 | ("4185688" \| "4523630" \| "5297990" \| "5370576").PN. | USPAT | OR | ON | 2004/09/09 14:08 |
| S8 | 7514 | fan same array | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:55 |
| S9 | 1078 | (fan same array ) and cool | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:44 |
| S10 | 142 | ((fan same array ) and cool) and (fan same controller) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:53 |

H 000595

## EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S11 | 1 | 10/343364 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2004/09/09 15:54 |
| S12 | 6 | (("4767262") or ("5370576") or ("6072397")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/01/24 11:28 |
| S13 | 14566 | fan same air same handl$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S14 | 1091 | S13 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S15 | 164 | S14 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:19 |
| S16 | 330 | S14 and (array or stack$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:20 |
| S17 | 136 | S14 and (fan same (array or stack$3)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 09:20 |
| S18 | 10 | ("2202731" \| "2401560" \| "2886955" \| "3252508" \| "3882928" \| "3915376").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/06 10:13 |
| S19 | 17 | (("5751549") or ("5727928") or ("5831525") or ("5848230") or ("6000623") or ("6639794") or ("6702665") or ("6725132")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/06 13:23 |

H 000596

## EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S20 | 43 | ("4400654" \| "5200684" \| "5269660" \| "5572403" \| "5631852" \| "5687079" \| "5689159" \| "5790430" \| "5847524" \| "5929577" \| "5949646" \| "6023402" \| "6031717" \| "6037732" \| "6054823" \| "6101459" \| "6151023" \| "6160358" \| "6188973" \| "6191957" \| "6198176" \| "6216235" \| "6246969" \| "6260155" \| "6265841" \| "6268664" \| "6276900" \| "6298449" \| "6318965" \| "6321348" \| "6337630" \| "6338150" \| "6344985" \| "6348873" \| "6392372" \| "6398505" \| "6400113" \| "6481974" \| "6487463" \| "6545438" \| "6597972" \| "6611117" \| "RE35124").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/06 13:27 |
| S21 | 62 | air same handl\$3 same fan same "on" same "off" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:43 |
| S22 | 0 | S21 and controlloer | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:43 |
| S23 | 5 | S21 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |
| S24 | 130 | ninh.xa. and fan | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:49 |
| S25 | 0 | S24 and "ibm" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |
| S26 | 0 | S24 and "IBM" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:48 |

H 000597

## EAST Search History

| S27 | 15 | S24 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/06 14:49 |
|---|---|---|---|---|---|---|
| S28 | 8 | (air adj handler) same (noise or sound)same (suppress$3 or absorb$3 or damp$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/04/19 14:51 |
| S29 | 10 | ("3156233").URPN. | USPAT | OR | ON | 2005/04/19 14:51 |
| S30 | 14429 | fan same (array or stack) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:55 |
| S31 | 4644 | S30 and condition and air | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S32 | 1393 | S31 and controller | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S33 | 1027 | S32 and (building or structure) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:56 |
| S34 | 182 | S33 and ((air adj condition$3) or (air adj handl$3)) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2005/04/20 09:57 |
| S35 | 191 | (417/3).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:10 |
| S36 | 14 | ("2537094" \| "2669321" \| "3140590" \| "3216648" \| "3420069" \| "3435822" \| "3851695" \| "3889484").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/20 11:29 |
| S37 | 141 | (417/423.5).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:29 |
| S38 | 9 | ("4767262" \| "4789351" \| "4931904" \| "5484262" \| "5788467" \| "5927389" \| "5949646" \| "6011689" \| "6234817").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/04/20 11:41 |

H 000598

## EAST Search History

| S39 | 366 | (417/426).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2005/04/20 11:41 |
|-----|-----|-----------------|-------------------------------------------|----|----|------------------|
| S40 | 37 | (("3898019") or ("4241871") or ("4426960") or ("4800653") or ("5136465") or ("5210680") or ("5546272") or ("5572403") or ("5664995") or ("5745041") or ("5787971") or ("5793610") or ("6031717") or ("6386826") or ("6463891") or ("6648590") or ("6675739")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2005/08/03 16:21 |
| S41 | 9 | ("4443387" \| "4476809" \| "4509899" \| "5658130" \| "6059865" \| "6257832" \| "6276900" \| "6293121" \| "6588372").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/03 16:28 |
| S42 | 24099 | (fan or blower) same (multiple or plurality)same control | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:26 |
| S43 | 966 | S42 and "ON" and "OFF" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:26 |
| S44 | 292 | S43 and (control same "ON" same "OFF") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:53 |
| S45 | 26 | S44 and (fan same (row or array)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 08:27 |
| S46 | 98 | S44 and cool | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:03 |
| S47 | 14930 | (fan or blower) same cool same control | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:04 |

H 000599

## EAST Search History

| S48 | 197 | S47 and (fan same array) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/08/04 09:04 |
|-----|-----|---------------------------|------|-----|-----|--------------------|
| S49 | 16 | ("3630003" \| "4426960" \| "4489680" \| "4499865" \| "4539942" \| "4590772" \| "4651922" \| "4698761" \| "4726325" \| "4765284" \| "4977862" \| "5046550" \| "5441099" \| "6076488" \| "6178928" \| "6216778").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:10 |
| S50 | 1270 | "HVAC" and (fan or blower) and controller | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:10 |
| S51 | 324 | S50 and array | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:12 |
| S52 | 7 | S51 and rooftop | US-PGPUB; USPAT; USOCR | OR | ON | 2005/08/04 10:11 |
| S53 | 0 | (fan same array)and controll and efficiency and program | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:24 |
| S54 | 0 | (fan same array)and controll and efficiency and program | US-PGPUB | OR | ON | 2005/12/01 08:23 |
| S55 | 0 | (fan same array)and controll and efficiency | US-PGPUB | OR | ON | 2005/12/01 08:23 |
| S56 | 0 | (fan same array)and controll | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S57 | 43004 | fan | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S58 | 2192 | S57 same array | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S59 | 1677 | S58 and control | US-PGPUB | OR | ON | 2005/12/01 08:24 |
| S60 | 755 | (fan same array)and control and efficiency and program | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:24 |
| S61 | 49 | S60 and (air same handl$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/12/01 08:25 |

H 000600

## EAST Search History

| S62 | 0 | S61 and (on same off) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2005/12/01 08:26 |
|-----|---|-----------------------|----------------------|-----|-----|------------------|
| S63 | 29 | S61 and (compartment or chamber) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2005/12/01 08:26 |
| S64 | 10 | (("4,494,006") or ("5,269,660") or ("4,158,527") or ("3,332,621")).PN. | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2006/01/23 13:55 |
| S65 | 36074 | fan and array | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2006/01/18 13:53 |
| S66 | 1426065 | controller | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2006/01/18 13:53 |
| S67 | 7481 | S66 and "on" and "off" | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2006/01/18 13:54 |
| S68 | 98 | S65 and S67 | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2006/01/18 13:55 |
| S69 | 644 | fan same "on" same "off" | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2006/01/18 13:56 |

H 000601

## EAST Search History

| S70 | 33 | S69 and controller | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 14:46 |
|-----|------|--------------------|-----------|----|----|------------------|
| S71 | 2 | S70 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 13:56 |
| S72 | 74190 | fan same (multiple or plurality) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 14:46 |
| S73 | 45779 | S72 and control$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:15 |
| S74 | 8216748 | control$3 or energi$3 or deenergi$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:17 |
| S75 | 45612 | S72 and S74 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:18 |
| S76 | 6775 | S75 and array | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:19 |
| S77 | 22 | S76 and ("on" same "off") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:19 |

H 000602

## EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| S78 | 15222 | fan same energi$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S79 | 2439 | S78 and S66 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S80 | 827 | S79 and efficiency | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S81 | 289 | S80 and (fan same multiple or plural or array) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2006/01/18 16:46 |
| S82 | 3 | ("4967155" \| "5773755" \| "6646877").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 08:41 |
| S83 | 6 | ("2927736" \| "4495545" \| "4817912" \| "5491610" \| "5544012").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 08:48 |
| S84 | 45 | ("3685355" \| "3733900" \| "4052897" \| "4186655" \| "4257318" \| "4392417" \| "4407185" \| "4428529" \| "4437608" \| "4441651" \| "4487363" \| "4530395" \| "4549601" \| "4559835" \| "4630670" \| "4646964" \| "4705457" \| "4836095" \| "4836096" \| "4850264" \| "4862052" \| "4916370" \| "4921164" \| "4931948" \| "4947928" \| "4978896" \| "4978897" \| "4995307" \| "5005636" \| "5019757" \| "5103391" \| "5179524" \| "5279609" \| "5292280" \| "5404934" \| "5418438" \| "5538471" \| "5540555" \| "5540619" \| "5544697" \| "5573181" \| "5592059" \| "5597354" \| "5687052" \| "Re28946").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/01/19 09:53 |

H 000603

## EAST Search History

| S85 | 4 | (fan and array and plurality and compartment and efficiency and operat$3 and controller and peak and strategic$3) | US-PGPUB | OR | ON | 2006/01/23 14:01 |
|---|---|---|---|---|---|---|
| S86 | 1 | ("6792766").URPN. | USPAT | OR | ON | 2006/03/02 14:14 |
| S87 | 8 | ("3628600" \| "4559788" \| "4683942" \| "4843832" \| "4959970" \| "5701750" \| "6298677" \| "6467537").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:14 |
| S88 | 8 | ("3628600" \| "4559788" \| "4683942" \| "4843832" \| "4959970" \| "5701750" \| "6298677" \| "6467537").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:16 |
| S89 | 4 | ("4259847" \| "4501125" \| "4830274" \| "5181653").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:16 |
| S90 | 4 | ("1956707" \| "3653590" \| "4021213").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:17 |
| S91 | 4 | ("3530683" \| "3747361" \| "3877243").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:19 |
| S92 | 6 | ("3332621" \| "5484012" \| "5726874" \| "6247898" \| "6259172").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2006/03/02 14:29 |
| S93 | 11 | ("6398505").URPN. | USPAT | OR | ON | 2006/03/02 14:30 |

H 000604

# ARTIFACT SHEET

Enter artifact number below. Artifact number is application number + artifact type code (see list below) + sequential letter (A, B, C ...). The first artifact folder for an artifact type receives the letter A, the second B, etc.. Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

11/154894 ZA

Indicate quantity of a single type of artifact received but not scanned. Create individual artifact folder/box and artifact number for each Artifact Type.

☐    CD(s) containing:
          computer program listing
          Doc Code: Computer          ☐
          pages of specification          Artifact Type Code: P
          and/or sequence listing
          and/or table                    ☐
          Doc Code: Artifact          Artifact Type Code: S
          content unspecified or combined
          Doc Code: Artifact          Artifact Type Code: U

☐    Stapled Set(s) Color Documents or B/W Photographs
          Doc Code: Artifact     Artifact Type Code: C

☐    Microfilm(s)
          Doc Code: Artifact     Artifact Type Code: F

☐    Video tape(s)
          Doc Code: Artifact     Artifact Type Code: V

☐    Model(s)
          Doc Code: Artifact     Artifact Type Code: M

☐    Bound Document(s)
          Doc Code: Artifact     Artifact Type Code: B

☐    Confidential Information Disclosure Statement or Other Documents
     marked Proprietary, Trade Secrets, Subject to Protective Order,
     Material Submitted under MPEP 724.02, etc.
          Doc Code: Artifact     Artifact Type Code X

12    Other, description: NPL
          Doc Code: Artifact     Artifact Type Code: Z

March 8, 2004

PTO/SB/06 (12-04)
Approved for use through 7/31/2006 OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875    Effective December 8, 2004

Application or Docket Number: 11154894

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE (37 CFR 1.16(a), (b) or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | | X$ 25 = | | OR | X$50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | | X100 = | | | X200 = | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 500 | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
| 8/11/06 Total (37 CFR 1.16(i)) | 19 | Minus | 20 | | X$ 25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | 2 | Minus | 3 | | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | +180= | | OR | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | (Column 1) | | (Column 2) | (Column 3) | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| Total (37 CFR 1.16(i)) | | Minus | | | X$ 25 = | | OR | X$50 = | |
| Independent (37 CFR 1.16(h)) | | Minus | | | X100 = | | OR | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | +180= | | OR | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

H 000606

# MPI Family Report (Family Bibliographic and Legal Status)

In the MPI Family report, all publication stages are collapsed into a single record, based on identical application data. The bibliographic information displayed in the collapsed record is taken from the latest publication.

**Report Created Date:**  2007-12-13

**Name of Report:**

**Number of Families:**  1

**Comments:**

## Table of Contents

1.  US7179046B2   20070220   HUNTAIR INC     US
     Fan array fan section in air-handling systems ................................................................................................   5



**Family1**

**16 records in the family, collapsed to 12 records.**

**CA2516215A1   20041007**                                    [ no drawing available]

**(ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

**Assignee:** HUNTAIR INC   US

**Inventor(s):** HOPKINS LAWRENCE G   US

**Application No:** CA   2516215   A

**Filing Date:** 20040319

**Issue/Publication Date:** 20041007

**Priority Data:** US 45641303 20030320 P; US 2004008578 20040319 W W;

**IPC (International Class):** F04D02700

**ECLA (European Class):** F04D02516C; F24F00706

**Publication Language:** ENG

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20050812 | | AFNE | NATIONAL PHASE ENTRY |
| 20050812 | | EEER | EXAMINATION REQUEST |

**CN1795334A 20060628**

**(ENG) Fan array fan section in air-handling systems**

**Assignee:** HUNTAIR INC   US

**Inventor(s):** HOPKINS LAWRENCE G   US                    [ no drawing available]

**Application No:** CN   200480006686   A

**Filing Date:** 20040319

**Issue/Publication Date:** 20060628

**Abstract:** NotAvailable

**Priority Data:** US 45641303 20030320 P;

**IPC (International Class):** F04D02700; F24F00706; F04D02516

**ECLA (European Class):** F04D02516C; F24F00706

**Legal Status:** There is no Legal Status information available for this patent



**EP1604116A4 20070523**
**EP1604116A2 20051214**

**(ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

[ no drawing available]

**Assignee:** HUNTAIR INC    US

**Inventor(s):** HOPKINS LAWRENCE G    US

**Application No:** EP  04757940  A

**Filing Date:** 20040319

**Issue/Publication Date:** 20070523

**Abstract:** NotAvailable

**Priority Data:** US 45641303 20030320 P; US 2004008578 20040319 W W;

**IPC (International Class):** F04D02700; F04D02516; F24F00706

**ECLA (European Class):** F04D02516; F24F00706

**Designated Countries:**
----Designated States: AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HU IE IT LI LU MC NL PL PT RO SE SI SK TR

**Publication Language:** ENG

**Filing Language:** ENG

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20070523 | | A4 | SUPPLEMENTARY SEARCH REPORT Effective date: 20070419; |
| 20070523 | ( ) | RIC1 | CLASSIFICATION (CORRECTION) IPC: F04D 27/00 20060101AFI20050425BHEP; |
| 20070523 | ( ) | RIC1 | CLASSIFICATION (CORRECTION) IPC: F04D 25/16 20060101ALI20070413BHEP; |



## JP2006519972T 20060831

**NotAvailable**

**Application No:** JP  2005518910  T                    [ no drawing available]

**Filing Date:** 20040319

**Issue/Publication Date:** 20060831

**Abstract:** NotAvailable

**Priority Data:** US 45641303 20030320 P; US 2004008578 20040319 W W;

**IPC (International Class):** F24F00100; F24F01104; F24F00706; F04D02516

**ECLA (European Class):** F04D02516C; F24F00706

**Legal Status:** There is no Legal Status information available for this patent

## KR20050115898A 20051208

**(ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEM**

**Assignee:** HUNTAIR INC    US                        [ no drawing available]

**Inventor(s):** HOPKINS LAWRENCE G    US

**Application No:** KR  20057016754  A

**Filing Date:** 20050908

**Issue/Publication Date:** 20051208

**Abstract:** NotAvailable

**Priority Data:** US 45641303 20030320 P;

**ECLA (European Class):** F04D02516C; F24F00706

**Legal Status:** There is no Legal Status information available for this patent



H 000610

## MXPA05009943A 20051104

**(ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS.**

[ no drawing available]

**Assignee:** HUNTAIR INC    US

**Inventor(s):** LAWRENCE G HOPKINS    US

**Application No:** MX    PA05009943    A

**Filing Date:** 20050919

**Issue/Publication Date:** 20051104

**Abstract:** (SPA) Una seccion de ventiladores del conjunto de ventiladores en un sistema de distribucion de aire, que comprende una pluralidad de unidades de ventilacion (200) dispuestas en un conjunto de ventilacion y colocadas dentro de una seccion de distribucion de aire (202). Una modalidad preferida puede incluir un Controlador de conjunto (300) programado para hacer funcionar la pluralidad de unidades de ventilacion (200) a substancialmente su maxima eficiencia. La pluralidad de unidades de ventilacion (200) puede quedar dispuesta en una configuracion de conjunto exacta o pareja, en una configuracion de conjunto de modelo espaciada, en una configuracion de conjunto en forma de tablero de ajedrez, en una configuracion de conjunto de hileras ligeramente descentradas, en una configuracion de conjunto de columnas ligeramente descentradas; y en una configuracion de conjunto, escalonada. A fan array fan section in an air-handling system comprising includes a plurality of fan units (200) arranged in a fan array and positioned within an air-handling compartment (202). One preferred embodiment may include an array controller (300) programmed to operate the plurality of fan units (200) at substantially peak efficiency. The plurality of fan units (200) may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

**Priority Data:** US 45641303 20030320 P; US 2004008578 20040319 W W;

**IPC (International Class):** F24F00706; F04D02516

**ECLA (European Class):** F04D02516C; F24F00706

**Publication Language:** SPA

**Legal Status:** There is no Legal Status information available for this patent



*MicroPatent Patent Index - an enhanced INPADOC database*

*Family Bibliographic and Legal Status*                                                    5

## US7179046B2 20070220
## US2005232753A1 20051020



**(ENG) Fan array fan section in air-handling systems**

**Assignee:** HUNTAIR INC    US

**Inventor(s):** HOPKINS LAWRENCE G   US

**Application No:** US  15489405  A

**Filing Date:** 20050615

**Issue/Publication Date:** 20070220

**Abstract:** (ENG) A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

**Priority Data:** US 15489405 20050615 A; US 45641303 20030320 P; US 55470204 20040320 P; US 80677504 20040322 A 1; US 2004008578 20040319 W W;

**Related Application(s):** 11/154894 20050615 20050232753 20051020 US; 60/554702 20040320 US; 60/456413 20030320 US; 10/806775 20040322 7137775 US; PCT/US2004008578 20040319 US PENDING

**IPC (International Class):** F04D02516; F24F00706

**ECLA (European Class):** F04D02516; F24F00706

**US Class:** 415061; 415119; 416120; 417003; 4174235; 417426

**Publication Language:** ENG

**Filing Language:** ENG

**Agent(s):** Chernoff, Vilhauer, McClung & Stenzel, LLP

**Examiner Primary:** Nguyen, Ninh H.

**Assignments Reported to USPTO:**

    **Reel/Frame:** 16702/0901  **Date Signed:** 20040322  **Date Recorded:** 20050615
    **Assignee:** HUNTAIR INC. 11555 SW MYSLONY STREET TUALATIN OREGON 97062

    **Assignor:** HOPKINS, LAWRENCE G.

    **Corres. Addr:** KAREN DANA OSTER LAW OFFICE OF KAREN DANA OSTER, LLC PMB 1020, 15450 SW BOONES FERRY RD. #9 LAKE OSWEGO, OREGON 97035
    **Brief:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

    **Reel/Frame:** 17586/0137  **Date Signed:** 20060427  **Date Recorded:** 20060508
    **Assignee:** UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT 677 WASHINGTON BOULEVARD STAMFORD CONNECTICUT 06901

    **Assignor:** CLEANPAK INTERNATIONAL, INC.; HUNTAIR, INC.

    **Corres. Addr:** CORPORATION SERVICE COMPANY 1133 AVENUE OF THE AMERICAS SUITE 3100 NEW YORK, NY 10036
    **Brief:** SECURITY AGREEMENT

H 000612

Reel/Frame: 18221/0001  Date Signed: 20060414  Date Recorded: 20060724
Assignee: HUNTAIR, INC. (A DELAWARE CORPORATION) 11555 SW MYSLONY STREET
(FORMERLY KNOWN AS ACQUISITION SUB 2006-2, INC.) TUALATIN OREGON 97062

Assignor: HUNTAIR INC. (AN OREGON CORPORATION)

Corres. Addr: DAWN URBANOWICZ C/O NORTEK, INC. 50 KENNEDY PLAZA PROVIDENCE, RI
02903
Brief: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Legal Status:   There is no Legal Status information available for this patent

---

# WO2004085928A3 20050421
# WO2004085928A2 20041007

## (ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

Assignee: HUNTAIR INC     US

Inventor(s): HOPKINS LAWRENCE G   US

Application No: US 2004008578  W

Filing Date: 20040319

Issue/Publication Date: 20050421



Abstract: L'invention concerne un ensemble soufflante à série de soufflantes pour systèmes de traitement d'air, qui comprend une pluralité d'unités de soufflante (200) disposées en série et placées dans un compartiment de traitement d'air (202). En mode de réalisation préféré, il peut exister un contrôleur de série (300) programmé pour exploiter la pluralité d'unités (200) sensiblement à l'efficacité de crête. Cette pluralité d'unités (200) peut être disposée en configuration de série réelle, en configuration de série à structure espacée, en configuration de série à damier, en configuration de série à rangées légèrement décalées, en configuration de série à colonnes légèrement décalées, ou en configuration de série à échelonnement.

Priority Data: US 45641303 20030320 P;

IPC (International Class): F24F00706; F04D02516

ECLA (European Class): F04D02516; F24F00706

Designated Countries:
----Designated States: AE AE AG AL AL AM AM AM AT AT AU AZ AZ BA BB BG BG BR BR BW BY
BY BZ BZ CA CH CN CN CO CO CR CR CU CU CZ CZ DE DE DK DK DM DZ EC EC EE EE EG EG
ES ES FI FI GB GD GE GE GH GM HR HR HU HU ID IL IN IS JP JP KE KE KG KG KP KP KR KR
KZ KZ KZ LC LK LR LS LS LT LU LV MA MD MD MG MK MN MW MX MX MZ MZ NA NI NI NO
NZ OM PG PH PH PL PL PT PT RO RU RU SC SD SE SG SK SK SL SL SY TJ TJ TM TM TN TR TR TT
TT TZ UA UA UG UG US UZ UZ VC VN YU YU ZA ZM ZW
----Regional Treaties: AM AT AZ BE BF BF BG BJ BJ BW BY CF CF CG CG CH CI CI CM CM CY CZ
DE DK EE ES FI FR GA GA GB GH GM GN GN GQ GQ GR GW GW HU IE IT KE KG KZ LS LU MC
MD ML ML MR MR MW MZ NE NE NL PL PT RO RU SD SE SI SK SL SN SN SZ TD TD TG TG TJ TM
TR TZ UG ZM ZW

Publication Language: ENG

---



**Agent(s):**    OSTER, Karen, Dana Law Office of Karen Dana Oster, LLC, PMB 1020, 15450 SW Boones Ferry Rd#9, Lake Oswego, OR 97035, US US

**Legal Status:**    There is no Legal Status information available for this patent

---

## WO2006104735A1 20061005

### (ENG) FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

**Assignee:**  HUNTAIR INC    US

**Inventor(s):**  HOPKINS LAWRENCE    US

**Application No:**  US  2006009842  W

**Filing Date:**  20060316

**Issue/Publication Date:**  20061005



**Abstract:**    (ENG) <emi file="US2006009842_05102006_pf_fp.g4" he="151MM" wi="184MM"/><p>A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array. Each fan unit is positioned within a fan unit chamber/cell. Each fan unit chamber/cell has at least one acoustically absorptive insulation surface. The insulation surfaces of the fan unit chambers/cells together form a coplanar silencer. Sound waves from the fan units passing through the insulation surface at least partially dissipate as they pass therethrough. In one preferred embodiments the fan unit chamber/cell is a cell having a frame that supports the insulation surfaces.</p>

**Priority Data:**  US 9756105 20050331 A;

**IPC (International Class):**    F24F01100; H05K00720

**ECLA (European Class):**    F24F003044; F24F007007

**Designated Countries:**
----Designated States: AE AG AL AM AT AU AZ BA BB BG BR BW BY BZ CA CH CN CO CR CU CZ DE DK DM DZ EC EE EG ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KM KN KP KR KZ LC LK LR LS LT LU LV LY MA MD MG MK MN MW MX MZ NA NG NI NO NZ OM PG PH PL PT RO RU SC SD SE SG SK SL SM SY TJ TM TN TR TT TZ UA UG US UZ VC VN YU ZA ZM ZW
----Regional Treaties: AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HU IE IS IT LT LU LV MC NL PL PT RO SE SI SK TR BF BJ CF CG CI CM GA GN GQ GW ML MR NE SN TD TG BW GH GM KE LS MW MZ NA SD SL SZ TZ UG ZM ZW AM AZ BY KG KZ MD RU TJ TM

**Publication Language:**  ENG

**Agent(s):**    STEUBER, David SILICON VALLEY PATENT GROUP LLP, 2350 Mission College Blvd., Suite 360, Santa Clara, California 95054 US

**Legal Status:**    There is no Legal Status information available for this patent

---



H 000614

## US2007104568A1 20070510

**(ENG) Fan array fan section in air-handling systems**

**Inventor(s):** HOPKINS LAWRENCE G   US

**Application No:**  US  59521206  A

**Filing Date:**  20061109

**Issue/Publication Date:**  20070510



**Abstract:** (ENG) A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

**Priority Data:**  US 45641303 20030320 P; US 55470204 20040320 P; US 59521206 20061109 A; US 80677504 20040322 A 1; US 2004008578 20040319 W W;

**Related Application(s):**  60/456413 20030320 US; 60/554702 20040320 US; 10/806775 20040322 7137775 US GRANTED; PCT/US2004008578 20040319 US PENDING

**IPC (International Class):**  F04D02966; F04D02516; F24F00706

**ECLA (European Class):**  F04D02516C; F24F00706

**US Class:** 415119

**Publication Language:** ENG

**Filing Language:** ENG

**Assignments Reported to USPTO:**
   Reel/Frame: 18710/0071   Date Signed: 20061213   Date Recorded: 20061222
   Assignee: HUNTAIR, INC. 11555 S.W. MYSLONY STREET TUALATIN OREGON 97062

   Assignor: HOPKINS, LAWRENCE G.

