# EXHIBIT K

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. | ) |
| Plaintiff, | ) Case No. 07 C 6890 |
| vs. | ) Honorable David H. Coar |
| CLIMATECRAFT, INC. | ) Magistrate Judge Denlow |
| Defendant. | ) |

**PLAINTIFF HUNTAIR, INC.'S LIST OF
<u>POTENTIAL WITNESSES FOR THE MARKMAN HEARING</u>**

Pursuant to the Court's Scheduling Order entered in this matter and Standing Order No. 7, Plaintiff Huntair, Inc. hereby submits its list of potential witnesses who may be offered at the *Markman* hearing.

1.   Albert V. Karvelis, Ph.D., P.E.

                                    Respectfully submitted,

Dated: July 3, 2008　　　　　　　　　　By:  /s/ Richard T. McCaulley Jr.
                                      David T. Pritikin
                                      Richard T. McCaulley Jr.
                                      Stephanie P. Koh
                                      Nicole E. Kopinski
                                      Benedict F. Frey
                                      SIDLEY AUSTIN LLP
                                      One South Dearborn Street
                                      Chicago, IL 60603
                                      Telephone:　　(312) 853-7000
                                      Facsimile:　　(312) 853-7036
                                      dpritikin@sidley.com
                                      rmccaulley@sidley.com
                                      skoh@sidley.com
                                      nkopinski@sidley.com
                                      bfrey@sidley.com

                                      Carrie W. Cotter
                                      SIDLEY AUSTIN LLP
                                      555 California Street, Suite 2000
                                      San Francisco, CA 94104
                                      Telephone　　(415) 772-1200
                                      Facsimile　　(415) 772-7400
                                      ccotter@sidley.com

                                      *Attorneys for Plaintiff Huntair, Inc.*