UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Huntair, Inc.
                Plaintiff,

v.     Case No.: 1:07−cv−06890
     Honorable David H. Coar

Climatecraft, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

     MINUTE entry before the Honorable David H. Coar:Joint Motion for entry of stipulated revised scheduling order [46] is reset to 7/9/2008 at 9:00 a.m. at the request of the parties. Motion Hearing set for 7/9/2008 at 09:00 AM. No one should appear on 7/8/2008.Mialed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.