**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Huntair, Inc.
                    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06890
　　　　　　　　　　　　　　　　　Honorable David H. Coar

Climatecraft, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION by Counter Claimants Climatecraft, Inc., Climatecraft, Inc., Counter Defendants Huntair, Inc., Huntair, Inc., Plaintiff Huntair, Inc., Defendant Climatecraft, Inc. for Entry of Stipulated Revised Scheduling Order [46] is granted in part and denied in part. Motion for leave to file oversize opening brief on claim construction in excess of the page limit [53] is granted. Motion hearing held on 7/9/2008 regarding motion for leave to file excess pages[53]. [46]. Fact discovery ordered closed by 9/19/2008. Dispositive motions with supporting memoranda due by 9/24/2008. Any other dates will remain.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.