**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUNTAIR, INC. )<br><br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)　Case No. 07 C 6890<br>　　vs. )<br>　　　　　　　　　　　　　　　　　　)　Hon. Judge Coar<br>CLIMATECRAFT, INC. )<br><br>　　　　Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Attorney Carrie W. Cotter ("Cotter"), currently representing the Plaintiff in this action, Huntair, Inc. ("Plaintiff"), hereby requests leave to withdraw her appearance on behalf of Plaintiff.

Attorney Cotter's appearance was entered in this case on December 7, 2007. Plaintiff is also represented by at least attorneys David T. Pritikin and Richard T. McCaulley, each of whom have filed appearances in this case and each of whom will continue to represent Plaintiffs after attorney Cotter's withdrawal.

As of July 11, 2008, Attorney Cotter will be departing the employ of the law firm of Sidley Austin LLP, which has been engaged to represent Plaintiff. Due to the change in her employment status, Attorney Cotter respectfully petitions the Court for leave to withdraw her appearance in this case.

Dated: July 11, 2008 Respectfully submitted,

  /s/ Carrie W. Cotter
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

Carrie W. Cotter
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone (415) 772-1200
Facsimile (415) 772-7400
ccotter@sidley.com

*Attorneys for Plaintiff Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2008, I caused a copy of the foregoing document, NOTICE OF CHANGE IN COUNSEL, to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:     (630) 904-0940
>Facsimile:     (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendant ClimateCraft, Inc.*

      /s/ Carrie W. Cotter
    Attorney for Plaintiff

CH1 4337191v.1