UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | Hon. Judge David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

**PLAINTIFF HUNTAIR, INC.'S NOTICE OF AGREED MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE AN OVERSIZE RESPONSE BRIEF ON CLAIM CONSTRUCTION**

TO:   Charles C. Kinne
      KINNE IP GROUP
      1240 Iroquois Avenue
      Suite 204
      Naperville, IL  60563
      Telephone:   (630) 904-0940
      Facsimile:   (888) 887-7158
      ckinne@kinnelaw.com

   PLEASE TAKE NOTICE that on Monday, July 21, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present AGREED MOTION OF PLAINTIFF HUNTAIR, INC. FOR EXTENSION OF TIME AND LEAVE TO FILE AN OVERSIZE RESPONSE BRIEF ON CLAIM CONSTRUCTION, which is hereby served upon you.

Dated: July 15, 2008 Respectfully submitted,

  /s/ Richard T. McCaulley Jr.
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

*Attorneys for Plaintiff Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2008, I caused a copy of the foregoing document, PLAINTIFF HUNTAIR INC.'S NOTICE OF AGREED MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE AN OVERSIZE RESPONSE BRIEF ON CLAIM CONSTRUCTION, to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:    (630) 904-0940
>Facsimile:      (888) 887-7158
>ckinne@kinnelaw.com
>
>*Attorney for Defendant ClimateCraft, Inc.*

      /s/ Richard T. McCaulley Jr .
      Attorney for Plaintiff

CH1 4335877v.1