UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Huntair, Inc.
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06890
                                          Honorable David H. Coar

Climatecraft, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

       MINUTE entry before the Honorable David H. Coar:Plaintiff Huntair, Inc.'s unnoposed "Motion for extension of time to file response/reply, motion for leave to file excess pages" [61] is GRANTED in part and DENIED in part. Both parties are granted a one day extension of the deadline for filing a response to claim construction, now due Monday, July 21, 2008. However, the motion for leave to file excess pages is denied. Both parties are instructed to re−file a motion for leave to file excess pages along with their responses. The Court will rule on the motion for leave at that time in light of the briefs presented.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.