# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## CLIMATECRAFT, INC.'S NOTICE OF MOTION

To:  David T. Pritikin
     Richard T. McCaulley Jr.
     Stephanie P. Koh
     Nicole E. Kopinski
     Benedict F. Frey
     SIDLEY AUSTIN LLP
     One South Dearborn Street
     Chicago, IL 60603
     (312) 853-7000
     dpritikin@sidley.com
     rmccaulley@sidley.com
     skoh@sidley.com
     nkopinski@sidley.com
     bfrey@sidley.com

   PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:00 a.m., at the scheduled

time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar,

2

in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **CLIMATECRAFT'S MOTION FOR LEAVE *INSTANTER* TO FILE AN OVERSIZE RESPONSIVE BRIEF ON CLAIM CONSTRUCTION,** which is hereby served upon you.

                                      Respectfully submitted,

Dated: July 21, 2008

                                      /s/ Charles C. Kinne
                                      Charles C. Kinne
                                      KINNE IP GROUP
                                      1240 Iroquois Avenue, Suite 204
                                      Naperville, Illinois 60563
                                      Telephone: 630.904.0940
                                      Facsimile: 888.887.7158
                                      ckinne@kinnelaw.com

                                      *Attorney for ClimateCraft, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

> David T. Pritikin
> Richard T. McCaulley Jr.
> Stephanie P. Koh
> Nicole E. Kopinski
> Benedict F. Frey
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, IL 60603
> (312) 853-7000
> dpritikin@sidley.com
> rmccaulley@sidley.com
> skoh@sidley.com
> nkopinski@sidley.com
> bfrey@sidley.com

this 21st day of July, 2008.

                                          /s/ Charles C. Kinne
                                       *Attorney for ClimateCraft, Inc.*