# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., | ) |
| Defendant. | ) The Honorable David H. Coar |
| CLIMATECRAFT, INC., | ) |
| Counterclaim Plaintiff, | ) Magistrate Judge Morton Denlow |
| v. | ) |
| HUNTAIR, INC., | ) |
| Counterclaim Defendant. | ) |

## CLIMATECRAFT, INC.'S RESPONSE TO HUNTAIR'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

ClimateCraft does not object to the request Huntair makes to file an oversize brief. However, ClimateCraft does object to:

- presenting the motion for Monday, July 28 when the undersigned had told Huntair's counsel that he would be on vacation from July 24 until August 5 (see attached email);
- including another declaration of an expert, weeks after the date the Court fixed for exchange of expert reports; and
- filing a new page 8 with a footnote a day after the briefs were due, when the footnote appears direct to footnote 6, p. 10 of ClimateCraft's *Responsive* Brief.

ClimateCraft urges the Court to rule on both parties' motions for extra pages without requiring counsel to appear, as the undersigned begins vacation tomorrow and be out until August 5.

Respectfully submitted,

Dated: July 23, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CLIMATECRAFT, INC.'S RESPONSE TO HUNTAIR'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

this 23rd day of July, 2008.

      /s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*

# Charles C Kinne

| | |
|---|---|
| **From:** | Charles C Kinne [ckinne@kinnelaw.com] |
| **Sent:** | Tuesday, July 15, 2008 11:44 AM |
| **To:** | 'McCaulley Jr., Richard' |
| **Subject:** | Scheduling |

Rick –

As we discussed on the telephone just now, you represent Ms. Oster and Messrs. McClung and Steuber.  You indicated the depositions of Ms. Oster and Mr. McClung cannot go forward as noticed, and agreed to a continuance of the subpoenas to a time we can mutually schedule, probably in August.   We can also talk about the timing of Mr. Steuber's deposition, which I am trying to set in Mineral Point, Wisconsin.

You indicated you are on vacation from August 10-17.  I am on vacation leaving next Thursday, July 24 and back in the office on Tuesday, August 5.

I agreed not to oppose your request to move the date for the parties to file their responsive claim construction briefs to Monday, and for Huntair to have up to 25 pages for its brief.  I asked you not to oppose a similar request by ClimateCraft for pages and you said you'd get back to me on that.

Please let me know if I have misunderstood your comments or left anything out.  Thank you.

Charles C. Kinne

**KINNE IP GROUP**

*Intellectual Property Law*

PATENT, TRADEMARK, COPYRIGHT AND TRADE SECRET
LITIGATION, PROCUREMENT AND COUNSELING

1240 Iroquois Ave.; Suite 204
Naperville, Illinois  60563
ph (630) 904-0940
fax (888) 887-7158
www.kinnelaw.com