**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Huntair, Inc.
                       Plaintiff,

v.                                               Case No.: 1:07−cv−06890
                                                     Honorable David H. Coar

Climatecraft, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

     MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/24/2008 regarding motion for leave to file excess pages, [66]. Climatecraft's Motion for leave to File instanter a 22 Page Responsive Claim Construction Brief [66] is granted. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.