UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Huntair, Inc.
       Plaintiff,

v.              Case No.: 1:07−cv−06890
              Honorable David H. Coar

Climatecraft, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

  MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Huntair, Inc., Counter Defendant Huntair, Inc. for leave to file excess pages Agreed Motion to File 23−Page Responsive Claim Construction Brief [69] is granted. Parties need not appear on the noticed motion date of 7/28/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.