# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## CLIMATECRAFT, INC.'S NOTICE OF FILING CORRECTED EXHIBIT 13
### (EXHIBIT TO CLAIM CONSTRUCTION SUBMISSIONS)

ClimateCraft hereby files its corrected Exhibit 13.  This exhibit should have been filed in the place of the Exhibit 13 filed on July 3, with ClimateCraft's Opening Claim Construction Brief.  ClimateCraft recognized its error almost immediately, and informed Huntair of the error the next business day (see attached email).

Respectfully submitted,

Dated: August 8, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing CLIMATECRAFT, INC.'S NOTICE OF FILING CORRECTED EXHIBIT 13 (EXHIBIT TO CLAIM CONSTRUCTION SUBMISSIONS) was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

this 8th day of August, 2008.

      /s/ Charles C. Kinne
*Attorney for ClimateCraft, Inc.*

# Charles C Kinne

| | |
|---|---|
| **From:** | Charles C Kinne [ckinne@kinnelaw.com] |
| **Sent:** | Monday, July 07, 2008 10:04 AM |
| **To:** | 'McCaulley Jr., Richard' |
| **Subject:** | Huntair v ClimateCraft |
| **Attachments:** | Judge coar letter 07 03.pdf |

Rick –

I caught two errors in our filings from Friday night. The first is that I did not send you via email the cover letter that went to the Court with our exhibit booklets (sent Fed Ex). I attach it now (text reads: Pursuant to your Standing Order for a Markman Hearing, I enclose a courtesy copy of ClimateCraft's opening memorandum and one set of four volumes of bound exhibits. These have been filed electronically.) Second, we filed the wrong Protest as exhibit 13 – it should have been the one provided you as extrinsic evidence (your Bates Nos. H 1896-1928). I will make a corrective filing with the Court.

Thank you.

Charles C. Kinne

## KINNE IP GROUP

*Intellectual Property Law*

PATENT, TRADEMARK, COPYRIGHT AND TRADE SECRET
LITIGATION, PROCUREMENT AND COUNSELING

1240 Iroquois Ave.; Suite 204
Naperville, Illinois  60563
ph (630) 904-0940
fax (888) 887-7158
www.kinnelaw.com