**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 C 6890 |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

**CLIMATECRAFT'S MOTION FOR FOR LEAVE TO PERMIT ROBERT D. TOMLINSON AND GARY PETERSON TO APPEAR *PRO HAC VICE* PURSUANT TO LR 83.14**

Defendant and Counterclaimant, ClimateCraft, Inc. ("ClimateCraft"), submits this MOTION FOR ENTRY OF APPEARANCE OF ROBERT D. TOMLINSON AND GARY PETERSON *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.14. Appearance forms are attached hereto for the Court's consideration. The undersigned will continue to represent ClimateCraft.

Respectfully submitted,

Dated: August 14, 2008

/s/ Charles C. Kinne
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **CLIMATECRAFT'S MOTION FOR FOR LEAVE TO PERMIT ROBERT D. TOMLINSON AND GARY PETERSON TO APPEAR *PRO HAC VICE* PURSUANT TO LR 83.14** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

this 14th day of August, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Charles C. Kinne
　　　　　　　　　　　　　　　　*Attorney for ClimateCraft, Inc.*

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: Huntair, Inc. | Plantiff(s) |
| VS. | |
| ClimateCraft, Inc. | Defendant(s) |

| | |
|---|---|
| Case Number: 07 C 6890 | Judge: Hon. David H. Coar |

I, __Robert D. Tomlinson__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of __ClimateCraft, Inc.__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Oklahoma (OBA # 9056) | 1975 |
| U.S. D. Ct. W.D. Okla. | 1975 |
| U.S. D. Ct. E.D. Okla. | 1987 |
| U.S. Ct. App. for the Federal Circuit | 2000 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | none | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ●    No ○

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ◉ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ◉ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ◉ |
| denied admission to the bar of any court? | Yes ○ | No ◉ |
| held in contempt of court? | Yes ○ | No ◉ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

| August 12, 2008 | S/ Robert D. Tomlinson |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Tomlinson | First Name<br>Robert | Middle Name/Initial<br>D. |
|---|---|---|---|
| Applicant's Law Firm | Tomlinson & O'Connell, P.C. | | |
| Applicant's Address | Street Address<br>211 N. Robinson Ave. | | Room/Suite Number<br>Suite 450 South |
| | City<br>Oklahoma City | State<br>OK | ZIP Code<br>73102 | Work Phone Number<br>405.606.3351 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk.  No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court.  The fee for admission to the General Bar is $100.00  The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date.  Admission to the general bar permits an attorney to practice before this Court.  Pro hac vice admission entitles an attorney to appear in a particular case only.  Application for such admission must be made in each case; and the admission fee must be paid in each case.

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Huntair, Inc. | Plantiff(s) |
|---|---|---|
| | VS. | |
| | ClimateCraft, Inc. | Defendant(s) |

| Case Number: 07 C 6890 | Judge: Hon. David H. Coar |
|---|---|

I, _____Gary Peterson_____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ClimateCraft, Inc._____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Colorado | 1977 |
| Oklahoma (OK 7068) | 1978 |
| U.S. Ct. of App. for the Federal Circuit | 1982 |
| U.S. D. Ct. W.D. Okla. | 1981 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | none | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ●      No ○

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ⊙ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ⊙ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ⊙ |
| denied admission to the bar of any court? | Yes ○ | No ⊙ |
| held in contempt of court? | Yes ○ | No ⊙ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| August 12, 2008 | S/ Gary Peterson |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Peterson | First Name<br>Gary | Middle Name/Initial |
|---|---|---|---|
| Applicant's Law Firm | Tomlinson & O'Connell, P.C. | | |
| Applicant's Address | Street Address<br>211 N. Robinson Ave. | | Room/Suite Number<br>Suite 450 South |
| | City<br>Oklahoma City | State<br>OK | ZIP Code<br>73102 | Work Phone Number<br>405.606.3367 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.