# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07 C 6890 |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable David H. Coar |
| ) | |
| CLIMATECRAFT, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | Magistrate Judge Morton Denlow |
| v. ) | |
| ) | |
| HUNTAIR, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## CLIMATECRAFT, INC.'S NOTICE OF MOTION

To:   David T. Pritikin
      Richard T. McCaulley Jr.
      Stephanie P. Koh
      Nicole E. Kopinski
      Benedict F. Frey
      SIDLEY AUSTIN LLP
      One South Dearborn Street
      Chicago, IL 60603
      (312) 853-7000
      dpritikin@sidley.com
      rmccaulley@sidley.com
      skoh@sidley.com
      nkopinski@sidley.com
      bfrey@sidley.com

   PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Hon. David H. Coar, in

2

the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **ClimateCraft's Motion for For Leave to Permit Robert D. Tomlinson and Gary Peterson to Appear *Pro Hac Vice* Pursuant to LR 83.14,** which is hereby served upon you.

Respectfully submitted,

Dated: August 14, 2008

/s/ Charles C. Kinne
Charles C. Kinne
Kinne IP Group
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
ckinne@kinnelaw.com

*Attorney for ClimateCraft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

this 14th day of August, 2008.

                                              /s/ Charles C. Kinne
                                              *Attorney for ClimateCraft, Inc.*