UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | The Honorable Judge David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO REVISE SCHEDULING ORDER WITH RESPECT TO
EXCHANGE OF EXPERT DISCOVERY**

The parties jointly request modification of the revised scheduling order entered on July 9, 2008 to allow for expert reports to be exchanged on September 29, 2008. The deadlines at issue pertain to expert discovery exchanged among the parties and will not affect any deadline for court filings. The parties request that the Court permit them to exchange expert discovery as set forth in the proposed, revised schedule. The parties presented a joint motion to revise the scheduling order, which was granted in part on July 9, 2008. At that hearing, the Court indicated fact discovery would be extended as requested (from July 31, 2008 to September 19, 2008) but the deadline for filing dispositive motions would remain as originally set (on September 24, 2008). At the time of the oral hearing, counsel for both parties understood that the Court intended to allow the proposed change in expert discovery deadlines, so that the initial expert reports would be exchanged on September 29, 2008, rather than August 29, 2008. However, upon reviewing the written minute order (Docket Entry No. 59), counsel now realizes that the deadline for the exchange of these reports was not extended, and requests

clarification/permission to exchange expert discovery according to the revised schedule previously tendered.

The parties request the later schedule for exchanging expert discovery for two principal reasons. First, if the Court renders its claim construction, the experts can apply it in their analyses. Second, fact discovery will be completed by then. The previous schedule in the case allowed for the exchange of expert reports shortly after the close of fact discovery. Because the parties have been completing their document production over the course of the last few weeks, there are depositions that should be taken prior to the exchange of the expert reports.

If granted, the parties would exchange expert discovery as follows:

A. The parties shall disclose any expert testimony pursuant to Rule 26(a)(2) on or before September 29, 2008.

B. The parties may depose the other side's expert at any time prior to October 17, 2008.

C. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(C) at any time prior to October 30, 2008.

D. The parties shall have until November 14, 2008 to depose the opposing party's rebuttal expert.

The parties have discussed the matter, and do not feel that the exchange of expert reports will impact the ability of either party to file any necessary motions for summary judgment by September 24, 2008.

Dated:  August 25, 2008                     Respectfully submitted,


                                            /s/ Richard T. McCaulley, Jr..
                                            David T. Pritikin
                                            Richard T. McCaulley Jr.
                                            Stephanie P. Koh
                                            Brian C. Bianco
                                            Nicole E. Kopinski
                                            Benedict F. Frey
                                            SIDLEY AUSTIN LLP
                                            One South Dearborn Street
                                            Chicago, IL 60603
                                            Telephone:    (312) 853-7000
                                            Facsimile:    (312) 853-7036
                                            dpritikin@sidley.com
                                            rmccaulley@sidley.com
                                            skoh@sidley.com
                                            bcbianco@sidley.com
                                            nkopinski@sidley.com
                                            bfrey@sidley.com

                                            *Attorneys for Plaintiff Huntair, Inc.*

Dated: August 25, 2008                  Respectfully submitted,

                                         /s/ Charles C. Kinne
                                         Charles C. Kinne
                                         KINNE IP GROUP
                                         1240 Iroquois Avenue
                                         Suite 204
                                         Naperville, IL 60563
                                         Telephone:   (630) 904-0940
                                         Facsimile:   (888) 887-7158
                                         ckinne@kinnelaw.com

                                         Gary S. Peterson
                                         Robert D. Tomlinson
                                         TOMLINSON & O'CONNELL, P.C.
                                         211 North Robinson Avenue
                                         Suite 450
                                         Two Leadership Square
                                         Oklahoma City, OK 73102
                                         Telephone:   (405) 606-3366
                                         Facsimile:   (866) 633-6165
                                         gp@garypeterson.com
                                         bobt@tomlinsonoconnell.com

                                         *Attorneys for Defendant ClimateCraft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2008, I caused a copy of the foregoing document to be served by ECF upon:

> Charles C. Kinne
> KINNE IP GROUP
> 1240 Iroquois Avenue
> Suite 204
> Naperville, IL  60563
> Telephone:     (630) 904-0940
> Facsimile:     (888) 887-7158
> ckinne@kinnelaw.com
>
> Gary S. Peterson
> Robert D. Tomlinson
> TOMLINSON & O'CONNELL, P.C.
> 211 North Robinson Avenue
> Suite 450
> Two Leadership Square
> Oklahoma City, OK 73102
> Telephone:     (405) 606-3366
> Facsimile:     (866) 633-6165
> gp@garypeterson.com
> bobt@tomlinsonoconnell.com
>
> *Attorneys for Defendant ClimateCraft, Inc.*

                           /s/ Richard T. McCaulley, Jr.
                           Attorney for Plaintiff

CH1 4383923v.1