UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUntAIR, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6890 |
| ) | |
| vs. ) | Hon. Judge David H. Coar |
| ) | |
| CLIMATECRAFT, INC. ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant. ) | |

**PLAINTIFF HUNTAIR, INC.'S NOTICE OF JOINT MOTION TO REVISE SCHEDULING ORDER WITH RESPECT TO EXCHANGE OF EXPERT DISCOVERY**

TO:   Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue
Suite 204
Naperville, IL 60563
Telephone:   (630) 904-0940
Facsimile:   (888) 887-7158
ckinne@kinnelaw.com

Gary S. Peterson
Robert D. Tomlinson
TOMLINSON & O'CONNELL, P.C.
211 North Robinson Avenue
Suite 450
Two Leadership Square
Oklahoma City, OK 73102
Telephone:   (405) 606-3366
Facsimile:   (866) 633-6165
gp@garypeterson.com
bobt@tomlinsonoconnell.com

PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Judge David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street,

Chicago, Illinois, and then and there present JOINT MOTION TO REVISE SCHEDULING ORDER WITH RESPECT TO EXCHANGE OF EXPERT DISCOVERY, which is hereby served upon you.

Dated: August 25, 2008          Respectfully submitted,

    /s/ Richard T. McCaulley, Jr..
David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Brian C. Bianco
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
bcbianco@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

*Attorneys for Plaintiff Huntair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2008, I caused a copy of the foregoing document to be served by ECF upon:

>Charles C. Kinne
>KINNE IP GROUP
>1240 Iroquois Avenue
>Suite 204
>Naperville, IL  60563
>Telephone:    (630) 904-0940
>Facsimile:    (888) 887-7158
>ckinne@kinnelaw.com
>
>Gary S. Peterson
>Robert D. Tomlinson
>TOMLINSON & O'CONNELL, P.C.
>211 North Robinson Avenue
>Suite 450
>Two Leadership Square
>Oklahoma City, OK 73102
>Telephone:    (405) 606-3366
>Facsimile:    (866) 633-6165
>gp@garypeterson.com
>bobt@tomlinsonoconnell.com
>
>*Attorneys for Defendant ClimateCraft, Inc.*

>/s/ Richard T. McCaulley, Jr.
>Attorney for Plaintiff

\

CH1 4335877v.1