UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Huntair, Inc.
                Plaintiff,

v.                             Case No.: 1:07−cv−06890
                                  Honorable David H. Coar

Climatecraft, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable David H. Coar: JOINT MOTION by plaintiff Huntair, Inc. to revise scheduling order with respect to exchange of expert discovery[89] is granted. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 9/29/2008. The parties may depose the other side' s expert at any time prior to 10/17/2008. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 10/30/2008. The parties may depose the opposing party's rebuttal expert by 11/14/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.