IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUNTAIR, INC., | Civil Action No. 07 C 6890 |
| Plaintiff, | The Honorable David H. Coar |
| v. | Magistrate Judge Morton Denlow |
| CLIMATECRAFT, INC., | |
| Defendant. | |

## NOTICE OF JOINT MOTION

To:  David T. Pritikin
   Richard T. McCaulley Jr.
   Stephanie P. Koh
   Brian C. Bianco
   Nicole E. Kopinski
   Benedict F. Frey
   SIDLEY AUSTIN LLP
   One South Dearborn Street
   Chicago, IL 60603
   (312) 853-7000

PLEASE TAKE NOTICE that on Wednesday, September 17, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, or earlier if the Court will so hear it, we shall jointly appear before the Hon. David H. Coar, in the courtroom usually occupied by him, Room 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying **JOINT MOTION FOR LEAVE TO ADJUST SCHEDULE TO ASSIST DEPOSITION SCHEDULING AND TO ACCOMMODATE THE COURT'S CLAIM CONSTRUCTION RULING,** which is

hereby served upon you.

                Respectfully submitted,

Dated: September 13, 2008

                /s/ Charles C. Kinne
                Charles C. Kinne
                KINNE IP GROUP
                1240 Iroquois Avenue, Suite 204
                Naperville, Illinois 60563
                Telephone: 630.904.0940
                Facsimile: 888.887.7158
                ckinne@kinnelaw.com

                *Attorney for ClimateCraft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served by ECF upon:

David T. Pritikin
Richard T. McCaulley Jr.
Stephanie P. Koh
Brian C. Bianco
Nicole E. Kopinski
Benedict F. Frey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
rmccaulley@sidley.com
skoh@sidley.com
bcbianco@sidley.com
nkopinski@sidley.com
bfrey@sidley.com

this 13th day of September, 2008.

                                            /s/ Charles C. Kinne
                                        *Attorney for ClimateCraft, Inc.*