## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6890 | **DATE** | 2/5/2009 |
| **CASE TITLE** | Huntair, Inc vs. ClimateCraft, Inc | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation of dismissal [178] , this action is dismissed without prejudice, in its entirety, pursuant to a settlement agreement. Each party to bear its fees and costs. Any and all pending deadlines, motions or scheduling dates are stricken and terminated. Civil case terminated.
 /s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|