   Corres. Addr:  CHARLES D. MCCLUNG CHERNOFF, VILHAUER, MCCLUNG & ET AL. 1600 ODS TOWER 601 S.W. SECOND AVENUE PORTLAND, OR 97204-3157
   Brief:  ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20061222 | ( ) | AS | ASSIGNMENT New owner name: HUNTAIR, INC., OREGON; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:HOPKINS, LAWRENCE G.;REEL/FRAME:018710/0071; Effective date: 20061213; |



H 000615

**US7137775B2 20061121**
**US2004185771A1 20040923**

**(ENG) Fan array fan section in air-handling systems**

**Assignee:** HUNTAIR INC   US

**Inventor(s):** HOPKINS LAWRENCE G    US

**Application No:** US   80677504   A

**Filing Date:** 20040322

**Issue/Publication Date:** 20061121



**Abstract:** (ENG) <p num="0000">A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration. </p>

**Priority Data:** US 45641303 20030320 P; US 55470204 20040320 P; US 80677504 20040322 A; US 2004008578 20040319 W W;

**Related Application(s):** 60/554702 20040320 00 60/456413 20030320 00; 10/806775 PCT/US04/08578 20040319 PENDING

**IPC (International Class):** F04D02516; F24F00706

**ECLA (European Class):** F04D02516C; F24F00706

**US Class:** 415061; 415119; 416120; 417003; 4174235; 417426

**Publication Language:** ENG

**Agent(s):** Silicon Valley Patent Group LLP

**Examiner Primary:** Nguyen, Ninh H.

**Assignments Reported to USPTO:**
    Reel/Frame: 15136/0541   Date Signed: 20040322   Date Recorded: 20040322
    Assignee: HUNTAIR INC. 11555 SW MYSLONY STREET TUALATIN OREGON 97062

    Assignor: HOPKINS, LAWRENCE G.

    Corres. Addr: LAW OFFICE OF KAREN DANA OSTER, LLC KAREN DANA OSTER 15450 SW
          BOONES FERRY RD. #9 PMB 1020 LAKE OSWEGO, OR 97035
    Brief: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

    Reel/Frame: 17586/0137   Date Signed: 20060427   Date Recorded: 20060508
    Assignee: UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT 677 WASHINGTON
          BOULEVARD STAMFORD CONNECTICUT 06901

    Assignor: CLEANPAK INTERNATIONAL, INC. ; HUNTAIR, INC.

    Corres. Addr: CORPORATION SERVICE COMPANY 1133 AVENUE OF THE AMERICAS SUITE
          3100 NEW YORK, NY 10036



**H 000616**

Brief:  SECURITY AGREEMENT

Reel/Frame:  18221/0001  Date Signed:  20060414  Date Recorded:  20060724
Assignee:  HUNTAIR, INC. (A DELAWARE CORPORATION) 11555 SW MYSLONY STREET
(FORMERLY KNOWN AS ACQUISITION SUB 2006-2, INC.) TUALATIN OREGON 97062

Assignor:  HUNTAIR INC. (AN OREGON CORPORATION)

Corres. Addr:  DAWN URBANOWICZ C/O NORTEK, INC. 50 KENNEDY PLAZA PROVIDENCE, RI
02903
Brief:  ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Legal Status:

| Date | +/- | Code | Description |
|---|---|---|---|
| 20060724 | | AS | ASSIGNMENT New owner name: HUNTAIR, INC. (A DELAWARE CORPORATION), OREGON; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:HUNTAIR INC. (AN OREGON CORPORATION);REEL/FRAME:018221/0001; Effective date: 20060414; |

---

## US2005180846A1 20050818

(ENG) Fan array fan section in air-handling systems

Assignee:  HUNTAIR INC    US

Inventor(s):  HOPKINS LAWRENCE G    US

Application No:  US  9756105  A

Filing Date:  20050331

Issue/Publication Date:  20050818



Abstract:  (ENG) <p num="0000">A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array. Each fan unit is positioned within a fan unit chamber/cell. Each fan unit chamber/cell has at least one acoustically absorptive insulation surface. The insulation surfaces of the fan unit chambers/cells together form a coplanar silencer. Sound waves from the fan units passing through the insulation surface at least partially dissipate as they pass therethrough. In one preferred embodiments the fan unit chamber/cell is a cell having a frame that supports the insulation surfaces. </p>

Priority Data:  US 9756105 20050331 A Z; US 45641303 20030320 P; US 55470204 20040320 P; US 80677504
20040322 A 2; US 2004008578 20040319 W W;

Related Application(s):  60/456413 20030320 60/554702 20040320; 11/097561 20050331 10/806775 20040322
PENDING 11/097561 20050331 PCT/US04/08578 20040319 PENDING

IPC (International Class):  F25D02312; F04D02966; F03B01104; F03D01100; F01D00516; F01D00526;
F01D00510; F01D02504; F25D01500

  *MicroPatent Patent Index - an enhanced INPADOC database*

**ECLA (European Class):**   F04D02516C; F24F00706

**US Class:** 415119

**Publication Language:** ENG

**Assignments Reported to USPTO:**
Reel/Frame: 17586/0137  **Date Signed:** 20060427  **Date Recorded:** 20060508
**Assignee:** UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT 677 WASHINGTON
BOULEVARD STAMFORD CONNECTICUT 06901

**Assignor:** CLEANPAK INTERNATIONAL, INC. ; HUNTAIR, INC.

**Corres. Addr:** CORPORATION SERVICE COMPANY 1133 AVENUE OF THE AMERICAS SUITE
3100 NEW YORK, NY 10036
**Brief:** SECURITY AGREEMENT

Reel/Frame: 18221/0001  **Date Signed:** 20060414  **Date Recorded:** 20060724
**Assignee:** HUNTAIR, INC. (A DELAWARE CORPORATION) 11555 SW MYSLONY STREET
(FORMERLY KNOWN AS ACQUISITION SUB 2006-2, INC.) TUALATIN OREGON 97062

**Assignor:** HUNTAIR INC. (AN OREGON CORPORATION)

**Corres. Addr:** DAWN URBANOWICZ C/O NORTEK, INC. 50 KENNEDY PLAZA PROVIDENCE, RI
02903
**Brief:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20060508 | | AS | ASSIGNMENT New owner name: UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT,; : SECURITY AGREEMENT;ASSIGNORS:CLEANPAK INTERNATIONAL, INC.;HUNTAIR, INC.;REEL/FRAME:017586/0137;SIGNING DATES FROM 20060426 TO 20060427; |
| 20060724 | | AS | ASSIGNMENT New owner name: HUNTAIR, INC. (A DELAWARE CORPORATION), OREGON; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:HUNTAIR INC. (AN OREGON CORPORATION);REEL/FRAME:018221/0001; Effective date: 20060414; |



**H 000618**

| USPTO Maintenance Report | | | | | |
|---|---|---|---|---|---|
| Patent Bibliographic Data | | | | 12/13/2007 04:00 PM | |
| Patent Number: | 7179046 | | Application Number: | 11154894 | |
| Issue Date: | 02/20/2007 | | Filing Date: | 06/15/2005 | |
| Title: | FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS | | | | |
| Status: | 4th year fee window opens: 02/22/2010 | | | Entity: | Small |
| Window Opens: | 02/22/2010 | Surcharge Date: | 08/23/2010 | Expiration: | N/A |
| Fee Amt Due: | Window not open | Surchg Amt Due: | Window not open | Total Amt Due: | Window not open |
| Fee Code: | 2551 | MAINTENANCE FEE DUE AT 3.5 YEARS | | | |
| Surcharge Fee Code: | | | | | |
| Most recent events (up to 7): | | No Maintenance History Found<br>--- End of Maintenance History --- | | | |
| Address for fee purposes: | PATENTABILITY ASSOCIATES<br>P.O. BOX 9551<br>SAN JOSE, CA<br>95157 | | | | |

**H 000619**

# Selecting Fans, Determining Airflow for Crop Drying, Cooling, Storage

### COLLEGE OF AGRICULTURAL, FOOD, AND ENVIRONMENTAL SCIENCE

William F. Wilcke, Extension Engineer
R. Vance Morey, Professor and Head, Biosystems and Agricultural Engineering Department

Using fans to force air having the proper temperature and relative humidity through a crop is a valuable technique for maintaining quality after harvest. The air helps maintain the moisture, temperature, and oxygen content of a crop at levels that prevent growth of harmful bacteria and fungi and excessive shrinkage.

This fact sheet provides information that will help you select new fans for crop drying, cooling, or storage facilities, or help you determine airflow delivered by existing fans. Grains and oilseeds are the primary crops discussed, but hay, potatoes, and other types of produce are also mentioned.

## Airflow Requirements

Total airflow provided by a fan is usually expressed as cubic feet of air per minute (cfm). Recommendations for drying or aerating a particular crop are given as airflow per unit of crop being served by the fan. For example, cfm per bushel (cfm/bu) is used for drying or aerating grains and oilseeds. Typical airflow recommendations are listed in Table 1. Select fans that deliver airflow within the ranges given in the table: greater airflows require larger fans and lead to greater costs, while lower airflows could result in unacceptable crop quality.

## Airflow Resistance

### Crops

When air is forced through a bulk crop, it must travel through narrow paths between individual particles. For packaged crops, air must travel through or between individual containers. Friction along air paths creates resistance to airflow. Fans must develop enough pressure to overcome this resistance and move air through the crop.

Airflow resistance and fan pressure are usually expressed in inches of water column (in. water, or in. $H_2O$). This term comes from gages called u-tube manometers that are sometimes used to measure pressure (Figure 1). You can make a u-tube manometer by fastening a clear plastic tube and a ruler to a board. Then pour some water (or water plus a small amount of antifreeze, into the tube. Since manometers are used to measure pressure relative to atmospheric pressure, leave one end of the tube open to the atmosphere. Attach the other end to the duct or plenum where you





Figure 1. Using a u-tube manometer to measure pressure at a given site.

want to measure pressure. When a fan generates pressure, it forces water in the tube to move in the direction of lower pressure. The height difference of the water levels on the two sides of the tube, measured in inches, is the fan static pressure, in. water. In negative pressure or suction systems, pressure between the crop and the fan is less than atmospheric pressure and water in the manometer tube moves toward the fan. In positive pressure systems, water moves away from the fan. You can buy dial-type pressure gauges that operate on a different principle but that are calibrated to give readings in. water.

The airflow resistance of a crop and the fan pressure required to overcome it depend on how fast the air is moving and how long and narrow the paths are. For grains and oilseeds, these factors are a function of the particular crop (size and shape of seeds), crop depth, and airflow rate (cfm/bu) you're trying to provide.

UNIVERSITY OF MINNESOTA
## Extension
SERVICE

BEST AVAILABLE COPY



H 000620

As you can see from Tables 2 through 6, at a given airflow rate, crop depth has a large effect on static pressure. Static pressure, in turn, greatly affects fan power requirements. Short, large diameter bins are recommended for natural-air grain drying because static pressure and required bin size are smaller than they would be in tall, narrow bins. Even though short bins cost more to install than tall ones that have the same grain capacity, total drying costs are less because smaller bins use less electricity.

Airflow resistance of hay, potatoes, and other produce also depends on crop depth or thickness of the layer to be ventilated and airflow rate. For packaged produce, the type of container and the way containers are stacked can also make a difference. But in most cases, airflow resistance of these crops seldom requires fan pressure greater than about 1 in. water. If better information is lacking, use 1 in. as a static pressure estimate for these crops.

## Floors and Ducts

The full perforated floors used in grain bins generally have negligible resistance to airflow. Airflow resistance of bin floors isn't significant unless open area is less than about 7% most commercially available floors have more than 10% open area.

Air supply ducts, laterals, and perforated air distribution ducts offer greater resistance to airflow than do full perforated floors. This resistance can be quite large if ducts are too small or too long. Use ducts that are large enough that air velocity is less than about 1500 feet per minute. (Divide duct airflow in cfm by duct cross sectional area in square feet to get velocity.) Also, try to keep duct length less than 100 ft. Unless you have better information, use 0.5 in. water as an estimate of airflow resistance for duct systems. Be aware that corrugated plastic ducts designed for air distribution have only 1 to 3% open area, and ordinary plastic tile designed for field drainage has less than 1% open area. Because plastic ducts have so little area for air exit, their airflow resistance can exceed 0.5 in. water.

## Air Inlet and exhaust openings

When outdoor air is used to ventilate a bin or building, you need to provide adequately-sized openings for air to move in and out of the structure. If openings are too small, they restrict airflow and increase fan pressure requirements. Provide at least one square foot of inlet area per 1000 cfm and an equal exhaust area, and make sure these vents or doors are open anytime the fan is operating.

## Fan Performance

Because of the way fan impellers (blades or rotors) are designed, the amount of air they can move decreases as the pressure they are working against increases. The airflow vs. pressure information for a particular fan is

called the fan performance data. Performance depends on the size, shape, and speed of the impeller, and the size of the motor driving it. Performance differs widely among brands and models, even for fans with the same size motor.

Access to fan performance data is essential for selecting fans and for determining airflow provided by existing fans. Most manufacturers sell fans that have been tested using procedures specified by the Air Movement and Control Association International, Inc. (AMCA). The manufacturers can provide you with performance data in the form of tables or graphs. Avoid fans for which AMCA data is not available. Table 7 is an example of the type of data you need. Figure 2 is a graphical presentation of the data for two fans from Table 7 that have the same size motor. Note how much performance of the two fans differs.



Figure 2. Fan performance data for MEB Fans #7 and #10 from Table 7.

## Fan Types

Most fans can be categorized as either axial-flow or centrifugal (see Figure 3). Axial-flow fans are sometimes called impeller fans, although that's really just one type of axial-flow fan. Air moves in a straight line through axial-flow fans parallel to the axis or impeller shaft. The impeller has a number of blades attached to a central hub.

Centrifugal fans are sometimes called blowers or squirrel cage fans. The impeller is a wheel that consists of two rings with a number of blades attached between them. Air enters one or both ends of the impeller parallel to the shaft and exits one side perpendicular to the shaft. The blades can be straight, slanted in the direction of airflow (forward-curved), or slanted opposite the airflow direction (backward-curved or backward-inclined).

2

H 000621

## AXIAL-FLOW FANS

  

Vane-axial    Tube-axial    Propeller

**Figure 3. Types of fans used for ventilating crops.**

**Propeller Fans (panel fans)**

These are axial-flow type fans that have from two to about seven long blades attached to a small hub. Fan diameter is usually large relative to the fan's length or thickness. Some propeller fans are called panel fans and are designed for mounting in a wall or plenum divider. Some are belt-driven and some have the impeller hub attached directly to the motor shaft (direct-driven).

Propeller fans normally can't generate more than about 2 in. water pressure. They are most commonly used for potato ventilation, forced-air produce cooling, hay drying, exhausting air from attics or overhead spaces, or general air circulation. They are seldom used for grain drying or aeration.

**Tube-axial, vane-axial**

These axial-flow fans have a barrel-shaped housing and an impeller that has a large hub with a number of short blades attached to it. They are generally direct-driven and the motor is cooled by the airstream. In positive pressure systems, the air stream captures the waste heat given off by the motor. Vane-axial fans have guide vanes inside the fan housing to help reduce air turbulence.

Tube-axial and vane-axial fans are the most common types used for grain drying and aeration. They are relatively inexpensive and fairly efficient when static pressure is less than about 4 in. water. The main disadvantage of these fans is that they are very noisy.



Backward-inclined centrifugal

## CENTRIFUGAL FANS



In-line centrifugal

**Centrifugal**

The centrifugal fans used for crop drying and storage generally have backward-curved or backward-inclined blades. They are expensive, but are also quiet and are usually the most efficient type of fan when static pressure is greater than about 4 in. water. The motor on centrifugal fans is normally outside the air stream; you need to install a special housing around the motor if you want to capture the heat it gives off.

Forced-air heating and ventilating systems often use centrifugal fans that have forward-curved blades. Motors on these fans can be overloaded and burn out when the fans are operated outside certain pressure ranges. This characteristic makes them unsuitable for many crop drying and storage applications.

**In-line centrifugal**

These fans have axial airflow, but use a centrifugal-type impeller. Price and operating characteristics are between those of backward-inclined centrifugal and tube-axial fans.

3

H 000622

## Multiple Fans

It is sometimes necessary or desirable to install more than one fan to provide air to a common plenum or supply manifold for a duct system. Fans can be arranged in parallel or series (Figure 4). Reasons for using multiple fans include:

- Total airflow, pressure, or power requirements exceed the capabilities of the largest fan available from your dealer.

- The starting current for a single large fan motor is greater than the electrical system can handle. The maximum starting current is lower if several small fans are started one at a time.

- When multiple fans are installed, you have the option of turning some of the fans off and operating with a lower airflow when conditions allow.

- Air distribution is sometimes more uniform when several small fans are used in place of one large one.

### Parallel

Parallel arrangement means fans are installed side-by-side or at several points along a manifold or plenum. The most common applications are where total airflow requirement is large, but pressure is moderate. When fans are installed in parallel, they all face the same pressure. Total airflow is estimated by adding the airflow provided by each fan at the expected pressure.

### Series

Series arrangement, where fans are fastened in line or end-to-end, is not used very often. When it is used, it generally involves tube-axial or vane-axial fans in situations where pressure is relatively high, such as in deep grain bins. Series arrangement is seldom used with centrifugal fans and seldom are more than two axial-flow fans connected in series. When fans are arranged in series, each fan handles the same airflow. Total pressure is estimated by adding the pressure developed by each fan at the expected airflow.

### Determining Air Flow Provided by Existing Fans

Knowledge of the airflow that a fan is providing allows you to estimate the time it will take to dry or cool a crop. This in turn, helps you determine whether steps need to be taken to prevent unacceptable quality loss before the task is completed.

The first step in determining airflow is to measure static pressure in the duct or plenum between the fan and the crop (Figure 1). Drill a small hole (1/8 in. should be adequate) in the wall of the duct or plenum and press a tube from one side of a pressure gauge or u-tube manometer against the hole. Then, take the pressure reading and use its absolute value (this means assume the reading is positive even if it's a negative pressure system) to determine the airflow. Use the AMCA performance data for that model fan at that

pressure. To get airflow rate (cfm/bu. for example), divide the airflow from the performance table or graph by the amount of crop being served by the fan.

For example, suppose fan #4 from Table 7 is being used to dry 10 tons of hay and the static pressure reading in the duct to which the fan is attached is 1.0 in. water. The fan performance data in Table 7 shows that fan #4 provides 2775 cfm against a pressure of 1 in. Airflow per ton is 2775 cfm ÷ 10 tons = about 278 cfm/ton. This value is within the recommended range for hay drying given in Table 1.

Because airflow resistance and static pressure vary with type of crop, crop depth, amount of fines present, and the way the crop is piled, you need to repeat the above procedure and determine a new airflow anytime conditions change.

## Selecting Fans

### Calculate total airflow needed

The first step in selecting a fan is to determine the total airflow it must provide. You can use the airflow rates in Table 1 as a guide. Choose an airflow rate, estimate the total quantity of crop to be served by the fan, and then multiply the airflow rate by crop quantity to get total airflow requirement.

PARALLEL



SERIES



Figure 4. Parallel and series fan arrangement.

4

H 000623

For example, if you want to supply 1 cfm/bu to natural-air dry corn in a 27-ft-diameter by 16 ft deep bin that has a full perforated floor, calculate airflow as follows:

Bin capacity = (x + 4) x (diameter)² x depth x 0.8 bu/cu ft
= 0.785 x 27 ft x 27 ft x 16 ft x 0.8 bu/cu ft
= 7325 bu

Total airflow = 1 cfm/bu x 7325 bu = 7325 cfm

**Estimate static pressure**

The next step in selecting a fan is to estimate the pressure the fan will be operating against. For grains and oilseeds, use the desired airflow rate and expected crop depth and read the appropriate pressure value from Tables 2 through 6. Remember to add 0.5 in. to the value from the table if air is distributed through a duct system. For hay, potatoes, or other produce, use 1 in. water as a pressure estimate unless a better number is available.

Continuing our example, Table 3 indicates that the expected pressure for 16 ft of corn and an airflow rate of 1 cfm/bu is 2.4 in. water.

**Estimating fan power requirements**

Fans are usually described by the horsepower (hp) rating of the motor used to drive the impeller. It's helpful when selecting fans to estimate the power requirement first so you know where to start looking in the manufacturer's catalog.

Fan motor size depends on the total airflow being delivered, the pressure developed, and the impeller's efficiency. Impeller efficiencies generally range from 40% to 65%. If we assume an average value of 50%, we can use the following formula to estimate the fan power requirement.

Fan power (hp) = airflow (cfm) x static pressure (in. water) ÷ 3814

In our example,
Fan power = 7325 cfm x 2.4 in. water ÷ 3814 = 4.6 hp.

**Selecting the best fan available**

Purchase cost and noise during operation can be important factors in selecting a fan, but the most critical factor is whether the fan can provide enough airflow at the expected operating pressure. Start by looking at performance data for a fan having a motor rated just under the power value you calculated. If this fan provides more than enough airflow, look at the next size smaller. If your first pick is too small, try the next size larger.

If we use the list of fans in Table 7 to select a fan for our example problem, we see that fan #7 (a 5.0-hp axial flow fan) comes closest to meeting our needs. Fans #6

and #10 wouldn't provide enough airflow at 2.4 in. water and fans #8 and #11 would provide much more airflow than is needed.

Sometimes fans produced by one manufacturer won't meet your needs and you'll have to look at another manufacturer's fans. Or, if you are having trouble finding a fan that is big enough, you might consider using several smaller fans. (See the section on multiple fans.)

**Computerized fan selection**

The fan selection procedure that was just described is not too difficult, but there is an easier way to select fans for grain bins.

You can use the FANS or WINFANS (Windows version) computer programs available from the University of Minnesota Biosystems and Agricultural Engineering Department and some county Extension offices. The program is very user friendly and guides you through the fan selection process by asking some simple questions about your grain drying or storage bin. If you have access to the World Wide Web, the program can be downloaded from: www.bae.umn.edu/extens/harvest.html. The program allows you to select fans from a list of over 200 commercially available models and see if the selected models provide the desired airflow.

**Summary**

Selection of proper fans and determination of actual airflow provided by existing fans are important steps in preserving quality of crops after harvest. Make sure you have fans that provide enough airflow to dry or cool crops before unacceptable quality loss occurs. Contact your local extension office for more information on selecting fans or managing crops after harvest.

Table 1. Airflow recommendations for drying, cooling, and storing crops.

| | |
|---|---|
| Natural-air drying grains & oilseeds | 0.75 to 1.5 cfm/bu |
| Aeration of stored dry grains & oilseeds | 0.05 to 0.3 cfm/bu |
| Hay drying | 150 to 500 cfm/ton |
| Potato ventilation (airflow per hundredweight) | 0.5 to 1.5 cfm/cwt |
| Forced-air produce cooling | 1 to 10 cfm/lb |

5

H 000624

Table 1. Airflow resistance data for barley and oats.
Values in the table have been multiplied by 1.5 to account for fines and packing in the bin. Add 0.5 in. water to the table values if air is distributed through a duct system.

| Grain Depth (ft) | Airflow (cfm/bu) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.1 | 0.25 | 0.5 | 0.75 | 1.0 | 1.25 | 1.5 | 2.0 |
| | Expected static pressure (inches of water) | | | | | | | | |
| 2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.3 | 0.5 |
| 6 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.5 | 0.7 | 0.8 | 1.1 |
| 8 | 0.1 | 0.1 | 0.2 | 0.4 | 0.7 | 0.9 | 1.2 | 1.5 | 2.1 |
| 10 | 0.1 | 0.1 | 0.3 | 0.7 | 1.1 | 1.5 | 2.0 | 2.5 | 3.6 |
| 12 | 0.1 | 0.2 | 0.5 | 1.0 | 1.6 | 2.3 | 3.0 | 3.7 | 5.4 |
| 14 | 0.1 | 0.3 | 0.7 | 1.4 | 2.2 | 3.2 | 4.2 | 5.3 | 7.8 |
| 16 | 0.2 | 0.3 | 0.9 | 1.9 | 3.0 | 4.3 | 5.7 | 7.2 | 10.8 |
| 18 | 0.2 | 0.4 | 1.1 | 2.4 | 3.9 | 5.8 | 7.5 | 9.5 | 14.1 |
| 20 | 0.3 | 0.5 | 1.4 | 3.0 | 4.9 | 7.1 | 9.5 | 12.2 | 18.1 |
| 25 | 0.4 | 0.8 | 2.2 | 4.9 | 8.2 | 11.9 | 16.1 | 20.7 | 31.1 |
| 30 | 0.6 | 1.2 | 3.2 | 7.4 | 12.4 | 18.3 | 24.8 | 32.1 | 48.7 |
| 40 | 1.0 | 2.1 | 6.0 | 14.2 | 24.4 | 36.2 | 49.6 | * | * |
| 50 | 1.5 | 3.4 | 9.9 | 23.8 | 41.4 | * | * | * | * |

* Static pressure is excessive—greater than 50 in. water.

Table 2. Airflow resistance data for shelled corn.
Values in the table have been multiplied by 1.5 to account for fines and packing in the bin (if corn is stored, which tends to decrease airflow resistance, divide table values by 1.5.) Add 0.5 in. water to the table values if air is distributed through a duct system.

| Grain Depth (ft) | Airflow (cfm/bu) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.1 | 0.25 | 0.5 | 0.75 | 1.0 | 1.25 | 1.5 | 2.0 |
| | Expected static pressure (inches of water) | | | | | | | | |
| 2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 |
| 6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 | 0.4 | 0.6 |
| 8 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.5 | 0.6 | 0.8 | 1.2 |
| 10 | 0.1 | 0.1 | 0.2 | 0.3 | 0.5 | 0.8 | 1.1 | 1.4 | 2.0 |
| 12 | 0.1 | 0.1 | 0.2 | 0.5 | 0.8 | 1.2 | 1.6 | 2.1 | 3.2 |
| 14 | 0.1 | 0.1 | 0.3 | 0.7 | 1.2 | 1.7 | 2.3 | 3.0 | 4.6 |
| 16 | 0.1 | 0.1 | 0.4 | 0.9 | 1.6 | 2.4 | 3.2 | 4.2 | 6.4 |
| 18 | 0.1 | 0.2 | 0.5 | 1.2 | 2.1 | 3.1 | 4.3 | 5.6 | 8.7 |
| 20 | 0.1 | 0.2 | 0.7 | 1.6 | 2.7 | 4.0 | 5.6 | 7.3 | 11.3 |
| 25 | 0.2 | 0.4 | 1.1 | 2.6 | 4.6 | 7.0 | 9.7 | 12.8 | 19.9 |
| 30 | 0.3 | 0.5 | 1.6 | 4.1 | 7.2 | 11.0 | 15.3 | 20.3 | 31.9 |
| 40 | 0.5 | 1.0 | 3.1 | 8.1 | 14.6 | 22.6 | 31.9 | 42.5 | * |
| 50 | 0.7 | 1.6 | 5.3 | 14.0 | 25.6 | 39.9 | * | * | * |

*Static pressure is excessive—greater than 50 in. water.

6

H 000625

Table 4. Airflow resistance data for soybeans and nonstationary sunflowers.
Values in the table have been multiplied by 1.5 to account for fines and packing in the bin. Add 0.5 in. water to the table values if air is distributed through a duct system.

| Grain Depth (ft) | Airflow (cfm/bu) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.1 | 0.25 | 0.5 | 0.75 | 1.0 | 1.25 | 1.5 | 2.0 |
| | Expected static pressure (inches of water) | | | | | | | | |
| 2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| 6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.3 | 0.5 |
| 8 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.9 |
| 10 | 0.1 | 0.1 | 0.1 | 0.3 | 0.4 | 0.6 | 0.8 | 1.0 | 1.5 |
| 12 | 0.1 | 0.1 | 0.2 | 0.4 | 0.7 | 0.9 | 1.2 | 1.5 | 2.3 |
| 14 | 0.1 | 0.1 | 0.3 | 0.6 | 0.9 | 1.3 | 1.7 | 2.2 | 3.3 |
| 16 | 0.1 | 0.1 | 0.3 | 0.8 | 1.2 | 1.8 | 2.4 | 3.0 | 4.5 |
| 18 | 0.1 | 0.2 | 0.4 | 1.0 | 1.6 | 2.3 | 3.1 | 4.0 | 6.0 |
| 20 | 0.1 | 0.2 | 0.6 | 1.2 | 2.0 | 3.0 | 4.0 | 5.1 | 7.7 |
| 25 | 0.2 | 0.3 | 0.9 | 2.0 | 3.4 | 5.0 | 6.8 | 8.8 | 13.4 |
| 30 | 0.2 | 0.5 | 1.3 | 3.1 | 5.2 | 7.7 | 10.5 | 13.7 | 21.0 |
| 40 | 0.4 | 0.9 | 2.5 | 5.9 | 10.3 | 15.4 | 21.4 | 28.0 | 43.4 |
| 50 | 0.6 | 1.4 | 4.1 | 10.0 | 17.8 | 29.7 | 37.2 | 49.1 | * |

* Static pressure is excessive—greater than 50 in. water.

Table 5. Airflow resistance data for oil-type sunflowers.
Values in the table have been multiplied by 1.5 to account for fines and packing in the bin. Add 0.5 in. water to the table values if air is distributed through a duct system.

| Grain Depth (ft) | Airflow (cfm/bu) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.1 | 0.25 | 0.5 | 0.75 | 1.0 | 1.25 | 1.5 | 2.0 |
| | Expected static pressure (inches of water) | | | | | | | | |
| 2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 |
| 6 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.9 |
| 8 | 0.1 | 0.1 | 0.1 | 0.3 | 0.6 | 0.7 | 0.9 | 1.1 | 1.7 |
| 10 | 0.1 | 0.1 | 0.2 | 0.5 | 0.8 | 1.1 | 1.5 | 1.9 | 2.9 |
| 12 | 0.1 | 0.1 | 0.3 | 0.7 | 1.2 | 1.7 | 2.3 | 2.9 | 4.4 |
| 14 | 0.1 | 0.2 | 0.5 | 1.0 | 1.7 | 2.4 | 3.3 | 4.2 | 6.4 |
| 16 | 0.1 | 0.2 | 0.5 | 1.4 | 2.3 | 3.3 | 4.5 | 5.8 | 8.8 |
| 18 | 0.1 | 0.3 | 0.8 | 1.8 | 3.0 | 4.4 | 6.0 | 7.8 | 11.8 |
| 20 | 0.2 | 0.3 | 1.0 | 2.3 | 3.8 | 5.8 | 7.7 | 10.0 | 15.3 |
| 25 | 0.3 | 0.6 | 1.6 | 3.7 | 6.5 | 9.7 | 13.3 | 17.4 | 26.9 |
| 30 | 0.4 | 0.8 | 2.4 | 5.7 | 10.0 | 15.1 | 20.9 | 27.5 | 42.7 |
| 40 | 0.7 | 1.5 | 4.5 | 11.3 | 20.1 | 30.7 | 43.0 | * | * |
| 50 | 1.1 | 2.4 | 7.5 | 19.3 | 34.6 | * | * | * | * |

* Static pressure is excessive—greater than 50 in. water.

H 000626

Table 6. Airflow resistance data for wheat and sorghum.
Values in the table have been multiplied by 1.3 for wheat and 1.5 for sorghum to account for lines and packing in the bin. Add 0.3 in. water to the table values if air is distributed through a duct system.

| Grain Depth (ft) | Airflow (cfm/bu) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.1 | 0.25 | 0.5 | 0.75 | 1.0 | 1.25 | 1.5 | 2.0 |
| | Expected static pressure (inches of water) | | | | | | | | |
| 2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| 4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 | 0.4 | 0.5 | 0.7 |
| 6 | 0.1 | 0.1 | 0.2 | 0.4 | 0.6 | 0.8 | 1.0 | 1.2 | 1.7 |
| 8 | 0.1 | 0.1 | 0.3 | 0.7 | 1.1 | 1.5 | 1.8 | 2.3 | 3.2 |
| 10 | 0.1 | 0.2 | 0.5 | 1.1 | 1.7 | 2.3 | 3.0 | 3.7 | 5.3 |
| 12 | 0.1 | 0.3 | 0.8 | 1.8 | 2.5 | 3.4 | 4.5 | 5.8 | 7.8 |
| 14 | 0.2 | 0.4 | 1.8 | 2.2 | 3.4 | 4.6 | 6.3 | 7.8 | 11.3 |
| 16 | 0.3 | 0.5 | 1.4 | 2.9 | 4.6 | 6.4 | 8.4 | 10.6 | 15.3 |
| 18 | 0.3 | 0.7 | 1.7 | 3.7 | 5.9 | 8.3 | 11.0 | 13.8 | 20.0 |
| 20 | 0.4 | 0.8 | 2.2 | 4.7 | 7.5 | 10.5 | 13.9 | 17.5 | 25.6 |
| 25 | 0.5 | 1.3 | 3.4 | 7.5 | 12.2 | 17.4 | 23.1 | 29.4 | 43.3 |
| 30 | 0.9 | 1.9 | 5.1 | 11.2 | 18.3 | 26.3 | 35.3 | 45.0 | * |
| 40 | 1.7 | 3.4 | 9.3 | 21.1 | 35.1 | * | * | * | * |
| 50 | 2.6 | 5.4 | 15.0 | 34.9 | * | * | * | * | * |

* Static pressure is excessive—greater than 50 in. water.

Table 7. Example of fan performance data.
This data is provided as an illustration only; these fans are not commercially available.

| Fan # | Hp | Cubic feet per minute (cfm) at indicated static pressure (inches of water) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 3.5 | 4.0 | 4.5 | 5.0 | 5.5 | 6.0 | 6.5 | 7.0 |
| Fans 1 through 9 are axial-flow fans | | | | | | | | | | | | | | |
| 1 | 0.33 | 1,425 | 920 | 280 | | | | | | | | | | |
| 2 | 0.5 | 1,680 | 960 | 800 | 620 | 360 | | | | | | | | |
| 3 | 0.75 | 1,680 | 1,460 | 1,170 | 780 | | | | | | | | | |
| 4 | 1.0 | 2,725 | 2,500 | 2,075 | 1,150 | 775 | 500 | 260 | | | | | | |
| 5 | 1.5 | 3,675 | 3,475 | 3,275 | 3,000 | 2,425 | 1,700 | 1,375 | | | | | | |
| 6 | 3.0 | 5,400 | 5,700 | 5,200 | 4,800 | 3,700 | 3,000 | 2,300 | | | | | | |
| 7 | 5.0 | 8,600 | 8,560 | 7,600 | 6,800 | 6,180 | 5,300 | 4,300 | 1,560 | | | | | |
| 8 | 7.5 | 13,400 | 12,560 | 11,500 | 10,400 | 9,600 | 7,500 | 6,200 | 4,450 | 2,250 | 1,360 | 850 | | |
| 9 | 10.0 | 15,700 | 15,000 | 14,200 | 13,400 | 12,400 | 11,800 | 10,800 | | | | | | |
| Fans 10 through 14 are centrifugal fans | | | | | | | | | | | | | | |
| 10 | 5.0 | 7,500 | 6,700 | | 5,900 | | 4,900 | | 3,520 | | 1,500 | | | |
| 11 | 7.5 | 9,500 | 8,900 | | 8,000 | | 7,250 | | 6,100 | | 5,000 | | | |
| 12 | 10.0 | 13,450 | 12,730 | | 11,980 | | 11,120 | | 10,180 | | 9,040 | | 7,450 | |
| 13 | 15.0 | 16,000 | 15,100 | | 14,300 | | 13,100 | | 11,800 | | 10,000 | | | |
| 14 | 20.0 | 21,725 | 20,430 | | 18,140 | | 17,750 | | 16,140 | | 14,120 | | 11,360 | |

www.extension.umn.edu
Copyright (c) 1999, Regents of the University of Minnesota. All rights reserved. For ordering information call (800) 876-8636.
Produced by Communication and Educational Technology Services, University of Minnesota Extension Service.
The information given in this publication is for educational purposes only. Reference to commercial products or trade names is made with the understanding that no discrimination is intended and no endorsement by the University of Minnesota Extension Service is implied.
For Americans with Disabilities Act accommodations, please call (800) 876-8636.
The University of Minnesota Extension Service is an equal opportunity educator and employer.
Printed on recycled paper with minimum 10% postconsumer waste.

FO-3716-C
Revised 1999

**AAON**
*Heating & Cooling Products*

*marketing memo*

To: All AAON Sales Representatives                    October 1, 2001

# NEW PROMOTIONAL LITERATURE

## The RL Series
## 40 to 230 Tons for Air Cooled,
## Evaporative Cooled or Water Cooled

Enclosed with this memo are 50 copies of the new RL Series full color promotional literature. Read this over completely. Get ready for the two RL product sessions that will be held here in Tulsa this month to answer all your questions.

Notice the photo on page 2 is an air cooled unit being built in the West Tulsa plant. The centerfold of product features also shows those taken of evaporative cooled models, as well as, many of the common features of all the models.

**RL Product Hi-Lites**
In this session you will see a complete evaporative cooled unit. All of the features will be reviewed in a unique manner that you will be able to "take home with you" in your pocket. You will not forget this presentation.

**RL Software**
The RL product has many of the features that you always expect from AAON. It also will have new and unrivaled features that you must learn how to select and use to our best advantage. The RL software will be extensively demonstrated in this session. With the RL Series you have fan options that will be presented to you by the software, with the corresponding sound levels.

The Unit Rating sheet gives you all the performance information you need including sound information.

The overall dimensional drawing of the selection will also be an output of the software. No guessing or waiting to get information back from the factory to get the customer the dimensional data they always want immediately.

Get your questions ready - Don't miss any of the RL sessions. We look forward to seeing you at the Sales meeting.

*Jim Parro*
Jim Parro
Marketing Manager

2425 South Yukon • Tulsa, Oklahoma 74107 • PH: (918) 583-2266 • FAX: (918) 583-6094

H 000628



**AAON INC**

**INVOICE**

2425 S. YUKON, TULSA, OK 74107-2488-8888-

PLEASE REMIT TO:
AAON, INC DEPT 953 TULSA, OK 74182

**INVOICE NO. 265184**

| CUSTOMER NO. | 649835 | | INV. DATE 02/28/02 | PAGE 1 |

CUST. P. O. NO.  A-0440

| SOLD TO | SHIP TO |
|---|---|
| TOBEY-KARG SALES AGENCY<br>4640 CAMPBELLS RUN ROAD<br><br>PITTSBURGH, PA 15205<br>USA | WEIRTON MED CTR<br>C/O SCALISE INDUSTRIES<br>601 COLLIERS WAY<br>WEIRTON, WV 26062<br>USA |

| SALES ORDER NO. | TERMS | CUSTOMER JOB NO. | SHIP ZONE |
|---|---|---|---|
| 254652 | NET 30 DAYS | WEIRTON MED CTR. | WV |

| SHIP VIA | F. O. B. POINT | SHIP DATE | REMOVE'D BY CUSTOMER |
|---|---|---|---|
| MELTON | TULSA OK | 02/28/02 | |

| BILL OF LADING NO. | FINAL DESTINATION |
|---|---|
| 244341 - 244355 | 454 |

| ITEM NO. | QUANTITY SHIPPED | DESCRIPTION | UNIT | PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | 2/3 PER REM DESIGN OK TO SHIP<br>2/19. JL<br>TAX 37 e SUBJECT TO CHANGE. | | | |
| 1 | 2 | 35221 | EA | 94,890.910 | 189,781.82 |
| | | RL-155-3-0-AB06-000: H9CLEXXXEBLDRBJAACCXX0000AX00CXXX | | | |
| 2 | 1 | MFREIGHT | EA | 4,600.000 | 4,600.00 |
| | | SUBTOTAL | | | 194,381.82 |
| | | TAX  (0.0000) | | | 0.00 |
| | | DISCOUNT- 20 DAYS<br>PAYMENTS RECEIVED 20 DAYS FROM INVOICE DATE<br>@ 1,887.81<br>INTEREST-1.5% PER MONTH<br>CHARGED BEGINNING 30 DAYS AFTER INVOICE DATE<br>@ 2,915.72/mo)<br><br>>>> PAYMENT IN U.S. DOLLARS <<< | | | |
| | | | | TOTAL | 194,381.82 |

REPRINT OF ORIGINAL

H 000629



H 000630

**AAON, Inc.**                   **Worksheet**

RL-155-3-0-AB06-000:H3C1-E00-QB1-0B0-JAAC00H-00-0A000000H

Tag: RTU#13

| Item/Option | Description | List Price | Rep. Price | Cust. Price |
|---|---|---|---|---|

H 000631

**AAON, Inc.**

A-0440   **Submittal**

RL-155-8-0-AB06-000:HGC1-B00-QB1-0B0-JAAC00H-00-0A000000B
Tag: STU0L1

| Job Name | Wilson Medical Center | Submitted For | Relay-Kay Sales Agency |
|---|---|---|---|
| Job Number | Job ID | Submitted Date | November 12, 2001 |

| | Base Option | Description |
|---|---|---|
| R | Series | Roof Top Unit |
| L | Generation | Series Generation |
| 155 | Size | One Hundred and Fifty Five |
| 8 | Voltage | 208/230/60/3 |
| 0 | Interior Insulation | Standard |
| A | Configuration | Draw Thru 32A Duct Standard Arrangement |
| B | Control Configuration | Air Cooled Cond w/ 11 and 20A CFM |
| 0 | Coding Option | 11A |
| 6 | Coding Option | 6 Row |
| 0 | Heating Option | No Heat |
| 0 | Electric Configuration | No Heat |
| 0 | Heating Source | No Heat |

| | Feature Option | Description |
|---|---|---|
| H | | |
| G | | |
| C | | |
| 1 | | |
| B | | |
| 0 | | |
| 0 | | |
| Q | | |
| B | | |
| 1 | | |
| 0 | | |
| B | | |
| 0 | | |
| J | | |
| A | | |
| A | | |
| C | | |
| 0 | | |
| H | | |
| | | |
| 0 | | |
| 0 | | |
| A | | |
| 0 | | |
| 0 | | |
| 0 | | |
| 0 | | |
| B | | |

**AAON, INC.**   A-044D   **Unit Rating**

RL-155-3-0-AB06-000:HBC1-E00-GB1-0B0-JAAC0GH-00-0A000000B
Tag: RTU61,2

**Job Information**

| | |
|---|---|
| Job Name: | Thomas Medical Center |
| Job Number: | |
| Site Altitude: | 0 ft |

**Unit Information**

| | |
|---|---|
| Unit Size: | One Forty Five tons --- |
| Cabinet Size: | D |
| Approx. Op. Weight: | 5125 lbs. |
| Supply CFM/ESP: | 51000 / 2.35 in. wg. |
| Exhaust CFM/ESP: | 41000 / 1.35 in. wg. |
| Outside CFM: | 11500 |
| Ambient Temperature: | 95 °F DB / 75 °F WB |

**Static Pressure**

| | | | |
|---|---|---|---|
| External: | 2.35 in. wg. | Economizer: | 0.21 in. wg. |
| Evaporator: | 0.74 in. wg. | Heating: | 0.00 in. wg. |
| Filters (Clean): | 0.80 in. wg. | Cabinet: | 0.53 in. wg. |
| Dirt Allowance: | 0.30 in. wg. | Hurlyback: | 1.30 in. wg. |
| | | Total: | 5.87 in. wg. |

**Cooling Section**

| | Gross | Net |
|---|---|---|
| Total Capacity: | 1584.7 | 1583.62 MBH |
| Sensible Capacity: | 1203.94 | 301.09 MBH |
| Latent Capacity: | 376.72 MBH | |
| EW Total Cooling Capacity: | 2.57 °F MBH | |
| Mixed Air Temp: | 75.00 °F DB | 64.00 °F WB |
| Entering Air Temp: | 74.96 °F DB | 64.00 °F WB |
| Lv Air Temp (Std): | 53.71 °F DB | 53.54 °F WB |
| Lv Air Temp (Unit): | 51.64 °F DB | 53.20 °F WB |
| Supply Air Fan: | LW - 4 x 400 @ 19.96 BHP Ea. | |
| SA Fan RPM/Width: | 1520 / 99% | |
| Exhaust Air Fan: | 3 x MWC18-06 @ 30.19 BHP Ea. | |
| EA Fan RPM: | 1500 | |
| Evaporator Coil: | 38.5 ft² / 6 Rows / 12 FPI | |
| Evaporator Face Velocity: | 529.5 fpm | |
| Energy Recovery Wheel: | 1 x ERC-7400 | |

**Heating Section**

| | |
|---|---|
| Product Type: | Std (No Preheat) |
| Heating Type: | No Heat |

**EER - ARI Listing Information**

No ARI Rating Program Exists for Units Over 300 MBH
All AAON Units Are Tested in Accordance With ARI Standards

| | | | |
|---|---|---|---|
| EER @ ARI Conditions: | 8.2 | EER Compressor Only @ ARI Conditions: | 12.5 |
| Application EER @ Op. Conditions: | 7.6 | Condensing Unit EER @ Op. Conditions: | 11.1 |

**Electrical Data**

| | | | |
|---|---|---|---|
| Rating: | 460/3/60 | Minimum Circuit Amp: | 432 |
| Unit FLA: | 131 | Maximum Overcurrent: | 500 |

**Motors**

| | Qty | HP | VAC | Phase | RPM | FLA | BLA |
|---|---|---|---|---|---|---|---|
| Compressor 1: | 2 | | 460 | 3 | | | 24.86 |
| Compressor 2: | 2 | | 460 | 3 | | | 46.15 |
| Condenser Fans: | 4 | 2.00 | 460 | 3 | 1170 | 7.3 | |
| Supply Fans: | 4 | 20.00 | 460 | 3 | 1500 | 24.0 | |
| Exhaust Fans: | 3 | 30.00 | 460 | 3 | 1500 | 34.0 | |
| HeatWeel: | 1 | 0.25 | 208 | 1 | 1700 | 2.0 | |

**Cabinet Sound Power Levels**

| | Octave Bands: | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| | Discharge LWG(D) | 100 | 99 | 90 | 101 | 99 | 91 | 82 | 82 |
| | Return LWG(R) | 96 | 91 | 88 | 77 | 87 | 91 | 72 | 74 |

*Sound power levels are given for information purposes only. No sound levels are guaranteed.



H 000634



### AAON
*Heating & Cooling Products*

## REDEMPTION COUPON

Nº: 778-2306

### .315
#### SPECIAL MULTIPLIER DISCOUNT

FOR

## RL ROOFTOP UNITS

Issued To: **Rich Nalavanko**

**Tobey-Karg Sales Agency**
**Pittsburgh, PA**

Job Name: WEIRTON MEDICAL

Signature: _____  Date: 11/16/01

**Coupon Expires: December 31, 2002**

This coupon is valid for eligible AAON sales representatives only and may be used ONE TIME for this specific product group. To use this coupon, it MUST BE SIGNED, DATED and redeemed ONLY by the sales representative to whom it was issued. This coupon IS NOT TRANSFERABLE and has no value if the Salesperson or Sales Representative Office no longer represents AAON, Inc. Redemption is subject to all AAON Standard Terms and Conditions as well as the Terms and Conditions listed on the reverse side of this coupon that are applicable to this program.

H 000635

**501 Tracking Form**

SOLD TO: YoNEY/KRAG    JOB NAME: _____ 11/0/01

MARK CONTACT: _____ REQUESTED SHIP DATE: 11/07 (4)

OEO NUMBER: _____ PROJECTED SHIP DATE: 11/19/01

COMMENTS: _____

---

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| SOI REQUIRED ?: | ☐ | ☐ | WIRING DIAGRAM COMPLETE ?: | ☐ | ☐ |
| ARM / ECM NA.: | ☐ | N/A | SPECIAL NAMEPLATE INFORMATION ?: | ☐ | ☐ |
| BILL WORK REQ. ON STD. BILLS ?: | ☐ | ☐ | SPECIAL ORDER PARTS REQ. ?: | ☐ | ☐ |
| ALL UNITS CONFIGURED ?: | ☐ | ☐ | AGENCY APPROVED ?: | ☐ | ☐ |
| | | | IF NO AGENCY APPROVAL, EXPLAIN: | | |

COMMENTS: _____

PREPARED BY: _____ DATE GIVEN TO PROD. / INV. CNTL.: _____

---

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| SPECIAL PARTS ON ORDER ?: | ☐ | ☐ | SOI INFO. CORRECT TO ENTER ?: | ☐ | ☐ |
| SPECIAL BILL WORK COMPLETE ?: | ☐ | ☐ | COST ROLL-UP COMPLETE ?: | ☐ | ☐ |
| ALL WORK ORDERS ENTERED ?: | ☐ | ☐ | DATE GIVEN TO MANUFACTURING ?: | | |
| PREPARED BY: _____ | | | DATE GIVEN TO SALES: _____ | | |

---

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| SOI COMPLETE ?: | ☐ | ☐ | WIRING DIAGRAM COMPLETE ?: | ☐ | ☐ |
| NAMEPLATE INFO COMPLETE ?: | ☐ | ☐ | SPECIAL INSTRUCTIONS COMPLETE ?: | ☐ | ☐ |

COMMENTS: _____

PREPARED BY: _____ DATE GIVEN TO PROD. / INV. CNTL.: _____

SPECIAL COMMENTS: _____

7-11-95

H 000636

**AAON, Inc.**

Memorandum
via DataFax

To: Creed Hess
Tobey Karg

From: Jim Parro

Date: November 19, 2001

Subject: RL Selection for Weirton Medical Center

cc: B. Pohl          R. Schoonover      B. Smith
    D. Schwartz      S. Hammoud         D. Knebel
    M. Roark

Confirming our telephone conversation today, I review the following.

We have received and will be entering the subject order for 2 of the RL-155s. As I mentioned to you, we will be adding the net freight amount to the order of $4608.

**Program Error to be Corrected**
While you were using the new program, you were able to key the state name directly as "W. Va." rather than using the dropdown box to point and click on "WV".

This disabled the automatic calculation of the freight amount and your printout that was sent to us indicated Zero $ for freight.

ch111901.doc

H 000637

Sunon Group, Taiwan

**Technology**

**The Parallel and Series Operation**

BACK ◆

The parallel operation is defined as using two or more fans side by side.

**The Operation of Parallel Fans vs. Single Fan Graphs**



▓▓▓The volume air flow of two fans in parallel will be double in the free-air condition only. If the parallel fans are applied in the higher system resistance situation, the high system resistance that enclosure has, the less increase in flow results with parallel fan operation. Thus, this type of application is only recommended for the low system resistance situation – when the fans can operate near free delivery.

**The Performance of Series Fans vs. Single Fan Graphs**



The series operation is defined as using two or more fans in series.

The static pressure capacity of two fans in series can be doubled at zero air flow condition, but do not increase the airflow in the free-air situation. An additional fan in series increases the volume flow is a higher static pressure enclosure. Thus, in series operation, the best results are achieved in systems with high resistance.

**BEST AVAILABLE COPY**

http://www.sunon.com/english/wealth/tech/tech-06.htm                3/15/2004

H 000638

http://www.sunon.com/english/wealth/tech/tech-06.htm                    3/15/2004

H 000639



### Series and parallel fans.

Machine Design; January 26, 1996;

**Read the Full Article. Get a FREE Trial for instant access »**

Machine Design

January 26, 1996

Using two or more fans in series or parallel may be a better alternative than a larger fan. First of all, two identical fans are usually less noisy than a single larger unit. Secondly, depending upon arrangement, either static pressure or airflow may be increased while keeping the other parameter near constant. When two fans work side by side, for example, airflow should double at free delivery. However, the higher the system impedance to flow, the lower the flow increase from the second fan. Hence, a parallel arrangement is recommended when the fans operate in low impedance near free delivery. When one fan pushes air into an enclosure and another pulls air out, the fans are in series. Best results from using fans in series are in systems with high impedance. In both series and parallel operation, especially with some than three fans, some areas of the combined performance curve are unstable and should be avoided. However, the instability is unpredictable because it ma ...

**Read "Machine Design: Series and parallel fans," with a FREE Trial for instant access »**

HighBeam™ Research, LLC © Copyright 2004. All rights reserved.
About Us | Terms & Conditions | Privacy Policy | Listings

BEST AVAILABLE COPY

http://static.highbeam.com/m/machinedesign/january261995/seriesandparallelfans/index.ht... 3/15/2004

H 000640

**ebmpapst**

## Using fans in series and parallel: performance guidelines

Ian McLeod, Engineering Director, Papst plc

When a single fan within a system cannot deliver sufficient airflow to provide the required level of cooling, and the physical size of the enclosure precludes the use of a larger fan, the concept of mounting fans in series or parallel is sometimes considered. In practice however, the only circumstances in which two fans of equal size can provide double the airflow is when they are operating in free air, i.e. no back pressure to restrict the airflow. This is a theoretical situation not found in practice.

The following article examines what really happens and how the performance of multiple fan solutions can be optimised.

Before examining the performance of series and parallel fan arrangements, it is worth considering the basic concepts of airflow characteristics in practical applications.

Fans are used to produce turbulent air currents which when forced through equipment enclosures, collect and remove heat from the internal components. Physical obstructions to this airflow not only provide a reverse pressure, which the fan must overcome, but can also mask components from the cooling air stream. The enclosure designer must therefore consider the cooling paths when the layout is being decided.

Densely packed enclosures exhibit airflow resistance, manifested as pressure loss in the direction of airflow. It's analogous to an electrical generator forcing current through a resistor - the resistor restricts the current flow.

In theory, weighting factors can be applied to determine the flow/pressure characteristics of systems. In practice, the variety of designs used in enclosures and the presence of internal cards, disk drives, power supplies or other elements that interfere with airflow, mean that it is impossible to calculate weighting factors using general formulae. Designers must rely on measurements or rough approximations.

For practical purposes, the pressure loss of an enclosure, $\Delta p$, is approximated by the formula:

$$\Delta p = Rv \times Q/2 \times V2$$

where Rv is a weighting factor for pressure loss in dimensions of m-4 , Q is the density of the displacement medium and V is the velocity of air flow through the system. It can be seen that pressure loss increases as the square of flow rate.

H 000641



$$\Delta p = R_v \frac{Q}{2} V^2$$

Figure 1 (above) shows the characteristic curve based on this formula where pressure loss is plotted as a function of flow rate. It describes the air flow characteristics of a given enclosure or other system.



Fans operating in free air generate the maximum possible flow rate, but when fitted within an enclosure the fan is required to overcome the inherent airflow resistance. In order to achieve this the fan needs to produce a pressure increase which will in turn decrease the flow rate. A characteristic fan curve, as shown in Figure 2 (above).

H 000642

expresses the relationship between flow rate and pressure.

For a given enclosure and fan, the operating point of the fan is determined by the point at which the characteristic enclosure curve and characteristic fan curve intersect. At this point, the pressure loss of the enclosure is just compensated by the pressure increase of the fan and this point determines the flow rate that is available within that enclosure.

With parallel - side by side - mounting, the flow rate is multiplied by the number of fans but the results must be plotted over the entire characteristic fan curve. If fans are placed too close together, other interference effects come into play and reduce the overall flow. This is largely because the flow of air into a fan is usually laminar and smooth, while the exhausted air is much more turbulent. Even in an ideal environment, where interference effects could be ignored, a pressure increase of four times would be needed to produce a doubling of air flow, as pressure loss increases with the square of flow rate. These differences and the effect of siting fans in parallel are shown in Figure 3 (below). Here, the airflow only increases by approximately 20 to 25% over that achieved with a single fan.



When fans are mounted in series - one in front of the other - the pressure increase, in theory, is doubled. However, if the fans are close together, results will again fall short of the theoretical performance due to the angular component of airflow introduced in the exhaust of the rear fan. This limits the suction effectiveness of the front fan. One solution is to direct the angular component back into the main air current using guide vanes, but this is a rather inelegant and space-hungry solution. A more commonly adopted and balanced approach is to use one fan on the intake side and one on the exhaust side of the enclosure or cabinet. The presence of internal components and the large cross-sectional area between the individual fans will mean that airflow is essentially unidirectional. This provides effective airflow and relatively low noise levels.

The choice of series or parallel fan combinations will clearly depend on the individual application. Some solutions may even require a combination of both techniques. They key point to remember is that two fans never mean twice the air flow.

ebm-Papst Automotive and Drives (UK) Ltd
East Portway
Andover, Hampshire
SP10 3RT

Tel: 01264 333386
Fax: 01264 332182
Email: A&Dsales@uk.ebmpapst.com

Copyright © 2004 ebm-Papst. All rights reserved.

H 000643

**CLEANPAK** INTERNATIONAL — Technical Bulletin  CLEANPAK M/R/PF
Multi/Redundant/Plenum Fan

The application of multiple fans in a common system, in part, provided the impetus of the design of the "plug" fan years ago. CLEANPAK International has incorporated multiple fans in common cabinets for several years to provide systems that require redundancy, to meet architectural profile requirements, and for space savings. The arrangements may be vertical up or down flow or horizontal. The notes below apply generally, but often relate to redundancy issues, which is a benefit of multiple fan operation whether a design requirement or not.

**General**

There are three general arrangements for multiple plenum fan configurations as noted below. Each arrangement has its benefits.

1+1: 2 fans can be provided in a cabinet with either fan capable of supplying 100% of the design flow requirement. This would provide 100% redundancy. Normal operation can be simultaneous or independent.

Twin: 2 fans can be provided in a cabinet with both fans required for the design flow. This arrangement provides capacity in excess of 50% if a single fan fails, since the system pressure drop falls by the square root of the volume decrease. Additional capacity can be provided by ramping the VFD up to the limit of the motor full load amps. Normal operation is always simultaneous.

X>+1: This system provides a measure of redundancy by providing a number of fans smaller than that required by the 1+1 arrangement. The failure of a single fan is accommodated by the initiation of an unused fan, or the ramp up of all remaining fans. The number of fans can be as high as 12-16, although it is not limited. Normal operation is always simultaneous.

**Airflow Isolation**

- Inlet or discharge isolation dampers with a solid dividing wall can be provided for fan service of an inoperative fan while operating at design flow for the 1+1 system. The damper pressure drop should be included in the calculation of the total static pressure (TSP).
- An Econo-Disk® may be provided for manual or automatic fan isolation for any of the applications, although as the fans become smaller (18" and under) performance penalties may result. Econo-Disk shutoff characteristics are excellent.
- Inlet isolation dampers can be provided and function similar to, but not as efficiently as, the Econo-Disk. Back draft dampers (heavy duty) can be used but may provide unstable operation at low flows. The damper pressure drop should be included in TSP calculations.
- If some sort of fan isolation is not provided, system performance will suffer a dramatic decrease with a fan failure, due to back flow through the failed fan.

**Efficiency**

- Larger diameter fans have significantly higher peak efficiencies than smaller diameter fans. Selecting fans at optimum efficiency for an operating point requires the ability to vary wheel width and operating speed.
- Larger motors are significantly more efficient than smaller motors.
- Motors operated at 75% full load are slightly more efficient than those that operate at 100% full load.



*Fan efficiencies are generally higher for larger size fans*

*Motor efficiencies are higher for larger size motors*

H 000644

**CLEANPAK** INTERNATIONAL

Technical Bulletin CLEANPAK M/R/PF
Multi/Redundant/Plenum Fan

- System efficiency can be improved with internal and external pressure loss reductions such as low velocity coils and high capacity filters.

**Dimensions**
- For 1+1 systems, inlet and discharge plenum lengths may depend on the normal operating condition. Multiple fan configurations allow for more even velocity profiles for any given length than a single fan configuration.
- Larger fans take more airway length than smaller fans. Service access behind fans is similar for both large and small fans.
- Isolation dampers on the fan inlet increase the airway length.
- Isolation dampers on the fan outlet increase the airway length.
- Large numbers of fans operating as in Xn+1 can reduce the airway length compared to the 1+1 arrangement, particularly if the 1+1 design has an independent operating design rather than a simultaneous operating design.
- Unusual profiles may be accommodated with larger numbers of fans (Xn+1).

**Pressure/Volume Control**
- VFDs work well when the system follows the fan laws but do not work well if volume varies but the ESP is high and constant, or the fans operate with multiple volumes and constant pressure.
- The Econo-Disk can be used to provide volume control while maintaining design pressure with the simultaneous operation described in 1+1.
- Econo-Disks can be used for both volume and pressure control with manual, pneumatic, or electric actuation.
- Econo-Disks can be used with VFDs for increased flexibility and efficiency.
- Multiple fans such as Xn+1 can be staged and manipulated with VFDs and isolation dampers to offer constant pressure with variable volume.
- Multiple, simultaneous operating fans are generally operated at the same speed.
- Inlet isolation dampers can be used for volume control by "riding the curve" although this is not recommended since it is an inefficient method and may result in unstable operation.



**Sound**
- Manufacturers' bare fan sound levels should be adjusted for multiple fan operation. Sound power levels are 11dB higher for 12 fans operating than for only one of the twelve.
- Smaller fans operate at higher speeds than larger fans for any given pressure. This shifts the primary tone of the fan (or blade passage frequency) to higher frequencies and may shift it to a higher octave band. Generally speaking this is advantageous in that higher frequencies are typically attenuated more easily.
- There is a potential for acoustical beats to arise with multiple fan systems.

**Vibration Isolation**
- 1+1 and twin fan operations are usually internally spring isolated.
- Xn+1 systems with stacked fans, racked, are usually provided without internal isolation, but can be internally spring isolated.

**Service**
- Smaller fans and motors are easier to physically manipulate than large fans and motors.

CLEANPAK International © 2003-2004  11241 SE Hwy 212  Clackamas OR 97103  Ph 503-557-4500  Fax 503-557-4501  Pg 2 of 3

H 000645

**CLEANPAK** Technical Bulletin  CLEANPAK M/R/PF
Multi/Redundant/Plenum Fan

- Larger numbers of fans, motors, VFDs, dampers, and damper actuators increase service requirements and increase the potential points of failure.
- Generally a fan will be isolated until a system shutdown for major service, or if the fans are screened service is performed while one or more fans are operating.
- Service in an active air stream, without pressure and flow interference can be performed most easily with an airlock.
- Taperlock fan hubs offer quicker and simpler motor/fan wheel replacements than straight bore hubs.
- Bearing life is unaffected by the number of fans operating (1+1 or Xn+1), as the lower fans use larger motors and bearings and operate at slower speeds.
- Aluminum wheels reduce the bearing load.
- Spare parts are less costly for small fans compared to larger fans.

**Electrical**
- 100% redundancy systems (1+1) require greater electrical service requirements than other systems but are as efficient or more efficient during operation.
- If single VFDs are used to run multiple motors, each motor requires separate overload protection. VFD to motor lead length is the sum of all the lead lengths fed by a single VFD.
- Multiple VFDs reduce the need for VFD bypass options.

**Initial Cost**
- $/CFM are lower for larger fans.
- $/HP are lower for larger motors and VFDs.
- Cabinet costs may be reduced with Xn+1 systems, due to the reduced cabinet length.

In the application of multiple smaller fans, one should consider several factors that affect initial cost, operating efficiency, redundancy, and reliability.  The discussion above should help the designer evaluate the various options.  Optimizing for single or multiple fan applications calls for flexibility from the air handling unit manufacturer.  Please contact CLEANPAK's technical staff for further information and assistance with your application.

H 000646

*READ AND SAVE THESE INSTRUCTIONS*                    PN 462647



**GREENHECK**
P.O. BOX 410  SCHOFIELD, WISCONSIN 54476-0410
PH. 715-359-6171
info@greenheck.com

**BELT DRIVE**
- CENTRIFUGAL (BISW, AFSW, BIDW, AFDW)
- INDUSTRIAL PROCESS (IPA, IPC, IPW)
- PLENUM (QEP)
- PLUG (PLQ)

## Installation Operating and Maintenance Manual




**CENTRIFUGAL AND INDUSTRIAL**




**PLUG**                          **PLENUM**

## TABLE OF CONTENTS

GENERAL INFORMATION ..................................... 2
  Handling .................................................... 2
  Storage ..................................................... 2
  Unit Identification .......................................... 2
  Caution ..................................................... 2
INSTALLATION ............................................... 3
  Centrifugal conditions ................................... 3-4
  Plenum / Plug conditions ................................. 4
  Belt Guards ................................................ 4
  Bases ...................................................... 5
  Solenoidle Housing ......................................... 5

Radial Gap Overlap & Wheel Alignment ................... 6-7
  V-Belt Drives ............................................... 7
UNIT START-UP ............................................... 8
  Additional Information ...................................... 8
  Vibration ................................................... 8
ROUTINE MAINTENANCE ....................................... 9
  Motors ..................................................... 9
  Bearings ................................................... 10
  V-Belt Drive ............................................... 11
TROUBLESHOOTING ........................................... 11
WARRANTY .................................................. 12

**Report any damaged equipment to the shipper immediately!**

All Centrifugal, Industrial Process, Plenum and Plug Fans are shipped on a skid or packaged to minimize damage during shipment. The transporting carrier has the responsibility for delivering all items in their original condition as received from Greenheck. The individual receiving the equipment is responsible for inspecting the unit for obvious or hidden damage, recording any damage on the bill of lading before acceptance and filing a claim (if required) with the final carrier.

H 000647

## GENERAL INFORMATION

To insure a successful installation, the instructions in this manual should be read and adhered to. Failure to comply with proper installation procedures may void the warranty.

### HANDLING

Fans are to be rigged and moved by the lifting brackets provided or by the skid when a forklift is used. See figures below for proper lifting locations. Location of brackets varies by model and size. DSP plenum fans utilize holes located in the framework of the fan. Handle in such a manner as to keep from scratching or chipping the coating. Damaged finish may reduce ability of fan to resist corrosion.

**FANS SHOULD NEVER BE LIFTED BY THE SHAFT, HOUSING, MOTOR, BELT GUARD OR ACCESSORIES.**



### STORAGE

When a fan is not going to be in service for an extended amount of time, certain procedures should be followed to keep the fan in proper operating condition.

- Rotate fan wheel monthly and purge bearings once every three months
- Cover unit with tarp to protect from dirt and moisture (Note: do not use a black tarp as this will promote condensation)
- Energize fan motor once every three months
- Store belts flat to keep them from warping and stretching
- Store unit in location which does not have vibration
- After storage period, purge grease before putting fan into service

If storage of fan is in a humid, dusty or corrosive atmosphere, rotate the fan and purge the bearings once a month. Improper storage which results in damage to the fan will void the warranty.

### UNIT IDENTIFICATION

The tag below is an example of an identification label on the fan. This information provides general details about the fan, as well as containing specific information unique to the unit. When contacting your Greenheck representative with future needs or questions, please have the information on this label available.



Tags are mounted in an area which is clearly visible, usually near the fan outlet on the drive side of the fan. The exact tag location may differ due fan model and size.

Typical mounting locations for identifying tags



Model - General description of fan

S/N - Serial Number assigned by Greenheck, which is a unique identifier for every unit

Mark - Customer supplied identification

2

H 000648

## CAUTION!

When installing a fan, ensure the proper protective devices are used to protect personnel from moving parts and other hazards. A complete line of protective accessories are available from Greenheck including inlet guards, outlet guards, belt guards, shaft guards, protective cages and electrical disconnects.

Check local codes to ensure compliance for all protective devices.

For further details on safety practices involving industrial and commercial fans please refer to AMCA Publication 410.

**ELECTRICAL DISCONNECTS**
All fan motors should have disconnects located in close visual proximity to turn off electrical service. Service disconnects shall be locked out when maintenance is being performed.

**MOVING PARTS**
All moving parts must have guards to protect personnel. Refer to local codes for requirements as to the number, type and design. Fully secure fan wheel before performing any maintenance. The fan wheel may start "free wheeling" even if all electrical power has been disconnected. Before the initial start-up or any restart, check the following items to make sure that they are installed and secure.

> **GUARDS ( BELT, SHAFT, INLET, OUTLET)**
> Do not operate fans without proper protective devices in place. Failure to do so may result in serious bodily injury and property damage.
>
> **ACCESS DOORS**
> Before opening access doors ensure the fan wheel has stopped moving and that the wheel has been secured from being able to rotate. Do not operate fan without access door in its fully closed position.

**AIR PRESSURE AND SUCTION**
In addition to the usual hazards associated with rotating machinery, fans also create a dangerous suction at the inlet. Special caution needs to be used when moving around a fan whether it is in operation or not. Before start-up, make sure the inlet area is clear of personnel and loose objects.

## INSTALLATION

Installations with inlet or discharge configurations that deviate from this standard may result in reduced fan performance. Restricted or unstable flow at the fan inlet can cause pre-rotation of incoming air or uneven loading of the fan wheel yielding large system losses and increased sound levels. Free discharge or turbulent flow in the discharge ductwork will also result in system effect losses. Refer to the following diagrams for the most efficient installation conditions.

### CENTRIFUGAL AND INDUSTRIAL PROCESS FANS - INSTALLATIONS

#### DUCTED INLET INSTALLATIONS

**Inlet Duct Turn**
Installation of a duct turn or elbow too close to the fan inlet reduces fan performance because air is loaded unevenly into the fan wheel. To achieve full fan performance, there should be at least one fan wheel diameter between the turn or elbow and the fan inlet.

**Inlet Spin**
Inlet spin is a frequent cause of reduced fan performance. The change in fan performance is a function of the intensity of spin and not easily defined. The best solution is proper duct design and airflow patterns.

  

9

H 000649

## DUCTED OUTLET INSTALLATIONS

**Discharge Duct Turns**
Duct turns located near the fan discharge should always be in the direction of the fan rotation.

Fan performance is reduced when duct turns are made immediately off the fan discharge. To achieve catalogued fan performance there should be at least three equivalent duct diameters of straight ductwork between the fan discharge and any duct turns.



## NON-DUCTED INSTALLATIONS

**Non-Ducted Inlet Clearance**
Installation of a fan with an open inlet too close to a wall or bulkhead will cause reduced fan performances. It is desirable to have one fan wheel diameter and a minimum of three-fourths of a wheel diameter between the fan inlet and the wall.

**Free Discharge**
Free or abrupt discharge into a plenum results in a reduction in fan performance. The effect of static regain in discharge is not realized.



## CENTRIFUGAL – Outdoor Installation for UL 762 Listed Fans for Restaurant Exhaust

The UL 762 listing for restaurant exhaust is available on B82W fan sizes 7 - 73, Arr. 1 and 9 with belt guard and Arr. 10 with weatherhood. UL 762 fans are listed for a maximum operating temperature of 375°F and include a bolted access door and 1" drain connection. An outlet guard is strongly recommended when the fan discharge is accessible. An upblast discharge is recommended. The fan discharge must be a minimum of 40" above the roof line and the exhaust duct must be fully welded to a distance of 18" above the roof surface.



This drawing is for dimensional information only. See the latest edition of NFPA 96 Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations for detailed installation instructions, materials, duct connections and clearances.

4

H 000650

## PLENUM AND PLUG FANS - INSTALLATIONS

### UNHOUSED WHEELS

**Adjacent Walls**
The distance between the fan and walls or ceilings will affect the performance of the fan. The recommended distance between the fan wheel and any wall is a minimum of one - half wheel diameter. Multiple walls reduce the performance even more.

**Side by Side**
When two or more plenum fans are in parallel, there should be at least one fan diameter spacing between the wheels. Applications with less spacing will experience performance losses.




### BELT GUARDS

Greenheck offers four types of customized belt guards dependent upon fan model, arrangement and motor position. The four types of belt guards are shown in illustrations to the right.

If the guard is not purchased from Greenheck, they must be supplied by the installer or owner.



Motor position and fan rotation are determined from drive side only.



QEP & BW - Arc. 1, 9
(Mtr Pos. W / Z)
SW - Arc. 9, 10
PLB



DW - Arc 9 (Mtr Pos. W / Z)



QEP & BW - Arc. 1, 3 (Mtr Pos. X / Y)

DW - Arc 3 (Mtr Pos. X / Y)

If the belt guard is not factory mounted or was not supplied by Greenheck, then it must be field mounted. **Brackets and mounting hardware are the responsibility of the installer.** The figures below illustrate suggested attachment points for belt guard mounting bracket locations. These locations vary with motor mounting position, arrangement, and fan type. The bearing supports and fan structure are used in most instances and when the motor is not mounted to the fan itself, a bracket should also be located near it. This information is intended as only a guide and actual field conditions may dictate another mounting location for the guard brackets. Refer to local codes for securing guarding.



Mtr. Position: W/Z
Arr. - 1,3



Mtr. Position: X/Y
Arr. - 1,3



Mtr. Position: L/R
Arr. - 9

Mtr. Position: Side

Suggested Attachment Points

8

H 000651

## BASES
### (FOUNDATION AND ISOLATION)

Critical to every fan installation is a strong, level foundation. A reinforced poured concrete pad with a structural steel base or inertia base provides an excellent foundation. Structural bases must be sturdy enough, with welded construction, to prevent flexing and vibration.

To eliminate vibration and noise from being transferred to the building, vibration isolators should be used. The fan is mounted directly on the isolation base and must be supported the entire length of the fan base angle (Refer to the installation manual for structural bases if the base was supplied by Greenheck). The isolators are installed between the isolation base and the foundation.

After the fan, isolation base, and isolators are installed, the entire assembly must be leveled. Position the level on the isolation base, not the fan shaft, for proper leveling. Additionally, the motor and fan shafts must be level and parallel relative to each other for proper alignment.


Typical Fan on Isolation Base

## ROTATABLE HOUSINGS

It may be necessary to rotate the scroll of the fan to achieve a different discharge position than what was originally supplied. Centrifugal fans models BISW, AFSW, BIDW, and AFDW (sizes 7 - 30, arr I, 9, and 10, class I and II) and Industrial Process fans (sizes 9 - 19, standard and heavy duty) have the flexibility to be rotated in the field. This is accomplished by removing the housing bolts, rotating the housing to a new discharge position, and reinstalling the bolts.

## RADIAL GAP, OVERLAP & WHEEL ALIGNMENT

Efficient fan performance can be maintained by having the correct radial gap, overlap and wheel alignment. These items should be checked after the fan has been in operation for 24 hours and before start-up when the unit has been disassembled. Radial gap and overlap information applies to models: BISW, AFSW, BIDW, AFDW, QEP and PLQ.



**Inlet Cone to Backplate Distance and QEP (inches)**

| Unit Size | A dim. ± Tolerance |
|---|---|
| 7 - 10 | 3 3/8 ± 1/8 |
| 12 | 4 ± 1/8 |
| 13 | 4 7/16 ± 1/8 |
| 15 | 5 ± 1/8 |
| 16 | 6 7/16 ± 1/8 |
| 18 | 6 ± 1/8 |
| 20 | 7 ± 3/16 |
| 22 | 7 13/16 ± 3/16 |
| 24 | 8 3/8 ± 1/4 |
| 27 | 8 17/11 ± 1/4 |
| 30 | 10 5/16 ± 3/8 |
| 33 | 11 7/32 ± 3/8 |
| 36 | 12 3/4 ± 3/8 |
| 40 | 14 3/16 ± 3/8 |
| 44 | 15 3/16 ± 3/8 |
| 50 | 16 15/16 ± 1/2 |
| 54 | 18 13/16 ± 1/2 |
| 60 | 20 15/16 ± 1/2 |
| 66 | 22 1/2 ± 1/2 |
| 73 | 25 1/2 ± 1/2 |

**QEP Inlet Cone to Backplate Distance (inches)**

| Unit Size | A dim. ± Tolerance |
|---|---|
| 12 | 3 1/2 ± 1/8 |
| 15 | 6 3/8 ± 1/8 |
| 16 | 5 3/8 ± 1/8 |
| 18 | 6 1/2 ± 1/8 |
| 20 | 7 ± 1/8 |
| 22 | 7 1/2 ± 1/8 |
| 24 | 8 3/8 ± 1/8 |
| 27 | 8 3/4 ± 1/8 |
| 30 | 10 1/4 ± 1/8 |
| 33 | 11 3/4 ± 1/8 |
| 36 | 13 ± 1/8 |
| 40 | 14 1/8 ± 3/8 |
| 44 | 16 1/4 ± 3/8 |
| 54 | 17 3/8 ± 1/8 |
| 60 | 21 1/8 ± 1/8 |
| 66 | 23 3/8 ± 1/2 |
| 73 | 26 1/8 ± 1/2 |


BISW, AFSW, QEP, PLG

BIDW, AFDW

### RADIAL GAP

Radial gap is adjusted by loosening the inlet consuring bolts and centering the cone/ring on the wheel. If additional adjustment is required to maintain a constant radial gap, loosening the bearing bolts and centering wheel is acceptable as a secondary option.

### OVERLAP

Overlap is adjusted by loosening the wheel hub from the shaft and moving the wheel to the desired position along the shaft. The Inlet Cone to Backplate Distance chart lists the distance between the wheel and the inlet cone spacing for non-double width fans. Overlap on double width fans is set by having equal spacing on each side of the wheel.

6

## WHEEL ALIGNMENT



Correct wheel alignment for industrial process fans, models IPA, IPO, and IPW is achieved by centering the wheel in the housing.

IPA, IPO, IPW

## V BELT DRIVES

The V-belt drive components, when supplied by Greenheck Fan Corporation, have been carefully selected for this unit's specific operating conditions. Caution: changing V-belt drive components could result in unsafe operating conditions which may cause personal injury or failure of the following components: 1. Fan Shaft, 2. Fan Wheel, 3. Bearings, 4. V-belt, 5. Motor.

## V BELT DRIVE INSTALLATION

1. Remove the protective coating from the end of the fan shaft and assure that it is free of nicks and burrs.

2. Check fan and motor shafts for parallel and angular alignment.

3. Slide sheaves on shafts - do not drive sheaves on as this may result in bearing damage.

4. Align fan and motor sheaves with a straight-edge or string and tighten.



5. Place belts over sheaves. Do not pry or force belts, as this could result in damage to the cords in the belts.

6. Adjust the tension until the belts appear snug. Run the unit for a few minutes (see section on unit start-up) and allow the belts to "set" properly.

7. With the fan off, adjust the belt tension by moving the motor base. (See belt tensioning procedure in the maintenance section of this manual). When in operation, the tight side of the belts should be in a straight line from sheave to sheave with a slight bow on the slack side.

Aligning Sheaves with a Straight Edge

  

Improper Sheave Alignment          Proper Sheave Alignment

7

H 000653

## UNIT START UP

1. Disconnect and lock-out all power switches to fan. See warning below.
2. Check all fasteners, set screws and locking collars on the fan, bearings, drive, motor base and accessories for tightness.
3. Rotate the fan wheel by hand and ensure no parts are rubbing.
4. Check for bearing alignment and lubrication.
5. Check the V-belt drive for proper alignment and tension.
6. Check the all guarding (if supplied) for being securely attached and not interfering with rotating parts.
7. Check operation of variable inlet vanes or discharge dampers (if supplied) for freedom of movement.
8. Check all electrical connections for proper attachment.
9. Check housing and ductwork, if accessible, for obstructions and foreign material that may damage the fan wheel.

> **WARNING**
> Disconnect and secure to the "Off" position all electrical power to the fan prior to inspection or servicing. Failure to comply with this safety precaution could result in serious injury or death.

## ADDITIONAL STEPS FOR INITIAL START-UP

1. Check for wheel rotation by momentarily energizing the fan. Rotation is always determined by viewing the wheel from the drive side and should correspond to the rotation decal affixed to the unit. One of the most frequently encountered problems with Centrifugal Fans is motors which are wired to run in the wrong direction. This is especially true with 3-phase installations where the motor will run in either direction, depending on how it has been wired. To reverse rotation of a 3-phase motor, interchange any two of the three electrical leads. Single phase motors can be reversed by changing internal connections as described on the motor label or wiring diagram.

**CW ROTATION**

  

Centrifugal          Centrifugal          Industrial Process
Backward Inclined     Airfoil              Radial Blade

*Always viewed from the drive side.*

2. If the fan has inlet vanes, they should be partially closed to reduce power requirements. This is especially important if the fan is designed for a high temperature application and is being started at room temperature.

3. Fans with multi-speed motors should be checked on low speed during initial start-up.

4. Check for unusual noise, vibration or overheating of bearings. Refer to the "Troubleshooting" section of this manual if a problem develops.

5. Grease may be forced out of the bearing seals during initial start-up. This is a normal self-purging feature of this type of bearing.

8

H 000654

**VIBRATION**

Excessive vibration is the most frequent problem experienced during initial start-up. Left unchecked, excessive vibration can cause a multitude of problems, including structural and/or component failure. The most common sources of vibration are listed below.

1. Wheel Unbalance
2. Drive Pulley Misalignment
3. Incorrect Belt Tension
4. Bearing Misalignment
5. Mechanical Looseness
6. Faulty Belts
7. Drive Component Unbalance
8. Poor Inlet/Outlet Conditions
9. Foundation Stiffness

Many of these conditions can be discovered by careful observation. Refer to the trouble-shooting section of this manual for corrective actions. If observation reveals the source of vibration, a qualified technician using vibration analysis equipment should be consulted. If the problem is wheel unbalance, in-plane balancing can be done providing there is access to the fan wheel. Any correction weights added to the wheel should be welded to either the wheel back (single plane balance) or to the wheel back and wheel cone (two-plane balance).

Greenheck performs a vibration test on all centrifugal fans before shipping. These vibration readings are taken on each bearing in the horizontal, vertical, and axial directions. The allowable maximum vibration is 0.16 in/sec. peak velocity filter-in at the fan rpm per AMCA standard 204. These vibration signatures are a permanent record of how the fan left the factory and are available upon request.

Generally, fan vibration and noise is transmitted to other parts of the building by the ductwork. To eliminate this undesirable effect, the use of heavy canvas connectors is recommended. If fireproof material is required, Flexmann 1300 - type FH-30 can be used.

## ROUTINE MAINTENANCE

Once the unit has been put into operation, a routine maintenance schedule should be set up to accomplish the following:

1. Lubrication of bearings and motor.
2. Variable inlet vanes should be checked for freedom of operation and wear.
3. Wheel, housing, bolts and set screws on the entire fan should be checked for tightness.
4. Any dirt accumulation on the wheel or in the housing should be removed to prevent unbalance and possible damage.
5. Isolation bases should be checked for freedom of movement and the bolts for tightness. Springs should be checked for breaks and fatigue. Rubber isolators should be checked for deterioration.
6. Inspect fan impeller and housing looking for fatigue, corrosion, or wear.

When performing any service to the fan, disconnect the electrical supply and secure fan impeller.

> **CAUTION:**
> When operating conditions of the fan are to be changed (speed, pressure, temperature, etc.) consult Greenheck to determine if the unit can operate safely at the new conditions.

## MOTORS

Motor maintenance is generally limited to cleaning and lubrication. Cleaning should be limited to exterior surfaces only. Removing dust and grease buildup on the motor housing assists proper motor cooling. Never wash-down motor with high pressure spray. Greasing of motors is only intended when fittings are provided. Many fractional motors are permanently lubricated for life and require no further lubrication. Motors supplied with grease fittings should be greased in accordance with the manufacturer's recommendations. When motor temperature does not exceed 104°F (40°C), the grease should be replaced after 2000 hours of running time.

H 000655

## BEARINGS

The bearings for Greenheck fans are carefully selected to match the maximum load and operating conditions of the specific class, arrangement, and fan size. The instructions provided in this manual and those provided by the bearing manufacturer, will minimize any bearing problems. Bearings are the most critical moving part of the fan, therefore special care is required when mounting them on the unit and maintaining them.

Refer to the following chart and the manufacturers instructions for grease types and intervals for various operating conditions. Never mix greases made with different bases. This will cause a breakdown of the grease and possible failure of the bearing.

### Recommended Bearing Lubrication Schedule for Greenheck Fans

Lubrication Schedule in Months*

| Fan RPM | 1/2" - 1 7/16" | 1 1/2" - 1 7/8" | 1 15/16" - 2 7/16" | 2 1/2" - 2 15/16" | 3 7/16" - 3 7/8" | 3 15/16" - 4 7/16" | 4 7/16" - 4 1/2" |
|---|---|---|---|---|---|---|---|
| To 100 | 6 | 6 | 6 | 6 | 6 | 5 | 5 |
| 500 | 6 | 6 | 6 | 4 | 3 | 2 | 2 |
| 750 | 5 | 5 | 4 | 2 | 2 | 1 | 1 |
| 1000 | 5 | 4 | 3 | 2 | 2 | 1 | 1 |
| 1500 | 3 | 3 | 1 | 1 | 0.5 | 0.3 | 0.2 |
| 2000 | 2 | 1 | 0.5 | 0.3 | 0.3 | 0.2 | 0.2 |
| 2500 | 1 | 0.5 | 0.3 | 0.20 | 0.20 | 0.20 | |
| 3000 | | 0.5 | 0.2 | 0.20 | 0.15 | 0.15 | |
| 3500 | | 0.3 | 0.20 | 0.15 | 0.15 | | |
| 4000 | 0.55 | 0.25 | 0.15 | 0.10 | | | |
| 4500 | 0.25 | 0.15 | 0.10 | | | | |

* Suggested initial greasing interval is based on 10 hour per day operation and 140 degree F. maximum bearing temperature. For continuous (24 hour) operation, decrease greasing interval by 50%.

• If practical especially with grease units in operation, without interrupting personnel.
• For bad bearings (operating) lubricate until clean grease is seen purging at the seals. Be careful not to exceed the seal by over lubrication.
• For lubricating: Add until 1-2 shots of grease up to 2" lubrication, and 4-5 shots of grease above 2" bore sizes with hand grease gun.
• For motor bearings lubricate with 4 shots of pumps up to 2" bore size, 5 shots for 2"-3" bore size, and 15 shots above 3" bore size with hand grease gun.
• Adjust lubrication frequency based on condition of purged grease.
• A high-quality lithium base grease conforming to NLGI Grade 2 consistency, such as those listed below, should be used.

| MOBILITH SHC 222 | TEXACO MULTIFAK AFB2 | SHELL ALVANIA 12 |
| MOBILITH 222 | TEXACO PREMIUM RB | EXXON UNIREX N2 |

WARNING: Lubricate bearings prior to periods of extended shutdowns or storage and rotate shaft monthly to aid in preventing corrosion. If the fan is stored much less than three months, the bearings should be purged with new grease prior to startup.

## V-BELT DRIVES

V-belt drives must be checked on a regular basis for wear, tension, alignment and dirt accumulation. Premature or frequent belt failures can be caused by improper belt tension, (either too loose or too tight) or misaligned sheaves. Abnormally high belt tension or drive misalignment will cause excessive bearing loads and may result in failure of the fan and/or motor bearings. Conversely, loose belts will cause squealing on start-up, excessive belt flutter, slippage, and overheated sheaves. Either excessively loose or tight belts may cause fan vibration.

When replacing V-belts on multiple groove drives all belts should be changed to provide uniform drive loading. Do not pry belts on or off the sheaves. Loosen belt tension until belts can be removed by simply lifting the belts off the sheaves. After replacing belts, insure that slack in each belt is on the same side of the drive. Belt dressing should never be used.

Do not install new belts on worn sheaves. If the sheaves have grooves worn in them, they must be replaced before new belts are installed.



The proper tension for operating a V-belt drive is the lowest tension at which the belts will not slip at peak load conditions. For initial tensioning, the proper belt deflection half-way between centers is 1/64" for each inch of belt span. For example, if the belt span is 64 inches, the belt deflection should be 1 inch using moderate thumb pressure at mid-point of the drive. Check belt tension two times during the first 24 hours of operation and periodically thereafter.

10

H 000656

## TROUBLESHOOTING

| Problem | Cause | Corrective Action |
|---|---|---|
| Excessive Noise | Wheel Rubbing Inlet | Adjust wheel and/or inlet cone. Tighten wheel hub or bearing collars on shaft. |
| | V-Belt Drive | Tighten sheaves on motor/fan shaft. Adjust belt tension. Align sheaves properly (see page 7). Replace worn belts or sheaves. |
| | Bearings | Replace defective bearing(s). Lubricate bearings. Tighten collars and fastners. |
| | Wheel Unbalance | Clean all dirt off wheel. Check wheel balance, rebalance in-place if necessary. |
| Low CFM | Fan | Check wheel for correct rotation. Increase fan speed.* |
| | Duct System | See page 3. |
| High CFM | Fan | Decrease fan speed. |
| | Duct System | Restrict ductwork. Access door, filters, grills not installed. |
| Static Pressure Wrong | Duct system has more or less restriction than anticipated | Change obstructions in system. Use correction factor to adjust for temperature/altitude. Restrict ductwork. Clean filters/coils. Change fan speed.* |
| High Horsepower | Fan | Check rotation of wheel. Reduce fan speed. |
| | Duct System | Restrict ductwork. Check proper operation of face and bypass dampers. Check filters and access doors. |
| Fan Doesn't Operate | Electrical Supply | Check fuses/circuit breakers. Check for switches turned off or disconnected. Check for correct supply voltage. |
| | Drive | Check for broken belts. Tighten loose pulleys. |
| | Motor | Assure motor is correct horsepower and not tripping overload protector. |
| Overheated Bearing | Lubrication | Check for excessive or insufficient grease in the bearing |
| | Mechanical | Replace damaged bearing. Relieve excessive belt tension. Align bearings . Check for bent shaft. |
| Excessive Vibration | Belts | Adjust tightness of belts. Replacement belts should be a matched set. |
| | System Unbalance | Check alignment of shaft, motor and pulleys. Adjustable pitch pulleys with motors over 15 hp motors are especially prone to unbalance. Check wheel balance, rebalance if necessary. |

* Always check motor amps and compare to nameplate rating. Excessive fan speed may overload the motor and result in motor failure. Do not exceed the maximum cataloged rpm of of the fan.

NOTE: Always provide the unit model and serial numbers when requesting parts or service information.

11

H 000657

## CENTRIFUGAL / INDUSTRIAL
## PARTS DRAWING



### WARRANTY

Greenheck warrants this equipment to be free from defects in material and workmanship for period of one year from the purchase date. This warranty limits our responsibility to repairing or replacing, to the original purchaser, any part or parts of said equipment found to be defective upon examination by representative of Greenheck. Additionally, said part or parts will be returned to and received by the factory only after prior authorization, with transportation charges prepaid.

Greenheck shall not be obligated under this warranty, for payment of any delivery, removal or installation charge with regard to repair or replacement of any defective part or parts.

Motors are warranted by the motor manufacturer for a period of one year. Should motors furnished by Greenheck prove defective during this period, they should be returned to the nearest authorized motor service station.



**GREENHECK**
P.O. BOX 410 SCHOFIELD, WISCONSIN 54476-0410
INC 715-359-6171
www.greenheck.com

P/N 463497 Cent. Belt IOM F3
Rev. 1  October 2003
Copyright © Greenheck Fan Corp. 2003

12

H 000658

DELHI INDUSTRIES INC.                                                    PAGE 1 OF 2

## DPL SERIES - DELHI PLENUM FAN
### INSTALLATION AND MAINTENANCE INSTRUCTIONS
. MODELS: DPL-12, DP.-15, DPL-16, DPL-18, DPL-20, DPL-22, DPL-24, DPL-27, DPL-30, DPL-33, DPL-36

Read installation and operation instructions carefully before attempting to install, operate or service DPL30 PLENUM FANS. Failure to comply with instructions could result in personal injury and/or property damage. Retain instructions for future reference.

### UNPACKING

Once the packaging has been removed inspect the unit carefully. Check for loose, missing, or damaged parts. Rotate the wheel by hand to ensure the wheel spins freely. Tighten all set screws.

### Maximum HP Ratings and Shaft Details

|  |  |  |  | 1-3/16 | 1-3/16 | 1-3/16 | 1-3/16 | 1-7/16 | 1-7/16 | 1-11/16 | 1-11/16 | 1-15/16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 3650 | 3200 | 2900 | 2600 | 2300 | 2150 | 1900 | 1750 | 1550 | 1420 | 1300 | 1150 |
|  | 5 | 5 | 5 | 7-1/2 | 7-1/2 | 10 | 10 | 15 | 15 | 20 | 25 | 30 |

### GENERAL SAFETY INSTRUCTIONS

1   Always disconnect power source before working on or near a motor or its connected load.  Lock the power disconnect in the off position and tag to prevent unauthorized application of power.
2   Follow all local and national electrical and safety codes.
3   Blower must be electrically grounded.  This can be accomplished by using a separate ground wire connected to the bare metal of blower frame, or other suitable means.
4   Ensure that the power source conforms to the requirements of your equipment.
5   Do not put hands near or allow loose and hanging clothing to be near belts, pulleys, or blower wheel while the unit is running.

### INSTALLATION

Mount blower on solid rigid flat base and secure with suitable fasteners through mounting holes provided in the cabinet base assembly and motor frame assembly (optional).  Use optional vibration isolators if required.  Ensure that all fasteners are tight and secure. Double check wheel set screw for tightness and ensure that the wheel rotates freely.

  

**ADJACENT PLENUM WALLS**

The distance between the fan and walls or ceilings will effect the performance of the fan.  The recommended distance between the fan wheel and any wall is a minimum of one - half wheel diameter.  Multiple walls reduce the performance even more.  When two or more plenums fans are in parallel, there should be at least one fan diameter spacing between the wheels.

**SIDE BY SIDE PLENUM FANS**

Test the fan to ensure the rotation of the wheel is the same as indicated by the arrow marked Rotation.

Note: Wheel Orientation Homophobyre (CW/CCW) is based upon viewing rotation from the drive side.

The illustrated wheels are shown from inlet side.

  

NOTE ORIENTATION          CW WHEEL          NOTE ORIENTATION          CW WHEEL
OF BLADES                                    OF BLADES

DELHI INDUSTRIES INC., 351 JAMES ST., DELHI, ONTARIO, CANADA  643 323  PH:(519)582-3645  FX:(519)582-0641          November 2001

DPLOMPA

H 000659

DELHI INDUSTRIES INC.                                        PAGE 2 OF 2

## DPL SERIES – DELHI PLENUM FAN
## INSTALLATION AND MAINTENANCE INSTRUCTIONS

MODELS 2) DPL-12, DPL-13, DPL-15, DPL-16, DPL-18, DPL-20, DPL-22, DPL-24, DPL-27, DPL-30, DPL-33, DPL-36

### BELT TENSION & PULLEY ALIGNMENT

Proper belt tension and alignment is essential for quiet operation and bearing life. Follow illustrated recommendations on belt installation below.

**RESILIENT BASE MOUNT MOTORS**
With the belt dropped as shown a total deflection of 1" (1/2" on each side) should be easily attained. See figure 1.


Fig. 1

**PULLEY ALIGNMENT**
Align pulleys with a straight edge to conserve belt life and eliminate unnecessary noise.

NOTE: Pulley alignment may change when adjusting variable pitch pulleys.



CORRECT     WRONG     WRONG

Check tension before start-up, after every pulley adjustment and regularly thereafter.

**RIGID BASE MOTORS – GOOD METHOD**
Release the tension from the belt allowing the side to slack taken on the distance between shaft centres. Release the tension from the belt ensuring there is no slack. Measure the distance between shaft centres. Add 1% to the shaft centre distance and adjust the shaft centres until that value is obtained. Example: The untensioned shaft centres on a model DPL-22 fan measures 35-9/16" Tensioned centres = 35-9/16 x 1.01 = 35-15/16" (1/4" extension). See figure 2.

**RIGID BASE MOTORS – BETTER METHOD**
Using a tension gauge, apply 4 lbs of force to the centre of the belt and adjust the tension until a deflection of 1/64" for every inch of shaft centre is obtained. See Figure 3.

**RIGID BASE MOTORS – PERFECT METHOD**
Ideal belt tension is the lowest value under which belt slip will not occur at peak load conditions.


Fig. 2          Fig. 3

| CENTER | | 16.19 | 16.19 | 17.63 | 18.31 | 19.74 | 21.28 | | | | | | | | |
| LINE | | 15.89 | 16.89 | 17.94 | 18.81 | 20.38 | 21.78 | 23.84 | 25.69 | | 27.75 | 29.75 | 12.08 | 34.81 |
| DISTANCE | | 13.94 | 16.84 | 18.38 | 18.13 | 20.69 | 22.20 | 24.19 | 28.00 | 28.06 | 30.00 | 32.35 | 35.13 | |
| FOR | | 17.31 | 18.38 | 19.50 | 20.44 | 21.88 | 23.31 | 38.66 | 27.31 | 29.38 | 31.38 | 33.25 | 35.44 | |
| OPTIONAL | | | | 21.25 | 23.69 | 24.13 | 34.24 | 28.19 | 30.13 | 32.38 | 34.50 | 37.25 | |
| MOTOR | | | | | | | 27.88 | 29.25 | 31.25 | 33.38 | 35.80 | 34.23 | |
| PLATFORM | | | | | | | | | 34.13 | 30.31 | 35.31 | 35.00 | |

### ELECTRICAL

Connect motor in accordance with applicable codes. Provide properly sized motor overload protection to protect motor against electrical faults and system changes. Confirm proper motor rotation on start-up.

### MAINTENANCE

Inspect periodically for mounting rigidity. Verify belt for wear and tension and adjust as required. Inspect wheel for any dust accumulation and clean as indicated.

### LUBRICATION

Cast iron, pillow block, sealed type, bearings are used on all DPL PLENUM FANS. Operating temperature range is -20 to 150 deg. F. Re-lubrication is unnecessary under most operating conditions. If re-lubrication is required, lubricant should be compatible to Shell Alvania #2. (Lithium base - Grade 2)

DELHI INDUSTRIES INC., 650 JAMES ST., DELHI, ONTARIO, CANADA  N4B 2X3  PH:(519)582-3440  FX:(519)582-4681          November 2001

DPLDPM



Best Available Copy



Best Available Copy



AAON, Inc.

DATE: 9/15/48    PAGE    Order Form

Davis Construction Corp
Princeton Financial Village
100-200 Village Blvd.
Princeton, N.J. 08540

(WILL ADVISE)

(SP)    SHIP ZONE    48

THE COMMONS

T. Barbera
K. Gardner

751

FAT RHEWRA
RICH

(732)419-1760

(1) FWB-3-PB-IDL-MLLL-AA-D1-G1-01-01-01-01-A-A-A
WRE(1) TAG# 1A 2A 3A 4A 1B 2B 3B
3246,300 CFM (2) 3.75 BHP (3) SEE NOTES
(4) 7.5 HP VFD ON PROP EXHAUST

(5) MINE ALL ANALOGUE
SIGNALS TO LVTB (1) LEAVE 12 INCH X
12 INCH AREA IN CONTROL BOX FOR FIELD CONTROL

(1) AOB-3-PB-IDL-MLLL-A1-D1-01-01-01-01-A-A-A
WRE(1) TAG(# SA1 SD) @ 14,500 CFM
12.75 BHP (3) SEE NOTES (3) MINE ALL
ANNALOGUE SIGNALS TO LVTB (5) LEAVE
12 INCH X 12 INCH AREA IN CONTROL
BOX FOR FIELD CONTROLLER

1,200 FT  PVI 980    N/C

(1) NOTE (1) SPECIAL EVAP COILS (SEE 90%)
A→(2) PERFORATED LOUVERS IN SHROUD AIR
(3) INSTALL CRANKCASE FURNISHED
(4) TEMP SENSORS - O/A - R/A - MIXED AIR
(4) PER NORMAL SHIP BY 11/48'S

(5) FURNISH X    Multiplier 1.25    TOTAL NET (Fig. Cost) =    16,000.00
INSTALL DP SWITCH
FAN SUPPLY FAN STATUS
(1) FURNISH X INSTALL ISOLATION

NO PO ON PO # DELAYS FOR CAL'S NAT: WHILE-

H 000664



# AAON, INC.

## FAX

TO: Kevin Gabbitelli
    Gil-Bar

FROM: Natalie Neilson

DATE: 6-30-98

FAX NO: 732-981-0959

PAGES: 1

SUBJECT: RF-130 Special Pricing – SPA#89001

Kevin,

To provide the RF-130 with perforated liners on the supply section is $3,600 list add.
To provide the RF-430 with perforated liners on the return section is $2,100 list add.

I do not have the pricing for the entire unit, so I will have to research this and get back with you.

Also, I don't know what to tell you on the "Strutting 7" job, you really need to discuss this matter with Steve pugstaw. Sorry!!!

*This pricing is valid for use within 30 days of this transmission. Please send in a copy of this letter or the SPA number to expedite the process.*

Thank you,

Natalie Neilson
Ext. 293

Best Available Copy

H 000665

```
EM0315  AC AACW, INC.     WIRING DIAGRAM ASSIGNMENT      01 Apr 2003   PAGE   1
                          & VERIFICATION
REQUESTED BY : cook-eng /dev/pts/25

         REQUISITION NUMBER: 156816

ORDER INFORMATION
CUSTOMER: FREE LOTZ CORPORATION
SHIP-TO : HARRISBURG, PA 17110
JOB NAME: PARK SHOW ARENA

LEAD DTE: 12/27/01  SHIP ON : 06/28/02

CONTACT : B. SMITH

#EQ PART NBR    QTY DESCRIPTION            DISPOSITION
---------------------------------------------------------------
001 0          0 RL-135-1-0-FZIQ-344:           --no-REG
                 AD001D0IB2CP0D08A60J000GB0009DX
002 0          9 RL-ZJ0-1-0-PEGA-AS4:      EMErnt 04/01/02 by COOK-KM
                 BGB9DF0H2C2CY2C4GCKD04ADHAAAA
003 @FREIGHT    1                               --no-REG
004 @REP-780    1                               --no-REG

Sales and Engineering text lines for entire order
-------SALES HEADER INFO-------
NOTE ON JOB SAYS "HOLD FOR
APPROVAL" (WRITTEN BY JIM
PARRO)
REVISED OPTION 015 FROM [D] TO
[A] PER J. PARRO 1/4/03 DN
3/5 PER BRETT S. @KIP APPROX.
6/30. JL
PER BUCK NVE SHIP UNITS END OF
JUNE IF POSSIBLE!!!
-------END HEADER INFO-------
-------SALES LINE ITEM @ 001-------
1] 38030 CFM @ 1.5 ESP
2] SUPPLY FAN BACK DRAFT
DAMPER
3] SPA @101255
4] TAG @1
-------SALES LINE ITEM @ 002-------
2] 42500 CFM @ 2.25 ESP
2] SUPPLY FAN BACK DRAFT
DAMPER
3] RA FAN PITCH 90*
4] TAG @1 THRU 3
5] SPA @101255
6] 8 ROW DX COILS
7] (4) COPELAND SCREW
COMPRESSORS
8] STAINLESS STEEL CONDENSER
FAN MOTOR SHAFT
9] 14 GA. BASE SHEETS
10] BURGLAR EARS ON 3" CENTERS
11] FACTORY INSTALL CUSTOMER
PROVIDED CONTROLS
12] WATE-UP WATER BACKFLOW
PREVENTER
```

RL230
Cooling (4screw / evap cooled cond)
GAS Heat (12stg (10 TNs))
2 Power Schms w/ 2 VFD S
DDC Eco ——
2 Supply Fans w/ 2 VFD.S
Marine Lights.

H 000666

**AAON,Inc.**

# Worksheet

RL-076-8-0-0B04-000:BCBD-DAF-EAE-000-G00H000-00-00000000B

Tag: RTU# 1

| Base Option | Description | List Price | Reg. Price | Cost Price |
|---|---|---|---|---|
| R | | Roof Top Unit | | | |
| L | | | | | |
| VTB | | | | | |
| 8 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| B | | | | | |
| 0 | | | | | |
| 4 | | | | | |
| 4 | | | | | |
| 0 | | | | | |
| 0 | | | | | |

| Feature Option | Description | List Price | Reg. Price | Cost Price |
|---|---|---|---|---|
| B | | | | | |
| C | | | | | |
| 1 | | | | | |
| D | | | | | |
| D | | | | | |
| A | | | | | |
| F | | | | | |
| E | | | | | |
| A | | | | | |
| E | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| G | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| H | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| 0 | | | | | |
| B | | | | | |

Best Available Cop

H 000667

Best Available Copy



Best Available Copy

H 000669

# Custom Penthouse

**200 – 410 Tons
Cooling-only VAV configurations**



Best Available Copy

*Selection Guide*

H 000670

## Look into a Mammoth Custom Penthouse
### for flexibility, efficiency, and reliability



For your next HVAC design, take advantage of lower first costs, shorter construction cycles and time-proven performance. Enjoy complete system flexibility, without the design, procurement and labor costs normally associated with field-built systems.

**Specify a Mammoth Custom Penthouse**

Mammoth has engineered the Custom Penthouse to meet the conditioning needs of office buildings, retail establishments and warehouse/industrial facilities with cooling requirements from 300 to 800 tons.

The following data provides an overview of Custom Penthouse configurations and performance characteristics available for variable air volume (VAV), cooling-only applications. If your project requires additional capacity or mechanical equipment, the Custom Penthouse can be engineered to satisfy those requisites. After all, the number of possible options ends only when you are satisfied.











3

H 000671

## Custom Penthouse
## standard features



- Evaporative condenser with staging/unloading capability
- York semi-hermetic reciprocating compressors
- Supply and return fan staging
- DX cooling and fan redundancy
- Custom exterior color (air dry)
- Walk-in service vestibule
- Full interior service lighting
- Factory-wired 15-amp GFI convenience outlet
- Remote unit status monitoring panel
- Vari-Cone® air modulator
- Four-inch 30% efficiency filters
- Low-leakage outside/return air dampers
- Full economizer control
- Water treatment interface for condenser
- Single point main and temperature control
- Factory certified start-up
- ETL labeled



## Optional features

- Screw compressors
- Factory fabricated, field installed ducting
- Direct digital control (DDC) interface or complete DDC unit controls
- Acoustical inner liner panels
- Access stairways
- Custom-sized DX coils and supply air openings (requires factory confirmation)
- Fire and smoke sequence of operation
- Custom remote control panel
- Factory-certified final field piping/ electrical connections

This is just a sampling of options available for the Mammoth Custom Penthouse. For more information, consult your Mammoth Representative.

H 000672

## UNIT PHYSICAL AND NOMINAL PERFORMANCE DATA

| MODEL | Propeller Exhaust | | | | | Power Return | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3502 | 3802 | 3802 | 3502 | 4802 | 3102 | 3502 | 3502 | 4302 | 4402 |
| Condenser KW | 164.7 | 193.8 | 226.0 | 273.5 | 315.0 | 340.4 | 164.7 | 193.8 | 226.0 | 273.5 | 315.0 | 340.4 |
| Unit Total Full Load Amps (460/3/60) | 457.0 | 503.2 | 591.6 | 777.8 | 854.0 | 880.0 | 474.9 | 579.1 | 627.3 | 803.6 | 882.0 | 944.0 |
| DX Cooling Capacity | | | | | | | | | | | |
| MBH/Tons Total | | | | | | | | | | | |
| Sensible | | | | | | | | | | | |
| DX Coil | | | | | | | | | | | |
| Rows/Fins per Inch | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 | 6/10 |
| Square Feet | 132 | 157 | 177 | 211 | 241 | 271 | 132 | 157 | 177 | 211 | 241 | 271 |
| Main Supply Fan Data | | | | | | | | | | | |
| Supply Air CFM | 76,800 | 93,100 | 104,000 | 125,400 | 144,400 | 155,000 | 76,000 | 93,100 | 104,000 | 125,400 | 144,400 | 155,000 |
| Supply Air TSP ("WC) | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Supply Air Brake HP/ Actual HP | 119/120 | 129/150 | 146/180 | 171/240 | 204/240 | 222/240 | 119/120 | 129/150 | 146/180 | 171/240 | 204/240 | 222/240 |
| Power Return Air/ | | | | | | | | | | | |
| Exhaust Air Fan Data | | | | | | | | | | | |
| Return Air CFM | N/A | N/A | N/A | N/A | N/A | N/A | 68,400 | 83,700 | 94,000 | 112,800 | 129,600 | 140,200 |
| Return Air ESP ("WC) | N/A | N/A | N/A | N/A | N/A | N/A | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| Return Air Brake HP/ Actual HP | N/A | N/A | N/A | N/A | N/A | N/A | 38/40 | 45/60 | 58/60 | 57/60 | 73/75 | 83/90 |
| Prop Exhaust Fan Data | | | | | | | | | | | |
| Exhaust Air CFM | 68,400 | 83,700 | 94,000 | 112,800 | 129,600 | 140,200 | N/A | N/A | N/A | N/A | N/A | N/A |
| Exhaust Air ESP ("WC) | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | N/A | N/A | N/A | N/A | N/A | N/A |
| Actual HP | 22.5 | 30.0 | 30.0 | 37.5 | 45.0 | 45.0 | N/A | N/A | N/A | N/A | N/A | N/A |
| Filters (4") | | | | | | | | | | | |
| 30% Eff – Square Feet | 167.3 | 206.0 | 206.0 | 257.0 | 267.0 | 303.0 | 167.0 | 206.0 | 206.0 | 257.0 | 267.0 | 303.0 |
| Louver/Damper Data | | | | | | | | | | | |
| Outside Air Louver-Sq. Ft. | 104.0 | 194.0 | 194.0 | 194.0 | 194.0 | 194.0 | 104.0 | 194.0 | 194.0 | 194.0 | 194.0 | 194.0 |
| Outside Air Motorized Damper-Sq. Ft. | 88.0 | 93.0 | 93.0 | 180.0 | 180.0 | 180.0 | 88.0 | 93.0 | 93.0 | 180.0 | 180.0 | 180.0 |
| Return Air Motorized Damper-Sq. Ft. | 88.0 | 103.3 | 103.0 | 163.0 | 163.0 | 163.0 | 88.0 | 103.0 | 103.0 | 163.0 | 163.0 | 163.0 |
| Exhaust Air Non-Motorized Damper-Sq. Ft. | 92.0 | 86.0 | 86.3 | 86.9 | 104.0 | 104.0 | 86.0 | 75.0 | 101.0 | 101.0 | 101.0 |
| Size - Length x Width | 30' x 23' | 37'w x 30' | 37'w x 30' | 37'w x 45' | 37'w x 45' | 37'w x 45' | 30' x 23' | 37'w x 30' | 37'w x 30' | 37'w x 45' | 37'w x 45' | 37'w x 45' |
| Operating Weight (lbs.) | 43,967 | 54,332 | 58,880 | 80,218 | 83,000 | 84,057 | 44,924 | 60,495 | 61,322 | 81,538 | 84,742 | 85,691 |

### DESIGN CRITERIA

1) All data measured at sea level.
2) Cooling loads based on 80°/67°F entering air temperature to DX cooling coil.
3) DX cooling capacity based on DX saturated suction temperature of 45°F and 70°F entering wet bulb design temperature.
4) All data based upon a Custom Penthouse unit height of 10 feet 4 inches only.
5) For smaller/larger capacity units, please consult your Mammoth representative.

5

H 000673



H 000674



H 000675



H 000676



H 000677



*REFERENCE*
Power Return –
Model 2802
Model 3002

# Mammoth

H 000678



H 000679

## UNIT SPECIFICATIONS

The Penthouse unit shall be Mammoth Custom Penthouse unit of the type, size, and capacity as required and listed in the equipment schedule. Each unit shall include the pre-assembled components in accordance with the following detailed specifications.

### Construction

#### Cabinet

Each Penthouse unit shall be fabricated in one (1) or more sections ready for field installation. Each section shall be fabricated with a structural steel base reinforced and braced to permit the shipping and general handling of the completed section without damage to the section or internal components. The section base shall be fabricated with an 4-inch, 11.5 lb. per foot, structural member perimeter and have 9-, 11-, and 14-gauge formed structural cross members at 30" centers maximum. Additional cross members or reinforcements shall be placed at critical locations to support internal components. The base section shall have a floor of 14-gauge galvanized steel, insulated with 4-inch, 1½ lb. density fiberglass insulation and a 1/2" blanket type, dual-density construction insulation providing acoustical sound absorption capabilities. The insulation shall be retained on the underside by hardware cloth. Lifting points for the section shall be part of the section base.

The section exterior wall structure shall be fabricated of formed 11 and 14-gauge members. The exterior siding shall be 20-gauge pre-painted galvanized steel fabricated and assembled to provide an embossed exterior surface. The wall shall be insulated with 4-inch, 1½ lb. fiberglass insulation for minimum "R" value of 16.5. The interior surface of the wall shall form the air seal and shall be fabricated from 20-gauge galvanized steel. No exposed insulation shall be permitted in the air stream. Foil back or rigid board exposed stick-on insulation will not be permitted.

The top frame structure shall be fabricated of 11- and 14-gauge steel. The interior surface shall form the air seal and shall be fabricated from 20-gauge galvanized steel. The roof shall be insulated with 4-inch, 1½ lb. density fiberglass for minimum "R" value of 16.5. The roof exterior shall be constructed of 18"-wide roll-formed-panel, of 24-gauge galvanize material with 2¼" standing seams. The roof shall be sloped a minimum of 2".

Sections shall be designed to be joined together by bolting through mating frame structure. The section frame shall be completely prime painted after fabrication to prevent rusting.

#### Service Vestibule

Each unit shall be provided with a full-height, internal walk-in service corridor. A double-wall insulated partition shall be used to separate the airflow equipment from the service corridor. The partition shall be fabricated with a 2" structural frame of 14-gauge galvanized steel, 20-gauge galvanized steel sides, and insulated with 2-inch, 1½ lb. fiberglass insulation. The service corridor floor shall be constructed of 12-gauge treadplate.

#### Doors

The external access door(s), and service corridor access door(s) shall be fabricated with an outer skin of 18-gauge galvanized steel, an inner skin of 20-gauge galvanized steel and insulated with 2-inch, 1½ lb. fiberglass insulation. The door shall have a continuous hinge mounted to a 12-gauge

door frame. A continuous vinyl bulb gasket shall seal between the door and frame. The access door(s) shall be secured with latches which are operable from both sides. External vestibule access door(s) shall be 36" x 75½". Other access door(s) shall be 24" x 70¼". Internal access door(s) serving the airstream shall be provided with 6" x 6" sight ports.



### DX Cooling

#### Compressors

The compressor shall be of the semi-hermetic, reciprocating type, operating at no more than 1750 RPM, refrigerant gas-cooled, with three-phase inherent overload protection, with voltage available at 460-480 Volts, and "UL" listed.

Lubrication is force-fed by a self-priming reversible, gear-type oil pump to all crankcase surfaces through a fine mesh stainless steel oil strainer, with inlet internal to housing conforming to ASHRAE/ANSI Code. A 300-Watt crankcase oil heater shall be supplied to maintain oil temperature during shutdown periods. Tight-seating suction and discharge stop valves are seal cap-type with pressure taps and sweat-type flanged adaptors.

Capacity-reduction is accomplished by an oil pressure-actuated cylinder unloading solenoid valve located on compressor crankcase cover plate. Solenoids are controlled by Mammoth factory controls with all compressors capable of four steps of capacity control.

Compressors are tested at 390 PSI with the discharge side further tested to 450 PSI and charged with oil and R-22 to ensure a tested and dry system before final field connections are made.

#### Evaporative Condenser

The evaporative condenser coils shall have all prime surface staggered copper tubes, copper headers, and ABS tube sheets to allow for expansion and contraction while avoiding galvanic corrosion. A subcooler integral to the condenser coil shall provide a minimum of 10° F. liquid subcooling. The coils shall be factory leak tested at 400 PSIG nitrogen under water.

The sump shall be constructed of welded 14-gauge type 304L stainless steel below water level and 20-gauge type 430 stainless steel above water line. The sump shall be equipped with a non-mechanical electronic water level control with a brass solenoid valve in the fill line for positive shutoff. A manual 2" brass drain valve, and electric pipe heating cable shall be provided.

The water circulating pump shall be a close coupled, bronze fitted centrifugal type with mechanical seal. Pump suction and discharge lines shall have flexible connections. A type 304 stainless steel pump suction strainer shall be provided which is easily removed for cleaning. The spray header shall be PVC with non-clogging brass spray nozzles, which thoroughly wet all coil surfaces to give maximum heat transfer and minimum scaling. An automatic, factory-set, fluid-adjustable sump water bleed shall be provided. Units shall be factory piped and tested, ready for 1¼" supply water and 2" drain line hookup.

12



H 000680

### Evaporator

The direct expansion evaporator coils shall be fabricated from staggered 1/2" O.D. x .017" wall seamless copper tubing expanded into plate-type aluminum fins to form a positive mechanical and thermal bond. The fins shall have full drawn collars to completely cover the copper tubes. They shall be factory leak tested at a minimum of 400 PSIG under water. Evaporator coils shall be provided with thermostatic expansion valves equipped with external equalizer lines and adjustable for superheat. Refrigerant shall be fed to the coil circuits by brass distributors.

Each evaporator coil shall be provided with a drain pan which shall be fabricated of galvanized steel steel and coated with corrosion resistant mastic material, which shall be fire resistant (sha) meet wet flammability per ASTM D635-78 and dry flammability per ASTM E84-701, provide vibration dampening and thermal insulation. The drain pan(s) shall extend beyond the leaving side of the coil and underneath the cooling coil connections and shall have a common threaded condensate drain connection extending through the unit base frame.

### Refrigerant Circuits

The refrigerant circuits shall be multiple independent circuits which shall be factory piped, tested, dehydrated and fully charged with oil and refrigerant R-22 (holding charge only). Field connections are required between sections. Each refrigerant circuit shall include liquid line service and charging valves, removable core filter drier, sight glass, liquid line solenoid valve, suction and discharge line check valves and compressor service valves.

## Supply Air Fans

### Airfoil Fans

The fan wheels shall be multiple airfoil, single width/single inlet-SAS type, secured to a machined, ground and polished solid steel shaft. The shaft shall be coated with a rust inhibitor and shall be supported by two outboard bearings. The fan assembly shall be dynamically balanced. Bearings shall be of the self-aligning ball bearing pillow block type and shall be designed for a minimum of 200,000 hours average life. Drive shall be by means of multiple V-belts. Motor and fan assembly shall be mounted on a heavy-duty steel frame supported by springs with 1-inch deflection (2-inch deflection available).

### Variable Air Volume – Varicone®

The unit shall be capable of delivering a variable air volume by means of a conical spun-steel disk which slides through each fan inlet cone to modulate air flow from 100% open to a tight shut off. The disk is mounted on a rigid stainless steel sleeve with graphite impregnated bearings between it and the fan wheel shaft. Neither the sleeve assembly nor the control disk rotate. Position control is attained by the use of a non-binding ball-and-screw actuator.

### Outside And Return Air Dampers

Dampers are mounted within a 14-gauge galvanized channel. The construction of the airfoil shaped blade is of extruded aluminum double wall, with a 1/2 inch. 16-gauge plated square tube axle, keyed into the 12-gauge screw compression pivot arms. Cross linkage rails are fabricated from 12-gauge galvanized 1 1/4 x 1/4 inch angle. Pivot bearings 3/4 x 5/16 inch plated steel. The axle bearings shall be injected molded from delrin. All blade edges are extruded with interlocking, fully operational in ambient conditions ranging from -40° F to 275° F. The leakage rate shall be 1.90 CFM at 1.0 (inches WC) to 6.2 CFM per each square foot of damper area at 4.0 (inches WC) static pressure across blade surface.

### Outside Air Intake Louvers

Outside air louvers shall be of a storm-proof design and shall be provided with 1/2" x 1/2" galvanized bird screen. A fully insulated divider shall be provided to separate outside air from return air.

## Power Return/Exhaust Fans

### Airfoil Fans

The fan wheels shall be multiple airfoil, single width/single inlet-SAS type secured to a machined, ground and polished solid steel shaft. The shaft shall be coated with a rust inhibitor and shall be supported by two outboard bearings. The fan assembly shall be dynamically balanced. Bearings shall be of the self-aligning ball bearing pillow block type and shall be designed for a minimum of 200,000 hours average life. Drive shall be by means of multiple V-belts. Motors shall be heavy-duty open drip-proof, three-phase, 1800 RPM, mounted on a heavy-duty sliding base. Motor and fan assembly shall be mounted on a heavy-duty steel frame supported by springs with 1-inch deflection (2-inch deflection available). Exhaust air discharge through a non-motorized, fully-insulated gravity relief panel.

## Propeller Exhaust Air

Propeller exhaust fans shall each have six die-formed blades welded to a steel hub assembly. Gussets which extend three-quarters of the blade length are welded to the blades to reinforce, strengthen and prevent twisting and loss of shape under load. Each fan shall be belt-drive. Shaft bearings are pillow block type. An exhaust air non-motorized backdraft damper shall be supplied with each fan.

## Filters

The unit shall be provided with filters installed in a galvanized steel filter rack. The filters shall be 4-inch 30% efficiency (ASHRAE 52-76 Standards) throwaway type. The filters shall be provided with easy access for insertion and removal.

## Unit Main Disconnect Switch

The unit shall be furnished with a molded case switch (non-automatic circuit breaker) to disconnect the power supply. The design shall incorporate a switch handle to permit unit disconnect without opening the control panel doors.

13

H 000681

### Main Control Panel

The main control panel shall have an access door for direct access to the controls. The panel shall be equivalent to NEMA type 3R (rainproof) and shall contain a single, externally operated, molded case switch (non-automatic circuit breaker) suitable for copper wire up to and including 3-inch conduit. Wire and conduit entrance shall be inside of unit curbing. The main control panel shall include the following:

1. A power terminal block.

2. A power transformer with 115-Volt secondary transformer and 115-Volt circuit breakers.

3. A 24-Volt control transformer and circuit breakers.

4. Necessary relays.

5. A 115-Volt terminal strip.

6. A 24-Volt terminal strip which shall contain wired terminals for all controls, numbered in accordance with the wiring diagram.

7. An isolated 24-Volt field wiring terminal strip.

8. An electric print pocket which in addition to the electric print shall contain a pre-startup form, a startup form and maintenance instructions.

The above components shall be in addition to electrical components associated with other sections, which shall be incorporated in the main control panel to facilitate maintenance and trouble-shooting. All components shall be identified with name tags and wired in accordance with National Electric Code.

### Temperature SST Controls, Variable Air Volume (VAV) Cooling

Each unit shall be furnished complete with all operational controls. All controls in the basic control package shall be factory installed and wired. The control system shall be a solid state integrated system consisting of a master control sequencer, a discharge air temperature sensor, and a 24-Volt control transformer. The discharge air sensor shall have a  platinum resistance-type element which shall sense average discharge air temperature and send a ramp signal to the master control sequencer. The master control sequencer shall accept the signal and initiate stages cooling in proper sequence to maintain a constant discharge air temperature. The master control sequencer shall provide a variable time delay between cooling stages to prevent compressor short cycling.

The economizer control system shall include a modulating spring return, outside air/return air damper actuators, and an enthalpy/sensible changeover control. The enthalpy/sensible changeover control shall determine the capability of the outdoor air to provide free cooling. On a call for cooling, the master control sequencer shall modulate the economizer damper actuators to maintain the discharge air temperature at the effective set point. If this does not meet the space demand, the discharge air sensor shall cause the master control sequencer to energize the required amount of mechanical cooling. The economizer cycle shall allow only enough outside air to maintain the discharge air conditions. If the ambient conditions rise above the enthalpy/sensible changeover control set point, the economizer shall return to the minimum outside air position. The economizer shall have a minimum position potentiometer mounted in the economizer damper actuator.

### Remote Status Panel

A remote light indication room panel shall be supplied with each unit. The remote panel shall be supplied complete with the following:

1. Fan-on light

2. Cooling-on light

3. High head pressure failure light

4. Low suction pressure failure light

5. Oil pressure failure light

6. Service (change out) filter light

14

H 000682



ES-3-CPH-292
©1922, Monograph

Motorolist Holst Company is constantly
a relay of continuous pedical improvement
and that reserves the right to change specifications and design without notice.

13242 County Rd 8   Minneapolis, MN 55441   (612) 559-2711
FAX: (612) 559-0609

H 000683

# Woods Practical Guide

## to Fan Engineering

TH
7683
F3
w65
1964

CO-EDITORS
W. C. Osborne, B.Sc. Eng. (Lond.)
C. G. Turner, M.A.A.

University of Colorado Libraries - Boulder

Published by
WOODS OF COLCHESTER LIMITED
Founded 1909
An associate Company of the General Electric Co. Ltd. of England

BEST AVAILABLE COPY

H 000684

First published July 1932
Second Impression November 1933
Third Impression September 1934
Fourth Impression February 1936
Fifth Impression June 1937
Sixth Impression October 1937

SECOND EDITION
June 1940
Second Impression March 1941
Third Impression August 1944

*Copyright reserved*

MADE AND PRINTED IN ENGLAND BY
BENHAM AND COMPANY LIMITED
COLCHESTER

BEST AVAILABLE COPY

H 000685

SECTION 15

# Fans

THE DEFINITION of a fan is a machine which propels air continuously by aerodynamic action. Piston-type compressors and positive displacement machines in general are not classed as fans. There are three basic types of fan: centrifugal, propeller, and axial flow. The last two are sometimes regarded as a single group, but the differences in their design and characteristics are such that separate classification is warranted.

Desk and ceiling fans are actually of a propeller type, but are not generally included in that category. They do not come into the field of fan engineering proper and are not dealt with in this publication.

## CENTRIFUGAL FANS

The centrifugal fan comprises an impeller which rotates in a casing shaped like a scroll as illustrated in fig. 15-1. The impeller has a number of blades or plates around its periphery, similar to a water wheel or the paddle wheel of some shallow draught river steamers. The casing has an inlet at the axis of the wheel and an outlet at right-angles to it as shown in fig. 15-2.

When the impeller rotates the blades at its periphery throw off air centrifugally in a direction following the rotation. The air thrown off into the scroll is forced out of the outlet as more and more leaves the blades. At the same time air is sucked into the inlet to replace that which is discharged. The air enters axially, turns at right-angles through the blades, and is discharged radially. The purpose of the scroll is to convert the high velocity pressure of the blade tips into static pressure.



Fig. 15-2. General arrangement of centrifugal fan

121

*Fans*                    137

## FAN PERFORMANCE

Fans are selected to give a certain quantity of air against a certain pressure. And their performance must be defined largely by these two factors. Although designed for optimum performance at a given duty, a fan is capable of working quite reasonably over a range of pressures and volumes, and its performance is more completely defined by a table, or graph of pressure and volume flow of air. This is known as the "characteristic" of the fan. Fig. 15-3A shows a typical pressure-volume characteristic of a 24in. diameter Aerofoil fan with a blade angle of 34° running



Fig. 15-3A. Pressure-volume characteristic of a single-stage axial flow fan

BEST AVAILABLE COPY

H 000687

138     *Woods Practical Guide to Fan Engineering*

at 1440 rev/min, with additional curves of b.h.p. and fan total efficiency to complete the information. The efficiency curve shown is based on fan total pressure as this is a measure of the total work done on the air.

The relationship between volume, pressure, power and efficiency may conveniently be stated as below, using the following symbols:

| | | |
|---|---|---|
| $Q$ | ... | Volume flow of air in unit time—c.f.m. |
| $P_T$ | ... | Fan total pressure—in. w.g. |
| $P_s$ | ... | Fan static pressure—in. w.g. |
| b.h.p. | ... | horse-power absorbed by fan. |
| $\eta_s$ | ... | Fan static efficiency. |
| $\eta_T$ | ... | Fan total efficiency. |

b.h.p. absorbed by fan

$$= \frac{\text{Volume flow of air, } Q \text{ c.f.m.} \times \text{fan total pressure, } P_T \text{ in. w.g.}}{6350 \times \text{fan total efficiency}}$$

$$= \frac{\text{Volume flow of air, } Q \text{ c.f.m.} \times \text{fan static pressure, } P_s \text{ in. w.g.}}{6350 \times \text{fan static efficiency}}$$

from which may be derived the relationship

$$\frac{\text{fan static efficiency } \eta_s}{\text{fan total efficiency } \eta_T} = \frac{\text{fan static pressure } P_s}{\text{fan total pressure } P_T}$$

for the same volume flow of air.

**Fan laws**

Fans are usually made in ranges of size and speed and of, in a given range, each one is identical in all other respects than size to the others, the fans are said to be "geometrically similar". Certain laws govern the relative performance of these fans when working at the same point on the pressure-volume characteristic and may be stated briefly as follows:

With constant impeller size.

1. Volume flow varies directly as the speed of rotation.
2. Pressure developed varies as (speed of rotation)².
3. b.h.p. absorbed varies as (speed of rotation)³.

With constant speed of rotation.

4. Volume flow varies as (impeller size)³.
5. Pressure developed varies as (impeller size)².
6. b.h.p. absorbed varies as (impeller size)⁵.

Consequently with varying speed of rotation and impeller size.

7. Volume flow varies as (speed of rotation) × (impeller size)³.

BEST AVAILABLE COPY

H 000688

146        *Wood's Practical Guide to Fan Engineering*

of air density $\rho$. The constant now is known as $K_t$ or $K_T$ according to whether comparison is being made on static or total pressure.

$$\therefore \text{Static fan pressure } P_s = K_s \times \left(\frac{n}{1000}\right)^2 \times (d \text{ in ft.})^2 \times \rho_s$$

$$\text{Total fan pressure } P_T = K_T \times \left(\frac{n}{1000}\right)^2 \times (d \text{ in ft.})^2 \times \rho_s$$

$$\text{Similarly b.h.p.} = K_P \times \left(\frac{n}{1000}\right)^2 \times (d \text{ in ft.})^2 \times \rho_s$$

$K_Q$, $K_s$ and $K_p$, represent the volume flow, pressure and b.h.p. of a one ft. dia. fan running at 1000 rev/min with air at standard density. From the equations on page 138 it follows that:

$$K_p = \frac{K_Q \times K_t}{6350 \times \eta_s} \quad \text{where } \eta_s = \text{fan static efficiency}$$

$$= \frac{K_Q \times K_T}{6350 \times \eta_T} \quad \text{where } \eta_T = \text{fan total efficiency}$$

If fan performance is now plotted in terms of $K_Q$, $K_s$, $K_T$, and $K_P$ instead of volume flow, fan static, and total pressures, and b.h.p. a basis of comparison between fans of different series is readily available, the shape of the "standard" characteristic being in every way identical with that of any fan of the same series. Figs. 15–23 and 15–26 show the characteristics of a type J Aerofoil fan, one of 36 in. diameter running at 1440 rev/min and the other in terms of coefficients $K_Q$ and $K_p$.

## REVERSIBILITY OF FANS

In many ventilating and air circulating systems it is desirable at some time to reverse the direction of air flow. Sometimes this is done as an emergency measure, used in some cases to prevent stagnation of air in such places as ships' cargo spaces and refrigerated spaces.

If centrifugal fans are employed reversal will entail a rather complicated system of ductwork, which provides by means of doors an alternative path for the air. Reversal of air flow from centrifugal fans is impossible by any other means, as they are essentially non-reversible.

Propeller and axial flow fans are, however, essentially reversible fans, though, depending upon the individual design, some are more effective than others. Reversal of air flow is simply achieved by reversing the direction of rotation and in the case of electrically driven fans, by means of a switch. This method may be applied to non-guide-vane single-stage fans and to contra-rotating fans, but fans with guide vanes are generally unsuited to this method of reversal.

H 000689

With the usual types of propeller and axial flow fans, a reduced volume is delivered when the impeller runs in the reverse direction, and is generally from 70% to 75% for propeller and single stage fans and 65% to 70% of the forward volume for contra-rotating fans when operating on the same system of ductwork.

Where equal volume is required in both directions, special fans such as truly reversible Aerofoil fans can be constructed. These have the impeller blades assembled with aerofoil sections set alternately in opposite directions. Thus, whichever way the impeller rotates the conditions of running are the same, and therefore the same volume flow of air results.

It is obvious that some reduction in performance compared with the air delivery given by the standard design is inevitable, but this reduction is not great. For instance, by comparison with a standard Aerofoil fan of the same size and speed, a Truly Reversible Aerofoil fan will deliver about 85% of the volume against about 70% of the pressure. The total efficiency of such a fan is quite high, being 60% or 65%, compared with 70% to 75% of the comparable standard fan.

### OPERATION OF FANS IN PARALLEL

Identical fans may be operated quite satisfactorily in parallel when two such fans will deliver twice the volume of air at the same pressure as a single unit. Non-identical fans, too, may be operated in parallel, but care must be taken to select a good working position on the combined characteristic and even then maximum efficiency is unlikely to be achieved at the same time by each fan.

If, as in the case of an axial flow fan of high blade pitch angle, stalling characteristics are exhibited at high pressure, the combined unit will also



Fig. 13-37. Volume and pressure characteristics of fans in parallel

H 000690

148                    *Woods Practical Guide to Fan Engineering*

exhibit these characteristics. Consequently, care must be taken in selection of fans for parallel operation to avoid this possibility. The danger is probably greatest when it is desired to add another fan to the system, in which case, as is illustrated on page 147 by point $D$, the point of working on the combined characteristic may easily be changed from a perfectly satisfactory one to a very unsatisfactory one.

Two fans operating on the same system, it should be noted, do not give twice as much air as one of them would give when working alone on the system. As the resistance of the system usually increases as the (volume flow of air)², the latter settles down at some value which is less than twice the volume given by one fan. The increase in volume per extra fan decreases as the number of fans working in parallel is increased.

A form of volume control is feasible by switching off one or more units, but generally it will be necessary to provide anti-backdraught devices to prevent short circuiting of the air back through the fans not in use.

Fans are usually operated in parallel when lack of space forbids erection of a single large fan. Sometimes, too, a number of small fans may be installed at a lower capital expenditure than a single unit capable of the combined duty. Moreover, the risk of complete shut down is minimised as individual fans may be taken out of service for maintenance without closing down the system, provided shutters are available for blanking off the apertures of the shut-down fans.

### VOLUME REGULATION OF FANS

In many fan systems some control of the volume flow of air is desirable. This may be done by any one of many methods, though some methods are much more desirable than others. From the point of view of power consumption, the ideal method is to vary the speed of the fan, although in practice even this cannot be achieved without some loss of power. Fig. 15–29 gives an idea of the relative merits of the following types of volume control compared on a power consumption basis with the ideal method of speed regulation.



Fig. 15–29. Effect of damper control

**Damper control**

This is a method very widely used as it is provided by some simple method of throttling the air flow in the system. In other words, the system resistance is varied by

H 000691

206    *Woods Practical Guide to Fan Engineering*

frequency distribution of the main fan will be lower than that of a fan designed to supply a single 9in. × 9in. duct. The sound power level at each outlet is therefore:

$$79 - 9 - 1 - 2 = 67 \text{ dBp.}$$

### Sound absorbers

Proprietary absorbers or silencers usually sub-divide the area available for air flow into several passages each lined with perforated sheet backed by rock-wool, glass fibre or some other sound-absorbing material. The attenuation in decibels should be quoted, preferably in octave bands of frequency so that the degree of match with the frequency distribution of the fan may be gauged. Resistance to air flow must also be considered since it is clearly unsatisfactory to absorb so much pressure (inches w.g.) that the fan speed has to be put up, thereby generating more sound and incurring additional power consumption.

Absorbers may be built to suit an installation by inserting into the duct splitters having perforated walls and packed with absorbent material. To be effective on both faces the splitter needs to be twice the thickness of the equivalent duct lining. The benefit obtained from the use of splitters lies primarily in reduction of length since the same amount of absorbent material used in a simple lining may be equally effective if the necessary length is available.

Fig. 18–9 shows some examples of lined ducts which will pass equal volumes of air for the same pressure drop, and will also provide equal noise reduction according to the formula usually employed. This may be written:

$$dB = 4.2 \, a^{1.4} L \, (4A/P)$$

L₁ = Length in direction of air flow, in.

P = Perimeter of cross-section, in.

A = Area of cross-section, sq. in.

4A/P = Diameter of equivalent circular section,

= Length of side of square section,

= Twice width of very elongated rectangular section.

a is not simply the normal absorption coefficient of the particular lining employed. It is also a complex function of the shape and size of the duct and the sound frequency. Fig. 18–10 illustrates some effective values of $a^{1.4}$ which have been found experimentally.

H 000692

SECTION 20

# Backdraught prevention

THE EFFECT of opposing winds must be considered when fans exhaust to atmosphere through a hole in a wall. Wind blowing against a fan outlet may restrict the air output and also cause objectionable draughts through the fan aperture. For both these reasons it is advisable to protect the fan with a shutter or cowl.

There are two types of automatic shutter for preventing backdraught when the fan is switched off—louvre and butterfly. The louvre shutter is the cheaper of the two, but its suitability is somewhat limited. This type comprises metal vanes pivoted in a steel ring, as illustrated in fig. 20-1. The vanes are opened by the fan draught and they close by gravity when the fan draught stops. To prevent undue restriction of air output the vanes must open to a minimum angle of 40 degrees. This normally requires a velocity of 1000ft. to 1200ft. per minute. If the discharge velocity is less the shutter vanes will not open sufficiently and the fan output will be restricted. Louvre shutters are therefore not suitable for fans with low outlet velocities. Nor are they to be recommended for high speed fans. The reason for this is that high velocities through the shutter make the vanes rattle. Due to this they may be objectionably noisy, and in the course of time they may even disintegrate. As a general rule louvre shutters are recommended for fan output velocities between 1200ft. and 1800ft. per minute.

  

Fig. 20-1.                    Fig. 20-2. Butterfly shutter
Louvre shutter

The butterfly shutter does not present the same limitations. This comprises a cylindrical barrel in which two semi-circular flaps are pivoted at an angle. The flaps open in the fan draught and close by gravity when the fan

218



US 20040185771A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2004/0185771 A1**

Hopkins                                    (43) Pub. Date:        **Sep. 23, 2004**

(54) **FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS**

(75) Inventor:  **Lawrence G. Hopkins**, Portland, OR (US)

Correspondence Address:
**LAW OFFICE OF KAREN DANA OSTER, LLC
PMB 1020
15450 SW BOONES FERRY ROAD #9
LAKE OSWEGO, OR 97035 (US)**

(73) Assignee:  **HUNTAIR INC.**, Tualatin, OR (US)

(21) Appl. No.:      **10/806,775**

(22) Filed:          **Mar. 22, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/456,413, filed on Mar. 20, 2003.

**Publication Classification**

(51) **Int. Cl.$^7$** ............................... **F24F 7/00**; F24F 7/007; F24F 13/06; F24F 13/08; F24F 7/06; F25B 39/04; F24F 11/00

(52) **U.S. Cl.** ........................................... **454/256**; 454/338

(57)                    **ABSTRACT**

A fan array fan section in an air-handling system includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.



H 000694



FIG. 1
(prior art)

Case 1:07-cv-06890    Document 57-6    Filed 07/03/2008    Page 121 of 141



*FIG. 2*
*(prior art)*



FIG. 3

H 000697

| | | | |
|---|---|---|---|
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |
| 200 | 200 | 200 | 200 |

202

*FIG. 4*

FIG. 5

H 000699

FIG. 6

H 000700



*FIG. 8*



*FIG. 7*

H 000701



FIG. 10



FIG. 9



FIG. 12

202



FIG. 11

202

H 000703

FIG. 13

Case 1:07-cv-06890    Document 57-6    Filed 07/03/2008    Page 130 of 141

*FIG. 14*

H 000705



FIG. 15

H 000706

Case 1:07-cv-06890    Document 57-6    Filed 07/03/2008    Page 132 of 141



FIG. 16

H 000707



FIG. 17

Patent Application Publication   Sep. 23, 2004   Sheet 15 of 15      US 2004/0185771 A1



*FIG. 18*

H 000709

1

# FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS

[0001] The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Ser. No. 60/456,413, filed Mar. 20, 2003, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a continuation-in-part application of PCT Patent Application Ser. Number _____, filed Mar. 19, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is a nonprovisional application claiming the benefit under 35 USC Section 119(e) of U.S. Provisional Patent Application Ser. No. _____, filed Mar. 20, 2004, and entitled FAN ARRAY FAN SECTION IN AIR-HANDLING SYSTEMS. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference.

## BACKGROUND OF INVENTION

[0002] The present invention is directed to a fan array fan section utilized in an air-handling system.

[0003] Air-handling systems (also referred to as an air handler) have traditionally been used to condition buildings or rooms (hereinafter referred to as "structures"). An air-handling system is defined as a structure that includes components designed to work together in order to condition air as part of the primary system for ventilation of structures. The air-handling system may contain components such as cooling coils, heating coils, filters, humidifiers, fans, sound attenuators, controls, and other devices functioning to meet the needs of the structures. The air-handling system may be manufactured in a factory and brought to the structure to be installed or it may be built on site using the necessary devices to meet the functioning needs of the structure. The air-handling compartment 102 of the air-handling system includes the inlet plenum 112 prior to the fan inlet cone 104 and the discharge plenum 110. Within the air-handling compartment 102 is situated the fan unit 100 (shown in FIGS. 1 and 2 as an inlet cone 104, a fan 106, and a motor 108), fan frame, and any appurtenance associated with the function of the fan (e.g. dampers, controls, settling means, and associated cabinetry). Within the fan 106 is a fan wheel (not shown) having at least one blade. The fan wheel has a fan wheel diameter that is measured from one side of the outer periphery of the fan wheel to the opposite side of the outer periphery of the fan wheel. The dimensions of the handling compartment 102 such as height, width, and airway length are determined by consulting fan manufacturers data for the type of fan selected.

[0004] FIG. 1 shows an exemplary prior art air-handling system having a single fan unit 100 housed in an air-handling compartment 102. For exemplary purposes, the fan unit 100 is shown having an inlet cone 104, a fan 106, and a motor 108. Larger structures, structures requiring greater air volume, or structures requiring higher or lower temperatures have generally needed a larger fan unit 100 and a generally correspondingly larger air-handling compartment 102.

[0005] As shown in FIG. 1, an air-handling compartment 102 is substantially divided into a discharge plenum 110 and an inlet plenum 112. The combined discharge plenum 110

and the inlet plenum 112 can be referred to as the airway path 120. The fan unit 100 may be situated in the discharge plenum 110 as shown), the inlet plenum 112, or partially within the inlet plenum 112 and partially within the discharge plenum 110. The portion of the airway path 120 in which the fan unit 100 is positioned may be generically referred to as the "fan section" (indicated by reference numeral 114). The size of the inlet cone 104, the size of the fan 106, the size the motor 108, and the size of the fan frame (not shown) at least partially determine the length of the airway path 120. Filter banks 122 and/or cooling coils (not shown) may be added to the system either upstream or downstream of the fan units 100.

[0006] For example, a first exemplary structure requiring 50,000 cubic feet per minute of air flow at six (6) inches water gage pressure would generally require a prior art air-handling compartment 102 large enough to house a 55 inch impeller, a 100 horsepower motor, and supporting framework. The prior art air-handling compartment 102, in turn would be approximately 92 inches high by 114 to 147 inches wide and 106 to 112 inches long. The minimum length of the air-handling compartment 102 and/or airway path 120 would be dictated by published manufacturers data for a given fan type, motor size, and application. Prior art cabinet sizing guides show exemplary rules for configuring an air-handling compartment 102. These rules are based on optimization, regulations, and experimentation.

[0007] For example, a second exemplary structure includes a recirculation air handler used in semiconductor and pharmaceutical clean rooms requiring 26,000 cubic feet per minute at two (2) inches water gage pressure. This structure would generally require a prior art air-handling system with a air-handling compartment 102 large enough to house a 44 inch impeller, a 25 horsepower motor, and supporting framework. The prior art air-handling compartment 102, in turn would be approximately 78 inches high by 99 inches wide and 94 to 100 inches long. The minimum length of the air-handling compartment 102 and/or airway path 120 would be dictated by published manufacturers data for a given fan type, motor size and application. Prior art cabinet sizing guides show exemplary rules for configuring an air-handling compartment 102. These rules are based on optimization, regulations, and experimentation.

[0008] These prior art air-handling systems have many problems including the following exemplary problems:

[0009] Because real estate (e.g. structure space) is extremely expensive, the larger size of the air-handling compartment 102 is extremely undesirable.

[0010] The single fan units 100 are expensive to produce and are generally custom produced for each job.

[0011] Single fan units 100 are expensive to operate.

[0012] Single fan units 100 are inefficient in that they only have optimal or peak efficiency over a small portion of their operating range.

[0013] If a single fan unit 100 breaks down, there is no air conditioning at all.

[0014] The low frequency sound of the large fan unit 100 is hard to attenuate.

H 000710

US 2004/0185771 A1
Sep. 23, 2004

2

[0015] The high mass and turbulence of the large fan unit **100** can cause undesirable vibration.

[0016] Height restrictions have necessitated the use of air-handling systems built with two fan units **100** arranged horizontally adjacent to each other. It should be noted, however, that a good engineering practice is to design air handler cabinets and discharge plenums **110** to be symmetrical to facilitate more uniform air flow across the width and height of the cabinet. Twin fan units **100** have been utilized where there is a height restriction and the unit is designed with a high aspect ratio to accommodate the desired flow rate. As shown in the Greenheck "Installation Operating and Maintenance Manual," if side-by-side installation was contemplated, there were specific instructions to arrange the fans such that there was at least one fan wheel diameter spacing between the fan wheels and at least one-half a fan wheel diameter between the fan and the walls or ceilings. The Greenheck reference even specifically states that arrangements "with less spacing will experience performance losses." Normally, the air-handling system and air-handling compartment **102** are designed for a uniform velocity gradient of **500** feet per minute velocity in the direction of air flow. The two fan unit **100** air-handling systems, however, still substantially suffered from the problems of the single unit embodiments. There was no recognition of advantages by increasing the number of fan units **100** from one to two. Further, the two fan unit **100** section exhibits a non-uniform velocity gradient in the region following the fan unit **100** that creates uneven air flow across filters, coils, and sound attenuators.

[0017] It should be noted that electrical devices have taken advantage of multiple fan cooling systems. For example, U.S. Pat. No. 6,414,845 to Bonet uses a multiple-fan modular cooling component for installation in multiple component-bay electronic devices. Although some of the advantages realized in the Bonet system would be realized in the present system, there are significant differences. For example, the Bonet system is designed to facilitate electronic component cooling by directing the output from each fan to a specific device or area. The Bonet system would not work to direct air flow to all devices in the direction of general air flow. Other patents such as U.S. Pat. No. 4,767, 262 to Simon and U.S. Pat. No. 6,388,880 to El-Ghobashy et al. teach fan arrays for use with electronics.

[0018] Even in the computer and machine industries, however, operating fans in parallel is taught against as not providing the desired results except in low system resistance situations where fans operate in near free delivery. For example, Sunon Group has a web page in which they show two axial fans operating in parallel, but specifically state that if "the parallel fans are applied to the higher system resistance that [an] enclosure has, . . . less increase in flow results with parallel fan operation." Similar examples of teaching against using fans in parallel are found in an article accessible from HighBeam Research's library (http://stati.highbeam.com) and an article by Ian McLeod accessible at (http://www.papstplc.com).

## BRIEF SUMMARY OF THE INVENTION

[0019] The present invention is directed to a fan array fan section in an air-handling system that includes a plurality of fan units arranged in a fan array and positioned within an air-handling compartment. One preferred embodiment may include an array controller programmed to operate the plurality of fan units at peak efficiency. The plurality of fan units may be arranged in a true array configuration, a spaced pattern array configuration, a checker board array configuration, rows slightly offset array configuration, columns slightly offset array configuration, or a staggered array configuration.

[0020] The foregoing and other objectives, features, and advantages of the invention will be more readily understood upon consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

[0021] FIG. 1 is a side view of an exemplary prior art air-handling system having a single large fan unit within an air-handling compartment.

[0022] FIG. 2 is a perspective view of an exemplary prior art large fan unit.

[0023] FIG. 3 is a side view of an exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0024] FIG. 4 is a plan or elevation view of a 4×6 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0025] FIG. 5 is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0026] FIG. 6 is a plan or elevation view of a 3×4 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0027] FIG. 7 is a plan or elevation view of a 3×3 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0028] FIG. 8 is a plan or elevation view of a 3×1 exemplary fan array fan section in an air-handling system of the present invention having a plurality of small fan units within an air-handling compartment.

[0029] FIG. 9 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in a spaced pattern array within an air-handling compartment.

[0030] FIG. 10 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in a checker board array within an air-handling compartment.

[0031] FIG. 11 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of

the present invention in which a plurality of small fan units are arranged in rows slightly offset array within an air-handling compartment.

[0032]  FIG. 12 is a plan or elevation view of an alternative exemplary fan array fan section in an air-handling system of the present invention in which a plurality of small fan units are arranged in columns slightly offset array within an air-handling compartment.

[0033]  FIG. 13 is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention running at 52% capacity by turning a portion of the fans on and a portion of the fans off.

[0034]  FIG. 14 is a plan or elevation view of a 5×5 exemplary fan array fan section in an air-handling system of the present invention running at 32% capacity by turning a portion of the fans on and a portion of the fans off.

[0035]  FIG. 15 is a side view of an alternative exemplary fan array fan section in an air-handling system of the present invention having a plurality of staggered small fan units within an air-handling compartment.

[0036]  FIG. 16 is a perspective view of an exemplary fan array using a grid system into which fan units are mounted.

[0037]  FIG. 17 is a perspective view of an exemplary fan array using a grid system or modular units each of which includes a fan units mounted within its own fan unit chamber.

[0038]  FIG. 18 is a perspective view of an exemplary array of dampeners that may be positioned either in front of or behind the fan units.

## DETAILED DESCRIPTION OF THE INVENTION

[0039]  The present invention is directed to a fan array fan section in an air-handling system. As shown in FIGS. 3-12, the fan array fan section in the air-handling system uses a plurality of individual single fan units 200. In one preferred embodiment, the fan units 200 are arranged in a true array (FIGS. 4-8), but alternative embodiments may include, for example, alternative arrangements such as in a spaced pattern (FIG. 9), a checker board (FIG. 10), rows slightly offset (FIG. 11), or columns slightly offset (FIG. 12). As the present invention could be implemented with true arrays and/or alternative arrays, the term "array" is meant to be comprehensive.

[0040]  The fan units 200 in the fan array of the present invention may be spaced as little as 20% of a fan wheel diameter. Optimum operating conditions for a closely arranged array may be found at distances as low as 30% to 60% of a fan wheel diameter. By closely spacing the fan units 200, more air may be moved in a smaller space. For example, if the fan wheels of the fan units 200 have a 20 inch fan wheel diameter, only a 4 inch space (20%) is needed between the outer periphery of one fan wheel and the outer periphery of the adjacent fan wheel (or a 2 inch space between the outer periphery of a fan wheel and an the adjacent wall or ceiling).

[0041]  By using smaller fan units 200 it is possible to support the fan units 200 with less intrusive structure (fan frame). This can be compared to the large fan frame that

supports prior art fan units 100 and functions as a base. This large fan frame must be large and sturdy enough to support the entire weight of the prior art fan units 100. Because of their size and position, the known fan frames cause interference with air flow. In the preferred embodiment, therefore, the fan units 200 of the fan array may be supported by a frame that supports the motors 108 with a minimum restriction to air flow.

[0042]  As mentioned in the Background, others have tried using side-by-side installation of two fan units 100 arranged horizontally adjacent to each other within an air-handling system. As is also mentioned in the Background, fan arrays have been used in electronic and computer assemblies. However, in the air-handling system industry, it has always been held that there must be significant spacing between the horizontally arranged fan wheels and that arrangements with less spacing will experience performance losses. A single large fan moves all the air in a cabinet. Using two of the same or slightly smaller fans caused the air produced by one fan to interfere with the air produced by the other fan. To alleviate the interference problem, the fans had to be spaced within certain guidelines—generally providing a clear space between the fans of a distance of at least one wheel diameter (and a half a wheel diameter to an adjacent wall). Applying this logic, it would not have made sense to add more fans. And even if additional fans had been added, the spacing would have continued to be at least one wheel diameter between fans. Further, in the air-handling system industry, vertically stacking fan units would have been unthinkable because the means for securing the fan units would not have been conducive to such stacking (they are designed to be positioned on the floor only).

[0043]  It should be noted that the plenum fan is the preferred fan unit 200 of the present invention. In particular, the APF-121, APF-141, APF-161, and APF-181 plenum fans (particularly the fan wheel and the fan cone) produced by Twin City Fan Companies, Ltd. of Minneapolis, Minn., U.S. has been found to work well. The reason that plenum fans work best is that they do not produce points of high velocity such as those produced by axial fans and housed centrifugal fans and large plenum fans. Alternative embodiments use known fan units or fan units yet to be developed that will not produce high velocity gradients in the direction of air flow. Still other embodiments, albeit less efficient, use fan units such as axial fans and/or centrifugal housed fans that have points of high velocity in the direction of air flow.

[0044]  In the preferred embodiment, each of the fan units 200 in the fan array fan section in the air-handling system is controlled by an array controller 300 (FIGS. 13 and 14). In one preferred embodiment, the array controller 300 may be programmed to operate the fan units 200 at peak efficiency. In this peak efficiency embodiment, rather than running all of the fan units 200 at a reduced efficiency, the array controller 300 turns off certain fan units 200 and runs the remaining fan units 200 at peak efficiency. In an alternative embodiment, the fan units 200 could all run at the same power level (e.g. efficiency and/or flow rate) of operation.

[0045]  Another advantage of the present invention is that the array controller 300 (which may be a variable frequency drive (VFD)) used for controlling fan speed and thus flow rate and pressure, could be sized for the actual brake horsepower of the fan array fan section in the air-handling

US 2004/0185771 A1

4

Sep. 23, 2004

system. Since efficiency of the fan wall array can be optimized over a wide range of flow rates and pressures, the actual operating power consumed by the fan array is substantially less than the actual operating power consumed by the comparable prior art air-handling systems and the array controller's power could be reduced accordingly. The array controller **300** could be sized to the actual power consumption of the fan array where as the controller (which may have been a variable frequency drive) in a traditional design would be sized to the maximum nameplate rating of the motor per Electrical Code requirements. An example of a prior art fan design supplying 50,000 cubic feet per minute of air at 2.5 inches pressure, would require a 50 horsepower motor and 50 horsepower controller. The new invention will preferably use an array of fourteen 2 horsepower motors and a 30 horsepower array controller **300**.

[0046]    This invention solves many of the problems of the prior art air-handling systems including, but not limited to real estate, reduced production costs, reduced operating expenses, increased efficiency, improved air flow uniformity, redundancy, sound attenuation advantages, and reduced vibration.

[0047]    Controllability

[0048]    As mentioned, preferably each of the fan units **200** in the fan array fan section in the air-handling system is controlled by an array controller **300** (FIGS. 13 and 14) that may be programmed to operate the fan units **200** at peak efficiency. In this peak efficiency embodiment, rather than running all of the fan units **200** at a reduced efficiency, the array controller **300** is able to turn off certain fan units **200** and run the remaining fan units **200** at peak efficiency. Preferably, the array controller **300** is able to control fan units **200** individually, in predetermined groupings, and/or as a group as a whole.

[0049]    For example, in the 5×5 fan array such as that shown in FIGS. 5, 13, and 14, a person desiring to control the array may select desired air volume, a level of air flow, a pattern of air flow, and/or how many fan units **200** to operate. Turning first to air volume, each fan unit **200** in a 5×5 array contributes 4% of the total air. In variable air volume systems, which is what most structures have, only the number of fan units **200** required to meet the demand would operate. A control system (that may include the array controller **300**) would be used to take fan units **200** on line (an "ON" fan unit **200**) and off line (an "OFF" fan unit **200**) individually. This ability to turn fan units **200** on and off could effectively eliminate the need for a variable frequency drive. Similarly, each fan unit **200** in a 5×5 array uses 4% of the total power and produces 4% of the level of air flow. Using a control system to take fan units **200** on line and off line allows a user to control power usage and/or air flow. The pattern of air flow can also be controlled if that would be desirable. For example, depending on the system it is possible to create a pattern of air flow only around the edges of a cabinet or air only at the top. Finally, individual fan units **200** may be taken on line and off line. This controllability may be advantageous if one or more fan units **200** are not working properly, need to be maintained (e.g. needs general service), and/or need to be replaced. The problematic individual fan units **200** may be taken off line while the remainder of the system remains fully functional. Once the individual fan units **200** are ready for use, they may be brought back on line.

[0050]    A further advantage to taking fan units **200** on and off line occurs when building or structure control systems require low volumes of air at relatively high pressures. In this case, the fan units **200** could be modulated to produce a stable operating point and eliminate the surge effects that sometimes plague structure owners and maintenance staff. The surge effect is where the system pressure is too high for the fan speed at a given volume and the fan unit **200** has a tendency to go into stall.

[0051]    Examples of controllability are shown in FIGS. 13 and 14. In the fan array fan section in the air-handling system shown in FIG. 13, the array controller **300** alternates "ON" fan units **200** and "OFF" fan units **200** in a first exemplary pattern as shown so that the entire system is set to operate at 52% of the maximum rated air flow but only consumes 32% of full rated power. These numbers are based on exemplary typical fan operations in a structure. FIG. 14 shows the fan array fan section in the air-handling system set to operate at 32% of the maximum rated air flow but only consumes 17% of full rated power. These numbers are based on exemplary typical fan operations in a structure. In this embodiment, the array controller **300** creates a second exemplary pattern of "OFF" fan units **200** and "ON" fan units **200** as shown.

[0052]    Real Estate

[0053]    The fan array fan section in the air-handling section **220** of the present invention preferably uses (60% to 80%) less real estate than prior art discharge plenums **120** (with the hundred series number being prior art as shown in FIG. 1 and the two hundred series number being the present invention as shown in FIG. 3) in air-handling systems. Comparing the prior art (FIG. 1) and the present invention (FIG. 3) shows a graphical representation of this shortening of the airway path **120, 220**. There are many reasons that using multiple smaller fan units **200** can reduce the length of the airway path **120, 220**. For example, reducing the size of the fan unit **100, 200** and motor **108, 208** reduces the length of the discharge plenum **110, 210**. Similarly, reducing the size of the inlet cone **104,204** reduces the length of the inlet plenum **112, 212**. The length of the discharge plenum **110, 210** can also be reduced because air from the fan array fan section in the air-handling system of the present invention is substantially uniform whereas the prior art air-handling system has points of higher air velocity and needs time and space to mix so that the flow is uniform by the time it exits the air-handling compartment **102, 202**. (This can also be described as the higher static efficiency in that the present invention eliminates the need for settling means downstream from the discharge of a prior art fan system because there is little or no need to transition from high velocity to low velocity.) The fan array fan section in the air-handling system takes in air from the inlet plenum **212** more evenly and efficiently than the prior art air-handling system so that the length of the inlet plenum **112, 212** may be reduced.

[0054]    For purposes of comparison, the first exemplary structure set forth in the Background of the Invention (a structure requiring 50,000 cubic feet per minute of air flow at a pressure of six (6) inches water gage) will be used. Using the first exemplary structure, an exemplary embodiment of the present invention could be served by a nominal discharge plenum **210** of 89 inches high by 160 inches wide and 30 to 36 inches long (as compared to 106 to 112 inches

H 000713

US 2004/0185771 A1                                              Sep. 23, 2004

5

long in the prior art embodiments). The discharge plenum **210** would include a 3×4 fan array fan section in the air-handling system such as the one shown in **FIG. 6**) having 12 fan units **200**. The space required for each exemplary fan unit **200** would be a rectangular cube of approximately 24 to 30 inches on a side depending on the array configuration. The airway path **220** is 42 to 48 inches (as compared to 88 to 139 inches in the prior art embodiments).

[0055] For purposes of comparison, the second exemplary structure set forth in the Background of the Invention (a structure requiring 26,000 cubic feet per minute of air flow at a pressure of two (2) inches water gage) will be used. Using the second exemplary structure, an exemplary embodiment of the present invention could be served by a nominal discharge plenum **210** of 84 inches high by 84 inches wide, and and 30 to 36 inches long (as compared to 94 to 100 inches long in the prior art embodiments). The discharge plenum would include a 3×3 fan array fan section in the air-handling system (such as the one shown in **FIG. 7**) having 9 fan units **200**. The space required for each exemplary fan unit **200** would be a rectangular cube of approximately 24 to 30 inches on a side depending on the array configuration. The airway path **220** is 42 to 48 inches (as compared to 71 to 95 inches in the prior art embodiments).

[0056] Reduced Production Costs

[0057] It is generally more cost effective to build the fan array fan section in the air-handling system of the present invention as compared to the single fan unit **100** used in prior art air-handling systems. Part of this cost savings may be due to the fact that individual fan units **200** of the fan array can be mass-produced. Part of this cost savings may be due to the fact that it is less expensive to manufacture smaller fan units **200**. Whereas the prior art single fan units **100** were generally custom built for the particular purpose, the present invention could be implemented on a single type of fan unit **200**. In alternative embodiments, there might be several fan units **200** having different sizes and/or powers (both input and output). The different fan units **200** could be used in a single air-handling system or each air-handling system would have only one type of fan unit **200**. Even when the smaller fan units **200** are custom made, the cost of producing multiple fan units **200** for a particular project is almost always less that the cost of producing a single large prior art fan unit **100** for the same project. This may be because of the difficulties of producing the larger components and/or the cost of obtaining the larger components necessary for the single large prior art fan unit **100**. This cost savings also extends to the cost of producing a smaller air-handling compartment **202**.

[0058] In one preferred embodiment of the invention, the fan units **200** are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units **200** themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units **200**. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units **200** may be placed.

[0059] Reduced Operating Expenses

[0060] The fan array fan section in the air-handling system of the present invention preferably are less expensive to operate than prior art air-handling systems because of greater flexibility of control and fine tuning to the operating requirements of the structure. Also, by using smaller higher speed fan units **200** that require less low frequency noise control and less static resistance to flow.

[0061] Increased Efficiency

[0062] The fan array fan section in the air-handling system of the present invention preferably is more efficient than prior art air-handling systems because each small fan unit **200** can run at peak efficiency. The system could turn individual fan units **200** on and off to prevent inefficient use of particular fan units **200**. It should be noted that an array controller **300** could be used to control the fan units **200**. As set forth above, the array controller **300** turns off certain fan units **200** and runs the remaining fan units **200** at peak efficiency.

[0063] Redundancy

[0064] Multiple fan units **200** add to the redundancy of the system. If a single fan unit **200** breaks down, there will still be cooling. The array controller **300** may take disabled fan units **200** into consideration such that there is no noticeable depreciation in cooling or air flow rate. This feature may also be useful during maintenance as the array controller **300** may turn off fan units **200** that are to be maintained offline with no noticeable depreciation in cooling or air flow rate.

[0065] Sound Attenuation Advantages

[0066] The high frequency sound of the small fan units **200** is easier to attenuate than the low frequency sound of the large fan unit. Because the fan wall has less low frequency sound energy, shorter less costly sound traps are needed to attenuate the higher frequency sound produced by the plurality of small fan units **200** than the low frequency sound produced by the single large fan unit **100**. The plurality of fan units **200** will each operate in a manner such that acoustic waves from each unit will interact to cancel sound at certain frequencies thus creating a quieter operating unit than prior art systems.

[0067] Reduced Vibration

[0068] The multiple fan units **200** of the present invention have smaller wheels with lower mass and create less force due to residual unbalance thus causing less vibration than the large fan unit. The overall vibration of multiple fan units **200** will transmit less energy to a structure since individual fans will tend to cancel each other due to slight differences in phase. Each fan unit **200** of the multiple fan units **200** manage a smaller percentage of the total air handling requirement and thus produce less turbulence in the air stream and substantially less vibration.

[0069] Alternative Embodiments

[0070] As mentioned, in one preferred embodiment of the invention, the fan units **200** are modular such that the system is "plug and play." Such modular units may be implemented by including structure for interlocking on the exterior of the fan units **200** themselves. Alternatively, such modular units may be implemented by using separate structure for interlocking the fan units **200**. In still another alternative embodiment, such modular units may be implemented by using a grid system into which the fan units **200** may be placed.

6

[0071]  FIG. 16 shows an embodiment using an exemplary grid system 230 into which the fan units 200 may be placed. In this embodiment the grid may be positioned and/or built within the air-handling compartment 202. The fan units 200 may then be positioned into the grid openings. One advantage of this configuration is that individual fan units 200 may be easily removed, maintained, and/or replaced. This embodiment uses an exemplary unique motor mount 232 that supports the motor 208 without interfering with air flow therearound. As shown, this exemplary motor mount 232 has a plurality of arms that mount around the fan inlet cone 204. It should be noted that the dimensions of the grid are meant to be exemplary. The grid may be constructed taking into consideration that the fan units 200 in the present invention may be spaced with as little as 20% of a fan wheel diameter between the fan units 200.

[0072]  FIG. 17 shows an embodiment using either a grid system or modular units 240 using separate structure (not shown) for interlocking the fan units 200. In this exemplary embodiment, each of the fan units 200 are mounted on a more traditional motor mount 242 within its own fan unit chamber 244. In one preferred embodiment, the fan unit 200 and motor mount 242 are preferably suspended within their own fan unit chamber 244 such that there is an air relief passage 246 therebelow. This air relieve passage 246 tends to improve air flow around the fan units 200.

[0073]  The fan unit chambers 244 shown in FIG. 17 may include one ore more interior surface made from or lined with an acoustically absorptive material or "insulation surface" 248. Going against conventional industry wisdom that surfaces cannot be placed in close proximity with the fan units 200, the present invention places one or more insulation surfaces 248 at least partially around each fan unit 200 without disrupting air flow. The insulation surfaces 248 may include one or more of the sides, top, bottom, front, or back. Exemplary types of insulation include, but are not limited to traditional insulation board (such as that made from inorganic glass fibers (fiberglass) alone or with a factory-applied foil-scrim-kraft (FSK) facing or a factory-applied all service jacket (ASJ)) or alternative insulation such as open cell foam such as that disclosed in U.S. patent application Ser. No. 10/606,435, which is assigned to the assignee of the present invention, and which the disclosure of which is hereby incorporated by reference herein. Together, the insulation surfaces 248 on the fan unit chambers 244 tend to function as a coplanar silencer. Some of the benefits of using the coplanar silencer include (1) no added airway length for splitters, (2) no pressure drop, and/or (3) relatively low cost. The acoustic advantages of this and other embodiments make the present invention ideal for use in concert halls, lecture halls, performing arts centers, libraries, hospitals, and other applications that are acoustically sensitive.

[0074]  Although FIG. 17 shows the discharge plenum 210 positioned within the fan unit chambers 244, alternative embodiments of fan unit chambers 244 could enclose the inlet plenum 212, or at least partially enclose both the inlet plenum 212 and the discharge plenum 210. Still other alternative embodiments of fan unit chambers 244 may have grid or wire surfaces (that increase the safety of the present invention) or be open (that would reduce costs).

[0075]  FIG. 18 shows an array of dampeners 250 that may be positioned either in front of or behind the fan units 200 to at least partially prevent back drafts. In the shown exemplary embodiment, the dampeners 250 include a plurality of plates, each plate positioned on its own pivot. In the shown exemplary embodiment, the plurality of plates slightly overlap each other. The shown embodiment is constructed such that when air is flowing through the fan units 200, the plates are in the open position and when the air stops, gravity pulls the plates into the closed position. Preferably, each of the dampeners 250 operates independently such that if some of the fan units 200 are ON and some of the fan units 200 are OFF, the dampeners 250 can open or close accordingly. Although shown as a simple mechanical embodiment, alternative embodiments could include structure that is controlled electronically and/or remotely from the dampeners 250.

[0076]  It should be noted that FIG. 4 shows a 4×6 fan array fan section in the air-handling system having twenty-four fan units 200, FIG. 5 shows a 5×5 fan array fan section in the air-handling system having twenty-five fan units 200, FIG. 6 shows a 3×4 fan array fan section in the air-handling system having twelve fan units 200, FIG. 7 shows a 3×3 fan array fan section in the air-handling system having nine fan units 200, and FIG. 8 shows a 3×1 fan array fan section in the air-handling system having three fan units 200. It should be noted that the array may be of any size or dimension of more than two fan units 200. It should be noted that although the fan units 200 may be arranged in a single plane (as shown in FIG. 3), an alternative array configuration could contain a plurality of fan units 200 that are arranged in a staggered configuration (as shown in FIG. 15) in multiple planes. It should be noted that cooling coils (not shown) could be added to the system either upstream or downstream of the fan units 200. It should be noted that, although shown upstream from the fan units 200, the filter bank 122, 222 could be downstream.

[0077]  It should be noted that an alternative embodiment would use a horizontally arranged fan array. In other words, the embodiments shown in FIGS. 3-15 could be used horizontally or vertically or in any direction perpendicular to the direction of air flow. For example, if a vertical portion of air duct is functioning as the air-handling compartment 202, the fan array may be arranged horizontally. This embodiment would be particularly practical in an air handling compartment for a return air shaft.

[0078]  It should be noted that the fan section 214 may be any portion of the airway path 220 in which the fan units 200 are positioned. For example, the fan units 200 may be situated in the discharge plenum 210 (as shown), the inlet plenum 212, or partially within the inlet plenum 212 and partially within the discharge plenum 210. It should also be noted that the air-handling compartment 202 may be a section of air duct.

[0079]  The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and are not intended to exclude equivalents of the features shown and described or portions of them. The scope of the invention is defined and limited only by the claims that follow.

What is claimed is:

1. A fan array fan section in an air-handling system comprising:

7

(a) at least three fan units;

(b) said at least three fan units arranged in a fan array;

(c) an air-handling compartment within which said fan array of fan units is positioned; and

(d) an array controller for controlling said at least three fan units to run at substantially peak efficiency.

2. The fan array fan section in an air-handling system of claim 1, wherein said at least three fan units are plenum fans.

3. The fan array fan section in an air-handling system of claim 1, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

4. The fan array fan section in an air-handling system of claim 1, wherein said at least three fan units are a plurality of fan units arranged in a fan array configuration selected from the group consisting of:

(a) a true array configuration;

(b) a spaced pattern array configuration;

(c) a checker board array configuration;

(d) rows slightly offset array configuration;

(e) columns slightly offset array configuration; and

(f) a staggered array configuration.

5. The fan array fan section in an air-handling system of claim 1, wherein said at least three fan units are plenum fans include at least two vertically arranged fan units.

6. The fan array fan section in an air-handling system of claim 1, wherein each of said at least three fan units is positioned within a fan unit chamber.

7. The fan array fan section in an air-handling system of claim 1, wherein each of said at least three fan units is suspended within a fan unit chamber such that there is an air relief passage therebelow.

8. The fan array fan section in an air-handling system of claim 1, wherein each of said at least three fan units is positioned within a fan unit chamber having at least one insulation surface.

9. The fan array fan section in an air-handling system of claim 1, wherein each of said at least three fan units are mounted in a grid system.

10. The fan array fan section in an air-handling system of claim 1, wherein each of said at least three fan units has a fan wheel diameter, wherein spacing between said at least three fan units is less than 60% of said fan wheel diameter.

11. A fan array fan section in an air-handling system comprising:

(a) an air-handling compartment;

(b) a plurality of fan units;

(c) said plurality of fan units arranged in a fan array;

(d) said fan array having at least one fan unit arranged vertically on at least one other fan unit.

(e) said fan array positioned within said air-handling compartment.

12. The fan array fan section in an air-handling system of claim 11 further comprising an array controller programmed to operate said plurality of fan units at peak efficiency.

13. The fan array fan section in an air-handling system of claim 11, wherein said plurality of fan units are plenum fans.

14. The fan array fan section in an air-handling system of claim 11, wherein said air-handling compartment has an airway path, said airway path being less than 72 inches.

15. The fan array fan section in an air-handling system of claim 11, wherein said plurality of fan units are arranged in a fan array configuration selected from the group consisting of:

(a) a true array configuration;

(b) a spaced pattern array configuration;

(c) a checker board array configuration;

(d) rows slightly offset array configuration;

(e) columns slightly offset array configuration; and

(e a staggered array configuration.

16. The fan array fan section in an air-handling system of claim 11, wherein each of said plurality of fan units is positioned within a fan unit chamber.

17. The fan array fan section in an air-handling system of claim 11, wherein each of said plurality of fan units is suspended within a fan unit chamber such that there is an air relief passage therebelow.

18. The fan array fan section in an air-handling system of claim 11, wherein each of said plurality of fan units is positioned within a fan unit chamber having at least one insulation surface.

19. The fan array fan section in an air-handling system of claim 11, wherein each of said plurality of fan units is mounted in a grid system.

20. The fan array fan section in an air-handling system of claim 11, wherein each of said plurality of fan units has a fan wheel diameter, wherein spacing between said plurality of fan units is less than 60% of said fan wheel diameter.

* * * * *